Received at: 3:53PM, 3/15/2004

03/15/2004 15:52 FAX 415 433 7104 ROSEN BIEN ASARO 003

FILED

MAR 1 7 2004

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY DEPUTY CLERK

BINGHAM McCUTCHEN LLP
KAREN L. KENNARD (State Bar No. 141925)
KRISTEN A. PALUMBO (State Bar No. 215857)
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

ROSEN, BIEN & ASARO
MICHAEL W. BIEN (State Bar No. 96891)
155 Montgomery Street
San Francisco, California 94104
Telephone: (415) 433-6830

PRISON LAW OFFICE
DONALD SPECTER
(State Bar No. 83925)
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

STEPHEN J. PERRELLO, JR.
(State Bar No. 56288)
P.O. Box 880738
San Diego, California 92168
Telephone: (619) 277-5900

ALEX LANDON
(State Bar No. 50957)
2442 Fourth Avenue
San Diego, California 92101
Telephone: (619) 232-6022

Attorneys for Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al., on their own behalf and on behalf of the class of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. Civ. S-94-0671 LKK/GGH<br><br>LKK<br>~~[PROPOSED]~~ ORDER GRANTING FINAL APPROVAL OF STIPULATED ORDER FOR PERMANENT INJUNCTIVE RELIEF |

Received at: 3:53PM, 3/15/2004
03/15/2004 15:53 FAX 415 433 7104 ROSEN BIEN ASARO 004

WHEREAS, this Court has presided over the proceedings in the above-captioned case (the "Class Action") from its inception; and

WHEREAS, the parties entered into a Stipulated Order for Permanent Injunctive Relief, lodged with the Court on November 18, 2003, which resolves all but two issues presented in the case; and

WHEREAS, the Court has reviewed the Stipulated Order for Permanent Injunctive Relief together with the Exhibits thereto; and

WHEREAS, on December 3, 2003, the Court preliminarily approved of the Stipulated Order for Permanent Injunctive Relief and ordered that notice of the proposed settlement be disseminated to the Plaintiff Class; and

WHEREAS, on March 8, 2004, this matter came before the Court for hearing pursuant to Federal Rule of Civil Procedure 23(e) and the Order of this Court dated December 3, 2003, on the application of the parties for final approval of the proposed settlement set forth in the Stipulated Order for Permanent Injunctive Relief, with no objectors appearing at the hearing; and

WHEREAS, due and adequate notice having been given to the Plaintiff Class defined below as required by the Court's December 3, 2003 Order, and the Court having considered all papers filed and proceedings in this case, the pleadings and papers filed in support of final approval of the settlement, as well as all written objections to the proposed settlement, and otherwise being fully informed regarding this litigation and good cause appearing therefore; the Court now finds and orders as follows:

FINDINGS

1. The Court, having carefully considered the objections to the proposed settlement, finds that the proposed settlement set forth in the Stipulated Order for Permanent Injunctive Relief is fair, adequate and reasonable, and further finds that, notwithstanding the objections received, the benefit to the Plaintiff Class supports final approval of the proposed

Received at: 3:53PM, 3/15/2004
03/15/2004 15:53 FAX 415 433 7104 ROSEN BIEN ASARO 005

settlement in light of all of the relevant considerations, including the fact that the Defendants have filed a Notice of Appeal from the Court's July 23, 2003 ruling.

2. The Court further finds that the proposed settlement is the product of arm's-length, serious, and non-collusive negotiations between experienced and knowledgeable counsel for the Plaintiff Class and Defendants, who have actively and competently prosecuted and defended this litigation.

IT IS HEREBY ORDERED THAT:

1. This action is determined to be properly maintained as a class action pursuant to Rule 23(b)(2), Federal Rules of Civil Procedure, with a class consisting of (1) California parolees at large; (2) California parolees in custody, as alleged parole violators, and who are awaiting revocation of their state parole; and (3) California parolees who are in custody, having been found in violation of parole and who have been thereupon sentenced to prison custody.

