UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

NO. CIV. S-94-671 LKK/GGH

    Plaintiffs,

  v.                                   O R D E R

GRAY DAVIS, Governor of the State
of California, et al.,

    Defendants.

_____/

    A hearing in this case is presently scheduled for May 9, 2005, at 10:00 a.m., on the Law and Motion Calendar of this court pursuant to plaintiffs' motion for civil contempt. On May 5, 2005, the parties filed a stipulation to continue that hearing. Good cause appearing, the court hereby continues the May 9, 2005 hearing date to May 12, 2005 at 9:30 a.m. in Courtroom No. 4.

    Further, the court is in receipt of and hereby grants the defendants' Ex Parte application for Order to Shorten Time on

1

1  their motion to appoint a special master.  A hearing on
2  defendant's motion is now SET for May 23, 2005 at 10:00 a.m.
3  Plaintiffs are directed to FILE an opposition or statement of
4  non-opposition not later than May 12, 2005.  The defendants may
5  FILE a reply brief not later May 13, 2005.
6      The court notes that plaintiffs raise new allegations in
7  support of their motion for contempt in the reply brief.
8  Arguments may not be presented for the first time in a reply
9  brief because the opposing party has no opportunity to respond.
10 <u>United States v. Bohn</u>, 956 F.2d 208, 209 (9th Cir. 1992).
11 Accordingly, the court will not hear plaintiff's new arguments
12 at this time, but may address the need for a briefing schedule
13 on that matter pending the disposition of defendants' motion to
14 appoint a special master.
15     IT IS SO ORDERED.
16     DATED:  May 3, 2005.

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT