1

2

3

4

5

6

7

8

9

10                    IN THE UNITED STATES DISTRICT COURT

11                  FOR THE EASTERN DISTRICT OF CALIFORNIA

12   JERRY VALDIVIA, et al.,

13           Plaintiffs,                        No. CIV S-94-0671 LKK GGH

14        vs.

15   ARNOLD SCHWARZENEGGER, et al.,

16           Defendants.                        ORDER

17   _____/

18           At the request of the District Court a settlement conference was held in the above-

19   entitled case on April 14, 2005.  At the conference numerous issues were resolved, and one issue

20   was reserved for further litigation.  The results of the settlement conference were recorded in the

21   presence of counsel and agreed to by counsel and a schedule was set for submission of the

22   necessary documentation.

23           On May 24, 2005, within the time frame directed by this court, counsel for

24   plaintiffs and counsel for defendants jointly presented a proposed stipulated order setting forth

25   the agreements reached at the settlement conference.

26   /////

1

1    This court has read the proposed stipulated order filed May 24, 2005 and finds

2  that it properly sets forth the agreements reached at the settlement conference.  It is hereby

3  recommended that the proposed stipulated order be approved and ordered by the District Court.

4  DATED:   May 27, 2005.

5

6                                                    UNITED STATES MAGISTRATE JUDGE

7

8  /valdivia.oas

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26