```
 1  BINGHAM, McCUTCHEN LLP
    KAREN KENNARD – 141925
 2  KRISTEN A. PALUMBO - 215857
    Three Embarcadero Center
 3  San Francisco, California 94111-4067
    Telephone: (415) 393-2000
 4

 5  PRISON LAW OFFICE
    DONALD SPECTER – 83925
 6  General Delivery
    San Quentin, California 94964
 7  Telephone: (415) 457-9144

 8  ROSEN, BIEN & ASARO, LLP
    MICHAEL W. BIEN – 096891
 9  ERNEST GALVAN – 196065
    JANET TUNG – 231682
10  155 Montgomery Street, 8th Floor
    San Francisco, California 94104
11  Telephone (415) 433-6830

12  Attorneys for Plaintiffs
```

FILED
JUN 1 7 2005
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
     DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al.,<br><br>    Plaintiffs,<br>v.<br><br>ARNOLD SCHWARZENEGGER, Governor of the State of California; et al.,<br><br>    Defendants. | No. Civ. S-94-0671 LKK/GGH<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO EXTEND TIME TO FILE PROPOSED SPECIAL MASTER TERMS OF REFERENCE AND METHOD OF SELECTION.**<br><br>L.R. 6-144(a); 83-143(b). |

THE PARTIES, BY AND THROUGH THEIR COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. On May 23, 2005, the Court held a hearing on Defendants' motion for appointment of a special master. The following Order was then entered in the Court's Minutes:

> After Oral Argument: The Court instructs the parties to meet and confer and to file within 30 days a proposed reference. And to the extent that they cannot agree, to provide the Court with those portions of the reference which they disagree with. The parties are also directed to suggest to the Court the means by which a special master shall be selected. The Court wishes to emphasize that the master is supplemental to the methods set forth in the decree and is not intended to displace those procedures.

(Docket No. 1213.)

2. The parties have begun the process of meeting and conferring regarding the terms of a proposed reference, and manner for selection. The parties have, however, also met and conferred several times since the May 23 hearing regarding specifics of the procedures that must be implemented by July 1, 2005 under the Stipulated Order for Permanent Injunctive Relief ("Permanent Injunction"). Because of the time and attention needed for these implementation issues, the parties have not yet drafted specific terms of reference or a method of selecting a Special Master. The parties have agreed to request from the Court a 30-day extension of time for this process.

3. No previous extensions of this deadline have been sought. (L.R. 6-144(b).)

4. The parties do not seek any extension or delay in implementation of the procedures required by the Permanent Injunction, or any delay or suspension of the monitoring and enforcement procedures set forth in Paragraphs 25 – 29 of the Permanent Injunction.

//
//
//
//
//

5. The parties therefore jointly request that the Court approve this Stipulation and extend the time to file a proposed reference and method of selecting a Special Master to July 22, 2005.

**IT IS SO STIPULATED.**

Dated: June 17, 2005

BILL LOCKYER, Attorney General
of the State of California,
ROBERT R. ANDERSON, Chief Assistant Attorney General,
FRANCES T. GRUNDER, Senior Assistant Attorney General,
STEPHEN P. AQUISTO, Supervising Deputy Attorney General

By  [s] Benjamin T. Rice
    Benjamin T. Rice,
    Deputy Attorney General
    Attorneys for Defendants

Dated: June 17, 2005

ROSEN, BIEN & ASARO, LLP

By  [s] Ernest Galvan
    Ernest Galvan,
    Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated: JUN 17, 2005

By _____
Hon. LAWRENCE K. KARLTON
Senior United States District Judge