1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  STEPHEN P. ACQUISTO
   Supervising Deputy Attorney General
5  BENJAMIN T. RICE, State Bar No. 199754
   Deputy Attorney General
6   1300 I Street, Suite 125
    P.O. Box 944255
7   Sacramento, CA 94244-2550
    Telephone: (916) 324-2445
8   Fax: (916) 324-5205

9  Attorneys for Defendants Schwarzenegger, et al.
   CA1997CS0005
10

11                IN THE UNITED STATES DISTRICT COURT
12
                FOR THE EASTERN DISTRICT OF CALIFORNIA
13

14

15 | **JERRY VALDIVIA, et al.,** | NO. CIV-S-94-0671 LKK GGH P
16 |                          Plaintiffs, | **STIPULATED REQUEST AND ORDER TO EXTEND TIME TO FILE PROPOSED SPECIAL MASTER TERMS OF REFERENCE AND METHOD OF SELECTION**
17 | v.
18 | **ARNOLD SCHWARZENEGGER, et al.,**
19 |                          Defendants.
20 | | **L.R. 6-144(a); 83-143(b)**

THE PARTIES, BY AND THROUGH THEIR COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. On May 23, 2005, the Court held a hearing on Defendants' motion for appointment of a special master. The following Order was then entered in the Court's Minutes:

> After Oral Argument: The Court instructs the parties to meet and confer and to file within 30 days a proposed reference. And to the extent that they cannot agree, to provide the Court with those portions of the reference which they disagree with. The parties are also directed to suggest to the Court the means by which a special master shall be selected. The Court wishes to emphasize that the master is supplemental to the methods set forth in the decree and is not intended to displace those procedures.

(Docket No. 1213.)

2. The parties have begun the process of meeting and conferring regarding the terms of a proposed reference, and manner for selection. The parties have, however, also met and conferred several times since the May 23 hearing regarding specifics of the procedures that were to be implemented by July 1, 2005 under the Stipulated Order for Permanent Injunctive Relief ("Permanent Injunction"). The parties have also met and conferred on several other issues including the parolee's attorney conducting parole office field file reviews and the Court's June 8, 2005 Order regarding remedial sanctions. Because of the time and attention needed for these issues, and due to vacation schedules of the parties' attorneys, the parties have not yet agreed to the specific terms of reference or a method of selecting a Special Master. The parties have agreed to request from the Court a 21-day extension of time for this process. The parties do not anticipate a need for any other extensions for this issue.

3. The parties have previously sought and obtained a thirty (30) day extension of time to complete this process.

4. The parties do not seek any extension or delay in implementation of the procedures required by the Permanent Injunction, or any delay or suspension of the monitoring and enforcement procedures set forth in Paragraphs 15-29 of the Permanent Injunction. In order to move this process forward, the parties will begin discussions regarding the choice of a Special Master candidate, with the goal of submitting a stipulated candidate to the Court or separate candidate lists by or shortly after August 12, 2005.

5. The parties therefore jointly request that the Court approve this Stipulation and extend time to file a proposed reference to August 12, 2005.

**IT IS SO STIPULATED.**

| Dated: July 20, 2005 | /s/ Benjamin T. Rice |
|---|---|
| | BENJAMIN T. RICE |
| | Deputy Attorney General |
| | Attorneys for Defendants |

| Dated: July 20, 2005 | /s/ Ernest Galvan |
|---|---|
| | ERNEST GALVAN, Attorney |
| | ROSEN, BIEN & ASARO, LLP |
| | Attorneys for Plaintiffs |

**IT IS SO ORDERED.**

| Dated: July 25, 2005 | /s/Lawrence K. Karlton |
|---|---|
| | Hon. LAWRENCE K. KARLTON |
| | Senior United States District Judge |

94cv671.o.0725.wpd

Stipulated Request and Proposed Order