BINGHAM, McCUTCHEN, LLP
KAREN KENNARD – 141925
KRISTEN A. PALUMBO - 215857
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

PRISON LAW OFFICE
DONALD SPECTER – 83925
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN – 096891
HOLLY BALDWIN – 191317
ERNEST GALVAN – 196065
155 Montgomery Street, 8th Floor
San Francisco, California 94104
Telephone (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al., | No. Civ. S-94-0671 LKK/GGH |
| Plaintiffs, | |
| v. | STIPULATION AND ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2005 AND RESOLVING DISPUTED ATTORNEYS' FEES FROM THE SECOND QUARTER OF 2004 |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER CONFIRMING
UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
FIRST QUARTER OF 2005 Civ. S-94-0671 LKK/GGH

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>　　　　Defendants. | Case No. CIV S-94-0671 LKK/GGH<br><br>**STIPULATION AND ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2005 AND RESOLVING DISPUTED ATTORNEYS' FEES FROM THE SECOND QUARTER OF 2004** |

　　　　On July 8, 2004, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

　　　　Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the First Quarter of 2005 to defendants via overnight Federal Express on May 9, 2005. Defendants submitted their objections to plaintiffs' statement on June 21, 2005. The parties completed their meet-and-confer process on July 20, 2005.

　　　　As a result of the meet-and-confer sessions, the parties are able to agree to the payment of $478,926.02 in fees and costs incurred during the First Quarter of 2005. Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the First Quarter of 2005. In addition, the parties have met and conferred regarding the attorneys' fees remaining in dispute from the Second Quarterly Statement for 2004, and agree to a payment of

STIPULATION AND [PROPOSED] ORDER CONFIRMING
UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
FIRST QUARTER OF 2005 Civ. S-94-0671 LKK/GGH

1

$2,330.25 on the previously disputed items. This matter has been resolved and is reflected as an additional line item on Exhibit A.

WHEREFORE, IT IS CONFIRMED that $478,926.02 is due and collectable as of forty-five days from the date of entry of this Order. Daily interest runs from June 10, 2005 at the rate of 3.33%.

| **Amount** | **Interest Rate** | **Daily Interest** | **Interest Began Accruing** |
|---|---|---|---|
| $478,926.02 | 3.33% | $43.69 | June 10, 2005 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

WHEREFORE, IT IS CONFIRMED that $2,330.25 is due and collectable as of forty-five days from the date of entry of this Order. Daily interest runs from September 7, 2004 at the rate of 2.13%.

| **Amount** | **Interest Rate** | **Daily Interest** | **Interest Began Accruing** |
|---|---|---|---|
| $2,330.25 | 2.13% | $0.14 | September 7, 2004 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

WHEREFORE, IT IS CONFIRMED that $481,256.27, plus interest is due and collectable as of forty-five days from the date of entry of this Order.

IT IS SO ORDERED.

Dated:  August 18, 2005

    /s/Lawrence K. Karlton
    LAWRENCE K. KARLTON
    United States District Judge

APPROVED AS TO FORM:


   */signature on original*        DATED:   8/15/05
Benjamin T. Rice
Deputy Attorney General
Attorney for Defendants

STIPULATION AND [PROPOSED] ORDER CONFIRMING
UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
FIRST QUARTER OF 2005 Civ. S-94-0671 LKK/GGH

2

_/signature on original_             DATED:      8/16/05

Holly Baldwin
Rosen, Bien & Asaro, LLP
Attorneys for Plaintiffs

STIPULATION AND [PROPOSED] ORDER CONFIRMING
UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
FIRST QUARTER OF 2005 Civ. S-94-0671 LKK/GGH

3