UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY, and HOSSIE WELCH, on their own behalf and on behalf of the class of all persons similarly situated,

        Plaintiffs,

   v.

ARNOLD SCHWARZENEGGER, Governor of the State of California, et al.,

        Defendants.

                                NO. CIV. S-94-671 LKK/GGH

                                O R D E R

    The court is in receipt of the joint stipulation regarding the appointment of a Special Master. Rather than accept the stipulation provided by the parties, the court prefers a list of three (3) candidates for Special Master, from which the court will choose one.

    IT IS SO ORDERED.

    DATED: September 15, 2005.

                                /s/Lawrence K. Karlton
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT