UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        NO. CIV. S-94-671 LKK/GGH

    Plaintiffs,

  v.                        O R D E R

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

    Defendants.
_____/

    Pursuant to the terms and conditions of the court's August 18, 2005 Order of Reference, Chase Riveland, is hereby APPOINTED as Special Master in the above-captioned case.

////

////

////

////

////

////

1

1  The Clerk is directed to add Mr. Riveland to the court's
2  service list at the following address:
3  Chase Riveland
   Riveland Associates
4  5714 Deer Harbor Road
   Box 367
5  Deer Harbor, WA  98243

6  IT IS SO ORDERED.

7  DATED:  December 16, 2005.

8                                  /s/Lawrence K. Karlton
                                   LAWRENCE K. KARLTON
9                                  SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT