BINGHAM, McCUTCHEN, LLP
KAREN KENNARD – 141925
KRISTEN A. PALUMBO - 215857
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

PRISON LAW OFFICE
DONALD SPECTER – 83925
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN – 096891
HOLLY BALDWIN – 191317
ERNEST GALVAN – 196065
155 Montgomery Street, 8th Floor
San Francisco, California 94104
Telephone (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>       Defendants. | No. Civ. S-94-0671 LKK/GGH<br><br>STIPULATION AND ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2005 |

STIPULATION AND [PROPOSED] ORDER CONFIRMING
UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al., ) | Case No. CIV S-94-0671 LKK/GGH |
| Plaintiffs, ) | |
| ) | **STIPULATION AND [PROPOSED]** |
| v. ) | **ORDER CONFIRMING UNDISPUTED** |
| ) | **ATTORNEYS' FEES AND COSTS FOR** |
| ARNOLD SCHWARZENEGGER, et al., ) | **THE THIRD QUARTER OF 2005** |
| Defendants. ) | |

On July 8, 2004, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the Third Quarter of 2005 to defendants via overnight Federal Express on November 2, 2005. On December 12, 2005, defendants confirmed that there will be no objections for the Third Quarter of 2005.

As a result of the December 12, 2005 agreement, the parties are able to agree to the payment of $498,931.72 in fees and costs incurred during the Third Quarter of 2005. Attached hereto as Exhibit A are charts setting forth the undisputed fees and costs due and owing for the Third Quarter of 2005.

STIPULATION AND [PROPOSED] ORDER CONFIRMING
UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
THIRD QUARTER OF 2005 Civ. S-94-0671 LKK/GGH

1

WHEREFORE, IT IS CONFIRMED that $498,931.72 is due and collectable as of forty-five days from the date of entry of this Order. Daily interest runs from December 5, 2005 at the rate of 4.39%.

| Amount | Interest Rate | Daily Interest | Interest Began Accruing |
|---|---|---|---|
| $498,931.72 | 4.39% | $60.01 | December 5, 2005 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

Dated: December 19, 2005

/s/Lawrence K. Karlton
LAWRENCE K. KARLTON
United States District Judge

APPROVED AS TO FORM:

Signature on original                    DATED:

Benjamin T. Rice
Deputy Attorney General
Attorney for Defendants


Signature on original                    DATED:

Holly Baldwin
Rosen, Bien & Asaro, LLP
Attorneys for Plaintiffs

STIPULATION AND [PROPOSED] ORDER CONFIRMING
UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
THIRD QUARTER OF 2005 Civ. S 94-0671 LKK/GGH

2