1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10   JERRY VALDIVIA, ALFRED YANCY,
     and HOSSIE WELCH, on their own
11   behalf and on behalf of the class
     of all persons similarly situated,
12                                              NO. CIV. S-94-671 LKK/GGH
            Plaintiffs,
13
        v.                                      O R D E R
14
     ARNOLD SCHWARZENEGGER, Governor of
15   the State of California, et al.,

16          Defendants.
     _____/
17

18        Pursuant to stipulation of the parties and paragraph III.G

19   of the court's August 18, 2005 Order of Reference, Virginia

20   Morrison and Nancy Campbell are hereby APPOINTED as Deputy

21   Special Masters in the above-captioned case, to be compensated

22   at the rates set forth in the Special Master's January 30, 2006

23   request.

24   ////

25   ////

26   ////

                                   1

1   The Clerk is directed to add Ms. Morrison and Ms. Campbell

2 to the court's service list at the following addresses:

3   Virginia L. Morrison
   One Cedar Avenue
4   Kentfield, CA  94904
   gmorrison@healthcaremediations.com
5

6   Nancy M. Campbell
   8232 Hansen Rd. NE
7   Bainbridge Island, WA 98110
   nancy@nmcampbell.com
8

9   IT IS SO ORDERED.

10   DATED:  January 30, 2006.

11          /s/Lawrence K. Karlton
          LAWRENCE K. KARLTON
12          SENIOR JUDGE
          UNITED STATES DISTRICT COURT
13

14

15

16

17

18

19

20

21

22

23

24

25

26