BILL LOCKYER
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
BENJAMIN T. RICE, State Bar No. 199754
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 324-2445
 Fax: (916) 324-5205

Attorneys for Defendants Schwarzenegger, et al.
CA1997CS0005

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY VALDIVIA, et al.,** | 2:94-cv-0671 LKK GGH P |
| Plaintiffs, | **ORDER FOR SPECIAL MASTER COMPENSATION** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

On May 23, 2005, upon Defendants' motion, this Court ordered that a special master be appointed in this case. The Order of Reference defining the duties of the special master was filed by this Court on August 19, 2005. This Court appointed Chase Riveland as special master on December 16, 2005. Mr. Riveland, following no objection by either party, has appointed Virginia Morrison and Nancy Campbell as deputy special masters.

In conjunction with those previously filed Orders, it is further ordered that Special Master Chase Riveland shall be compensated at the rate of $200 per hour for services performed in accordance with the Order of Reference, except that he shall be compensated at the rate of

[Proposed] Order for Special Master Compensation

1

$90 per hour for travel time. Deputy Special Master Virginia Morrison shall be compensated at the same rates as Mr. Riveland. Deputy Special Master Nancy M. Campbell shall be compensated at the rate of $180 per hour for services performed in accordance with the Order of Reference, except that she shall be compensated at the rate of $90 per hour for travel time. All reasonable expenses incurred by the special master in performing the duties under the Order of Reference shall be reimbursed as costs of the mastership.

Pursuant to the Order of Reference, the special master's fees and expenses shall be borne by the Defendants. Defendants are hereby ordered to deposit, within 30 days of the date of this Order, the sum of $500,000 with the clerk of this court as an interim payment of costs, which shall be invested in an interest-bearing account. All interest earned in the account shall accrue to the benefit of Defendants. The special master shall periodically submit to the Clerk of the Court, with a copy to Defendants' and Plaintiffs' designated representatives, an itemized statement of the special master's and deputy special masters' fees and expenses, which shall be payable upon receipt. When the above sum is substantially drawn down, the court may order Defendants to deposit additional sums with the Clerk of the Court.

IT IS SO ORDERED.

Dated: February 2, 2006.              /s/Lawrence K. Karlton
                                      LAWRENCE K. KARLTON
                                      Senior Judge

APPROVED AS TO FORM:

Dated: February 1, 2006               */s/ Ernest Galvan*
                                      ERNEST GALVAN
                                      Rosen Bien & Asaro
                                      Attorneys for Plainitffs

Dated: February 1, 2006               */s/ Benjamin T. Rice*
                                      BENJAMIN T. RICE
                                      Deputy Attorney General
                                      Attorney for Defendants

94cv671.mastercomp.0202.wpd

[Proposed] Order for Special Master Compensation

2