1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                   EASTERN DISTRICT OF CALIFORNIA

9
10   JERRY VALDIVIA, ALFRED YANCY,
     and HOSSIE WELCH, on their own
11   behalf and on behalf of the class
     of all persons similarly situated,
12                                              NO. CIV. S-94-671 LKK/GGH
                 Plaintiffs,
13
         v.                                           O R D E R
14
     ARNOLD SCHWARZENEGGER, Governor of
15   the State of California, et al.,

16           Defendants.
                                         /
17

18        Pursuant to the court's August 18, 2005 Order of Reference,

19   the Special Master has submitted for payment a bill for services

20   provided through February 28, 2006.  Good cause appearing, it is

21   ORDERED that:

22        1.   The Clerk is directed to pay to:

23        Chase Riveland
          Valdivia Special Master
24        5714 Deer Harbor Road, Box 367
          Deer Harbor, WA  98243
25

26   the amount of $32,754.87 in accordance with the attached

                                  1

1    statement; and

2      2.  A copy of this order shall be served on the financial

3    department of this court.

4      IT IS SO ORDERED.

5      DATED:  March 9, 2006.

6

7                  LAWRENCE K. KARLTON
                  SENIOR JUDGE
                  UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Valdivia et al.,
      Plaintiffs,
   v.

No. CIV. S-94-671 LKK/GGH

Schwarzenegger et al.,
      Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of January and February, 2006.

| | | |
|---|---|---|
| Chase Riveland, Special Master | | |
| Services | $ 14,225.00 | |
| Disbursements | $ 2,064.83 | |
| Total amount due | | $ 16, 289.83 |
| Virginia Morrison, Deputy Special Master | | |
| Services | $ 9,971.00 | |
| Disbursements | $ 425.90 | |
| Total amount due | | $ 10,396.90 |
| Nancy Campbell, Deputy Special Master | | |
| Services | $ 5,490.00 | |
| Disbursements | $ 578.14 | |
| Total amount due | | $ 6,068.14 |

TOTAL AMOUNT TO BE REIMBURSED          $ 32,754.87

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Chase Riveland

Chase Riveland

Special Master
*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campell**
**Tax #: 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**

### Fees for January and February 2006

| Date | Activity | Time/Hours |
|------|----------|------------|
| 1/13/06 | Preparation of issues and questions | .5 |
| 2/5/06 | Coordination/Preparation for trip to Sacramento | 2.0 |
| 2/6/06 | Travel: Bainbridge Is, WA to Seattle to Sacramento | 5.0* |
| 2/6/06 | Team Meeting | 1.0 |
| 2/7/06 | Defendant On-site Sacramento | 8.0 |
| 2/8/06 | Defendant On-site Sacramento | 8.0 |
| 2/9/06 | DRU visit | 4.0 |
| 2/9/06 | Travel: From Dublin CA, to Seattle to Bainbridge Is | 9.0* |

Total…………………………………………………………………….. 37.5

23.5 X $180/hour = $4230
14   X $90/hour = $1260
                      **$5,490**

\* denotes travel time at lower rate

### Disbursements/Expenses for January February 2006

| Date | Activity | Amount |
|------|----------|--------|
| 2/6/06 | POV: Bainbridge Island to Seattle: 17 mi@ .40/mi | $  6.80 |
| 2/6/06 | Taxi from Ferry to airport | 28.00 |
| 2/6/06 | Airfare: Seattle to Sacramento | 228.60 |
| 2/6/06 | Hotel: 2 nights Sacramento | 166.72 |
| 2/8/06 | Hotel: 1 night Dublin | 97.12 |
| 2/8/06 | Taxi from airport to Ferry | 38.00 |
| 2/8/06 | Ferry | 6.10 |
| 2/8/06 | POV: Seattle to Bainbridge Island : 17 mi@ .40/mi | 6.80 |

Total………………………………………………………………...…………….$ 578.14

**Total Fees and Expenses: $6,068.14**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Virginia Morrison**
**Tax #: 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**

