UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        Plaintiffs,

   v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.

NO. CIV. S-94-671 LKK/GGH

O R D E R

/

The court is in receipt of putative class member Daren Miller's motion for compliance. There is no provision in the Stipulated Judgment for enforcement by individual class members and the motion is therefore DENIED. The Clerk shall serve a copy of the attached motion on class counsel.

    IT IS SO ORDERED.

    DATED: March 27, 2006.

                       /s/Lawrence K. Karlton
                       LAWRENCE K. KARLTON
                       SENIOR JUDGE
                       UNITED STATES DISTRICT COURT