UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        Plaintiffs,

   v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.
_____/

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of March, 2006. Good cause appearing, it is ORDERED that:

    1.   The Clerk is directed to pay to:

    Chase Riveland
    <u>Valdivia</u> Special Master
    5714 Deer Harbor Road, Box 367
    Deer Harbor, WA  98243

the amount of $23,732.11 in accordance with the attached

1  statement; and

2      2.  A copy of this order shall be served on the financial
3  department of this court.

4      IT IS SO ORDERED.

5      DATED:  April 7, 2006.

```
                                LAWRENCE K. KARLTON
                                SENIOR JUDGE
                                UNITED STATES DISTRICT COURT
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
    v.    No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of March, 2006.

| | | |
|---|---|---|
| Chase Riveland, Special Master | | |
|     Services | $ 7,415.00 | |
|     Disbursements | $ 1,306.04 | |
|     Total amount due | | $ 8,721.04 |
| Virginia Morrison, Deputy Special Master | | |
|     Services | $ 13,792.00 | |
|     Disbursements | $ 499.07 | |
|     Total amount due | | $ 14,291.07 |
| Nancy Campbell, Deputy Special Master | | |
|     Services | $ 720.00 | |
|     Disbursements | $ 0.00 | |
|     Total amount due | | $ 720.00 |
| **TOTAL AMOUNT TO BE REIMBURSED** | | **$ 23,732.11** |

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Chase Riveland


Chase Riveland

*Valdivia et al. v. Schwarzenegger et al.*           No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for March 2006**

| Date | Activity | Time/Hours |
|---|---|---|
| 3/01/06 | Various telephone calls: Campbell, Morrison, Rice, document review, and various e-mails | 2.0 |
| 3/04/06 | Billing preparation | 1.0 |
| 3/05/06 | Review Draft proposed forms from Defendants | 1.0 |
| 3/06/06 | Conference call w/ Morrison/Campbell/miscellaneous communications w/Defendants and Plaintiffs | 1.5 |
| 3/11/06 | Review materials | 2.0 |
| 3/13/06 | Travel to San Francisco from Deer Harbor | 6.0* |
| 3/14/06 | Travel to/from San Quentin | 1.5* |
| 3/14/06 | Observe hearings, monitoring, etc. | 7.0 |
| 3/15/06 | Meet with Morrison | 2.5 |
| 3/15/06 | Meet w/Plaintiffs reps./Defendants reps, etc. | 5.5 |
| 3/16/06 | Travel: San Francisco to Deer Harbor | 6.0* |
| 3/17/06 | Conference call w/Campbell | .5 |
| 3/18/06 | Review of policies of other states and Interstate Compact | 2.0 |
| 3/21/06 | Review of materials | 1.0 |
| 3/25/06 | Review of Monitoring Proposals | 3.0 |
| 3/29/06 | Conference call w/Morrison and Campbell | .5 |
| 3/30/06 | Miscellaneous document review | 1.5 |

31 hours @ $200/hour = $ 6,200
13.5 hours @ $90/hour = $ 1,215
    $ 7,415

**Expenses for March 2006**

| Date | Activity | Amount |
|---|---|---|
| 3/03/06 | Priority mail pouch | $   4.09 |
| 3/04/06 | Priority mail pouch | 4.09 |
| 3/13/06 | Roundtrip airfare: Deer Harbor to Seattle and return on 3/16/06 | 190.00 |
| 3/13/06 | Roundtrip airfare: Seattle to San Francisco and Return | 320.60 |
| 3/13/06 | Taxi: San Francisco Airport to Hotel | 40.00 |
| 3/13/06 | Lunch and Dinner | 27.35 |
| 3/14/06 | Lunch and dinner | 29.16 |
| 3/15/06 | Hotel from 3/13/06 to 3/16/06 | 577.98 |
| 3/15/06 | Breakfast and dinner | 27.64 |
| 3/16/06 | Taxi: Hotel to San Francisco airport | 40.00 |
| 3/16/06 | Taxi: Seatac to Floatplane dock | 40.00 |
| 3/16/06 | Breakfast | <u>5.13</u> |
|  |  | $ 1,306.04 |

|  |  |
|---|---|
