UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

    Defendants.
_____/

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of April, 2006. Good cause appearing, it is ORDERED that:

    1. The Clerk is directed to pay to:

    Chase Riveland
    <u>Valdivia</u> Special Master
    5714 Deer Harbor Road, Box 367
    Deer Harbor, WA  98243

the amount of $17,570.40 in accordance with the attached

1

1 | statement; and
2 |     2.  A copy of this order shall be served on the financial
3 | department of this court.
4 |     IT IS SO ORDERED.
5 |     DATED: May 5, 2006.

                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
    v.

No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of April 2006.

Chase Riveland, Special Master
    Services                  $ 7,465.00
    Disbursements         $ 1,589.25

        Total amount due                      $ 9,054.25

Virginia Morrison, Deputy Special Master
    Services                  $ -0-
    Disbursements         $ -0-
        Total amount due                      $ -0-
        (will combine April and May)

Nancy Campbell, Deputy Special Master
    Services                  $ 7,380.00
    Disbursements         $ 1,136.15

        Total amount due                      $ 8,516.15

    TOTAL AMOUNT TO BE REIMBURSED        **$ 17,570.40**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Chase Riveland


Chase Riveland
Special Master

*Valdivia et al. v. Schwarzenegger et al.*          No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for April 2006**

| Date | Activity | Time/Hours |
|---|---|---|
| 4/1/06 | Arrange trip to Los Angeles/Sacramento | 1.0 |
| 4/11/06 | Telephone calls with Campbell and Morrison | 1.0 |
| 4/12/06 | Telephone calls with Bien/others | .5 |
| 4/13/06 | Review documents/telephone: Brady, Morrison | 1.0 |
| 4/17/06 | Review documents | 1.5 |
| 4/25/06 | Review materials | 2.5 |
| 4/26/06 | Travel: Deer Harbor to Los Angeles | 7.5 * |
| 4/27/06 | Tour LACJ/Hearings/DRU staff, etc | 8.0 |
| 4/27/06 | Travel: Los Angeles to Sacramento | 3.5 * |
| 4/28/06 | Meet w/BPH staff/Valdivia Task Force/ Meet w/ Judge Karlton/CDCR Secretary /Undersecretary and others. | 10.0 |
| 4/29/06 | Travel: Sacramento to Deer Harbor | 7.5 * |
| 4/30/06 | Review materials/notes | <u>3.5</u><br>29.0<br>18.5 * |

Total work hours:  29 @ $ 200/hour = $ 5,800
Total travel hours: 18.5 @ $ 90/hour = <u>$ 1,665</u>

<u>Total fees</u>..................................$ 7,465

**Expenses for April 2006**

| Date | Activity | Amount |
|---|---|---|
| 4/26/06 | Travel: Kenmore Air: Deer Harbor to Seattle | $ 190.00 |
| 4/26/06 | Shuttle to Seatac Airport | 15.00 |
| 4/26/06 | Lunch/Dinner | 38.95 |
| 4/26/06 | Taxi: LAX to Marriot | 44.00 |
| 4/27/06 | Roundtrip Air: Seattle/Los Angeles/Sacramento Seattle | 330.90 |
| 4/27/06 | Taxi: Marriot to LACJ | 16.00 |
| 4/27/06 | Taxi: LA DRU to Marriot to LAX | 48.00 |
| 4/27/06 | Breakfast/Lunch/ Dinner | 42.00 |
| 4/27/06 | Hotel | 229.00 |
| 4/27/06 | Taxi: Sacramento Airport to Hyatt | 42.00 |
| 4/28/06 | Breakfast/Lunch/Dinner | 49.50 |
| 4/29/06 | Hotel: 2 nights | 446.00 |
| 4/29/06 | Taxi: Hyatt to Sacramento Airport | 42.00 |
| 4/29/06 | Breakfast/Lunch | 13.90 |
| 4/29/06 | Taxi: Seatac Airport to Kenmore Air | 42.00 |
| Total............................................................................. | | $ 1,589.25 |

**Total Fees and Expenses: $ 9,054.25**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campell**
**Tax #: 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**

**Fees for April 2006**

| Date | Activity | Time/Hours |
|---|---|---|
| 4/17/06 | E-mail/Phone conversations Bein/Rice | .5 |
| 4/17/06 | Review Response to pre-mtg questions | 2.0 |
| 4/17/06 | Travel: Bainbridge Is, WA to Sacramento | 6.0* |
| 4/18/06 | Defendant On-site Sacramento/Berkley | 8.0 |
| 4/18/06 | Plantiff Mtg: Bein | 2.0 |
| 4/19/06 | Defendant On-site Oakland/SF | 6.0 |
| 4/19/06 | Travel: From SF, CA to Seattle to Bainbridge Is | 8.0* |
| 4/20/06 | Meeting Follow-up | 1.0 |
| 4/2406 | Analysis /Question Development for Chase | .5 |

Total..............................................................................

```
34   X $180/hour =    $ 6,120.00
14   X $90/hour  =    $ 1,260.00
                      $ 7,380.00
```

* denotes travel time at lower rate

**Disbursements/Expenses for January February 2006**

| Date | Activity | Amount |
|---|---|---|
| 4/17/06 | POV: Bainbridge Island to Airport: 17. mi@ .40/mi | 6.80 |
| 4/17/06 | Ferry Cost | 10.50 |
| 4/17/06 | Airfare: Seattle to Sacramento/SF | 363.60 |
| 4/17/06 | Hotel: 1 night Sacramento | 244.70 |
| 4/17/06 | Meals: | 8.07 |
| 4/18/06 | Hotel: 1 night Emeryville | 166.98 |
| 4/18/06 | Parking | 30.00 |
| 4/18/06 | Meals: Bein | 49.13 |
| 4/19/06 | Meals: | 20.61 |
| 4/19/06 | Parking | 13.00 |
| 4/19/06 | Rental Car | 167.51 |
| 4/19/06 | Airport Parking | 37.95 |

| | | |
|---|---|---|
| 4/19/06 | Ferry Cost | 10.50 |
| 4/19/06 | POV: Seattle to Bainbridge Island : 17 mi@ .40/mi | <u>6.80</u> |

Total………………………………………………………………...………………$ 1,136.15

**Total Fees and Expenses:    <u>$ 8,516.15</u>**