```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


JERRY VALDIVIA, et al.,

                Plaintiffs,

          v.                      CIV. NO. S-94-671 LKK/GGH

ARNOLD SCHWARZENEGGER, et al.,

                Defendants.
                                    /
MICHAEL JAYNE,

                Petitioner,

          v.                      CIV. NO. S-06-823 DFL/DAD P

DIRECTOR OF CDC, et al.,          NON-RELATED CASE ORDER

                Respondents.
                                    /
```

    The court has received the Notice of Related Cases concerning the above-captioned cases filed May 3, 2006.  See Local Rule 83-123, E.D. Cal. (1997).  The court has determined, however, that it is inappropriate to relate or reassign the cases, and therefore declines to do so.  This order is issued for informational purposes

only, and shall have no effect on the status of the cases, including any previous Related (or Non-Related) Case Order of this court.

IT IS SO ORDERED.

DATED: May 5, 2006

                                         /s/Lawrence K. Karlton
                                         LAWRENCE K. KARLTON
                                         SENIOR JUDGE
                                         UNITED STATES DISTRICT COURT