1  BINGHAM, McCUTCHEN, LLP
   KAREN KENNARD – 141925
2  KRISTEN A. PALUMBO - 215857
   Three Embarcadero Center
3  San Francisco, California 94111-4067
   Telephone: (415) 393-2000
4
5  PRISON LAW OFFICE
   DONALD SPECTER – 83925
   General Delivery
6  San Quentin, California 94964
   Telephone: (415) 457-9144
7

   ROSEN, BIEN & ASARO, LLP
   MICHAEL W. BIEN – 096891
   HOLLY BALDWIN – 191317
   ERNEST GALVAN – 196065
   155 Montgomery Street, 8th Floor
   San Francisco, California 94104
   Telephone (415) 433-6830
8
9  Attorneys for Plaintiffs

10
11              UNITED STATES DISTRICT COURT
12              EASTERN DISTRICT OF CALIFORNIA
13
14 | JERRY VALDIVIA, et al.,                  | No. Civ. S-94-0671 LKK/GGH
15 |     Plaintiffs,                           | L-1/< (
16 | v.                                        | [PROPOSED] ORDER CONFIRMING
                                                UNDISPUTED ATTORNEYS' FEES AND
                                                COSTS FOR THE FOURTH QUARTER OF
17 | ARNOLD SCHWARZENEGGER, et al.,             | 2005
18 |     Defendants.                            |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al., | Case No. CIV S-94-0671 LKK/GGH |
| Plaintiffs, | [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2005 |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

On May 10, 2006, the parties in this case submitted a Stipulation confirming the results of their meet and confer session concerning fees and costs for the Fourth Quarter of 2005, pursuant to the July 8, 2004, periodic fees order in this case.

Pursuant to the stipulation filed on May 10, 2006, IT IS HEREBY ORDERED that plaintiffs' fees and costs of $451,521.78, plus interest are due and collectable as of forty-five days from the date of entry of this Order. Daily interest runs from March 13, 2006 at the rate of 4.80%.

| Amount | Interest Rate | Daily Interest | Interest Began Accruing |
|---|---|---|---|
| $451,521.78 | 4.80% | $59.48 | March 13, 2006 |

(Interest accrues at the rate provided by 28 U.S.C. § 1961.)

IT IS SO ORDERED.

Dated: 5/11, 2006

By: _____
LAWRENCE K. KARLTON
United States District Judge

STIPULATION AND [PROPOSED] ORDER CONFIRMING
UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE
FOURTH QUARTER OF 2005 Civ. S-94-0671 LLK/GGH

1