UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of May, 2006. Good cause appearing, it is ORDERED that:

1. The Clerk is directed to pay to:

Chase Riveland
<u>Valdivia</u> Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

the amount of $23,121.87 in accordance with the attached

1

1 statement; and

2     2. A copy of this order shall be served on the financial
3 department of this court.

4     IT IS SO ORDERED.

5     DATED: June 6, 2006.

6
7                             LAWRENCE K. KARLTON
                            SENIOR JUDGE
8                             UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
    v.                                             No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of May, 2006.

Chase Riveland, Special Master
    Services                              $ 6,870.00
    Disbursements                    $    330.08

        Total amount due                                       $ 7,200.08

Virginia Morrison, Deputy Special Master
    Services                              $ 13,440.00
    Disbursements                    $     681.79
        Total amount due                                       $ 14,121.79
        (April and May)

Nancy Campbell, Deputy Special Master
    Services                              $ 1,800.00
    Disbursements                    $       0.0

        Total amount due                                       $ 1,800.00

    TOTAL AMOUNT TO BE REIMBURSED            **$ 23,121.87**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Chase Riveland

Chase Riveland                                      June 4, 2006
Special Master

Valdivia et al. v. Schwarzenegger et al.            No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for April 2006**

| Date | Activity | Time/Hours |
|---|---|---|
| 5/3/06 | Telephone: Bien and Galvin | 1.0 |
| 5/5/06 | Telephone: Morrison | 1.0 |
| 5/5/06 | Review Armstrong filings | 1.5 |
| 5/6/06 | Review Compliance Report | 1.0 |
| 5/13/06 | Review materials | 1.0 |
| 5/19/06 | Review Armstrong materials | 2.5 |
| 5/20/06 | Begin court report draft | 4.0 |
| 5/21/06 | Review Coleman transcripts | 1.5 |
| 5/22/o6 | Telephone with Rice, Galvin, Campbell | 1.5 |
| 5/23/06 | Work on court report draft, Telephone Morrison | 3.5 |
| 5/24/06 | Work on court report draft | 2.5 |
| 5/25/06 | Travel: Deer Harbor to Seatac (pick up Morrison) Travel to Bainbridge Island | 6.5 * |
| 5/26/06 | Meeting w/Morrison/Campbell | 7.5 |
| 5/26/06 | Travel to Seattle/Deer Harbor | 6.5 * |
|  |  | 13.0 * |
|  |  | 28.5 |

     13 * X $ 90 = $ 1,170
     28.5  X $ 200 = $ 5,700

Total...........................$ 6,870

## Expenses for April 2006

| Date | Activity | Amount |
|---|---|---|
| 5/25/06 | Travel: Deer Harbor to Seatac, to Bainbridge Island/POV 126 x 44.5/mi | 54.07 |
| 5/25/06 | Ferry toll: Seattle to Bainbridge | 20.60 |
| 5/25/06 | Dinner | 5.37 |
| 5/26/06 | Hotel: Bainbridge Island | 98.43 |
| 5/26/06 | Breakfast, Lunch, Dinner: Campbell, Morrison and Riveland | 59.79 |
| 5/26/05 | Ferry toll: Bainbridge/Seattle | 37.75 |
| 5/26/06 | Travel: Bainbridge/Seattle/Deer Harbor POV: 126 mi/44.5/mi | <u>54.07</u> |
|  |  | 330.08 |

**Total Fees and Expenses: $6,870 + 330.08 = <u>$ 7,200.08</u>**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campell**
**Tax #: 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**

**Fees for May 2006**

| Date | Activity | Time/Hours |
|---|---|---|
| 5/2 | Conversation with Chase | .5 |
| 5/6 | Follow-up remedial sanction data questions | 1.5 |
| 5/7 | Conversation Chase | .5 |
| 5/26 | Meeting Ginny/Chase | 7.5 |

Total……………………………………………………………………………...

