UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al., | ) Case No. CIV S-94-0671 LKK/GGH |
| Plaintiffs, | ) **ORDER CONFIRMING UNDISPUTED** |
| | ) **ATTORNEYS' FEES AND COSTS FOR** |
| v. | ) **THE FIRST QUARTER OF 2006** |
| ARNOLD SCHWARZENEGGER, et al., | ) |
| Defendants. | ) |

On June 12, 2006, the parties in this case submitted a Stipulation confirming the results of their meet and confer session concerning fees and costs for the First Quarter of 2006, pursuant to the July 8, 2004, periodic fees order in this case.

Pursuant to the stipulation filed on June 12, 2006, IT IS HEREBY ORDERED that plaintiffs' fees and costs of $510,883.93, plus interest, are due and collectable as of forty-five days from the date of entry of this Order. Daily interest runs from June 8, 2006 at the rate provided by 28 U.S.C. § 1961.

IT IS SO ORDERED.

Dated: June 14, 2006

LAWRENCE K. KARLTON
United States District Judge