1  BILL LOCKYER
   Attorney General of the State of California
2  JAMES M. HUMES
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  BENJAMIN T. RICE, State Bar No. 199754
   Deputy Attorney General
6    1300 I Street, Suite 125
     Post Office Box 944255
7    Sacramento, CA 94244-2550
     Telephone:  (916) 324-2445
8    Facsimile:  (916) 324-5205

9  Attorneys for Defendants Schwarzenegger, et al.
   CA1997CS0005
10

11             IN THE UNITED STATES DISTRICT COURT

12             FOR THE EASTERN DISTRICT OF CALIFORNIA

13                     SACRAMENTO DIVISION

| | |
|---|---|
| **JERRY VALDIVIA, et al.,** | No. 2:94-cv-0671 LKK GGH P |
| Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER TO RE-SCHEDULE HEARING DATE AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO SUPPLEMENT COMPLAINT** |
| v. | |
| **ARNOLD SCHWARZENEGGER, et al.,** | |
| Defendants. | |

THE PARTIES BY AND THROUGH THEIR COUNSEL HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. On June 21, 2006, Plaintiffs filed a Motion for Leave to File a First Supplemental Civil Class Action Complaint.  The hearing for the motion was set for August 7, 2006.

2. Defendants' counsel recently called Plaintiffs counsel to ask that the hearing date and briefing schedule be changed.  Defendants' counsel informed Plaintiffs' counsel that he would be on vacation for two weeks over the next six weeks including up to the day before the hearing. Additionally the parties were scheduled to meet with each other or with the special master on at

///

1  least 7 days over this period. Defendants' counsel then called the Court and was informed that
2  the next hearing date that was available was August 28, 2006.
3      3.  The parties have met and conferred and agreed to move the hearing date to August 28,
4  2006. Additionally, the parties have agreed that Defendants' opposition brief will now be due
5  August 9, 2006. Finally, Plaintiffs' reply brief will be due on August 21, 2006.

**IT IS SO STIPULATED.**

Dated: June 30, 2006                Respectfully submitted,

                                    BILL LOCKYER
                                    Attorney General of the State of California

                                    JAMES M. HUMES
                                    Chief Assistant Attorney General

                                    FRANCES T. GRUNDER
                                    Senior Assistant Attorney General

                                    ROCHELLE C. EAST
                                    Supervising Deputy Attorney General

                                    / S / *Benjamin T. Rice*

                                    BENJAMIN T. RICE
                                    Deputy Attorney General

                                    Attorneys for Defendants

Dated: June 30, 2006                ROSEN, BIEN, & ASARO, LLP

                                    / S / *Gay Grunfeld*

                                    GAY GRUNFELD
                                    Attorneys for Plaintiffs

**IT IS SO ORDERED.**

DATED: July 5, 2006           By: _____
                                    The Honorable Lawrence K. Karlton
                                    United States District Court

BTR:tc
30133244.wpd