BINGHAM, McCUTCHEN, LLP
KAREN KENNARD – 141925
KRISTEN A. PALUMBO - 215857
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

PRISON LAW OFFICE
DONALD SPECTER – 83925
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & ASARO, LLP
MICHAEL W. BIEN – 096891
HOLLY BALDWIN – 191317
ERNEST GALVAN – 196065
155 Montgomery Street, 8th Floor
San Francisco, California 94104
Telephone (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al.,<br><br>         Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>         Defendants. | No. Civ. S-94-0671 LKK/GGH<br><br>STIPULATION AND ORDER EXTENDING TIME TO FILE MOTION TO COMPEL REGARDING DISPUTED ATTORNEYS' FEES AND COSTS FOR 2005 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al., ) | Case No. CIV S-94-0671 LKK/GGH |
| ) | |
| Plaintiffs, ) | **STIPULATION AND [PROPOSED]** |
| ) | **ORDER EXTENDING TIME TO FILE** |
| v. ) | **MOTION TO COMPEL REGARDING** |
| ) | **DISPUTED ATTORNEYS' FEES AND** |
| ARNOLD SCHWARZENEGGER, et al., ) | **COSTS FOR 2005** |
| ) | |
| Defendants. ) | |
| _____ ) | |

On July 8, 2004, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, the parties completed their meet-and-confer process for the Fourth Quarter 2005 fees and costs on May 2, 2006. The total amount of $29,240.50 in attorney's fees remains in dispute from the First, Second, and Fourth Quarters of 2005. In the interest of efficiency and judicial economy, the parties stipulate that rather than litigating over this amount within 60 days under the periodic fees order, this amount shall remain in dispute, and be combined with any disputed items that arise in 2006, to be resolved in a subsequent quarterly or annual motion to compel.

///

///

STIPULATION & ORDER EXTENDING TIME TO FILE
MOTION TO COMPEL RE DISPUTED ATTORNEYS' FEES
AND COSTS FOR 2005, Civ. S-94-0671 LLK/GGH

1

IT IS SO ORDERED.

Dated: July 6, 006

_____
LAWRENCE K. KARLTON
United States District Judge

APPROVED AS TO FORM:

 /s/ Benjamin T. Rice              DATED:   July 3, 2006

Benjamin T. Rice
Deputy Attorney General
Attorney for Defendants


 /s/ Holly Baldwin                 DATED:   July 3, 2006

Holly Baldwin
Rosen, Bien & Asaro, LLP
Attorneys for Plaintiffs

STIPULATION & ORDER EXTENDING TIME TO FILE
MOTION TO COMPEL RE DISPUTED ATTORNEYS' FEES
AND COSTS FOR 2005, Civ. S-94-0671 LLK/GGH

2