FILED

JUL 2 8 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.

                                 /

NO. CIV. S-94-671 LKK/GGH

O R D E R

    Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of June, 2006. Good cause appearing, it is ORDERED that:

    1. The Clerk is directed to pay to:

Chase Riveland
<u>Valdivia</u> Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA 98243

////

1

1 | the amount of $36,208.48 in accordance with the attached
2 | statement; and
3 |     2.  A copy of this order shall be served on the financial
4 | department of this court.
5 |     IT IS SO ORDERED.
6 |     DATED: July 28, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Valdivia et al.,
    Plaintiffs,
    v.                                  No. CIV. S-94-671 LKK/GGH

Schwarzenegger et al.,
    Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of June 1 through June 30, 2006.

Chase Riveland, Special Master
    Services                      $ 14,120.00
    Disbursements          $  2,094.88

        Total amount due                     $ 16,214.88

Virginia Morrison, Deputy Special Master
    Services                      $ 17,555
    Disbursements          $ 539.60
        Total amount due                     $ 18,094.60

Nancy Campbell, Deputy Special Master
    Services                      $ 1,899.00
    Disbursements          $     0.0

        Total amount due                     $ 1,899.00

    TOTAL AMOUNT TO BE REIMBURSED        $ 36,208.48

*Receipts for justification of reported expenditures are available upon request.*

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                        July 8, 2006
Special Master

*Valdivia et al. v. Schwarzenegger et al.*      No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for June 2006**

| Date | Activity | Time/Hours |
|------|----------|------------|
| 6/1/06 | Review Armstrong Order of 5/30/06, telephone calls: Bien, Keating, Brorby, Morrison | 2.8 |
| 6/2/06 | Telephone: Morrison, Campbell, review materials | 1.7 |
| 6/3/06 | Review materials for Special Master Report | 3.6 |
| 6/5/06 | Preparation for Sacramento trip: Correspondence/Calls: Keating/Rice/Brady/etc. | 1.8 |
| 6/6/06 | Travel: Deer Harbor/Seattle/Sacramento | 7.0 * |
| 6/7/06 | Meetings: Brady, Swanson/Rice/CDRC staff/ Keating Visit Sacramento parole office, interview staff | 10.0 |
| 6/8/06 | Travel: Sacramento/Seattle/Deer Harbor | 7.0 * |
| 6/9/06 | Review: BPH Quality Control Unit Decision Review Report, dated 5/24/2006, telephone Bien, | 2.7 |
| 6/10/06 | Review Plaintiffs' response to Defendants' Compliance Report | 3.0 |
| 6/11/06 | Review Plaintiffs' response to Defendants' Compliance Report | 3.5 |
| 6/12/06 | Telephone and e-mail communication w/Court Morrison, Campbell, Rice, Galvin, draft portions of report | 2.3 |
| 6/13/06 | Conference call: Morrison and Campbell; telephone w/Judge Karlton review reports | 3.6 |

| Date | Activity | Hours |
|---|---|---|
| 6/15/06 | Telephone: Bien, Morrison/ Work on report | 4.5 |
| 6/19/06 | Telephone: Rice, Work on report | 2.9 |
| 6/25/06 | Travel: Deer Harbor to Seattle to Sacramento | 8.0 * |
| 6/26/06 | Meet w/ Morrison (7:30 to 9 AM); Meet Defendants (9 to 10 AM); meet w/ Plaintiffs and Defendants ( 10AM to 5:30 PM); meet w/ Morrison (5:30 to 6:30 PM) | 11.0 |
| 6/27/06 | Travel: Sacramento to Seattle to Deer Harbor | 8.0 * |
| 6/28/06 | Review materials from Sacramento trip | <u>3.7</u><br>57.1<br>30.0* |

Total fee hours: 57.1 hrs. X 200/hr. = $11,420
Total travel hours: 30 hrs. X $90/hr. = <u>$ 2,700</u>
Total Fees...............................$ 14,120

* Denote travel time at lower rate

## Expenses for June 2006

| Date | Activity | Amount |
|---|---|---|
| 6/6/06 | Travel: Air from Deer Harbor to Seattle and return | $ 228.00 |
| 6/6/06 | Shuttle: Lake Union to Seatac Airport | 27.00 |
| 6/6/06 | Roundtrip air from Seattle to Sacramento on 6/6/06 and return on 6/8/06 | 368.00 |
| 6/6/06 | Lunch/Dinner | 38.95 |
| 6/6/06 | Taxi: Sacramento Airport to Hotel | 42.00 |
| 6/7/06 | Breakfast/ Lunch/Dinner | 48.95 |
| 6/8/06 | Hotel: 2 nights | 271.41 |

| Date | Description | Amount |
|---|---|---|
| 6/8/06 | Taxi: Hotel to Airport | 42.00 |
| 6/8/06 | Taxi: Seatac to Lake Union | 44.00 |
| 6/8/06 | Breakfast/Lunch | 13.88 |
| 6/25/06 | POV Travel: Deer Harbor to Seattle 96 mi@ .445/mi | 42.72 |
| 6/25/06 | Roundtrip airfare: Seattle to Sacramento | 352.00 |
| 6/25/06 | Breakfast, lunch, dinner | 46.95 |
| 6/25/06 | Taxi: Sacramento airport to hotel | 42.00 |
| 6/26/06 | Breakfast, lunch, dinner/ Riveland and Morrison | 97.87 |
| 6/27/06 | Hotel: Sacramento Hyatt, 2 nights | 248.50 |
| 6/27/06 | Taxi: Hotel to Sacramento Airport | 42.00 |
| 6/27/06 | Breakfast, lunch | 13.98 |
| 6/27/06 | POV travel: Seattle airport to Deer Harbor 96 mi@ .445/mi | 42.72 |
| 6/27/06 | Ferry fare: Car and driver | 41.95 |
| | | 2,094.88 |

