UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        Plaintiffs,

   v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.
_____/

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of July, 2006. Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

Chase Riveland
<u>Valdivia</u> Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

////

1

1 | the amount of $20,593.15 in accordance with the attached
2 | statement; and
3 |     2.  A copy of this order shall be served on the financial
4 | department of this court.
5 |     IT IS SO ORDERED.
6 |     DATED: August 1, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Valdivia et al.,
    Plaintiffs,
       v.                                No. CIV. S-94-671 LKK/GGH

Schwarzenegger et al.,
    Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of July 1 through July 31, 2006.

Chase Riveland, Special Master
    Services                    $ 8,305.00
    Disbursements        $ 1,217.62

        Total amount due                       $ 9,522.62

Virginia Morrison, Deputy Special Master
    Services                    $ 2,430
    Disbursements        $ -0-
        Total amount due                       $ 2,430.00

Nancy Campbell, Deputy Special Master
    Services                    $ 7,200.00
    Disbursements        $ 1,440.53

        Total amount due                       $ 8,640.53

        TOTAL AMOUNT TO BE REIMBURSED        **$ 20,593.15**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                                         August 1, 2006
Special Master

*Valdivia et al. v. Schwarzenegger et al.*            No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for July 2006**

| Date | Activity | Time/Hours |
|---|---|---|
| 7/3/06 | Prepare billing for Valdivia team | 1.3 |
| 7/6/06 | Telephone calls: Morrison and Campbell | .75 |
| 7/10/06 | Review materials for report/Create new draft | 3.8 |
| 7/18/06 | Review several monitoring reports | 2.0 |
| 7/20/06 | Telephone calls: Rice, Morrison, Bien; review "Inmate Population Plan" | 3.6 |
| 7/21/06 | Telephone: Campbell re: her CA trip; material review | .75 |
| 7/24 06 | Travel: POV and ferry to Seattle from Orcas Island | 4.0 * |
| 7/25/06 | Travel: Seattle to San Francisco to Santa Rita (by air and rental car) | 5.0 * |
| 7/25/06 | Onsite: Observe monitoring of serves, PCH hearings, final hearings | 6.0 |
| 7/25/06 | Travel to hotel/Livermore | .5 * |
| 7/26/06 | Travel to Santa Rita | .5 * |
| 7/26/07 | Onsite: Observe monitoring by Defendants team and interviews of class members by Plaintiff's attorney/observe monitoring at Hayward parole office | 8.0 |
| 7/26/06 | Travel to hotel/Livermore | .5 * |
| 7/26/06 | Organize notes from 2 day observations | 1.0 |

| Date | Activity | Hours |
|---|---|---|
| 7/27/06 | Travel: Livermore/San Francisco/ Seattle/ Orcas island By rental car/air/POV/ferry | 10.0 * |
| 7/28/06 | Telephone calls: Morrison, Rice, Bien | 1.1 |
| 7/29/06 | Work on Special Master Court Report/Review Defendants Accomplishments summaries | 3.5 |
| 7/30/06 | Telephone: Campbell | .5 |

**Total Fees: 32.3 hours @ $ 200/hour = $ 6.460**
**20.5.hours @ $  90/hour = $ 1,845**
**$ 8,305**


## Expenses for July 2006

| Date | Activity | Amount |
|---|---|---|
| 7/25/06 | Travel: POV travel: Deer Harbor to Seattle Airport 96 miles @ .40/mile | 38.40 |
| 7/25/06 | Hotel/Seattle | 119.77 |
| 7/25/06 | Dinner | 18.96 |
| 7/26/06 | Hotel/Livermore | 129.88 |
| 7/26/06 | Breakfast/Dinner | 28.79 |
| 7/27/06 | Hotel/Livermore | 129.88 |
| 7/27/06 | Breakfast/Lunch | 15.99 |
| 7/27/06 | Rental car: 7/25/06 through 7/27/06 | 218.00 |
| 7/27/06 | Toll: San Mateo Bridge | 3.00 |
| 7/27/06 | Airfare: Roundtrip, Seattle to San Francisco and return | 388.60 |
| 7/27/06 | Airport parking of POV | 46.00 |

| | | |
|---|---|---|
| 7/27/06 | Travel: POV Seattle to Deer Harbor<br>96 miles @ .40/mile | 38.40 |
| 7/27/06 | Ferry toll | 41.95 |

