

FILED

SEP -1 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
                DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.
_____/

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of August, 2006. Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

    Chase Riveland
    <u>Valdivia</u> Special Master
    5714 Deer Harbor Road, Box 367
    Deer Harbor, WA  98243

////

1

1 the amount of $26,337.03 in accordance with the attached
2 statement; and
3     2.  A copy of this order shall be served on the financial
4 department of this court.
5     IT IS SO ORDERED.
6     DATED: September 1, 2006.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
    v.                                        No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of August 1 through August 31, 2006.

Chase Riveland, Special Master
    Services                  $ 11,940.00
    Disbursements        $ 1,338.78

        Total amount due                      $ 13,278.78

Virginia Morrison, Deputy Special Master
    Services                  $ 11,674.50
    Disbursements        $    303.75
        Total amount due                      $ 11,978.25

Nancy Campbell, Deputy Special Master
    Services                  $  1080.00
    Disbursements        $      0.0

        Total amount due                      $  1,080.00

    TOTAL AMOUNT TO BE REIMBURSED        $ 26,337.03

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                                                 September 1, 2006
Special Master

OFFICE OF THE VALDIVIA SPECIAL MASTER

TO: Ms. Susan Peterson, Financial Administrator

FROM: /S/ Chase Riveland
Chase Riveland, Special Master

Date: September 1, 2006

RE: Reimbursement for fees and disbursements expended during the period ending August 31, 2006.

Please send the check to the following individual for the amount indicated:

Chase Riveland
Valdivia Special Master
5714 Deer Harbor Road
Box 367
Deer Harbor, WA  98243

Amount to be reimbursed: **$ 26,337.03**

*Valdivia et al. v. Schwarzenegger et al.*          No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for August 2006**

| Date | Activity | Time/Hours |
|---|---|---|
| 8/1/06 | Telephone: Campbell | .5 |
| 8/7/06 | Review MH Plan (Coleman); Telephone: Brady, Campbell, Morrison | 1.5 |
| 8/8/06 | Work on Special Master Report; telephone Morrison | 3.5 |
| 8/9/06 | Work on Special Master Report | 3.0 |
| 8/10/06 | Conference call: Bien, Galvin, Morrison; Telephone call: Morrison, Work on Report | 4.5 |
| 8/11/06 | Review Defendants opposition RE: juveniles; preparation for 8/15 and 8/16 meetings | 4.2 |
| 8/14/06 | Travel to Seattle by ferry and POV | 4.0 * |
| 8/15/06 | Travel to Sacramento from Seattle: Air and rental car | 4.0 * |
| 8/15/06 | Meet w/self-monitoring team; legal reps and DAPO reps; Under Secretary, etc | 7.5 |
| 8/16/06 | Meet and confer: Plaintiffs' reps and Defendants' reps and Morrison | 6.0 |
| 8/17/06 | Travel from Sacramento hotel to airport to Seattle by air; travel to Dear Harbor by POV and ferry | 8.0 * |
| 818/06 | Telephone : Campbell | 1.0 |
| 8/19/06 | Read Defendant's Self-monitoring report | 1.5 |
| 8/21/06 | Telephone: Campbell/Morrison; review filing re: juvenile parolees | 1.5 |

| Date | Description | Hours |
|---|---|---|
| 8/23/06 | Review Rifkin Letter re: Hearing tape logs; Review Christian monitoring report: San Diego Telephone: Morrison | 2.5 |
| 8/24/06 | Telephone: Campbell; Review Bakersfield self-monitoring | 1.4 |
| 8/25/06 | Review: Monitoring report VSPW, CCWF, correspondence w/Brady, Morrison | 1.3 |
| 8/28/06 | Telephone: Morrison, Bien; Review Monitoring visit at North Kern State Prison | 1.6 |
| 8/31/06 | Telephone: Morrison/Campbell; Review Defendant and Plaintiff response to Draft Special Master Report | <u>3.8</u> |

Total hours..................................................................................45.3
Total travel hours..........................................................................16.0

```
      45.3 X $ 200 = $ 10,500
     *16.0 X $  90 = $  1,440
Total fees......................$ 11,940
```

\* Denotes travel time at a lower rate

## Expenses for August 2006

| Date | Activity | Amount |
|---|---|---|
| 8/14/06 | Travel by POV to Seattle; 96 mi @ .40/mi | 38.40 |
| 8/14 06 | Hotel: Seattle | 169.42 |
| 8/14/06 | Lunch and dinner | 27 98 |
| 8/15/06 | Roundtrip air: Seattle to Sacramento and return | 358.50 |
| 8/15/06 | Breakfast, lunch and dinner | 46.89 |
| 8/15/06 | Parking: Downtown Sacramento | 17.00 |
| 8/16/06 | Breakfast, lunch and dinner | 37.99 |
| 8/16/06 | Parking, downtown Sacramento | 13.00 |
| 8/17/06 | Hotel and hotel parking : 2 nights | 388.48 |
| 8/17/06 | Car rental: 2 ½ days in Sacramento | 123.31 |
| 8/17/06 | Airport parking of POV: Seattle 2 ½ days | 37.71 |
| 8/17/06 | POV travel from Seattle to Deer Harbor: 96 mi @ 40/mi | 38.40 |
| 8/17/06 | Ferry fee from Anacortes to Orcas island | 41.70 |

