IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, ALFRED YANCY and HOSSIE WELCH, on their own behalf and on behalf of the class of all persons similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ARNOLD SCHWARZENEGGER, Governor of the State of California, et al.,<br><br>                    Defendants.<br>_____/<br>L.H., A.Z., D.K., and D.R. on behalf of themselves and all other similarly situated juvenile parolees in California,<br><br>                    Plaintiffs,<br><br>          v.<br><br>ARNOLD SCHWARZENEGGER, Governor of the State of California, et al.,<br><br>                    Defendants.<br>_____/ | CIV. NO. S-94-671 LKK/GGH<br><br><br><br><br><br><br><br><br><br><br><br>CIV. NO. S-06-2042 GEB/DAD<br><br><u>RELATED CASE ORDER</u> |

////

1

1    Examination of the above-entitled actions reveals that
2 the two (2) actions are related within the meaning of Local Rule
3 83-123(a) (E.D. Cal. 1997).  The actions involve some of the same
4 parties, and are based on the same or similar claims, some of the
5 same events, similar questions of fact and law.
6    Accordingly, the assignment of the matters to the same judge
7 and magistrate judge is likely to effect a substantial savings of
8 judicial effort and is also likely to be convenient for the
9 parties.
10    The parties should be aware that relating the cases under
11 Local Rule 83-123 merely has the result that the two (2) actions
12 are assigned to the same judge and magistrate judge; no
13 consolidation of the actions is effected.  Under the regular
14 practice of this court, related cases are generally assigned to the
15 judge and magistrate judge to whom the first filed action was
16 assigned.
17    IT IS THEREFORE ORDERED that the action denominated CIV. NO.
18 S-06-2042 GEB/DAD be, and the same hereby is, reassigned to Judge
19 Lawrence K. Karlton and Magistrate Gregory G. Hollows for all
20 further proceedings, and any dates currently set in this reassigned
21 case only are hereby VACATED.  Henceforth, the caption on documents
22 filed in the reassigned case shall be shown as CIV. NO. S-06-2042
23 LKK/GGH.
24 ////
25 ////
26 ////

2

       IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

       DATED: September 14, 2006.


                                          _____
                                          LAWRENCE K. KARLTON
                                          SENIOR JUDGE
                                          UNITED STATES DISTRICT COURT