```
                    UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA


JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,
                                            NO. CIV. S-94-671 LKK/GGH
          Plaintiffs,

     v.                                          O R D E R

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

          Defendants.
                                      /
```

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of September, 2006. Good cause appearing, it is ORDERED that:

   1. The Clerk is directed to pay to:

   Chase Riveland
   <u>Valdivia</u> Special Master
   5714 Deer Harbor Road, Box 367
   Deer Harbor, WA 98243

////

1

1  the amount of $25,227.63 in accordance with the attached
2  statement; and
3      2.  A copy of this order shall be served on the financial
4  department of this court.
5      IT IS SO ORDERED.
6      DATED:  October 2, 2006.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Valdivia et al.,
    Plaintiffs,
    v.

No. CIV. S-94-671 LKK/GGH

Schwarzenegger et al.,
    Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of September 1 through September 30, 2006.

Chase Riveland, Special Master
    Services                       $ 5,090.00
    Disbursements             $      78.78

        Total amount due                        $ 5,168.78

Virginia Morrison, Deputy Special Master
    Services                       $ 15,628.00
    Disbursements             $  1,825.05
        Total amount due                        $ 17,453.05

Nancy Campbell, Deputy Special Master
    Services                       $ 2,520.00
    Disbursements             $      85.80

        Total amount due                        $ 2605.80


    TOTAL AMOUNT TO BE REIMBURSED          $ 25,227.63

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                                            October 1, 2006
Special Master

OFFICE OF THE VALDIVIA SPECIAL MASTER

TO: Ms. Susan Peterson, Financial Administrator

FROM: /S/ Chase Riveland
Chase Riveland, Special Master

Date: October 1, 2006

RE: Reimbursement for fees and disbursements expended during the period ending September 30, 2006.

Please send the check to the following individual for the amount indicated:

> Chase Riveland
> Valdivia Special Master
> 5714 Deer Harbor Road
> Box 367
> Deer Harbor, WA  98243

Amount to be reimbursed: $ **25, 227.63**

*Valdivia et al. v. Schwarzenegger et al.*     No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

### Fees for September 2006

| Date | Activity | Time/Hours |
|---|---|---|
| 9/1/06 | Telephone: Rice, Campbell; Work on final Special Master Report; review Plaintiff monitoring Report for LACJ | 5.5 |
| 9/1/06 | prepare documents for OSM meeting | .5 |
| 9/1/06 | Transport Campbell and Morrison from Eastsound to Deer Harbor | .5 * |
| 9/2/06 | OSM team meeting | 7.0 |
| 9/2/06 | Transport Morrison/Campbell from Deer Harbor to Eastsound airport | .5 * |
| 9/3/06 | Telephone: Brady, Morrison | .5 |
| 9/9/06 | Telephone: Morrison | 1.0 |
| 9/10/06 | Revise Report | 6.0 |
| 9/12/06 | Telephone w/Morrison | .25 |
| 9/18/06 | Telephone/e-mail: Campbell/Morrison | .25 |
| 9/19/06 | Review High Desert Monitoring report | .5 |
| 9/20/06 | Review Pitchess 3d quarter Tour report | .5 |
| 9/22/06 | Review R. J. Donovan self-monitoring Report; Revocation Extension Report | 2.0 |
| 9/25/06 | Telephone call: Bein and Galvin | .5 |
| 9/27/06 | Telephone Rice; Review Psych Return reports | .5 |

Total hours..................................................................................25
Total travel hours........................................................................ 1 *

$$25 \times \$200 = \$5,000.00$$
$$*1 \times \$90 = \underline{\$90.00}$$
Total fees........................$5,090.00

\* Denotes travel time at a lower rate

## Expenses for September 2006

| Date | Activity | Amount |
|---|---|---|
| 9/1/06 | Transport Morrison/Campbell from Eastsound airport to Deer Harbor: 26 mi @ .40/mi. | $ 10.40 |
| 9/1/06 | Dinner at restaurant for Morrison/Campbell | 57.98 |
| 9/1/06 | Transport Morrison/Campbell from Deer Harbor to Eastsound airport: 26 mi @ .40/mi. | <u>10.40</u><br>$ 78.78 |

**Total Expenses:**     $ 78.78

**Total Fees and Expenses:**     $5,168.78

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For:** Virginia Morrison
**Tax #:** 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

