**FILED**

NOV  6 2006

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.

_____/

NO. CIV. S-94-671 LKK/GGH

O R D E R

    Pursuant to the court's August 18, 2005 Order of Reference,
the Special Master has submitted for payment a bill for services
provided during the month of October, 2006.  Good cause
appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

Chase Riveland
<u>Valdivia</u> Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

////

1

1  the amount of $31,713.91 in accordance with the attached

2  statement; and

3      2.   A copy of this order shall be served on the financial

4  department of this court.

5      IT IS SO ORDERED.

6      DATED:  November 3, 2006.

7

8                              LAWRENCE K. KARLTON

9                              SENIOR JUDGE
                               UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**Chase Riveland**
**Office of the Special Master**
_Valdivia v. Schwarzenegger_

5714 Deer Harbor Rd.
Box 367
Deer Harbor, WA 98243
Tel: (360) 376-2870
Fax: (360) 376-2879
E-mail:
riveland@rockisland.com

November 3, 2006

Judge Lawrence Karlton
U.S. District Court for the
Eastern District of California
501 I Street, Room 4-200
Sacramento, CA 95814-7300

     **Re: _Valdivia et al. v. Schwarzenegger et al.,_**
     **No. CIV S-94-671 LKK/GGH**

Dear Judge Karlton:

Enclosed for review and payment is a bill for services provided by the Special Master team in the above-captioned case for October 2006.

Sincerely yours,

/s/ Chase Riveland
Chase Riveland
Special Master

Enclosure
cc: Ben Rice, Esq. (w/enc.) electronically submitted
    Ernie Galvan, Esq. (w/enc.) electronically submitted

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
**Plaintiffs,**
    **v.**

No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
**Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of October 1 through October 31, 2006.

Chase Riveland, Special Master
    Services                $ 7,090.00
    Disbursements       $ 2,321.32

         Total amount due                  **$ 9,411.32**

Virginia Morrison, Deputy Special Master
    Services                $ 13,107.50
    Disbursements       $ 1,428.70
         Total amount due                  **$ 14,536.20**

Nancy Campbell, Deputy Special Master
    Services                $ 6,480.00
    Disbursements       $ 1,286.39

         Total amount due                  **$ 7,766.39**

      TOTAL AMOUNT TO BE REIMBURSED      **$ 31,713.91**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                         November 3, 2006
Special Master

OFFICE OF THE VALDIVIA SPECIAL MASTER


TO:        Ms. Susan Peterson, Financial Administrator


            /S/  Chase Riveland
FROM:    Chase Riveland, Special Master

Date:     November 3, 2006

RE:      Reimbursement for fees and disbursements expended during the period
          ending October 31, 2006.


Please send the check to the following individual for the amount indicated:


          Chase Riveland
          Valdivia Special Master
          5714 Deer Harbor Road
          Box 367
          Deer Harbor, WA   98243

                Amount to be reimbursed: **$ 31,713.91**

*Valdivia et al. v. Schwarzenegger et al.*          No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for October 2006**

| Date | Activity | Time/Hours |
|------|----------|------------|
| 10/1/06 | Preparation for Sacramento trip and billing prep | .75 |
| 10/3/06 | Travel: Deer Harbor to Sacramento | 7.0 * |
| 10/3/06 | Meet w/Judge Karlton | .75 |
| 10/4/06 | Meet w/ Morrison; Defendants/Plaintiffs/ Campbell; w/Morrison again | 10.5 |
| 10/5/06 | Meet w/ Rice; Plaintiffs and Defendants | 2.0 |
| 10/5/06 | Travel: Sacramento to Deer Harbor | 7.0 * |
| 10/6/06 | Review: SMT-VSPW Self-monitoring Report | .75 |
| 10/7/06 | Review: RJD Tour Report | .50 |
| 10/10/06 | Travel: Deer Harbor to Seattle | 5.0 * |
| 10/11/06 | Travel: Seattle to Sacramento | 2.0 * |
| 10/11/06 | Meet w/ Secretary Tilton; Defendants, Campbell, Morrison | 7.0 |
| 10/12/06 | Meet w/ Morrison, Campbell, Defendants | 3.0 |
| 10/12/06 | Travel: Sacramento, Seattle, Deer Harbor | 7.0 * |
| 10/15/06 | Review: Monitoring report of Sacramento Main Jail; Plaintiff's Psych return letter; and miscellaneous materials from Sacramento visits | 2.0 |
| 10/18/06 | Telephone: Morrison, Campbell; review DVI Q2 and Q3 monitoring report | 1.5 |
| 10/20/06 | Review: Kern County IDCP/ Bakersfield Parole Monitoring Report | .5 |

