UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, ALFRED YANCY, and HOSSIE WELCH, on their own behalf and on behalf of the class of all persons similarly situated,<br><br>          Plaintiffs,<br><br>      vs.<br><br>ARNOLD SCHWARZENEGGER, Governor of the State of California, et al.,<br><br>          Defendants. | Case No.: 2:94-CV-0671 LKK GGH P<br><br>ORDER |

Pursuant to the terms of the Stipulation and Amended Order Re: Special Master Order of Reference in this action, the Special Master is required to file with the Court periodic reports on the status of Defendants' compliance with the Permanent Injunction. On September 14, 2006, the Special Master filed his First Report on the Status of Conditions of the Remedial Order. The report contains recommendations for specific action by Defendants. On October 2, 2006, Plaintiffs filed their Reply/Response to First Report of Special Master. Defendants did not file a reply to the Special Master's report and neither party objected to the recommendations. Good cause appearing, the Special Master's recommendations will be the order of the court.

In accordance with the above, IT IS HEREBY ORDERED that:

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

1. Defendants shall provide additional resources to make information system application changes for the purposes of data collection, analysis, aggregation, and management reports, and other modifications as needed by the Special Master and the Court, with input from Plaintiffs. The effort should be coordinated with the information system changes underway pursuant to the *Armstrong* court's order. To the extent that Defendants determine that certain of these functions can best be accomplished by modifying the DAPO information system, sufficient resources shall also be made available for that purpose.

Planning for these changes shall be initiated within 60 days of this order. Defendants shall provide to the Special Master and Plaintiffs periodic reports on the progress of these changes; the first of these shall be due six months after the date of this order, and every six months thereafter until the Special Master determines the improvements are complete. The system changes shall be completed within one year and six months of this order.

2. Defendants shall institute and maintain the infrastructure needed for self-monitoring, staffed by subject matter experts working in a department outside of the departments being reviewed. The infrastructure shall include staffing and resources sufficient to conduct site visits, assessments, and quality improvement efforts at the Decentralized Revocation Units, contracted jail facilities, contracted legal services for parolees, CDCR and non-CDCR facilities providing remedial sanctions, and other facilities and services falling under the auspices of the *Valdivia* remedies.

DATED: November 13, 2006

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

- 2 -

PDF created with pdfFactory trial version www.pdffactory.com