UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY, and HOSSIE WELCH, on their own behalf and on behalf of the class of all persons similarly situated,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, Governor of the State of California, et al.,

    Defendants.

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of November, 2006. Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

    Chase Riveland
    <u>Valdivia</u> Special Master
    5714 Deer Harbor Road, Box 367
    Deer Harbor, WA  98243

////

1

the amount of $19,207.85 in accordance with the attached statement; and

2. A copy of this order shall be served on the financial department of this court.

IT IS SO ORDERED.

DATED: December 4, 2006.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

**Chase Riveland**
**Office of the Special Master**
*Valdivia v. Schwarzenegger*

5714 Deer Harbor Rd.
Box 367
Deer Harbor, WA 98243
Tel: (360) 376-2870
Fax: (360) 376-2879
E-mail: riveland@rockisland.com

December 1, 2006

Judge Lawrence Karlton
U.S. District Court for the
Eastern District of California
501 I Street, Room 4-200
Sacramento, CA 95814-7300

Re: *Valdivia et al. v. Schwarzenegger et al.*,
No. CIV S-94-671 LKK/GGH

Dear Judge Karlton:

Enclosed for review and payment is a bill for services provided by the Special Master team in the above-captioned case for November 2006.

Sincerely yours,

/s/ Chase Riveland
Chase Riveland
Special Master

Enclosure
cc: Ben Rice, Esq. (w/enc.) electronically submitted
    Ernie Galvan, Esq. (w/enc.) electronically submitted

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**Valdivia et al.,**
 **Plaintiffs,**
  v.                                    No. CIV. S-94-671 LKK/GGH

Schwarzenegger et al.,
    Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of November 1 through November 30, 2006.

Chase Riveland, Special Master
    Services                  $ 5,890.00
    Disbursements        $. <u>837.19</u>

        Total amount due                 $ <u>**6,727.19**</u>

Virginia Morrison, Deputy Special Master
    Services                  $ 3,723.00
    Disbursements        $ 199.90
        Total amount due                $ <u>**3,922.90**</u>

Nancy Campbell, Deputy Special Master
    Services                  $ 7110.00
    Disbursements        $ 1447.76

        Total amount due                $ <u>**8,557.76**</u>


    TOTAL AMOUNT TO BE REIMBURSED        $<u>**19,207.85**</u>

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
# Chase Riveland
/s/ Chase Riveland

Chase Riveland                                       December 1, 2006
Special Master

OFFICE OF THE VALDIVIA SPECIAL MASTER


TO:        Ms. Susan Peterson, Financial Administrator


            /s/ # Chase Riveland
FROM:  Chase Riveland, Special Master

Date:      December 1, 2006

RE:       Reimbursement for fees and disbursements expended during the period ending November 30, 2006.

Please send the check to the following individual for the amount indicated:

>Chase Riveland
>Valdivia Special Master
>5714 Deer Harbor Road
>Box 367
>Deer Harbor, WA   98243

Amount to be reimbursed: <u>**$ 19,207.85**</u>

*Valdivia et al. v. Schwarzenegger et al.*          No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for October 2006**

| Date | Activity | Time/Hours |
|---|---|---|
| 11/04/06 | Telephone conference w/Morrison | .75 |
| 11/1/06 | Preparation for Sacramento trip and billing prep | .75 |
| 11/1/06 | Travel: Deer Harbor to Sacramento | 7.00 * |
| 11/1/06 | Meet w/ Campbell | 1.5 |
| 11/2/06 | Meet w/Defendant group; meet w/Campbell/Brady; Meet w/Campbell | 4.5 |
| 11/2/06 | Travel: Sacramento to Deer Harbor | 7.00 * |
| 11/3/06 | Telephone: Campbell, Brady | .65 |
| 11/4/06 | Review: Monitoring report: Rio Consumnes CC | |

