FILED

JAN - 4 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

    Defendants.

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of December, 2006. Good cause appearing, it is ORDERED that:

    1. The Clerk is directed to pay to:

Chase Riveland
<u>Valdivia</u> Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

////

1

1 the amount of $20,819.26 in accordance with the attached
2 statement; and
3     2.  A copy of this order shall be served on the financial
4 department of this court.
5     IT IS SO ORDERED.
6     DATED: January 4, 2007.

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

2

**Chase Riveland**
**Office of the Special Master**
<u>Valdivia v. Schwarzenegger</u>

> 5714 Deer Harbor Rd.
> Box 367
> Deer Harbor, WA 98243
> Tel: (360) 376-2870
> Fax: (360) 376-2879
> E-mail:
> riveland@rockisland.com

January 1, 2007

Judge Lawrence Karlton
U.S. District Court for the
Eastern District of California
501 I Street, Room 4-200
Sacramento, CA 95814-7300

      Re: *Valdivia et al. v. Schwarzenegger et al.*,
      No. CIV S-94-671 LKK/GGH

Dear Judge Karlton:

Enclosed for review and payment is a bill for services provided by the Special Master team in the above-captioned case for December 2006.

Sincerely yours,

/s/ Chase Riveland
Chase Riveland
Special Master

Enclosure
cc: Ben Rice, Esq. (w/enc.) electronically submitted
    Ernie Galvan, Esq. (w/enc.) electronically submitted

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
      v.                              No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of December 1 through December 31, 2006.

Chase Riveland, Special Master
    Services                    $ 6,720.00
    Disbursements          $   928.78

        Total amount due                 $ 7,648.78

Virginia Morrison, Deputy Special Master
    Services                    $ 5,503.00
    Disbursements          $   265.14
        Total amount due                 $ 5,768.14

Nancy Campbell, Deputy Special Master
    Services                    $ 6,750.00
    Disbursements          $   652.34

        Total amount due                 $ 7,402.34

    TOTAL AMOUNT TO BE REIMBURSED      $ 20,819.26

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                                January 1, 2007
Special Master

OFFICE OF THE VALDIVIA SPECIAL MASTER

TO: Ms. Susan Peterson, Financial Administrator

FROM: /S/ Chase Riveland
Chase Riveland, Special Master

Date: January 1, 2007

RE: Reimbursement for fees and disbursements expended during the period ending December 31, 2006.

Please send the check to the following individual for the amount indicated:

Chase Riveland
Valdivia Special Master
5714 Deer Harbor Road
Box 367
Deer Harbor, WA   98243

Amount to be reimbursed: **$ 20,819.26**

*Valdivia et al. v. Schwarzenegger et al.*          No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for December 2006**

| Date | Activity | Time/Hours |
|---|---|---|
| 12/01/06 | Telephone and e-mails: Morrison, Campbell | .7 |
| 12/04/06 | Review proposed Remedial Sanctions Plan | 1.1 |
| 12/06/06 | Review: Region IV Parole Units Monitoring Report; CIM Monitoring report; Sutter and Yuba County Jail Monitoring Report | 1.8 |
| 12/07/06 | Review Plaintiff response to Defendants proposed Remedial Sanctions plan; telephone w/Campbell and Bien | 1.7 |
| 12/08/06 | Telephone: Morrison; e-mail communication | 1.0 |
| 12/11/06 | Telephone: Morrison, Campbell, Nelson | 1.9 |
| 12/12/06 | Review Little Hoover Commission and Deukmejian reports, PPP and COMPAS materials, Little Hoover Commission November meeting summary; conference call: Morrison and Campbell; conference call: Tilton, et al. | 2.9 |
| 12/13/06 | Telephone: Campbell | .25 |
| 12/14/06 | Travel: Deer Harbor/Seattle/Sacramento | 7.0 * |
| 12/14/06 | Meet: Morrison/Campbell | 2.0 |
| 12/15/06 | Meet: Defendants; Defendants and Plaintiffs counsel | 6.0 |
| 12/15/06 | Travel: Sacramento/Seattle/Deer Harbor | 7.0 * |
| 12/19/06 | Review of Pitchess Q4 Monitoring Report, minutes of Psych return meeting; telephone: Morrison | 1.8 |
| 12/20/06 | Telephone: Campbell, Nelson, develop letter | 1.4 |
| 12/21/06 | Telephone: Campbell | .25 |

