FILED

FEB - 5 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

    Defendants.

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of January, 2007. Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

    Chase Riveland
    <u>Valdivia</u> Special Master
    5714 Deer Harbor Road, Box 367
    Deer Harbor, WA  98243

////

1

1 | the amount of $19,051.25 in accordance with the attached
2 | statement; and
3 |     2.  A copy of this order shall be served on the financial
4 | department of this court.
5 |     IT IS SO ORDERED.
6 |     DATED: February 5, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
    v.                                                      No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of December 1 through December 31, 2006.

Chase Riveland, Special Master
    Services                $ 6,765.00
    Disbursements      $   730.80

        Total amount due                   $ 7,495.80

Virginia Morrison, Deputy Special Master
    Services                $ 7,564.00
    Disbursements      $   211.45
        Total amount due                   $ 7,775.45

Nancy Campbell, Deputy Special Master
    Services                $ 3,780.00
    Disbursements      $       .00

        Total amount due                   $ 3,780.00

    TOTAL AMOUNT TO BE REIMBURSED      **$ 19,051.25**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                                       February 3, 2007
Special Master

OFFICE OF THE VALDIVIA SPECIAL MASTER

TO:     Ms. Susan Peterson, Financial Administrator

FROM:   /S/ Chase Riveland
        Chase Riveland, Special Master

Date:   February 3, 2007

RE:     Reimbursement for fees and disbursements expended during the period ending January 31, 2007.

Please send the check to the following individual for the amount indicated:

>   Chase Riveland
>   Valdivia Special Master
>   5714 Deer Harbor Road
>   Box 367
>   Deer Harbor, WA   98243

                    Amount to be reimbursed: **$ 19,051.25**

*Valdivia et al. v. Schwarzenegger et al.*        No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for January 2007**

| Date | Activity | Time/Hours |
|---|---|---|
| 1/07/07 | Review Region IV Parole Units Report | .7 |
| 1/08/07 | Telephone Morrison; telephone Defendants (conference call) e-mail: Campbell, Galvin, Morrison | 2.2 |
| 1/09/07 | Telephone: Rice, e-mail Galvin, Review Psych return materials | .8 |
| 1/10/07 | Telephone, e-mails Morrison, Galvin, Campbell | .6 |
| 1/11/07 | Telephone: Campbell; review budget report; | 1.4 |
| 1/13/07 | Review: VSPW and CCWF Q4 Monitoring report | .6 |
| 1/15/07 | Conference call: Morrison, Campbell, Riveland | 1.2 |
| 1/17/07 | Telephone: Nelson; review psych return summary, Psych return process recap | .9 |
| 1/18/07 | Telephone: Campbell, Slavin, Nelson; CDCR proposed budget, monitoring schedule, psych return memos | 1.9 |
| 1/19/07 | Review: Santa Rita Q4 monitoring report, El Centro et. al. Parole Unit monitoring report; High Desert Q4 monitoring report | 1.8 |
| 1/20/07 | Conference call: Campbell, Morrison; call Campbell | 1.4 |
| 1/21/07 | Review: Info Report | .5 |
| 1/22/07 | Review: DVI Self-Monitoring Report; Telephone: Tilton, et.al. | 1.7 |
| 1/27/07 | Telephone: Morrison | .5 |

| Date | Activity | Hours |
|---|---|---|
| 1/28/07 | Prepare for meeting w/Plaintiffs; review 4Q response to Defs. Self-monitoring report of SQ; review updated RSTS plan; review Little Hoover Commission report; Review Rifkin letter | 2.9 |
| 1/30/07 | Travel: Deer harbor to Seattle to San Francisco | 10.0 * |
| 1/31/07 | Meet: Morrison; Plaintiffs attorneys and Morrison | 5.5 |
| 1/31/07 | Travel: San Francisco to Seattle to Deer Harbor | 8.5 * |

```
   25.5 hrs. X $ 200 = $ 5,100.00
*  18.5 hrs. X $ 90  = $ 1,665.00
Total fees................... $ 6,765.00
```

\* Denotes travel time at a lower rate

### Expenses for January 2007

| Date | Activity | Amount |
|---|---|---|
| 1/30/07 | POV travel: Deer Harbor to Seattle: 96 mi. @ .44.5/mi | $ 42.72 |
| 1/30/07 | Airfare: Seattle to San Francisco | 288.80 |
| 1/30/07 | Lunch/Dinner: Riveland | 33.56 |
| 1/30/07 | Taxi: SF airport to Hotel | 40.00 |
| 1/31/07 | Hotel: San Francisco | 187.98 |
| 1/31/07 | Taxi: Plaintiff's office to SF airport | 40.00 |
| 1/31/07 | POV travel: Deer Harbor to Seattle: 96 mi. @ .44.5/mi | 42.72 |

| Date | Description | Amount |
|---|---|---|
| 1/31/07 | Ferry toll: Anacortes to Orcas | 41.05 |
| 1/31/07 | Dinner | <u>13.97</u> |
| | | $ 730.80 |

