UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.
_____/

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of February, 2007. Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

    Chase Riveland
    <u>Valdivia</u> Special Master
    5714 Deer Harbor Road, Box 367
    Deer Harbor, WA  98243

////

the amount of $29,393.40 in accordance with the attached statement; and

    2.  A copy of this order shall be served on the financial department of this court.

IT IS SO ORDERED.

DATED: March 1, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
    v.                                                            No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of February 1 through February 28, 2007.

Chase Riveland, Special Master
    Services                           $10,960.00
    Disbursements                $ 2,117.44

        Total amount due                                  $ 13,077.44

Virginia Morrison, Deputy Special Master
    Services                           $ 9,021.50
    Disbursements                $    333.27
        Total amount due                                  $ 9,354.77


Nancy Campbell, Deputy Special Master
    Services                           $ 6,363.00
    Disbursements                $    598.19

        Total amount due                                  $ 6,961.19


    **TOTAL AMOUNT TO BE REIMBURSED**                 **$ 29,393.40**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                              March 1, 2007
Special Master

OFFICE OF THE VALDIVIA SPECIAL MASTER

TO: Ms. Susan Peterson, Financial Administrator

FROM: /S/ Chase Riveland
Chase Riveland, Special Master

Date: March 1, 2007

RE: Reimbursement for fees and disbursements expended during the period ending February 28, 2007.

Please send the check to the following individual for the amount indicated.

    Chase Riveland
    Valdivia Special Master
    5714 Deer Harbor Road
    Box 367
    Deer Harbor, WA  98243

Amount to be reimbursed: **$ 29,393.40**

*Valdivia et al. v. Schwarzenegger et al.*          No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for February 2007**

| Date | Activity | Time/Hours |
|---|---|---|
| 2/1/07 | Review: North Kern Monitoring Report and response to Defendant Self-monitoring report; Defendant's response to Plaintiff's High Desert Letter; Plaintiff's CIM Monitoring Report; Defendant Demand letter re; audio tapes | 1.9 |
| 2/2/07 | Telephone, communication: Slavin, Campbell, Morrison, Galvin, Review Request for documents letter | 1.6 |
| 2/3/07 | Telephone: Morrison; review: CIM monitoring report; Rio Consumes self-monitoring report; Plaintiff's Psych Return comments letter | 2.4 |
| 2/4/07 | Review: High Desert response (Plaintiffs); Notice of Violation letter; Attorney panel letter; request for documents letter | 1.5 |
| 2/5/07 | Telephone: Morrison | .3 |
| 2/7/07 | Travel: Deer Harbor to Sacramento | 10.0 * |
| 2/8/07 | Meeting: Judge Karlton; Defendant representatives; Meeting: All parties, Morrison | 7.5 |
| 2/9/07 | Review Defendant Info Report; meeting : Valdivia Task Force; review Trevino and Baldwin reports | 2.3 |
| 2/9/07 | Travel: Sacramento to Deer Harbor | 10.0 * |
| 2/10/07 | Review: Notice of Violation letter; Q3 NKSP Monitoring Report; Defendants VSPW response; Tevino letter to Plaintiff counsel and BPH; communication: Morrison/Campbell | 2.4 |
| 2/14/07 | Telephone: Campbell, Nelson | .75 |
| 2/15/07 | Telephone: Morrison; Review Remedial Plan | 1.2 |

| Date | Activity | Hours |
|---|---|---|
| 2/16/07 | Telephone: Nelson; Review: Monitoring report, Fresno CJ, Santa Rita response letter, RJD response letter, SVP Screening holds letter, Commitments list by Morrison | 2.1 |
| 2/19/07 | Conference call: Morrison and Campbell | 1.25 |
| 2/20/07 | Telephone: Bien; review Morgan letter; Morrison correspondence; RJD and SQ responses | 1.9 |
| 2/23/07 | Review: Plaintiff response to Remedial Sanctions Plan; VSPW response; miscellaneous correspondence from Campbell and Morrison; Plada Order | 2.3 |
| 2/26/07 | Travel: Deer Harbor to Sacramento | 10.0 * |
| 2/27/09 | Morrison Campbell, Riveland meeting; All parties meeting | 7.4 |
| 2/28/07 | Travel: Sacramento to Deer Harbor | 10.0* |

```
    36.8 hrs. X $ 200 = $ 7,360
*   40 hrs. X $ 90   = $ 3,600
Total fees................... $ 10,960
```

