1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                        EASTERN DISTRICT OF CALIFORNIA

9

10   JERRY VALDIVIA, ALFRED YANCY,
     and HOSSIE WELCH, on their own
11   behalf and on behalf of the class
     of all persons similarly situated,
12                                            NO. CIV. S-94-671 LKK/GGH
                 Plaintiffs,
13
           v.                                      O R D E R
14
     ARNOLD SCHWARZENEGGER, Governor of
15   the State of California, et al.,

16           Defendants.
                                          /
17

18        Pursuant to the court's August 18, 2005 Order of Reference,

19   the Special Master has submitted for payment a bill for services

20   provided during the month of March 2007.  Good cause appearing,

21   it is ORDERED that:

22        1.   The Clerk is directed to pay to:

23        Chase Riveland
          Valdivia Special Master
24        5714 Deer Harbor Road, Box 367
          Deer Harbor, WA  98243
25

26   ////

                                   1

1  the amount of $35,688.35 in accordance with the attached

2  statement; and

3     2.  A copy of this order shall be served on the financial

4  department of this court.

5     IT IS SO ORDERED.

6     DATED: April 2, 2007.

7

8                              LAWRENCE K. KARLTON

9                              SENIOR JUDGE
                               UNITED STATES DISTRICT COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                                  2

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

**Valdivia et al.,
    Plaintiffs,
        v.**

No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,
    Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the
period of March1 through March 31, 2007.

| | | |
|---|---|---|
| Chase Riveland, Special Master | | |
| Services | $ 12,355.00 | |
| Disbursements | $  2,130.74 | |
| Total amount due | | $ 14,485.74 |
| | | |
| Virginia Morrison, Deputy Special Master | | |
| Services | $ 17,230.50 | |
| Disbursements | $  1,308.11 | |
| Total amount due | | $ 18,538.61 |
| | | |
| Nancy Campbell, Deputy Special Master | | |
| Services | $ 2,664.00 | |
| Disbursements | $        .00 | |
| Total amount due | | $ 2,664.00 |

TOTAL AMOUNT TO BE REIMBURSED          **$ 35,688.35**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                                        April 2, 2007
Special Master

OFFICE OF THE VALDIVIA SPECIAL MASTER

TO:        Ms. Susan Peterson, Financial Administrator


           /S/ Chase Riveland
FROM:      Chase Riveland, Special Master

Date:      April 2, 2007

RE:        Reimbursement for fees and disbursements expended during the period
           ending March 31, 2007.

Please send the check to the following individual for the amount indicated.

           Chase Riveland
           Valdivia Special Master
           5714 Deer Harbor Road
           Box 367
           Deer Harbor, WA  98243

                                     Amount to be reimbursed: **$ 35,688.35**

*Valdivia et al. v. Schwarzenegger et al.*      No. CIV S-94-671 **LKK/GGH**

**For: Chase Riveland**
**Tax #: 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**

**Fees for March 2007**

| Date | Activity | Time/Hours |
|------|----------|-----------|
| 3/1/07 | Review: Pretour letters, T1 (Morgan/Palumbo; Drafts from Galvin, RSTS packet scanning report, Communication: Campbell, Morrison | 2.9 |
| 3/6/07 | Telephone conference: Campbell, Morrison; develop and send response to Plaintiffs re: Stipulated order | 1.9 |
| 3/7/07 | Telephone: Galvin; Morrison, Bien, Campbell, Galvin | 1.2 |
| 3/8/07 | Review Plaintiffs Psych return proposal; telephone: Nelson, Campbell; Review: LACJ self-monitoring report, Psych return table; Conference call Re: Attorney panel; Telephone: Nelson | 3.8 |
| 3/9/07 | Telephone: Campbell, Defendants conference call, Galvin, Nelson, Bien, Morrison; multiple communication contacts; DVI letter | 4.6 |
| 3/10/07 | Review: Region II monitoring report, Santa Barbara and Ventura County pre-tour letter; Galvin letter; Carvo letter re: Fresno Co. Jail | 1.1 |
| 3/12/07 | Christian letter; Baldwin letter; Telephone conference: Campbell | .8 |
| 3/13/07 | Telephone: Nelson, Campbell | .6 |
| 3/14/07 | Travel to Sacramento from Deer Harbor | 7.5 * |
| 3/15/07 | Meet: Morrison; Joint parties meeting; Bien/Morrison | 8.5 |
| 3/16/07 | Joint parties meeting; telephone : Morrison | 5.5 |
| 3/16 07 | Travel from Sacramento to Seattle | 3.0 * |
| 3/17/07 | Travel from Seattle to Deer Harbor | 2.5 * |

