UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        Plaintiffs,

   v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.
_____/

NO. CIV. S-94-671 LKK/GGH

O R D E R

    On May 23, 2005, upon Defendants' motion, this Court ordered that a special master be appointed in this case. The Order of Reference defining the duties of the special master was filed by this Court on August 19, 2005. This Court appointed Chase Riveland as special master on December 16, 2005. Mr. Riveland, following no objection by either party, has appointed Virginia Morrison and Nancy Campbell as deputy special masters.

    In conjunction with those previously filed Orders, it is further ordered that Special Master Chase Riveland shall be

1

1  compensated at the rate of $200 per hour for services performed
2  in accordance with the Order of Reference, except that he shall
3  be compensated at the rate of $90 per hour for travel time.
4  Deputy Special Master Virginia Morrison shall be compensated at
5  the same rates as Mr. Riveland. Deputy Special Master Nancy M.
6  Campbell shall be compensated at the rate of $180 per hour for
7  services performed in accordance with the Order of Reference,
8  except that she shall be compensated at the rate of $90 per hour
9  for travel time.  All reasonable expenses incurred by the
10 special master in performing the duties under the Order of
11 Reference shall be reimbursed as costs of the mastership.
12      On February 3, 2006 this court directed defendants to
13 deposit the sum of $500,000.00 with the Clerk of the Court, said
14 amount to be invested in an interest-bearing account.  A
15 substantial part of those funds have now been expended and a
16 significant amount of work remains to be done by the special
17 master.
18      Accordingly, good cause appearing, it is hereby ordered
19 that:
20      1.   Within thirty days of the date of this order
21           defendants shall deposit with the Clerk of the Court a
22           second interim payment of costs in the amount of
23           $500,000.00 which amount shall be invested in the
24           interest-bearing account previously opened for this
25           action; and
26      2.   The Clerk of the Court is directed to serve a copy of

1      this order on the Financial Department of this Court.
2   IT IS SO ORDERED.
3   DATED: April 25, 2007.

```
                              /s/ Lawrence K. Karlton
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

3