FILED

MAY -2 2007

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
             DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        Plaintiffs,

   v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.
_____/

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of April 2007. Good cause appearing, it is ORDERED that:

   1.  The Clerk is directed to pay to:

Chase Riveland
<u>Valdivia</u> Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

////

1  the amount of $35,921.71 in accordance with the attached
2  statement; and
3      2.  A copy of this order shall be served on the financial
4  department of this court.
5      IT IS SO ORDERED.
6      DATED: May 1, 2007.

```
                                    /s/ Lawrence K. Karlton
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
    v.                                                              No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of April1 through April 30, 2007.

Chase Riveland, Special Master
    Services                  $13,164.00
    Disbursements        $ 2,126.61

        Total amount due                           $ 15,290.61

Virginia Morrison, Deputy Special Master
    Services                  $ 18,014.50
    Disbursements        $ 1,086.60
        Total amount due                           $ 19,101.10

Nancy Campbell, Deputy Special Master
    Services                  $ 1,530.00
    Disbursements        $      .00

        Total amount due                           $ 1,530.00

    TOTAL AMOUNT TO BE REIMBURSED        **$ 35,921.71**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                                           May 1, 2007
Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO:     Ms. Susan Peterson, Financial Administrator

FROM:     /S/ Chase Riveland
Chase Riveland, Special Master

Date:     May 1, 2007

RE:     Reimbursement for fees and disbursements expended during the period ending April 30, 2007.

Please send the check to the following individual for the amount indicated.

    Chase Riveland
    Valdivia Special Master
    5714 Deer Harbor Road
    Box 367
    Deer Harbor, WA  98243

Amount to be reimbursed: **$ 35,921.71**

*Valdivia et al. v. Schwarzenegger et al.*          No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for April 2007**

| Date | Activity | Time/Hours |
|---|---|---|
| 4/1/07 | Review: Final Remedial Sanctions Plan | .6 |
| 4/2/07 | Telephone: Judge Karlton, Morrison | .5 |
| 4/3/07 | Review various e-mail from Defendants MIO parolee materials, CalPAP contract issues | .9 |
| 4/4/07 | Review: e-mail: telephonic hearings, psych returns, etc. | .6 |
| 4/5/07 | Review: Boyd letter; SMT-NKSP Self-Monitoring Report | 1.5 |
| 4/6/07 | Telephone: Morrison; Work on SM 2nd report | 2.9 |
| 4/7/07 | Review: Region II DAPO Tour report | .7 |
| 4/8/07 | Correspondence: Defendants, Plaintiffs, SMT; work on 2nd Special Master Report | 2.6 |
| 4/9/07 | Review: Plaintiff response to Defendant self-monitoring report: LACJ SMT; correspondence; work on 2nd Special Master Report; telephone: Campbell | 3.5 |
| 4/11/07 | Travel: Deer Harbor to Sacramento | 7.0 * |
| 4/12/07 | Meet w/Morrison; meet w/Defendants re: psychiatric returns; meet w/Defendants re: extradition cases | 7.6 |
| 4/13/07 | Travel: Sacramento to Deer Harbor | 7.3 * |
| 4/16/07 | Review: Rifkin letter; Christian letter; NKSP Tour Report; draft Defendant policy re: psychiatric parolees | 2.9 |
| 4/17/07 | Review: Remote Tour Plaintiffs' SBCJ and VCJ report; Plaintiffs' CIW report; extradition statistics | 2.1 |

| | | |
|---|---|---|
| 4/18/07 | Telephone: Morrison, review Defendants' MIO plan | 1.8 |
| 4/19/07 | Telephone: Galvin; review: Waco Self-monitoring Report | 1.2 |
| 4/20/07 | Review: Monitoring reports (Plaintiffs) HDSP and Pitchess; Telephone: Nelson | 1.6 |
| 4/21/07 | Work on Special Master Second Report; communication Morrison and Campbell | 3.8 |
| 4/24/07 | Review: Defendant report on MIO; Plaintiffs' response; Defendant's Third QTR Corrective Action Report; Psych Return Reports; telephone: nelson/Morrison | 2.2 |
| 4/25/07 | Travel: Deer Harbor to Seattle; Seattle to Sacramento | 7.0 * |
| 4/26/07 | Meet: Morrison; Defendants and Plaintiffs | 8.2 |
| 4/27/07 | Travel: Sacramento to Seattle; Seattle to Deer Harbor | 7.3 * |
| 4/27/07 | Telephone: Campbell; review: AB 900; Defendant and Plaintiff priority lists; Boyd memo re: Psych returns | 1.1 |
| 4/28/07 | Conference call: Morrison, Campbell | 1.75 |
| 4/30/07 | Telephone: Campbell, Nelson; work on SM 2nd Report Review: Mahoney response to Defendants remote tour Report | <u>4.9</u> |
| | | 52.95 |

