BINGHAM, McCUTCHEN LLP
GEOFFREY HOLTZ – 191370
KRISTEN A. PALUMBO – 215857
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

PRISON LAW OFFICE
DONALD SPECTER – 83925
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
HOLLY M. BALDWIN – 191317
ERNEST GALVAN – 196065
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | No. Civ. S-94-0671 LKK/GGH <br><br> STIPULATION AND ORDER CONFIRMING PAYMENT OF REMAINING ATTORNEYS' FEES FOR 2005-2006 |

PDF created with pdfFactory trial version www.pdffactory.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | Case No. CIV S-94-0671 LKK/GGH<br><br>**STIPULATION AND ORDER CONFIRMING PAYMENT OF REMAINING ATTORNEYS' FEES FOR 2005-2006** |

On July 8, 2004, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

There were fees remaining in dispute from the first, second, and fourth quarters of 2005, and the third and fourth quarters of 2006. Pursuant to a stipulation and order entered on July 6, 2006, the parties agreed to resolve the disputed amounts from 2005 together with disputed amounts from 2006. The parties completed their meet and confer on these disputed items on May 16, 2007, and have agreed to resolve the dispute by payment of $36,335.20 on the previously disputed items. Interest on these fees will run from the date this Order is entered, accruing at the rate provided by 28 U.S.C. § 1961.

//

//

Stipulation and Proposed Order Confirming Payment of
Remaining Attorneys' Fees for 2005-2006

1

PDF created with pdfFactory trial version www.pdffactory.com

WHEREFORE, IT IS CONFIRMED that $36,335.20 plus interest is due and collectable as of forty-five days from the date of entry of this Order.

IT IS SO ORDERED.

DATED: May 22, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

*/s/ Katherine Nelson*   DATED: 5/18/07

Katherine Nelson
Deputy Attorney General
Attorney for Defendants

*/s/ Holly Baldwin*   DATED: 5/21/07

Ernest Galvan
Holly Baldwin
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

Stipulation and Proposed Order Confirming Payment of
Remaining Attorneys' Fees for 2005-2006

2

PDF created with pdfFactory trial version www.pdffactory.com