UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

      Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

      Defendants.

_____/

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of May 2007. Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

Chase Riveland
<u>Valdivia</u> Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

////

1

1 | the amount of $30,422.61 in accordance with the attached
2 | statement; and
3 |     2.  A copy of this order shall be served on the financial
4 | department of this court.
5 |     IT IS SO ORDERED.
6 |     DATED: June 11, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
    v.                                              No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of May1 through May31, 2007.

Chase Riveland, Special Master
    Services                    $ 11,550.00
    Disbursements               $  1,328.66

        Total amount due                            $ 12,878.66

Virginia Morrison, Deputy Special Master
    Services                    $12,238.00
    Disbursements               $   950.78
        Total amount due                            $ 13,188.78

Nancy Campbell, Deputy Special Master
    Services                    $ 3,582.00
    Disbursements               $   773.17

        Total amount due                            $ 4,355.17

    TOTAL AMOUNT TO BE REIMBURSED                   $ 30,422.61

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

/s/ Chase Riveland

Chase Riveland                                         June 4, 2007
Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO:     Ms. Susan Peterson, Financial Administrator

        /S/ ▮▮▮▮▮ ▮▮▮▮▮▮▮
FROM:   Chase Riveland, Special Master

Date:   June 4, 2007

RE:     Reimbursement for fees and disbursements expended during the period ending May 31, 2007.

Please send the check to the following individual for the amount indicated.

   Chase Riveland
   Valdivia Special Master
   5714 Deer Harbor Road
   Box 367
   Deer Harbor, WA  98243

                           Amount to be reimbursed: **$ 30,422.61**

*Valdivia et al. v. Schwarzenegger et al.*                **No. CIV S-94-671 LKK/GGH**

**For: Chase Riveland**
**Tax #: 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**

**Fees for May 2007**

| Date | Activity | Time/Hours |
|---|---|---|
| 5/1/07 | Work on Special Master Report | 3.7 |
| 5/3/07 | Review: Mahoney and Rifkin reports; Work on Special Master report; telephone Morrison; Campbell; review long-term memo draft; e-mail Communication: Morrison, Campbell, Nelson | 5.9 |
| 5/6/07 | Review: Plaintiffs' RCCC Tour report | .5 |
| 5/9/07 | Telephone: Galvin, Morrison, e-mail communication Campbell, Morrison, Nelson | 1.9 |
| 5/11/07 | Review: Mahoney-Defendants' Pitchess Monitoring Report Response | .5 |
| 5/12/07 | Telephone: Morrison | .5 |
| 5/13/07 | Telephone: Morrison, Nelson | .7 |
| 5/14/07 | Review: Defendants' response to 4th Q CIW report; Psych Return status report; Eval status by county report; Correspondence: Maloney, Campbell | 2.6 |
| 5/15/07 | Review: Plaintiffs' CIM tour report; correspondence: Morrison, Maloney, Boyd | 1.7 |
| 5/17/07 | Review: correspondence, Boyd, Mahoney, Morrison, Bien | 1.6 |
| 5/19/07 | Review Correspondence: Boyd, Baldwin, Rifkin, Bien, Morrison | 2.1 |
| 5/21/07 | Telephone: Nelson, Morrison | 1.2 |
| 5/22/07 | Telephone: Campbell; Review Cal PAP Statistics; Baldwin letter re: violation of 50 mile for hearing | 1.9 |

| Date | Description | Hours |
|---|---|---|
| 5/23/07 | Telephone: RBG attorneys, Defendants, Morrison; telephone conference: Campbell and Morrison | 2.9 |
| 5/24/07 | Review correspondence: Maloney, Nelson; Telephone: Nelson | 1.6 |
| 5/25/07 | Review: Plaintiff response to CIM tour report; Defendant Waco State Prison tour report; Plaintiff response to draft Special Master Report | 2.9 |
| 5/26/07 | Conference call: Morrison, Campbell re: Final Special Master Report; Review: Defendants response to draft 2nd SM Report | 2.4 |
| 5/28/07 | Work on SM 2nd Report | 1.1 |
| 5/29/07 | Travel: Deer Harbor to Los Angeles | 7.5 * |
| 5/30/07 | LACJ Tour; Morrison | 9.7 |
| 5/31/07 | LACJ Tour; Morrison | 6.5 |
| 5/31/07 | Travel: LA; Burbank to Seattle | 5.5 * |

```
    51.9 hrs. X $ 200 = $ 10,380.00
*   13 hrs. X $ 90 =   $  1,170.00
Total fees................... $ 11,550.00
```

