UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY, and HOSSIE WELCH, on their own behalf and on behalf of the class of all persons similarly situated,

    Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, Governor of the State of California, et al.,

    Defendants.

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of June 2007. Good cause appearing, it is ORDERED that:

    1. The Clerk is directed to pay to:

    Chase Riveland
    <u>Valdivia</u> Special Master
    5714 Deer Harbor Road, Box 367
    Deer Harbor, WA  98243

////

1

the amount of $23,263.62 in accordance with the attached statement; and

    2.  A copy of this order shall be served on the financial department of this court.

    IT IS SO ORDERED.

    DATED: July 5, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Valdivia et al.,
    Plaintiffs,
    v.                                  No. CIV. S-94-671 LKK/GGH

Schwarzenegger et al.,
    Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of June1 through June 30, 2007.

Chase Riveland, Special Master
    Services                        $ 9,767.00
    Disbursements           $ 1,557.13

        Total amount due                        $ 11,324.13

Virginia Morrison, Deputy Special Master
    Services                        $ 6,754.00
    Disbursements           $   193.42
        Total amount due                        $ 6,947.42

Nancy Campbell, Deputy Special Master
    Services                        $ 4,244.40
    Disbursements           $   747.67

        Total amount due                        $ 4,992.07

    TOTAL AMOUNT TO BE REIMBURSED        $ 23,263.62

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                                              July1, 2007
Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO: Ms. Susan Peterson, Financial Administrator

FROM: /S/ Chase Riveland
Chase Riveland, Special Master

Date: July 1, 2007

RE: Reimbursement for fees and disbursements expended during the period ending June 30, 2007.

Please send the check to the following individual for the amount indicated.

Chase Riveland
Valdivia Special Master
5714 Deer Harbor Road
Box 367
Deer Harbor, WA  98243

Amount to be reimbursed: **$ 23,263.62**

*Valdivia et al. v. Schwarzenegger et al.*   **No. CIV S-94-671 LKK/GGH**

**For: Chase Riveland**
**Tax #: 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**

**Fees for June 2007**

| Date | Activity | Time/Hours |
|---|---|---|
| 6/1/07 | Travel: Seattle to Deer Harbor (conclusion of LACJ trip) | 2.3 * |
| 6/1/07 | Nelson Telephone; "gap" parolee information (Boyd); RSTS changes (Blake); SM 2d Report work; Rifkin re: Psych return/revocation | 2.9 |
| 6/3/07 | SM 2d report; e-mail Morison/Campbell; telephone Campbell | 1.3 |
| 6/4/07 | Telephone: Campbell; conference call RBG and Morrison re: 2d SM report; Morrison; Judge Karlton | 2.9 |
| 6/5/07 | Telephone: Campbell; review: DVI SMT report; ICDPT update; RBG letter re: parole discharges Telephone: Nelson | 2.4 |
| 6/6/07 | Review: Boyd message re: Randle; Galvan letter re: Jurisdiction issues | 1.1 |
| 6/10/07 | Review: Plaintiffs' response to 5/23/07 meeting; Region III; midtown and Silverlake Parole Units Self-monitoring reports | 1.6 |
| 6/12/07 | Review correspondence: Plaintiffs re: Randle, cyracom; Defendants several miscellaneous items; Telephone: Morrison; Nelson; All parties | 2.7 |
| 6/13/07 | Telephone conference w/Plaintiffs | 1.5 |
| 6/14/07 | Telephone: Campbell | .3 |
| 6/15/07 | Review: Defendant HDSP letter; miscellaneous correspondence | .7 |

