1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  DAVID S. CHANEY
   Chief Assistant Attorney General
3  FRANCES T. GRUNDER
   Senior Assistant Attorney General
4  ROCHELLE C. EAST
   Supervising Deputy Attorney General
5  VICKIE P. WHITNEY, State Bar No. 145316
   Deputy Attorney General
6   1300 I Street, Suite 125
    Post Office Box 944255
7   Sacramento, CA 94244-2550
    Telephone:  (916) 445-8194
8   Facsimile:  (916) 324-5205
    Email:  *Jessica.Devencenzi@doj.ca.gov*
9
   Attorneys for Defendants
10 CA1997CS0005

11

12               IN THE UNITED STATES DISTRICT COURT

13              FOR THE EASTERN DISTRICT OF CALIFORNIA

14                       SACRAMENTO DIVISION

15

|  |  |
|---|---|
| **JERRY VALDIVIA, et al.,** | 2:94-cv-0671 LKK GGH P |
| Plaintiffs, | **STIPULATION AND PROPOSED ORDER RESCHEDULING PLAINTIFFS' MOTION FOR ORDER FINDING DEFENDANTS IN VIOLATION OF PERMANENT INJUNCTION** |
| v. |  |
| **ARNOLD SCHWARZENEGGER, et al.,** |  |
| Defendants. | Date:       August 27, 2007<br>Time:       10:00 a.m.<br>Courtroom: 4<br>Judge:      Hon. Lawrence K. Karlton |

   WHEREAS on July 26, 2007, Plaintiffs served and filed *Plaintiffs' Notice of Motion and Motion For Order Finding Defendants in Violation of Permanent Injunction*, setting the hearing on said motion for August 27, 2007, at 10:00 a.m.; and

   WHEREAS counsel for Defendants is unavailable for said hearing as set; and

   WHEREAS counsel for Plaintiffs has agreed to reschedule the hearing date per Defendants' counsel's request; and

*Stipulation and Proposed Order Rescheduling Plaintiffs'*
*Motion for Order Finding Defendants in Violation of Permanent Injunction*

1

1  WHEREAS counsel for Plaintiffs has advised counsel for Defendants that the next available hearing is September 10, 2007, at 10:00 a.m.; and

3  WHEREAS counsel for both Plaintiffs and Defendants have agreed to the hearing occurring on September 10, 2007, at 10:00 a.m., and

5  WHEREAS counsel for Plaintiffs, Geoffrey Holtz, has agreed that Defendants' counsel may electronically sign this Stipulation on his behalf;

7  The parties, by and through their counsel, agree that the hearing on *Plaintiffs' Motion For Order Finding Defendants in Violation of Permanent Injunction* shall be held on September 10, 2007, at 10:00 a.m., with opposition and reply filings due as per Local Rule 78-230, based upon this new hearing date.

DATED: July 27, 2007                                    BINGHAM McCUTCHEN LLP


                                                        By: /s/ **Geoffrey Holtz**

                                                        GEOFFREY HOLTZ

                                                        Attorneys for Plaintiffs



DATED: July 27, 2007                                    OFFICE OF THE ATTORNEY GENERAL
                                                        of the STATE OF CALIFORNIA

                                                        By: /s/ **Vickie P. Whitney**

                                                        VICKIE P. WHITNEY
                                                        Deputy Attorney General

                                                        Attorneys for Defendants

IT IS SO ORDERED.

Dated: July 31, 2007.

VPW:tc
30306405.wpd

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT