UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.
_____/

NO. CIV. S-94-671 LKK/GGH

O R D E R

    Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of July 2007. Good cause appearing, it is ORDERED that:

    1. The Clerk is directed to pay to:

Chase Riveland
<u>Valdivia</u> Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

////

1

1  the amount of $18,549.48 in accordance with the attached
2  statement; and
3     2.  A copy of this order shall be served on the financial
4  department of this court.
5     IT IS SO ORDERED.
6     DATED: August 2, 2007.

                                    /s/ Lawrence K. Karlton
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
    v.                                                            No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of July1 through July 31, 2007.

Chase Riveland, Special Master
    Services                                  $ 7,380.00
    Disbursements                        $    990.67

        Total amount due                                      $ 8,370.67

Virginia Morrison, Deputy Special Master
    Services                                  $ 7,086.00
    Disbursements                        $    119.81
        Total amount due                                      $ 7,205.81

Nancy Campbell, Deputy Special Master
    Services                                  $ 2,979.00
    Disbursements                        $ 0.00

        Total amount due                                      $ 2,979.00

    TOTAL AMOUNT TO BE REIMBURSED              **$ 18,549.48**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                                                           August1, 2007
Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO:          Ms. Susan Peterson, Financial Administrator

FROM:      /S/ Chase Riveland
Chase Riveland, Special Master

Date:       August 1, 2007

RE:         Reimbursement for fees and disbursements expended during the period ending July 31, 2007.

Please send the check to the following individual for the amount indicated.

         Chase Riveland
         Valdivia Special Master
         5714 Deer Harbor Road
         Box 367
         Deer Harbor, WA   98243

                Amount to be reimbursed: **$ 18,549.48**

*Valdivia et al. v. Schwarzenegger et al.*          **No. CIV S-94-671 LKK/GGH**

**For: Chase Riveland**
**Tax #: 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**

**Fees for July 2007**

| Date | Activity | Time/Hours |
|---|---|---|
| 7/8/07 | Galvin report re: Meeting of 29th | .9 |
| 7/9/07 | Correspondence: Devencenzi re: Cyracom; Morrison, Campbell; Boyd re: Mentally ill inmates, tracking report | 1.9 |
| 7/10/07 | Correspondence: Whitney, Morrison, Mazna | .6 |
| 7/11/07 | Correspondence: Whitney (LA Jail contract); Galvin: Term Sheet; Maloney-VSPW/:CCWF Self-monitoring Report Telephone: Whitney and Devencenzi | 1.8 |
| 7/13/07 | Telephone conference: Morrison/Campbell; telephone Morrison; Correspondence: Devencenzi, Campbell, Whitney, Morrison; Morris letter re: Remedial Sanctions; review Monitoring Tour for Lake and Mendocino CJ | 3.7 |
| 7/14/07 | Review Coleman EOP Report to Court | 1.1 |
| 7/16/07 | Telephone: Whitney and Devencenzi; review correspondence: Devencenzi; Morris; Baldwin | .9 |
| 7/17/07 | Telephone: Morrison, Bien, Whitney, Devecenzi; Review correspondence: Whitney, Devencenzi, | 1.5 |
| 7/18/07 | Review correspondence: Campbell, Morrison, Devencenzi, Weltman-Fahs, Christian, Whitney | .7 |
| 7/19/07 | Telephone: Campbell; review correspondence: Whitney | |
| 7/20/07 | Correspondence: Boyd, Whitney, Stewart | .3 |
| 7/21/07 | Correspondence: Campbell, Morrison | .3 |
| 7/23/07 | Telephone: Boyd; correspondence Galvin; review Region II Tour Report | .9 |
| 7/25/07 | Conference call: Bien and Galvin; Telephone: Nelson; Review: | |

|  |  |  |
|---|---|---|
|  | Plata Order, Remote Sites Report, Boyd letter; send Letter re: Defendant Compliance Report | 2.8 |
| 7/26/07 | Review: Coleman SM Report, Defendant and Plaintiff Responses, plus attachments; Correspondence: Boyd, Rifkin, Nelson, Galvin | 1.9 |
| 7/27/07 | Correspondence: Boyd, Morrison, Stewart, Whitney; Telephone: Whitney | 1.4 |
| 7/28/07 | Telephone: Morrison; Correspondence: Galvin, Boyd | .9 |
| 7/29/07 | Travel: Deer Harbor/Seattle (POV)/Sacramento (air) | 8.0 * |
| 7/30/07 | Meeting: Defendant Counsel; various CDCR staff, Morrison | 7.0 |
| 7/30/07 | Travel: Sacramento to Seattle | 4.0 * |
| 7/31/07 | Travel: POV from Seattle to Deer Harbor | 4.0 * |
| 7/31/07 | Correspondence: Devencenzi, Weltman-Fahs, Campbell, Galvin | <u>1.1</u><br>29.7<br>16.0 * |

Fees: 29.7 hours X $200 = $ 5,940.00
    * 16 hours X $90   = <u>$ 1,440.00</u>
                               $ 7,380.00

