UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        Plaintiffs,

NO. CIV. S-94-671 LKK/GGH

   v.

O R D E R

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.
_____/

    Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of August 2007. Good cause appearing, it is ORDERED that:

    1. The Clerk is directed to pay to:

    Chase Riveland
    <u>Valdivia</u> Special Master
    5714 Deer Harbor Road, Box 367
    Deer Harbor, WA  98243

////

1

1  the amount of $46,997.02 accordance with the attached statement;
2  and
3      2.  A copy of this order shall be served on the financial
4  department of this court.
5      IT IS SO ORDERED.
6      DATED: September 4, 2007.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
    v.                                                                     No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of August1 through August 31, 2007.

Chase Riveland, Special Master
    Services                     $10,207.00
    Disbursements           $ 1,473.00

        Total amount due                    $ 11,680.00

Virginia Morrison, Deputy Special Master
    Services                     $ 27,058.00
    Disbursements           $ 1,316.52
        Total amount due                    $ 28,374.52

Nancy Campbell, Deputy Special Master
    Services                     $ 6,146.66
    Disbursements           $   800.84

        Total amount due                    $ 6,942.50

    TOTAL AMOUNT TO BE REIMBURSED       **$ 46,997.02**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                                               September 3, 2007
Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO:     Ms. Susan Peterson, Financial Administrator

FROM:     /S/ Chase Riveland
Chase Riveland, Special Master

Date:     September 3, 2007

RE:     Reimbursement for fees and disbursements expended during the period ending August 31, 2007.

Please send the check to the following individual for the amount indicated.

> Chase Riveland
> Valdivia Special Master
> 5714 Deer Harbor Road
> Box 367
> Deer Harbor, WA 98243

Amount to be reimbursed: $

*Valdivia et al. v. Schwarzenegger et al.*      No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for August 2007**

| Date | Activity | Time/Hours |
|---|---|---|
| 8/1/07 | Telephone: Campbell; conference call all parties; correspondence | 1.6 |
| 8/2/07 | Telephone: Whitney, Devencenzi; review correspondence: Baldwin, Stewart, Campbell | 1.7 |
| 8/3/07 | Telephone: Morrison—Defendants and Morrison; Morrison; Review correspondence: Baldwin, Campbell, Galvin | 1.9 |
| 8/4/07 | Review correspondence: Whitney, Stewart, Campbell | 1.1 |
| 8/5/07 | Travel: Deer Harbor/Seattle/San Francisco | 8.0 * |
| 8/6/07 | Meet: Morrison; Meeting: All parties re: Comito Review correspondence: Galvin, Rifkin | 6.7 |
| 8/6/07 | Travel: San Francisco to Sacramento | 3.3 * |
| 8/7/07 | Meet: Campbell; Meet: All parties re: remedial sanctions Meet: Campbell, telephone Morrison | 8.2 |
| 8/7/07 | Travel: Sacramento to Seattle | 4.5 * |
| 8/8/07 | Travel: Seattle to Deer Harbor | 2.5 * |
| 8/8/07 | Review correspondence: Campbell, Baldwin, Whitney | .9 |
| 8/9/07 | Review: HDSP self-monitoring report, Comito letter from Galvin; telephone: Morrison | 2.4 |
| 8/10/07 | Telephone: Galvin, Whitney, Morrison | .9 |
| 8/12/07 | Telephone: Morrison; miscellaneous correspondence: Whitney, Campbell, Devencenzi, Morrison, Galvin | 1.6 |
| 8/13/07 | Review Plaintiffs' LACJ monitoring tour; telephone: Whitney, Galvin, Morrison, Devencenzi, Nelson re: Comito process | 1.8 |

| Date | Description | Hours |
|---|---|---|
| 8/14/07 | Telephone: Morrison; correspondence: Devencenzi, Morrison | .6 |
| 8/15/07 | Telephone: Campbell; correspondence: Morrison, Campbell, Galvin | .9 |
| 8/17/07 | Telephone: Judge Karlton, Whitney, Devencenzi, Campbell, Morrison; Correspondence: Morrison, Maznavi (Plaintiffs' Touring Report) | 3.9 |
| 8/20/07 | Correspondence: Morrison, Campbell: Civil addicts issues, remedial sanctions | 1.4 |
| 8/21/07 | Review: Proposed all party agreement; Telephone : Morrison | 1.2 |
| 8/22/07 | Review All party Agreement; telephone: Morrison, Devecenzi | .9 |
| 8/23/07 | Correspondence review: Morrison, Devencenzi, Stewart re: Telephonic PCH's and Comito; telephone: Morrison | 1.7 |
| 8/24/07 | Review correspondence: Devencenzi, Morgan (Plaintiff response to High Desert monitoring) | .8 |
| 8/27/07 | Review Correspondence: Bien, Devencenzi, Whitney, Campbell; telephone: Morrison | 1.3 |
| 8/28/07 | Review correspondence: Campbell, Morrison, Stewart; Telephone: Devencenzi, Whitney, Stewart; Telephone: Morrison | 1.6 |
| 8/29/07 | Review correspondence: Whitney, Campbell, Morrison; Telephone: Campbell, Morrison | 1.9 |
| 8/30/07 | Review correspondence: Morrison, Whitney, Devencenzi | <u>1.1</u> |

