UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY, and HOSSIE WELCH, on their own behalf and on behalf of the class of all persons similarly situated,

    Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER, Governor of the State of California, et al.,

    Defendants.

           NO. CIV. S-94-671 LKK/GGH

           O R D E R

/

    The parties are ordered to submit supplemental briefing to the court no later than October 5, 2007 addressing how the stipulated remedial plan can be applied within the statutory and regulatory framework of the civil addict treatment program, and what part of the present program would be adversely affected by application of the judgment.

    The parties are limited to twenty-five (25) pages.

    IT IS SO ORDERED.

    DATED: September 25, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1