```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   EASTERN DISTRICT OF CALIFORNIA
 9
10  JERRY VALDIVIA, ALFRED YANCY,
    and HOSSIE WELCH, on their own
11  behalf and on behalf of the class
    of all persons similarly situated,
12                                         NO. CIV. S-94-671 LKK/GGH
              Plaintiffs,
13
         v.                                      O R D E R
14
    ARNOLD SCHWARZENEGGER, Governor of
15  the State of California, et al.,
16            Defendants.
                                      /
17
18       Pursuant to the court's August 18, 2005 Order of Reference,
19  the Special Master has submitted for payment a bill for services
20  provided during the month of September 2007.  Good cause
21  appearing, it is ORDERED that:
22       1.  The Clerk is directed to pay to:
23       Chase Riveland
         Valdivia Special Master
24       5714 Deer Harbor Road, Box 367
         Deer Harbor, WA   98243
25
26  ////
```

1

the amount of $48,225.01 accordance with the attached statement; and

    2.  A copy of this order shall be served on the financial department of this court.

IT IS SO ORDERED.

DATED: October 1, 2007.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Valdivia et al.,
    Plaintiffs,
    v.                               No. CIV. S-94-671 LKK/GGH

Schwarzenegger et al.,
    Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of September 1 through September 30, 2007.

Chase Riveland, Special Master
    Services                       $ 13,620.00
    Disbursements            $  2,376.39

        Total amount due                           $ 15,996.39

Virginia Morrison, Deputy Special Master
    Services                       $ 27,356.00
    Disbursements            $    991.82
        Total amount due                           $ 28,347.82

Nancy Campbell, Deputy Special Master
    Services                       $ 3,528.00
    Disbursements            $    352.80

        Total amount due                           $ 3,880.80

        TOTAL AMOUNT TO BE REIMBURSED         $ 48,225.01

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                                           October 1, 2007
Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO:     Ms. Susan Peterson, Financial Administrator

        /S/ Chase Riveland
FROM:   Chase Riveland, Special Master

Date:   October 1, 2007

RE:     Reimbursement for fees and disbursements expended during the period ending September 30, 2007.

Please send the check to the following individual for the amount indicated.

    Chase Riveland
    Valdivia Special Master
    5714 Deer Harbor Road
    Box 367
    Deer Harbor, WA   98243

                            Amount to be reimbursed: **$ 48,225.01**

*Valdivia et al. v. Schwarzenegger et al.*      No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for September 2007**

| Date | Activity | Time/Hour |
|---|---|---|
| 9/1/07 | Finalize Commito Agreement: correspondence: Galvin, Devencenzi, Campbell. Morrison | 1.1 |
| 9/2/07 | Correspondence and review: Whitney, Morrison, Boyd, Mahoney, Morris, Huey | 2.3 |
| 9/3/07 | Correspondence and review: Campbell and Morrison | .9 |
| 9/4/07 | Telephone: Rice; Correspondence and review: Whitney, Devencenzi, Morrison, Boyd | .7 |
| 9/5/07 | Correspondence and review: Eckland, Rifkin, Boyd, Morrison Tour reports | 1.0 |
| 9/6/07 | Correspondence and review: Maznavi, Ekland, Morrison Tour reports | .7 |
| 9/7/07 | Telephone: Whitney; correspondence: Devencenzi, Morrison | .8 |
| 9/8/07 | Correspondence and review: Devencenzi, Morrison, Campbell; telephone Morrison: | 1.9 |
| 9/9/07 | Correspondence and review: Whitney, Morrison | .6 |
| 9/9/07 | Travel: Deer Harbor/Seattle/Sacramento | 8.0 * |
| 9/10/07 | Court hearing; meet w/ Judge Karlton; meet w/ Defendants; meet with all parties re: Jessica's Law; meet w/Defendants; meet w/Morrison | 8.5 |
| 9/11/07 | Travel: Sacramento to Seattle to Deer Harbor | 8.0 * |
| 9/11/07 | Correspondence and review: Morrison, Weltman-Fahs | 1.9 |
| 9/12/07 | Telephone: Campbell; correspondence/review: Morrison, Campbell, Devecenzi, Boyd, Weltman-Fahs, Galvan, Whitney | 1.8 |

