UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

    Defendants.
_____/

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of October 2007. Good cause appearing, it is ORDERED that:

1. The Clerk is directed to pay to:

Chase Riveland
<u>Valdivia</u> Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

////

1

1 | the amount of $49,815.02 accordance with the attached statement;
2 | and
3 |     2.  A copy of this order shall be served on the financial
4 | department of this court.
5 |     IT IS SO ORDERED.
6 |     DATED: November 8, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Valdivia et al.,
    Plaintiffs,
        v.

No. CIV. S-94-671 LKK/GGH

Schwarzenegger et al.,
    Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of October 1 through October 30, 2007.

Chase Riveland, Special Master
    Services                              $10,860.00
    Disbursements                  $ -0-

        Total amount due                           $ 10,860.00

Virginia Morrison, Deputy Special Master
    Services                              $ 30,585.00
    Disbursements                  $ 570.62
        Total amount due                           $ 31,155.62

Nancy Campbell, Deputy Special Master
    Services                              $ 7,785.00
    Disbursements                  $    14.40

        Total amount due                           $ 7,799.40


    TOTAL AMOUNT TO BE REIMBURSED        **$ 49,815.02**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                                           November 1, 2007
Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO:      Ms. Susan Peterson, Financial Administrator

FROM:   /S/ Chase Riveland
          Chase Riveland, Special Master

Date:    November 1, 2007

RE:     Reimbursement for fees and disbursements expended during the period ending October 30, 2007.

Please send the check to the following individual for the amount indicated.

     Chase Riveland
     Valdivia Special Master
     5714 Deer Harbor Road
     Box 367
     Deer Harbor, WA   98243

                  Amount to be reimbursed: **$ 49,815.02**

*Valdivia et al. v. Schwarzenegger et al.*   No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for October 2007**

| Date | Activity | Time/Hour |
|---|---|---|
| 10/1/07 | Review: VSPW/CCWF report, Placer/El Dorado remote tour report, Plaintiffs' Prop 83 response; Review: Whitney correspondence-Final BPH memo, Devencenzi information | 1.6 |
| 10/2/07 | Review: SRCJ Monitoring report; correspondence: Morrison, Devencenzi, Weltman-Fahs; work on SM 3d report | 3.9 |
| 10/3/07 | Correspondence: Campbell, Morrison, Devencenzi, Baldwin, Whitney; work on SM 3d report | 2.1 |
| 10/4/07 | Telephone: Campbell, Morrison, Galvin, Whitney, Devencenzi; Correspondence: Campbell, Morrison, Galvin; work on SM 3d report | 3.8 |
| 10/5/07 | Telephone: Morrison, Galvin, all parties; Review correspondence: Campbell, Morrison; work on SM 3d report | 2.9 |
| 10/8/07 | Work on SM 3d report, Telephone: Nelson | 2.5 |
| 10/9/07 | Work on SM 3d report; telephone: Morrison, Galvin | 2.8 |
| 10/10/07 | Telephone: Galvin, Morrison | .6 |
| 10/11/07 | Review: Self-Monitoring report for CIM, correspondence: Morrison, Galvin, Whitney | 2.1 |
| 10/12/07 | Conference call: Morrison, Campbell; correspondence: Whitney, Baldwin, Campbell, Morrison, Galvin | 2.9 |
| 10/13/07 | Telephone: Whitney, Galvin; Work on SM 3d Report | 3.2 |
| 10/14/07 | Telephone: Morrison, work on SM 3d Report | 4.2 |
| 10/15/07 | Work on SM 3d Report; correspondence: Whitney, Galvin | 5.9 |

| Date | Description | Hours |
|---|---|---|
| 10/16/07 | Telephone: Campbell, Whitney; correspondence: Galvin, Whitney; review: RCCC Monitoring Report | 1.8 |
| 10/17/07 | Conference call: Morrison and Defendants representatives; review correspondence: Galvin, Whitney Morrison | 1.6 |
| 10/18/07 | Telephone: Morrison, Whitney, Devencenzi | .6 |
| 10/22/07 | Correspondence: Morrison, Devencenzi, Galvin | .4 |
| 10/24/07 | Correspondence: Morrison, Campbell | .2 |
| 10/24/07 | Correspondence: CalPAP, Morrison, Campbell | 1.0 |
| 10/25/07 | Telephone: Galvin, Whitney, Morrison; Review correspondence: Whitney, Galvan, Morrison | 1.4 |
| 10/25/07 | Telephone: Morrison, Whitney; correspondence: Whitney, Galvin, Morrison | .9 |
| 10/27/07 | Review: Plaintiff and Defendant *Comito* briefs; Correspondence: Morrison, Boyd, Whitney | 2.4 |
| 10/29/07 | Telephone: Whitney, Galvin, Morrison; review correspondence | .8 |
| 10/30/07 | Telephone: Campbell, Galvin; Correspondence: Devencenzi, Morrison, Whitney, Galvin | 2.1 |
| 10/31/07 | Review *Comito* materials | 2.8 |
|  |  | 54.3 |

