1

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT

8                      EASTERN DISTRICT OF CALIFORNIA

9

10   JERRY VALDIVIA, ALFRED YANCY,
     and HOSSIE WELCH, on their own
11   behalf and on behalf of the class
     of all persons similarly situated,
12                                              NO. CIV. S-94-671 LKK/GGH
             Plaintiffs,
13
        v.                                           O R D E R
14
     ARNOLD SCHWARZENEGGER, Governor of
15   the State of California, et al.,
16           Defendants.
                                         /
17

18       The court has timely received the Third Report of the

19   Special Master on the Status of Conditions of the Remedial Order

20   and now orders it filed.

21       The parties have ten (10) days from the date of this order

22   to respond to this report.

23       IT IS SO ORDERED.

24       DATED: November 28, 2007.

25

26
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT