UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY, and HOSSIE WELCH, on their own behalf and on behalf of the class of all persons similarly situated,

Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, Governor of the State of California, et al.,

Defendants.
_______________________________________/

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of November 2007. Good cause appearing, it is ORDERED that:

1. The Clerk is directed to pay to:

Chase Riveland
Valdivia Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA 98243

////

the amount of $41,494.05 accordance with the attached statement; and

2. A copy of this order shall be served on the financial department of this court.

IT IS SO ORDERED.

DATED: December 5, 2007.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**Valdivia et al.,**
**Plaintiffs,**
**v.**

No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
**Defendants.**
______________________/

The Special Master hereby submits his statement for fees and disbursements for the period of November 1 through November 30, 2007.

Chase Riveland, Special Master

| | | |
|---|---|---|
| Services | $10,990.00 | |
| Disbursements | $ 1,392.65 | |
| Total amount due | | $ 12,382.65 |

Virginia Morrison, Deputy Special Master

| | | |
|---|---|---|
| Services | $18,340.00 | |
| Disbursements | $ 727.64 | |
| - 8Total amount due | | $ 19,067.64 |

Nancy Campbell, Deputy Special Master

| | | |
|---|---|---|
| Services | $ 8,676.00 | |
| Disbursements | $ 1,367.76 | |
| Total amount due | | $ 10,043.76 |

TOTAL AMOUNT TO BE REIMBURSED **$ 41,494.05**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland
Special Master

December 4, 2007

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO: Ms. Susan Peterson, Financial Administrator

/S/ Chase Riveland

FROM: Chase Riveland, Special Master

Date: December 4, 2007

RE: Reimbursement for fees and disbursements expended during the period ending November 30, 2007.

Please send the check to the following individual for the amount indicated.

Chase Riveland
Valdivia Special Master
5714 Deer Harbor Road
Box 367
Deer Harbor, WA 98243

Amount to be reimbursed: **$ 41,494.05**

*Valdivia et al. v. Schwarzenegger et al.* **No. CIV S-94-671 LKK/GGH**

**For: Chase Riveland**
**Tax #: 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**

**Fees for November 2007**

| Date | Activity | Time/Hour |
|---|---|---|
| 11/1/07 | Correspondence: Whitney, Campbell, Morrison | 1.3 |
| 11/2/07 | Review: ICDTP report, gap report, matrix report, correspondence; Whitney, Baldwin; Telephone: Morrison, Nelson | 2.6 |
| 11/3/07 | Work on SM 3d Report; | 1.4 |
| 11/4/07 | Telephone conference: Morrison, Campbell; telephone: Lopes | 1.2 |
| 11/5/07 | Preparation and review for Sacramento trip | 2.4 |
| 11/6/07 | Travel: Deer harbor to Sacramento | 10.5 * |
| 11/6/07 | Meeting: Morrison and Campbell; Review responses from Defendants and Plaintiffs to SM 3d report | 3.8 |
| 11/7/07 | Conference call: Lopes and Morrison; meetings: Defendants, all Parties, Plaintiffs; Morrison and Campbell | 10.5 |
| 11/8/07 | Meetings: Nelson, Sullivan; Defendants, Campbell, Morrison | 4.5 |
| 11/9/07 | Travel: Sacramento to Deer Harbor | 9.5 * |
| 11/9/07 | Telephone: Bien, Lopes, Whitney | 1.4 |
| 11/10/07 | Review notes from Sacramento trip; Conference call: Morrison, Campbell | 2.9 |
| 11/12/07 | Work on SM 3d report | 3.7 |
| 11/13/07 | Telephone: Whitney, Morrison; work on 3d report | 3.5 |
| 11/29/07 | Telephone: Sally Hoover; Review materials: Morrison, Weitman-Fahs, Baldwin. Morris (DVI tour report) | 2.8 |

| | | |
|---|---|---|
| 11/30/07 | Telephone: Morrison; Review: Galvin, Stewart (Comito response, | 3.9 |
| | | 45.9 |

