UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

      Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

      Defendants.
_____/

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of December 2007. Good cause appearing, it is ORDERED that:

    1. The Clerk is directed to pay to:

    Chase Riveland
    <u>Valdivia</u> Special Master
    5714 Deer Harbor Road, Box 367
    Deer Harbor, WA  98243

////

1

1 | the amount of $30,889.60 accordance with the attached statement;
2 | and
3 |     2.  A copy of this order shall be served on the financial
4 | department of this court.
5 |     IT IS SO ORDERED.
6 |     DATED: January 4, 2008.

```
                                    /s/ Lawrence K. Karlton
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
    v.

No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of December 1 through December 31, 2007.

Chase Riveland, Special Master
    Services                                         $ 14,460.00
    Disbursements                           $   1,047.97

            Total amount due                                    $ 15,507.97

Virginia Morrison, Deputy Special Master
    Services                                         $ 8,842.00
    Disbursements                               $     53.22
            - 8Total amount due                                  $ 8,895.22

Nancy Campbell, Deputy Special Master
    Services                                         $ 5,877.00
    Disbursements                               $   609.41

            Total amount due                                    $ 6,486.41.00

       TOTAL AMOUNT TO BE REIMBURSED        **$ 30,889.60**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                                                January 3, 2008
Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO:     Ms. Susan Peterson, Financial Administrator

FROM:   /S/ Chase Riveland
        Chase Riveland, Special Master

Date:   January 3, 2008

RE:     Reimbursement for fees and disbursements expended during the period ending December 31, 2007.


Please send the check to the following individual for the amount indicated.


Chase Riveland
Valdivia Special Master
5714 Deer Harbor Road
Box 367
Deer Harbor, WA   98243

Amount to be reimbursed:  **$ 30,889.60**

*Valdivia et al. v. Schwarzenegger et al.*     No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for December 2007**

| Date | Activity | Time/Hour |
|---|---|---|
| 12/2/07 | Correspondence: Morrison; review *Comito* materials | 2.9 |
| 12/3/07 | Review: *Comito* materials | 4.6 |
| 12/4/07 | Review: Correspondence: Lang, Whitney, Campbell; Reports: CIW self-monitoring report. Dual Diagnosis Criteria | 2.8 |
| 12/5/07 | Review correspondence/reports: Lang, Christian, Prewitt (CalPAP Statistics) | 2.6 |
| 12/6/07 | Review/correspondence: Buffardi (Revised EOP Plan) Telephone: Campbell, Morrison | 3.1 |
| 12/7/07 | Review: Correspondence/reports: Campbell, Wilkinson (Tour Report), LH Order | 2.2 |
| 12/8/07 | Telephone: Morrison, Campbell | 1.4 |
| 12/10/07 | Telephone: Whitney, Nelson; Review: Comito reply from Defendants | 1.8 |
| 12/11/07 | Telephone: Campbell, Morrison; Review Correspondence: Wilkinson (Tour Report) | 1.5 |
| 12/12/07 | Review Comito materials in preparation for hearing | 2.8 |
| 12/13/07 | Travel: Deer Harbor to San Francisco | 9.0 * |
| 12/13/07 | Review *Comito* materials | 2.3 |
| 12/14/07 | Review *Comito* materials; Meet w/ Morrison; Hearing, all Parties; meet w/ Morrison | 8.2 |

| Date | Description | Hours |
|---|---|---|
| 12/15/07 | Travel: San Francisco to Deer Harbor | 9.0 * |
| 12/17/07 | Review: Parties Monitoring Agreement | 1.1 |
| 12/19/07 | Review: *Comito* hearing transcript<br>Telephone Morrison | 3.5 |
| 12/20/07 | Review: communication re: MIO parolees<br>review *Comito* transcript and Plaintiff and Defendant corrections | 4.9 |
| 12/21/07 | Telephone: Morrison, Rice; Rifkin correspondence | 1.3 |
| 12/23/07 | Telephone Campbell, Lopes; Review *Comito* materials | 2.9 |
| 12/24/07 | Review: Plaintiffs' and Defendants' replies to OSM report | .7 |
| 12/26/07 | Review four monitoring tour reports and ADA materials | 4.0 |
| 12/27/07 | Review *Comito* related cases | 3.7 |
| 12/29/07 | correspondence: Morrison, Plaintiffs' | 1.2 |
| 12/30/07 | Telephone: Morrison; review materials | 2.6 |
| 12/31/07 | Correspondence to/from: Morrison, Campbell, Plaintiffs | <u>2.1</u><br>64.2 |

