UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        NO. CIV. S-94-671 LKK/GGH

    Plaintiffs,

  v.                         O R D E R

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

    Defendants.
                                            /

    Based on the factual observations and recommendations of the Special Master described in his Third Report of the Special Master on the Status of the Condition of the Remedial Order, the court ORDERS that defendants must undertake and sustain work toward the earliest practical solution to providing due process to parolees who appear, either in the judgment of their attorneys or defendants' staff, too mentally ill to participate in revocation proceedings. These efforts must be undertaken in consultation with plaintiffs' counsel and the Special Master. Defendants are further

ORDERED as follows:

1. Defendants must provide progress updates to the Special Master and plaintiffs' counsel every three weeks, beginning three weeks from the date of this order, until the Special Master determines they are no longer necessary.

2. By March 1, 2008, the defendants must provide to the Special Master and plaintiffs' counsel a status report on the development of policies and procedures concerning this population. The policies and procedures must include methods to expedite treatment and to provide due process and full rights under the Permanent Injunction.

3. By March 15, 2008, defendants must provide to the Special Master and plaintiffs' counsel the standards defendants intend to use to determine whether a parolee is unable to participate meaningfully in revocation proceedings, by virtue of mental illness, and whether that ability has been regained. The standards should identify the types of staff or other service providers responsible for applying the standards.

4. By April 3, 2008, the defendants must provide to the Special Master and plaintiffs' counsel a detailed plan for implementing these policies and procedures and for training all affected CDCR staff and CalPAP attorneys. The plan must specify associated funding and timelines regarding the implementation process, and any new

1           resources required.
2       5.  By June 15, 2008, these policies and procedures must be
3           implemented.
4       The Special Master may, in his discretion, grant an extension
5  of time on any of these deadlines upon either party's request and
6  a showing of good cause.
7       IT IS SO ORDERED.
8       DATED: January 14, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3