UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

    Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

    Defendants.
_____/

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of January 2008.  Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

Chase Riveland
<u>Valdivia</u> Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

////

1

1 | the amount of $37,693.54 accordance with the attached statement;
2 | and
3 |     2.  A copy of this order shall be served on the financial
4 | department of this court.
5 |     IT IS SO ORDERED.
6 |     DATED: February 4, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Valdivia et al.,
    Plaintiffs,
    v.

No. CIV. S-94-671 LKK/GGH

Schwarzenegger et al.,
    Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of January 1 through January 31, 2008.

Chase Riveland, Special Master
    Services                    $ 8,470.00
    Disbursements          $   579.98

        Total amount due                **$ 9,049.98**

Virginia Morrison, Deputy Special Master
    Services                    $ 25,140.00
    Disbursements          $     28.56
        Total amount due                **$ 25,168.56**

Nancy Campbell, Deputy Special Master
    Services                    $ 3,465.00
    Disbursements          $     00.00

        Total amount due                **$ 3,465.00**

    TOTAL AMOUNT TO BE REIMBURSED      **$ 37,693.54**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                               February 4, 2008
Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO:      Ms. Susan Peterson, Financial Administrator

FROM:      /S/ Chase Riveland
Chase Riveland, Special Master

Date:      February 4, 2008

RE:      Reimbursement for fees and disbursements expended during the period ending January 31, 2008.

Please send the check to the following individual for the amount indicated.

Chase Riveland
*Valdivia* Special Master
5714 Deer Harbor Road
Box 367
Deer Harbor, WA   98243

Amount to be reimbursed: **$ 37,693.54**

*Valdivia et al. v. Schwarzenegger et al.*        No. CIV S-94-671 LKK/GGH

For: Chase Riveland
Tax #: 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

**Fees for January 2008**

| Date | Activity | Time/Hour |
|---|---|---|
| 1/3/08 | Review: Devensenci (decision-making report), Mc Pherson (Cal PAP statistics for November), E-mail from Christian, Sullivan, Rifkin; Telephone: Bien | 2.2 |
| 1/4/08 | Correspondence: Christian; telephone: Campbell | .3 |
| 1/5/08 | Telephone: Morrison (twice), Lopes (twice) | 1.1 |
| 1/6/08 | Review *Comito* materials, correspondence from all parties | 2.3 |
| 1/7/08 | Review materials from Morrison, Rifkin, re: DMH, Psch Supervision log; telephone Morrison | 1.2 |
| 1/8/08 | Conference call: Morrison; review: LACJ Monitoring report (Wilkinson), materials from Weltman-Fahs | 1.6 |
| 1/10/08 | Telephone: Karlton, Morrison; telephone Morrison. Materials from Whitney, letter developed and sent to all parties | 1.9 |
| 1/13/08 | Telephone: Morrison | .5 |
| 1/14/08 | Review materials from: Devensenzi, Whitney, Boyd, Wilkinson, Morrison, Galvin, Mania, Stewart, letter developed and sent to all parties | 2.8 |
| 1/15/08 | Review materials from Campbell; telephone Galvin | .5 |
| 1/16/08 | Conference call: Campbell and Morrison; Conference call: All parties; telephone Morrison; review materials from: Whitney, Galvin, Morrison, Morris, Harrison (Tour Report) | 3.4 |
| 1/17/08 | Review materials: Campbell, Devensenzi, Morrison; Wilkinson (Tour Report) | 1.9 |

| Date | Description | Hours |
|---|---|---|
| 1/18/08 | Telephone: Morrison; Develop letter to all parties and communication to all parties; materials from Morrison and Campbell, Galvin, Devensenzi, Nelson | 1.1 |
| 1/19/08 | Correspondence Campbell; review *Comito* materials | 1.9 |
| 1/21/08 | Correspondence: Judge Karlton; review materials | .9 |
| 1/22/08 | Review correspondence: Galvin, Morrison, Devensenzi, Campbell; telephone Morrison | 1.5 |
| 1/23/08 | Review correspondence; Weltman-Fahs, Devencenzi, Morrison | .8 |
| 1/24/08 | Review correspondence: Devencenzi, Morrison, Harrison | .1 |
| 1/25/08 | Review correspondence: Morrison, Galvin, Whitney; telephone: Karlton | .9 |
| 1/26/08 | Review correspondence: Morrison; telephone: Campbell | 1.1 |
| 1/27/08 | Telephone: Morrison | .3 |
| 1/28/08 | Review correspondence: Weltman-Fahs ; review " CA Strike Force Report | 1.8 |
| 1/29/08 | Review: Galvin message; *Comito* report work | 1.4 |
| 1/30/08 | *Comito* report work; correspondence: Campbell | 3.9 |
| 1/31/08 | Travel: Deer Harbor to Sacramento | .9 * |
| 1/31/09 | Work on *Comito* report | <u>2.9</u><br>38.3<br>9.0 * |

```
38.3 hrs. X $200 = $ 7,660.00
* 9.0 hrs. X $  90 = $    810.00
                     $ 8,470.00
```

* Denotes travel time @ $90/hour

**Expenses for January 2008**

| Date | Activity | Amount |
|---|---|---|
| 1/31/08 | Roundtrip seaplane ticket: Deer Harbor to Seattle | 220.00 |
| 1/31/08 | Roundtrip air from Seattle to Sacramento and return | 320.00 |
| 1/31/08 | Lunch and dinner | 39.98 |
| | | $ 579.98 |

