FILED

MAR - 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

          Plaintiffs,

     v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

          Defendants.
_____/

NO. CIV. S-94-671 LKK/GGH

O R D E R

     Pursuant to the court's August 18, 2005 Order of Reference,

the Special Master has submitted for payment a bill for services

provided during the month of February 2008.  Good cause

appearing, it is ORDERED that:

     1.   The Clerk is directed to pay to:

     Chase Riveland
     Valdivia Special Master
     5714 Deer Harbor Road, Box 367
     Deer Harbor, WA  98243

////

1

1  the amount of $36,410.59 accordance with the attached statement;

2  and

3       2.  A copy of this order shall be served on the financial

4  department of this court.

5       IT IS SO ORDERED.

6       DATED: March 3, 2008.

7

8                                    LAWRENCE K. KARLTON

9                                    SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
      **v.**

No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of February 1 through February 29, 2008.

Chase Riveland, Special Master
        Services                $ 8,990.00
        Disbursements        $   540.77

            Total amount due               $ 9,530.77

Virginia Morrison, Deputy Special Master
        Services                $ 16,470.00
        Disbursements        $   1,066.25
            Total amount due             $ 17,536.25

Nancy Campbell, Deputy Special Master
        Services                $ 8,226.00
        Disbursements        $   1,117.57

            Total amount due               $ 9,343.57

        TOTAL AMOUNT TO BE REIMBURSED        **$ 36,410.59**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                  March 3, 2008
Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO:           Ms. Susan Peterson, Financial Administrator

/S/ Chase Riveland
FROM:      Chase Riveland, Special Master, *Valdivia*

Date:       March 3, 2008

RE:        Reimbursement for fees and disbursements expended during the period ending February 29, 2008.

Please send the check to the following individual for the amount indicated.

Chase Riveland
Valdivia Special Master
5714 Deer Harbor Road
Box 367
Deer Harbor, WA   98243

Amount to be reimbursed:  **$ $ 36,410.59**

*Valdivia et al. v. Schwarzenegger et al.*            **No. CIV S-94-671 LKK/GGH**

**For: Chase Riveland**
**Tax #: 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**


**Fees for January 2008**

| Date | Activity | Time/Hour |
|------|----------|-----------|
| 2/1/08 | meet w/Morrison; meet w/all parties; *Comito* review | 8.5 |
| 2/2/08 | travel: Sacramento to Deer Harbor | 9.0 * |
| 2/3/08 | *Comito* report work | 2.9 |
| 2/4/08 | Review correspondence: Whitney, Weltman-Fahs, Morrison, Baldin | 1.1 |
| 2/7/08 | Review *Comito* report; Review correspondence: CalPap statistics; correspondence and review correspondence: Hoover, Whitney, Morrison, Galvan | 2.4 |
| 2/8/08 | Finalize and send final <u>*Comito*</u> report, correspondence and review correspondence; Galvan, Devencenzi, Whitney | 2.0 |
| 2/9/08 | Telephone: Morrison, Lopes; correspondence review | 1.6 |
| 2/12/08 | Correspondence review: Morrison, Whitney, Baldwin Nelson; work on SM 4th report; telephone: Lopes | 3.9 |
| 2/13/08 | Correspondence: Nelson, Whitney, Devencenzi, Morrison Telephone: Defendant | 1.1 |
| 2/14/08 | Correspondence review: Postponed hearing report, Plaintiff HDTP Monitoring report, Morrison, Whitney; telephone: Campbell, Bien | 2.9 |
| 2/18/08 | Review correspondence from: Whitney, Morrison, Campbell, Galvan, Grunfeld | 2.6 |
| 2/19/08 | Conference call: Defendants; telephone Morrison; correspondence review | 2.0 |
| 2/21/08 | Meet w/Judge Karlton; Mat Lopes; telephone Morrison, correspondence: Campbell | 2.2 |

| 2/22/08 | Review materials/correspondence: Whitney, Weltman-Fahs, Morrison, Campbell | .7 |
|---|---|---|
| 2/24/08 | Correspondence: Whitney, Morrison, Campbell, Galvin | 1.1 |
| 2/25/08 | Review correspondence: Devencenzi, Morrison, Whitney, telephone: Bien | .5 |
| 2/26/08 | Review correspondence and reply: Morrison, Whitney, Nelson, Diaz | .5 |
| 2/27/8 | Review correspondence: Wilkinson, Whitney | .2 |
| 2/28/08 | Review Defendant response to Special Master *Comito* report and attachments; telephone Bien | 1.8 |
| 2/29/08 | Telephone: Campbell, Devencenzi; correspond: Whitney, Campbell, Galvin; review: Reports/correspondence: Christian, Stewart, Devencenzi, Whitney, Galvin, electronically filed court Reports | 2.9 |

