UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY, and HOSSIE WELCH, on their own behalf and on behalf of the class of all persons similarly situated,

    Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER, Governor of the State of California, et al.,

    Defendants.

/

NO. CIV. S-94-671 LKK/GGH

O R D E R

The court is in receipt of the Defendants' Objections to the Report and Recommendations by the Special Master filed on February 25, 2008 and the Plaintiffs' Request for Adoption of the Special Master's Recommendations, With Amendments. The Defendants' objections are substantial and, for this reason and in the interests of justice, the court grants the Plaintiffs leave to respond to them. The court therefore ORDERS:

    1.    The Plaintiffs' response, if any, to the Defendants' objections shall be filed and served no later than seven

1

```
1              days from the date of this order;
2       2.   Plaintiffs' response shall be no longer than 10 pages.
3       IT IS SO ORDERED.
4       DATED: March 4, 2008.
```

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2