UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, ALFRED YANCY, and HOSSIE WELCH, on their own behalf and on behalf of the class of all persons similarly situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, Governor of the State of California, et al.,<br><br>    Defendants.<br>_____/ | NO. CIV. S-94-671 LKK/GGH<br><br><br><br>O R D E R |

On February 25, 2008, the Special Master filed his report and recommendations regarding the use of hearsay evidence in parole revocation proceedings. See Permanent Injunction, at 6. The defendants have filed objections to the Special Master's report; the plaintiffs encourage the court to adopt it, with modification. The court declines both parties' requests and adopts the Special Master's report and recommendations.

Despite defendants' objections, the court agrees with the Special Master's interpretation of United States v. Comito, 177

1

F.3d 1166 (9th Cir. 1999), United States v. Hall, 419 F.3d 980 (9th Cir. 2005) and related hearsay cases in this Circuit, and their application to the defendants' parole revocation proceedings. His findings of fact are supported by the record. The Special Master's recommendations appear to the court well-calculated to ensure the due process protections as expressed by the Supreme Court and the Ninth Circuit are respected. All of defendants' objections are overruled.

Plaintiffs' principally request that the Special Master's recommendations be amended to include concrete deadlines by which the defendants must accomplish certain remedial measures.[1] The court declines to do so and defers to the Special Master, in his conscientious attention to and intimate knowledge of the case, to ensure that the remedial measures ordered are completed expeditiously.

Accordingly, the court ORDERS:

1. The court ADOPTS the Special Master's Report and Recommendations Regarding Motion to Enforce Paragraph 24 of the Valdivia Permanent Injunction (Docket No. 1398);
2. The parties SHALL undertake the acts recommended by the Special Master at pp. 26-29 of the Report. The court defers to the Special Master to ensure these acts are

---

[1] The plaintiffs also request the court modify the Report to state that the denial of plaintiffs' motions are made without prejudice. It appears that this is apparent by the language employed by the Special Master and that such modification is unnecessary.

1 timely accomplished.  Should he believe necessary, the
2 Special Master may move the court to require specific
3 deadlines.
4 IT IS SO ORDERED.
5 DATED: March 25, 2008.

```
                                    /s/ Lawrence K. Karlton
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
```