UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of March 2008. Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

Chase Riveland
Valdivia Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

////

1

1  the amount of $72,727.68 accordance with the attached statement;
2  and
3      2.  A copy of this order shall be served on the financial
4  department of this court.
5      IT IS SO ORDERED.
6      DATED: April 2, 2008.

            /s/ Lawrence K. Karlton
            LAWRENCE K. KARLTON
            SENIOR JUDGE
            UNITED STATES DISTRICT COURT

2

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
    v.                                            No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
    _____/

The Special Master hereby submits his statement for fees and disbursements for the period of March 1 through March 31, 2008.

Chase Riveland, Special Master
    Services                              $ 13,700.00
    Disbursements                    $   2.098.12

        Total amount due                                      $ 15,798.12

Virginia Morrison, Deputy Special Master
    Services                              $ 38,524.00
    Disbursements                    $      300.12
        Total amount due                                      $ 38,824.12

Nancy Campbell, Deputy Special Master
    Services                              $ 16,344.00
    Disbursements                    $   1,761.44

        Total amount due                                      $ 18,105.44

        TOTAL AMOUNT TO BE REIMBURSED              **$ 72,727.68**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                                              April 1, 2008
Special Master

## OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO:      Ms. Susan Peterson, Financial Administrator

FROM:   /S/ Chase Riveland
Chase Riveland, Special Master, *Valdivia*

Date:   April 1, 2008

RE:     Reimbursement for fees and disbursements expended during the period ending March 31, 2008.

Please send the check to the following individual for the amount indicated.

      Chase Riveland
      Valdivia Special Master
      5714 Deer Harbor Road
      Box 367
      Deer Harbor, WA   98243

                Amount to be reimbursed: **$ 72,727.68**

*Valdivia et al. v. Schwarzenegger et al.*     No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for March 2008**

| Date | Activity | Time/Hour |
|---|---|---|
| 3/1/08 | Review: DVI self-monitoring tour; Morrison correspondence | .9 |
| 3/3/08 | Review correspondence: Weltman-Fahs, Whitney, Galvin, communication w/OSM team | 1.3 |
| 3/4/08 | Review correspondence: Whitney, Morrison, Campbell, Region 1 Monitoring tour, | 1.5 |
| 3/5/08 | Conference call Morrison, Campbell; CalPAP add-on report; review correspondence: Devencenzi, Morrison, Campbell. Baldwin | 2.8 |
| 3/6/08 | Review correspondence: Devencenzi, Sullivan, Christian, Morrison, Campbell; telephone Campbell | .8 |
| 3/7/08 | Conference call: Defendants and SM team; review correspondence: Ecklund, Devencenzi, Morrison, Campbell, Whitney, Galvin | 1.8 |
| 3/8/08 | Review correspondence: Galvin, Morrison, Campbell, Mania, Sullivan; Conference call: Defendants and SM team | 2.3 |
| 3/9/08 | Review draft SM 4th report; conference call with Campbell and Morrison | 3.1 |
| 3/10/08 | Review correspondence: Devencenzi, Morrison, Campbell, Sullivan, Mania; LACJ Monitoring report | 2.6 |
| 3/11/08 | Travel: Deer Harbor to Sacramento | 6.5 * |
| 3/11/08 | Revie draft of SM 4th Report; review and prepare correspondence: Campbell, Morrison, Galvin, Devencenzi, Whitney | 3.3 |

| Date | Description | Hours |
|---|---|---|
| 3/12/08 | Meet with Defendants and SM team; Meet w/all parties | 4.0 |
| 3/13/08 | Travel: Sacramento to Deer Harbor | 6.5 * |
| 3/13/08 | Telephone: Morrison; Review correspondence: Morrison, Campbell, Devencenzi | 1.2 |
| 3/14/08 | Telephone: Campbell, Whitney, Rice, conference call: Morrison, Campbell; Review materials: Whitney, Rice, Morrison, Campbell | 4.6 |
| 3/15/08 | Review correspondence: Baldwin, Morrison, Whitney | .9 |
| 3/16/08 | Review correspondence and reports: Morrison, Devencenzi, Campbell, Morris, Harrison, Nelson, Katherine | 1.8 |
| 3/18/08 | Review materials: Morrison, Weitman-Fahs, Campbell, Galvin | .9 |
| 3/19/08 | Telephone: Devencenzi, Morrison; Review materials: Galvin, Morrison, Christian, Ecklund | 2.7 |
| 3/20/08 | Telephone: Campbell | .3 |
| 3/20/08 | Travel: Deer Harbor to Sacramento | 6.5 * |
| 3/21/08 | Meet: Defendants/ Defendants and AG's; meet w/Morrison Review materials: Morrison, Whitney, Nelson, Devencenzi; Telephone: Lopes | 5.6 |
| 3/22/08 | Travel: Sacramento to Deer Harbor | 6.5 * |
| 3/22/08 | Telephone: Morrison; review materials: Whitney, Galvin, Devencensi | 2.1 |
| 3/24/08 | Telephone conferences: Plaintiffs, Defendants, Morrison Review materials: Morrison, Whitney, Bien, Prewitt Review draft of SM 4th Report | 4.6 |
| 3/25/08 | telephone: Devencenzi; review materials: Devencenzi, Prew | .7 |
| 3/26/08 | Review draft of SM 4th report, finalize and transmit; telephone: Morrison, Campbell, Defendants, Plaintiffs | 3.9 |
| 3/27/08 | Reviewed materials from: Baldwin, Morrison, Devencenzi | .4 |
| 3/28/08 | Review correspondence: Campbell, Nelson, Carvo, Baldwin Devencenzi | 1.8 |

