BINGHAM, McCUTCHEN LLP
GEOFFREY HOLTZ – 191370
KRISTEN A. PALUMBO – 215857
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

PRISON LAW OFFICE
DONALD SPECTER – 83925
General Delivery
San Quentin, California 94964
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
HOLLY M. BALDWIN – 191317
ERNEST GALVAN – 196065
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ARNOLD SCHWARZENEGGER, et al., <br><br> Defendants. | No. Civ. S-94-0671 LKK/GGH <br><br> ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2007 |

PDF created with pdfFactory trial version www.pdffactory.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al.,   )<br>                                               )<br>         Plaintiffs,                 )<br>                                               )<br>v.                                          )<br>                                               )<br>ARNOLD SCHWARZENEGGER, et al., )<br>                                               )<br>Defendants.                         )<br>_____) | Case No. CIV S-94-0671 LKK/GGH<br><br>**ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2007** |

On April 7, 2008, the parties in this case submitted a Stipulation confirming the results of their meet and confer session concerning fees and costs for the Fourth Quarter of 2007, pursuant to the July 8, 2004, periodic fees order in this case.

Pursuant to the stipulation filed on April 7, 2008, IT IS HEREBY ORDERED that plaintiffs' fees and costs of $491,277.70, plus interest, are due and collectable as of forty-five days from the date of entry of this Order. Daily interest runs from March 13, 2008 at the rate provided by 28 U.S.C. § 1961.

IT IS SO ORDERED.

Dated: April 8, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT