EDMUND G. BROWN JR.
Attorney General of the State of California
JAMES M. HUMES
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ROCHELLE C. EAST
Supervising Deputy Attorney General
VICKIE P. WHITNEY, State Bar No. 145316
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-8194
 Fax: (916) 324-5205
 Email: Vickie.Whitney@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JERRY VALDIVIA, et al.,**<br><br>                                  Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>                                  Defendants. | 2:94-cv-0671 LKK GGH P<br><br>**STIPULATION AND ORDER SHORTENING TIME FOR BRIEFING AND HEARING ON DEFENDANTS' MOTION TO STAY THE COURT'S MARCH 25, 2008, ORDER ADOPTING THE SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING MOTION TO ENFORCE PARAGRAPH 24 OF THE *VALDIVIA* PERMANENT INJUNCTION**<br><br>Courtroom: 4<br>Judge: Hon. Lawrence K. Karlton |

The parties, by and through their counsel, stipulate as follows:

That the hearing on Defendants' Motion to Stay the Court's Order of March 25, 2008, Adopting the Report and Recommendation Regarding Motion to Enforce Paragraph 24 of the *Valdivia* Permanent Injunction, filed by the Special Master on February 8, 2008 (Motion to Stay), be set for an expedited hearing before this Court on **May 5, 2008, at 10:00 a.m.**

/ / /

1    The parties request that the proposed briefing schedule for the hearing on Defendants'
2 motion be adopted as follows:
3    Defendants' Motion to Stay, including their Notice of Motion and Motion, Memorandum of
4 Points and Authorities, accompanying declarations, and any exhibits shall be filed with the Court
5 on April 8, 2008;
6    Plaintiffs' Opposition to the Motion to Stay shall be filed by April 24, 2008.
7    Defendants' Reply, if any, shall be filed by April 30, 2008.
8    IT IS SO STIPULATED.

Dated: April 8, 2008        By:  /s/ *Vickie P. Whitney*
                                 VICKIE P. WHITNEY
                                 Supervising Deputy Attorney General
                                 Office of the Attorney General
                                 Attorneys for Defendants

Dated: April 8, 2008        By:  /s/ *Loren G. Stewart*
                                 LOREN G. STEWART
                                 Rosen, Bien & Galvan, LLP
                                 Attorneys for Plaintiffs

   IT IS SO ORDERED.

Dated: April 9, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT