| | |
|---|---|
| PRISON LAW OFFICE<br>DONALD SPECTER – 83925<br>General Delivery<br>San Quentin, California 94964<br>Telephone: (415) 457-9144<br><br>ROSEN, BIEN & GALVAN, LLP<br>MICHAEL W. BIEN – 096891<br>ERNEST GALVAN – 196065<br>LOREN G. STEWART – 243645<br>315 Montgomery Street, 10th Floor<br>San Francisco, California 94104<br>Telephone (415) 433-6830 | BINGHAM, McCUTCHEN LLP<br>GEOFFREY THOMAS HOLTZ – 191370<br>KRISTEN A. PALUMBO – 215857<br>Three Embarcadero Center<br>San Francisco, California 94111-4067<br>Telephone: (415) 393-2000 |

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>     Defendants. | Case No. Civ. S-94-0671 LKK/GGH<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR MEET AND CONFER REGARDING REMEDIAL SANCTIONS** |

[207453-2]

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR MEET AND CONFER REGARDING REMEDIAL SANCTIONS - Case No. Civ. S-94-0671 LKK/GGH

1  WHEREAS, on April 3, 2007, the parties filed a Stipulation and Proposed Order Regarding Remedial Sanctions; and

2  WHEREAS, on April 4, 2007, the Court entered the Stipulation and Order Regarding Remedial Sanctions; and

3  WHEREAS, the Stipulation and Order Regarding Remedial Sanctions requires that the parties meet and confer on or before April 30, 2008 as to whether and to what extent, the RMSC, FRMSC, and PSC programs shall remain available as remedial sanctions; and

4  WHEREAS, in the Valdivia Remedial Plan Policy Outline attached to the Permanent Injunction in this case, Defendants set forth a specific goal for remedial sanctions, "to reduce the number of returns to prison for violations of parole by up to 10% in 2004 and by up to 30% by 2006," and

5  WHEREAS, the parties have not yet met and conferred regarding the continued availability of these programs as remedial sanctions; and

6  WHEREAS, the parties seek to have a meaningful process of exploring the continued availability of these programs and the impact they can have in reaching the goal of reducing returns to prison through the use of remedial sanctions; and

7  WHEREAS, Defendants agreed to use the RMSC, FRMSC, and PSC programs as remedial sanctions during the period covered by the April 4, 2007 Stipulation and Order Regarding Remedial Sanctions; and

8  WHEREAS, Defendants have agreed to continue the use of RMSC, FRMSC, and PSC programs as remedial sanctions at least until the parties come to an agreement through a meet and confer process on the continued availability of these programs as remedial sanctions;

//
//
//
//
//

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR MEET AND CONFER REGARDING REMEDIAL SANCTIONS - Case No. Civ. S-94-0671 LKK/GGH

[207453-2]

1    The parties, by and through their counsel, agree that they shall meet and confer on or
2 before July 25, 2008, as to whether and to what extent, the RMSC, FRMSC, and PSC
3 programs shall remain available as remedial sanctions.
4 IT IS SO STIPULATED.
5 DATED: April 30, 2008                                    ROSEN, BIEN & GALVAN LLP

7                                                          By: */s/ Ernest Galvan*
                                                           ERNEST GALVAN
8                                                          Attorneys for Plaintiffs

9 DATED: April 30, 2008                                    OFFICE OF THE ATTORNEY
                                                           GENERAL of the STATE OF
10                                                         CALIFORNIA

12                                                         By: */s/ Vickie P. Whitney*
                                                           VICKIE P. WHITNEY
13                                                         Supervising Deputy Attorney General
                                                           Attorneys for Defendants

15 IT IS SO ORDERED.
16 Date: May 1, 2008

                                        LAWRENCE K. KARLTON
                                        SENIOR JUDGE
                                        UNITED STATES DISTRICT COURT

[207453-2]

2
STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR MEET AND CONFER REGARDING
REMEDIAL SANCTIONS - Case No. Civ. S-94-0671 LKK/GGH