UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

NO. CIV. S-94-671 LKK/GGH

Plaintiffs,

v.

O R D E R

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

Defendants.
_____/

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of April 2008. Good cause appearing, it is ORDERED that:

   1. The Clerk is directed to pay to:

   Chase Riveland
   <u>Valdivia</u> Special Master
   5714 Deer Harbor Road, Box 367
   Deer Harbor, WA  98243

////

1

1 the amount of $35,276.91, in accordance with the attached
2 statement; and
3     2.  A copy of this order shall be served on the financial
4 department of this court.
5     IT IS SO ORDERED.
6     DATED: May 6, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
    v.

No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of April 1 through April 30, 2008.

Chase Riveland, Special Master
    Services                     $ 12,810.00
    Disbursements          $      776.23

        Total amount due                          $13,586.23

Virginia Morrison, Deputy Special Master
    Services                     $ 14,939.00
    Disbursements          $      486.45
        Total amount due                          $ 15,425.45

Nancy Campbell, Deputy Special Master
    Services                     $ 5,508.00
    Disbursements          $    757.23

        Total amount due                          $ 6,265.23

    TOTAL AMOUNT TO BE REIMBURSED      **$ 35,276.91**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                                      May 1, 2008
Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO:     Ms. Susan Peterson, Financial Administrator

FROM:   /S/ Chase Riveland
        Chase Riveland, Special Master, *Valdivia*

Date:   May 1, 2008

RE:     Reimbursement for fees and disbursements expended during the period ending April 30, 2008.

Please send the check to the following individual for the amount indicated.

>   Chase Riveland
>   Valdivia Special Master
>   5714 Deer Harbor Road
>   Box 367
>   Deer Harbor, WA  98243

                              Amount to be reimbursed: $

*Valdivia et al. v. Schwarzenegger et al.*     No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for April 2008**

| Date | Activity | Time/Hour |
|---|---|---|
| 4/1/08 | Telephone: Campbell; correspondence: Morrison, Campbell, Baldwin | .7 |
| 4/2/08 | Review materials: Wilkinson, Devencenzi, Baldwin, Harrison, Morrison | .8 |
| 4/3/08 | Review materials: Devencenzi, Morrison, Carvo, Campbell | 1.2 |
| 4/4/08 | Review materials: ICDTP, MIO Plan; Telephone conference: Defendants, Morrison; review correspondence: Morris, Devencenzi, Morrison, Campbell | 2.9 |
| 4/5/08 | Preparation for 2 meet and confers w/both parties | 4.6 |
| 4/6/08 | Travel: Deer Harbor to Sacramento | 6.5 * |
| 4/7/08 | Meet w/ Campbell; meet w/all parties, telephone: Morrison, Campbell, correspondence: Whitney, Campbell, Morrison | 8.5 |
| 4/8/08 | Meet w/Morrison, meet w/all parties; meet w/ Judge Karlton; correspondence: Berger | 7.8 |
| 4/9/08 | Meet w/Currier, Jett; correpondence: Court documents | 1.6 |
| 4/10/08 | Travel: Sacramento to Deer Harbor | 6.5 * |
| 4/11/08 | Correspondence: Devencenzi, Morrison, Boyd | 1.1 |
| 4/12/08 | Telephone: Morrison; review DVI tour report | 1.5 |
| 4/14/08 | Review correspondence and documents: Devencenzi, Morrison, Campbell, Wilkinson, Baldwin | 2.9 |

| Date | Description | Hours |
|---|---|---|
| 4/15/08 | Review correspondence and documents: Baldwin, Devencenzi, Morrison, Rice | .8 |
| 4/16/08 | Telephone: Campbell, Morrison; review correspondence: Christian, Morrison, Campbell, Galvin | 1.6 |
| 4/18/08 | Review draft long-term memo re: MIO | 1.1 |
| 4/19/08 | Review correspondence: Morrison, Campbell, Galvin | .6 |
| 4/20/08 | Review Plaintiff, Defendant and CalPAP response to SM draft 4th Report | 2.2 |
| 4/21/08 | Telephone conference w/Campbell, Morrison; conference call: Plaintiffs and Morrison | 3.5 |
| 4/22/08 | Review correspondence: Morrison, Campbell, Johnson-Silk | .3 |
| 4/23/08 | Review correspondence: Campbell, Morrison, Whitney, Galvin, work on final 4th term SM report | 1.9 |
| 4/24/08 | Telephone: Morrison, Morrison and Defendants; review materials: Defendant monitoring tour of SRCJ, correspondence: Galvin, Devencenzi, Morrison, Campbell | 3.8 |
| 4/25/08 | Review Defendant MIO Plan; correspondence: Devencenzi, Morrison, Galvin | 1.4 |
| 4/26/08 | Review and compare two parties "compliance plans" for EID | .9 |
| 4/27/08 | Correspondence: All parties; telephone: Morrison | .5 |
| 4/28/08 | Complete SM Report and submit; correspondence: Morrison, Campbell, Devencenzi, Galvin, | 3.7 |
| 4/29/08 | Review correspondence: CalPAP statistics for March; Galvin, Devencenzi, Campbell, Morrison | .9 |
| 4/30/08 | Review Plaintiff response re: Interim MIO plan; correspondence: Devencenzi, Campbell, Morrison, Galvin | 1.6 |

$$\begin{aligned} 58.2 \text{ hrs. X } \$200 &= \$\ 11{,}640.00 \\ *13.0 \text{ hrs. X } \$\ 90 &= \underline{\$\ \ 1{,}170.00} \\ &\ \ \mathbf{\$\ 12{,}810.00} \end{aligned}$$

