BINGHAM, McCUTCHEN LLP
GEOFFREY HOLTZ – 191370
KRISTEN A. PALUMBO – 215857
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

PRISON LAW OFFICE
DONALD SPECTER – 83925
1917 Fifth Street
Berkeley, CA 94710-1916
Telephone: (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
HOLLY M. BALDWIN – 191317
ERNEST GALVAN – 196065
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>    Defendants. | No. Civ. S-94-0671 LKK/GGH<br><br>STIPULATION AND ORDER CONFIRMING PAYMENT OF REMAINING ATTORNEYS' FEES FOR 2007 |

PDF created with pdfFactory trial version www.pdffactory.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al.,<br><br>     Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>     Defendants. | Case No. CIV S-94-0671 LKK/GGH<br><br>**STIPULATION AND ORDER CONFIRMING PAYMENT OF REMAINING ATTORNEYS' FEES FOR 2007** |

On July 8, 2004, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

There were fees remaining in dispute from each quarter of 2007. The parties have agreed to resolve the dispute by payment of $18,886.00 on the previously disputed items. Interest on these fees will run from the date this Order is entered, accruing at the rate provided by 28 U.S.C. § 1961.

//
//
//
//
//

PDF created with pdfFactory trial version www.pdffactory.com

WHEREFORE, IT IS CONFIRMED that $18,886.00 plus interest is due and collectable as of forty-five days from the date of entry of this Order.

IT IS SO ORDERED.

DATED: May 29, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

*/s/ Jessica Devencenzi*   DATED:   5/28/08

Jessica Devencenzi
Deputy Attorney General
Attorney for Defendants

*/s/ Holly Baldwin*   DATED:   5/28/08

Holly Baldwin
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs

PDF created with pdfFactory trial version www.pdffactory.com