UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.
_____/

NO. CIV. S-94-671 LKK/GGH

O R D E R

    Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of May 2008. Good cause appearing, it is ORDERED that:

    1. The Clerk is directed to pay to:

Chase Riveland
<u>Valdivia</u> Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

////

1

the amount of $18,156.11, in accordance with the attached statement; and

    2.  A copy of this order shall be served on the financial department of this court.

IT IS SO ORDERED.

DATED: June 3, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
    **v.**                               No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of May 1 through May 31, 2008.

Chase Riveland, Special Master
    Services                       $ 10,570.00
    Disbursements            $ 1,130.80

        Total amount due                  $ 11,700.80

Virginia Morrison, Deputy Special Master
    Services                       **to be included in the June invoice**
    Disbursements
        Total amount due                  $ .00

Nancy Campbell, Deputy Special Master
    Services                       $ 5,427.00
    Disbursements            $ 938.31

        Total amount due                  $ 6,365.31

    TOTAL AMOUNT TO BE REIMBURSED      **$ 18,066.11**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                               June 3, 2008
Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO:         Ms. Susan Peterson, Financial Administrator

FROM:    /S/ Chase Riveland
Chase Riveland, Special Master, *Valdivia*

Date:      June 3, 2008

RE:        Reimbursement for fees and disbursements expended during the period ending May 31, 2008.

Please send the check to the following individual for the amount indicated.

       Chase Riveland
       Valdivia Special Master
       5714 Deer Harbor Road
       Box 367
       Deer Harbor, WA 98243

                            Amount to be reimbursed: **$ 18,156.11**

*Valdivia et al. v. Schwarzenegger et al.*        No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for May 2008**

| Date | Activity | Time/Hour |
|---|---|---|
| 5/1/08 | Telephone: Morrison; review materials/communication: | .9 |
| 5/2/08 | Review materials: Devencenzi, Morrison, Campbell | .7 |
| 5/3/08 | Review materials/communications: Baldwin (indiv. Due process problems) | 2.8 |
| 5/4/08 | Review materials/communications: Campbell, Morrison; prepare for meet and confer; | 1.9 |
| 5/4/08 | Travel: Deer Harbor to Sacramento | 6.5 * |
| 5/5/08 | *Comito* court hearing, Karlton; meet w/Plaintiffs; meet w/all parties | 7.0 |
| 5/6/08 | Travel: Sacramento to Deer Harbor | 6.5 * |
| 5/6/08 | Review self-monitoring report: North Kern, correspondence | 1.1 |
| 5/7/08 | Telephone: Nelson, Rice, Bien; correspondence review: Baldwin, Devencenzi, Galvin | 2.6 |
| 5/8/08 | Review correspondence and reports: Devencenzi, McPherson, Whitney, Morrison | 1.2 |
| 5/12/08 | Review: Defendants BPH monitoring tour; correspondence: Devencenzi, Wilkinson, Rifkin, Whitney | 2.2 |
| 5/13/08 | Review Defendants MIO Plan, correspondence | 1.7 |
| 5/14/08 | Meet w/ Plaintiffs; meet w/Defendants; review ICDTP policies and procedures. Telephone: Campbell | 1.9 |
| 5/15/08 | Review correspondence: Baldwin, Galvin, Carvo: ICDTP policies and, Self-monitoring of Stanislaus county | 3.4 |

| Date | Description | Hours |
|---|---|---|
| 5/19/08 | Review self-monitoring tour of Pomona Parole Units and LA CADA ICDTP, correspondence Karlton | 2.9 |
| 5/20/08 | Review April Document production by Defendants; CalPAP April statistics, correspondence from Galvin, Prewitt, Christian, Whitney | 3.6 |
| 5/21/08 | Review: April Psych suspension logs and exhibits; correspondence from Whitney, Galvin, Baldwin | 2.4 |
| 5/22/08 | Review correspondence from: Wilkinson, Galvin, Whitney, Morrison | 1.1 |
| 5/26/08 | Review Defendants MIO Plan and *Comito* Order, correspondence | 1.9 |
| 5/27/08 | Tele conference all parties; draft letter re: extension of time re: MIO plan implementation; review Pitchess self-monitoring report, correspondence: Galvin, Devencenzi | 2.6 |
| 5/28/08 | Correspondence review: Whitney, Galvin, Rifkin, Weltman-Fahs Devencenzi, Flynn | 1.0 |
| 5/29/08 | Telephone: Campbell; Bien; review: Defendants request for stay; review: materials: Baldwin, Whitney, Galvin, | 2.8 |
| 5/30/08 | Telephone: Tillman, Bien; Review correspondence: Walker, Bien, Galvin | <u>1.3</u> |
| | | 47.0 |

```
47 hrs. X $200 = $ 9,400.00
*13hrs. X $90 =   $ 1,170.00
                  $10,570.00
```

