UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

    Defendants.

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of June 2008. Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

Chase Riveland
<u>Valdivia</u> Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

////

1

1 | the amount of $28,405.19, in accordance with the attached
2 | statement; and
3 |   2.  A copy of this order shall be served on the financial
4 | department of this court.
5 |   IT IS SO ORDERED.
6 |   DATED: July 2, 2008.

*[signature]*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
    v.

No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of June 1 through June 30, 2008.

Chase Riveland, Special Master
    Services                          $ 14,100.00
    Disbursements            $ 2,739.78

        Total amount due                                 $ 16,839.78

Virginia Morrison, Deputy Special Master
    Services                          $ 5077.50
    Disbursements            $ 235.86
        Total amount due                                 $ 5,313.36 *
                                                 * for May and June

Nancy Campbell, Deputy Special Master
    Services                          $ 5,301.00
    Disbursements            $ 951.05

        Total amount due                                 $ 6,252.05

    TOTAL AMOUNT TO BE REIMBURSED        **$ 28,405.19**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                                         July 1, 2008
Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO:     Ms. Susan Peterson, Financial Administrator

FROM:   /S/ Chase Riveland
        Chase Riveland, Special Master, *Valdivia*

Date:   July 1, 2008

RE:     Reimbursement for fees and disbursements expended during the period ending June 30, 2008.

Please send the check to the following individual for the amount indicated.

Chase Riveland
Valdivia Special Master
5714 Deer Harbor Road
Box 367
Deer Harbor, WA   98243

Amount to be reimbursed: **$ 28,405.19**

*Valdivia et al. v. Schwarzenegger et al.*      No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for June 2008**

| Date | Activity | Time/Hour |
|---|---|---|
| 6/2/08 | Telephone: conference call w/all parties; correspondence: Morrison, Whitney, Campbell | 1.6 |
| 6/3/08 | Telephone: Morrison, Lopes; correspondence: Whitney, Devencenzi, Campbell; review Region 2 Defendant monitoring tour | 2.6 |
| 6/4/08 | Review correspondence: Carvo, Christian, Baldwin | .4 |
| 6/5/08 | Review: Carvo, Baldwin, Whitney, Telephone: Baldwin, Morrison | .7 |
| 6/6/08 | Telephone conference; Defendants, Morrison; Review new Defendants Comp. Plan and Interim Plan | 3.9 |
| 6/7/08 | Review again: latest draft of mentally ill parolees plan and Interim plan; correspondence: Hoover, Morrison, Whitney, Carvo; Defendant response to Plaintiff letter re: MIO's. | 2.6 |
| 6/8/08 | Travel: Deer Harbor to Sacramento | 6.5 * |
| 6/9/08 | Meet and confer: all parties and DMH; Meet w/Lopes; correspondence: Campbell, Morrison; meet w/Judge Karlton | 7.5 |
| 6/10/08 | Travel: Sacramento to Deer Harbor | 6.5 * |
| 6/11/08 | Review: Plaintiff tour report of VPSW, CCWF, FCJ; telephone: Campbell; correspondence review: Morrison, Campbell, Nelson; Review of Defendants' draft matrix materials | 4.8 |
| 6/12/08 | Telephone: Campbell; Correspondence: Carvo, Riveland, Weltman-Fahs, Galvin, Whitney; Review tour report: SD Imperial; Review individual due process report | 3.9 |

| Date | Description | Hours |
|---|---|---|
| 6/13/08 | Preparation for Meet and confers re: MIO's, decision review, priorities for this term | 2.1 |
| 6/15/08 | Travel: Deer Harbor to Sacramento | 6.5 * |
| 6/16/08 | Meet with Morrison, Bien, Nelson; Telephone: Nelson | 1.7 |
| 6/17/08 | Meet with Morrison, Campbell; meet with all parties | 8.1 |
| 6/18/08 | Travel: Sacramento to Deer Harbor | 6.5 * |
| 6/18/08 | Review correspondence: McPherson (CAlPAP tel. PCH report), Whitney (Extradition Report), Campbell, Carvo, Morrison, Baldwin, Devencenzi, Galvan | 3.4 |
| 6/19/08 | Review: Defendant draft IDCPT policies, Plaintiff Questions re: RSTS issues, Defendant Self-Monitoring tour of Orange County Jail and West Valley Det. Center; telephone: Morrison | 4.7 |
| 6/20/08 | Review: Materials from: Bien, Baldwin | .1 |
| 6/23/08 | Review correspondence: Whitney, Devencenzi, Weltman Fahs, Calpap statistics, Plaintiffs' Tour Rport of NKSP; telephone: Morrison | 2.9 |
| 6/24/08 | Review: Plaintiffs' Tour Report of Region IV; correspondence Morrison, Johnson-Silk, Carvo | 1.1 |
| 6/24/08 | Telephone: Morrison, Defendants, Review: Carvo correspondence | .8 |
| 6/25/08 | Review: Plaintiffs' tour of Pasadena, Court filings re: mentally ill parolees; Johnson-Silk letter | 2.6 |
| 6/26/08 | Review various correspondence | .6 |
| 6/27/08 | Review: Contra Costa and ICDTP monitoring tour report | 1.3 |
| 6/28/08 | Review: Baldwin concerns re: Individual due process problems, Plaintiff Monitoring report for Contra Costa County Jail | 1.4 |

```
58.8 hrs. X $200/hr. = $ 11,760.00
*26  hrs. X $90/hr.  = $  2,340.00
                       $ 14,100.00
```

