UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        Plaintiffs,

   v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.
_____/

NO. CIV. S-94-671 LKK/GGH

O R D E R

    Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of July, 2008. Good cause appearing, it is ORDERED that:

    1. The Clerk is directed to pay to:

Chase Riveland
<u>Valdivia</u> Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA 98243

the amount of $23,128.50 in accordance with the attached

1

1 | statement; and

2 |     2.  A copy of this order shall be served on the financial
3 | department of this court.

4 |     IT IS SO ORDERED.

5 |     DATED: August 4, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**Chase Riveland**
**Office of the Special Master**
*Valdivia v. Schwarzenegger*

5714 Deer Harbor Rd.
Box 367
Deer Harbor, WA 98243
Tel: (360) 376-2870
Fax: (360) 376-2879
E-mail:
riveland@rockisland.com

August 4, 2008

Judge Lawrence Karlton
U.S. District Court for the
Eastern District of California
501 I Street, Room 4-200
Sacramento, CA 95814-7300

    Re: *Valdivia et al. v. Schwarzenegger et al.*
    **No. CIV S-94-671 LKK/GGH**

Dear Judge Karlton:

Enclosed for review and payment is a bill for services provided by the Special Master team in the above-captioned case for July 2008.

Sincerely yours,

/s/ Chase Riveland
Chase Riveland
Special Master


Enclosure
cc: Jessica Devencenzi Esq. (w/enc.) electronically submitted
    Ernie Galvan, Esq. (w/enc.) electronically submitted

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Valdivia et al.,
    Plaintiffs,
    v.                                 No. CIV. S-94-671 LKK/GGH

Schwarzenegger et al.,
    Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of July 1 through July 31, 2008.

Chase Riveland, Special Master
    Services                       $ 10,280.00
    Disbursements            $  2,423.40

        Total amount due                      **$ 12,703.40**

Virginia Morrison, Deputy Special Master
    Services                       $  1,710.00
    Disbursements            $     19.38
        Total amount due                      **$  1,729.38**

Nancy Campbell, Deputy Special Master
    Services                       $ 7,024.50
    Disbursements            $ 1,671.22

        Total amount due                      **$ 8,695.72**

    TOTAL AMOUNT TO BE REIMBURSED        **$ 23,128.50**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                                             August 4, 2008
Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO: Ms. Susan Peterson, Financial Administrator

FROM: /S/ Chase Riveland
Chase Riveland, Special Master, *Valdivia*

Date: August 4, 2008

RE: Reimbursement for fees and disbursements expended during the period ending July 31, 2008.

Please send the check to the following individual for the amount indicated.

> Chase Riveland
> Valdivia Special Master
> 5714 Deer Harbor Road
> Box 367
> Deer Harbor, WA  98243

Amount to be reimbursed: **$ 23,128.50**

*Valdivia et al. v. Schwarzenegger et al.*		No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

### Fees for July 2008

| Date | Description | Hours |
|---|---|---|
| 7/1/08 | Review correspondence: Campbell, Rifkin, Morrison, Bien, Devencenzi, Tebrock; review Plaintiff LACJ tour report | 1.9 |
| 7/2/08 | Review correspondence: Whitney, Galvin, Campbell; telephone: Bien | 1.1 |
| 7/3/08 | Telephone: All parties re: mentally ill parolees; review correspondence: Devencenzi, Whitney, Galvin, Turbock | 1.9 |
| 7/4/08 | Review: Plaintiff psych suspension logs for May, Masnavi individual due process problems, Devencenzi: Dispositional review form, Task Force agenda, Santa Rita Q2 tour report, psych suspension log; | 3.8 |
| 7/6/08 | Conference call: Campbell, Morrison; correspondence: Campbell | 1.1 |
| 7/7/08 | Conference call: Defendants, Morrison; correspondence: Nelson, Morrison | .9 |
| 7/8/08 | Review: Defendants filing re: Mentally ill Parolees, Plaintiffs Tour report Re: Palo Alto and Region II | 1.7 |
| 7/9/08 | Review Defendant EID audit, correspondence: Morrison, Plaintiff Pitchess Monitoring tour report | 2.1 |
| 7/11/08 | Review: Monitoring reports: Fresno office, Plaintiff response re: ICDTP policies; Defendants' filings re: Coleman/Valdivia | 1.8 |
| 7/12/08 | Review: Plaintiffs monitoring tour report for Sacramento, telephone: Campbell; correspondence: Galvin, Whitney, Harrison Stewart | 1.6 |
| 7/14/08 | Telephone: Campbell, Tebrock; Review: correspondence: Weitman-Fahs, Tebrock, Baldwin | 1.1 |
| 7/15/08 | Review correspondence: Campbell, Whitney, Baldwin, San | |

