UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RALPH COLEMAN, | NO. Civ. S-90-520 LKK/JFM |
| Plaintiff, | |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |
| JERRY VALDIVIA, et al., | NO. Civ. S-94-671 LKK GGH |
| Plaintiffs, | ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE CONSOLIDATED MOTION AND GRANTING PLAINTIFFS' REQUEST FOR MODIFICATION OF PROTECTIVE ORDER |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

Plaintiffs' Motion for Leave to File Consolidated Motion and Request for Modification of Protective Orders came on regularly for hearing before this Court on July 25, 2008, at 10:00 a.m. The Court, having considered the arguments and briefs of the parties, and the entire record in the cases

1

1  *Coleman v. Schwarzenegger* and *Valdivia v. Schwarzenegger*, and
2  good cause appearing, hereby issues the following Order:
3      For the reasons articulated by Plaintiffs and in the
4  interest of judicial efficiency, the Court GRANTS Plaintiffs'
5  motion for leave to file jointly in *Valdivia* and *Coleman* their
6  Motion for Injunctive Relief Requiring Timely Access to
7  Inpatient Psychiatric Hospitalization.  The Court further GRANTS
8  Plaintiffs' request for an order modifying the protective orders
9  to permit review of confidential materials by the court
10 personnel, special masters and their staffs, counsel, experts,
11 witnesses, and related staff in both cases.  Specifically, the
12 *Coleman* Modified Protective Order (Docket 2109) shall be
13 modified to permit review by individuals as described in
14 subparts (a) through (e) on page 2, who are associated with the
15 case *Valdivia v. Schwarzenegger*.  The *Valdivia* Stipulated
16 Protective Order (Docket 519) shall be modified to include
17 similar language permitting review of confidential materials by
18 the court personnel, special master, counsel, experts,
19 witnesses, and related staff in the case *Coleman v.*
20 *Schwarzenegger*.
21     IT IS HEREBY ORDERED.
22     August 4, 2008

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT