1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  JERRY VALDIVIA, ALFRED YANCY,
    and HOSSIE WELCH, on their own
11  behalf and on behalf of the class
    of all persons similarly situated,
12                                              NO. CIV. S-94-671 LKK/GGH
            Plaintiffs,
13
        v.                                          O R D E R
14
    ARNOLD SCHWARZENEGGER, Governor of
15  the State of California, et al.,

16          Defendants.
    _____/
17

18      Pursuant to the court's August 18, 2005 Order of Reference,

19  the Special Master has submitted for payment a bill for services

20  provided during the month of August, 2008.  Good cause

21  appearing, it is ORDERED that:

22      1.  The Clerk is directed to pay to:

23      Chase Riveland
        Valdivia Special Master
24      5714 Deer Harbor Road, Box 367
        Deer Harbor, WA  98243
25

26  the amount of $31,017.13 in accordance with the attached

                                    1

1  statement; and

2       2.  A copy of this order shall be served on the financial

3  department of this court.

4       IT IS SO ORDERED.

5       DATED:  September 3, 2008.

6                                    LAWRENCE K. KARLTON
7                                    SENIOR JUDGE
                                     UNITED STATES DISTRICT COURT
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

Valdivia et al.,
     Plaintiffs,
      v.                 No. CIV. S-94-671 LKK/GGH

Schwarzenegger et al.,
     Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the
period of August 1 through August 31, 2008.

Chase Riveland, Special Master
     Services          $9,260.00
     Disbursements     $1,208.80

          Total amount due          **$ 10,468.80**

Virginia Morrison, Deputy Special Master
     Services          $9,728.00
     Disbursements     $   502.00
          Total amount due          **$ 10,230.00**

Nancy Campbell, Deputy Special Master
     Services          $8,428.50
     Disbursements     $2,767.50

          Total amount due          **$10,318.33**

        TOTAL AMOUNT TO BE REIMBURSED        **$ 31,017.13**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                     September 2, 2008
Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER


TO:          Ms. Susan Peterson, Financial Administrator


             /S/ Chase Riveland
FROM:        Chase Riveland, Special Master, *Valdivia*

Date:        September 2, 2008

RE:          Reimbursement for fees and disbursements expended during the period
             ending August 31, 2008.


Please send the check to the following individual for the amount indicated.


             Chase Riveland
             Valdivia Special Master
             5714 Deer Harbor Road
             Box 367
             Deer Harbor, WA   98243

                          Amount to be reimbursed: **$ 31,017.13**

*Valdivia et al. v. Schwarzenegger et al.*          **No. CIV S-94-671 LKK/GGH**

**For: Chase Riveland**
**Tax #: 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**

**Fees for August 2008**

| | | |
|---|---|---|
| 8/1/08 | Conference call: Morrison and Campbell; conference call w/Defendants; conference call w/ all parties | 2.7 |
| 8/2/08 | Review drafts of Decision Review, correspondence: Lang, Devencenzi, Campbell, Morrison | 1.9 |
| 8/4/08 | Review correspondence: Whitney, Galvin, Morrison, Campbell, review draft policies, telephone Morrison | 2.4 |
| 8/5/08 | Review: Correspondence from Whitney, Galvin, Wilkinson; review: ICDTP report, decision review materials, Defendants response to Plaintiffs' letter re: NKSP tour | 1.8 |
| 8/6/08 | Telephone: Bien; correspondence: Morrison, Tebrock | .7 |
| 8/7/08 | Review correspondence: Boyd, Carvo, Wilkinson; CIM Self-Monitoring Report; telephone Morrison | 1.6 |
| 8/8/08 | Review: Defendant draft of MIO crisis bed memo | .6 |
| 8/12/08 | Review correspondence: Devencenzi, Harrison, Wilkinson; review: July document production, June Extradition report, Interim Remedial Sanction Report; Telephone: Morrison | 2.7 |
| 8/16/08 | Review correspondence: CalPAP, Campbell, Whitney, Baldwin; GAP parolees, Individual parolee problems, Task Force Agenda | 1.7 |
| 8/19/08 | Review correspondence: Campbell, Morrison, Tebrock, Whitney, Devencenzi, Nolin; telephone: Campbell | 1.1 |
| 8/20/08 | Travel: Deer Harbor to Sacramento | 7.0 * |
| 8/20/08 | Meet w/ Campbell, review correspondence | 1.3 |
| 8/21/08 | Meet w/all parties; meet w/Morrison and Campbell Review materials and correspondence | 8.4 |

