UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        Plaintiffs,

   v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.
_____/

NO. CIV. S-94-671 LKK/GGH

A M E N D E D
O R D E R

    Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of September, 2008. Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

    Chase Riveland
    <u>Valdivia</u> Special Master
    5714 Deer Harbor Road, Box 367
    Deer Harbor, WA  98243

the amount of $63,171.68 in accordance with the attached

1  statement; and

2      2.  A copy of this order shall be served on the financial
3  department of this court.

4      IT IS SO ORDERED.

5      DATED: October 15, 2008.

```
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
```

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
    v.

No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of September 1 through September 30, 2008.

Chase Riveland, Special Master
    Services                           $13,100.00
    Disbursements              $ 1,161.41

    Total amount due                          **$ 14,261.41**

Virginia Morrison, Deputy Special Master
    Services                           $ 35,820.00
    Disbursements              $    193.27
    Total amount due                          **$ 36,535.27**

Nancy Campbell, Deputy Special Master
    Services                           $ 12,375.00
    Disbursements              $ -0-

    Total amount due                          **$ 12,375.00**

    **TOTAL AMOUNT TO BE REIMBURSED**    **$ 63,171.68**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

                             October 2, 2008
Special Master

## OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO:     Ms. Susan Peterson, Financial Administrator

FROM:   /S/ Chase Riveland
         Chase Riveland, Special Master, *Valdivia*

Date:   October 2, 2008

RE:     Reimbursement for fees and disbursements expended during the period ending September 30, 2008.

Please send the check to the following individual for the amount indicated.

    Chase Riveland
    Valdivia Special Master
    5714 Deer Harbor Road
    Box 367
    Deer Harbor, WA 98243

Amount to be reimbursed: **$ 63,171.68**

*Valdivia et al. v. Schwarzenegger et al.*     No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

## Fees for September 2008

| Date | Description | Hours |
|---|---|---|
| 9/2/08 | Correspondence: Morrison, Devencenzi | .3 |
| 9/5/08 | Review: Plaintiff RJD Report, Rev Extension draft; correspondence: Devencenzi, Wilkinson, Morris, Rifkin | 1.9 |
| 9/6/08 | Review/respond, correspondence: Devencenzi, Campbell, Younger, Sujean | 1.3 |
| 9/8/09 | Review Rev Extension report; correspondence: Devencenzi, Morrison, Campbell; telephone: Campbell, Morrison and Campbell | 2.2 |
| 9/9/08 | Review: OSM info from Defendants, Dev. DECS report, MIO draft, Christian, Plaintiff RCC report | 3.6 |
| 9/10/08 | Telephone conference: Morrison, Campbell, Defendants; review: correspondence: Devencenzi, Galvin, Morrison. Carvo: Individual Problem cases; telephone Tillman | 2.8 |
| 9/11/08 | Travel: Deer Harbor to Sacramento | 7.0 * |
| 9/11/08 | Review/respond to correspondence: Tebrock, Rice, Morrison, Morris, Devencenzi | .8 |
| 9/12/08 | Acquire new CDCR ID; meet w/Morrison; Meet and confer: All parties; Meet w/ Rice | 8.5 |
| 9/13/08 | Review Defendant Document production, Rev Ext. packets,; Plaintiff tour report of Del Norte and Humboldt, Nolan letter, correspondence: Devencenzi, Whitney | 1.9 |
| 9/13/08 | Travel: Sacramento to Deer Harbor | 7.0 * |
| 9/15/08 | Conference call: Morrison and Campbell; review/respond to correspondence: Morrison, Campbell, Morris, Baldwin; work on Special Master Report | 3.9 |

