UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY, and HOSSIE WELCH, on their own behalf and on behalf of the class of all persons similarly situated,

        Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER, Governor of the State of California, et al.,

        Defendants.

        NO. CIV. S-94-671 LKK/GGH

        O R D E R

/

On May 23, 2005, upon Defendants' motion, this Court ordered that a special master be appointed in this case. The Order of Reference defining the duties of the special master was filed by this Court on August 19, 2005. This Court appointed Chase Riveland as special master on December 16, 2005. Mr. Riveland, following no objection by either party, has appointed Virginia Morrison and Nancy Campbell as deputy special masters.

The court's previous orders have ordered that Special Master Chase Riveland is compensated at the rate of $200 per

1

hour for services performed in accordance with the Order of Reference, except that he shall be compensated at the rate of $90 per hour for travel time. It has been ordered that Deputy Special Master Virginia Morrison be compensated at the same rates as Mr. Riveland and that Deputy Special Master Nancy M. Campbell be compensated at the rate of $180 per hour for services performed in accordance with the Order of Reference, except that she shall be compensated at the rate of $90 per hour for travel time. Additionally, all reasonable expenses incurred by the special master in performing the duties under the Order of Reference shall be reimbursed as costs of the mastership.

On April 25, 2007 the court directed defendants to deposit the sum of $500,000.00 with the Clerk of the Court, said amount to be invested in an interest-bearing account. A substantial part of those funds have now been expended and a significant amount of work remains to be done by the special master.

Accordingly, good cause appearing, it is hereby ordered that:

1. Within thirty days of the date of this order defendants shall deposit with the Clerk of the Court a third interim payment of costs in the amount of $500,000.00 which amount shall be invested in the interest-bearing account previously opened for this action; and

2. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of this Court.

1    IT IS SO ORDERED.

2    DATED: October 17, 2008.

/s/ Lawrence K. Karlton
_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

3