1

2

3

4

5

6

7               UNITED STATES DISTRICT COURT

8               EASTERN DISTRICT OF CALIFORNIA

9

10  JERRY VALDIVIA, ALFRED YANCY,
    and HOSSIE WELCH, on their own
11  behalf and on behalf of the class
    of all persons similarly situated,
12                                          NO. CIV. S-94-671 LKK/GGH
            Plaintiffs,
13
        v.                                       O R D E R
14
    ARNOLD SCHWARZENEGGER, Governor of
15  the State of California, et al.,

16          Defendants.
                                    /
17

18      On October 15, 2008, the court ordered the Clerk to pay the

19  Special Master in this case the amount of $63,171.68. The court

20  is informed that there are insufficient funds in the account to

21  fully execute the order. The court therefore ORDERS the Clerk to

22  pay the Special Master the amount in the account immediately,

23  with the balance to be paid when defendants deposit additional

24  funds.

25      The Clerk is directed to serve a copy of this order on the

26  Financial Department of this Court.

                                1

1    IT IS SO ORDERED.

2    DATED: October 20, 2008.

3

4

5

6    LAWRENCE K. KARLTON
     SENIOR JUDGE
7    UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26