UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY, and HOSSIE WELCH, on their own behalf and on behalf of the class of all persons similarly situated,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, Governor of the State of California, et al.,

    Defendants.

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of October, 2008. Good cause appearing, it is ORDERED that:

    1. The Clerk is directed to pay to:

Chase Riveland
<u>Valdivia</u> Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

////

1  the amount of $30,424.55 in accordance with the attached
2  statement; and
3     2. A copy of this order shall be served on the financial
4  department of this court.
5     IT IS SO ORDERED.
6     DATED: November 3, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
    v.                         No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of October 1 through October 31, 2008.

Chase Riveland, Special Master
    Services                $ 7,420.00
    Disbursements     $ -0-

        Total amount due                **$ 7,420.00**

Virginia Morrison, Deputy Special Master
    Services                $13,493.00
    Disbursements     $   228.82
    Total amount due                **$ 13,721.82**

Nancy Campbell, Deputy Special Master
    Services                $ 8,311.50
    Disbursements     $   971.23

        Total amount due                **$ 9,282.73**

    TOTAL AMOUNT TO BE REIMBURSED     **$ 30,424.55**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland
                           November 3, 2008
Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO:        Ms. Susan Peterson, Financial Administrator

FROM:     /S/ Chase Riveland
Chase Riveland, Special Master, *Valdivia*

Date:      November 3, 2008

RE:        Reimbursement for fees and disbursements expended during the period ending October 31, 2008.


Please send the check to the following individual for the amount indicated.


        Chase Riveland
        Valdivia Special Master
        5714 Deer Harbor Road
        Box 367
        Deer Harbor, WA   98243

                         Amount to be reimbursed: **$ 30,424.55**

*Valdivia et al. v. Schwarzenegger et al.*          **No. CIV S-94-671 LKK/GGH**

**For: Chase Riveland**
**Tax #: 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**

**Fees for October 2008**

| | | |
|---|---|---|
| 10/2/08 | Review correspondence: Devencenzi, Morrison, Campbell, Galvan, Hoover; prepare billing | 1.2 |
| 10/3/08 | Review correspondence: Morrison, Carvo, Campbell, Devencezi, Galvan; telephone conference w/SM team and Defendants; review Plaintiff's response regarding MIO process, Parole "decision-making matrix"; telephone Morrison | 1.9 |
| 10/4/08 | Review: Plaintiff "Decision review" draft, correspondence: Campbell, Galvan, Morrison | .5 |
| 10/6/08 | Meet w/Defendants; meet w/Morrison; meet w/ Judge Karlton | |
| 10/7/08 | Telephone w/Plaintiffs, Campbell, Morrison, Galvan, Devencenzi, | 1.0 |
| 10/8/08 | Telephone conference w/Defendants; telephone: Campbell, Devencenzi: review correspondence: Devencenzi, Morrison, Galvan | 1.4 |
| 10/9/08 | Review correspondence: Galvan, Devencenzi, Morrison, Campbell | .7 |
| 10/10/08 | Review: Plaintiff letter re: MOU; telephone: Morrison, Campbell; review psych log, Devencenzi | 1.1 |
| 10/14/08 | Review correspondence: Harrison, Devencenzi, Campbell, Morrison | .7 |
| 10/15/08 | Review Defendant's draft MIO plan; correspondence: Campbell, Morrison; telephone: Whitney, Morrison, Campbell | 1.6 |
| 10/16/08 | Review Plaintiff and Defendant responses to OSM draft; telephone: Campbell; review correspondence: Kristin, Morrison, Campbell | 2.9 |
| 10/18/08 | Review correspondence: Kristin, Morrison, Campbell, Harrison, the Court | .8 |

| Date | Description | Hours |
|---|---|---|
| 10/19/08 | Conference call w/Campbell and Morrison | 1.3 |
| 10/20/08 | Review both responses to draft 5th report; correspondence : Bien, Morrison, Galvan, Campbell | 2.6 |
| 10/21/08 | Conference call re: draft 5th report with Defendants; review: CalPAP statistics, correspondence from Morrison, Campbell, Mania, Prewitt, Galvan; review Plaintiff's review of Rev extension policies | 3.3 |
| 10/22/08 | Conference call: OSM team and Plaintiffs; correspondence: Morrison, Campbell, Galvin, Devencenzi; OSM Report | 3.2 |
| 10/23/08 | Review correspondence: Campbell, Morrison, Carvo, Riley Telephone: Morrison, Campbell | 1.3 |
| 10/24/08 | Review Campbell changes to OSM report; correspondence: Morrison, Campbell, Riley, Christian | 2.1 |
| 10/25/08 | Review Final OSM 5th Report | 4.8 |
| 10/27/08 | Review DAPO matrix, DEC version 3.1, correspondence: Morrison, Riley, Galvan; Plaintiff response to ICDTP plan, Stewart, individual problems | 3.5 |
| 10/31/08 | Review: Val Staffing report; correspondence: Morrison, Riley, Val Task Force Agenda | 1.2 |
| | | 37.1 |

