UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

L.H., A.Z., D.K., and D.R.,
on behalf of themselves and
all other similarly
situated juvenile parolees
in California,

NO. CIV. S-06-2042 LKK/GGH

            Plaintiffs,

    v.                                    O R D E R

ARNOLD SCHWARZENEGGER,
Governor, State of
California, et al,

            Defendants.
_____/

        Pursuant to the court's May 22, 2008 Order of Reference, the

Special Master has submitted for payment a bill for services

provided through the month of October, 2008.  Good cause appearing,

it is ORDERED that:

        1.  The Clerk is directed to pay to:

        Chase Riveland
        L.H. Special Master
        5714 Deer Harbor Road, Box 367
        Deer Harbor, WA  98243

1

1     the amount of $24,562.48 in accordance with the attached statement;

2     and

3        2.   A copy of this order shall be served on the financial

4     department of this court.

5        IT IS SO ORDERED.

6        DATED:   November 3, 2008.

7

8                  LAWRENCE K. KARLTON
                    SENIOR JUDGE
9                     UNITED STATES DISTRICT COURT

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

L.H. et al.,
     Plaintiffs,
        v.

                No. CIV S-06-2042 LKK/GGH

Schwarzenegger et al.,
     Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the
period of October 1 through October 31, 2008.

Chase Riveland, Special Master
     Services            $8,340.00
     Disbursements     $1,158.85

          Total amount due         **$ 9,498.85**

Virginia Morrison, Deputy Special Master
     Services            $14,507.00
     Disbursements     $   556.63
          Total amount due         **$ 15,063.63**

     TOTAL AMOUNT TO BE REIMBURSED     **$ 24,562.48**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

Chase Riveland                November 3, 2008
Special Master

OFFICE OF THE *L.H.* SPECIAL MASTER


TO:         Ms. Susan Peterson, Financial Administrator


            /S/ Chase Riveland
FROM:       Chase Riveland, Special Master, *L.H.*

Date:       November 3, 2008

RE:         Reimbursement for fees and disbursements expended during the period
            ending October 31, 2008.


Please send the check to the following individual for the amount indicated.


            Chase Riveland
            L.H. Special Master
            5714 Deer Harbor Road
            Box 367
            Deer Harbor, WA  98243

                        Amount to be reimbursed: **$ 24,562.48**

*L.H. et al. v. Schwarzenegger et al.*          **No. CIV S-06-2042 LKK/GGH**

**For: Chase Riveland**
**Tax #: 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**

<u>**Fees for October 2008**</u>

| | | |
|---|---|---|
| 10/2/08 | Review correspondence: Plaintiffs' comments re: Parole process | .4 |
| 10/3/08 | Review correspondence: Grunfield, Brady, Draft screen shots, Renteria, Lang; telephone w/Morrison | 1.3 |
| 10/4/08 | Review: draft policies and Plaintiff responses, Huey | .4 |
| 10/5/08 | Travel: Deer Harbor to Sacramento | 7.0 * |
| 10/6/08 | Court hearing, discussion w/both parties; meet w/ Morrison; meet with Judge Karlton; review LH policies and procedures | 5.9 |
| 10/7/08 | Travel: Sacramento to Deer Harbor | 7.0 * |
| 10/7/08 | Telephone: Brady, Grunfeld, Morrison; review correspondence | 1.4 |
| 10/8/08 | Review correspondence: Brady, Lang, Morrison | .2 |
| 10/9/08 | Telephone: Brady, Morrison; review Plaintiff's analysis of Defendant's compliance report; | 2.1 |
| 10/10/08 | Conference call: All parties; review Defendant's compliance report; review CalPAP statistics for DJJ for September; telephone: Morrison | 5.7 |
| 10/11/081 | Correspondence: Brady, Morrison | .2 |
| 10/13/08 | Review correspondence: Morrison, Brady, Swanson (CalPAP 3's re: 50 mile hearings) | .3 |

| 10/15/08 | Review: Defendant compliance report, begin OSM report; review Plaintiffs comments on Parole violation draft; telephone: Morrison | 3.6 |
| 10/16/08 | Telephone: Morrison, Kwong; Grunfield | .6 |
| 10/17/08 | Telephone: Brady, Morrison, the Court | .7 |
| 10/27/08 | Review/amend drafy of LH 1st report; telephone: Morrison | 2.7 |
| 10/18/08 | Telephone: Morrison | .3 |
| 10/20/08 | Review materials: Swanson, Morrison, Burrell | .5 |
| 10/27/08 | Work on LH 1st report | 3.8 |
| 10/28/08 | Review/amend final draft of LH 1st report; correspondence: Morrison, send to parties | 3.9 |
| 10/29/08 | Review: Plaintiffs comments on attorney standards and access; telephone: Tebrock | <u>1.4</u> |
| | | 35.4 |
| | | 14.0 * |

$$35.4 \text{ hrs. X } \$200/\text{hr.} = \$7.080.00$$
$$14.0 \text{ hrs X } \$90/\text{hr.} = \underline{\$1.260.00}$$
$$\$8.340.00$$

