UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

NO. CIV. S-94-671 LKK/GGH

Plaintiffs,

v.                                    O R D E R

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

Defendants.
_____/

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of November, 2008. Good cause appearing, it is ORDERED that:

1. The Clerk is directed to pay to:

Chase Riveland
<u>Valdivia</u> Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA 98243

////

1  the amount of $20,413.17 in accordance with the attached
2  statement; and
3      2.  A copy of this order shall be served on the financial
4  department of this court.
5      IT IS SO ORDERED.
6      DATED:  December 1, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
      v.

No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of November 1 through November 30, 2008.

| | | |
|---|---|---|
| Chase Riveland, Special Master | | |
|     Services | $ 5,060.00 | |
|     Disbursements | $ -0- | |
|     Total amount due | | **$ 5,060.00** |
| Virginia Morrison, Deputy Special Master | | |
|     Services | $ 8,240.50 | |
|     Disbursements | $ 76.98 | |
|     Total amount due | | **$ 8,317.48** |
| Nancy Campbell, Deputy Special Master | | |
|     Services | $ 5,872.50 | |
|     Disbursements | $ 1,163.19 | |
|     Total amount due | | **$ 7,035.69** |
| TOTAL AMOUNT TO BE REIMBURSED | | **$ 20,413.17** |

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

December 1, 2008

Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO: Ms. Susan Peterson, Financial Administrator

FROM: /S/ Chase Riveland
Chase Riveland, Special Master, *Valdivia*

Date: December 1, 2008

RE: Reimbursement for fees and disbursements expended during the period ending November 30, 2008.

Please send the check to the following individual for the amount indicated.

> Chase Riveland
> Valdivia Special Master
> 5714 Deer Harbor Road
> Box 367
> Deer Harbor, WA   98243

Amount to be reimbursed: **$ 20,413.17**

*Valdivia et al. v. Schwarzenegger et al.*     No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for November 2008**

| Date | Description | Hours |
|---|---|---|
| 11/2/08 | Telephone: Campbell; correspondence: Morrison, Campbell | .4 |
| 11/3/08 | Review correspondence: Tebrock, Campbell, Morrison, Hoover, review Campbell IDCPT notes and Plaintiff's WSP Monitoring report; letter to Cate re: LACJ | 1.3 |
| 11/4/09 | Review: psych referral form; correspondence from: Cate, Riley | .7 |
| 11/5/08 | Telephone: Campbell, Morrison, Whitney; correspondence: Holtz, Morrison, Campbell, Prewitt, Riley, Campbell, Tebrock | 1.6 |
| 11/6/08 | Review correspondence: Swanson, Morrison, Carvo, Riley, Tebrock, Bien, Holtz, Prewitt; review Defendant responses to Individual questions from Plaintiffs; telephone: conference call w/all parties, telephone Morrison | 2.8 |
| 11/7/08 | Correspondence: Christian, Tebrock, Morrison, Hoover | .3 |
| 11/9/08 | Review Plaintiffs recommended Decision Review letter; correspondence: Tebrock, Galvan | .7 |
| 11/10/08 | Telephone: Judge Karlton, Hoover; correspondence: Holtz, Wilkinson, Riley, Davis, Campbell | .9 |
| 11/11/08 | Telephone: Campbell; review Defendants' High Desert monitoring report; correspondence: Campbell, Holtz | 1.4 |
| 11/12/08 | Correspondence: Campbell, Galvan, Riley, Holtz, Court, Morrison | .5 |
| 11/13/08 | Telephone: Morrison, Stewart; correspondence: Tebrock, Rice, Morrison | 1.1 |
| 11/14/08 | Review correspondence: Baldwin, Morrison; telephone: Campbell; conference call w/Defendants; conference call w/Morrison, Campbell; telephone Galvan | 2.8 |

