UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        Plaintiffs,

   v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.
                                 /

NO. CIV. S-94-671 LKK/GGH

O R D E R

    Pending before the court is plaintiffs' motion to enforce the injunction in this case, in light of the passage of Proposition 9. The motion is set to be heard on December 22, 2008. Defendants have filed an ex parte request to extend time to oppose the motion and a continuance of the hearing. Plaintiffs oppose the request.

    Good cause appearing, defendants' application is GRANTED. The hearing on the plaintiff's motion is CONTINUED to March 9, 2009. Defendants' opposition or statement of non-opposition

1

1 SHALL be filed not later than February 6, 2009. Plaintiffs'
2 reply, if any, SHALL be filed not later than February 20, 2009.
3 Until the resolution of the plaintiffs' motion, the defendants
4 are prohibited from implementing Proposition 9 (Marsy's Law).
5     IT IS SO ORDERED.
6     DATED: December 4, 2008.

```
                              /s/ Lawrence K. Karlton
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```