UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.
_____/

NO. CIV. S-94-671 LKK/GGH

O R D E R

    The court hereby AMENDS its December 5, 2008 order so that the final sentence shall read: "Until the resolution of the plaintiffs' motion, the defendants are prohibited from implementing those provisions of Proposition 9 (Marsy's Law) at issue in plaintiffs' motion, *i.e.*, California Penal Code §§ 3044(a), 3044(a)(1)-(3), 3044(a)(5)-(6), and 3044(b)."

    IT IS SO ORDERED.

    DATED: December 5, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT