EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
VICKIE P. WHITNEY, State Bar # 145316
Supervising Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-8194
 Fax: (916) 324-5205
 Email: Vickie.Whitney@doj.ca.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JERRY VALDIVIA, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**ARNOLD SCHWARZENEGGER, et al.,**<br><br>Defendants. | 2:94-cv-0671 LKK GGH P<br><br>**SUBSTITUTION OF COUNSEL FOR DEFENDANTS**<br><br>**[Local Rule 83-182(g)]**<br><br>Judge: Hon. Lawrence K. Karlton |

It is hereby mutually agreed that, having provided authorization pursuant to Government Code section 11040 for the employment of outside counsel, the Office of the Attorney General of the State of California, by and through VICKIE P.WHITNEY, Supervising Deputy Attorney General, and JESSICA R. DEVENCENZI, Deputy Attorney General, are substituted out as attorneys of record for Defendants, Governor Arnold Schwarzenegger, and all individually named state officials/individuals employed by the California Department of Corrections and Rehabilitation (Defendants), in Case Number 2:94-cv-0671 LKK GGH P, and that HANSON BRIDGETT LLP, are substituted in as counsel of record for the Defendants.

/ / /

/ / /

*Substitution of Counsel for Defendants*

1

1    The full names and addresses of new counsel are as follows:

2    Paul B. Mello
     HANSON BRIDGETT LLP
3    425 Market Street, 26th Floor
     San Francisco, CA 94105
4    Phone: (415) 777-3200
     Fax:  (415) 541-9366

5

6    Client consent to said substitution by:

7    Dated:    December 2, 2008              /s/ Andrea Lynn Hoch
                                             ANDREA LYNN HOCH
8                                            Legal Affairs Secretary
                                             For Governor Arnold Schwarzenegger

9

10                                            /s/ Benjamin Rice
                                             BENJAMIN RICE
11                                           Asst. Secretary of Legal Affairs
                                             For the California Department of Corrections
12                                           and Rehabilitation and its officials

13   I hereby agree to said substitution:

14
     Dated:    December 2, 2008               /s/ Paul B. Mello
15                                           PAUL B. MELLO
                                             Hanson Bridgett LLP
16
     I hereby consent to said substitution.
17
     Dated:    December 2, 2008              EDMUND G. BROWN JR.
18                                           Attorney General of the State of California

19                                           JAMES M. HUMES
                                             Chief Assistant Attorney General

20                                           ROCHELLE C. EAST
                                             Senior Assistant Attorney General
21

22
                                             By:  /s/  Vickie P. Whitney
                                             VICKIE P. WHITNEY
23                                           Supervising Deputy Attorney General
                                             Attorneys for Defendants
24

25   **IT IS SO ORDERED.**

26
     DATED: December 8, 2008.
27
                                             _____
                                             LAWRENCE K. KARLTON
28                                           SENIOR JUDGE
                                             UNITED STATES DISTRICT COURT