UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of December, 2008. Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

Chase Riveland
Valdivia Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA 98243

////

1

1  the amount of $37,275.46 in accordance with the attached
2  statement; and
3       2.  A copy of this order shall be served on the financial
4  department of this court.
5       IT IS SO ORDERED.
6       DATED:  January 5, 2009.

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Valdivia et al.,
    Plaintiffs,
        v.

No. CIV. S-94-671 LKK/GGH

Schwarzenegger et al.,
    Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of December 1 through December 31, 2008.

Chase Riveland, Special Master
    Services                    $ 10,410.00
    Disbursements          $   1,250.09
        Total amount due                **$ 11,660.09**

Virginia Morrison, Deputy Special Master
    Services                    $ 15,461.00
    Disbursements          $     386.33
        Total amount due                **$ 15,847.33**

Nancy Campbell, Deputy Special Master
    Services                    $  5,792.00
    Disbursements          $     976.54
        Total amount due                **$  6,768.04**

    TOTAL AMOUNT TO BE REIMBURSED        **$ 37,275.46**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,
Chase Riveland
/s/ Chase Riveland

                              January 4, 2009
Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO:     Ms. Susan Peterson, Financial Administrator

FROM:     /S/ Chase Riveland
Chase Riveland, Special Master, *Valdivia*

Date:     January 4, 2009

RE:     Reimbursement for fees and disbursements expended during the period ending December 31, 2008.

Please send the check to the following individual for the amount indicated.

    Chase Riveland
    Valdivia Special Master
    5714 Deer Harbor Road
    Box 367
    Deer Harbor, WA  98243

                  Amount to be reimbursed: **$ 37,275.46**

*Valdivia et al. v. Schwarzenegger et al.*      **No. CIV S-94-671 LKK/GGH**

**For: Chase Riveland**
**Tax #: 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**

### Fees for December 2008

| Date | Description | Hours |
|---|---|---|
| 12/1/08 | Review materials for meet and confer; review Plaintiff Pitchess tour report; review Plaintiff monitoring proposal; review correspondence: Morrison, Campbell, Baldwin | 2.9 |
| 12/2/08 | Travel: Deer Harbor to San Francisco | 7.5 * |
| 12/3/08 | Meet w/Morrison and Campbell; meet w/all parties; meet w/ Morrison and Campbell; review correspondence | 10.3 |
| 12/4/08 | Meet w/ Campbell; meet w/ all parties; meet w/ Campbell; review correspondence | 7.6 |
| 12/5/08 | Travel: San Francisco to Deer Harbor | 7.5 * |
| 12/6/08 | Review CalPAP statistics for October, meeting notes, correspondence: Campbell, Morrison Prewitt; telephone: Morrison | 1.9 |
| 12/8/08 | Review: Defendant ICDTP draft policies; correspondence: Carvo, Weltman-Fahs, Bien, Morrison, Court filings | 1.2 |
| 12/9/08 | Review correspondence: Campbell, Morrison, Boyd; Defendant draft MIO plan, Riley, Tebrock, Campbell | 1.5 |
| 12/10/08 | Telephone: Morrison, Campbell, Galvan; review correspondence: Riley: DMH access info., | 1.7 |
| 12/11/08 | Meet with Galvan, Morrison, Baldwin; review materials/ correspondence: Morrison, Baldwin, Riley, Galvan | 1.6 |
| 12/13/08 | Telephone conference: Morrison and Campbell; review materials correspondence: Riley, Campbell, Morrison | 2.8 |
| 12/14/08 | Review correspondence/materials: Campbell, Morrison, Riley | .5 |
| 12/16/08 | Review Plaintiff monitoring report for SRCJ, Baldwin, Morrison, Riley, Campbell | 1.4 |

| Date | Description | Hours |
|---|---|---|
| 12/18/08 | Review Plaintiff monitoring tour of CIW, correspondence materials: Huey, Morrison, Campbell | 1.5 |
| 12/19/08 | Review correspondence: Morrison, Campbell; review RCC Plaintiff Monitoring Report, Defendant response to ICDTP Monitoring Report | 1.9 |
| 12/20/08 | Correspondence: Morrison Riley, Swanson | .6 |
| 12/22/08 | Review correspondence/materials: Morrison, Campbell, Plaintiff response to HDSP self-monitoring report, Baldwin, Berger, Mania, Campbell, Morrison | 1.8 |
| 12/23/08 | Correspondence: Morrison, Campbell, Riley; Plaintiff SP monitoring report | 1.6 |
| 12/24/08 | Review reports/correspondence: Riley, Morrison; supplemental timeliness report, 3d Q tour report | 1.8 |
| 12/30/08 | Review correspondence: Riley, Morrison, Baldwin, Tebrock, Katherine | |
| 12/31/08 | Review correspondence: Morrison, Riley, Campbell, Mazrani, | <u>1.1</u> |
| | | 45.3 |
| | | 15.0 * |

