UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY, and HOSSIE WELCH, on their own behalf and on behalf of the class of all persons similarly situated,

Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, Governor of the State of California, et al.,

Defendants.
____________________________________/

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of January, 2009. Good cause appearing, it is ORDERED that:

1. The Clerk is directed to pay to:

Chase Riveland
Valdivia Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA 98243

////

the amount of $30,689.46 in accordance with the attached statement; and

2. A copy of this order shall be served on the financial department of this court.

IT IS SO ORDERED.

DATED: February 4, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**Valdivia et al.,**
**Plaintiffs,**
**v.**

No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
**Defendants.**
______________________/

The Special Master hereby submits his statement for fees and disbursements for the period of January 1 through January 31, 2009.

| | | |
|---|---|---|
| Chase Riveland, Special Master | | |
| Services | $ 9,340.00 | |
| Disbursements | $ --0-- | |
| Total amount due | | **$ 9,340.00** |
| Virginia Morrison, Deputy Special Master | | |
| Services | $ 13,336.00 | |
| Disbursements | $ 423.22 | |
| Total amount due | | **$ 13,759.42** |
| Nancy Campbell, Deputy Special Master | | |
| Services | $ 5,076.00 | |
| Disbursements | $ 514.04 | |
| Total amount due | | **$ 5,590.04** |
| TOTAL AMOUNT TO BE REIMBURSED | | **$ 30,689.46** |

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland

February 1, 2009

Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO: Ms. Susan Peterson, Financial Administrator

/S/ Chase Riveland

FROM: Chase Riveland, Special Master, *Valdivia*

Date: February, 2009

RE: Reimbursement for fees and disbursements expended during the period ending January 31, 2009.

Please send the check to the following individual for the amount indicated.

Chase Riveland
Valdivia Special Master
5714 Deer Harbor Road
Box 367
Deer Harbor, WA 98243

Amount to be reimbursed: **$ 30,689.46**

*Valdivia et al. v. Schwarzenegger et al.* **No. CIV S-94-671 LKK/GGH**

**For: Chase Riveland**
**Tax #: 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**

**Fees for January 2009**

| | | |
|---|---|---|
| 1/2/09 | Review Plaintiffs Monitoring' Report of Solano CJ and ICDTP's; correspondence: Morrison, Tebrock, | 1.5 |
| 1/5/09 | Telephone: Campbell, Morrison; correspondence/review: Morrison, Tebrock, Campbell, Weltmann-Fahs | 1.7 |
| 1/6/09 | Telephone: Morrison, Riley, Tebrock; correspondence/review: Riley, Hoover, | 1.2 |
| 1/7/09 | Telephone: Lopes; Review/correspondence, Morrison, Huey Wilkinson, Tillman, Tebrock | 1.1 |
| 1/8/09 | Telephone: Lopes; review MIO draft P & P's | 1.4 |
| 1/8/09 | Telephone: Lopes; review/correspondence: Riley; Plaintiff ICDTP Report | 1.1 |
| 1/9/09 | Meet w/ Defendants, Morrison; review correspondence: Riley, PACER, Morrison, Tebrock; meet w/ Judge | 2.6 |
| 1/10/09 | Review Plaintiff Tour Report of Region 1; review MIO materials; review RSTS Change requests; Review Document production items; Review ICDTP Region II Report; telephone call: Lopes | 2.9 |
| 1/11/09 | Telephone conference call: Morrison and Campbell | 1.0 |
| 1/12/09 | Review redlined materials for conference call; review correspondence: Morrison, Campbell, Riley, Harrison, Maznavi; review Plaintiff CIM report, Plaintiff MIO draft redline | 2.2 |
| 1/13/09 | Conference call: All parties; telephone: Morrison; correspondence: Campbell, Riley, Tebrock, Harrison, Morrison | 3.7 |
| 1/14/09 | Telephone: Tebrock, Campbell; review correspondence/materials: Campbell, Tebrock, Morrison, Riley, Lopes | 1.8 |
| 1/15/09 | Telephone: Lopes, Tebrock, Morrison; Lopes and Defendants; | |