2. This Court has jurisdiction over the subject matter of this litigation and over all parties to the action, including all members of the Plaintiff Class (as defined above).

3. The notices disseminated to the Plaintiff Class in the forms attached to the Court's December 3, 2003 Order and by the means described in Paragraph 7 of that Order constituted the best notice practicable under the circumstances. Said notices provided due and adequate notice of those proceedings and of the matters set forth therein, including the proposed settlement set forth in the Stipulated Order for Permanent Injunctive Relief, to all persons entitled to such notice, and said notices fully satisfied the requirements of Rule 23(e) of the Federal Rules of Civil Procedure, the Constitution of the United States, due process and any other applicable rule(s) of this Court.

4. The proposed settlement set forth in the Stipulated Order for Permanent Injunctive Relief is, in all respects, fair, reasonable and adequate to the Plaintiff Class. The

Received at: 3:53PM, 3/15/2004

03/15/2004 15:54 FAX 415 433 7104 ROSEN BIEN ASARO 006

Stipulated Order for Permanent Injunctive Relief was granted final approval at the hearing on March 8, 2004 and has been entered as an Order of this Court on March 9, 2004.

5. Without affecting the finality of this Order in any way, this Court hereby retains continuing jurisdiction over (a) implementation of this settlement and the Stipulated Order for Permanent Injunctive Relief; (b) hearing and determining applications for attorneys' fees, costs, interest and expenses in the Class Action; and (c) all parties hereto for the purpose of enforcing and administering the Stipulated Order for Permanent Injunctive Relief.

6. By May 24, 2004, the parties are ordered to lodge with the Court a proposed form of final notice to the Plaintiff Class which shall also resolve the two issues remaining for resolution. If by May 24, 2004 the parties are not able to resolve the two remaining issues, or are unable to stipulate to a form of final notice, the parties are ordered to appear before this Court at a status conference on May 24, 2004 at 10:00 a.m. The status conference previously set by the Court for May 3, 2004, at 2:00 p.m. is hereby vacated.

DATED: 3/16/04.

By: Lawrence K Karlton
The Honorable Lawrence K. Karlton
Chief Judge Emeritus
United States District Court

nac

United States District Court
for the
Eastern District of California
March 17, 2004

* * CERTIFICATE OF SERVICE * *

2:94-cv-00671

Valdivias

v.

Schwarzenegger

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on March 17, 2004, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

Stephen J Perrello Jr AR/LKK
Law Office of Stephen J Perrello
P O Box 880738
San Diego, CA 92168

Alexander L Landon
Law Offices of Alex Landon
2442 Fourth Avenue
San Diego, CA 92101

Karen Kennard
Bingham McCutchen LLP
Three Embarcadero Center
Suite 1800
San Francisco, CA 94111

Michael W Bien
Rosen Bien and Asaro
155 Montgomery Street
Eighth Floor
San Francisco, CA 94104

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA 94964

William Vernon Cashdollar
Attorney General's Office for the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA 94244-2550

Erika C Aljens
Attorney General's Office for the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA 94244-2550

Benjamin Laurence Pavone
Law Office of Benjamin Pavone
7676 Hazard Center Drive
Fifth Floor
San Diego, CA 92108-4503

Thomas Stuart Patterson
California Attorney General's Office
455 Golden Gate Avenue
Suite 11000
San Francisco, CA 94102-7004

John T Philipsborn
Law Offices of John T Philipsborn
507 Polk Street
Suite 250
San Francisco, CA 94102

Kristen A Palumbo
Bingham McCutchen LLP
Three Embarcadero Center
San Francisco, CA 94111-4067

Peter D Nussbaum
Altshuler Berzon Nussbaum Rubin and Demain
177 Post Street
Suite 300
San Francisco, CA 94108

Mark F Adams
San Diego Criminal
Defense Bar Association
962 Fifth Avenue
Suite 214
San Diego, CA 92101

Michael J McCabe
Criminal Defense Lawyers
Club of San Diego
2442 Fourth Avenue
San Diego, CA 92101

Jack L. Wagner, Clerk

by: Deputy Clerk