## Fees for February 2006

| Date | Activity | Time/Hours |
|------|----------|-----------|
| 2/1/06 | Review pleadings and recent communications; outline issues and factual and procedural questions; email communication w/C. Riveland and N. Campbell re: same | 4.1 |
| 2/3/06 | Email communication w/B. Rice and C. Riveland re: upcoming meetings and site visit; review background material | 3.0 |
| 2/4/06 | Review court filings and other case background materials provided | 2.75 |
| 2/4/06 | Travel: Kentfield to Sacramento for meetings with the state | 1.8* |
| 2/6/06 | Conference w/C. Riveland and N. Campbell | 1.0 |
| 2/7/06 | Meetings w/Board, paroles, and CDRC staff, and legal counsel | 8.75 |
| 2/8/06 | Meetings w/CalPAP personnel and Board, paroles, and CDRC staff, and legal counsel; confer w/C. Riveland and N. Campbell | 8.6 |
| 2/8/06 | Travel: Sacramento to Dublin | 2.0* |
| 2/9/06 | Observe probable cause hearings and interview staff at Santa Rita DRU; confer w/C. Riveland and N. Campbell | 2.4 |
| 2/9/06 | Travel: Dublin to Kentfield | 1.1* |

| 2/20/06 | Review background materials; review and revise briefing notes; outline issues and information needed; email communication w/Special Master's team | 5.8 |
| --- | --- | --- |
| 2/21/06 | Review documents provided by parties; email communication w/C. Riveland | 3.25 |
| 2/27/06 | Meet w/plaintiffs' counsel and Special Master | 5.8 |
| 2/28/06 | Telephone conferences and email communication w/B. Rice, C. Riveland, M. Brady | 1.1 |

Total...............................................................................................

$$47.65 \times \$200/\text{hour} = \$9,530.00$$
$$4.9 \quad \times \$ 90/\text{hour} = \$ \ 441.00$$
$$\$ \ 9,971.00$$

\* denotes travel time at lower rate

## Disbursements/Expenses for February 2006

| Date | Activity |
| --- | --- |
| Amount | |

| 2/9/06 | Hotels: two nights Sacramento, 1 night Dublin | 277.08 |
| --- | --- | --- |
| 2/9/06 | Mileage and tolls during trips to Sacramento and Dublin (226 miles @ 37.5 cents per mile) | 86.75 |
| 2/9/06 | Meals during trips to Sacramento and Dublin | 15.57 |
| 2/27/06 | Mileage and tolls for San Francisco meeting (36 miles @ 37.5 cents per mile) | 18.50 |

2/27/06   Parking for San Francisco meeting                                                    28.00


Total.........................................................................................................$ 425.90

**Total Fees and Expenses: $10,396.90**

*Valdivia et al. v. Schwarzenegger et al.*      No. CIV S-94-671 **LKK/GGH**

**For: Chase Riveland**
**Tax #: 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**

**Fees for January and February 2006**

| Date | Activity | Time/Hours |
|------|----------|-----------|
| 1/16/06 | Review Basic Case Orders and Pleadings | 2.5 |
| 1/17/06 | Review Defendants Court-filed Policies and Procedures | 2.0 |
| 1/20/06 | Review Electronically filed documents | 2.5 |
| 1/22/06 | Review Defendants Policies and Procedures | 3.0 |
| 1/23/06 | Review Defendants Policies and Procedures | 2.0 |
| 1/27/06 | Preparation of issues and questions | 2.0 |
| 1/30/06 | Prepare and file pleading | 1.0 |
| 2/03/06 | Coordination/Preparation for trip to Sacramento | 2.5 |
| 2/06/06 | Travel: Deer Harbor, WA to Seattle to Sacramento | 8.0 * |
| 2/06/06 | Meeting with /Morrison and Campbell | 1.0 |
| 2/07/06 | Meeting w/Morrison and Campbell | 1.0 |
| 2/07/06 | Briefing by Defendants | 7.0 |
| 2/08/06 | Briefing by Defendants/Meeting w/Judge | 8.0 |
| 2/08/06 | Travel to Dublin | 2.0* |
| 2/09/06 | Briefing by Defendants/tour/w/Campbell/Morrison | 5.0 |
| 2/09/06 | Travel: Dublin/Sacramento/Seattle/Anacortes, WA | 9.0* |
| 2/10/06 | Travel: Anacortes to Deer Harbor | 2.0* |
| 2/11/06 | Review of materials furnished by Defendants | 5.0 |
| 2/12/06 | Review of materials furnished by Defendants | 3.0 |
| 2/22/06 | Preparation for meeting with Plaintiff's attorneys | 1.0 |
| 2/24/06 | Review of materials sent by Defendants (document production) | 2.0 |
| 2/26/06 | Travel: Deer Harbor, WA to San Francisco | 5.0* |
| 2/27/06 | Meeting with Plaintiff's attorneys | 6.0 |
| 2/27/06 | Travel: San Francisco to Anacortes, WA | 5.0* |
| 2/28/06 | Travel: Anacortes to Deer Harbor (car and ferry) | 1.5* |
| | | 56.5 |
| | | 32.5* |