|  | 1,306.04 |
|  | <u>7,415.00</u> |
| **Total:** | 8,721.04 |

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

For: Virginia Morrison
Tax #: 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

### Fees for March 2006

| Date | Activity | Time/Hours |
|---|---|---|
| 3/6/06 | Review and organize case-related information in preparation for 3/15 agenda and 3/9 meeting; telephone conference w/C. Riveland; email communication w/C. Riveland and B. Rice | 2.2 |
| 3/7/06 | Email communication w/C. Riveland, N. Campbell, and B. Rice | 0.4 |
| 3/8/06 | Review documents provided by parties; email and phone communication w/B. Rice and M. Brady | 1.5 |
| 3/8/06 | Travel from Kentfield to Sacramento | 1.3* |
| 3/9/06 | Observe RTCAs, telephonic probable cause hearings at McGee DRU; interview DRU staff; confer with Board staff and contractors concerning RSTS capabilities and timeliness data; review and analyze documents provided | 11.5 |
| 3/10/06 | Review and analyze RSTS-based documents provided; observe task force meeting; confer with Board staff and contractors concerning RSTS capabilities, timeliness data, telephonic hearings, and SQ visit | 9.0 |
| 3/10/06 | Travel from Sacramento to Kentfield | 1.5* |
| 3/11/06 | Review and analyze RSTS data; review plaintiffs' letter concerning data | 2.75 |
| 3/12/06 | Review and analyze RSTS data; email communication w/C. Riveland, N. Campbell, B. Rice and M. Brady | 4.3 |

| Date | Description | Hours |
|---|---|---|
| 3/13/06 | Telephone conferences w/B. Rice | 0.25 |
| 3/14/06 | Participate in monitoring tour of SQ; review documents and make notes for meeting; analyze RSTS data | 7.8 |
| 3/15/06 | Confer w/C. Riveland; meet w/C. Riveland and parties' counsel; follow-up email communication | 6.4 |
| 3/17/06 | Telephone conference w/M. Bien; review and analyze RSTS data | 3.5 |
| 3/18/06 | Review and analyze RSTS data | 4.6 |
| 3/20/06 | Telephone conference w/R. Skipper-Dotta; review and analyze RSTS data | 4.3 |
| 03/28/06 | Review parties' monitoring proposals; review and analyze RSTS data | 4.1 |
| 03/29/06 | Telephone conference w/C. Riveland and N. Campbell; review and analyze RSTS data | 1.5 |
| 03/31/06 | Review and analyze RSTS data | 3.6 |

Total............................................................................................

        67.7 X $200/hour   $13,540.00
         2.8  X $ 90/hour   $    252.00
                                    **$ 13,792.00**

\* denotes travel time at lower rate

**Disbursements/Expenses for March 2006**

| Date | Activity | Amount |
|---|---|---|
| 03/10/06 | Hotel during Sacramento trip (2 nights) | 311.36 |
| 03/10/06 | Meals during Sacramento trip | 45.03 |
| 03/10/06 | Mileage during trip to Sacramento and Galt (215 miles @ 44.5 cents per mile) (no tolls incurred) | 95.68 |
| 03/10/06 | Parking during Sacramento trip | 9.00 |
| 03/15/06 | Parking during San Francisco meetings | 38.00 |

Total..................................................................................$ !The
**Formula Not In Table**

**Total Fees and Expenses: $14,291.07**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campell**
**Tax #: 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**

**Fees for March 2006**

| Date | Activity | Time/Hours |
|---|---|---|
| 2/27/06 | Discuss with Chase remedial sanction | .5 |
| 3/14/06 | Prepare request for Remedial Sanction info | 2.5 |
| 3/17/06 | Phone call Chase; e-mail Ernie | .5 |
| 3/29/06 | Conference call Chase, Ginny | .5 |
| Total | | 4.0 |

4.0 X $180/hour = $720.00

**Total Fees: $720.00**