    10   X $180/hour =   $1800.00
                               **$1800.00**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

For: Virginia Morrison
Tax #: 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

**Fees for April and May 2006**

| Date | Activity | Time/Hours |
|---|---|---|
| 04/13/06 | Review Finance Letter concerning DA representation; email and phone communication w/C. Riveland | 0.4 |
| 04/15/06 | Review and analyze RSTS data; email communication w/Special Master's team and B. Rice | 2.6 |
| 05/05/06 | Telephone conferences w/C. Riveland and M. Bien; review defendants' compliance report and documents concerning remedial sanctions; email communication w/C. Riveland and parties' attorneys | 2.4 |
| 05/08/06 | Telephone conference w/B. Rice re: data and information issues | 0.2 |
| 05/15/06 | Review and analyze documents to synthesize our knowledge of the issues | 2.75 |
| 05/16/06 | Telephone conferences w/C. Riveland, K. Nelson, B. Rice, and M. Keating; email communication w/same and M. Bien; draft Reception Center issues; review documents provided by parties and record notes concerning them for report to court | 3.8 |
| 05/17/06 | Email communication w/C. Riveland and M. Keating, parties' attorneys, and Board and CalPAP staff; review documents provided by parties and record notes concerning them for report to court and for data-related meeting and telephonic hearings visits; review relevant portions of court transcript on recent hearing and identify related data | 4.6 |
| 05/18/06 | Review budget documents; email communication w/C. Riveland and N. Campbell; review Defendants' Compliance Report, an *Armstrong* filing, and other documents provided by parties and record notes concerning them for report to court | 3.0 |
| 05/19/06 | Review documents provided by parties and record notes concerning them for report to court; email communication w/K. Nelson and B. | 2.4 |

Rice

| Date | Description | Hours |
|---|---|---|
| 05/20/06 | Review documents provided by parties and record notes concerning them for report to court | 4.75 |
| 05/22/06 | Review documents provided by parties and record notes concerning them for report to court | 3.5 |
| 05/23/06 | Telephone conferences w/C. Riveland and K. Nelson; review and analyze documents; email communication w/state's lawyers; review OSM reports for suggested approach | 3.0 |
| 05/24/06 | Review documents provided by parties and record notes concerning them for report to court and further OSM activities | 4.0 |
| 05/25/06 | Travel from Kentfield to Seattle for OSM team meeting | 7.5* |
| 05/25/06 | Review documents provided by parties and record notes concerning them for report to court and further OSM activities | 2.3 |
| 05/26/06 | Participate in meeting of Special Master's team | 7.5 |
| 05/27/06 | Travel from Seattle to Kentfield | 5.2* |
| 05/29/06 | Review and analyze printouts provided by the state; prepare for meetings | 4.7 |
| 05/30/06 | Round-trip travel between Kentfield and Sacramento | 3.3* |
| 05/30/06 | Meet with defense counsel, BPH, DAPO, and CalPAP staff | 7.7 |
| 05/31/06 | Email communication w/defense counsel; review documents | 0.4 |

Total……………………………………………………………….. 76.0

```
60  X $200/hour = $ 12,000.
16  X $ 90/hour = $  1,440.
                  $ 13,440
```

* denotes travel time at lower rate

## Disbursements/Expenses for April and May 2006

| Date | Activity | Amount |
|---|---|---|
| 05/26/06 | Hotel for Seattle meetings | 98.43 |
| 05/26/06 | Airfare for Seattle meetings | 412.60 |
| 05/26/06 | Meals during Seattle travel | 18.74 |
| 05/27/06 | Airport parking for Seattle travel | 20.70 |
| 05/27/06 | Taxi to airport for return trip | 37.00 |
| 05/30/06 | Tolls and mileage round-trip between Kentfield and Sacramento (176 mi.) | 81.32 |
| 05/30/06 | Parking during Sacramento meetings | 13.00 |

Total..........................................................................................$ 681.79

**Total Fees and Expenses: $14,121.79**