**Total Expenses:**   $ **2,094.88**

**Total Fees and Expenses:**   **$16,214.88**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

For:   Virginia Morrison
Tax #:   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

**Fees for June 2006**

| Date | Activity | Time/Hours |
|---|---|---|
| 06/01/06 | Review and analyze data; email communication w/C. Riveland, defense counsel, BPH and CalPAP staff | 2.0 |
| 06/02/06 | Telephone conference w/C. Riveland; review email from DAPO and BPH staff; review documents and synthesize information | 2.2 |
| 06/04/06 | Review documents and synthesize information; email communication w/Special Master's team and defense counsel | 5.3 |
| 06/05/06 | Review documents and synthesize information | 2.0 |
| 06/06/06 | Review documents and synthesize information; draft sections of court report | 1.6 |
| 06/07/06 | Review documents and synthesize information; draft sections of court report | 1.4 |
| 06/09/06 | Review documents and synthesize information; draft sections of court report; email communication w/defense counsel and defendants | 5.3 |
| 06/10/06 | Email communication w/Special Master's team; review documents provided by both parties and synthesize information; draft sections of court report | 5.7 |

| | | |
|---|---|---|
| 06/12/06 | Telephone conferences w/C. Riveland and B. Rice; email communication w/Special Master's team, defense counsel, and DAPO staff; review and analyze documents provided; draft court report sections | 9.0 |
| 06/13/06 | Telephone conference w/Special Master's team; review and revise draft report; email communication w/defense counsel and the court; draft proposed order | 4.0 |
| 06/14/06 | Telephone conference w/defense counsel and BPT staff; draft report sections; email communication w/Special Master's team | 4.9 |
| 06/16/06 | Draft report sections; work w/tour schedule; email communication w/Special Master's team and defendants; analyze documents | 6.2 |
| 06/17/06 | Draft report sections; email communication w/Special Master's team and defendants | 2.8 |
| 06/22/06 | Email communication w/Special Master | 0.2 |
| 06/23/06 | Email communication w/Special Master's team and defense counsel; review and analyze documents and prepare notes for all-parties meetings; review recent communications from parties | 3.8 |
| 06/24/06 | Review and analyze documents and prepare notes for all-parties meetings | 4.5 |
| 06/25/06 | Email communication w/C. Riveland and defense counsel; review and analyze documents; prepare materials for all-parties and RSTS meetings | 1.75 |
| 06/25/06 | Travel from Kentfield to Sacramento | 1.6* |

| Date | Activity | Hours |
|---|---|---|
| 06/26/06 | Participate in all-parties meeting; conferences w/C. Riveland | 11.0 |
| 06/27/06 | Meeting w/DAPO, BPH, and IS staff; observe revocation hearing and telephonic probable cause hearings; interview BPH staff; email communication w/parties | 6.7 |
| 06/27/06 | Travel between Sacramento, Tracy, and Stockton | 1.7* |
| 06/28/06 | Travel between Stockton and Woodland | 1.2* |
| 06/28/06 | Observe telephonic hearings at Yolo County Jail; interview BRR Shelton, D. Carvo, M. Brady; review self-monitoring report; email communication w/C. Riveland | 5.4 |

Total……………………………………………………………………………..

$$85.75 \times \$200/\text{hour} = \$ 17,150$$
$$4.5 \times \$ 90/\text{hour} = \$ \phantom{00}405$$
$$\$ \phantom{0}17,555$$

* denotes travel time at lower rate

### Disbursements/Expenses for June 2006

| Date | Activity | Amount |
|---|---|---|
| 06/30/06 | Telephone | 18.66 |
| 06/28/06 | Mileage between Kentfield, Sacramento, and Tracy (221 miles @ 44.5 cents per mile) | 98.35 |
| 06/26/06 | Hotel in Sacramento | 279.16 |

| | | |
|---|---|---|
| 06/28/06 | Hotel in Stockton for DVI and remote site reviews | 90.72 |
| 06/28/06 | Meals during Sacramento/Tracy/environs trip | 44.71 |
| 06/28/06 | Parking for Sacramento meetings | 8.00 |

Total..................................................................................................$539.60


**Total Fees and Expenses: $18,094.60**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campell**
**Tax #: 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**

**Fees for June 2006**

| Date | Activity | Time/Hours |
|---|---|---|
| 6/4 | Review remedial sanction data Response | 1.5 |
| 6/5 | Read Petersilia report | .5 |
| 6/6 | Conference call Nelson/Brady | 1.0 |
| 6/12 | Review report | .5 |
| 6/13 | Ginny and Chase call | 1.45 |
| 6/13 | Read Def Compliance/Plaintiff Response | 2.0 |
| 6/14 | Report Research and Writing | 3.0 |
| 6/15-6/28 | Report Research | 15 |
|  | July trip Discussions | .15 |
| Total............................ | | |

        10.25   X $180/hour =   $1899.00
                                         **$1899.00**