**Total Expenses:**   **$ 1,217.62**

**Total Fees and Expenses:**   **$ 9,522.62**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campell**
**Tax #: 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**

**Fees for July 2006**

| Date | Activity | Time/Hours |
|---|---|---|
| 7/14 | Review Defendant Compliance report And plaintiff response | 3.0 |
| 7/16 | Travel: Bainbridge Is, WA to Bakersfield | 9.5* |
| 7/17 | On site in Visalia | 11.0 |
| 7/17 | On site Bakersfield | 8.0 |
| 7/18 | On Site Bakersfield | 4.0 |
| 7/18 | Travel from Bakersfield | 7.5* |
| 7/21 | Conversation with Riveland | 1.0 |
| 7/30 | Update from Riveland | .5 |
| 7/31 | Report Additions/Modifications | 4.0 |

Total……………………………………………………………………………..

```
        31.50   X $180/hour =     $5670.00
        17.00   X $  90/hour =    $1530.00
                                  $7200.00
```

*denotes travel time at lower rate

**Disbursements/Expenses for July 2006**

| Date | Activity | Amount |
|---|---|---|
| 7/16/06 | POV: Bainbridge Island to Airport: 17. M i@ .40/mi | 6.80 |
| 7/16/06 | Ferry Cost | 14.10 |
| 7/16/06 | Airfare: Seattle to Bakersfield | 598.60 |
| 7/16-7/19 | Hotel: 3 nights Bakersfield | 420.75 |
| 7/16/06 | Meals: | 27.60 |
| 7/17/06 | Meals | 15.53 |
| 7/18/06 | Meals | 34.64 |
| 7/19/06 | Meals | 18.30 |
| 7/19/06 | Rental Car | 239.25 |
| 7/19/06 | Airport Parking | 44.06 |
| 7/19/06 | Ferry Cost | 14.10 |
| 7/19/06 | POV: Bainbridge Island to Airport: 17. Mi @ .40/mi | 6.80 |
|  |  | $1440.53 |

**Total Fees and Expenses:**              $8640.53

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

For:   Virginia Morrison
Tax #:  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

## Fees for July 2006

| Date | Activity | Time/Hours |
|---|---|---|
| 07/01/06 | Phone conference w/C. Riveland | 0.2 |
| 07/03/06 | Draft information-sharing agreements; email communication w/parties and C. Riveland; review and contribute to remedial sanctions letter | 1.0 |
| 07/04/06 | Email communication w/C. Riveland; review Title XV; draft court report sections | 6.0 |
| 07/05/06 | Phone conference w/C. Riveland | 0.4 |
| 07/12/06 | Email communication w/C. Riveland and defendants | 0.25 |
| 07/17/06 | Email communication and telephone conference w/defense counsel | 0.2 |
| 07/18/06 | Email communication w/C. Riveland; review documents provided by defendants | 0.3 |
| 07/20/06 | Telephone conference w/C. Riveland | 0.6 |
| 07/21/06 | Telephone conferences w/B. Rice, K. Nelson, and M. Brady | 0.7 |
| 07/23/06 | Email communication w/C. Riveland | 0.5 |
| 07/25/06 | Telephone conference w/L. Tillman; email communication w/C. Riveland, N. Campbell, L. Tillman, M. Swanson, and K. Nelson; review | 1.1 |

and analyze documents provided by CalPAP

| | | |
|---|---|---|
| 07/27/06 | Email communication w/M. Brady; review documents | 0.3 |
| 07/28/06 | Telephone conference w/C. Riveland | 0.4 |
| 07/31/06 | Email communication w/defendants and C. Riveland | 0.2 |

Total……………………………………………………………………………..

$$12.15 \times \$200/\text{hour} = \$ 2,430.00$$
$$\text{-0-} \times \$ 90/\text{hour}$$

Disbursements/Expenses for July 2006    -0-

**Total Fees and Expenses:   $ 2,430.00**