**Total Expenses:** $ 1,338.78

**Total Fees and Expenses:** $ 13,278.78

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For:** Virginia Morrison
**Tax #:** 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

**Fees for August 2006**

| Date | Activity | Time/Hours |
|---|---|---|
| 08/01/06 | Review, analyze, and summarize documents provided by BPH/DAPO; telephone conferences w/K. Nelson, M. Brady, and N. Campbell; email communication w/all parties; draft OSM report sections | 11.0 |
| 08/02/06 | Review and analyze documents provided by BPH, DAPO, and CalPAP; draft OSM report sections | 2.2 |
| 08/03/06 | Telephone conference w/M. Bien and E. Galvan | 0.7 |
| 08/05/06 | Draft OSM report | 0.75 |
| 08/06/06 | Review and analyze documents provided by defendants; email communication w/defendants | 3.3 |
| 08/07/06 | Review and analyze documents provided by defendants; draft OSM report; telephone conference w/C. Riveland | 8.4 |
| 08/08/06 | Email communication w/all parties and OSM team; review documents; draft analysis; OSM report editing; telephone conferences w/C. Riveland, M. Brady, P. Cassady | 2.5 |
| 08/09/06 | Review defendants' pleading concerning juveniles; draft OSM report; email communication w/all parties | 4.3 |
| 08/10/06 | Telephone conferences w/C. Riveland, plaintiffs' counsel, and B. Rice; prepare notes for upcoming meeting; email communication w/all parties | 3.1 |

| | | |
|---|---|---|
| 08/11/06 | Review materials concerning psych returns; telephone conference w/M. Bien | 1.0 |
| 08/16/06 | Round-trip travel between Kentfield and Sacramento | 3.25* |
| 08/16/06 | Participate in all-parties meet and confer concerning mental health issues; conference w/C. Riveland; review and analyze related document provided; email communication w/defendants | 5.7 |
| 08/17/06 | Email communication w/defendants | 0.2 |
| 08/21/06 | Telephone conference w/C. Riveland; review plaintiffs' filing re: juvenile parolees and defendants' psych return information; email communication w/M. Brady | 1.3 |
| 08/22/06 | Email communication w/defendants; draft psych return notes and agreements; review related documents | 1.8 |
| 08/23/06 | Telephone conference w/C. Riveland; review figures related to recent compliance and psych returns | 0.3 |
| 08/25/06 | Email communication w/all parties; review figures related to psych returns | 0.6 |
| 08/28/06 | Round-trip travel between Kentfield and Sacramento | 2.8* |
| 08/28/06 | Attend court hearing; telephone conference w/C. Riveland | 0.4 |
| 08/30/06 | Review and note parties' objections to Special Master's report; draft revisions; email communication w/E. Galvan | 4.3 |
| 08/31/06 | Telephone conferences w/C. Riveland and M. Bien; review documents; draft report revisions; email communication w/plaintiffs and Special Master's team | 3.8 |

$$55.65 \times \$200/\text{hour} = \$ 11{,}130.00$$
$$*6.05 \times \$ 90/\text{hour} = \$ 544.50$$

\* denotes travel time at lower rate

### Disbursements/Expenses for March 2006

| Date | Activity | Amount |
| --- | --- | --- |
| 08/16/06 | Mileage and tolls – round-trip between Kentfield and Sacramento (176 miles @ 44.5 cents per mile) | 81.32 |
| 08/16/06 | Hotel for Sacramento meetings | 139.00 |
| 08/28/06 | Parking for hearing | 3.00 |
| 08/28/06 | Mileage and tolls – round-trip between Kentfield and Sacramento (174 miles @ 44.5 cents per mile) | 80.43 |

Total............................................................................................ $303.75

**Total Fees and Expenses:   $ 11,978.25**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

For: Nancy Campell
Tax #: 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

**Fees for August 2006**

| Date | Activity | Time/Hours |
|---|---|---|
| 8/1 | Report Writing | 1.0 |
| 8/1 | Conversation with Ginny Morrison | .15 |
| 8/1 | Region II Armstrong Monitoring Report | .15 |
| 8/7 | Report Revisions | .15 |
| 8/11 | Defendant Response to Baby Valdivia | .15 |
| 8/13 | Psych Return Document Review | .15 |
| 8/13 | Overcrowding plan articles review | .15 |
| 8/14 | Read Monitoring Report | .15 |
| 8/15 | Remedial Sanctions Meeting | .30 |
| 8/18 | Conversation with Riveland re; pysch And remedial sanction meeting | 1.0 |
| 8/22 | Review Santa Rita Def Monitoring | .30 |
| 8/24 | Review North Kern Def Monitoring | .15 |
| 8/31 | Review Monitoring Responses | 1.0 |
| Total | | 6.0 |

6 X $180/hour =     **$1080.00**