**<u>Fees for September 2006</u>**

| Date | Activity | Time/Hours |
|---|---|---|
| 09/01/06 | Travel from Kentfield to Deer Harbor for OSM meeting (less time spent on another matter) | 5.2* |
| 09/01/06 | Review and analyze documents related to OSM report; draft revisions | 1.6 |
| 09/02/06 | Confer w/OSM team | 7.0 |
| 09/03/06 | Travel from Deer Harbor to Kentfield (less time spent on another matter) | 3.9* |
| 09/03/06 | Review and analyze documents related to OSM report; draft revisions; email communication w/defendants and M. Swanson | 4.6 |
| 09/04/06 | Email communication w/OSM team and M. Brady | 0.2 |
| 09/05/06 | Email communication w/all parties; telephone conference w/M. Swanson; revise OSM report | 0.6 |
| 09/07/06 | Round-trip travel between Kentfield and Sacramento | 3.4* |
| 09/07/06 | Meet w/defense counsel and defendants | 2.7 |
| 09/08/06 | Phone communication and meeting w/plaintiffs' counsel; email communications w/defendants and N. Campbell; revise analysis document; revise OSM report | 4.7 |
| 09/09/06 | Telephone conferences w/C. Riveland and M. Brady; review recently provided documents; revise OSM report; email communication w/all parties | 11.2 |
| 09/10/06 | Telephone conferences w/N. Campbell; email communication w/all parties; revise OSM report; draft meeting agenda | 6.6 |
| 09/11/06 | Telephone conference w/B. Rice; review order denying supplemental complaint; email communication w/all parties | 0.8 |
| 09/12/06 | Email communication w/M. Swanson; review materials; telephone conference w/C. Riveland; email communication w/all parties | 0.8 |
| 09/13/06 | Email communication w/N. Campbell, M. Brady, and R. Winistorfer; review source documents w/plaintiffs; prepare for meeting; review plaintiffs' letter re: psych returns | 3.5 |
| 09/14/06 | Telephone conference and email communication w/defense counsel; work w/documents | 0.25 |
| 09/15/06 | Email communication w/defense counsel; review telephonic hearings materials | 0.3 |
| 09/18/06 | Telephone conferences w/C. Riveland, B. Rice, K. Nelson; email communication w/all parties | 1.3 |
| 09/22/06 | Email communication w/defendants | 0.2 |
| 09/25/06 | Travel from Kentfield to Ontario for CIM visit | 4.0* |
| 09/25/06 | Email communication w/C. Riveland | 0.2 |
| 09/26/06 | Participate in CIM tour | 6.75 |
| 09/27/06 | Participate in CIM tour; review psych return update | 9.3 |

| | | |
|---|---|---|
| 09/28/06 | Participate in CIM tour | 6.0 |
| 09/28/06 | Travel from Ontario to Oakland | <u>4.7*</u> |
| | | 68.6 |

$$68.6 \ \text{X} \ \$200/\text{hour} = \$ \ 13,720$$
$$21.2 \ \text{X} \ \$ \ 90/\text{hour} = \$ \ 1,908$$

* denotes travel time at lower rate


### Disbursements/Expenses for September 2006

| Date | Activity | Amount |
|---|---|---|
| 09/01/06 | Airfare to Deer Harbor for meetings, G. Morrison and N. Campbell | 732.60 |
| 09/03/06 | Ground transportation to airport (Deer Harbor meetings) | 48.00 |
| 09/03/06 | Airport parking (Deer Harbor meetings) | 29.00 |
| 09/07/06 | Mileage and tolls – round-trip between Kentfield and Sacramento (176 miles @ 44.5 cents per mile) | 81.32 |
| 09/07/06 | Parking for Sacramento meeting | 10.50 |
| 09/08/06 | Parking for San Francisco meeting | 30.00 |
| 09/28/06 | Hotel, meals for CIM tour | 468.46 |
| 09/28/06 | Airfare for CIM tour | 253.10 |
| 09/28/06 | Airport parking for CIM tour | 43.55 |
| 09/28/06 | Rental car for CIM tour | 84.58 |
| 09/28/06 | Meal during CIM tour | 16.62 |
| 09/28/06 | Rental car gas during CIM tour | 27.32 |

Total..............................................................................$1,825.05


**Total Fees and Expenses:    $ 17,453.05**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

For: Nancy Campell
Tax #: 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

## Fees for September 2006

| Date | Activity | Time/Hours |
|---|---|---|
| 9/1 | Travel to Deer Harbor | 3.5* |
| 9/2 | Meeting with Special Master and Deputies | 7.0 |
| 9/2 | Travel to Bainbridge from Deer Harbor | 3.5* |
| 9/10 | Edits to Report | 1.0 |
| 9/10 | Calls with Ginny, report, dates | .5 |
| 9/11 | E-mail Brady; Juvenile Valdivia Reading final draft of report | .5 |
| 9/11 | Phone call Brady | .5 |
| 9/13 | Winistoffer phone call | .5 |
| 9/25 | RJD Monitoring; new baby Valdivia | .5 |
| Total. | | 10.5 |

```
10.50  X $180/hour =    $1890.00
 7.00  X $  90/hour =   $ 630.00
                        $2520.00
```

*denotes travel time at lower rate

## Disbursements/Expenses for Sept 2006

| Date | Activity | Amount |
|---|---|---|
| 9/1/06 | POV: Bainbridge Island to Ferry: 5. mi@ .40/mi | 2.00 |
| 9/1/06 | Cab to Boeing Field | 35.00 |
| 9/2/06 | Meals | 5.40 |
| 9/2/06 | Cab to Ferry | 35.00 |
| 9/2/06 | Ferry Cost | 6.40 |
| 9/2/06 | POV: Parking to home: 5 mi@ .40/mi | 2.00 |
| Total. | | $85.80 |

**Total Fees and Expenses:** $ 2605.80