| 10/21/06 | Review: San Quentin Monitoring Report/Plaintiffs | .5 |
| 10/23/06 | Telephone: Campbell | .6 |
| 10/29/06 | Review: Defendant's Proposed Monitoring Report and CIM self-monitoring report | 1.3 |
| 10/30/06 | Review letter from Plaintiffs re: defendants proposed Monitoring Plan for 2007/ Telephone; Morrison/Campbell/Rice | <u>1.7</u> <br> 22.85 <br> *28.00 |

```
            22.85 X $ 200 = $ 4,570.00
            *28 X $  90 =    $ 2,520.00
Total fees……………….....  $ 7,090.00
```

* Denotes travel time at a lower rate

### Expenses for October 2006

| Date | Activity | Amount |
|------|----------|--------|
| 10/3/06 | Fly: Roundtrip Floatplane from Orcas Island to Lake Union and return on 10/5/06 | $196.00 |
| 10/3/06 | Shuttle to Seatac airport | 15.00 |
| 10/3/06 | Lunch and dinner | 39.98 |
| 10/4/06 | Breakfast/Lunch/Dinner: Lunch: Riveland/ Morrison/Campbell; Dinner: Morrison/Riveland | 89.68 |
| 10/5/06 | Hotel and parking: 2 nights | 376.92 |
| 10/5/06 | Rental car:2 days | 103.40 |
| 10/5/06 | Roundtrip airfare Seattle/Sacramento/Seattle | 357.00 |

| | | |
|---|---|---|
| 10/5/06 | Breakfast/lunch | 19.97 |
| 10/5/06 | Taxi: Seatac to Lake Union | 40.00 |
| 10/10/06 | POV travel: Deer Harbor to Seattle<br>96 mi. X .40/mi. | 38.40 |
| 10/10/06 | Dinner | 13.77 |
| 10/11/06 | Hotel and airport parking for 3 days: Seattle | 163.98 |
| 10/11/06 | Airfare: Seattle to Sacramento and return | 357.00 |
| 10/11/06 | Daytime parking: S street and K street | 17.00 |
| 10/11/06 | Lunch/Dinner: Dinner for Riveland; Morrison;<br>Campbell | 86.96 |
| 10/12/06 | Hotel and parking: 2 nights | 188.98 |
| 10/12/06 | Daytime parking: | 9.00 |
| 10/12/06 | Rental car: 2 days | 110.90 |
| 10/12/06 | POV travel: Seattle to Deer Harbor:<br>96 mi. @ .40/mi. | 38.40 |
| 10/12/06 | Ferry toll: Anacortes to Orcas Island/car and driver | 31.05 |
| 10/12/06 | Lunch/Dinner | 27.93 |
| | | $ 2,321.32 |

**Total Expenses:**     **$ 2,321.32**

**Total Fees and Expenses:**     **$ 9,411.32**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campell**
**Tax #: 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**