| Date | Activity | Hours | |
|---|---|---|---|
| | and Bradshaw DRU | | .4 |
| 11/4/06 | Telephone conference w/Morrison | .75 | |
| 11/5/06 | Telephone calls: Campbell (2) | .3 | |
| 11/6/06 | Telephone calls: Morrison, Bien | 1.4 | |
| 11/7/06 | Review CDCR written testimony to Hoover Comm. Telephone : Morrison and Campbell | | 1.6 |
| 11/8/06 | Review RSTS letter from RBG | .5 | |
| 11/9/06 | Telephone Campbell; review Defendants' correspondence re: Psych returns; review Campbell materials from 11/8/06 meeting with all parties | 1.7 | |
| 11/10/06 | Telephone: Bien; Morrison; review self-monitoring report: Wasco State prison | | 2.8 |
| 11/11/06 | Review Q3 Region III report | | .75 |
| 11/12/06 | Telephone: Brady/ Psych return processing | | .6 |
| 11/13/06 | Telephone and communications: Rice, Campbell | | .6 |
| 11/14/06 | Review: Motions in Coleman and Plada | | 1.1 |
| 11/28/06 | Review: Sutter/Yuba and CIM reports | | 1.3 |
| 11/30/06 | Review: LACJ 4thQ Monitoring report, Telephone: Rice | | 1.2 |

```
      23.5 hrs.@ $ 200 = $ 4,630.00
   * $ 14 hrs.@ $ 90 =  $ 1,260.00
Total fees............................  $ 5,890.00
```

* Denotes travel time at a lower rate

### Expenses for October 2006

| Date | Activity | Amount |
|---|---|---|
| 11/1/06 | POV travel: Deer harbor to Seattle: 96 mi. @ .44.5/mi | 42.72 |
| 11/1/06 | Airfare: Seattle to Sacramento | 357.00 |

| Date | Description | | | Amount |
|---|---|---|---|---|
| 11/1/06 | Lunch and dinner; Dinner for Riveland and Campbell | | | 48.96 |
| 11/2/06 | Hotel | | 172.39 | |
| 11/2/06 | Hotel parking | | 13.00 | |
| 11/2/06 | Daytime parking | 6.00 | | |
| 11/2/06 | Rental car: 1 1/2 days | | 86.37 | |
| 11/2/06 | Breakfast/Lunch/Dinner: Breakfast for Riveland and Campbell | 36.98 | | |
| 11/2/06 | POV travel: Seattle to Deer Harbor: 96 mi. @ .445/mi. | | | 42.72 |
| 11/3/06 | Ferry toll: Anacortes to Orcas Island | | 31.05 | |
| | | | | 837.19 |

**Total Expenses:** $ 837.19

**Total Fees and Expenses:** $ 6,727.19

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

For: Nancy Campbell
Tax #: 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

**Fees for November 2006**

| Date | Activity | Time/Hours | | |
|---|---|---|---|---|
| 11/1/06 | Travel to Sacramento | | 6.0* | |
| 11/1/06 | Meeting Chase | 1.5 | | |
| 11/2/06 | Remedial Sanction meeting with Defendants | 3.0 | | |
| 11/2/06 | Return from Sacramento | | 5.5* | |
| 11/3/06 | Plaintiff Monitoring Kern Co. ICDPT | .75 | | |
| 11/3/06 | E-mails Brady, Hoffman, parties | .75 | | |
| 11/3/06 | Calls, Riveland, Brady, Rice and Hoffman | | 2.00 | |
| 11/3/06 | E-mail parties   re: Nov 8 Mtg | | | .75 |
| 11/5/06 | Phone call Brady | .25 | | |
| 11/5/06 | Remedial Sanction Meeting Prep | 2.0 | | |
| 11/7/06 | Phone calls, Hoffman, Riveland, Brady Barnoski | 1.5 | | |
| 11/7/06 | Travel to Sacramento | | 6.0* | |
| 11/7/06 | E-mails Hoffman | .25 | | |
| 11/8/06 | Read EBP Articles from Latessa, Little Hoover | 1.5 | | |
| 11/8/06 | Remedial Sanction Meeting | | 6.0 | |
| 11/8/06 | Return from Sacramento | | 8.0* | |
| 11/9/06 | Phone call Riveland | | .25 | |
| 11/9/06 | E-mail Riveland, Morrison, | | .50 | |
| 11/12/06 | E-mail and calls from and to Hoffman | 1.00 | | |
| 11/14/06 | SMT report, Plata, Plaintiff correspondence | .75 | | |
| 11/20/06 | Phone calls Hoffman, Galvan | | .75 | |
| 11/20/06 | Review Remedial Plan | .75 | | |
| 11/21/06 | Phone calls, e-mail Hoffman, Rice, Nelson | .50 | | |
| 11/22/06 | Phone call Morrison | | .50 | |
| 11/29/06 | Review Remedial Plan revisions | .75 | | |
| 11/30/06 | Phone call Hoffman | | .25 | |
| 11/30/06 | Phone call Rice, Galvan | .50 | | |

Total..............................................................................

```
       26.75   X $180/hour =   $4815.00
       25.50   X $  90/hour =   $2295.00
                               $7110.00
```