| Date | Activity | Hours |
|---|---|---|
| 12/26/06 | Telephone Morrison; review Rifkin letter; e-mails Morrison, Nelson | .9 |
| 12/28/06 | Telephone: Nelson; review Region IV monitoring report; WSP report; Plaintiff's response to Coleman report; Telephone: Morrison | 1.4 |
| 12/29/06 | Telephone: Morrison; conference call w/Defendants Review San Quentin Self-monitoring report, and CIW Report, Defendant draft letter; remedial sanctions materials | 1.6 |
| 12/30/06 | Preparation of December billing | .6 |
| | | 27.3 |
| | | 14.0 * |

```
        27.3 hrs. X $ 200 = $ 5,460.00
            *14 hrs. $  90 = $ 1,260.00
Total fees………………….. $ 6,720.00
```

\* Denotes travel time at a lower rate

### Expenses for December 2006

| Date | Activity | Amount |
|---|---|---|
| 12/14/06 | POV travel: Deer harbor to Seattle: 96 mi. @ .44.5/mi | 42.72 |
| 12/14/06 | Airfare: Seattle to Sacramento | 357.00 |
| 12/14/06 | Lunch: Riveland | 13.56 |
| 12/14/06 | Dinner; Riveland, Campbell, Morrison | 83.98 |
| 12/15/06 | Hotel: Sacramento | 167.26 |
| 12/15/06 | Hotel parking | 15.00 |

| | | |
|---|---|---|
| 12/15/06 | Daytime parking | 8.00 |
| 12/15/06 | Rental car: 1 1/2 days | 31.91 |
| 12/15/06 | Breakfast/Lunch/Dinner: Breakfast for Riveland and Campbell; Lunch: Riveland Campbell, Morrison | 46.98 |
| 12/15/06 | Airport parking: Seattle | 28.99 |
| 12/15/06 | Dinner: Riveland | 16.89 |
| 12/15/06 | POV travel: Seattle to Deer Harbor: 96 mi. @ .445/mi. | 42.72 |
| 12/15/06 | Ferry toll: Anacortes to Orcas Island | <u>31.05</u><br>928.78 |

**Total Expenses:**   **$ 928.78**

**Total Fees and Expenses:**   **$ 7,648.78**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

For:   Virginia Morrison
Tax #:   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

## Fees for December 2006

| Date | Activity | Time/Hours |
|---|---|---|
| 12/4/06 | Review telephonic hearings materials; phone conference w/R. Boyd | 0.3 |
| 12/6/06 | Conferences w/M. Bien and L. Rifkin | 0.25 |
| 12/8/06 | Telephone conferences w/C. Riveland, K. Nelson, R. Boyd, N. Campbell; review remedial sanctions plan and plaintiffs' responsive letter; email communication w/BPH staff | 3.0 |
| 12/11/06 | Telephone conferences and email communication w/C. Riveland and N. Campbell; RSTS installation; email communication w/defense counsel, BPH staff, and IT staff | 1.25 |
| 12/12/06 | Telephone conferences w/C. Riveland and N. Campbell and w/CDCR leadership; draft report notes; review materials related to remedial sanctions | 4.6 |
| 12/14/06 | Telephone conference w/M. Bien; review materials in preparation for next day's meetings; conference w/C. Riveland and N. Campbell | 1.4 |
| 12/14/06 | Travel from Kentfield to Sacramento | 1.8* |
| 12/15/06 | Participate in remedial sanctions meetings | 7.8 |
| 12/15/06 | Travel from Sacramento to Kentfield | 1.9* |

| Date | Activity | Hours |
|---|---|---|
| 12/16/06 | Review and compare materials regarding RSTS changes; email communication w/BPH staff and counsel re: RSTS and psych returns | 2.5 |
| 12/19/06 | Telephone conferences w/C. Riveland and N. Campbell | 0.3 |
| 12/20/06 | Telephone conference w/N. Campbell | 0.5 |
| 12/26/06 | Telephone conference w/defendants; prepare follow-up notes; telephone conference w/C. Riveland; email communication w/defense counsel | 1.5 |
| 12/28/06 | Telephone conferences and email communication w/defense counsel, plaintiffs' counsel, and C. Riveland | 1.2 |
| 12/29/06 | Telephone conferences w/C. Riveland and w/defendants; review draft psych return memo; review and comment on remedial sanctions material | 1.25 |