**Total Expenses:**   <u>$ 730.80</u>

**Total Fees and Expenses:**   <u>$ 7,495.80</u>

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for January 2007**

| Date | Activity | Time/Hours |
|---|---|---|
| 1/2/07 | E-mail Nelson, Hoffman | .25 |
| 1/5/07 | Call and e-mails Hoffman | .50 |
| 1/10/07 | Call Carla Smalls | .25 |
| 1/11/07 | Call, Hoffman, Riveland, Hoffman conference call | 2.0 |
| 1/11/07 | Call Morrison | 1.0 |
| 1/11/07 | Call Hoffman, Nelson | .50 |
| 1/13/07 | Call Hoffman, e-mail Morrison | .50 |
| 1/15/07 | Call Morrison and Riveland | 1.0 |
| 1/15/07 | E-mail Hoffman | .25 |
| 1/17/07 | E-mails Morrison, Hoffman, Riveland | .25 |
| 1/18/07 | Psych returns memo. Riveland call | .50 |
| 1/18/07 | Review information memo | .25 |
| 1/18/07 | Review and comment on Information memo | 1.50 |
| 1/19/07 | Phone call Riveland and Morrison | 1.40 |
| 1/19/07 | Call Tom Hoffman | .75 |
| 1/19/07 | Re-write Information Memo | 4.00 |
| 1/21/07 | E-mail Riveland, Morrison, Hoffman | .25 |
| 1/21/07 | Conversations Morrison, memo revisions | 2.00 |
| 1/22/07 | E-mail Hoffman, Conversation Hoffman, Voice mail Riveland | |
| 1/23/07 | Conference call Riveland and Morrison, call Hoffman | 1.00 |
| 1/24/07 | Call Katherine Nelson | .40 |
| 1/25/07 | Group call: Nelson, Russa, Hoffman and six staff | 1.00 |
| 1/29/07 | Call Riveland, e-mails Riveland, Hoffman, Read Little Hoover Comm Report | .45 |
| 1/30/07 | Review Psych Return Materials | .50 |
| 1/31/07 | Call Hoffman, e-mail Nelson | .50 |

**Total**......................................................................................21.0

21.00 X $180/hour =     **$3,780.00**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For:** Virginia Morrison
**Tax #:** 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

**Fees for January 2007**

| Date | Activity | Time/Hours |
|---|---|---|
| 01/03/07 | Email communication w/defense counsel and OSM; prepare materials for psych return meeting | 1.7 |
| 01/07/07 | Review and analyze psych return and RSTS documents; email communication w/defense counsel and OSM team | 1.8 |
| 01/08/07 | Meet w/defendants and C. Riveland re: RSTS updates and psych returns | 5.75 |
| 01/08/07 | Round-trip travel between Kentfield and Sacramento | 3.6* |
| 01/09/07 | Review recent psych return documents and meeting notes; draft comments; email communication w/C. Riveland | 2.0 |
| 01/10/07 | Telephone conferences w/C. Riveland and K. Nelson; email communication w/all counsel and OSM team | 1.3 |
| 01/11/07 | Email communication w/ C. Riveland, L. Rifkin, and K. Nelson; telephone conference w/N. Campbell | 1.4 |
| 01/12/07 | Telephone conference w/K. Nelson; email communication w/ C. Riveland and N. Campbell | 0.3 |
| 01/13/07 | Email communication w/OSM team and parties' counsel | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 01/15/07 | Telephone conference w/OSM team | 1.0 |
| 01/16/07 | Review psych return materials; email communication w/defense and plaintiffs' counsel | 0.25 |
| 01/17/07 | Email communication w/defense counsel and OSM team; prepare notes for, and conduct, telephone conference w/plaintiffs' counsel; review final memos distributed concerning psych returns | 1.75 |
| 01/20/07 | Review recent DAPO psych return memo; telephone conference w/OSM team; draft follow-up; email communication w/defense counsel and OSM team | 2.0 |
| 01/21/07 | Review informational sheet and comment on DAPO programs; telephone conferences w/N. Campbell; email communication w/OSM team | 4.9 |
| 01/22/07 | Telephone conference and email communication w/defense counsel; telephone conference w/E. Galvan | 1.75 |
| 01/23/07 | Telephone conference w/OSM team | 0.7 |
| 01/25/07 | Review documents concerning CIM tour, and plaintiffs' letter and defendants' updates re: psych returns; email communication w/various counsel | 1.2 |
| 01/26/07 | Email communication w/all parties; review material related to Little Hoover Commission report and RSTS update report | 0.6 |
| 01/27/07 | Telephone conference w/C. Riveland; email communication w/parties' counsel | 0.4 |
| 01/31/07 | Travel for meeting w/plaintiffs | 2.0* |
| 01/31/07 | Meeting w/plaintiffs and Special Master; email communication w/all | 6.2 |

parties

Total.................................................................................................. 38.9

      35.3  X $200/hour = $ 7,060.00
    * 5.6  X $ 90/hour =  $   504.00
                                    **$ 7,564.00**

* denotes travel time at lower rate

### Disbursements/Expenses for January 2007

| Date | Activity | Amount |
|---|---|---|
| 01/08/07 | Parking for Sacramento meetings | 13.00 |
| 01/08/07 | Meal during Sacramento meetings | 9.24 |
| 01/08/07 | Mileage and tolls for Sacramento meetings (182 miles @ 48.5 cents per mile) | 96.27 |
| 01/31/07 | Conference calls 1/15, 1/20, 1/23, 1/25 | 45.60 |
| 01/31/07 | Parking for San Francisco meeting | 21.00 |
| 01/31/07 | Mileage and tolls for San Francisco meeting (44 miles @ 48.5 cents per mile) | 26.34 |

Total............................................................................................$ 211.45

**Total Fees and Expenses:  $ 7,775.45**