\* Denotes travel time at a lower rate

## Expenses for February 2007

| Date | Activity | Amount |
|---|---|---|
| 2/7/07 | Travel: Deer harbor to Seattle: POV<br>96 mi @ 48.5/mi | 46.56 |

| Date | Description | Amount |
|---|---|---|
| 2/7/07 | Airfare: Seattle to Sacramento and return | 356.00 |
| 2/7/07 | Lunch/Dinner | 47.26 |
| 2/8/07 | Meals | 36.98 |
| 2/8/07 | Day parking | 10.00 |
| 2/9/07 | Rental car | 129.86 |
| 2/9/07 | Hotel: 2 nights | 279.64 |
| 2/9/07 | Hotel parking: 2 nights | 32.00 |
| 2/9/07 | Day parking | 4.50 |
| 2/9/07 | Airport parking: @ 1.2 days | 37.97 |
| 2/9/07 | Meals | 18.89 |
| 2/9/07 | Travel: POV from Seattle to Deer Harbor 96 mi @ 48.5/mi | 46.56 |
| 2/9/07 | Ferry toll: Anacortes to Orcas island | 41.05 |
| 2/26/07 | Travel: POV from Seattle to Deer Harbor 96 mi @ 48.5/mi | 46.56 |
| 2/26/07 | Airfare: Seattle to Sacramento and return | 339.80 |
| 2/26/07 | Lunch/Dinner | 49.88 |
| 2/27/07 | Day parking | 8.00 |
| 2/27/07 | Meals | 21.79 |
| 2/28/07 | Hotel: 2 nights | 349.94 |
| 2/28/07 | Night parking | 32.00 |
| 2/28/07 | Rental car: 2 | 106.98 |
| 2/28/07 | Airport parking: Seattle | 28.66 |
| 2/28/07 | Travel: POV from Seattle to Deer Harbor 96 mi @ 48.5/mi | 46.56 |

| | | |
|---|---|---:|
| 2/28/07 | Ferry toll | <u>31.05</u> |
| | | 2,117.44 |

Total Expenses:    <u>$2,117.44</u>

**Total Fees and Expenses:    <u>$ 13,077.44</u>**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

For: Virginia Morrison
Tax #: 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

### Fees for February 2007

| Date | Activity | Time/Hours |
|---|---|---|
| 02/02/07 | Email communication w/Special Master's team | 0.5 |
| 02/03/07 | Review material concerning attorney panel and plaintiffs' psych return letter; email communication w/all parties concerning various topics; telephone conference w/C. Riveland | 1.2 |
| 02/04/07 | Email communication w/all parties concerning psych returns, staffing, tracking systems, and seeking various updates; prepare psych return meeting materials | 1.6 |
| 02/05/07 | Email communication w/RSTS staff; phone communication w/M. Swanson, C. Riveland and N. Campbell | 1.3 |
| 02/06/07 | Email communication w/OSM team and both parties' counsel re: remedial sanctions, psych returns, data systems, and meet and confer requirements | 0.4 |
| 02/07/07 | Phone communication w/CalPAP staff; prepare for next day's meetings; review and respond to informational report | 2.0 |
| 02/08/07 | Travel between Kentfield and Sacramento (partial time, based on travel done for two matters) | 1.75* |
| 02/08/07 | Meetings w/defense counsel concerning several matters and with all parties concerning psych returns; conference w/C. Riveland; prepare notes for follow-up; phone communication w/defense counsel | 6.0 |
| 02/09/07 | Review staffing information and psych return information; carry out related email communication | 1.4 |