| 3/19/07 | Review: draft Stipulation; CIW 4Q Report | 1.1 |
|---|---|---|
| 3/20/07 | Review: PCH summary; Minutes from 3/16/07 meeting | .6 |
| 3/21/07 | Conference call: Defendants, Plaintiffs' counsel, OSM team; Nelson; Bien/Galvin; OSM Team | 3.5 |
| 3/22/07 | Travel: Deer Harbor to Seattle; Seattle to San Francisco | 6.0 * |
| 3/23/07 | Meet: Morrison; All parties meet and confer; Meet w/Plaintiff's | 7.0 |
| 3/23/07 | Travel: San Francisco to Seattle | 4.5 * |
| 3/24/07 | Travel: Seattle to Deer Harbor | 2.0 |
| 3/25/07 | Review: Morrison minutes; Galvan revise; NKSP monitoring report | 2.3 |
| 3/26/07 | Conference call: Morrison/Campbell | .6 |
| 3/27/07 | Telephone: Rice; Morrison; Conference call: Defendant group | 1.1 |
| 3/30/07 | Review: CIM pre-tour letter; Intermediate Remedial Sanctions memo; Remedial Sanctions Stipulation draft; Psychiatric Return status lists | 2.1 |

```
  51.2 hrs. X $ 200 = $ 10,240.00
* 23.5hrs. X $ 90 =  $  2,115.00
Total fees..................... $ 12,355.00
```

* Denotes travel time at a lower rate

## Expenses for February 2007

| Date | Activity | Amount |
|------|----------|--------|
| 3/14/07 | Airfare: Seattle to Sacramento and return | 336.00 |
| 3/14/07 | Lunch/Dinner | 47.26 |
| 3/15/07 | Meals: breakfast; Dinner: Morrison and Riveland | 65.98 |
| 3/15/07 | Day parking | 10.00 |
| 3/14/07 | Rental car: 2+ days | 115.50 |
| 3/15/07 | Hotel: 2 nights | 202.36 |
| 3/16/07 | Day parking | 10.00 |
| 3/16/07 | Meals: breakfast, lunch, dinner | 37.97 |
| 3/16/07 | Airfare: Seattle to Deer Harbor (floatplane) -roundtrip | 198.00 |
| 3/16/07 | Hotel: Seattle, 1 night | 99.15 |
| 3/17/07 | Breakfast | 4.77 |
| 3/22/07 | Airfare: Deer Harbor to Seattle (roundtrip) | 198.00 |
| 3/22/07 | Meals | 39.79 |
| 3/22/07 | Airfare: Seattle to San Francisco (roundtrip) | 329.99 |
| 3/22/07 | Taxi: SF airport to Hotel Monaco | 42.00 |
| 3/22/07 | Hotel: 1 nights | 181.26 |
| 3/23/07 | Meals: Breakfast/dinner | 37.27 |
| 3/23/07 | Taxi: RBG office to airport | 42.00 |
| 3/24/07 | Hotel: Seattle | 99.89 |
| 3/24/07 | Taxi: Hotel to floatplane site | 28.80 |

3/24/07             Breakfast                                    <u>4.75</u>
2,130.74

Total Expenses:     $ 2,130.74

**Total Fees and Expenses:   <u>$ 14,485.74</u>**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For:   Virginia Morrison**
**Tax #:   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**

Fees for March 2007

| Date | Activity | Time/Hours |
|------|----------|------------|
| 03/01/07 | Contribute to remedial sanctions meet and confer agenda | 0.4 |
| 03/05/07 | Email communication w/OSM team and counsel re: remedial sanctions, decisionmaking matrix, attorney panel contract, SVP holds, tours, and psych returns; telephone conference w/N. Campbell; draft proposed order for extension | 6.5 |
| 03/06/07 | Email communication and telephone conferences w/OSM team re: remedial sanctions and with counsel regarding psych returns, monitoring, and scanning project | 1.7 |
| 03/07/07 | Telephone conferences w/OSM team and parties' counsel re: remedial sanctions; review psych return revocation process proposal | 2.4 |
| 03/08/07 | Review scanning pilot material, proposed stipulation re: remedial sanctions, and updated psych return information; email communication re: same; telephone conferences w/K. Nelson and N. Campbell re: remedial sanctions and w/all parties re: attorney panel contract | 2.8 |
| 03/09/07 | Telephone conferences w/OSM team and K. Nelson re: remedial sanctions | 0.75 |
| 03/13/07 | Email communication w/C. Riveland and defense counsel re: remedial sanctions and psych returns | 0.5 |
| 03/15/07 | Participate in meeting re: remedial sanctions stipulation and psych returns; conference w/C. Riveland; telephone conference w/N. | 8.5 |

Campbell

| Date | Description | Hours |
|------|-------------|-------|
| 03/15/07 | Travel between Kentfield and Sacramento | 3.3* |
| 03/16/07 | Telephone conferences w/ C. Riveland and email communication w/ N. Campbell re: remedial sanctions | 0.5 |
| 03/18/07 | Travel from Kentfield to Santa Clarita (less time spent on another matter) | 4.5* |
| 03/19/07 | Participate in Pitchess Detention Center ("PDC") tour; review email communication from counsel on various topics | 9.0 |
| 03/20/07 | Participate in PDC tour; review email communication and psych return documentation | 8.6 |
| 03/21/07 | Participate in PDC tour; telephone conferences w/all parties, OSM team, and plaintiffs' counsel re: remedial sanctions | 8.25 |
| 03/21/07 | Travel from Castaic to Kentfield (less time spent on another matter) | 3.5* |
| 03/22/07 | Email communication w/ S. Mahoney re: DC training, N. Campbell re: remedial sanctions, and K. Nelson re: psych returns; telephone conferences w/N. Campbell and K. Nelson re: same; review proposed hearing and treatment procedures for decompensated parolees | 2.2 |
| 03/23/07 | Travel between Kentfield and San Francisco for psych return meetings | 2.6* |
| 03/23/07 | Conduct all parties' meeting re: mental illness issues and remedial sanctions; conference w/C. Riveland; telephone conference w/N. Campbell; draft key components of procedures for certain mentally ill parolees; email communication w/all parties | 9.8 |
| 03/26/07 | Telephone conference w/OSM team re: report and K. Nelson re: decompensated parolees participating in the revocation process; email communication re: same; prepare for next day's telephone conference | 2.3 |