```
    52.95 hrs. X $ 200 = $10,590.00
*   28.6  hrs. X $ 90 =  $ 2,574.00
Total fees…………………..  $ 13,164.00
```

* Denotes travel time at a lower rate

**Expenses for April 2007**

| Date | Activity | Amount |
|---|---|---|
| 4/11/07 | Airfare: Seattle to Deer Harbor (floatplane) -roundtrip | 198.00 |
| 4/11/07 | Airfare: Seattle to Sacramento and return | 336.00 |
| 4/11/07 | Lunch/Dinner (Dinner for Morrison and Riveland) | 67.26 |
| 4/12/07 | Meals: breakfast; lunch; dinner (lunch for Riveland and Morrison) | 65.98 |
| 4/12/07 | Day parking | 10.00 |
| 4/13/07 | Rental car: 2+ days | 115.50 |
| 4/13/07 | Hotel: 2 nights | 302.36 |
| 4/13/07 | Breakfast/lunch | 15.98 |
| 4/13/07 | Taxi: Seattle Airport to Lake Union | 40.00 |
| 4/25/07 | Airfare: Seattle to Deer Harbor (floatplane) -roundtrip | 198.00 |
| 4/25/07 | Van to Seatac | 5.00 |
| 4/25/07 | Airfare: Seattle to San Francisco (roundtrip) | 329.99 |
| 4/25/07 | Lunch and Dinner | 38.49 |
| 4/26/07 | Meals: breakfast, lunch, dinner | 39.79 |
| 4/26/07 | Day parking | 10.00 |
| 4/27/07 | Hotel: 2 nights | 279.99 |
| 4/27/07 | Night parking: 2 nights | 32.00 |
| 4/27/07 | Meals: Breakfast/lunch | 37.27 |
| 4/27/07 | Taxi: Seatac airport to Boeing Field | 5.00 |
| | | $ 2,126.61 |

Total Expenses:      $ 2,126.61

**Total Fees and Expenses:    $ 15,290.61**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

### Fees for April 2007

| Date | Activity | Time/Hours |
|---|---|---|
| 4/9/07 | Phone call with Riveland | .25 |
| 4/16/07 | Phone call with Morrison | .25 |
| 4/21/07 | Court Report Revisions | 3.75 |
| 4/21/07 | Psych Return Memos review, SEIU report | .50 |
| 4/27/07 | Phone Calls, Morrison, Riveland | 1.50 |
| 4/28/07 | Conference Call Riveland and Morrison, Review Modifications to Report and priority issues | 1.75 |
| 4/29/07 | Revise report | .50 |
| **Total** | | **8.5** |

8.5 X $180/hour = $1,440.00

| **Total Fees** | | **$1,530.00** |
|---|---|---|

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for April 2007**

| Date | Activity | Time/Hours |
|---|---|---|
| 04/02/07 | Telephone conference w/C. Riveland; review psych return and self-monitoring material; email communication re: stipulation, staffing, RSTS | 1.25 |
| 04/03/07 | Review email communication re: DRUs, attorney representation contract, and psychiatric issues; review and analyze materials concerning parolees too ill to participate in hearings | 1.2 |
| 04/04/07 | Email communication re: CIM and parolees too ill to participate in hearings | 0.25 |
| 04/05/07 | Travel between Kentfield and Sacramento | 2.8* |
| 04/05/07 | Participate in meetings concerning parolees too ill to participate in hearings; conference w/R. Boyd and K. Nelson re: same, telephonic hearings and OSM report; telephone conference w/ R. Boyd re: telephonic hearings | 3.5 |
| 04/06/07 | Telephone conference w/C. Riveland | 0.7 |
| 04/08/07 | Travel from Kentfield to Ontario for CIM visit | 4.2* |
| 04/09/07 | Travel between Ontario and Chino for CIM visit | 0.75* |

| Date | Description | Hours |
|---|---|---|
| 04/09/07 | Conduct CIM visit; review Remedial Sanctions memos; email communication w/OSM team re: same and w/plaintiffs' counsel re: psychiatric issues | 9.7 |
| 04/10/07 | Conduct CIM visit | 8.0 |
| 04/10/07 | Travel between Ontario, Chino and Kentfield (less time spent on another matter) | 2.8* |
| 04/11/07 | Email communication w/parties' counsel; telephone conference w/K. Nelson | 0.7 |
| 04/11/07 | Travel from Kentfield to Sacramento | 1.6* |
| 04/12/07 | Travel from Sacramento to Kentfield | 1.5* |
| 04/12/07 | Review draft policy concerning psychiatric parolees; conduct meeting re: same; conference w/C. Riveland | 6.6 |