* Denotes travel time at a lower rate

**Expenses for May 2007**

| Date | Activity | Amount |
|------|----------|--------|
| 5/29/07 | Travel: Deer Harbor to Seattle by Seaplane. (roundtrip) | $ 229.00 |
| 5/29/07 | Shuttle: lake Union to Seatac | $ 17.00 |
| 5/29/07 | Travel: Seattle to Burbank, Air, (roundtrip) | $ 448.00 |
| 5/29/07 | Meals: lunch, dinner (dinner: Morrison and Riveland) | $ 96.98 |
| 5/30/07 | Meals: breakfast, lunch, dinner (dinner: Morrison and Riveland | $ 93.77 |
| 5/31/07 | Meals: breakfast, lunch, dinner | $ 49.95 |
| 5/31/07 | Hotel: 2 nights | $ 393.96 |
|  |  | $1,328.66 |

Total Fees and Expenses: $ 12,878.66

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #:   51-0433003**

<u>Fees for May 2007</u>

| <u>Date</u> | <u>Activity</u> | <u>Time/Hours</u> |
|---|---|---|
| 05/01/07 | Review and analyze RSTS information; draft OSM report | 1.8 |
| 05/02/07 | Draft OSM report; telephone conferences w/N. Campbell re: same; email communication w/OSM team and K. Nelson re: same; review "long-term memo" concerning remedial sanctions | 9.6 |
| 05/03/07 | Telephone conferences w/C. Riveland and N. Campbell; review defense counsel's email communication re: WSP report and RSTS | 0.7 |
| 05/04/07 | Finalize OSM report; email communication re: same and RSTS developments; telephone conference w/K. Nelson re: psych returns; review defendants' document re: CIW | 1.2 |
| 05/11/07 | Telephone conference w/K. Nelson re: psych returns; email communication w/C. Riveland re: LACJ | 0.25 |
| 05/12/07 | Email communication w/parties' counsel re: psych returns, staffing, LACJ; telephone conference w/C. Riveland re: same | 0.4 |
| 05/14/07 | Email communication w/parties' counsel and OSM team re: mentally ill issues and DAPO procedure | 0.25 |
| 05/15/07 | Telephone conference w/K. Nelson | 1.4 |
| 05/16/07 | Review materials concerning remedial sanctions memo and Pitchess Detention Center | 0.3 |
| 05/17/07 | Email communication concerning mentally ill parolees, splitting charges, and LACJ | 0.4 |
| 05/18/07 | Telephone conference w/K. Nelson re: procedure for mentally ill, RSTS, staffing; email communication w/OSM team and defense counsel re: same | 0.75 |
| 05/21/07 | Review and analyze procedure for decompensated parolees, including comparison to prior proposals and meeting notes; review materials concerning other issues w/the mentally ill; email and phone communication w/parties' counsel and OSM re: same | 6.2 |

| Date | Activity | Hours |
|---|---|---|
| 05/22/07 | Telephone conference w/defense counsel re: procedure for decompensated parolees; review plaintiffs' correspondence re: same; telephone conference w/N. Campbell re: remedial sanctions | 1.4 |
| 05/23/07 | Telephone conference w/all parties re: procedure for decompensated parolees; telephone conferences w/OSM team and K. Nelson; email communication re: splitting charges | 2.6 |
| 05/24/07 | Review parties' objections to OSM report and make related notes; email communication w/all parties re: site visit, Court Compliance Team, OSM report, and mentally ill parolees | 4.25 |
| 05/25/07 | Review parties' objections to OSM report and make related notes | 0.7 |
| 05/26/07 | Telephone conference w/OSM team re: report | 1.5 |
| 05/28/07 | Email communication w/defense counsel re: mental health resources; review LACJ statistics | 0.6 |
| 05/28/07 | Travel from Kentfield to L.A. for LACJ visit | 5.0* |
| 05/29/07 | Participate in LACJ tour | 6.0 |
| 05/30/07 | Participate in LACJ tour; telephone conference w/E. Galvan | 9.75 |
| 05/31/07 | Participate in LACJ tour; revise OSM report; telephone conference w/N. Campbell | 7.0 |
| 05/31/07 | Travel from L.A. to Kentfield (less time spent on report writing) | 4.2* |

Total..................................................................................