| Date | Description | Hours |
|---|---|---|
| 6/19/07 | Telephone: Morrison; miscellaneous correspondence | .6 |
| 6/23/07 | Conference call: SM team and Defendants; telephone: Galvin, Campbell; Review: Plaintiff list of psych returns; San Quentin Monitoring report; telephone: Morrison | 2.4 |
| 6/25/07 | Preparation for Sacramento meetings on 6/28 and 29 Telephone: Campbell; correspondence: Galvan, Morris, Morrison, Campbell, Lopes, Court | 2.6 |
| 6/27/07 | Travel: Deer Harbor to Sacramento | 8.0 * |
| 6/28/07 | Meeting: Campbell; Meetings: Defendants; All parties; Governor's office; w/Rehab strike team; defendants | 9.5 |
| 6/29/07 | Meetings: All parties; Defendants | 5.5 |
| 6/29/07 | Travel: Sacramento to Seattle | 5.0 * |
| 6/30/07 | Travel: Seatac to Deer Harbor | 3.0 * |
| 6/30/07 | Review: Expert report; Calpap Statistics; Plaintiff letter re; DAPO Notice of Violation. | 2.6 |
| | | 40.6 |
| | | 18.3 * |

```
   40.6 hrs. X $ 200 = $ 8,120
*  18.3 hrs. X $  90 = $ 1,647
Total fees....................$ 9,767
```

\* Denotes travel time at a lower rate

## Expenses for June 2007

| Date | Activity | Amount |
|---|---|---|
| 6/1/07 | Hotel:Seatac (end of LACJ trip) | $ 154.99 |
| 6/1/07 | Taxi from Seatac hotel to Lake Union | $ 40.00 |
| 6/27/07 | Seaplane: Orcas Island to Lake Union | $ 229.00 |
| 6/27/07 | Taxi: Lake Union to Seatac | $ 40.00 |
| 6/27/07 | Lunch and dinner | $ 46.98 |
| 6/28/07 | Roundtrip air from Seattle to Sacramento | $ 329.00 |
| 6/28/07 | Breakfast, Lunch, Dinner (Campbell: Lunch and breakfast) | $ 59.76 |
| 6/28/07 | Day Parking | $ 13.00 |
| 6/29/07 | Breakfast, lunch, dinner | $ 37.92 |
| 6/29/07 | Hotel: Sacramento: 2 nights and night parking | $ 396.66 |
| 6/29/07 | Day parking | $ 13.00 |
| 6/30/07 | Hotel: Seattle | $ 157.48 |
| 6/30/07 | Taxi: Airport hotel to lake Union | $ 40.00 |
|   |   | $ 1,557.13 |

Total Expenses: $ 1,557.13

**Total Fees and Expenses: $ 11, 324.13**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94 671 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for June 2007**

| Date | Activity | Time/Hours |
|---|---|---|
| 06/01/07 | Draft OSM report; telephone conferences and email communication w/parties' counsel, CalPAP, and OSM team re: OSM report, mentally ill parolees, telephonic hearings, and miscellaneous issues | 5.0 |
| 06/02/07 | Review OSM email concerning report | 0.1 |
| 06/04/07 | Meet with Plaintiffs' counsel concerning draft report objections; telephone conferences w/C. Riveland; review recent crowding related filings | 4.4 |
| 06/04/07 | Travel between Kentfield and San Francisco for meeting with Plaintiffs' counsel | 1.5* |
| 06/05/07 | Email communication w/OSM team and parties' counsel re: remedial sanctions, RSTS, monitoring; review recent crowding-related filings and jurisdiction review letter | 1.7 |
| 06/07/07 | Email communication re: attorney access at Pitchess, decompensated parolee hearing procedures, and OSM report | 0.6 |
| 06/08/07 | Review stipulation concerning confidential information | 0.2 |
| 06/12/07 | Telephone conferences and email communication w/OSM team and parties' counsel re: mentally ill parolees, remedial sanctions, tours | 3.0 |
| 06/13/07 | Review and analyze documents, email communication, and telephone conference w/C. Riveland and plaintiffs' counsel re: mentally ill | 3.3 |

| Date | Description | Hours |
|---|---|---|
| | parolees | |
| 06/17/07 | Telephone conference and email communication w/C. Riveland | 0.25 |
| 06/19/07 | Review and analyze tracking and supporting documentation concerning mentally ill parolees; design forms and questions; prepare for two related meetings; telephone conferences w/C. Riveland and N. Campbell | 5.7 |
| 06/20/07 | Travel between Kentfield and Sacramento | 3.1* |
| 06/20/07 | Conference w/defendants re: tracking mentally ill parolees; telephone conference w/C. Riveland and email communication re: same | 3.5 |
| 06/21/07 | Telephone conferences w/plaintiffs' counsel, N. Campbell and R. Boyd re: remedial sanctions and mentally ill parolees; email communication re: same | 2.2 |
| 06/22/07 | Telephone conference w/defense counsel and OSM team re: various issues; telephone conference w/C. Riveland re: self-monitoring and the OSM report; email communication w/all parties re: reconciling lists of mentally ill parolees; review plaintiffs' responsive filing | 1.5 |
| 06/26/07 | Review recent email communication | 0.25 |