## Expenses for July 2007

| Date | Activity | Amount |
|---|---|---|
| 7/29/07 | Travel: POV from Deer Harbor to Seattle airport 93 miles @ 48.5/mile | 48.50 |
| 7/29/07 | roundtrip airfare: Seattle to Sacramento and return | 326.00 |
| 7/29/07 | Lunch/Dinner | 32.44 |
| 7/30/07 | Hotel: Sacramento/night parking | 132.86 |
| 7/30/07 | Meals: (lunch to include Morrison) | 51.98 |
| 7/30/07 | Daytime parking | 13.00 |
| 7/30/07 | Rental car | 93.12 |
| 7/31/07 | Hotel: Seattle airport | 153.99 |
| 7/31/07 | Airport parking | 31.47 |
| 7/31/07 | Travel: POV from Seattle airport to Deer Harbor 93 miles @ 48.5/mile | 48.50 |
| 7/31/07 | Ferry: Car and driver: Anacortes to Orcas Island | 38.85 |
| 7/31/07 | Breakfast and lunch | <u>19.96</u> |
| | | $ 990.67 |

Total Expenses: $ 990.67

**Total Fees and Expenses: $ 8,370.67**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for July 2007**

| Date | Activity | Time/Hours |
|---|---|---|
| 07/13/07 | Review recent correspondence; telephone conference w/OSM team re: priority issues; email communication w/defense counsel re: information reporting and psychiatric issues | 3.6 |
| 07/16/07 | Review and analyze documents concerning parolees who potentially were psych returns in the past; email communication w/defense counsel re: same | 0.75 |
| 07/17/07 | Telephone conference and email communication w/C. Riveland; review material concerning 50-mile rule; review and analyze documents concerning parolees who potentially were psych returns in the past | 3.0 |
| 07/18/07 | Telephone conference w/C. Riveland and email communication w/counsel re: various topics; review recent remedial sanctions materials | 0.7 |
| 07/19/07 | Telephone conference w/N. Campbell re: remedial sanctions; review recent court documents; review and analyze documents concerning parolees who potentially were psych returns in the past | 1.4 |
| 07/21/07 | Email communication w/CDCR re: RSTS changes | 0.1 |
| 07/22/07 | Review and analyze documents concerning parolees who potentially were psych returns in the past; email communication w/defense counsel re: staffing and mentally ill parolees | 3.5 |
| 07/23/07 | Telephone conferences w/defense counsel re: RSTS and mentally ill parolees | 0.3 |

| Date | Description | Hours |
|---|---|---|
| 07/27/07 | Telephone conference w/C. Riveland; review documents recently distributed by parties | 0.8 |
| 07/28/07 | Email communication w/defense counsel re: telephonic hearings, Comito, staffing and RSTS; review documents parties recently distributed; review and analyze documents concerning parolees who potentially were psych returns in the past | 2.25 |
| 07/29/07 | Review and analyze documents concerning parolees who potentially were psych returns in the past, and other materials concerning procedures for mentally ill parolees; email communication w/defense counsel re: same; review documents concerning telephonic hearings, timeliness, and data system capabilities | 9.0 |
| 07/30/07 | Travel between Kentfield and Sacramento | 3.4* |
| 07/30/07 | Participate in meetings w/CDCR re: RSTS, mentally ill parolees, and L.A. county facilities; attend Task Force meeting; telephone conference w/K. Nelson | 8.25 |
| 07/31/07 | Email communication w/defense counsel re: ICDTP and telephonic hearings | 0.25 |

Total..................................................

33.9  X $200/hour = $ 6,780
3.4   X $ 90/hour = $   306

**$ 7,086**

\* denotes travel time at lower rate

## Disbursements/Expenses for July 2007

| Date | Activity | Amount |
|---|---|---|
| 07/30/07 | Mileage and tolls for Sacramento meetings (182 miles @ 48.5 cents per mile) | 96.27 |
| 07/30/07 | Parking for Sacramento meetings | 8.00 |
| 07/31/07 | Conference call (7/13) | 15.54 |

Total............................................................................................ **$ 119.81**

**Total Fees and Expenses:  $ 7,205.81**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for July 2007**

| Date | Activity | Time/Hours |
|---|---|---|
| 7/10/07 | Galvan follow-up letter to June meet and confer | .50 |
| 7/11/07 | E-mail Hoffman | .10 |
| 7/12/07 | Phone calls with Nelson re: ICDPT and EID Review plaintiff and defendants correspondence on Unresolved issues and attorney access | 1.75 |
| 7/13/07 | Contract language suggestion for ICDPT beds, Conference call Morrison and Riveland, Meet and Confer follow-up | 2.50 |
| 7/15/07 | Prepare for August meet and confer, e-mail defendants Re: meeting and call to Nelson | 1.75 |
| 7/17/07 | Call with Devencenzi re: follow-up for meet and confer, e-mails to plaintiffs and defendants re: follow-up, call Whitney re: NFB strategy | 1.30 |
| 7/19/07 | Calls Riveland and Morrison, review ICDPT NFB, Contact Nelson re: Long-term memo training and Develop request items for unresolved remedial sanction Issues, review appeals issue. | 2.25 |
| 7/20/07 | Call Nelson re: ICDPT community program | .15 |
| 7/21/07 | Request information for unresolved issues in stip, | .50 |
| 7/26/07 | Call Riveland, Review Plaintiff correspondence re: notices and violations, monitoring reports, remedial sanction training, three judge panel | 1.75 |
| 7/31/07 | Review Valdivia, Armstrong and Remedial Sanction Training, communicate desired changes to defendants, Calls to Nelson. Devencenzi, and Boyd. | 4.00 |

**Total**………………………………………………………………………

16.55 X $180/hour = **$ 2,979.00**