Fees: 42.8 hours X $200 = $ 8,560.00
* 18.3  hours X $90 =  <u>$ 1,647.00</u>
$10,207.00

**Expenses for August 2007**

| Date | Activity | Amount |
|---|---|---|
| 8/5/07 | Travel: Seaplane, Deer Harbor to Seattle roundtrip | $ 213.50 |
| 8/5/07 | Lunch/Dinner | 46.99 |
| 8/5/07 | Airfare: Seattle to San Francisco/San Francisco to Sacramento | 432.80 |
| 8/5/07 | Taxi: San Francisco airport to Hotel Monaco | 42.00 |
| 8/6/07 | Hotel: San Francisco | 182.86 |
| 8/6/07 | Taxi: RBG offices to airport | 42.00 |
| 8/6/07 | Meals | 53.98 |
| 8/7/07 | Hotel: Sacramento | 151.44 |
| 8/7/07 | Night parking | 16.00 |
| 8/7/07 | Day parking | 13.00 |
| 8/7/07 | Meals: Riveland and Campbell | 76.78 |
| 8/7/07 | Rental car | 69.37 |
| 8/7/07 | Airfare: Sacramento to Seattle: | 169.00 |
| 8/8/07 | Hotel: Seattle | 149.88 |
| 8/8/07 | Taxi: Seattle hotel to Lake Union Seaplane base | 44.00 |
| 8/8/07 | Breakfast | 9.69 |
| | | $1,473 |

Total Expenses: $1,473.00

**Total Fees and Expenses: $ 11,680.00**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for August 2007**

| Date | Activity | Time/Hours |
|---|---|---|
| 8/1/07 | Phone call with Riveland; Conference call Plaintiffs and defendants re: ICDPT reporting Requirement for stip, review CAL PAP stats | .80 |
| 8/2/07 | Finalize Meet and Confer Agenda | 1.75 |
| 8/03/07 | Review training programs, plaintiff feedback Re: training programs, phone call Devencenzi | 2.25 |
| 8/05/07 | Review ADA language, ICDPT power point, Review and synthesize goals from parties For unresolved issues | 1.75 |
| 8/6/07 | Travel to Sacramento | 9.00* |
| 8/7/07 | Meet and Confer and meeting with Riveland | 6.75 |
| 8/7/07 | Travel to Bainbridge Island | |
| 8/8/07 | Calls Whitney, Bein re: NFB for ICDPT | .20 |
| 8/9/07 | Calls Whitney, Galvan and e-mails to resolve DGS concerns regarding meeting requirements Of the stipulation, call with Mike Brady re: treatment Referral problems | 1.40 |
| 8/10/07 | Tom Hoffman re: training for DAPO and BPH | |
| 8/12/07 | E-mail to Whitney re: content for ICDPT Region III Training; read Whitney e-mail re: Comito | .30 |
| 8/14/07 | Conversation Morrison re: Comito, remedial sanctions | .50 |
| 8/15/07 | E-mail Whitney and review response re NCB status | .10 |
| 8/16/07 | Conversation Hoffman re: ICDPT training being joint With DCs; e-mail re: this topic to Whitney and Nelson, Call to Riveland | .90 |
| 8/17/07 | Call from Riveland, e-mails Galvan and Boyd re: BPH Hearings | .10 |
| 8/19/07 | Morrison Call re: BPH and DAPO training and telephonic hearings | .60 |
| 8/20/07 | Hoffman call re: BPH relationships and Jessica Law, e-mail Riveland and Morrison; | .25 |
| 8/26/05 | Review Civil Addict Brief and Morrison materials | .75 |
| 8/27/05 | Review Jessica Law correspondence and ADA issue Re: Long Term Memo | .30 |
| 8/29/07 | Phone Call Riveland; review responses re: telephonic hearing surveys, review 1515 changes Plaintiffs Jessica law | 1.00 |
| 8/30/07 | Travel to and from Oakland | 8.50* |

| Date | Activity | |
|---|---|---|
| 8/30/07 | Meeting with Morrison and DAPO training | 5.50 |
| 8/31/07 | Review Riveland and Whitney e-mails | .17 |

**Total**.............................................................................................

$$25.37 \times \$180/\text{hour} = \$4,566.66$$
$$17.5 \times \$90/\text{hour} = \underline{\$1,575.00}$$
$$\$6,141.66$$