| Date | Description | Hours |
|---|---|---|
| 9/13/07 | Telephone: Whitney, Campbell; Correspondence/review: Campbell, Whitney, Galvan, Devencenzi, Morrison | 2.3 |
| 9/14/07 | Review materials: Galvin, Boyd, Johnson-Silk, Rifkin, Morrison, Whitney (tour reports) | 2.2 |
| 9/15/07 | Conference call: Morrison and Campbell | 1.8 |
| 9/17/07 | Travel: Deer harbor/Seattle/Sacramento | 8.0 * |
| 9/17/07 | Correspond and review: Morris re: Remedial Sanctions; Baldwin; Morrison, Campbell | .7 |
| 9/18/07 | Meet: Morrison; Meet: All Parties; Meet: Morrison; In Court; Meet: Judge Karlton; Meet w/ Defendants; Meet: Rice; Telephone: Nelson | 8.5 |
| 9/19/07 | Travel: Sacramento/Seattle/Deer Harbor | 8.0 * |
| 9/19/07 | Correspondence and Review: Boyd; telephone: Morrison | .7 |
| 9/20/07 | Correspondence and review: Boyd, Campbell, Galvin; work on 3d SM report | 2.9 |
| 9/21/07 | Correspondence and review: Stewart, Campbell, Baldwin; Telephone: Whitney, Devencenzi | .8 |
| 9/22/07 | Review: Agreed upon "term sheet" re: "Jessica's Law"; Review and correspondence: Morrison, Devencenzi, Campbell | 1.3 |
| 9/24/07 | Telephone: Campbell; Review and correspondence: Galvan, Morrison, Campbell, Prewitt; Correspondence: Lopes | 1.1 |
| 9/25/07 | Review and correspondence: Whitney, Morrison, Galvan, Hoover; Telephone: Lopes, Morrison, Whitney; Telephone: Lopes | 1.6 |
| 9/26/07 | Review and correspondence: Boyd, Campbell, Defendants Compliance Report; Telephone: Galvin, Morrison | 1.9 |
| 9/27/07 | Review: Compliance Report; Telephone: Morrison | 1.3 |
| 9/28/07 | Conference call: Morrison, Campbell; Review compliance report; Review: Monitoring reports: VSPW/CCWF, Placer and El Dorado County, Morrison, Galvin | 5.9 |

| Date | Description | Hours |
|---|---|---|
| 9/29/07 | Review: Compliance Report, work on SM Report #3 | 2.8 |
| 9/30/07 | SM Report #3 | <u>1.8</u> |
| | | 53.7 |

```
Fees: 53.7 hours X $ 200 = $ 10,740.00
       * 32 hours X $ 90 =  $  2,880.00
                            $ 13,620.00
```

## Expenses for September 2007

| Date | Activity | Amount |
|---|---|---|
| 9/9/07 | Travel: Seaplane, Deer Harbor to Seattle roundtrip | $ 229.00 |
| 9/9/07 | Airfare: Seattle to Sacramento and return | 357.80 |
| 9/9/07 | Lunch/Dinner | 46.90 |
| 9/11/07 | Hotel: Sacramento(nights of 9/9/07 and 9/10/07) | 311.24 |
| 9/9/07 | Night parking | 16.00 |
| 9/10/07 | Day parking | 13.00 |
| 9/10/07 | Meals: Riveland | 59.99 |
| 9/10/07 | Night parking | 16.00 |
| 9/11/07 | Day parking | 13.00 |
| 9/11/07 | Rental car: 2 days | 97.77 |
| 9/11/07 | Meals: Riveland | 26.89 |
| 9/11/07 | Taxi: Seattle Airport to Lake Union Seaplane base | 44.00 |
| 9/17/07 | Air travel: Seaplane, roundtrip: Deer Harbor to Seattle and return | 213.00 |
| 9/17/07 | Airfare: Seattle to Sacramento and return | 357.80 |
| 9/17/07 | Meals: Riveland | 49.67 |
| 9/17/07 | Night parking | 16.00 |
| 9/18/07 | Day parking | 15.00 |
| 9/18/07 | Meals: Riveland and Morrison(lunch) | 79.27 |
| 9/19/07 | Rental car (2 days) | 96.77 |

| | | |
|---|---|---|
| 9/19/07 | Hotel (2 nights) | 233.72 |
| 9/19/07 | Meals | 21.65 |
| 9/19/07 | Taxi: Seatac to Lake Union | 44.00 |
| 9/26/07 | Long distance telephone calls for September | <u>17.92</u> |
| | | $ 2,376.39 |