Fees: hours 54.3X $ 200 = $ 10,860.00
      * 0  hours X $ 90 =   $         .00

                           $ 10,860.00

**Expenses for October 2007**
Expenses: $ 0.0

                    **Total Fees and Expenses: $ 10,860**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for October 2007**

| Date | Activity | Time/Hours |
|------|----------|------------|
| Oct 4 | Telephone conference and email communication w/C. Riveland; review recent email communication from parties' counsel | 0.5 |
| Oct 5 | Review and analyze material for OSM report; telephone conferences and email communication w/C. Riveland, N. Campbell and parties' counsel re: same and Jessica's Law policy implementation; draft OSM report sections | 13.0 |
| Oct 6 | Review and analyze material for OSM report; draft OSM report sections; email communication w/parties' counsel re: same; review parties' briefing concerning civil addicts | 10.1 |
| Oct 7 | Review and analyze material for OSM report; draft OSM report sections; email communication w/OSM team re: same | 10.6 |
| Oct 8 | Review and analyze material for OSM report; draft OSM report sections; telephone conferences w/OSM team and CalPAP attorneys re: same | 8.75 |
| Oct 8 | Travel from Kentfield to Sacramento | 1.6* |
| Oct 9 | Meetings w/CDCR staff and counsel re: material for OSM report and mentally ill parolees; telephone conferences w/K. Nelson and N. Campbell re: same; review email communication from parties' counsel | 7.0 |
| Oct 9 | Travel from Sacramento to Kentfield | 1.6 |

| Date | Description | Hours |
|---|---|---|
| Oct 10 | Review and analyze material for OSM report; draft OSM report sections; telephone conferences and email communication w/C. Riveland and parties' counsel re: same | 10.4 |
| Oct 11 | Review and analyze material for OSM report; draft OSM report sections; telephone conferences and email communication w/N. Campbell and parties' counsel re: same | 11.75 |
| Oct 12 | Review and analyze material for OSM report; draft OSM report sections; telephone conferences w/OSM team and defendants re: same; review email communication re: same and Jessica's Law implementation | 12.3 |
| Oct 13 | Review and analyze material for OSM report; draft OSM report sections; telephone conference w/C. Riveland and email communication w/N. Campbell re: same | 12.75 |
| Oct 14 | Review and analyze material for OSM report; draft OSM report sections; telephone conferences and email communication w/OSM team and parties re: same | 16.2 |
| Oct 18 | Review and respond to recent email communication among parties; telephone conference w/N. Campbell | 1.4 |
| Oct 19 | Telephone conference w/C. Riveland and CDCR re: mentally ill parolees; telephone conferences and email communication w/parties' counsel re: telephonic hearings; review and note recent email communication among parties | 3.8 |
| Oct 20 | Telephone conference w/C. Riveland; review material related to the Third Report and draft methodology document | 6.7 |
| Oct 21 | Draft and distribute methodology document and minor report revisions; email communication re: mentally ill parolees | 7.25 |
| Oct 22 | Review and analyze materials concerning telephonic hearings; telephone conferences and email communication w/defendants re: same, information production, and mentally ill parolees; review order | 4.1 |

| | | |
|---|---|---|
| | concerning civil addicts | |
| Oct 23 | Travel between Kentfield, Oroville, Red Bluff and Redding for jail visits re: telephonic hearings | 8.3* |
| Oct 23 | Observe telephonic hearings and/or related spaces and interview BPH staff in Butte, Tehama and Shasta counties | 4.0 |
| Oct 24 | Email communication and telephone conferences re: mentally ill parolees, telephonic hearings and RSTS, and review related material | 3.3 |
| Oct 25 | Email communication and telephone conferences re: mentally ill parolees, telephonic hearings, and *Comito* hearing | 0.8 |
| Oct 26 | Email communication and telephone conference re: mentally ill parolees and RSTS | 0.2 |
| Oct 27 | Telephone conference w/D. Sullivan; review RSTS plans and write up comments | 2.3 |
| Oct 28 | Finalize RSTS report comments; work with telephonic hearings survey | 0.25 |
| Oct 29 | Telephone conference w/C. Riveland | 0.2 |
| Oct 31 | Email communication re: RSTS | 0.1 |