45.9 X $200 = $ 9,190.00
*20.0 X $ 90 = $ 1,800.00
$10,990.00

**Expenses for August 2007**

| Date | Activity | Amount |
|---|---|---|
| 11/6/07 | POV travel: Deer Harbor to Seattle (96 miles x 48.5/mi) | 46.56 |
| 11/6/07 | Roundtrip airfare: Seattle/ Sacramento and return | 357.00 |
| 11/6/07 | 3 meals | 57.98 |
| 11/7/07 | Overnight parking | 16.00 |
| 11/7/07 | Day parking | 13.00 |
| 11/7/07 | Breakfast; Lunch (Riveland, Morrison, Campbell); Dinner (Riveland, Morrison, Campbell) | 116.45 |
| 11/8/07 | Night parking | 16.00 |
| 11/8/07 | Day parking | 13.00 |
| 11/8/07 | Meals | 49.27 |
| 11/9/07 | Overnight parking | 16.00 |
| 11/9/07 | Hotel (3 nights) | 416.44 |
| 11/9/07 | Rental car (3 days) | 162.94 |
| 11/9/07 | breakfast/Lunch | 19.88 |

| | | |
|---|---|---|
| 11/9/07 | Airport parking | 45.57 |
| 11/9/07 | POV travel: Seattle to Deer Harbor (96 miles x 48.5/mi) | 46.56 |
| | | $1,392.65 |

* Denotes travel time @ $90/hour

Fees and Expenses: $ 10,990 + 1392.65 = **$ 12, 382.65**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for November 2007**

| Date | Activity | Time/Hours |
|---|---|---|
| Nov 1 | Email communication re: RSTS, telephonic hearings, mentally ill parolees and decision matrix | 0.7 |
| Nov 2 | Review RSTS data; telephone conferences w/defendants and C. Riveland | 0.9 |
| Nov 4 | Telephone conference w/N. Campbell and review and draft materials in preparation for the week's meetings; review and analyze materials concerning mentally ill parolees | 4.0 |
| Nov 5 | Telephone conferences and email communication w/parties' counsel re: mentally ill parolees, telephonic hearings, and due process considerations; prepare documents and notes for week's meetings; telephone conference w/M. Lopes; review and notate parties' objections to OSM report | 7.4 |
| Nov 6 | Review and notate parties' objections to OSM report; telephone conferences, and email communication w/parties' counsel re: same and telephonic hearings; conference w/OSM team | 6.7 |
| Nov 6 | Travel from Kentfield to Sacramento | 1.5* |
| Nov 7 | Telephone conference w/C. Riveland and M. Lopes re: mentally ill parolees; meetings with parties and OSM team re: OSM report and issues for the coming term; conference w/N. Campbell; further review for following day's meetings | 11.0 |
| Nov 8 | Revise OSM report; conferences w/C. Riveland re: same; review CalPAP information re: same; conference w/OSM and defendants re: | 6.3 |

| | | |
|---|---|---|
| | upcoming priority issues | |
| Nov 8 | Return travel from Sacramento | 2.1* |
| Nov 9 | Telephone conferences w/E. Galvan and D. Sullivan re: mentally ill parolees and email communication to various parties re: same; telephone conferences w/N. Campbell re: remedial sanctions, OSM team re: various issues, and J. Ball re: OSM report; review and analyze materials concerning mentally ill parolees; revise OSM report | 11.7 |
| Nov 10 | Revise OSM report; review and analyze materials concerning mentally ill parolees | 6.5 |
| Nov 11 | Revise OSM report; telephone conference w/N. Campbell re: same | 1.5 |
| Nov 12 | Revise OSM report; telephone conferences w/E. Galvan re: mentally ill parolees and H. Baldwin re: DECS; review DECS materials | 0.6 |
| Nov 13 | Revise OSM report; telephone conferences; observe revocation hearings at Placer County Jail; email communication re: RSTS | 7.4 |
| Nov 13 | Round-trip travel between Kentfield and Auburn for Placer County Jail proceedings | 4.5* |
| Nov 14 | Document review and email communication w/parties and OSM team regarding monitoring, OSM report, RSTS, and mentally ill parolees; review *Comito* material | 3.1 |
| Nov 15 | Review RSTS material; telephone conference w/defense counsel re: same | 0.9 |
| Nov 16 | Review *Comito* and RSTS materials | 0.5 |
| Nov 19 | Telephone conference w/K. Nelson and J. Devencenzi re: mentally ill parolees; prepare notes of conversation | 0.75 |

| | | |
|---|---|---|
| Nov 27 | Observe telephonic hearings at Placer and Nevada county jails; interview staff; review and analyze *Comito* materials | 8.3 |
| Nov 27 | Travel between Kentfield, Auburn and Nevada City for jail visits | 4.9* |
| Nov 28 | Telephone conference w/defendants re: mentally ill parolees; review and analyze *Comito* briefing and related case law | 6.6 |
| Nov 30 | Telephone conference w/C. Riveland re: *Comito*, mentally ill parolees, and telephonic hearings | 1.0 |

Total............................................................................