```
  64.2 hrs. X $200 = $ 12,840.00
 *18.0 hrs. X $  90 = $  1,620.00
                      14,460$.00
```

* Denotes travel time @ $90/hour

**Expenses for December 2007**

| Date | Activity | Amount |
|---|---|---|
| 12/6/07 | POV travel: Deer Harbor to Seattle (96 miles @ 48.5/mile) | 46.56 |
| 12/6/07 | Roundtrip airfare to San Francisco | 337.75 |
| 12/6/07 | Taxi: SF airport to Hotel in SF | 40.00 |
| 12/6/07 | Three meals | 59.66 |
| 12/7/07 | Taxi: Hotel to RBG office | 13.00 |
| 12/7/07 | Three meals | 54.69 |
| 12/8/07 | Hotel (2 nights) | 354.98 |
| 12/8/07 | Taxi: Hotel to SF airport | 40.00 |
| 12/8/07 | Two meals | 18.77 |
| 12/8/07 | POV travel: Deer Harbor to Seattle (96 miles @ 48.5/mile) | 46.56 |
| 12/8/07 | Ferry toll: Anacortes to Orcas Island (driver and vehicle) | 36.00 |
| | | $1,047.97 |

Fees and Expenses: $ 14,460.00 + 1,047.97 = **$ 15,507.97**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for December 2007**

| Date | Activity | Time/Hours |
|---|---|---|
| 12/2/07 | E-mails re: Hoffman/Monday meeting and Meet and confer. Call Nelson | .80 |
| 12/3/07 | Prepare for meet and confer, review electronic filings, Calls Hoffman, Riveland, CDCR compliance unit, | 5.00 |
| 12/4/07 | Call with Smith re: ADA, agenda preparation | 1.75 |
| 12/5/07 | Call with Hoffman and Monday, Call with Nelson and Sullivan, Call with Galvan | 3.60 |
| 12/6/07 | E-mails Devcenzi, Sullivan, call Galvan, Nelson, Morrison And Riveland | 2.75 |
| 12/6/07 | Travel to Sacramento | 5.5 * |
| 12/7/07 | RSTS Call, meet and confer | 4.5 |
| 12/7/07 | Travel from Sacramento to Bainbridge Island | 6.0 * |
| 12/16/07 | Call Hoffman and e-mails re: banking of cases | 0.75 |
| 12/19/07 | Calls with Morrison; DAGs re: BPH training | 0.75 |
| 12/20/07 | Call with Lehman and Cassady, review monitoring Agreement and reports | 1.50 |
| 12/21/07 | Sullivan call re: ICDPT referrals | 0.50 |
| 12/23/07 | Call Riveland | 0.50 |
| 12/26/07 | Call Hoffman | 0.20 |
| 12/31/07 | Review of ADA and Baby Valdivia orders, monitoring Reports for OceanSide and RSMC, CIM, DVI, plaintiffs Competency Proceeding memo, SS benefit, background Research and development of follow-up to meet and confer | 4.30 |

**Total**..................................................................................

11.5 X $ 90/hour = $1,035.00
26.9 X $180/hour = $4,842.00
$5,877.00

*denotes travel time at lower rate

**Disbursements/Expenses for December 2007**

| Date | Activity | Amount |
|---|---|---|
| 12/6/07 | POV: Bainbridge Island to SeaTac:17mi@ .45/mi | 7.65 |
| 12/06/07 | Ferry Cost | 14.75 |
| 12/6/07 | Airfare | 268.80 |

| | | |
|---|---|---:|
| 12/6/07 | Meals | 28.18 |
| 12/6/07 | Hotel | 111.58 |
| 12/7/07 | Meals | 19.76 |
| 12/7/07 | Parking | 13.00 |
| 12/7/07 | Auto Rental | 77.29 |
| 12/7/07 | Airport Parking | 46.00 |
| 12/7/07 | Ferry Cost | 14.75 |
| 12/7/07 | POV: SeaTac to Bainbridge Island: 17mi@.45/mi | 7.65 |

Total Expenses                                                                                       609.41

**Total Fees and Expenses:**                                                    **$6486.41**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #:   51-0433003**

**Fees for December 2007**

| Date | Activity | Time/Hours |
|---|---|---|
| Dec 6 | Telephone conferences w/C. Riveland re: various issues; telephone conference and email communication with defendants re: mentally ill parolees and RSTS; telephone conference w/C. Riveland and M. Lopes re: mentally ill parolees; telephone conferences w/N. Campbell re: remedial sanctions; review defendants' reply to OSM report | 2.6 |
| Dec 7 | Telephone conference w/defendants re: RSTS; telephone conferences w/N. Campbell re: remedial sanctions; email communication w/defendants; review and analyze *Comito* material; review LH order | 4.8 |
| Dec 11 | Telephone conference w/OSM team | 0.4 |
| Dec 12 | Telephone conferences w/E. Galvan and T. Luzzi; review recent email communication | 0.5 |
| Dec 13 | Review *Comito* materials | 6.4 |
| Dec 14 | Travel between Kentfield and San Francisco for *Comito* hearing | 1.8* |
| Dec 14 | Conferences w/C. Riveland; participate in *Comito* hearing | 5.3 |
| Dec 18 | Telephone conference w/D. Sullivan re: mentally ill parolees; review *Comito* materials | 1.5 |
| Dec 19 | Telephone conferences w/N. Campbell and C. Riveland | 0.25 |

| Dec 20 | Review email communication re: mentally ill parolees; review and notate *Comito* transcript | 1.9 |
| Dec 21 | Review and notate *Comito* transcript; telephone conferences w/C. Riveland; review Plaintiffs' Reply concerning OSM report; review *Comito* materials | 7.75 |
| Dec 29 | Email communication w/C. Riveland | 0.1 |
| Dec 30 | Review and analyze *Comito* material and draft report; telephone conference w/C. Riveland | 6.8 |
| Dec 31 | Review and analyze *Comito* material and draft report | 5.1 |

Total………………………………………………………………………………..

$$43.4 \text{ X } \$200/\text{hour} = \$ 8,680.00$$
$$1.8 \text{ X } \$ 90/\text{hour} = \$ \phantom{0}162.00$$
$$\$ 8,842.00$$

\* denotes travel time at lower rate

## Disbursements/Expenses for December 2007

| Date | Activity | Amount |
|---|---|---|
| 12/14/07 | Mileage and tolls for *Comito* hearing (44 miles at 48.5 cents per mile) | 26.34 |
| 12/31/07 | Conference calls (12/6, 12/7, 12/11, 12/20) | 26.88 |

Total……………………………………………………………...………………$ 53.22

**Total Fees and Expenses: $ 8,895.22**