Fees and Expenses: **$ 9,049.98**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for January 2008**

| Date | Activity | Time/Hours |
|---|---|---|
| 1/2/08 | E-mails Hoffman re: ICDPT referrals, plaintiff Response to OSM report, 60 Day ICDPT report and Decision Matrix Meet and confer. Call Nelson | .85 |
| 1/3/08 | Call Younger, e-mails and calls to Hoffman Galvan | 1.60 |
| 1/4/08 | Calls Riveland and Morrison | .35 |
| 1/5/08 | Analyze ICDPT monthly report and respond to parties, | 2.20 |
| 1/7/08 | Calls Morrison, e-mail Baldwin | 1.10 |
| 1/8/08 | Calls Morrison | |
| 1/9/08 | Call Sullivan and e-mail Marcias Price | .20 |
| 1/15/08 | Follow up to defendants re: remedial sanction stip issues, e-mails re: Decision matrix training, call Morrison, e-mails re: mental health in ICDPT, budget review | 2.35 |
| 1/16/08 | Call Morrison and Riveland, contacts with M. Carter Re: Decision Matrix process | 1.05 |
| 1/17/08 | Issues list, Calls Rice, Nelson, Morrison, Luzzi | 3.40 |
| 1/18/08 | Rice, Winistorfer | .30 |
| 1/21/08 | Morrison | .40 |
| 1/22/08 | Calls Carter, Galvan, Winistorfer: decision matrix Sullivan, review FRMSC policy | 1.75 |
| 1/24/08 | E-mails re: transportation issue in LA | .25 |
| 1/25/08 | Nelson call re: transportation, conference call DAGS and compliance team; Call Galvan re: Monitoring | 1.40 |
| 1/26/06 | Call Riveland | .75 |
| 1/30/08 | Review EID policy, follow-up e-mail re: meet and confer | 1.30 |

**Total**..................................................................................... 19,25

19.25 X $180/hour = $3,465.00

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for January 2008**

| Date | Activity | Time/Hours |
|---|---|---|
| 1/2/08 | RSTS research; review and analyze materials concerning mentally ill parolees and *Comito*; review matrix and ICDTP reports; email communication w/N. Campbell | 7.2 |
| 1/3/08 | Review and analyze materials concerning *Comito*; telephone conference w/plaintiffs; email communication w/C. Riveland | 8.3 |
| 1/4/08 | Review and analyze materials concerning *Comito*; email communication w/parties re: same; consider issues concerning mentally ill parolees; telephone conference w/N. Campbell | 9.5 |
| 1/5/08 | Review and analyze materials concerning *Comito* and mentally ill parolees; telephone conferences w/ C. Riveland; draft *Comito* report | 9.25 |
| 1/6/08 | Review and analyze materials concerning *Comito*; telephone conference w/ C. Riveland; draft *Comito* report | 8.25 |
| 1/7/08 | Review and analyze materials concerning mentally ill parolees and *Comito*; draft *Comito* report; telephone conference w/N. Campbell | 10.8 |
| 1/8/08 | Review and analyze materials concerning *Comito*; telephone conferences w/C. Riveland and N. Campbell | 2.6 |
| 1/10/08 | Telephone conference w/Special Master and Judge Karlton | 0.4 |
| 1/12/08 | Review and respond to recent email communication; review and analyze materials concerning *Comito*; draft *Comito* report | 1.8 |

| Date | Description | Hours |
|---|---|---|
| 1/13/08 | Telephone conference w/Special Master; review and analyze materials concerning *Comito*; draft *Comito* report; review related email communication | 6.75 |
| 1/14/08 | Review and draft *Comito*-related material; email communication w/parties re: same and mentally ill parolees | 2.25 |
| 1/15/08 | Review court's order and related email communication; telephone conference w/N. Campbell; review past priorities lists and RSTS material | 1.0 |
| 1/16/08 | Telephone conferences w/Special Master's team; review and update statuses of open issues; email communication among parties; telephone conference w/all parties; review rev extension and forms documentation | 3.9 |
| 1/17/08 | Telephone conferences and email communication w/Special Master's team; draft documents; review material re: Paragraph 10; review email communication concerning rescinding fearful witnesses directive; draft *Comito* report | 5.5 |
| 1/18/08 | Telephone conference w/Special Master; email communication w/parties re: Paragraph 10, *Comito* record, and meetings; review and analyze *Comito* materials; draft *Comito* report | 8.3 |
| 1/20/08 | Review and analyze *Comito* materials; draft *Comito* report; telephone conference w/N. Campbell | 6.25 |
| 1/22/08 | Draft *Comito* report; review material requiring follow-up and initiate same | 7.5 |
| 1/23/08 | Review and analyze *Comito* materials; further research; draft *Comito* report | 10.4 |
| 1/28/08 | Draft *Comito* report; review and analyze *Comito* materials; review and respond to recent email communication among parties | 8.7 |

| Date | Activity | Hours |
|---|---|---|
| 1/29/08 | Draft *Comito* report; telephone conferences w/defendants re: self-monitoring standards and w/court | 5.3 |
| 1/30/08 | RSTS analysis; prepare *Comito* filing; telephone conference w/N. Campbell | 1.0 |
| 1/31/08 | Telephone conference w/C. Riveland; review documents | 0.75 |

Total..........................................................................................

!The Formula Not In Table X $200/hour = $ 25,140
-0-   X $ 90/hour
$ 25,140

## Disbursements/Expenses for January 2008

**Date**               **Activity**                                             **Amount**

| 1/31/08 | Conference calls (1/8, 16) | 28.56 |

Total............................................................................$ 28.56

**Total Fees and Expenses:  $ 25,168.56**