40.9

40.9hrs. X $200 = $ 8,180.00
*9.0 hrs. X $ 90 = $   810.00
**$ 8,990.00**

* Denotes travel time @ $90/hour

## Expenses for February 2008

| Date | Activity | Amount |
|------|----------|--------|
| 2/1/08 | Day parking | 15.00 |
| 2/1/08 | 3 meals and Morrison lunch | 58.88 |
| 2/1/08 | night parking | 16.00 |
| 2/2/08 | hotel: 2 nights | 326.97 |
| 2/2/08 | Rental car 2 days | 64.36 |
| 2/2/08 | Taxi: Seatac airport to Lake Union Seaplane site | 42.00 |
| 2/2/08 | breakfast/lunch | 17.26 |
| | | $ 540.77 |

Fees and Expenses: **$ 540.77 + $ 8,990.00 = $9,530.77**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #:  51-0433003**

**Fees for February 2008**

| Date | Activity | Time/Hours |
|------|----------|------------|
| 02/01/08 | Conference w/C. Riveland; participate in all-parties meeting | 6.0 |
| 02/01/08 | Travel between Kentfield and Sacramento | 3.2* |
| 02/04/08 | Review and respond to email communication among parties re: monitoring, rev extensions, forms, telephonic hearings, meet&confers, POC file review, and remedial sanctions; telephone conference w/Plaintiffs' counsel re: the latter; revise *Comito* report | 0.8 |
| 02/05/08 | Email and phone communication w/defendants re: staffing, telephonic hearings, monitoring, data requests, mentally ill parolees, and discharge review; review and make notes from parties' monitoring tours | 6.6 |
| 02/06/08 | Review and make notes from parties' monitoring tours; email and telephone communication re: data needed for OSM report; finalize *Comito* report | 4.7 |
| 02/08/08 | Review and make notes from parties' monitoring tours; review material re: mentally ill parolees; email communication re: *Comito* report | 8.0 |
| 02/09/08 | Telephone conference w/C. Riveland | 0.2 |
| 02/11/08 | Telephone conferences w/N. Campbell, defendants, and a CalPAP attorney; review materials concerning mentally ill parolees, remedial | 3.75 |

sanctions, self-monitoring, and appeals; draft OSM4 report sections

| | | |
|---|---|---|
| 02/12/08 | Telephone conferences w/N. Campbell re: remedial sanctions, email communication w/defendants and OSM team re: issues follow-up; review and make notes from parties' monitoring tours | 3.3 |
| 02/12/08 | Travel from Kentfield to Los Angeles for LACJ tour (less time spent on materials review) | 5.2* |
| 02/13/08 | Participate in LACJ tour; review and analyze material re: mentally ill parolees | 9.4 |
| 02/14/08 | Participate in LACJ tour | 7.4 |
| 02/14/08 | Return travel from Los Angeles | 5.6* |
| 02/18/08 | Telephone conference w/N. Campbell re: remedial sanctions | 0.25 |
| 02/19/08 | Telephone conferences w/C. Riveland and defendants; email communication w/defendants re: information production; RSTS analysis; review recent documents re: monitoring and remedial sanctions | 1.5 |
| 02/20/08 | Review and make notes from parties' monitoring tours | 4.8 |
| 02/21/08 | Review and make notes from parties' monitoring tours; telephone conference w/C. Riveland; email communication w/defendants | 2.2 |
| 02/22/08 | Review and make notes from parties' monitoring tours; telephone conference and email communication w/N. Campbell re: remedial sanctions | 6.5 |
| 02/23/08 | Review and make notes from parties' monitoring tours | 2.6 |
| 02/25/08 | Review defendants' email communication and analyze documents; | 7.3 |

review and make notes from parties' monitoring tours

| | | |
|---|---|---|
| 02/29/08 | Review and respond to parties' email communication | 0.75 |

Total……………………………………………………………………..

$$76.05 \ X \ \$200/hour = \$ \ 15,210$$
$$14 \quad X \ \$ \ 90/hour = \$ \ \ 1,260$$
$$\$ \ \ 16,470$$