| | | |
|---|---|---:|
| 3/31/08 | Telephone: Morrison; review correspondence: Morrison, Galvin | <u>.9</u><br>56.8 hrs<br>26.0 hrs * |

$$56.8 \text{ hrs.} \times \$200 = \$11,360.00$$
$$*26.0 \text{ hrs.} \times \$\ 90 = \underline{\$\ 2,340.00}$$
$$\$13,700.00$$

\* Denotes travel time @ $90/hour

## Expenses for March 2008

| Date | Activity | Amount |
|---|---|---:|
| 3/11/08 | Travel; Seaplane from Deer Harbor to Seattle, roundtrip | $ 215.00 |
| 3/11/08 | Taxi: Lake Union to Seatac airport | 42.00 |
| 3/11/08 | Roundtrip airfare: Seattle to Sacramento and return | 322.00 |
| 3/11/08 | Dinner | 26.89 |
| 3/12/08 | Overnight parking | 16.00 |

| | | |
|---|---|---|
| 3/12/08 | 3 meals | 51.88 |
| 3/12/08 | Day parking | 13.00 |
| 3/13/08 | Hotel: 2 nights | 222.50 |
| 3/13/08 | Night parking | 16.00 |
| 3/13/08 | Rental car, 2 days | 92.66 |
| 3/13/08 | Taxi: Seatac airport to lake Union | 42.00 |
| 3/20/08 | Roundtrip airfare: Deer Harbor/Seattle and return | 215.00 |
| 3/20/08 | Roundtrip airfare: Seattle/Sacramento and return | 322.00 |
| 3/20/08 | Dinner | 23.88 |
| 3/21/08 | Overnight parking | 16.00 |
| 3/21/08 | three meals | 52.90 |
| 3/21/08 | Day parking | 10.00 |
| 3/22/08 | Hotel: 2 nights | 251.64 |
| 3/22/08 | Rental car: 2 days | 31.78 |
| 3/22/08 | Taxi: Seatac to Lake Union seaplanes | 42.00 |
| 3/22/08 | 2 meals | <u>15.77</u> |
| | | $ 2,098.12 |

Fees and Expenses: $ 13,700 + $ 2,098.12 = <u>$15,798.12</u>

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
Services rendered by Virginia Morrison
Tax #: 51-0433003

**Fees for March 2008**

| Date | Activity | Time/Hours |
|---|---|---|
| 03/01/08 | Review and make notes on parties' monitoring tour reports; review *Comito* filings; email communication w/OSM team | 2.8 |
| 03/02/08 | Review and make notes on parties' monitoring tour reports; telephone conference w/N. Campbell | 3.7 |
| 03/03/08 | Review and make notes on parties' monitoring tour reports; email communication and telephone conferences w/OSM team, the court, and w/all parties | 7.2 |
| 03/04/08 | Draft OSM report sections; telephone conference w/M. Swanson; review and make notes on parties' monitoring tour reports | 4.0 |
| 03/05/08 | Review and make notes on parties' monitoring tour reports; email communication w/parties and OSM team; review case law concerning telephonic hearings; draft OSM report sections | 8.7 |
| 03/06/08 | Review and analyze material provided by defendants | 7.8 |
| 03/07/08 | Telephone conferences w/OSM team, defendants, and plaintiffs re: OSM report, mentally ill parolees, projects' status updates, remedial sanctions; review parties' materials re: decision review, mentally ill parolees, and ICDTP policies; draft OSM report sections | 10.5 |
| 03/08/08 | Review and analyze documents and monitoring reports; draft OSM report sections; email communication w/the parties and OSM team | 11.0 |