* Denotes travel time @ $90/hour

### Expenses for April 2008

| Date | Activity | Amount |
|---|---|---|
| 4/6/08 | Airfare: Roundtrip Deer harbor to Lake Union/Seattle | 216.00 |
| 4/6/08 | Shuttle to airport | 10.00 |
| 4/6/08 | Airfare: Roundtrip: Seattle/ Sacramento and return | 322.00 |
| 4/6/08 | Lunch and dinner | 39.99 |
| 4/6/08 | Night parking | 18.00 |
| 4/7/08 | Breakfast (Riveland and Campbell), lunch (Riveland and | |

|        | Campbell) Dinner (Riveland) | 74.98 |
|--------|------------------------------|-------|
| 4/7/08 | Day parking                  | 13.00 |
| 4/7/08 | Night parking                | 18.00 |
| 4/8/08 | Three meals                  | 51.26 |
| 4/8/08 | Day parking                  | <u>13.00</u><br>776.23 |

Fees and Expenses: **$ 12,810.00 + $ 776.23 = $**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #:  51-0433003**

**Fees for April 2008**

| Date | Activity | Time/Hours |
|---|---|---|
| 04/01/08 | Telephone conference w/N. Campbell re: training and matrix; email communication and review documents re: mentally ill parolees, policies, and remedial sanctions; draft methodology | 3.9 |
| 04/02/08 | Telephone conferences and email communication w/C. Riveland, defendants, a colleague re: mentally ill parolees | 1.4 |
| 04/03/08 | Email communication w/defendants and CalPAP | 0.2 |
| 04/04/08 | Monthly update telephone conference w/C. Riveland and defendants; meeting w/plaintiffs re: mentally ill parolees; review defendants' materials re: mentally ill parolees | 2.8 |
| 04/04/08 | Travel between Kentfield and San Francisco for meetings | 1.8* |
| 04/05/08 | Email communication w/OSM team and defendants re: OSM and Compliance reports | 0.25 |
| 04/06/08 | Telephone conference w/N. Campbell | 0.2 |
| 04/07/08 | RSTS analysis; review draft policies and procedures for mentally ill parolees; email communication w/all parties re: OSM report; telephone conferences w/C. Riveland and N. Campbell re: remedial sanctions and OSM report | 4.1 |

| Date | Description | Hours |
|---|---|---|
| 04/08/08 | Conference w/C. Riveland; participate in all-parties meeting re: mentally ill parolees | 6.25 |
| 04/08/08 | Travel between Kentfield and Sacramento | 3.2* |
| 04/09/08 | Telephone conference w/defendants, colleague, and plaintiffs re: mentally ill parolees; analyze material re: same; email communication w/all parties re: same and data | 1.5 |
| 04/10/08 | Conference w/defendants re: procedure for mentally ill parolees | 2.3 |
| 04/10/08 | Travel between Kentfield and Sacramento | 3.2* |
| 04/11/08 | Email communication w/parties re: mentally ill parolees | 1.0 |
| 04/12/08 | Telephone conference and email communication w/C. Riveland | 0.25 |
| 04/14/08 | Email communication w/parties | 0.2 |
| 04/15/08 | Review email communication w/parties re: monitoring and mentally ill parolees; telephone conference w/defendants re: mentally ill parolees | 0.3 |
| 04/16/08 | Telephone conferences and email communication w/C. Riveland and defendants re: mentally ill parolees and RSTS changes | 0.8 |
| 04/17/08 | Review and comment on draft policies re: mentally ill; telephone conference w/defendants re: same | 3.6 |
| 04/18/08 | Travel between Kentfield and Oakland | 1.7* |
| 04/18/08 | Observe DC training; review objections to OSM4 report and make notes for discussion and revision | 5.1 |

| Date | Description | Hours |
|---|---|---|
| 04/19/08 | Telephone conference w/C. Riveland re: OSM report, mentally ill parolees and staffing; review objections to OSM4 report and make notes for discussion and revision; revise report | 5.6 |
| 04/21/08 | Review objections to OSM4 report; telephone conferences w/OSM team, plaintiffs, and CalPAP re: same; | 4.9 |
| 04/22/08 | Telephone conferences w/N. Campbell re: OSM4 report; email communication and telephone conferences w/parties re: various issues | 0.6 |
| 04/23/08 | Revise OSM4 report | 2.25 |
| 04/24/08 | Travel between Kentfield and Sacramento | 3.2* |
| 04/24/08 | Meet w/defendants re: OSM4 report comments; attend RSTS training | 6.5 |
| 04/25/08 | Travel between Kentfield and San Francisco | 2.0* |
| 04/25/08 | Revise OSM4 report; meet w/plaintiffs re: OSM4 report comments; review *Comito* appellate filings | 4.3 |
| 04/27/08 | Telephone conferences and email communication w/C. Riveland; revise OSM4 report | 3.0 |
| 04/28/08 | Revise OSM4 report; email communication w/parties and Special Master re: mentally ill parolees and OSM4 report | 5.4 |
| 04/29/08 | Review parties' documents re: procedures for the mentally ill and re: EID; email communication re: same | 0.5 |
| 04/30/08 | Review procedures for the mentally ill | 0.7 |