* Denotes travel time @ $90/hour

## Expenses for May 2008

| Date | Activity | Amount |
|---|---|---|
| 5/4/08 | Airfare: Roundtrip Deer harbor to Lake Union/Seattle | 216.00 |
| 5/4/08 | Shuttle to airport | 10.00 |
| 5/4/08 | Airfare: Roundtrip: Seattle/ Sacramento and return | 322.00 |
| 5/4/08 | Lunch and dinner | 36.99 |
| 5/5/08 | Night parking | 18.00 |
| 5/5/08 | Breakfast, lunch, dinner | 54.98 |
| 5/5/08 | Day parking | 13.00 |
| 5/6/08 | Night parking | 18.00 |
| 5/6/08 | breakfast, lunch | 26.89 |
| 5/6/08 | Rental car: two days | 76.88 |
| 5/6/08 | Hotel: 2 days | 296.15 |
| 5/6/08 | Taxi: Seatac airport to Kenmore seaplanes | <u>42.00</u> |
| | | $1,130.80 |

Fees and Expenses: $ 10,570.00 + $1,130.80 = **11,700.80**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for May 2008**

| Date | Activity | Time/Hours |
|---|---|---|
| 5/1/08 | E-mail parties re: May 16th Meet and Confer Review appeal response and proposed Order and final OSM report | 1.1 |
| 5/2/08 | Draft and revise Meet and Confer Agenda, review Due process problems and correspondence | 2.8 |
| 5/3/08 | Correspondence Plaintiffs and Defendants re: Meet and Confer and Notice Agent Training | .6 |
| 5/6/08 | Review parties proposals on EID compliance | 1.25 |
| 5/9/08 | Conference call with Defendants re: monitoring; Review Defendant reports and updates, court orders Call Riveland | 3.1 |
| 5/13/08 | Call re: Decision Matrix with Defendants; review April doc production, remedial sanction updates; Individual due process issues | 2.8 |
| 5/14/08 | Review correspondence re: meet and confer and Finalize agenda; ICDTP data Call Riveland | 2.15 |
| 5/14/08 | Travel to Sacramento | 5.5* |
| 5/1/5/08 | Meet and Confer | 6.5 |
| 5/15/08 | Travel to meet and home | 5.5* |
| 5/16/08 | Review draft ICDTP policies and procedures | .75 |
| 5/20/08 | Review monitoring reports | .5 |
| 5/21/08 | Conference call with DARS staff | .75 |
| 5/27/08 | Review monitoring reports | 2.1 |
| 5/29/08 | Arrange RSTS meet and confer | .25 |

```
            24.65  X $180/hour =  $ 4437.00
            11.0   X $90/hour  =  $  990.00
Total Fees_____$5427.00
```

*denotes travel time at lower rate

**Disbursements/Expenses for May 2008**

| Date | Activity | Amount |
|---|---|---|
| 5/1408 | POV: Bainbridge Island to SeaTac: 17@50.5/mi | 8.59 |
| 5/1408 | Ferry | 11.55 |
| 5/1408 | Airfare | 474.00 |
| 5/14/08 | Meals | 21.39 |
| 5/1508 | Meals | 43.58 |
| 5/15/08 | Hotel and Hotel Parking | 203.48 |
| 5/15/08 | Meeting Parking | 13.00 |
| 5/16/08 | Rental Car | 116.92 |
| 5/16/08 | Airport Parking | 25.66 |
| 516/08 | Ferry | 11.55 |
| 5/16/08 | POV: SeaTac to Home: 17@50.5/mi | 8.59 |

**Total Expenses** $938.31

**Total Fees and Expenses:** $6365.31