* Denotes travel time @ $90/hour

**Expenses for June 2008**

| Date | Activity | Amount |
|---|---|---|
| 6/8/08 | Airfare: Roundtrip Deer harbor to Lake Union/Seattle | 248.00 |
| 6/8/08 | Shuttle to airport | 10.00 |
| 6/8/08 | Airfare: Roundtrip: Seattle/ Sacramento and return | 382.00 |
| 6/8/08 | Lunch and dinner | 45.88 |
| 6/8/08 | Night parking | 18.00 |
| 6/9/08 | Day parking | 15.00 |
| 6/9/08 | breakfast, lunch, dinner | 58.97 |
| 6/9/08 | Night parking | 18.00 |
| 6/10/08 | Hotel: 2 days | 367.95 |
| 6/10/08 | Rental car: 2 days | 94.77 |
| 6/10/08 | Breakfast, lunch | 20.79 |
| 6/10/08 | Taxi: Seatac airport to Kenmore seaplanes | 42.00 |
| 6/15/08 | Airfare: Roundtrip Deer Harbor to Lake Union/Seattle | 248.00 |
| 6/15/08 | Shuttle to airport | 10.00 |
| 6/15/08 | Airfare: Roundtrip: Seattle/ Sacramento and return | 382.00 |

| | | |
|---|---|---|
| 6/15/08 | Lunch and dinner | 29.99 |
| 6/15/08 | Night parking | 18.00 |
| 6/16/08 | Breakfast, lunch, dinner (Morrison and Riveland) | 72.98 |
| 6/16/08 | Night parking | 18.00 |
| 6/17/08 | Breakfast, lunch, dinner | 59.89 |
| 6/17/08 | Day parking | 15.00 |
| 6.17/08 | Night parking | 18.00 |
| 6/17/08 | Rental car: 3 days | 128.99 |
| 6/17/08 | Hotel: 3 days | 375.57 |
| 6/18/08 | Taxi: Seatac airport to Kenmore seaplanes | <u>42.00</u> |
| | | $ 2,739.78 |

Fees and Expenses: $ 14,100.00 +  $ 2,739.78 = $ **16,839.78**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
Services rendered by Virginia Morrison
Tax #: 51-0433003

**Fees for May-June 2008**

| Date | Activity | Time/Hours |
|---|---|---|
| 05/01/08 | Telephone conferences w/parties and Special Master re: mentally ill parolees | 1.1 |
| 05/05/08 | Review parties' recent email communication; telephone conference w/defendants | 0.4 |
| 05/08/08 | Review and respond to email communication from defendants and Special Master | 0.25 |
| 05/24/08 | Review and respond to email communication from defendants and Special Master | 0.25 |
| 06/01/08 | Review correspondence and plan concerning mentally ill parolees; *Comito* stay filings; and RSTS, ICDTP referral, and decision review documents | 2.6 |
| 06/03/08 | Telephone conference w/Special Master re: case status | 0.4 |
| 06/06/08 | Telephone conference w/defendants and Special Master re: case status; review documents | 0.9 |
| 06/08/08 | Review and comment on mental health plan | 2.0 |
| 06/09/08 | Review OSM email communication | 0.1 |