| Date | Description | Hours |
|---|---|---|
|  | Quentin Tour report | 1.2 |
| 7/16/08 | Review correspondence: Morrison, Campbell, Whitney, Tebrock, Harrison, BPH Comito policies | 1.7 |
| 7/17/08 | Telephone: Campbell; correspondence review: Morrison, Campbell, Tebrock | .9 |
| 7/18/08 | Conference call: Defendants, Campbell; materials and correspondence review: Plaintiff court filings | 1.9 |
| 7/21/08 | Review correspondence/reports: Galvin, Harrison, Devencenzi, Christian | .9 |
| 7/22/08 | Review correspondence/reports: Galvin, Whitney, Prewitt, Lang Telephone: Court | 1.6 |
| 7/23/08 | Telephone: Tebrock; review correspondence/reports: CalPAP statistics for June; psych return data for June | 2.6 |
| 7/24/08 | Travel: Deer Harbor to Sacramento | 7.0 * |
| 7/24/08 | Meet w/ Cate, Jett, Campbell; meet w/ Campbell | 2.5 |
| 7/25/08 | Court hearing and All parties, meet w/Judge Karlton, Lopes; meet with Campbell | 7.5 |
| 7/26/08 | Travel: Sacramento to Deer Harbor | 7.0 * |
| 7/27/08 | Review materials/correspondence: Galvin, Traicoff, Carvo Nelson, Dolin | 1.4 |
| 7/29/08 | Review: Plaintiff CIM monitoring report, correspondence: Devencenzi | 1.7 |
| 7/31/08 | Telephone: Morrison; Campbell; Review correspondence: Mania, Devencenzi | <u>1.2</u> |
|  |  | 45.1 |
|  |  | 14.0 * |

Total Fees: 45.1/hrs X $ 200/hr = $9,020.00
*14.0/hrs X $ 90/hr = <u>$1,260.00</u>
$10,280.00

\* Denotes travel time @ $90/hour

## Expenses for June 2008

| Date | Activity | Amount |
|---|---|---|
| 7/9/08 | Airfare: Roundtrip Deer Harbor to Lake Union/Seattle | 248.00 |
| 7/9/08 | Shuttle to airport | 10.00 |
| 7/9/08 | Airfare: Roundtrip: Seattle/ San Franciso and return | 382.00 |
| 7/9/08 | Taxi: SF airport to hotel | 44.00 |
| 7/9/08 | Lunch and dinner | 48.88 |
| 7/10/08 | breakfast, lunch, dinner | 58.97 |
| 7/10/08 | Taxis to and from hotel to RBG offices | 14.50 |
| 7/11/08 | Hotel: 2 days | 367.95 |
| 7/11/08 | Breakfast, lunch | 23.89 |
| 7/11/08 | Taxi: Seatac airport to Kenmore seaplanes | 42.00 |
| 7/24/08 | Roundtrip air/seaplane from Deer Harbor to Seattle and return | 248.00 |
| 7/24/08 | Shuttle from Lake Union to Seatac | 10.00 |
| 7/24/08 | Airfare: Seattle to Sacramento and return | 364.00 |
| 7/24/08 | Lunch and dinner | |
| 7/24/08 | Overnight parking | 18.00 |

| Date | Description | Amount |
|---|---|---|
| 7/25/08 | breakfast, lunch and dinner | 49.98 |
| 7/25/08 | Overnight parking | 18.00 |
| 7/26/08 | Hotel: 2 nights | 317.99 |
| 7/26/08 | Rental car: 2 days | 98.44 |
| 7/26/08 | Breakfast and lunch | 16.80 |
| 7/26/08 | Taxi: Seatac to Lake Union Seaplanes | <u>42.00</u> |
| | | $2,423.40 |

Fees and Expenses: $10,280.00 + $2,423.40 = **$12,703.40**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
Services rendered by Virginia Morrison
Tax #:  51-0433003

**Fees for July 2008**

| Date | Activity | Time/Hours |
|---|---|---|
| 07/03/08 | Telephone conference w/all parties re: mentally ill parolees | 0.8 |
| 07/05/08 | Review and analyze documents re: mentally ill parolees | 0.3 |
| 07/06/08 | Telephone conference w/OSM team re: various topics; email communication re: mentally ill parolees | 1.7 |
| 07/07/08 | Telephone conference w/OSM and defendants for monthly update | 0.5 |
| 07/13/08 | Review court filings concerning DMH care and recent remedial sanctions documents | 1.4 |
| 07/20/08 | Telephone conferences w/N. Campbell re: mentally ill parolees and remedial sanctions; review remedial sanctions stipulations | 0.8 |
| 07/22/08 | Review and make notes on draft *Comito* policy; review parties' recent email communication | 2.3 |
| 07/24/08 | Review and respond to parties' and OSM email communication | 0.25 |
| 07/30/08 | Review recent communication re: *Comito* policy, effects of budget approval situation, and translation contracts | 0.25 |
| 07/31/08 | Telephone conference w/C. Riveland re: case status | 0.25 |