| | | |
|---|---|---|
| 8/22/08 | Travel: Sacramento to Deer Harbor | 7.0 * |
| 8/22/08 | Review correspondence: Morrison, Campbell, Tebrock, Baldwin | 1.4 |
| 8/24/08 | Review correspondence: Bien, Whitney, Storms, Morrison, Campbell; | 1.9 |
| 8/25/08 | telephone: Morrison; review correspondence: Tebrock, Morrison. Bien, Whitney | 1.1 |
| 8/26/08 | Telephone: Defendants; review correspondence: Devencenzi, Younger, Prewitt, Tebrock, Weltmann-Fahs | 1.6 |
| 8/27/08 | Review Materials: CalPAP statistics; correspondence: Bien, Devencenzi, Morrison; Sacramento Co. Jail self-monitoring Report | 2.3 |
| 8/30/08 | Review and respond to correspondence: Devencenzi, Morrison, Campbell; Review Defendant Compliance Report and Plaintiff Monitoring report for Orange Co, jail and West Valley | 4.8 40.0 14.0 * |

Total Fees: 40 /hrs X $ 200/hr = $8,000.00
         *14/hrs X $ 90/hr =   $1,260.00
                              **$9,260.00**

* Denotes travel time @ $90/hour

**Expenses for June 2008**

| Date | Activity | Amount |
|------|----------|--------|
| 8/20/08 | Roundtrip seaplane: Deer Harbor/Seattle/and return | 258.00 |
| 8/20/08 | Roundtrip airfare: Seattle/Sacramento/and return | 368.00 |
| 8/20/08 | Lunch/dinner (Riveland and Campbell) | 62.98 |
| 8/20/08 | Night parking | 18.00 |
| 8/21/08 | Day parking | 13.00 |
| 8/21/08 | breakfast, lunch (Riveland, Morrison, Campbell), dinner | 86.42 |
| 8/22/08 | 2 meals | 28.78 |
| 8/22/08 | Night parking | 18.00 |
| 8/22/08 | Hotel: 2 nights | 242.88 |
| 8/22/08 | Rental car: 2 days | 98.76 |
| 8/22/08 | Taxi: Seatac airport to Lake Union seaplanes | 42.00 |
| 8/22/08 | Breakfast, lunch | <u>13.98</u> |
|  |  | $1,208.80 |

Fees and Expenses: $1,208.80 +  $9,260.00 = **<u>$ 10,468.80</u>**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #:  51-0433003**

**Fees for August  2008**

| Date | Activity | Time/Hours |
|------|----------|------------|
| 08/01/08 | Telephone conferences w/OSM team and parties re: case update, mentally ill parolees, and remedial sanctions | 2.3 |
| 08/04/08 | Telephone conference w/defendants re: telephonic hearings, mentally ill parolees, and *Comito* requirements; review court order | 0.6 |
| 08/06/08 | Review prior drafts of policies concerning the mentally ill | 0.75 |
| 08/07/08 | Review parties' email communication and MHCB access memo and DOM supplement | 0.25 |
| 08/08/08 | Review court's order concerning mentally ill parolees | 0.1 |
| 08/10/08 | Telephone conference w/N. Campbell re: mentally ill parolees and OSM report | 0.25 |
| 08/11/08 | Travel between San Anselmo and Sacramento (including trips to airport) | 4.2* |
| 08/11/08 | Conference w/N. Campbell; meet w/defendants re: plan for mentally ill parolees; telephone conference w/defendants | 3.6 |
| 08/12/08 | Telephone conference w/C. Riveland re: mentally ill parolees; review parties' email communication | 0.6 |