| Date | Description | Hours |
|---|---|---|
| 9/16/08 | Review correspondence: Weltman-Fahs, Morrison, Campbell, Bien, Tebrock; telephone: Whitney, Lopes; conference call w/all parties re: remedial sanctions, telephone: Campbell, SM Report | 6.6 |
| 9/17/08 | Review: DAPO Training materials, RSTS data, CPAP Assessment, draft SM report, EID survey forms; correspondence: Morrison, Skipper-Dotta, Younger, Campbell | 2.2 |
| 9/21/08 | Correspondence: Morrison, Campbell, Lang. Irby, Galvin, Richardson, Bien | 1.4 |
| 9/23/08 | Conference call: Defendants, Morrison; telephone: Campbell; correspondence: Morrison, Campbell, Galvin, Lang, Devencenzi. (MIO Plan) | 1.8 |
| 9/24/08 | Conference call: Plaintiffs, Morrison; Review Defendants ICDTP policies; review CalPAP statistics; Devemcemzi (OSM materials); work on OSM Report ; telephone: Morrison, Campbell | 6.7 |
| 9/25/08 | OSM Report; telephone: Campbell, Lopes; correspondence: Bien, Morrison, Campbell, Harrison (review LACJ Tour Report) | 5.6 |
| 9/26/08 | Review correspondence: Carvo, Devencenzi, Whitney, Bien | .6 |
| 9/27/08 | Review: MOU—Mentally Ill inmates; CDCR letter of instruction, Correspondence: Bien, Morrison, Trebrock, Devencenzi, Baldwin | 1.9 |
| 9/28/08 | Correspondence: Bien, Morrison, Campbell | .2 |
| 9/29/08 | Review: DMH/CDCR MOU; correspondence: Bien, Morrison; Devencenzi; telephone: Galvin; review Plaintiff monitoring Plan | 1.4 |
| 9/30/08 | Telephone: Morrison, Galvin, Devencenzi; review: Acute ICF MOU, Galvin letter, Defendant MIO plan; correspondence: Morrison, Campbell, Hoover; Issue MIO extension letter; review Defendant CIW Monitoring report | <u>3.7</u> |
|  |  | 59.2 |

Total Fees: 59.2 /hrs X $ 200/hr = $11,840.00
\*14/hrs X $ 90/hr =   $ 1,260.00
$13,100.00

\* Denotes travel time @ $90/hour

## Expenses for September 2008

| Date | Activity | Amount |
|---|---|---|
| 9/11/08 | Roundtrip seaplane: Deer Harbor/Seattle/and return | 258.00 |
| 9/11/08 | Roundtrip airfare: Seattle/Sacramento/and return | 368.00 |
| 9/11/08 | Shuttle from Lake Union to Seatac airport | 10.00 |
| 9/11/08 | Lunch/dinner | 39.89 |
| 9/11/08 | Night parking | 15.00 |
| 9/12/08 | Day parking | 18.00 |
| 9/12/08 | breakfast, lunch (Morrison and Riveland), dinner | 66.42 |
| 9/13/08 | 2 meals | 28.78 |
| 9/13/08 | Hotel: 2 nights | 258.36 |
| 9/13/08 | Rental car 2 days | 56.98 |
| 9/13/08 | Taxi: Seatac to Lake Union Seaplanes | 42.00 |
|  |  | $1,161.41 |

Fees and Expenses: $1,161.411+ $13,100.00 = **$14,261.41**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for September 2008**

| Date | Activity | Time/Hours |
|---|---|---|
| 9/1/08 | Call Morrison | .40 |
| 9/4/08 | Review Defendant Compliance report | 1.65 |
| 9/5/08 | Defendant monthly call, review correspondence | 1.55 |
| 9/8/08 | Riveland Call, OSM team call, e-mails | 1.10 |
| 9/10/08 | Defendant Monitoring Phone call, call Morrison | 1.20 |
| 9/15/08 | Calls with plaintiffs and OSM call; e-mails to Defendants; review Defendant Compliance Report | 2.75 |
| 9/16/08 | Report Preparation, Remedial Sanction Phone meet And confer, report writing, call Swanson | 5.30 |
| 9/17/08 | Report writing, e-mails re: report data, call Morrison | 7.10 |
| 9/18/08 | Meet and confer follow-up; Call Rice, e-mails | .85 |
| 9/19/08 | Defendant Monitoring Phone call, calls and e-mails re: Report data to defendants and report writing | 6.25 |
| 9/21/08 | Report Writing | 5.25 |
| 9/22/08 | Report Writing, review CALPAP reports, calls and e-mails, Defendants | 7.10 |
| 9/23/08 | Report Writing, calls and e-mails Defendants and CALPAP, call Morrison, Riveland | 8.15 |
| 9/24/08 | Report Writing, calls Defendants, Morrison, Riveland | 5.10 |
| 9/25/08 | Report Writing, calls Defendants, Morrison, Riveland | 10.25 |
| 9/29/08 | Calls and e-mails Morrison re: editing report | 2.40 |
| 9/30/08 | Calls and e-mails Morrison re: editing report; Review mentally ill offender plan and correspondence | 2.35 |