Total Fees: 37.1/hrs X $ 200/hr = $7,420.00
  */hrs X $ 90/hr =        $      .00
                                        **$7,420.00**

* Denotes travel time @ $90/hour

**Expenses for October 2008**
No expenses

| Date | Activity | Amount |
|---|---|---|

Fees and Expenses: $7,420.00.00

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #:  51-0433003**

**Fees for October 2008**

| Date | Activity | Time/Hours |
|---|---|---|
| 10/1/08 | Revise OSM report; review intermediate care MOU | 3.6 |
| 10/2/08 | Review parties' email communication | 0.2 |
| 10/3/08 | Review parties' email communication; telephone conference w/defendants and OSM team | 0.6 |
| 10/6/08 | Telephone conference w/N. Campbell re: decision review and substantial compliance; conference w/C. Riveland re: same; conference w/Judge Karlton; participate in DPITS briefing | 3.5 |
| 10/6/08 | Round-trip travel between San Anselmo and Sacramento [divided | 1.9* |

between this and another matter]

| Date | Description | Hours |
|---|---|---|
| 10/7/08 | Review decision review materials; telephone conference w/OSM team, plaintiffs, and CalPAP re: same | 1.4 |
| 10/8/08 | Email communication w/parties | 0.1 |
| 10/9/08 | Review documents; email communication w/parties and OSM team | 0.4 |
| 10/11/08 | Review Plaintiffs' comments on DMH MOUs | 0.3 |
| 10/13/08 | Review email communication and documents re: decision matrix | 0.1 |
| 10/14/08 | Telephone conference w/N. Campbell | 0.2 |
| 10/15/08 | Travel between San Anselmo and Hayward | 2.4* |
| 10/15/08 | Observe PVDMI training; telephone conference w/C. Riveland; review parties' comments on OSM report; email communication w/defendants and CalPAP | 9.3 |
| 10/16/08 | Telephone conference w/N. Campbell; email communication w/defendants and C. Riveland; review plan for mentally ill | 1.75 |
| 10/17/08 | Telephone conference w/ C. Riveland; email communication w/parties; revise OSM report | 8.5 |
| 10/18/08 | Review and analyze documents; revise OSM report; telephone conference w/N. Campbell | 8.3 |
| 10/19/08 | Telephone conferences w/OSM team; revise OSM report | 5.0 |
| 10/20/08 | Telephone conference w/C. Riveland; review and respond to email | 0.4 |

|          |                                                                                                                                     |      |
|----------|-------------------------------------------------------------------------------------------------------------------------------------|------|
|          | communication                                                                                                                        |      |
| 10/21/08 | Meet with defendants concerning OSM report and OCC operations                                                                        | 1.7  |
| 10/22/08 | Telephone conference w/OSM team and plaintiffs                                                                                       | 1.75 |
| 10/24/08 | Review parties' email communication; revise OSM report                                                                               | 1.8  |
| 10/25/08 | Finalize OSM report                                                                                                                  | 0.3  |
| 10/26/08 | Telephone conference w/C. Riveland                                                                                                   | 0.1  |
| 10/28/08 | Travel between San Anselmo and Oakland                                                                                               | 1.4* |
| 10/28/08 | Observe DAPO training                                                                                                                | 2.5  |
| 10/29/08 | Review email communication and documents; review and analyze material concerning mentally ill parolees                               | 5.4  |
| 10/30/08 | Telephone conference w/C. Riveland; review documents related to telephonic hearings                                                  | 0.5  |
| 10/31/08 | Review and analyze documents related to telephonic hearings; review email communication and documents; telephone conference w/N. Campbell re: trainings | 7.2  |

Total…………………………………………………………………………..