**Expenses for October 2008**

| 10/5/08 | Roundtrip seaplane ticket: Deer Harbor to Seattle and return | 258.00 |
| 10/5/08 | Shuttle: lake Union to Seatac | 10.00 |
| 10/5/08 | Roundtrip airfare: Seattle/Sacramento/Seattle | 368.00 |
| 10/5/08 | Lunch and Dinner | 38.98 |
| 10/5/08 | Overnight parking | 15.00 |
| 10/6/08 | Day parking | 8.0 |

| 10/6/08 | Three meals | 48.96 |
|---------|-------------|-------|
| 10/6/08 | Overnight parking | 15.00 |
| 10/7/08 | Hotel: 2 nights | 236.57 |
| 10/7/08 | Rental car: 2 days | 96.98 |
| 10/7/08 | Taxi: Seatac to Lake Union | 46.00 |
| 10/07/08 | Two meals | <u>17.36</u> |
|  |  | $1,158.85 |

**Fees and expenses for Riveland: <u>$ 9,498.85</u>**

*L.H. et al. v. Schwarzenegger et al.*, No. CV 02042 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for October 2008**

| <u>Date</u> | <u>Activity</u> | <u>Time/Hours</u> |
|---|---|---|
| 10/01/08 | Round-trip travel between San Anselmo and Sacramento | 3.8* |
| 10/01/08 | Participate in meeting w/all parties concerning disability databases | 2.5 |
| 10/03/08 | Telephone conference w/C. Riveland | 0.1 |
| 10/06/08 | Round-trip travel between San Anselmo and Sacramento [divided between this and another matter] | 1.9* |
| 10/06/08 | Conferences w/the parties, C. Riveland, and Judge Karlton | 1.0 |
| 10/07/08 | Telephone and email communication w/plaintiffs and C. Riveland | 0.25 |
| 10/08/08 | Telephone conference w/plaintiffs; review parties' email communication | 0.2 |
| 10/09/08 | Telephone conference w/C. Riveland; email communication w/parties; review plaintiffs' report and other documents in preparation for OSM report; review documents concerning disability and effective communication | 4.6 |
| 10/10/08 | Travel between San Anselmo and Sacramento | 3.6* |
| 10/10/08 | Participate in task force and all-parties meetings; review documents; email communication w/parties | 5.2 |

| | | |
|---|---|---|
| 10/11/08 | Review documents in preparation for OSM report; draft report sections | 4.0 |
| 10/12/08 | Review documents in preparation for OSM report; draft report sections | 1.2 |
| 10/13/08 | Review documents in preparation for OSM report; draft report sections | 2.6 |
| 10/14/08 | Review documents in preparation for OSM report; draft report sections; telephone conference w/C. Riveland | 3.5 |
| 10/17/08 | Telephone conference w/C. Riveland; review plaintiffs' letter re: implementation dates | 0.1 |
| 10/19/08 | Review draft policies; telephone conference w/defendants | 0.5 |
| 10/20/08 | Telephone conference w/C. Riveland | 0.2 |
| 10/21/08 | Travel between San Anselmo and Sacramento | 4.0* |
| 10/21/08 | Participate in file review for effective communication material | 3.75 |
| 10/22/08 | Review and analyze documents for OSM report; email communication w/parties | 2.0 |
| 10/23/08 | Telephone conference w/defendants; review and analyze documents for OSM report | 1.3 |
| 10/24/08 | Telephone conferences w/plaintiffs and defendants; email communication w/CalPAP; review and analyze documents for OSM report; draft OSM report | 2.0 |
| 10/25/08 | Review and analyze documents for OSM report; draft OSM report | 7.8 |

| 10/26/08 | Review and analyze materials for OSM report; draft OSM report; telephone conference w/C. Riveland | 5.6 |
| 10/27/08 | Review and analyze materials for OSM report; draft OSM report; telephone conferences and email communication w/parties, CalPAP, and C. Riveland | 11.9 |
| 10/28/08 | Finalize OSM report; telephone conferences w/plaintiffs | 6.0 |
| 10/29/08 | Telephone conference w/defendants | 0.25 |

Total...............................................................................................

66.55  X $200/hour = $ 13,310
13.3   X $ 90/hour = $  1,197

$    14,507

* denotes travel time at lower rate

## Disbursements/Expenses for October  2008

| Date | Activity | Amount |
| --- | --- | --- |
| 10/01/08 | Mileage and tolls between San Anselmo and Sacramento -- 190 miles at 58.5 cents per mile | 119.15 |
| 10/01/08 | Hotel in Sacramento for meetings | 139.00 |
| 10/06/08 | Mileage and tolls between San Anselmo and Sacramento -- 95 miles at 58.5 cents per mile  [divided between this and another matter] | 59.58 |
| 10/10/08 | Mileage and tolls between San Anselmo and Sacramento -- 190 miles at 58.5 cents per mile | 119.15 |

| 10/21/08 | Mileage and tolls between San Anselmo and Sacramento – 190 miles at 58.5 cents per mile | <u>119.15</u> |
|---|---|---|

Total Expenses: 556.63

.

**Total Fees and Expenses:  $ 15,063.03**