| Date | Activity | Hours |
|---|---|---|
| 11/15/08 | Correspondence: Campbell, Morrison, Cate | .6 |
| 11/17/08 | Correspondence: Tebrock, Morrison, Riley, Prewitt, Holtz, Rice, Prewitt; review CalPAP statistics | 1.1 |
| 11/18/08 | Correspondence: Morrison, Campbell, Baldwin, Tebrock, Riley, Review Defendant response to PVDI, Plaintiff response to Armstrong Prop 9 | 1.4 |
| 11/19/08 | Correspondence: Morrison, Riley, Tebrock | .5 |
| 11/21/08 | Review correspondence: Riley, Morrison, Baldwin, Carvo, Christian, Campbell; review various proposed agendas, individual due process cases, pre-tour letter, Defendant document production; conference call: Rice, Tebrock, Campbell, Morrison | 2.6 |
| 11/24/08 | Correspondence: Boyd, Morrison, Riley, Tebrock, Cate | .6 |
| 11/25/08 | Review correspondence: Morrison, Campbell, Boyd, Galvin, Tebrock, Stewart; conference call: Morrison, Campbell; letter to Defendants | 1.8 |
| 11/27/08 | Correspondence: Campbell, Morrison; Review North Kern Monitoring Report | 1.1 |
| 11/28/08 | Correspondence: Morrison, Galvin | .2 |
| 11/30/08 | Correspondence: Morison, Campbell; prepare team billing | .9 |
| | | 25. |

Total Fees: 25.3/hrs X $ 200/hr = $5,060.00
          \*/hrs X $ 90/hr =   $     .00
                      **$5,060.00**

\* Denotes travel time @ $90/hour

### Expenses for November 2008

| Date | Activity | Amount |
|---|---|---|
| | --No expenses for November-- | |

Fees and Expenses: **$5,060.00**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for November 2008**

| Date | Activity | Time/Hours |
|---|---|---|
| 11/2/08 | Call Riveland, Review DAPO Program Matrix And correspondence; review ICDTP policy draft; Review mentally ill plan and psych referral proposal | 2.50 |
| 11/3/08 | Call Hoffman, review disability documentation; review Revocation extension policy, review DEC 3.1 | .75 |
| 11/04/08 | Call Carter, Hoffman | 1.30 |
| 11/05/08 | Call Riveland, review correspondence, compile work list | .75 |
| 11/05/08 | Travel to San Diego | 6.00* |
| 11/06/08 | Travel to Chula Vista | .50* |
| 11/06/08 | PVDMI Training | 4.50 |
| 11/06/08 | Travel to Bainbridge Island | 6.25* |
| 11/13/08 | Review Monitoring reports, Review Plaintiff's Monitoring Proposal and Defendant's Response | 4.75 |
| 11/14/08 | Call Riveland, Defendant Monthly Call Correspondence Plaintiffs; review Prop 9, gap log | 2.80 |
| 11/17/08 | Review staffing reports and issues, BPH Policy Prop 9 | .75 |
| 11/18/08 | Call Nelson, review Prop 9, correspondence | 1.00 |
| 11/19/08 | Calls Defendants, Morrison | .50 |
| 11/20/08 | Calls Morrison, Rice and OSM | 1.25 |
| 11/21/08 | Review Defendant Document Production, Meet and confer agenda | 1.90 |
| 11/25/08 | OSM call re: DAPO policy, prepare for PVDMI Meet and confer | 1.25 |
| 11/26/08 | Call with parties re: PDVMI, ICDTP policies; Meeting follow-up | 1.50 |
| 11/28/08 | Review Monitoring Reports, Decision Review | .75 |