Total Fees: 45.3/hrs X $ 200/hr = $ 9,060.00
      *15/hrs X $ 90/hr =   $ 1,350.00
                                $ 10,410.00

* Denotes travel time @ $90/hour

## Expenses for December 2008

| Date | Activity | Amount |
|------|----------|--------|
| 12/1/08 | Roundtrip seaplane: Deer Harbor/Seattle/Deer Harbor | 217.00 |
| 12/2/08 | Roundtrip airfare: Seattle/San Francisco/Seattle | 257.00 |
| 12/2/08 | Shuttle: Lake Union to Seatac airport | 15.00 |
| 12/2/08 | Taxi: San Francisco airport to hotel | 44.00 |
| 12/2/08 | lunch, dinner (Riveland and Campbell) | 76.98 |
| 12/3/08 | Taxi: Hotel to RBG office | 13.00 |
| 12/3/08 | breakfast, dinner (Riveland and Campbell) | 68.99 |
| 12/3/08 | Taxi: RBG office to hotel | 13.00 |
| 12/4/08 | Taxi: Hotel to RBG office | 13.00 |
| 12/4/08 | breakfast, dinner | 48.78 |
| 12/4/08 | Taxi: RBG office to hotel | 13.00 |
| 12/5/08 | Hotel (3 nights) | 357.89 |
| 12/5/08 | Taxi: Hotel to San Francisco airport | 44.00 |
| 12/5/08 | Taxi: Seattle airport to Lake Union | 42.00 |
| 12/5/08 | breakfast and lunch | 26.45 |
| | | $1,250.09 |

Fees and Expenses: $ 10,410.00 + $1,250.09 = **$11,660.09**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
Services rendered by Virginia Morrison
Tax #:  51-0433003

**Fees for December 2008**

| Date | Activity | Time/Hours |
|---|---|---|
| 12/1/08 | Telephone conferences w/defendants; observe hearings at Stanislaus county jail; email communication w/parties; review documents | 4.2 |
| 12/1/08 | Travel from Modesto to San Anselmo | 2.0* |
| 12/2/08 | Email communication with parties; telephone conferences w/N. Campbell and C. Riveland; review materials in preparation for meet and confer sessions and for report analysis | 4.6 |
| 12/3/08 | Travel between San Anselmo and San Francisco for meetings | 1.9* |
| 12/3/08 | Confer w/OSM team; participate in all parties meeting; draft summaries and follow-up email; review Prop 9 filing | 9.8 |
| 12/4/08 | Telephone conference w/N. Campbell; email communication w/parties | 0.6 |
| 12/5/08 | Review court orders concerning Marsy's Law; telephone conference and email communication w/defendants re: priority issues, *Comito*, mentally ill plan; review documents | 3.7 |

| Date | Description | Hours |
|---|---|---|
| 12/6/08 | Telephone conference w/C. Riveland; email communication w/defendants re: *Comito* and mentally ill parolees | 0.9 |
| 12/9/08 | Review email communication | 0.2 |
| 12/10/08 | Telephone conferences w/C. Riveland and M. Swanson; review telephonic hearings information; review monitoring reports | 3.3 |
| 12/11/08 | Telephone conferences and email communication w/OSM, CalPAP and defendants re: monitoring, *Comito*, probable cause oversight, LACJ, mentally ill parolees, and RSTS | 4.4 |
| 12/12/08 | Conference w/plaintiffs and C. Riveland re: monitoring; review and respond to parties' and OSM email communication | 1.1 |
| 12/13/08 | Review document production and draft monitoring agreements and related materials; email communication w/parties and OSM | 2.8 |
| 12/14/08 | Telephone conference w/OSM team re: monitoring; email communication w/parties | 0.9 |
| 12/15/08 | Telephone conference w/OSM team and parties re: monitoring; telephone conference w/N. Campbell; review documents | 4.5 |
| 12/16/08 | Participate in SQ tour; review materials concerning LACJ; email communication; telephone conference w/C. Riveland | 8.6 |
| 12/16/08 | Travel between San Anselmo and SQ | 1.0* |
| 12/17/08 | Travel between San Anselmo and SQ | 1.0* |
| 12/17/08 | Participate in SQ tour and telephone conference concerning LACJ; email communication w/parties | 6.7 |

| Date | Description | Hours |
|---|---|---|
| 12/18/08 | Telephone and email communication w/defendants and CalPAP; review monitoring reports | 0.5 |
| 12/19/08 | Telephone conference w/N. Campbell; email communication w/OSM team; review documents concerning rev extension | 2.4 |
| 12/20/08 | Email communication w/parties; review and analyze documents concerning mentally ill parolees and remedial sanctions | 3.25 |
| 12/21/08 | Review and analyze documents concerning mentally ill parolees | 3.6 |
| 12/22/08 | Review parties' email communication | 0.2 |
| 12/23/08 | Review parties' communication and documents | 0.4 |
| 12/29/08 | Email and telephone communication w/defendants; conference w/C. Riveland; telephone conference w/N. Campbell; review documents | 0.8 |
| 12/30/08 | Review defendants' communications and analyze documents concerning SQ, staffing, decision review; telephone call to defendants; email communication w/OSM | 1.0 |
| 12/31/08 | Telephone conference w/defendants concerning staffing, mentally ill parolees, *Comito* policies; email communication w/parties and OSM concerning mentally ill parolees, staffing, and case management; review and analyze documents | 6.2 |