| | | |
|---|---|---|
| | review correspondence/materials: Campbell, Carvo, Riley, Morrison, Tebrock | 2.9 |
| 1/16/09 | Review DAPO Draft policy,Interim Remedial Plan policy, CalPAP statistics for Nov. 2008, Defendants Comito P & P's, Correspondence: Campbell, Riley | 2.1 |
| 1/17/09 | Telephone: Campbell, Morrison; correspondence: Morrison, Campbell, Baldwin, Spencer | 1.0 |
| 1/20/09 | Telephone: Tebrock, Morrison; review correspondence: Morrison, Riley, Campbell, | 1.1 |
| 1/21/09 | Review correspondence: Baldwin, Tebrock, Carvo, Morrison Galvan; review Plaintiff RJD tour report | 1.3 |
| 1/22/09 | Correspondence: Tebrock, Galvin, Morrison, Campbell | .7 |
| 1/23/09 | Review correspondence: Boyd, Morrison, Campbell; telephone: Campbell, Riley; send letter re: Compliance meetings | 1.3 |
| 1/24/09 | Review correspondence: Riley, Boyd, Morrison, Review IG report and PVDMI and COMPAS policies | 1.4 |
| 1/26/09 | Review materials/correspondence: Riley, Morrison, Carvo, Maznavi, Swanson, Huey, Weltman-Fahs; telephone: Baldwin | 1.1 |
| 1/27/09 | Review/correspondence: Morrison, Boyd, Wilkinson, Riley; review Defendant self-monitoring report-San Quentin | 2.2 |
| 1/28/09 | Telephone: Morrison, Baldwin; review Plaintiff 4th Q SQ monitoring report; review correspondence: Tebrock, Weltman-Fahs, Morrison, Boyd, Riley | 2.0 |
| 1/29/09 | Telephone: Baldwin, Riley, Terbrock; review correspondence: Baldwin, Riley, review interpreters guide | 1.4 |
| 1/30/09 | Review court orders for compliance items; review correspondence: Riley, Campbell, Morrison, Carvo, Baldwin | 2.9 |
| 1/31/09 | prepare billing for January; review correspondence: Morrison, Campbell; review materials for Sacramento trip | 3.1 |
| | | 46.7 |

Total Fees: 46.7/hrs X $ 200/hr = $9,340 .00
*/hrs X $ 90/hr = $ .00
**$ 9,340 .00**

* Denotes travel time @ $90/hour

**Expenses for January 2009**

| Date | Activity | Amount |
|---|---|---|
| | -----no expenses for January--- | |

Fees and Expenses: $ .00 + $= $

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for January 2009**

| Date | Activity | Time/Hours |
|---|---|---|
| 01/02/09 | Telephone conference w/N. Campbell; email communication w/defendants | 0.8 |
| 01/03/09 | Email communication w/defendants and OSM | 0.1 |
| 01/05/09 | Telephone conference regarding mentally ill parolees; email communication w/parties | 0.6 |
| 01/07/09 | Telephone conferences w/defendants and C. Riveland | 0.7 |
| 01/09/09 | Conferences w/defendants, Judge Karlton and OSM; telephone conference w/defendants; review and respond to parties' email communication | 3.0 |
| 01/11/09 | Review ICDTP monitoring materials; telephone conference w/OSM team; review documents | 1.4 |
| 01/12/09 | Email and phone communication w/defendants; review plaintiffs' comments concerning policies and procedures for mentally ill parolees | 2.5 |
| 01/13/09 | All-parties' conference concerning mentally ill parolees; conference w/defendants concerning *Comito* policies; telephone conference w/N. Campbell re: remedial sanctions | 4.2 |
| 01/13/09 | Travel between San Anselmo and Sacramento | 3.4* |

| | | |
|---|---|---|
| 01/14/09 | Telephone conference and email communication w/defendants re: *Comito* materials and tours | 0.25 |
| 01/15/09 | Review and analyze tracking of the mentally ill | 1.3 |
| 01/16/09 | Telephone conference w/defendants re: mentally ill parolees | 0.6 |
| 01/18/09 | Review and respond to email communication | 0.2 |
| 01/19/09 | Telephone conference w/N. Campbell in preparation for week's meetings; review email communication and documents | 0.8 |
| 01/20/09 | Email communication regarding upcoming meetings; telephone conference w/C. Riveland re: mentally ill parolees and substantial compliance definitions; telephone conference w/EIS; review and analyze *Comito* policy draft and related materials; review and analyze materials concerning mentally ill parolees | 5.0 |
| 01/21/09 | Review parties' email communication | 0.25 |
| 01/22/09 | Conferences w/N. Campbell; conference w/defendants and N. Campbell | 3.25 |
| 01/22/09 | Travel between Oakland, Sacramento and San Anselmo | 3.0* |
| 01/23/09 | Review and respond to parties' email communication; review documents; email communication w/CalPAP; telephone conference w/defendants re: mentally ill parolees and tour | 4.6 |
| 01/24/09 | Review and analyze monitoring reports and documents; email communication w/defendants; draft OSM report sections | 7.0 |
| 01/25/09 | Review and analyze monitoring reports and documents | 3.8 |