56.5 hours X $ 200/hour = $ 11,300
*30.5 hours X $  90/hour = $  2,925
**Total:**                  **$ 14,225**

## Expenses for January/February 2006

| Date | Activity | Amount |
|------|----------|--------|
| 2/6/06 | POV travel: Deer Harbor to Seattle Airport | |
| | 96 miles @ .40/mile | $ 38.40 |
| 2/06/06 | Roundtrip airfare: Seattle/Sacramento/return | 188.60 |
| 2/06/06 | Rental car for 4 days | 229.14 |
| 2/06/06 | Meals: Riveland, Campbell, and Morrison | 73.98 |
| 2/07/06 | Breakfast meal | 5.78 |
| 2/07/06 | Dinner meals: Riveland, Campbell, Morrison | 88.79 |
| 2/08/06 | Motel/Sacramento: 2 nights | 164.26 |
| 2/08/06 | Breakfast | 8.00 |
| 2/08/06 | Lunch: Riveland, Campbell, Morrison | 43.87 |
| 2/08/06 | Dinner: Riveland, Campbell, Morrison | 86.44 |
| 2/09/06 | Hotel: Dublin | 97.12 |
| 2/09/06 | Breakfast | 14.19 |
| 2/09/06 | Toll Bridge Toll | 3.00 |
| 2/09/06 | Lunch: Riveland and Campbell | 22.20 |
| 2/09/06 | Airport Parking | 50.35 |
| 2/09/06 | POV travel: Seattle to Anacortes: 96 mi @ .40/mi | 38.40 |
| 2/09/06 | Dinner | 16.27 |
| 2/10/06 | Hotel: Anacortes | 92.32 |
| 2/10/06 | Ferry toll: Anacortes to Orcas Island | 29.30 |
| 2/26/06 | POV Travel: Deer Harbor to Seattle/SEATAC | |
| | 96 miles @ .40/mi | 38.40 |
| 2/26/06 | Roundtrip airfare: Seattle to San Francisco | 218.60 |
| 2/26/06 | Dinner and lunch | 32.07 |
| 2/26/06 | Taxi: SF Airport to hotel | 40.00 |
| 2/27/06 | Hotel: San Francisco | 152.76 |
| 2/27/06 | Breakfast/Lunch/dinner | 33.67 |
| 2/27/06 | Taxi: R&B office to airport | 40.00 |
| 2/27/06 | Airport parking | 25.00 |
| 2/27/06 | POV travel: Seattle to Anacortes | 32.40 |
| | 81 miles @ .40/mile | 38.40 |
| 2/28/06 | Hotel: Anacortes | 92.32 |
| 2/28/06 | Ferry Toll | 26.40 |
| 2/28/06 | POV Travel: Anacortes to Deer Harbor | |
| | 11 miles @ .40/mile | 4.40 |
| | | $ 2,064.83 |

Total Fees and Expenses:     **$ 16, 289.83**