## Fees for October 2006

| Date | Activity | Time/Hours |
|------|----------|-----------|
| 10/4/06 | Travel to Sacramento | 4.5* |
| 10/4/06 | Meeting with Parties | 6.0 |
| 10/4/06 | Return from Sacramento | 5.0* |
| 10/10/06 | Monitoring reports; Plaintiff Psych return | .50 |
| 10/11/06 | Travel to Sacramento | 4.0* |
| 10/11/06 | Defendant Meeting Sacramento | 5.0 |
| 10/12/06 | Remedial Sanction Meeting | 4.0 |
| 10/12/06 | Travel from Sacramento | 6.0* |
| 10/17/06 | Read Leg Report/Call Brady | 1.0 |
| 10/18/06 | Travel to SF Plaintiff meeting | 5.0* |
| 10/18/06 | Plaintiff Meeting re RS | 2.0 |
| 10/18 /06 | Travel from SF | 5.0* |
| 10/19/06 | Update Chase | .5 |
| 10/23/06 | Conversation with Chase | .5 |
| 10/25/06 | Research for remedial sanction team | .5 |
| 10/25/06 | Call Brady | .5 |
| 10/26/06 | Call Rice | .25 |
| 10/26/06 | Monitoring report: CIM | .25 |
| 10/30/06 | Call Chase | .25 |
| Total.................................................................................... | | 50.75 |

|  |  |  |
|------|------|------|
| 21.25 | X $180/hour = | $ 3,825.00 |
| 29.50 | X $ 90/hour = | $ 2,655.00 |
|  |  | $ 6,480.00 |

*denotes travel time at lower rate

## Disbursements/Expenses for October 2006

| Date | Activity | Amount |
|------|----------|--------|
| 10/4/06 | POV: Bainbridge Island to SEATAC: | |
|  | 13 mi@ .40/mi | 5.20 |
| 10/4/06 | Airfare RT Sacramento | 193.60 |
| 10/4/06 | Shuttle from airport to Meeting | 14.00 |
| 10/4/06 | Meals | 5.40 |
| 10/4/06 | Airport Parking | 22.00 |
| 10/4/06 | Ferry Cost RT | 28.20 |

| 10/4/06 | POV: SEATAC to home: 13 mi @ .40/mi | 5.20 |
|---|---|---|
| 10/11/06 | POV: Bainbridge Island to Ferry: 5 mi @ .40/mi | 2.00 |
| 10/11/06 | Taxi to Airport | 29.00 |
| 10/11/06 | Airfare | 213.60 |
| 10/11/06 | Lodging | 248.00 |
| 10/11/06 | Meals | 17.42 |
| 10/12/06 | Taxi From SeaTac to Ferry | 34.00 |
| 10/12/06 | Ferry Cost | 6.50 |
| 10/12/06 | Meals | 5.37 |
| 10/12/06 | Ferry Parking | 14.00 |
| 10/11/06 | POV: Parking to home: 5 mi@ .40/mi | 2.00 |
| 10/18/06 | POV: Parking to ferry: 5 mi@ .40/mi | 2.00 |
| 10/18/06 | Meal | 4.00 |
| 10/18/06 | Taxi to airport | 32.00 |
| 10/18/06 | Airfare | 383.60 |
| 10/18/06 | Taxi to ferry | 32.00 |
| 10/18/06 | Ferry Cost | 6.50 |
| 10/18/06 | Ferry Parking | 7.00 |
| 10/18/06 | POV: Parking to home: 5 mi@ .40/mi | 2.00 |
| Total............................................................................................ | | **$1,286.39** |

**Total Fees and Expenses: $ 7,766.39**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Virginia Morrison**
**Tax #: 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**