*denotes travel time at lower rate

**Disbursements/Expenses for November 2006**

| Date | Activity | Amount |
|---|---|---|

| Date | Activity | | |
|---|---|---|---|
| 11/1/06 | POV: Bainbridge Island to Ferry: 5 mi@ .40/mi | 2.00 | |
| 11/1/06 | Airfare RT Sacramento | 393.60 | |
| 11/1/06 | Lodging | 168.51 | |
| 11/2/06 | Taxi from meeting to airport | | 36.00 |
| 11/2/06 | Meals | | 9.16 |
| 11/2/06 | Taxi from airport to ferry | 34.00 | |
| 11/2/06 | Ferry Cost | | 6.50 |
| 11/2/06 | Ferry Parking | | 7.50 |
| 11/2/06 | POV: Ferry to home: 5 mi@ .40/mi | | 2.00 |
| 11/7/06 | POV: Bainbridge Island to Ferry: 5 mi@ .40/mi | 2.00 | |
| 11/7/06 | Taxi to Airport | 32.00 | |
| 11/7/06 | Airfare | | 358.60 |
| 11/7/06 | Lodging | 168.51 | |
| 11/7/06 | Hotel Parking | | 24.00 |
| 11/7/06 | Meals | | 30.25 |
| 11/8/06 | Rental Car | | 62.50 |
| 11/8/06 | Meeting Parking | 13.00 | |
| 11/8/06 | Meals | | 37.76 |
| 11/8/06 | Taxi From SeaTac to Ferry | | 34.00 |
| 10/8/06 | Ferry Cost | | 6.50 |
| 11/8/06 | Meals | | 5.37 |
| 11/8/06 | Ferry Parking | | 14.00 |
| 11/8/06 | POV: Parking to home: 5 mi@ .40/mi | 2.00 | |

Total..................................................................$1447.76

**Total Fees and Expenses: $ 8557.76**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

For:   Virginia Morrison
Tax #: 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

**Fees for November 2006**

| Date | Activity | Time/Hours |
|---|---|---|

| Date | Description | Hours |
|---|---|---|
| 11/01/06 | Review telephonic hearings materials and LACJ order; email communication w/M. Brady and B. Rice; telephone call to R. Boyd | 3.25 |
| 11/04/06 | Telephone conference w/C. Riveland | 0.75 |
| 11/06/06 | Travel between Kentfield and Fairfield for Solano County Jail visit | 2.3* |
| 11/06/06 | Observe physical plant, revocation hearings, probable cause hearings, and serves at Solano County Jail; interview BPH/DAPO staff and CalPAP attorney; telephone conference w/R. Boyd; email communication w/R. Boyd, B. Rice, M. Brady | 5.0 |
| 11/07/06 | Telephone conference w/C. Riveland; review plaintiffs' letter concerning RSTS | 0.3 |
| 11/08/06 | Travel between Kentfield, Willows, and Sacramento | 5.4* |
| 11/08/06 | Observe physical plant and telephonic hearings at Glenn County Jail; interview BPH staff and CalPAP attorneys; meet w/M. Brady | 2.8 |
| 11/09/06 | Telephone conference w/R. Boyd; review remedial sanctions minutes; skim recent monitoring report; draft order | 0.6 |
| 11/10/06 | Telephone conference w/C. Riveland | 0.25 |
| 11/22/06 | Telephone conference w/N. Campbell | 0.7 |
| 11/28/06 | Email communication w/defense counsel | 0.1 |
| 11/29/06 | Review psych return information; email communication w/defense counsel; review draft Remedial Sanctions plan | 1.3 |
| 11/30/06 | Email communication w/defense counsel and OSM team | 0.1 |

Total………………………………………………………….. 15.15

* 7.7

$$15.15 \times \$200/\text{hour} = \$ 3,030$$
$$7.7 \ \ \times \$ 90/\text{hour} = \$ \ \ 693$$
$$\$ 3,723$$

\* denotes travel time at lower rate

### Disbursements/Expenses for November 2006

| Date | Activity | Amount |
|---|---|---|
| 11/06/06 | Mileage and tolls between Kentfield and Fairfield (94 mi @44.5 cents per mile) | 44.83 |
| 11/08/06 | Mileage and tolls between Kentfield, Willows, and Sacramento (319 mi @44.5 cents per mile) | 141.96 |
| 11/08/06 | Meal during travel for county jail hearings | 8.11 |
| 11/08/06 | Parking for Sacramento meeting | 5.00 |

Total………………………………………………………………………… $ 199.90

Total Fees and Expenses:   $ 3,922.90