Total……………………………………………………………………….. $ 5,503.00

$$25.85 \times \$200/\text{hour} = \$ 5,170.00$$
$$3.7 \times \$ 90/\text{hour} = \$ 333.00 *$$
$$\$ 5,503.00$$

* denotes travel time at lower rate

## Disbursements/Expenses for December 2006

| Date | Activity | Amount |
|---|---|---|
| 12/11/06 | Sacramento parking | 9.00 |
| 12/15/06 | Sacramento hotel | 139.00 |

| | | |
|---|---|---|
| 12/15/06 | Mileage and tolls between Kentfield and Sacramento (188 miles at 44.5 cents per mile) | 85.66 |
| 12/15/06 | Sacramento parking | 13.00 |
| 12/01/06-<br>12/29/06 | Conference calls | 18.48 |

Total Costs ...................................................................……......$ 265.14

**Total Fees and Expenses:   $5,768.14**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for December 2006**

| Date | Activity | Time/Hours |
|---|---|---|
| 12/4/06 | Call Rice, Hoffman, review remedial plan | .75 |
| 12/6/06 | Call Galvan | .25 |
| 12/6/06 | Review Plaintiff remedial sanction plan response | .50 |
| 12/7/06 | Calls, Nelson, Riveland, Hoffman | .50 |
| 12/11/06 | Calls, Morrison, Nelson, Riveland | 1.25 |
| 12/11/06 | Hoover Commission Update/PPP | .50 |
| 12/12/06 | Team conference call, Calls Hoffman | 1.50 |
| 12/12/06 | Conference call Tilden, Morrison | 1.50 |
| 12/13/06 | Riveland call, Document Review | 1.00 |
| 12/14/06 | Travel to Sacramento | 6.0* |
| 12/14/06 | Meeting Riveland, Morrison | 2.00 |
| 12/15/06 | Meet and Confer Remedial Sanctions | 7.75 |
| 12/15/06 | Return from Sacramento | 9.0* |
| 12/19/06 | Morrison | .25 |
| 12/20/06 | Riveland, Hoffman, Morrison | 1.50 |
| 12/21/06 | Riveland | .50 |
| 12/28/06 | Hoffman | .25 |
| 12/29/06 | Hoffman calls, memo, e-mails to Hoffman And NIC | 5.0 |
| 12/30/06 | Review info request to Plaintiffs, e-mails Regarding requests to Hoffman; Review Monitoring reports | 5.0 |

Total...........................................................................................

        30.00   X $180/hour =    $5400.00
        15.00   X $ 90/hour =    $1350.00
                                            $6750.00

*denotes travel time at lower rate

**Disbursements/Expenses for December 2006**

| Date | Activity | Amount |
|---|---|---|
| 12/14/06 | POV: Bainbridge Island to Ferry: 5 mi@ .40/mi | 2.00 |

| | | |
|---|---|---|
| 12/14/06 | Ferry to Seattle | 6.50 |
| 12/14/06 | Taxi to Airport | 32.00 |
| 12/14/06 | Airfare RT Sacramento | 417.60[1] |
| 12/14/06 | Lodging | 95.58 |
| 12/14/06 | Meals | 9.16 |
| 12/15/06 | Taxi from airport to ferry | 33.00 |
| 12/15/06 | Ferry Cost | 6.50 |
| 12/15/06 | Ferry Parking | 45.00[2] |
| 12/15/06 | POV: Ferry to home: 5 mi@ .40/mi | 2.00 |
| 12/15/06 | Meals | 3.00 |

Total………………………………………………………………………….$652.34

**Total Fees and Expenses:**                                           **$7402.34**

---

[1] Due to changing the meeting three times, the cost of the ticket is higher than normal is on multiple invoices

[2] Due to the flight delay because of the power outage, a penalty was incurred of $25 in addition to the $20 parking