| Date | Description | Hours |
|---|---|---|
| 02/13/07 | Email communication w/S. Mahoney, R. Boyd, C. Riveland, L. Rifkin and K. Nelson re: staffing and psych returns | 0.5 |
| 02/14/07 | Telephone conference w/K. Nelson re: psych returns, remedial sanctions, miscellaneous issues | 1.25 |
| 02/15/07 | Telephone conferences w/N. Campbell, C. Riveland, and parties' counsel re: psych returns and remedial sanctions; review email communication re: SVP screenings; draft psych return material | 3.25 |
| 02/16/07 | Telephone conference w/K. Nelson re: remedial sanctions; review plan | 0.6 |
| 02/19/07 | Telephone conference w/N. Campbell and C. Riveland re: remedial sanctions; prepare notes for OSM second report; email communication w/OSM team re: same | 1.7 |
| 02/20/07 | Telephone conference w/plaintiffs' counsel re: psych returns; review order | 1.5 |
| 02/23/07 | Email communication w/all counsel re: psych returns; review correspondence re: RSTS and VSPW; telephone conferences w/N. Campbell and C. Riveland re: remedial sanctions | 1.4 |
| 02/24/07 | Review remedial sanctions plan, plaintiffs' response, and related materials, and draft notes in preparation for meetings; telephone conference w/N. Campbell | 5.5 |
| 02/25/07 | Draft process plan for remedial sanctions; telephone conferences w/N. Campbell and K. Nelson re: same | 3.0 |
| 02/26/07 | Revise process plan for remedial sanctions | 1.8 |
| 02/27/07 | Travel between Kentfield and Sacramento | 3.6* |
| 02/27/07 | Conference w/OSM team; participate in all-parties meeting re: remedial sanctions | 7.4 |
| 02/28/07 | Telephone conferences and email communication w/N. Campbell, K. Nelson, M. Lang | 0.4 |

and A. Johnson re: remedial sanctions and attorney panel contract

Total............................................................................................

$$42.7 \times \$200/\text{hour} = \$ 8,540.00$$
$$5.35 \times \$ 90/\text{hour} = \$ \phantom{0}481.50$$
$$\$ 9,021.50$$

\* denotes travel time at lower rate

### Disbursements/Expenses for February 2007

| Date | Activity | Amount |
|---|---|---|
| 02/08/07 | Mileage and tolls between Kentfield and Sacramento (partial based on travel done for two matters) – 91 miles @ 48.5 cents per mile | 48.14 |
| 02/08/07 | Hotel for Sacramento meetings | 139.00 |
| 02/08/07 | Meals during Sacramento meetings | 13.14 |
| 02/08/07 | Parking for Sacramento meetings | 12.00 |
| 02/27/07 | Mileage and tolls between Kentfield and Sacramento – 182 miles @ 48.5 cents per mile | 92.27 |
| 02/27/07 | Parking for Sacramento meetings | 10.00 |
| 02/28/07 | Conference call charges (2/19, 2/23) | 18.72 |

Total.....................................................................................$ 333.27

**Total Fees and Expenses: $ 9,354.77**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for February 2007**

| Date | Activity | Time/Hours |
|---|---|---|
| 2/1/07 | Edit NIC TA Request | .50 |
| 2/4/07 | E-mail Hoffman re: remedial sanction audit, DVI report, RCCC reports | .75 |
| 2/5/07 | Phone conversation Ginny | .10 |
| 2/9/07 | Read info plan and prepare comments, RCTS court docs | .50 |
| 2/9/07 | Phone call Nelson | 1.10 |
| 2/12/07 | E-mail Nelson, Riveland | .25 |
| 2/14/07 | Conversation Nelson, Riveland | 1.25 |
| 2/15/07 | Conversation, Morrison, Hoffman, E-mail Riveland | 1.25 |
| 2/19/07 | Conference Call Riveland and Morrison | 1.25 |
| 2/20/07 | Calls Hoffman, Smalls | .25 |
| 2/20/07 | Three judge panel, psych return letter | .15 |
| 2/21/07 | Conference call Hoffman, Keiser, Smalls | .50 |
| 2/23/07 | Nelson Calls | .50 |
| 2/23/07 | Conference Call Riveland and Morrison | .50 |
| 2/23/07 | Questions for Defendants re: Remedial Plan | .75 |
| 2/24/07 | Read Plaintiff Response, conversations Morrison | 1.0 |
| 2/25/07 | E-mail Nelson; revise questions, plan agenda | 3.0 |
| 2/26/07 | Revise questions, calls Morrison, Nelson and Hoffman | 3.0 |
| 2/26/07 | Travel to Sacramento | 7.0* |
| 2/27/07 | Meeting Riveland, Morrison | 1.0 |
| 2.27/07 | Meet and Confer Remedial Sanctions | 6.0 |
| 2/27/07 | Travel to Seattle | 6.5* |
| 2/28/07 | Agenda for Meet and Confer, Re-schedule meeting, Calls Hoffman, Nelson, Morrison, Bein; e-mails Boyd, Hoffman, Morrison | 5.0 |

**Total.......................................................................................**

28.60 X $180/hour = $5,148.00
13.5 X $90/hour  =  $1,215.00
                    **$6,363.00**

*denotes travel time at lower rate