| 03/27/07 | Travel between Kentfield and Oakland for DC training | 1.8* |
|---|---|---|
| 03/27/07 | Observe DC training; telephone conferences w/C. Riveland, K. Nelson, and executive staff | 8.2 |
| 03/28/07 | Travel between Kentfield and Oakland for DC training | 1.75* |
| 03/28/07 | Observe DC training; telephone conference w/C. Riveland; email communication w/defense and plaintiffs' counsel re: attorney contract | 4.4 |
| 03/29/07 | Email communication w/BPH and C. Riveland, and telephone conferences w/K. Nelson and E. Galvan re: psych returns and parolees too ill to participate in hearings; review material re: current psych return cases | 1.0 |
| 03/30/07 | Email communication w/defense counsel re: parolees too ill to participate in hearings and remedial sanctions; telephone conference w/K. Nelson | 0.5 |

Total............................................................................ $17,230.50

78.3   X $200/hour = $15,660.00
17.45   X $ 90/hour = $ 1,570.50

* denotes travel time at lower rate

## Disbursements/Expenses for March 2007

| Date | Activity | Amount |
|---|---|---|
| 03/13/07 | Hotel during Sacramento meetings | 139.00 |
| 03/15/07 | Mileage and tolls between Kentfield and Sacramento – 182 miles @ 48.5 cents per mile | 96.27 |

| 03/15/07 | Food during Sacramento travel | 9.30 |
|---|---|---|
| 03/15/07 | Parking during Sacramento travel | 13.00 |
| 03/18/07 | Airfare for PDC visit | 254.80 |
| 03/21/07 | Airport parking for PDC visit | 47.40 |
| 03/21/07 | Hotel for PDC visit | 368.61 |
| 03/21/07 | Rental car and gas for PDC visit | 144.52 |
| 03/21/07 | Meals during PDC visit | 30.12 |
| 03/23/07 | Mileage and tolls between Kentfield and San Francisco – 42 miles @ 48.5 cents per mile | 25.37 |
| 03/27/07 | Parking for Oakland meetings | 14.00 |
| 03/27/07 | Mileage and tolls between Kentfield and Oakland – 46 miles @ 48.5 cents per mile | 26.31 |
| 03/28/07 | Parking for Oakland meetings | 13.50 |
| 03/28/07 | Mileage and tolls between Kentfield and Oakland – 46 miles @ 48.5 cents per mile | 26.31 |
| 03/31/07 | Conference calls (3/6, 3/7, 3/8, 3/21(2), 3/26, 3/27) | 99.60 |

Total…………………………………………………………………..………………**$1,308.11**

**Total Fees and Expenses:   $18,538.61**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

### Fees for March 2007

| Date | Activity | Time/Hours |
|------|----------|-----------|
| 3/1/07 | Revise and e-mail agenda, e-mails Petersilia, Hoffman, call Hoffman | 2.25 |
| 3/4/07 | Petersilia, Hoffman e-mails | .25 |
| 3/5/07 | Phone Calls Hoffman, Morrison | .50 |
| 3/6/07 | Conference call Riveland and Morrison, review Plaintiff stipulation and Morrision responses | 2.00 |
| 3/7/07 | Calls to Nelson, Morrison and from Galvan | .75 |
| | Review Proposed order; Conference call Bein, Galvan and Morrison | 1.25 |
| 3/8/07 | Review Plaintiff proposal re: psych returns | .25 |
| 3/9/07 | Phone calls Hoffman, Morrison, Riveland | .75 |
| 3/13/07 | Review Banked Caseload plan, Phone calls Petersilia, Hoffman and Riveland | 2.00 |
| 3/14/07 | Phone call Hoffman and Riveland | .50 |
| 3/15/07 | Agenda Review for 23rd Meet and Confer | .25 |
| 3/21/07 | Stipulated Order Conference call parties, call Riveland And Morrison, Hoffman call | 2.25 |
| 3/22/07 | Conversation Morrison | .50 |
| 3/23/07 | Conversation Morrison | .25 |
| 3/26/07 | Conference call Riveland and Morrison | .40 |
| 3/28/07 | Conversation Nelson: items needed for report | .50 |
| 3/29/07 | Data re: EM to parties; conversation Hoffman | .15 |

Total………………………………………………………………………… 14.80

14.80 X $180/hour = $2,664.00

| **Total Fees** | **$2,664.00** |
|------|------|