| 04/15/07 | Draft portion of OSM report; email communication w/M. Swanson and K. Nelson | 3.8 |
| 04/16/07 | Telephone conferences w/N. Campbell, K. Nelson re: OSM report; review L. Rifkin correspondence re: information re: mentally ill parolees; email communication w/defense counsel and S. Christian re: monitoring, mentally ill parolees, staffing, remedial sanctions, and interstate parolees; review supporting material and draft portion of OSM report | 8.0 |
| 04/17/07 | Telephone conferences w/parties' counsel re: mentally ill issues and information; prepare writings and email communication w/C. Riveland re: same | 2.6 |
| 04/18/07 | Review and analyze material concerning psych returns and parolees too ill to participate in proceedings; email communication w/defense counsel re: same; telephone conference w/C. Riveland re: same, | 2.4 |

|  |  |  |
|---|---|---|
|  | extradition, OSM report |  |
| 04/19/07 | Review and analyze material concerning parolees too ill to participate in proceedings; email communication w/counsel re: same and RSTS changes; review summary of study of DAPO operations; telephone conferences w/K. Nelson | 1.3 |
| 04/23/07 | Email communication w/OSM team and parties' counsel re: staffing, OSM report, mentally ill parolees; review material concerning mentally ill parolees; draft OSM report | 6.7 |
| 04/24/07 | Review and analyze proposals concerning parolees too ill to participate in proceedings; teleconferences w/K. Nelson and C. Riveland re: same | 4.75 |
| 04/25/07 | Telephone conferences w/parties' counsel and w/C. Riveland in preparation for next day's meet and confer session; draft OSM report; review material concerning parties' priorities for coming round | 1.0 |
| 04/26/07 | Conduct all parties' meeting concerning parolees too ill to participate in proceedings; conference w/C. Riveland | 8.2 |
| 04/26/07 | Travel between Kentfield and Sacramento | 3.4* |
| 04/27/07 | Review and analyze material concerning mentally ill parolees; telephone conferences w/M. Bien and N. Campbell | 1.75 |
| 04/28/07 | Telephone conference w/OSM team; draft OSM report | 8.75 |
| 04/30/07 | Review policy concerning parolees too ill to participate in proceedings; teleconference w/K. Nelson re: same and telephonic hearings; review email communication; draft OSM report | 1.25 |

        82.4   X $200/hour = $ 16,480.00
        17.05  X $ 90/hour = $  1,534.50

Total............................................................................................ $
**18,014.50**

\* denotes travel time at lower rate

### Disbursements/Expenses for April 2007

| Date | Activity | Amount |
|---|---|---|
| 04/05/07 | Mileage and tolls between Kentfield and Sacramento – 182 miles @ 48.5 cents per mile | 96.27 |
| 04/05/07 | Parking for Sacramento meetings | 10.00 |
| 04/10/07 | Hotel for CIM visit | 222.94 |
| 04/10/07 | Airport parking for CIM visit | 24.27 |
| 04/10/07 | Meals during CIM visit | 34.56 |
| 04/10/07 | Rental car during CIM visit | 70.78 |
| 04/10/07 | Airfare for CIM visit | 253.30 |
| 04/12/07 | Mileage and tolls between Kentfield and Sacramento – 182 miles @ 48.5 cents per mile | 96.27 |
| 04/12/07 | Parking for Sacramento meetings | 8.00 |
| 04/12/07 | Food during Sacramento meetings | 6.70 |
| 04/12/07 | Hotel for Sacramento meetings | 139.00 |

| Date | Description | Amount |
|---|---|---:|
| 04/26/07 | Mileage and tolls between Kentfield and Sacramento – 182 miles @ 48.5 cents per mile | 96.27 |
| 04/26/07 | Parking for Sacramento meetings | 10.00 |
| 04/28/07 | Conference call | <u>18.24</u> |

Total............................................................................................... $ 1,086.60

**Total Fees and Expenses:   $ 19,101.10**