57.05 X $200/hour = $11,410.00
 9.2  X $ 90/hour = $   828.00
                    **$ 12,238.00**

* denotes travel time at lower rate

### Disbursements/Expenses for May 2007

**Date**                              **Activity**
**Amount**

| Date | Description | Amount |
|---|---|---|
| 05/31/07 | On-line connections at hotel during LACJ visit | 25.00 |
| 05/31/07 | Airport parking for LACJ visit | 47.41 |
| 05/31/07 | Airfare for LACJ visit | 100.00 |
| 05/31/07 | Hotel for LACJ visit | 482.28 |
| 05/31/07 | Rental car and gas for LACJ visit | 167.22 |
| 05/31/07 | Meals during LACJ visit | 40.83 |
| 5/31/07 | Conference calls (5/23, 5/26) | 71.04 |
| 5/31/07 | Facilities parking during LACJ visit | 17.00 |

Total......................................................................................…................$ 950.78

**Total Fees and Expenses:   $13,188.78**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for May 2007**

| Date | Activity | Time/Hours |
|---|---|---|
| 5/3/07 | Phone call with Morrison | .4 |
| 5/3/07 | Phone call with Riveland | .3 |
| 5/5/07 | RSTS Updates, pop projections report, CalPap stats | .5 |
| 5/9/07 | Call Hoffman, Memos re: Stipulated order | .5 |
| 5/10/07 | Conversation with Boyd re: interim memos; e-mail team | .5 |
| 5/14/07 | E-mails Nelson, et. al | .1 |
| 5/16/07 | Conference Call Boyd and Nelson | .6 |
| 5/22/07 | Calls Riveland | .5 |
| 5.24.07 | Conference Call Morrison and Riveland | .25 |
| 5/25/07 | Report review, e-mails Ossman | |
| 5/26/07 | Conference Call Riveland and Morrison, | 1.5 |
| 5/28/07 | Prepare for Project Mgt Meeting | 1.5 |
| 5/29/07 | | |
| 5/30/07 | Travel to Sacramento | 6.0* |
| 5/30/07 | Meeting defendants re: stipulated order | 2.0 |

| Date | Activity | |
|---|---|---|
| 5/31/07 | Respond to Plaintiffs report issues | 1.0 |
| 5/31/07 | Meet and Confer re: Long Term Memo | 4.0 |
| 5/31/07 | Return from Sacramento | 6.0* |
| 5/31/07 | Call Morrison re: report revisions | .25 |

Total.............................................................................................

$$13.9 \times \$180/\text{hour} = \$ 2,502.00$$
$$12.0 \times \phantom{0}90/\text{hour} = \underline{\$ 1,080.00}$$
$$\$ 3,582.00$$

*denotes travel time at lower rate

## Disbursements/Expenses for May 2007

| Date | Activity | Amount |
|---|---|---|
| 5/30/07 | POV: Bainbridge Island to Ferry: 5 mi@ .45/mi | 2.25 |
| 5/30/07 | Taxi to Airport | 32.00 |
| 5/30/07 | Parking | 10.50 |
| 5/30/07 | Meals | 53.59 |
| 5/30/07 | Hotel | 154.14 |
| 5/31/07 | Parking | 13.00 |
| 5/31/07 | Airfare RT Sacramento | 327.80 |
| 5/31/07 | Rental Car | 151.75 |
| 5/31/07 | Meals | 4.19 |
| 5/31/07 | Ferry to Bainbridge Island | 6.70 |
| 5/31/07 | Parking | 15.00 |
| 5/31/07 | POV: Ferry to home: 5 mi@.45/mi | 2.25 |

**Total Fees**                                                               $773.17

**Total Fees and Expenses:**                                          $4,355.17