Total..................................................................................

$$31.7 \times \$200/\text{hour} = \$ 6,340.00$$
$$4.6 \times \$ 90/\text{hour} = \$\phantom{0} 414.00$$
$$\mathbf{\$ 6,754.00}$$

\* denotes travel time at lower rate

## Disbursements/Expenses for June 2007

| Date | Activity | Amount |
|---|---|---|
| 06/04/07 | Parking for meeting with Plaintiffs' counsel | 18.00 |
| 06/04/07 | Mileage and tolls for meeting with Plaintiffs' counsel (34 miles @ 48.5 cents per mile) | 21.49 |
| 06/20/07 | Mileage and tolls for Sacramento meetings (182 miles @ 48.5 cents per mile) | 96.27 |
| 06/20/07 | Parking for Sacramento meetings | 12.00 |
| 06/22/07 | Conference calls (6/12, 6/22) | 45.66 |

Total............................................................................................$ 193.42

**Total Fees and Expenses: $6,947.42**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for June 2007**

| Date | Activity | Time/Hours |
|---|---|---|
| 6/5/07 | Phone call with Riveland; Nelson | 0.5 |
| 6/11/07 | Follow-up meet and confer e-mail | 0.75 |
| 6/12/07 | IFB follow-up Nelson, Galvan | 1.0 |
| 6/12/07 | Morrison call to prep for MI conversation With plaintiffs | 0.25 |
| 6/14/07 | Riveland call, e-mail to defendants, revise workplan For stipulation items from 5/31 meet/confer | 0.75 |
| 6/15/07 | Call and e-mails to Nelson re: work plan | 0.33 |
| 6/18/07 | Call Nelson, e-mails Galvan and revisions to work plan that was sent to parties | 0.75 |
| 6/21/07 | Preparation for call with plaintiffs to review Defendant progress and to prepare for meet and confer, e-mail, Riveland, e-mail and phone Morrison, review defendant's revised ICDPT matrix | 2.0 |
| 6/22/07 | Call with new CDCR legal counsel, prepare for Meet and confer | 1.0 |
| 6/25/07 | Conversation Riveland re: Meet and confer, strike team | 0.5 |
| 6/26/07 | Meet and confer preparation, review plaintiffs priority list | |
| 6/27/07 | To Sacramento | 6.0* |
| 6/28/07 | DAG meeting, Meet and confer, meeting with strike team | 8.5 |
| 6/28/07 | Return Sacramento | 5.5* |
| 6/29/07 | Read Valdivia Jurisdiction review, Plaintiff response to OSM report | 0.5 |

Total……………………………………………………………………………

16.83 X $180/hour = $ 3,209.40
11.5  X $ 90/hour = $ 1,035.00
                      $ 4,244.40

*denotes travel time at lower rate

## Disbursements/Expenses for May 2007

| Date | Activity | Amount |
|---|---|---|
| 6/27/07 | POV: Bainbridge Island to SeaTac: 17mi@ .45/mi | 7.65 |
| 6/27/07 | Ferry Cost | 12.50 |
| 6/27/07 | Hotel | 111.58 |
| 6/27/07 | Meals | 50.50 |
| 6/28/07 | Parking | 13.00 |
| 6/28/07 | Auto Rental | 81.37 |
| 6/28/07 | Airfare | 405.80 |
| 6/28/07 | Airport Parking | 32.00 |
| 6/28/07 | POV: SeaTac to Bainbridge Island: 17mi@.45/mi | 7.65 |
| 6/28/07 | Meals | 13.12 |
| 6/28/07 | Ferry | 12.50 |
| **Total Fees** | | **747.67** |

**Total Fees and Expenses:**          $4,992.07