*denotes travel time at lower rate

### Disbursements/Expenses for August 2007

| Date | Activity | Amount |
|---|---|---|
| 8/6/07 | POV: Bainbridge Island to SeaTac:17mi@ .45/mi | 7.65 |
| 8/6/07 | Ferry Cost | 14.75 |
| 8/6/07 | Hotel | 120.84 |
| 8/6/07 | Meals | 18.53 |
| 8/7/07 | Parking | 13.00 |
| 8/7/07 | Auto Rental | 111.58 |
| 8/7/07 | Airfare | 351.80 |
| 8/7/07 | Meals | 8.24 |
| 8/7/07 | Airport Parking | 40.00 |
| 8/7/07 | POV: SeaTac to Bainbridge Island:17mi@.45/mi | 7.65 |
| 8/7/07 | Ferry | 14.75 |
| 8/30/07 | POV: Bainbridge Island to SeaTac:17mi@ .45/mi | 7.65 |
| 8/30/07 | Ferry Cost Round Trip | 29.50 |
| 8/30/07 | Meals | 25.25 |
| 8/30/07 | Airport Parking | 22.00 |
| 8/30/07 | POV: Bainbridge Island to SeaTac:17mi@ .45/mi | 7.65 |

Total Fees                                                                                                800.84

**Total Fees and Expenses:**                                                                   **$6,942.50**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for August 2007**

| Date | Activity | Time/Hours |
|---|---|---|
| 08/01/07 | Review email communication and participate in conference call concerning remedial sanctions; email communication concerning telephonic hearings and information systems; review case law concerning mentally ill parolees and motion concerning civil addicts and cooperative parolees; telephone conference w/K. Nelson re: monitoring and telephonic hearings | 3.2 |
| 08/03/07 | Review recent letters concerning *Comito*; telephone conferences w/parties' counsel and C. Riveland in preparation for *Comito* meet and confer session; review email communication and documents concerning remedial sanctions and the state budget | 5.4 |
| 08/04/07 | Review case law and telephone conference w/defense counsel in preparation for *Comito* meet and confer session | 2.0 |
| 08/05/07 | Review case law and parties' recent *Comito*-related documents; email communication w/defense counsel re: mentally ill parolees | 7.0 |
| 08/06/07 | Travel to San Francisco meetings | 2.3* |
| 08/06/07 | Conference and telephone conference w/C. Riveland; participate in all-parties' meetings principally re: *Comito*; review email communication re: mentally ill parolees | 5.7 |
| 08/07/07 | Review materials re: telephonic hearings and email communication re: same; review case law concerning confrontation | 0.75 |

| Date | Description | Hours |
|---|---|---|
| 08/07/07 | Travel from Kentfield to Eureka for Humboldt County Jail visit (less time attributable to another matter) | 2.7* |
| 08/08/07 | Tour Humboldt County Jail and observe proceedings and interview staff; telephone conference w/E. Galvan re: *Comito* and remedial sanctions; review recent email communications | 6.8 |
| 08/08/07 | Travel from Eureka to Kentfield (less time attributable to another matter) | 2.4* |
| 08/09/07 | Telephone conferences and email communication w/C. Riveland, Z. Reber, and J. Devencenzi re: *Comito*; review recent written material and case law on-point | 2.0 |
| 08/10/07 | Review email and documents re: remote tours, telephonic hearings, and ADA language; telephone conference w/C. Riveland re: *Comito* | 0.25 |
| 08/12/07 | Review and analyze documents concerning mentally ill parolees who might have been psych returns; telephone conferences w/C. Riveland re: *Comito*; review case law; email communication w/defense counsel re: mentally ill parolees; email communication w/M. Swanson re: telephonic hearings | 3.0 |
| 08/13/07 | Review and analyze documents concerning mentally ill parolees who might have been psych returns; telephone conference w/C. Riveland and counsel re: *Comito* | 2.6 |
| 08/14/07 | Telephone conference w/C. Riveland; review and analyze documents concerning mentally ill parolees who might have been psych returns; email communication w/defense counsel re: same; review email communication re: CIM, training and staffing; telephone conference and email communication w/N. Campbell re: remedial sanctions; review case law | 2.75 |
| 08/15/07 | Telephone conference w/M. Swanson re: telephonic hearings; review data re: same and prepare outline for reviewing the topic; review and analyze material concerning mentally ill parolees and telephone conference and email communication w/defendants re: same; email communication w/S. Mahoney re: staffing and w/parties' counsel re: | 8.3 |