Total Expenses: <u>$ 2,376.39</u>

**Total Fees and Expenses: <u>$ 15,996.39</u>**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for September 2007**

| Date | Activity | Time/Hours |
|---|---|---|
| 09/03/07 | Travel from Kentfield to Modesto for county jail visits | 2.2* |
| 09/03/07 | Review Remedial Sanctions and training materials; prepare correspondence re: same, optional waiver, and meet and confer sessions | 1.3 |
| 09/04/07 | Travel between Modesto, Sacramento and Copperopolis for jails visits and CDCR meeting | 3.4* |
| 09/04/07 | Participate in site visits to Stanislaus county jails; conferences w/D. Sullivan re: self-monitoring and K. Nelson re: site visits; email communication w/defense counsel | 6.7 |
| 09/05/07 | Participate in site visits to Tuolumne and Merced county jails | 6.3 |
| 09/05/07 | Travel between Copperopolis, Sonora, Merced, and Kentfield for jails visits | 5.0* |
| 09/06/07 | Review information concerning mentally ill parolees, DC training, monitoring, remedial sanctions, issues oversight and RSTS; email communication re: same; revise analysis concerning mentally ill parolees | 3.0 |
| 09/07/07 | Review documents and prepare issues summaries; email communication and telephone conferences re: OSM report, Jessica's Law policy, telephonic hearings, civil addicts, and information systems | 2.5 |

| Date | Description | Hours |
|---|---|---|
| 09/08/07 | Review Jessica's Law materials and prepare for meeting; telephone conference w/C. Riveland; review and analyze material concerning decompensated parolees | 4.2 |
| 09/09/07 | Review and analyze monthly reporting concerning mentally ill parolees; email communication w/OSM team | 5.25 |
| 09/10/07 | Round-trip travel between Kentfield and Sacramento for court hearing and meetings | 3.2* |
| 09/10/07 | Attend court hearing; conference w/C. Riveland; participate in meet and confer session concerning Jessica's Law policy implementation and CDCR meeting | 7.0 |
| 09/11/07 | Email communication and telephone conferences w/parties' counsel and OSM team; write parolee questions; review and analyze materials concerning Jessica's Law and mentally ill parolees | 7.5 |
| 09/12/07 | Telephone conference w/N. Campbell; email communication w/J. Devencenzi; review and analyze information concerning mentally ill parolees; review and summarize material for OSM report | 5.8 |
| 09/13/07 | Review email communication among parties' counsel and OSM; finalize analysis of a mentally ill parolee issue; distribute Jessica's Law draft agenda; review and analyze meet and confer summary and prepare related notes and email communication; telephone conference w/C. Riveland; review material for OSM report drafting | 4.0 |
| 09/14/07 | Email communication w/defense counsel re: mentally ill parolees; review and analyze material for OSM report drafting | 3.3 |
| 09/15/07 | Telephone conference w/OSM team; review and analyze material for OSM report drafting | 3.4 |
| 09/16/07 | Review and analyze material for OSM report drafting | 3.7 |

| Date | Description | Hours |
|---|---|---|
| 09/17/07 | Telephone conferences and email communication w/parties' counsel and OSM team re: Jessica's Law policy implementation, telephonic hearings, RSTS, remedial sanctions, a mentally ill parolee, and OSM report; prepare negotiation agenda; review and analyze material for OSM report drafting | 4.0 |
| 09/17/07 | Travel from Kentfield to Sacramento for meetings and hearing | 1.6* |
| 09/18/07 | Conferences w/C. Riveland; attend court hearing; participate in all-parties meeting and in meeting w/defendants; review email communication | 7.5 |
| 09/18/07 | Return travel from Sacramento | 2.0* |
| 09/19/07 | Telephone conferences and email communication w/parties' counsel and C. Riveland re: mentally ill parolees, RSTS and Jessica's Law policy implementation; review material concerning telephonic hearings; review and analyze material for OSM report drafting | 3.2 |
| 09/21/07 | Review email communication and documents regarding mentally ill parolees, OSM report, recent court orders, remedial sanctions and Jessica's Law policy implementation | 2.4 |
| 09/22/07 | Review and analyze material for OSM report drafting | 2.6 |
| 09/23/07 | Review and analyze material for OSM report drafting | 2.3 |
| 09/24/07 | Telephone conference w/N. Campbell re: OSM report and remedial sanctions; email communication w/counsel and OSM re: mentally ill parolees, SVP screenings, decision review, and telephonic hearings; review and analyze material for OSM report drafting | 2.8 |
| 09/25/07 | Review and analyze material for OSM report drafting; review email communication and documents re: Jessica's Law policy implementation and RSTS; telephone conference w/plaintiffs' counsel re: data | 4.3 |