Total...........................................................................................

$$147.75 \times \$200/\text{hour} = \$ 29,550$$
$$11.5 \ \ \times \$ 90/\text{hour} = \underline{\$ \ 1,035}$$
$$\mathbf{\$ \ 30,585}$$

* denotes travel time at lower rate

## Disbursements/Expenses for October 2007

| Date | Activity | Amount |
|---|---|---:|
| 10/09/07 | Mileage and tolls between Kentfield and Sacramento (182 miles at 48.5 cents per mile) | 100.27 |
| 10/09/07 | Hotel for Sacramento meetings | 139.00 |
| 10/09/07 | Meals during Sacramento meetings | 10.20 |
| 10/09/07 | Parking during Sacramento meetings | 13.00 |
| 10/23/07 | Mileage and tolls for jail visits (505 miles at 48.5 cents per mile) | 248.93 |
| 10/31/06 | Conference calls (10/5, 10/8, 10/12, 10/19) | 59.22 |

Total..............................................................................................................$ 570.62

**Total Fees and Expenses:   $31,155.62**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for October 2007**

| Date | Activity | Time/Hours |
|---|---|---|
| 10/3/07 | Brady Transport issues, Devencizi, Region I ICDPT beds, Review compliance report and create Questions; review Monitoring reports | 2.00 |
| 10/4/07 | Riveland call, complete review of monitoring reports, Work of OSM 3 report | 4.25 |
| 10/5/07 | Finish first draft of remedial sanction section of OSM 3 report, conversation with Morrison re: Documentation; e-mail re: Prop 36 to Devencizi | 6.25 |
| 10/8/07 | Review Morrision draft of OSM 3 report; Read Plaintiff's response to The compliance report; Conference call with Riveland and Morrison | 3.50 |
| 10/9/07 | Data requests to Skolnik, Stone, Hoffman and Devencizi, Calls and e-mails, review responses to requestsfor information and make revisions to OSM report | 3.25 |
| 10/11/07 | Calls and e-mails to multiple parties re: remedial Sanction data; report drafting | 6.50 |
| 10/12/07 | Modifications to OSM report and Call to Whitney re: documentation; conference call Riveland and Morrison | 4.25 |
| 10/14/07 | Report revisions, summary statement, end notes; e-mails, Re: next meet and confer | 4.75 |
| 10/16/07 | Call Riveland, review Jessica law issues, monitoring Schedules and reports, calls to parties for Dec meet And confer, agenda for meet and confer | 2.30 |
| 10/17/07 | Call Hoffman | .40 |
| 10/18/07 | Call Galvan | .20 |
| 10/24/07 | Call Mike Brady re: transportation; Nelson and Boyd Call; e-mails re: BPH and call with Morrison; read Civil addict finding | 2.50 |
| 10/25/07 | Call with Whitney, e-mails re: ICDPT meeting, and Nov. 1st and 8th itineraries; review OSM methodology | 1.50 |
| 10/26/07 | Hoffman call, e-mail Whitney and | .30 |
| 10/28/07 | Review RSTS scope of work and comment | .50 |
| 10/29/07 | Hoffman, Monday calls; Skipper Dota e-mail | .20 |
| 10/30/07 | Call Riveland, Hoffman | .45 |

| | | |
|---|---|---|
| 10/31/07 | Call Hoffman | .15 |

**Total**……………………………………………………………………………… 43.25

43.25 X $180/hour = $ 7,785.00

**Disbursements/Expenses for October 2007**

| **Date** | **Activity** | **Amount** |
|---|---|---|
| 8/30/07 | Pacer Bill | 14.40 |

Total Fees: $ 14.40

**Total Fees and Expenses:**                                                    **$ 7,799.40**