85.85 X $200/hour = $17,170
13.0 X $ 90/hour = $ 1,170
**$ 18,340**

* denotes travel time at lower rate

**<u>Disbursements/Expenses for November 2007</u>**

| **Date** | **Activity** | **Amount** |
|---|---|---|
| 11/08/07 | Mileage and tolls between Kentfield and Sacramento (192 miles at 48.5 cents per mile) | 105.12 |
| 11/08/07 | Hotel during Sacramento meetings | 278.00 |
| 11/08/07 | Parking during Sacramento meetings (11/7 and 11/8) | 23.00 |
| 11/13/07 | Sacramento parking | 4.50 |
| 11/13/07 | Mileage and tolls between Kentfield, Auburn and Sacramento (256 miles | 132.16 |

| | | |
|---|---|---|
| | at 48.5 cents per mile) | |
| 11/27/07 | Mileage and tolls between Kentfield, Auburn and Nevada City (296 miles at 48.5 cents per mile) | 151.56 |
| 11/30/07 | Conference calls (11/5, 11/7, 11/9, 11/19, 11/28) | 33.30 |

Total.................................................................................$ 727.64

**Total Fees and Expenses: $19,067.64**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for November 2007**

| Date | Activity | Time/Hours |
|---|---|---|
| 11/1/07 | Travel to Orange County ICDPT meeting | 6.5* |
| 11/1/07 | Attend Region IV ICDPT implementation | 4.0 |
| 11/1/07 | Travel from Orange Co. to Seattle | 7.0* |
| 11/2/07 | Calls Hoffman, Nelson, e-mail Whitney re: Schedule for Meeting 8th | .75 |
| 11/4/07 | Calls Riveland, Morrison | 1.05 |
| 11/5/07 | Call Ambroselli, Morrison, Riveland, e-mails Nelson, Hoffman, review ICDPT, matrix data, Review plaintiffs and defendant's responses | 4.15 |
| 11/6/07 | Calls Boyd, meeting with Riveland and Morrison | 1.85 |
| 11/6/06 | Travel to Sacramento | 6.5* |
| 11/7/07 | Call Hoffman, report modifications, meetings defendants, Plaintiffs re: OSM report and structure | 9.25 |
| 11/8/07 | Meetings Hoffman, DAPO staff, Rice, Nelson, Monday | 7.50 |
| 11/8/07 | Travel from Sacramento | 6.0* |
| 11/9/07 | Calls Morrison and Riveland, Galvan | 1.50 |
| 11/10/07 | Report Revisions | |
| 11/14/07 | E-mail re: matrix to Devenenzi, Review final OSM report, e-mail Monday and Hoffman | 1.25 |
| 11/21/07 | Call Devencenzi | |
| 11/27/07 | Review AB 900 Task force report, review Comito docs | 3.15 |
| 11/30/07 | Call Whitney and Devencenzi | .75 |

**Total**.......................................................................... .61.20

26.00 X $90/hour = $2,340.00
35.20 X $180/hour = $6,336.00

**Disbursements/Expenses for November 2007**

| Date | Activity | Amount |
|---|---|---|
| 11/1/07 | POV: Bainbridge Island to ferry 5 mi@ .45/mi | 2.25 |
| 11/1/07 | Taxi | 28.00 |
| 11/1/07 | Airfare | 497.80 |
| 11/1/07 | Meals | 23.76 |
| 11/1/07 | Parking | 13.00 |
| 11/1/07 | Auto Rental | 79.35 |
| 11/1/07 | Taxi | 35.00 |

| | | |
|---|---|---|
| 11/1/07 | POV: Ferry to Bainbridge Island: 17mi@.45/mi | 2.25 |
| 11/1/07 | Ferry Parking | 13.00 |
| 11/1/07 | Ferry Cost | 6.70 |
| 11/6/07 | POV: Bainbridge Island to SeaTac: 17mi@ .45/mi | 7.65 |
| 11/6/07 | Ferry | 11.55 |
| 11/6/07 | Airfare | 273.80 |
| 11/6-8 | Hotel | 298.00 |
| 11/6-8 | Meals | 26.45 |
| 11/8/07 | Airport Parking | 30.00 |
| 11/8/07 | POV: SeaTac to Bainbridge Island: 17 mi@.45/mi | 7.65 |
| 11/8/07 | Ferry Cost | 11.55 |
| Total Fees | | 1,367.76 |
| **Total Fees and Expenses:** | | **$10,043.76** |