\* denotes travel time at lower rate

## Disbursements/Expenses for February 2008

| Date | Activity | Amount |
|---|---|---|
| 2/01/08 | Mileage and tolls between Kentfield and Sacramento (192 miles at 48.5 cents per mile) | 105.12 |
| 2/01/08 | Parking for Sacramento meetings | 13.00 |
| 02/14/08 | Airport parking for LACJ trip | 41.40 |
| 02/14/08 | Airfare for LACJ trip | 299.93 |
| 02/14/08 | Rental car for LACJ trip | 154.45 |
| 02/14/08 | Hotel for LACJ trip | 353.32 |
| 02/14/08 | Parking during LACJ trip | 14.00 |
| 02/14/08 | Meals during LACJ trip | 85.03 |

Total………………………………………………………...………………$ 1,066.25

**Total Fees and Expenses:  $17,536.25**

.

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for February 2008**

| Date | Activity | Time/Hours |
|------|----------|-----------|
| 2/10/08 | Review FRSMC policy and plaintiff response, EID Policy, mentally ill parolee policy | .75 |
| 2/11/08 | Call Morrison, calls with defendants re: bed space ICDPT, decision-matrix call scheduling, EID response By plaintiffs | .85 |
| 2/12/08 | Discuss monitoring and meet and confer with plaintiffs, And defendants, Talk to Gov's office re: BPH, Call with Carter re: decision matrix, calls and e-mails with defendants Re: decision matrix and ICDPT placements and status of Facility opening | 3.20 |
| 2/13/04 | E-mails defendants | .30 |
| 2/14/08 | Conference call defendants, calls and e-mails to plaintiffs and defendants re: community based ICDTP, Call Riveland, e-mails plaintiffs | 4.25 |
| 2/15/08 | Calls Whitney and Hoffman | .30 |
| 2/19/08 | Calls with plaintiffs and defendants regarding meeting On ICDPT on 2/21 and to understand what the problems Are with placing parolees in regions throughout the state Defendant EID response | 3.80 |
| 2/20/08 | Calls with plaintiffs and defendants to cancel 2/21 meeting And define agenda for additional meeting on 2/28 and Discussion of budget and monitoring tour...Discussion Of additional tour in region IV | 1.45 |
| 2/21/08 | Call with Morrison, Devencenzi, agenda for Meet and Confer | 2.15 |
| 2/22/08 | Prepare and send meet and confer agenda, calls Nelson, Galvan | 2.10 |
| 2/23/08 | Review ICDTP spread sheets, LACJ response, review Plaintiffs response regarding appeals | 1.20 |
| 2/25/08 | Call Winistorfer re: Matrix training | .25 |
| 2/26/08 | Review expenditure memo, call Nelson re: meet and Confer, schedule meetings with Hoffman and Hoshino | .45 |
| 2/26/08 | Travel from Bainbridge to Sacramento | 8.50* |
| 2/27/08 | Meet and confer, call defendants, monitoring report Reviews, modify agenda | 7.00 |
| 2/28/08 | Meeting Hoshino, Meeting with DARS, DAPO, OLA And plaintiffs, meeting defendants about follow-up items | 7.00 |

| | | |
|---|---|---|
| 2/28/08 | Travel from Sacramento to Bainbridge | 6.00* |
| 2/29/08 | Calls and e-mail with defendants and Riveland re: decision review process; check in with plaintiffs re: meet and confer; read Comito recommendation | 3 .40 |

**Total**.......................................................................**52.95**

14.5  X $90/hour =   $1305.00
38.45 X $180/hour = $6921.00

*denotes travel time at lower rate

## Disbursements/Expenses for February 2008

| Date | Activity | Amount |
|---|---|---|
| 2/26/08 | POV: Bainbridge Island to SeaTac: 17mi@.50.5/mi | 8.59 |
| 2/26/08 | Ferry | 11.55 |
| 2/26/08 | Airfare | 416.00 |
| 2/26/08 | Meals | 21.74 |
| 2/26/08 | Hotel | 101.26 |
| 2/27/08 | Parking | 13.00 |
| 2/27/08 | Hotel | 238.06 |
| 2/28/08 | Meals | 11.69 |
| 2/28/08 | Meeting Parking | 13.00 |
| 2/28/08 | Auto Rental | 230.96 |
| 2/28/08 | Airport Parking | 31.58 |
| 2/28/08 | POV: SeaTac to Bainbridge Island: 17mi@.50.5/mi | 8.59 |
| 2/28/07 | Ferry Cost | 11.55 |

| | |
|---|---|
| Total Expenses | $1117.57 |

**Total Fees and Expenses:**                    **$9,343.57**