| Date | Description | Hours |
|---|---|---|
| 03/09/08 | Review and analyze documents; draft OSM report sections; telephone conferences and email communication w/OSM team; review materials regarding mentally ill parolees | 12.6 |
| 03/10/08 | Review and analyze documents; draft OSM report sections; telephone conferences and email communication w/OSM team and parties | 13.6 |
| 3/11/08 | Review and analyze documents; draft OSM report sections; telephone conferences and email communication w/OSM team and parties | 9.0 |
| 03/12/08 | Travel between Kentfield and Sacramento (less time spent on other matters) | 2.25* |
| 03/12/08 | Participate in meetings concerning decisionmaking matrix, self-monitoring, oversight of mentally ill parolees, data gathering; analyze documents for OSM report; email communication w/defendants re: mentally ill parolees | 7.25 |
| 03/13/08 | Telephone conferences and email communication w/OSM team and parties re: mentally ill parolees, RSTS production, task force | 3.4 |
| 03/14/08 | Review and analyze documents; email communication w/defendants; telephone conference w/OSM team; draft OSM report sections | 7.6 |
| 03/15/08 | Review and analyze documents; draft OSM report sections; email communication w/defendants re: RSTS and monitoring | 8.4 |
| 03/17/08 | Review and analyze documents; draft OSM report sections; email communication w/plaintiffs, CalPAP and N. Campbell | 9.0 |
| 03/18/08 | Participate in monitoring tour of CBC and DAPO Region II headquarters; telephone conference w/defendants re: mentally ill parolees and status of policies and procedures; email communication w/parties and OSM team re: remedial sanctions | 6.25 |
| 03/18/08 | Travel between Kentfield, East Palo Alto and Oakland | 2.75* |

| Date | Description | Hours |
|---|---|---|
| 03/19/08 | Telephone conferences w/OSM team and parties; review email communication among parties and documents re: remedial sanctions, status of policies and procedures, and data; review and analyze documents re: mentally ill parolees; draft OSM report sections | 7.7 |
| 03/20/08 | Travel between Kentfield and Richmond | 1.2* |
| 03/20/08 | Conference w/N. Campbell; participate in tour of West County Detention Facility; telephone conferences w/N. Campbell and defendants; review email communication among parties re: NIC policies, meet and confers, DC training; draft OSM report section | 6.3 |
| 03/21/08 | Travel between Kentfield, Richmond and Sacramento (less time spent on other matters) | 3.4* |
| 03/21/08 | Participate in tour of community treatment program; conference w/defendants and Special Master re: mentally ill parolees; telephone conferences w/plaintiffs and defendants; review email communication among parties; review documents re: mentally ill parolees; conferences w/Special Master | 4.5 |
| 03/22/08 | Telephone conference w/C. Riveland; review and analyze documents; draft OSM report sections | 3.75 |
| 03/23/08 | Review and analyze documents; draft OSM report sections; email communication w/defendants | 10.3 |
| 03/24/08 | Telephone conferences w/C. Riveland, plaintiffs, defendants, and a colleague re: mentally ill parolees; email communication re: same; draft OSM report sections | 5.2 |
| 03/25/08 | Review and analyze documents; draft OSM report sections; telephone conference w/N. Campbell; review court's order | 4.9 |
| 03/26/08 | Draft OSM report sections; review and analyze documents; telephone conference w/C. Riveland; prepare supporting documents | 7.7 |

| Date | Activity | Hours |
|---|---|---|
| 03/27/08 | Review and notate documents; telephone conference w/N. Campbell; email communication w/parties; draft methodology description | 3.6 |
| 03/29/08 | Conference w/Plaintiffs re: mentally ill parolees | 0.25 |
| 03/31/08 | Telephone conferences re: mentally ill parolees and data gathering; email communication w/parties re: staffing, policies, telephonic hearings | 1.3 |

Total..................................................................................

$$188.3 \text{ X } \$200/\text{hour} = \$ 37,660$$
$$9.6 \text{ X } \$ 90/\text{hour} = \$ \phantom{00}864$$
$$\$ 38,524$$

\* denotes travel time at lower rate

## Disbursements/Expenses for March 2008

| Date | Activity | Amount |
|---|---|---|
| 03/18/08 | Mileage and tolls between Kentfield, East Palo Alto and Oakland (103 mi.@ 50.5 cents per mile) | 61.02 |
| 03/18/08 | Meal during monitoring tour | 11.56 |
| 03/18/08 | Parking for DAPO Region II visit | 12.00 |
| 03/20/08 | Meal during Contra Costa county jail tour | 19.88 |
| 03/20/08 | Mileage and tolls between Kentfield and Richmond (28 mi.@ 50.5 cents per mile) | 18.14 |
| 03/21/08 | Mileage and tolls between Kentfield, Richmond and Sacramento (180 mi.@ 50.5 cents per mile) | 94.90 |

| | | |
|---|---|---|
| 03/21/08 | Parking for Sacramento meetings | 10.50 |
| 03/21/08 | Meal between Sacramento meetings | 9.72 |
| 03/31/08 | Conference calls (3/3(x2), 3/7, 3/9, 3/14, 3/24) | 62.40 |