Total..........................................................................................

```
       67.9   X $200/hour = $13,580
       15.1   X $ 90/hour = $  1,359
                            $ 14,939
```

\* denotes travel time at lower rate

## Disbursements/Expenses for April 2008

| Date | Activity | Amount |
|---|---|---|
| 04/04/08 | Mileage and tolls between Kentfield and San Francisco for meetings (42 miles @ 50.5 cents per mile) | 26.21 |
| 04/04/08 | Parking for San Francisco meetings | 20.00 |
| 04/08/08 | Mileage and tolls between Kentfield and Sacramento for meetings (176 miles @ 50.5 cents per mile) | 92.88 |
| 04/08/08 | Parking for Sacramento meetings | 13.00 |
| 04/08/08 | Meal during Sacramento meetings | 3.30 |
| 04/10/08 | Mileage and tolls between Kentfield and Sacramento for meetings (176 miles @ 50.5 cents per mile) | 92.88 |
| 04/18/08 | Parking for Oakland training | 9.00 |
| 04/18/08 | Mileage and tolls between Kentfield and Oakland for training (46 miles @ 50.5 cents per mile) | 27.23 |
| 04/24/08 | Mileage and tolls between Kentfield and Sacramento for meetings and training (176 miles @ 50.5 cents per mile) | 92.88 |
| 04/04/08 | Mileage and tolls between Kentfield and San Francisco for meetings (42 miles @ 50.5 cents per mile) | 26.21 |

| | | |
|---|---|---|
| 04/04/08 | Parking for San Francisco meetings | 21.00 |
| 04/30/08 | Conference calls (4/4, 4/16, 4/17, 4/21(3)) | 61.86 |

Total........................................................................................$ 486.45

**Total Fees and Expenses: $ 15,425.45**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

For: Nancy Campbell
Tax #: 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

### Fees for April 2008

| Date | Activity | Time/Hours |
|---|---|---|
| 4/1/08 | Call Morrison | .25 |
| 4/2/08 | Call with defendants re: meet and confer | .50 |
| 4/3/08 | Prepare meet and confer agenda, review ICDTP policies and plaintiff response | 2.45 |
| 4/5/08 | Review Plaintiff's proposed monitoring criteria and Defendant's response, revise meet/confer agenda | 1.10 |
| 4/6/08 | Travel to Sacramento | 6.0* |
| 4/7/08 | Data Meeting with defendants; Meet and Confer, Calls Morrison and Riveland | 7.25 |
| 4/7/08 | Travel from Sacramento | 5.0* |
| 4/8/08 | Meet and Confer Summary; review Strike team and Hoover Commission reports | 1.10 |
| 4/16/08 | Call Morrision, e-mails re: ICDTP monitoring, DC Training, | |
| 4/17/08 | Call Riveland, calls with parties re:ICDTP tour short And longer term resolution of monitoring questions | 2.45 |
| 4/20/08 | Review Plaintiff and Defendant OSM report responses | 1.80 |
| 4/21/08 | OSM Team conference call; e-mails re: Meet and Confer | 3.0 |
| 4/22/08 | Calls Nura Mazvani, Dan Stone, report revisions, meet and Confer e-mails | 4.45 |
| 4/23/08 | Revisions OSM Report | .75 |

        25.10 X $180/hour =  $4518.00
        11.00 X $ 90/hour =  $ 990.00

**Total Fees**                                                           $5508.00

*denotes travel time at lower rate

### Disbursements/Expenses for April 2008

| Date | Activity | Amount |
|---|---|---|
| 4/6/08 | POV: Bainbridge Island to SeaTac: 17@50.5/mi | 8.59 |
| 4/6/08 | Ferry | 11.55 |
| 4/6/08 | Airfare | 416.00 |
| 4/6/08 | Meals | 12.73 |

| | | |
|---|---|---|
| 4/6/08 | Hotel, Meal and Hotel Parking | 156.14 |
| 4/7/08 | Meeting Parking | 13.00 |
| 4/7/08 | Rental Car | 74.33 |
| 4/7/08 | Meals | 13.77 |
| 4/7/08 | Airport Parking | 30.98 |
| 4/7/08 | Ferry | 11.55 |
| 4/7/08 | POV: SeaTac to Home: 17@50.5/mi | 8.59 |

**Total Expenses**                                                                                     **757.23**

**Total Fees and Expenses:**                                                            **$6265.23**