| Date | Description | Hours |
|---|---|---|
| 06/11/08 | Telephone conferences w/C. Riveland, N. Campbell and defendants | 0.6 |
| 06/16/08 | Travel from Kentfield to Sacramento (time split between this matter and *LH*) | 0.95* |
| 06/16/08 | Conferences w/C. Riveland | 0.8 |
| 06/17/08 | Participate in all-parties meeting re: mentally ill and decision review; conference w/defendants | 8.2 |
| 06/17/08 | Travel from Sacramento to Kentfield (time split between this matter and *LH*) | 0.9* |
| 06/18/08 | Telephone conferences w/N. Campbell and defendants re: mentally ill, decision review, decisionmaking matrix | 1.5 |
| 06/19/08 | Summarize and distribute agreements re: mentally ill parolees; telephone conferences w/C. Riveland and defendants; review documents re: mentally ill parolees | 1.1 |
| 06/20/08 | Telephone conference w/N. Campbell and defendants re: mentally ill | 0.3 |
| 06/24/08 | Telephone conference w/C. Riveland and defendants re: *Comito*; participate in meeting w/parties re: RSTS capabilities | 3.1 |
| 06/24/08 | Travel between Kentfield and Sacramento (less time spent on another matter) | 1.9* |
| 06/27/08 | Telephone conference w/C. Riveland re: RSTS meeting | 0.1 |

Total………………………………………………………………………..

$$23.7 \ \text{X} \ \$200/\text{hour} = \$ 4,740.00$$
$$3.75 \ \text{X} \ \$ 90/\text{hour} = \$ \ \ 337.50$$

$ 5,077.50

\* denotes travel time at lower rate

### Disbursements/Expenses for May-June 2008

| Date | Activity | Amount |
|---|---|---|
| 06/17/08 | Hotel for Sacramento meetings (split between this matter and *LH*) | 69.50 |
| 06/17/08 | Mileage and tolls between Kentfield and Sacramento -- 190 miles at 50.5 cents per mile (split between this matter and *LH*) | 49.98 |
| 06/17/08 | Parking for Sacramento meeting | 10.00 |
| 06/24/08 | Mileage and tolls between Kentfield and Sacramento -- 180 miles at 50.5 cents per mile | 94.90 |
| 06/24/08 | Parking for Sacramento meeting | 2.00 |
| 06/30/08 | Conference call | 9.48 |

Total..................................................................................................$ 235.86

**Total Fees and Expenses: $ 5,313.36**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for June 2008**

| Date | Activity | Time/Hours |
|---|---|---|
| 6/10/08 | Calls defendants and plaintiffs re: Remedial order And EID; prepare for defendant call re: order | .75 |
| 6/11/08 | Calls Riveland, Morrison, and Defendants re: stip and substantial compliance and defendant conference call; defendant call re: monitoring | 3.45 |
| 6/12/08 | Call Riveland re: monitoring, calls plaintiffs; review Mentally ill parole policy and plaintiff response | 2.30 |
| 6/13/08 | Calls with plaintiffs and defendants re: copying Of case files in monitoring; review of monitoring Schedules, reports, review decision-review materials | 2.45 |
| 6/16/08 | Travel to Sacramento | 5.5* |
| 6/17/08 | Meet and Confer re: Mentally Ill Parole and Decision Review | 7.25 |
| 6/17/08 | Travel to Bainbridge Island | 5.0* |
| 6/18/08 | Review: extradition report; Paragraph 27 issues and Responses; May document production | .75 |
| 6/19/08 | Review decision matrix re: MI, Call with defendants re: decision matrix; Calls Morrison, review EID materials, monitoring reports. | 3.10 |
| 6/23/08 | Call defendants re: MI study; monitoring reports review, RSTS materials review, ICDTP P&P | 2.30 |
| 6/25/08 | Call Morrison re: MI file review; review revised ICDTP Policies and procedures | 1.20 |
| 6/26/08 | Call defendants re: study for MI file review | .25 |
| 6/28/08 | Review Paragraph 27 issues and responses, materials Re: inpatient hospitalization issue. | .40 |

**Total**............................................................................................... 24.2

```
        23.7  X $180/hour = $ 4,356.00
       *10.5  X $ 90/hour = $   945.00
                            $ 6,252.05
```

## Disbursements/Expenses for June 2008

| Date | Activity | Amount |
|---|---|---|
| 6/16/08 | POV: Bainbridge Island to SeaTac:17mi@ .50.5/mi | 8.59 |
| 6/16/08 | Ferry Cost | 14.45 |
| 6/16/08 | Airfare | 450.00 |
| 6/16/08 | Meals | 12.10 |
| 6/16/08 | Hotel | 156.14 |
| 6/17/08 | Meals | 42.11 |
| 6/17/08 | Parking | 13.00 |
| 6/17/08 | Auto Rental | 192.62 |
| 6/17/08 | Airport Parking | 39.00 |
| 6/17/08 | Ferry Cost | 14.45 |
| 6/17/08 | POV: SeaTac to Bainbridge Island: 17mi@.50.5/mi | 8.59 |
| Total Expenses | | 951.05 |

**Total Fees and Expenses:** **$6,252.05**