Total..................................................................................................

$$8.55 \times \$200/\text{hour} = \$1,710$$
$$\text{-0-} \times \$ 90/\text{hour} = \$ \text{-0-}$$
$$\mathbf{\$ 1,710}$$

### Disbursements/Expenses for July 2008

| Date | Activity | Amount |
|---|---|---|
| 7/31/08 | Conference calls (7/6, 7/7) | 19.38 |

Total...........................................................................................$ 19.38

**Total Fees and Expenses:  $ 1,729.38**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for July 2008**

| **Date** | **Activity** | **Time/Hours** |
|---|---|---|
| 7/2/08 | Prepare for OSM call; review monitoring reports And respond to Plaintiffs; | .80 |
| 7/6/08 | Call Riveland and Morrison And EID; prepare for defendant call re: order | 1.75 |
| 7/7/08 | Prepare for Region IV monitoring tour | .60 |
| 7/7/08 | Travel to Orange County | 5.5* |
| 7/9/08 | Travel to Region IV tour site | .75* |
| 7/9/08 | On site with tour and visit with regional office staff | 6.0 |
| 7/9/08 | Travel to Bainbridge Island | 6.0* |
| 7/14/08 | Call and correspondence with defendants re: remedial Sanctions; Review EID audit files; correspondence OSM | 2.75 |
| 7/15/08 | Review remaining second quarter plaintiff and self Monitoring tours | 3.5 |
| 7/17/08 | Calls and correspondence with parties re: MI meet and Confer and remedial sanctions | 1.20 |
| 7/18/08 | Conference call defendants re: COP | 1.0 |
| 7/20/09 | Review MI issues; call with Morrison re: MI | 1.25 |
| 7/23/08 | Travel to Sacramento from Orange County | 2.50* |
| 7/24/08 | Travel to and from meeting with defendants and COMIO meeting | .50* |
| 7/24/08 | Meetings with defendants re: MI parolee and remedial Sanction issues; COMIO meeting | 4.0 |
| 7/24/08 | Meeting with Riveland | .50 |
| 7/25/08 | Review MI plan(s) and correspondence; MI hearing; MI meet and confer, call with defendants | 4.0 |
| 7/25-26/08 | Travel to and from hearing and meeting and to Bainbridge Island** | 6.30* |
| 7/29/08 | Call with defendants re: travel | .15 |
| 7/31/08 | Call Riveland; review draft order and prepare Meet and confer minutes and draft call agenda | .75 |

**Total**............................................................................................. 49.80

        28.25   X $180/hour = $5085.00
        21.55   X $ 90/hour = $1939.50

## Disbursements/Expenses for July 2008

| Date | Activity | Amount |
|---|---|---|
| 7/7/08 | POV: Bainbridge Island to SeaTac:17mi@ .50.5/mi | 8.59 |
| 7/7/08 | Ferry Cost | 14.45 |
| 7/7/08 | Airfare | 409.00 |
| 7/8/08 | Meals | 49.52 |
| 7/8/08 | Hotel | 236.85 |
| 7/9/08 | Meals | 2.96 |
| 7/9/08 | Auto Rental | 144.60 |
| 7/9/08 | Airport Parking | 22.54 |
| 7/9/08 | Ferry Cost | 14.45 |
| 7/9/08 | POV: SeaTac to Bainbridge Island: 17mi@.50.5/mi | 8.59 |
| 7/23/09 | Airfare | 176.50 |
| 7/23/09 | Meals | 29.32 |
| 7/23/09 | Hotel | 153.14 |
| 7/24/09 | Meals | 20.45 |
| 7/24/09 | Parking | 29.50 |
| 7/25/09 | Hotel | 153.14 |
| 7/25/09 | Meals | 3.75 |
| 7/25/09 | Rental Car | 142.43 |
| 7/26/09 | Airport Parking | 28.40 |
| 7/26/09 | Ferry Cost | 14.45 |
| 7/26/09 | POV: Bainbridge Island to SeaTac: 17mi@ 50.5/mi | 8.59 |

Total Expenses                                                         1671.22

**Total Fees and Expenses:**                                          **$8695.72**