| 08/13/08 | Email and phone communication w/defendants re: mentally ill parolees; review prior communications re: same | 1.5 |
|---|---|---|
| 08/14/08 | Conference w/C. Riveland re: mentally ill parolees | 0.25 |
| 08/15/08 | Travel to Sacramento airport and from Sacramento to San Anselmo (8/14 and 8/15 travel divided between this matter and *LH*) | 2.3* |
| 08/15/08 | Review parties' communications and prepare notes; participate in meeting w/defendants and N. Campbell re: mentally ill parolees; conference w/N. Campbell re: same | 4.6 |
| 08/16/08 | Review and respond to parties' and OSM recent email communication; review documents re: mentally ill parolees | 0.5 |
| 08/18/08 | Review documents re: mentally ill parolees; email communication re: same and self-monitoring; review and notate monitoring reports for OSM report | 2.2 |
| 08/19/08 | Telephone conferences w/defendants and C. Riveland re: mentally ill parolees; email communication w/N. Campbell re: same | 0.4 |
| 08/20/08 | Telephone conferences and email communication w/all parties re: mentally ill parolees; review draft plan | 2.4 |
| 08/20/08 | Travel from San Anselmo to Sacramento | 1.7* |
| 08/21/08 | Conference w/OSM team; participate in all-parties meetings re: RSTS and mentally ill parolees | 6.7 |
| 08/21/08 | Travel from Sacramento to San Anselmo | 2.0* |
| 08/22/08 | Draft and distribute document concerning mentally ill parolees; email and phone communication re: same | 1.75 |

| 08/23/08 | Review and analyze monitoring reports in preparation for OSM report | 2.3 |
|---|---|---|
| 08/25/08 | Email communication w/defendants; telephone conference w/C. Riveland re: mentally ill parolees, telephonic hearings | 0.5 |
| 08/29/08 | Email communication re: DMH MOU and other aspects of due process procedures for the mentally ill; review Compliance Report; draft OSM fifth report | 5.8 |
| 08/30/08 | Review and analyze monitoring reports in preparation for OSM report | 1.7 |
| 8/31/08 | Review and analyze monitoring reports in preparation for OSM report | 5.0 |

Total…………………………………………………………………………..

$$44.05 \text{ X } \$200/hour = \$ 8,810$$
$$10.2 \text{ X } \$ 90/hour = \$ \phantom{0}918$$
$$\mathbf{\$ \phantom{0}9,728}$$

\* denotes travel time at lower rate

### Disbursements/Expenses for August  2008

| Date | Activity | Amount |
|---|---|---|
| 08/11/08 | Mileage and tolls between San Anselmo, Sacramento airport, and Sacramento downtown  (214 miles @ 58.5 cents per mile) | 133.19 |
| 08/11/08 | Parking for Sacramento meetings | 12.00 |
| 08/15/08 | Mileage and tolls between San Anselmo and Sacramento – 118 miles at 58.5 cents per mile (split between this matter and *LH*) | 73.03 |

| 08/15/08 | Parking for Sacramento meetings | 13.00 |
|---|---|---|
| 08/20/08 | Hotel for Sacramento meetings | 139.00 |
| 08/21/08 | Mileage and tolls between San Anselmo and Sacramento – 190 miles at 58.5 cents per mile | 115.15 |
| 08/21/08 | Parking for Sacramento meetings | 10.00 |
| 08/21/08 | Food during Sacramento meetings | 3.45 |

08/31/08   Conference call  (8/20)                                    3.18


Total.............................................................................................\$   **502.00**