**Total………………………………………………………………………..68.75**

68.75 X $180/hour = **$12,375**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for September 2008**

| Date | Activity | Time/Hours |
|---|---|---|
| 09/01/08 | Review monitoring reports and other documents in preparation for OSM report; telephone conference w/N. Campbell; email communication w/defendants | 4.5 |
| 09/02/08 | Travel between San Anselmo and Sacramento | 3.6* |
| 09/02/08 | Participate in briefing on RAD capabilities; prepare notes and telephone conference w/C. Riveland re: same; review parties' email communication | 3.25 |
| 09/03/08 | Email communication w/N. Campbell re: RAD | 0.1 |
| 09/04/08 | Review documents for OSM report; email communication w/defendants and CalPAP | 6.3 |
| 09/05/08 | Telephone conference w/defendants and N. Campbell re: status of various issues; review parties' email communication | 1.5 |
| 09/06/08 | Review and notate Plaintiffs' comments on plan for the mentally ill; review study concerning extradition cases | 0.6 |
| 09/07/08 | Review and analyze documents for OSM report | 9.7 |
| 09/08/08 | Telephone conference and email communication w/OSM team; review and analyze documents for OSM report; review defendants' email communication and plan for the mentally ill; draft OSM report sections | 10.0 |

| Date | Description | Hours |
|---|---|---|
| 09/10/08 | Telephone conference w/OSM team and defendants re: internal oversight; review and analyze documents for OSM report; review email communication | 5.6 |
| 09/11/08 | Telephone conference w/defendants; review email communication; review and analyze documents for OSM report | 4.4 |
| 09/12/08 | Travel between San Anselmo and Sacramento (less time spent on substantive matters) | 2.2* |
| 09/12/08 | Conferences w/C. Riveland and plaintiffs; participate in all-parties meetings concerning mentally ill parolees; review documents and email communication | 9.0 |
| 09/14/08 | Telephone conference w/N. Campbell; email communication w/defendants; review and analyze documents for OSM report | 8.6 |
| 09/15/08 | Telephone conference w/OSM team; email communication w/parties re: mentally ill parolees | 1.0 |
| 09/16/08 | Review and analyze documents for OSM report; telephone conference w/L. Tillman at her request; draft OSM report sections; email communication w/defendants | 7.75 |
| 09/17/08 | Email communication w/parties and OSM team; review and analyze documents for OSM report; draft OSM report sections; telephone conference w/N. Campbell | 6.8 |
| 09/18/08 | Telephone conference w/CalPAP; email communication w/parties; review and analyze documents for OSM report; draft OSM report sections | 8.5 |
| 09/19/08 | Telephone conference w/defendants and N. Campbell; email communication w/parties; review and analyze documents for OSM report; draft OSM report sections | 8.7 |

| Date | Description | Hours |
|---|---|---|
| 09/20/08 | Review and analyze documents for OSM report; draft OSM report sections | 11.8 |
| 09/21/08 | Review and analyze documents for OSM report; draft OSM report sections; email communication and telephone conference w/N. Campbell | 9.0 |
| 09/22/08 | Review and analyze documents for OSM report; draft OSM report sections; telephone conference and email communication w/OSM team and parties | 9.5 |
| 09/23/08 | Review and analyze documents for OSM report; draft OSM report sections; telephone conferences w/defendants and OSM team; email and phone communication w/defendants and CalPAP | 9.6 |
| 09/24/08 | Review and analyze documents for OSM report; draft OSM report sections; telephone conferences w/parties and OSM team | 12.2 |
| 09/25/08 | Review and analyze documents for OSM report; draft OSM report sections; email and phone communication w/parties and OSM team | 13.3 |
| 09/26/08 | Email communication w/C. Riveland | 0.1 |
| 09/27/08 | Email communication with parties and OSM team; review CDCR/DMH MOU; review materials related to OSM report | 4.4 |
| 09/28/08 | Review email communication and remedial sanctions documents; review materials related to OSM report | 2.4 |
| 09/29/08 | Revise OSM report citations; email communication w/parties and OSM team re: OSM report, remedial sanctions, and mentally ill parolees; telephone conference w/N. Campbell re: same | 5.0 |
| 09/30/08 | Revise OSM report citations; telephone conferences w/OSM team re: same and mentally ill parolees; telephone conference w/defendants re: internal oversight | 5.5 |

Total............................................................................................

$$179.1 \times \$200/\text{hour} = \$ 35,820.00$$
$$5.8 \times \$ 90/\text{hour} = \underline{\$\phantom{00} 522.00}$$
$$\mathbf{\$ 36,342.00}$$

\* denotes travel time at lower rate

### Disbursements/Expenses for September 2008

| Date | Activity | Amount |
|---|---|---|
| 09/02/08 | Mileage and tolls between San Anselmo and Sacramento – 198 miles at 58.5 cents per mile | 123.83 |
| 09/02/08 | Parking for Sacramento meetings | 12.00 |
| 09/30/08 | Conference calls (9/5, 9/8, 9/15, 9/22, 9/23) | 57.44 |

Total............................................................................$ !The
Formula Not In Table

**Total Fees and Expenses: $ 36,535.27**