$$
\begin{aligned}
64.9 \quad &X\ \$200/\text{hour} = \$\ 12{,}980.00 \\
5.7 \quad &X\ \$\ 90/\text{hour} = \$\ \ \ \ 513.00 \\
&\phantom{X\ \$\ 90/\text{hour} =}\ \$\ \ 13{,}493.00
\end{aligned}
$$

* denotes travel time at lower rate

### Disbursements/Expenses for October 2008

| Date | Activity | Amount |
|---|---|---|
| 10/6/08 | Mileage and tolls between San Anselmo and Sacramento -- 95 miles at 58.5 cents per mile [divided between this and another matter] | 59.58 |
| 10/6/08 | Parking for Sacramento meetings | 9.00 |
| 10/15/08 | Mileage and tolls between San Anselmo and Hayward -- 80 miles at 58.5 cents per mile | 50.80 |
| 10/21/08 | Parking for Sacramento meetings | 2.50 |
| 10/28/08 | Mileage and tolls between San Anselmo and Oakland -- 50 miles at 58.5 cents per mile | 33.25 |
| 10/28/08 | Parking for DAPO training | 7.50 |
| 10/31/08 | Conference calls (10/3, 19, 22) | 66.19 |

Total...........................228.82

**Total Fees and Expenses:  $ 13,721.82**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for October 2008**

| Date | Activity | Time/Hours |
|---|---|---|
| 10/2/08 | E-mails to Defendants, Review Mentally ill plan And correspondence; review ICDTP policy draft | 2.75 |
| 10/3/08 | Defendant Monthly call, call Galvan, paragraph 27 Issues review | 1.50 |
| 10/05/08 | Call Morrison, review DAPO training materials, | 1.40 |
| 10/07/08 | Call Defendants re: decision matrix; prepare and call With Plaintiffs re: decision review | 1.80 |
| 10/08/08 | Call Riveland, Parole violation matrix review Report Revisions | 2.40 |
| 10/10/08 | Report Revisions | 1.10 |
| 10/14/08 | Call Morrison, Report Revisions | .60 |
| 10/14/08 | Travel to Oakland | 7.00* |
| 10/15/08 | Travel to Hayward | .65* |
| 10/15/08 | PVDMI Training | 7.50 |
| 10/15/08 | Travel to Bainbridge Island | 5.50* |
| 10/18/08 | Call Morrison, review of parties objections, review Defendant MIO proposal | 3.15 |
| 10/19/08 | Call Morrison and Riveland, review Plaintiff draft of ICDTP monitoring policies | 3.45 |
| 10/21/08 | Calls defendants, BPH letter | 1.75 |
| 10/22/08 | Call Plaintiffs, report revisions | 1.00 |
| 10/23/08 | Report revisions | .75 |
| 10/24/08 | Report revisions, PVDMI, review correspondence and Monitoring reports | 3.10 |
| 10/28/08 | Review of ICDTP policies, correspondence, calls with Parties re: policies | 5.25 |
| 10/30/08 | Documentation re: agreements reached with ICDTP Policies, review of monitoring reports, paragraph 27 | 2.10 |

Total……………………………………………………………………………….52.75

$$39.60 \times \$180/hour = \$7,128.00$$
$$13.15 \times \$ 90/hour = \$1,183.50$$

## Disbursements/Expenses for October 2008

| Date | Activity | Amount |
|---|---|---|
| 10/14/08 | POV: Bainbridge Island to Ferry: 5 mi@ .50.5/mi | 8.59 |
| 10/14/08 | Taxi to SeaTac | 35.00 |
| 10/14/08 | Airfare | 465.00 |
| 10/14/08 | Hotel | 196.19 |
| 10/14/08 | Meals | 57.81 |
| 10/15/08 | Rental Car | 122.48 |

| | | |
|---|---|---|
| 10/15/08 | Hotel Computer Charge | 8.12 |
| 10/15/08 | Ferry Parking | 26.00 |
| 10/15/08 | Taxi from SeaTac to Ferry | 41.00 |
| 10/15/08 | POV: Ferry to Bainbridge Island: 5 mi @ .50.5/mi | 8.59 |
| 10/15/08 | Ferry Cost | 6.70 |
| 10/15/08 | Meals | 4.34 |

Total Expenses                                                                                       971.23

**Total Fees and Expenses:**                                                            **$9,282.73**