**Total**................................................................................................ 26.25

26.25 X $180/hour = $4,725.00
12.75 X $ 90/hour = $1,147.50

## Disbursements/Expenses for November 2008

| Date    | Activity                                          | Amount  |
|---------|---------------------------------------------------|---------|
| 11/5/08 | POV: Bainbridge Island to SeaTac: 17mi@ .50.5/mi  | 8.59    |
| 11/5/08 | Ferry to Seattle                                  | 14.45   |
| 11/5/08 | Airfare                                           | 709.00  |
| 11/5/08 | Hotel                                             | 283.77  |
| 11/5/08 | Meals                                             | 10.99   |
| 11/5/08 | Rental Car                                        | 75.40   |
| 11/6/08 | Airport Parking                                   | 28.80   |
| 11/6/08 | POV: Ferry to Bainbridge Island: 17 mi @ .50.5/mi | 8.59    |
| 11/6/08 | Ferry to Bainbridge                               | 14.40   |
| 11/6/08 | Meals                                             | 9.20    |

| | | |
|---|---|---|
| Total Expenses | | 1163.19 |
| **Total Fees and Expenses:** | | **7,035.69** |

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #:   51-0433003**

<u>**Fees for November 2008**</u>

| Date | Activity | Time/Hours |
|---|---|---|
| 11/03/08 | Review email communication | 0.1 |
| 11/05/08 | Review and respond to email communication; review documents; review and analyze material concerning telephonic hearings and the DMH MOU; telephone conference w/C. Riveland; telephone conference w/parties re: Proposition 9 | 1.4 |
| 11/07/08 | Review and analyze material concerning telephonic hearings | 1.7 |
| 11/10/08 | Review parties' email communication | 0.2 |
| 11/12/08 | Review Decision Review response and Proposition 9 analysis; email communication w/parties | 0.9 |
| 11/13/08 | Telephone conferences w/defendants and C. Riveland; email communications w/parties; review documents | 1.5 |
| 11/14/08 | Telephone conferences w/defendants and OSM team; review court filings and monitoring proposal | 3.0 |
| 11/17/08 | Telephone conferences w/defendants and OSM team re: staffing and training; review Prop 9 draft policy and documents re: staffing and assessing the mentally ill; email communication w/parties; draft notes for upcoming meetings | 5.4 |

| Date | Description | Hours |
|---|---|---|
| 11/18/08 | Email communication among OSM team; telephone conference w/defendants; review PVDMI documents | 2.0 |
| 11/19/08 | Email communication w/parties | 0.6 |
| 11/21/08 | Review and analyze materials related to telephonic hearings and draft report; telephone conference w/N. Campbell in preparation for meeting; conference w/OSM team and defendants | 2.0 |
| 11/21/08 | Round-trip travel between San Anselmo and Sacramento [divided between this and another matter] | 2.25* |
| 11/22/08 | Review documents concerning remedial sanctions and upcoming meetings; email communication w/defendants | 0.3 |
| 11/24/08 | Telephone conference w/defendants; email communication w/parties and OSM team; review document concerning confrontation rights | 1.25 |
| 11/25/08 | Telephone conferences w/OSM team and defendants; email communication w/OSM team and parties | 2.0 |
| 11/26/08 | Review monitoring reports and RSTS materials; email communication w/defendants | 5.6 |
| 11/28/08 | Review and analyze material concerning telephonic hearings; draft report; email communication w/OSM team | 3.5 |
| 11/29/08 | Review monitoring reports; email communication w/OSM team; review and analyze material concerning telephonic hearings; draft report | 7.5 |
| 11/30/08 | Email communication w/defendants; review documents | 0.25 |
| 11/30/08 | Travel to Modesto for site visit | 2.2* |

Total……………………………………………………………………………..

$$39.2 \times \$200/\text{hour} = \$ 7,840.00$$
$$4.45 \times \$ 90/\text{hour} = \$ \phantom{0}400.50$$
$$\$ 8,240.50$$

\* denotes travel time at lower rate

### Disbursements/Expenses for November 2008

| Date | Activity | Amount |
|---|---|---|
| 11/21/08 | Mileage and tolls in round-trip between San Anselmo and Sacramento (190 miles at 58.5 cents per mile) (allocated between two matters) | 59.57 |
| 11/30/08 | Conference calls (11/6, 11/17, 11/25) | 17.41 |

Total……………………………………………………………………………$ 76.98

**Total Fees and Expenses: $ 8,317.48**