Total............................................................................................

$$74.65 \times \$200/\text{hour} = \$ 14,930$$
$$5.9 \times \$ 90/\text{hour} = \$ \phantom{00}531$$
$$\mathbf{\$ 15,461}$$

\* denotes travel time at lower rate

## Disbursements/Expenses for December 2008

| Date | Activity | Amount |
|---|---|---|
| 12/1/08 | Mileage and tolls for round-trip between San Anselmo and Modesto (210 miles at 58.5 cents per mile) | 127.85 |
| 12/1/08 | Parking for Modesto site visit | 9.00 |
| 12/1/08 | Hotel and meal during Modesto site visit | 143.56 |
| 12/3/08 | Mileage and tolls for round-trip between San Anselmo and San Francisco (40 miles at 58.5 cents per mile) | 29.40 |
| 12/3/08 | Parking for San Francisco meetings | 31.00 |
| 12/16/08 | Mileage for round-trip between San Anselmo and San Quentin (18 miles at 58.5 cents per mile) | 10.53 |
| 12/17/08 | Mileage for round-trip between San Anselmo and San Quentin (18 miles at 58.5 cents per mile) | 10.53 |
| 12/17/08 | Meals at San Quentin (12/16-17 lost receipts) | 6.00 |
| 12/31/08 | Conference calls (12/14, 12/15) | 18.46 |

Total..........................................................................$

**Total Fees and Expenses: $15,847.33**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for December 2008**

| Date | Activity | Time/Hours |
|---|---|---|
| 12/2/08 | Calls Hoffman, Morrison, review Plaintiff Monitoring response and Decision review And correspondence; review ICDTP policy draft; Review mentally ill plan and psych referral proposal | 2.25 |
| 12/2/08 | Travel to San Francisco | 4.75* |
| 12/2/08 | Meeting Riveland | .50 |
| 12/3/08 | Meet and Confer | 7.50 |
| 12/3/08 | Meeting Riveland | .50 |
| 12/4/08 | Review e-mails and meeting notes, Meet and Confer | 5.25 |
| 12/4/08 | Travel to Bainbridge Island | 5.50* |
| 12/9/08 | Call Nelson, Meet and confer follow-up | .30 |
| 12/10/09 | Baldwin, Nelson re: Decision Review | .50 |
| 12/11/09 | Calls Defendants, Plaintiffs, Riveland, Morrison re: monitoring, Prop 9 article | 1.55 |
| 12/14/08 | Review Monitoring issues, call with OSM | 1.10 |
| 12/15/08 | Monitoring Meet and Confer Calls | 1.45 |
| 12/17/08 | Prepare for and participate in call re: LACJ; Call Nelson | 1.10 |
| 12/19/08 | Prepare follow-up from meet and confer | 1.80 |
| 12/22/08 | E-mail parties with meet and confer follow-up | 1.25 |
| 12/23/08 | E-mails re: Decision review | .10 |
| 12/29/08 | Call Morrison | .25 |
| 12/30/08 | Review Serin materials; correspondence Hoffman and Hoshino; Call Defendants | 1.50 |
| 12/31/08 | Correspondence re: Decision review, Retired annuitants | .15 |

**Total**..................................................................................27.05

27.05 X $180/hour = $4,869.00
10.25 X $ 90/hour = $  922.50

## Disbursements/Expenses for December 2008

| Date | Activity | Amount |
|---|---|---|
| 12/2/08 | POV: Bainbridge Island to SeaTac: 17mi@ .50.5/mi | 8.59 |
| 12/2/08 | Ferry to Seattle | 11.55 |
| 12/2/08 | Airfare | 370.00 |
| 12/2-3/08 | Hotel | 374.86 |
| 12/2/08 | Meals | 9.90 |
| 12/2/08 | Taxi to Hotel | 45.00 |
| 12/3/08 | Meals | 7.00 |
| 12/3/08 | Taxi to RBG | 8.50 |
| 12/4/08 | Taxi to RBG | 8.00 |
| 12/04/08 | Taxi to SF Airport | 46.00 |
| 12/4/09 | Meals | 19.69 |
| 12/4/08 | Airport Parking | 47.31 |
| 12/4/08 | POV: Ferry to Bainbridge Island: 17 mi @ .50.5/mi | 8.59 |
| 12/4/08 | Ferry to Bainbridge | 11.55 |

| | | |
|---|---|---|
| Total Expenses | | 976.54 |
| **Total Fees and Expenses:** | | **6,768.04** |