| | | |
|---|---|---|
| 01/26/09 | Telephone conference w/defendants; email communication w/all parties; review and analyze documents | 5.4 |
| 01/27/09 | Travel from San Anselmo to San Francisco for site visit | 1.6* |
| 01/27/09 | Observe proceedings at San Francisco County Jail | 8.3 |
| 01/28/09 | Travel from San Anselmo to Sacramento | 3.4* |
| 01/28/09 | Conferences w/defendants re: RSTS and substantial compliance; email communication w/defendants | 3.0 |
| 01/30/09 | Review and analyze documents for OSM report | 4.5 |

Total..........................................................................................

61.55 X $200/hour = $ 12,310
11.4 X $ 90/hour = $ 1,026
**$ 13,336**

* denotes travel time at lower rate

**Disbursements/Expenses for January 2009**

| Date | Activity | Amount |
|---|---|---|
| 01/09/09 | Parking during meeting w/Judge Karlton | 3.75 |
| 01/13/09 | Parking during Sacramento meetings | 2.45 |
| 01/13/09 | Meal during Sacramento meetings | 12.82 |

| | | |
|---|---|---|
| 01/13/09 | Mileage and tolls between San Anselmo and Sacramento (190 miles at 55 cents per mile) | 112.50 |
| 01/22/09 | Mileage between Oakland, Sacramento and San Anselmo and tolls (198 miles at 55 cents per mile) | 116.90 |
| 01/22/09 | Parking for Sacramento meetings | 10.00 |
| 01/27/09 | Parking for San Francisco site visit | 8.00 |
| 01/27/09 | Mileage and tolls between San Anselmo and San Francisco (46 miles at 55 cents per mile) | 30.30 |
| 01/28/09 | Parking for Sacramento meetings | 2.50 |
| 01/28/09 | Mileage and tolls between San Anselmo and Sacramento (190 miles at 55 cents per mile) | 112.50 |
| 01/31/09 | Conference calls (1/11) | 11.70 |

Total..........................................................................$ 423.22

**Total Fees and Expenses: $ 13,759.42**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for January 2009**

| Date | Activity | Time/Hours |
|---|---|---|
| 1/3/09 | Call Morrison | .60 |
| 1/5/09 | Call Riveland, review correspondence, request For ICDTP overview, review mentally ill plan, | 3.25 |
| | Decision review policies | 1.50 |
| 1/9/09 | Defendant monthly call, review ICDTP monitoring, Correspondence on same | |
| 1/11/09 | Calls Riveland and Morrison; Morrison | 1.10 |
| 1/13/09 | Call Galvan, review monitoring questions, call Defendants, Call Riveland, Call Morrison | 3.25 |
| 1/15/09 | Call DARS, research on Chico Tour, review Marsy Petition, | .45 |
| 1/16/09 | Calls and correspondence with parties re: Chico tour; Call Riveland, review Mental Health issues | 1.80 |
| 1/19/08 | Call Morrison; draft Hoshino/Hoffman meeting agenda | .50 |
| 1/22/09 | Travel to Sacramento | 5.0* |
| 1/22/09 | Meetings Morrison; Hoshino, Hoffman, Morrison | 2.5 |
| 1/22/09 | Travel to Bainbridge Island | 7.5* |
| 1/25/09 | Prepare for report writing | 4.0 |
| 1/29/09 | Review Decision Review Materials, prepare for Report writing | 3.0 |

**Total**........................................................................................ 21.95

21.95 X $180/hour = $3,951.00
12.50 X $ 90/hour = $1,125.00

**Disbursements/Expenses for January 2009**

| Date | Activity | Amount |
|---|---|---|
| 1/22/09 | POV: Bainbridge Island to Ferry: 5mi@ .50.5/mi | 2.53 |
| 1/22/09 | Airfare | 396.20 |
| 1/22/09 | Taxi to SeaTac | 40.00 |
| 1/22/09 | Meals | 15.58 |
| 1/22/09 | Taxi to Ferry | 43.00 |
| 1/22/09 | Ferry to Bainbridge | 6.70 |

| | | |
|---|---|---|
| 1/22/09 | Ferry Parking | 7.50 |
| 12/22/09 | POV: Ferry to Home: 5mi @ .50.5/mi | 2.53 |
| Total Expenses | | 514.04 |
| **Total Fees and Expenses:** | | **5,590.04** |