### Fees for October 2006

| Date | Activity | Time/Hours |
|------|----------|-----------|
| 09/29/06 | Email communication w/defense counsel (not previously billed) | 0.25 |
| 10/02/06 | Email communication w/defense counsel; review plaintiffs' reply to OSM report | 0.3 |
| 10/03/06 | Travel from Kentfield to Sacramento | 1.6* |
| 10/04/06 | Participate in all-parties meeting; review email communication; conference w/C. Riveland | 10.7 |
| 10/05/06 | Participate in RSTS meeting; email communication w/M. Swanson and OSM team | 4.25 |
| 10/05/06 | Travel from Sacramento to Kentfield | 1.7* |
| 10/09/06 | Email communication w/OSM and defendants; review materials for remote tour | 0.4 |
| 10/10/06 | Telephone conference w/C. Riveland; revise and distribute baseline staffing figures; email communication w/all parties; review analytic materials | 2.4 |
| 10/10/06 | Travel from Kentfield to Sacramento | 1.5* |
| 10/11/06 | Observe hearings at Sutter County Jail; participate in meeting w/defendants; conference w/OSM team | 9.2 |
| 10/12/06 | Participate in meetings w/defendants | 3.4 |
| 10/12/06 | Travel from Sacramento to Kentfield | 2.2* |
| 10/18/06 | Email communication w/R. Boyd; telephone conference w/C. Riveland | 0.3 |
| 10/19/06 | Review and analyze psych return materials; email communication w/parties' counsel; review telephonic hearings material | 2.6 |
| 10/23/06 | Travel between Kentfield, Ukiah, and Sacramento for county jail visits | 4.3* |
| 10/23/06 | Observe hearings at Mendocino County Jail; interview BPH staff and CalPAP attorney; telephone conference w/R. Boyd | 3.1 |
| 10/24/06 | Travel between Sacramento, French Camp, and Kentfield | 2.8* |
| 10/24/06 | Observe hearings at San Joaquin County Jail; interview BPH staff and CalPAP attorney; telephone conferences w/R. Boyd and K. Nelson | 4.5 |
| 10/27/06 | Observe hearings at Napa County Jail; interview BPH staff and CalPAP attorney; telephone conference w/B. Rice; review CIM monitoring report | 6.3 |
| 10/27/06 | Travel between Kentfield and Napa | 2.4* |
| 10/30/06 | Travel between Kentfield, Santa Rosa, and San Rafael | 2.25* |
| 10/30/06 | Observe hearings at Sonoma and Marin County Jails; interview BPH and jail staff and CalPAP attorney; telephone conference w/C. Riveland | 5.4 |
| 10/31/06 | Review parties' communications about monitoring; email communication w/defendants and C. Riveland; review and analyze set | 4.0 |

issues; review outstanding requests, RSTS change document

Total...............................................................................

57.1    X $200/hour = $11,420.00
18.75   X $ 90/hour = $ 1,687.50
                        $ 13,107.50

* denotes travel time at lower rate

## Disbursements/Expenses for October 2006

| Date | Activity | Amount |
|------|----------|--------|
| 10/05/06 | Mileage and tolls between Kentfield and Sacramento (184 mi @44.5 cents per mile) | 84.88 |
| 10/05/06 | Parking for Sacramento meetings | 28.50 |
| 10/05/06 | Hotel during Sacramento meetings | 338.00 |
| 10/05/06 | Meals during Sacramento meetings | 6.25 |
| 10/12/06 | Mileage and tolls for Remote tour and Sacramento meetings (276 mi @ 44.5 cents per mile) | 128.82 |
| 10/12/06 | Parking for Sacramento meetings | 16.75 |
| 10/12/06 | Hotel during Remote tour and Sacramento meetings | 278.00 |
| 10/12/06 | Meals during Remote tour and Sacramento meetings | 2.42 |
| 10/24/06 | Mileage and tolls between Kentfield, Ukiah, Sacramento, and French Camp for county jail visits ( 393 mi @ 44.5 cents per mile) | 177.89 |
| 10/24/06 | Hotel during county jail visits | 189.28 |
| 10/24/06 | Meals during county jail visits | 91.96 |
| 10/27/06 | Mileage and tolls between Kentfield and Napa for county jail visit ( 88 mi @ 44.5 cents per mile) | 42.16 |
| 10/27/06 | Photocopies at law library | 2.40 |
| 10/30/06 | Mileage between Kentfield, Santa Rosa, and San Rafael for county jail visits ( 93 mi @ 44.5 cents per mile) | 41.39 |

Total expenses.................................................................
$!The Formula Not In Table0

**Total Fees and Expenses:   $14,536.20**