*Comito*

| | | |
|---|---|---|
| 08/16/07 | Review material concerning mentally ill parolees and telephonic hearings; telephone conferences and email communication w/all parties' counsel re: same and re: *Comito* | 8.0 |
| 08/17/07 | Round-trip travel between Kentfield and Sacramento for meetings w/defense counsel | 3.2* |
| 08/17/07 | Meet w/defense counsel concerning compliance demonstration methods and mentally ill parolees | 5.5 |
| 08/18/07 | Telephone conference w/C. Riveland; review BPH and DAPO training information and email communication re: same; review pleading concerning interstate parolees and civil addicts; email communication with all counsel re: telephonic hearings | 1.3 |
| 08/19/07 | Telephone conference w/N. Campbell re: trainings, Jessica's Law notices, telephonic hearings; review and analyze material concerning civil addicts and good cause postponements; email communication w/parties' counsel and Special Master's team re: these topics | 5.0 |
| 08/20/07 | Telephone conference w/J. Devencenzi re: Jessica's Law policy; review and analyze that policy and civil addicts material; email communication w/parties' counsel and Special Master's team re: those subjects and training, telephonic hearings, mentally ill parolees | 3.4 |
| 08/20/07 | Travel from Kentfield to Ontario for DC training and CIM self-monitoring tour (less time spent on document review) | 4.6* |
| 08/21/07 | Observe DC training; telephone conferences w/all parties re: same and telephonic hearings; review and comment on *Comito* document; review parties' email communication re: same; revise telephonic hearing-related questions; transmit training materials | 11.0 |
| 08/22/07 | Participate in CIM self-monitoring tour; telephone conference w/C. Riveland; review documents and email communication concerning remedial sanctions, staffing, RSTS, mentally ill parolees, *Comito*, training, telephonic hearings | 8.7 |

| Date | Description | Hours |
|---|---|---|
| 08/23/07 | Participate in self monitoring tour of Ontario parole units and CIM; review email communication re: telephonic hearings and RSTS | 8.3 |
| 08/23/07 | Travel from Chino to Kentfield | 6.0* |
| 08/24/07 | Telephone conference w/defense counsel re: mentally ill parolees; review email communication re: Jessica's Law policy, staffing, and telephonic hearings | 0.8 |
| 08/26/07 | Email communication w/defense counsel re: staffing, mentally ill parolees, and remedial sanctions | 0.4 |
| 08/27/07 | Telephone conference w/C. Riveland; review email communication from parties' counsel | 0.5 |
| 08/28/07 | Review materials and prepare summaries of case issues, expected follow-up, and information production; email communication w/defense counsel | 3.0 |
| 08/29/07 | Telephone conference w/C. Riveland; review email communication from parties' counsel; prepare issues briefings | 3.7 |
| 08/30/07 | Conference w/N. Campbell; attend DAPO training | 5.5 |
| 08/30/07 | Travel between Kentfield and Oakland for DAPO training | 1.9 |
| 08/31/07 | Telephone conferences, email communication, and document review re: monitoring, telephonic hearings, priority topics, OSM report, forms, mentally ill parolees, individual cases, staff trainings, remedial sanctions, information production schedule, extradition, civil addicts, and interstate parolees; finalize and post CalPAP attorney survey and send correspondence re: same | 9.0 |

Total..............................................................................

125.75 X $200/hour = $ 25,150

21.2 X $ 90/hour = $ 1,908

$ 27,058

\* denotes travel time at lower rate

### Disbursements/Expenses for August 2007

| Date | Activity | Amount |
|---|---|---|
| 08/06/07 | Mileage and tolls between Kentfield and San Francisco (42 miles @ 48.5 cents per mile) | 25.37 |
| 08/06/07 | Parking for San Francisco meetings | 10.00 |
| 08/08/07 | Mileage between Kentfield and Eureka (1/2 of the full mileage: 520 miles @ 48.5 cents per mile; no tolls) | 126.10 |
| 08/14/07 | Photocopies at law library (machine does not provide receipts) | 11.20 |
| 08/17/07 | Mileage and tolls between Kentfield and Sacramento (182 miles @ 48.5 cents per mile) | 96.27 |
| 08/17/07 | Parking for Sacramento meetings | 13.00 |
| 08/17/07 | Meal during Sacramento meetings | 4.95 |
| 08/21/07 | Conference call | 13.68 |
| 08/23/07 | Airport parking for CIM visit | 36.72 |
| 08/23/07 | Airfare for CIM visit | 257.30 |

| | | |
|---|---|---:|
| 08/23/07 | Rental car and gas for CIM visit | 122.82 |
| 08/23/07 | Hotel for CIM visit | 466.99 |
| 08/23/07 | Meals for CIM visit | 36.45 |
| 08/30/07 | Parking at DAPO training | 22.00 |
| 08/30/07 | Mileage and tolls between Kentfield, Oakland airport, and Oakland for DAPO training (82 miles @ 48.5 cents per mile) | 43.77 |
| 08/31/07 | Survey costs | 29.90 |

Total.................................................................................$ 1,316.52

**Total Fees and Expenses:   $28,374.52**