| Date | Description | Hours |
|---|---|---|
| 09/26/07 | Review and analyze remedial sanctions documents and material for OSM report drafting; review email communication and documents re: telephonic hearings, RSTS, monitoring, remedial sanctions, P&Ps; analyze RSTS data | 6.0 |
| 09/27/07 | Telephone conferences w/M. Swanson re: telephonic hearings and w/OSM team re: report; email communication w/counsel and OSM team re: compliance report, monitoring, Jessica's Law materials, telephonic hearings, RSTS and mentally ill parolees; review CDCR's compliance report | 10.0 |
| 09/28/07 | Telephone conferences w/M. Swanson, K. Nelson, E. Galvan, and OSM team re: OSM report, confidentiality, Jessica's Law, monitoring, mentally ill parolees, and attorney panel contract; review email communication and documents re: Jessica's Law policy implementation; review and analyze material for OSM report drafting; review order re: cooperative parolees | 5.7 |
| 09/29/07 | Review and analyze material for OSM report drafting | 8.2 |
| 09/30/07 | Review and analyze material for OSM report; draft report | <u>6.0</u> |

Total............................................................................. 128.95 hrs.

```
128.95  X $200/hour = $25,790.00
 17.4   X $ 90/hour = $  1,566.00
                      $ 27,356.00
```

* denotes travel time at lower rate

## Disbursements/Expenses for September 2007

| Date | Activity | Amount |
|---|---|---|
| 09/05/07 | Mileage and tolls between Kentfield, central counties, and Sacramento for county jail visits and meetings (638 miles at 48.5 cents per mile) | 309.43 |
| 09/05/07 | Hotel for central counties jail visits | 178.08 |
| 09/05/07 | Meals during central counties jail visits | 56.99 |
| 09/10/07 | Mileage and tolls between Kentfield and Sacramento (182 miles at 48.5 cents per mile) | 96.27 |
| 09/10/07 | Parking in Sacramento | 16.00 |
| 09/18/07 | Mileage and tolls between Kentfield and Sacramento (182 miles at 48.5 cents per mile) | 96.27 |
| 09/18/07 | Hotel in Sacramento | 197.50 |
| 09/30/07 | Conference calls (9/15, 9/17, 9/28) | 41.28 |

Total............................................................................................991.82

**Total Fees and Expenses: $ 28,347.82**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**
**Fees for September 2007**

| Date | Activity | Time/Hours |
|---|---|---|
| 9/3/07 | Transport issues for ICDPT | .25 |
| 9/6/07 | Update OSM list of issues in progress, Review Plaintiff status report on remedial sanctions | 1.75 |
| 9/10/07 | Unresolved issues and deadlines missed | .15 |
| 9/12/07 | Call Morrison, Riveland, memo re: training | 1.00 |
| 9/13/07 | Outstanding items e-mail, call with Loren Stewart Re: ADA | .75 |
| 9/15/07 | Conference Call Riveland and Morrison | 1.75 |
| 9/16/07 | Calls Morrison, Sknolnick, Reading on violation Matrix, e-mails re: ICDPT and Armstrong | 1.50 |
| 9/20/07 | Call with Tom Hoffman, review RJD monitoring Response, Devencenzi re: ICDPT, policies and ADA, Correspondence Boyd re: remedial sanctions training; Conference call with plaintiffs re: remedial sanction Progress | 4.25 |
| 9/24/07 | E-mail re: ADA issues and intranet, calls Riveland, Morrison, Review SASCA contract and Jessica Law Term sheet, e-mail Nelson | 2.50 |
| 9/25/07 | Calls with Skolnik, Devencenzi re: ICDPT issues; response To Devencenzi on ADA ICDPT facility standards | .75 |
| 9/26/07 | Calls, e-mails Devencenzi, Morrison, read Compliance report | 1.50 |
| 9/28/07 | ADA call with Nelson, Devencenzi and DARS reps; Call with Riveland and Morrison re:third report | 2.20 |
| 9/29/07 | Read compliance report, review monitoring reports For OSM reports | 1.25 |
| **Total** | | **19.60** |

19.60 X $180/hour = $ 3,528.00

**Disbursements/Expenses for September 2007**

| Date | Activity | Amount |
|---|---|---|
| 8/30/07 | Airfare Oakland Training * | 352.80 |
| Total Fees | | 352.80 |

**Total Fees and Expenses:** $3880.80
  * Carry over from August