Total Expenses......................................................................…................$ 300.12

**Total Fees and Expenses:  $ 38,824.12**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for March 2008**

| Date | Activity | Time/Hours |
|---|---|---|
| 3/2/08 | Call Morrison | .75 |
| 3/3/08 | Call Morrison, Conference call OSM team, e-mails re: March 12th meeting on decision-matrix, Review Comito Responses | 1.50 |
| 3/4/08 | E-mails re: March 12th briefing; calls defendants, review Monitoring reports | 2.45 |
| 3/5/08 | Calls Riveland, Morrison, arrangements for Region II tour, report writing, calls and e-mails defendants re: Report data | 6.75 |
| 3/6/08 | Calls Morrison re: data for report, Monthly check in With DAGs and OLA, is data analysis and report writing | 7.15 |
| 3/7/08 | Report Writing | 6.40 |
| 3/8/08 | Conference Call OSM Team, report writing | 7.10 |
| 3/9/08 | Review and comment on CEPP presentation; e-mails To defendants re: data, report writing | 4.75 |
| 3/10/08 | Report writing e-mails and calls defendants and Morrison | 7.25 |
| 3/11/08 | Report writing e-mails and calls defendants and Morrison | 5.50 |
| 3/12/08 | Travel to Sacramento | 4.50* |
| 3/12/08 | Meeting re: compliance and Decision-Matrix Presentation | 3.0 |
| 3/12/08 | Return from Sacramento | 6.5* |
| 3/13/08 | Call Riveland, OSM team call, e-mails and calls to plaintiffs re: monitoring visits, defendants and plaintiffs re: April meet and confer | 2.30 |
| 3/14/08 | OSM Team call | .60 |
| 3/17/08 | Call defendants re: decision matrix and plaintiffs re: Region IV monitoring tour; arrangements for Region II monitoring; Call Riveland | 2.35 |
| 3/18/08 | E-mail Hoshino, review Region IV prelim monitoring Report; e-mails re: April meet and confer | 1.30 |
| 3/19/08 | Travel to Lafayette from Bainbridge Island | 5.55* |
| 3/20/08 | Monitor PC hearings at Contra Costa Jail, meet Morrison, OSM report writing | 7.15 |
| 3/21/08 | Monitoring visits of Neighborhood House and CURA ICDTP programs | 2.15 |
| 3/21/08 | Travel from San Jose to Bainbridge Island | 5.25* |
| 3/24/08 | Review mentally Ill update and e-mail correspondence, | 1.20 |

| Date | Activity | Amount |
|---|---|---|
| | Edits for OSM report | |
| 3/25/08 | Calls and e-mails defendants re: report data; report Edits and writing, Review Responses on OSM Comito report and Court's order on Comito | 4.75 |
| 3/26/08 | OSM report edits and writing, call Riveland | 3.75 |
| 3/27/08 | Calls DARS and DAPO re: ICDTP bed count and back Log; e-mails re: prep for meet and confer With parties re: meet and confer items | 1.30 |
| 3/31/08 | Call Morrison, e-mail defendants re: possible pre-meeting | .45 |

**Total..................................................................................101.70**

$$79.90 \times \$180/\text{hour} = \$14,382.00$$
$$21.80 \times \$90/\text{hour} = \underline{\$\ 1,962.00}$$
$$\$16,344.00$$

*denotes travel time at lower rate

## Disbursements/Expenses for March 2008

| Date | Activity | Amount |
|---|---|---|
| 3/10/80 | Cost for Groove Filing System | 86.83 |
| 3/12/08 | POV: Bainbridge Island to Ferry: 5@50.5/mi | 2.53 |
| 3/12/08 | Taxi to SEATAC | 35.00 |
| 3/12/08 | Airfare | 345.60 |
| 3/12/08 | Meals | 20.49 |
| 3/12/08 | Taxi to Ferry | 35.00 |
| 3/12/08 | Ferry | 6.70 |
| 3/12/08 | Parking | 13.00 |
| 3/12/08 | POV: Ferry to Home: 5@50.5/mi | 2.50 |
| 3/19/08 | POV: Bainbridge Island to SeaTac: 5@50.5/mi | 8.59 |
| 3/19/08 | Ferry | 11.55 |
| 3/19/08 | Airfare | 364.00 |
| 3/19-21/08 | Hotel | 347.85 |
| 3/19-21/08 | Meals | 88.41 |
| 3/21/08 | Rental Car | 314.25 |
| 3/21/08 | Airport Parking | 59.00 |
| 3/21/08 | POV: SeaTac to Bainbridge Island: 17mi@.45/mi | 8.59 |
| 3/21/08 | Ferry Cost | 11.55 |
| **Total Fees** | | **1761.44** |

**Total Fees and Expenses:** $18,105.44