**Total Fees and Expenses:  \$10,230**


*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for August 2008**

| Date | Activity | Time/Hours |
|------|----------|------------|
| 8/2/08 | Defendant Monthly update call; call with OSM; Call re: MH health issues with plaintiffs and Defendants; calls Morrison and defendants re: MIO plan meetings | 3.20 |
| 8/10/08 | Call Morrision; review materials for MIO meeting; Review decision review data; monitoring reports; Plaintiff response to Comito P&P | 3.15 |
| 8/11/08 | Travel to Sacramento | 5.25* |
| 8/11/08 | MIO Plan meeting with defendants | 3.0 |
| 8/11/08 | Travel to Bainbridge Island | 5.0* |
| 8/12/08 | Correspondence Morrison, review indiv Due process problems and responses | 2.10 |
| 8/13/08 | Calls with Katherine Nelson; Whitney, Galvan, Review and prep for 8/14 meeting | 1.75 |
| 8/14/08 | Review Gap logs, interim remedial sanction data, July doc production, | 1.30 |
| 8/15/08 | Travel to Sacramento  and meeting | 5.0* |
| 8/15/08 | Meeting with defendants re: MI plan | 3.0 |
| 8/15/08 | Travel to Bainbridge Island | 5.0* |
| 8/16/08 | Talked to Tina Waldron about parole rev in Kansas | .40 |
| 8/17/08 | Review report on parole violation reductions; Little Hoover Commission report | .70 |
| 8/20/08 | Calls with defendants, plaintiffs and Morrison re: psych Return; review draft plan | 2.35 |
| 8/20/08 | Travel to Sacramento | 5.25* |

| Date | Activity | Amount |
|------|----------|--------|
| 8/21/08 | Meeting OSM team; Meet and Confer | 6.50 |
| 8/21/08 | Travel to Bainbridge Island | 5.25* |
| 8/22/08 | Respond to e-mails | .10 |
| 8/24/08 | 2nd and 3rd quarter monitoring reports; MIO correspondence And GAP report | 2.10 |
| 8/31/08 | Finish 3rd quarter monitoring reports | 1.80 |

**Total**………………………………………………………………….62.20

31.45  X $180/hour =  $5,661.00
30.75  X $ 90/hour = $2,767.50

## Disbursements/Expenses for August 2008

| Date | Activity | Amount |
|------|----------|--------|
| 8/11/08 | POV: Bainbridge Island to Ferry: 5 mi@ .50.5/mi | 8.59 |
| 8/11/08 | Taxi to SeaTac | 34.00 |
| 8/11/08 | Airfare | 465.00 |
| 8/11/08 | Meals | 20.80 |
| 8/11/08 | Ferry Parking | 13.00 |
| 8/11/08 | Ferry Cost | 6.70 |
| 8/11/08 | Taxi from SeaTac to Ferry | 35.00 |
| 8/11/08 | POV: Ferry to Bainbridge Island: 5 mi @ .50.5/mi | 8.59 |
| 8/15/08 | POV: Bainbridge Island to Ferry: 5 mi@ .50.5/mi | 8.59 |
| 8/15/08 | Taxi to SeaTac | 36.00 |
| 8/15/08 | Airfare | 394.00 |
| 8/15/08 | Meals | 24.44 |
| 8/15/08 | Taxi to Ferry | 38.00 |
| 8/15/08 | Passenger Ferry Cost | 6.70 |
| 8/20/08 | POV: Bainbridge Island to Ferry: 5 mi@.50.5/mi | 8.59 |
| 8/20/08 | Taxi to SeaTac | 32.00 |
| 8/20/08 | Airfare | 418.00 |
| 8/20/08 | Hotel | 138.14 |
| 8/20/08 | Parking | 12.00 |
| 8/21/08 | Parking | · 13.00 |
| 8/21/08 | Meals | 7.97 |
| 8/21/08 | Rental Car | 109.43 |
| 8/21/08 | Taxi to Ferry | 36.00 |
| 8/21/08 | Ferry Costs | 6.70 |
| 8/21/08 | POV: Ferry to Bainbridge Island: 5 mi @ .50.5/mi | 8.59 |

Total Expenses                                                    1889.83

**Total Fees and Expenses:**                                   **$10,318.33**