

FILED
MAR 3 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

    Defendants.
_____/

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of February, 2009. Good cause appearing, it is ORDERED that:

    1. The Clerk is directed to pay to:

Chase Riveland
<u>Valdivia</u> Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA 98243

////

1

the amount of $22,598.68 in accordance with the attached statement; and

    2. A copy of this order shall be served on the financial department of this court.

IT IS SO ORDERED.

DATED: March 2, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
    v.

No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of February 1 through February 28, 2009.

Chase Riveland, Special Master
    Services                           $ 11,450.00
    Disbursements               $   2,063.54

        Total amount due                           **$ 13,513.54**

Virginia Morrison, Deputy Special Master
    Services                           $ 2,500.00
    Disbursements               $
        Total amount due                           **$   2,500.00**

Nancy Campbell, Deputy Special Master
    Services                           $ 5,926.50
    Disbursements               $    658.64

        Total amount due                           **$ 6,585.14**

    TOTAL AMOUNT TO BE REIMBURSED      **$ 22,598.68**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland

March 2, 2009

Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO: Ms. Susan Peterson, Financial Administrator

FROM: /S/ *Chase Riveland*
Chase Riveland, Special Master, *Valdivia*

Date: March 2, 2009

RE: Reimbursement for fees and disbursements expended during the period ending February 28, 2009.

Please send the check to the following individual for the amount indicated.

    Chase Riveland
    Valdivia Special Master
    5714 Deer Harbor Road
    Box 367
    Deer Harbor, WA 98243

                      Amount to be reimbursed: **$ 22,598.68**

*Valdivia et al. v. Schwarzenegger et al.*　　　No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for February 2009**

| Date | Description | Hours |
|---|---|---|
| 2/1/09 | Review materials for meet and confer; review correspondence: Morrison, Campbell, Baldwin | 2.9 |
| 2/1/09 | Travel: Deer Harbor/Sacramento | 7.5 * |
| 2/2/09 | Attend Valdivia Task Force; review correspondence: Riley Meet w/ Campbell; met w/ | 5.3 |
| 2/3/08 | Meet w/ Campbell; meet w/ all parties; meet w/Tebrock; Meet w/ DAPO; meet w/all parties; review correspondence | 9.6 |
| 2/4/09 | Travel to Placer and return | 2.0 * |
| 2/4/09 | Review Defendant Compliance report and correspondence; view PCH's and rev hearing at Placer Co. Jail; interview involved staff and CalPAP attorneys | 8.1 |
| 2/5/09 | Meet w/all parties re: Compliance definitions, meet | |
| 2/6/08 | Travel: Sacramento to Deer Harbor | 7.5 * |
| 2/8/09 | Review Defendant and Plaintiff filings re: Prop. 9; correspondence: Galvan, Maznavi, Baldwin, Riley, Katie | 3.1 |
| 2/9/09 | Correspondence: Riley, Baldwin, Bien, Morrison | 1.0 |
| 2/10/09 | Review Defendant Compliance Report, correspondence: Weitman-Fahs, Riley, Lang, Baldwin; review CalPAP statistics report; telephone: Campbell; review Defendant DVI Self-Monitoring Report | 3.9 |
| 2/11/09 | Review correspondence: Carvo, Boyd, Campbell, Harrison, Fahs, Riley, | .8 |
| 2/12/09 | Review correspondence: Morrison, Maznavi, Riley, Campbell | .4 |
| 2/14/09 | Review corrspondence: Maznavi, Morrison; begin work on draft | |

|         |                                                                                                                                                                  |       |
|---------|------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|
|         | SM report                                                                                                                                                        | 1.6   |
| 2/17/09 | Review correspondence: Morrison, Tebrock, work on SM report                                                                                                      | 1.3   |
| 2/18/09 | Work on SM report; review correspondence: Riley; Prewitt, Campbell, Morris; telephone: Tebrock and Riley                                                         | 2.8   |
| 2/19/09 | Review correspondence: Campbell, Riley                                                                                                                           | .2    |
| 2/20/09 | Telephone: Riley, work on SM report                                                                                                                              | 1.1   |
| 2/23/09 | Review court filings by Plaintiffs; correspondence: Galvan, Riley Maznavi, Morrison, Campbell, Weltmann-Fahs                                                     | 2.3   |
| 2/24/09 | Review Defendant response to Plaintiff CIM monitoring report, HDSP paper monitoring report; correspondence: Berger, Riley, Campbell, Jones, Galvan, Morrison     | 2.2   |
| 2/25/09 | Review documents/correspondence: Campbell, Riley, Baldwin, Morrison                                                                                              | 1.8   |
| 2/26/09 | Review correspondence/attachments: Riley, Waitman-Fahs, Campbell, Galvan; monitoring protocols, remedial sanction Order, Telephone: Campbell                     | 1.9   |
| 2/27/09 | Telephone: Tebrock; review materials: from Morrison, Riley, Katie Boyd, Mania, Baldwin corrective action report, CalPAP materials                                | 2.6   |
| 2/28/09 | Telephone: Morrison; review correspondence/materials: CalPAP reports, Plaintiff remote monitoring report, ADA report Morrison, Plaintiff comments on Comito policies, Huey, | 2.8  |
|         |                                                                                                                                                                  | 50.5  |
|         |                                                                                                                                                                  | 15.0 *|

Total Fees: 50.5 /hrs X $ 200/hr = $10,100.00
        *15/hrs X $ 90/hr =   $ 1,350.00
                                 **$11,450.00**

* Denotes travel time @ $90/hour

## Expenses for February 2009

| Date | Activity | Amount |
|------|----------|-------:|
| 2/1/09 | Roundtrip seaplane: Deer Harbor/Seattle/Deer Harbor | 218.00 |
| 2/1/09 | Roundtrip airfare: Seattle/Sacramento/Seattle | 357.00 |
| 2/1/09 | Taxi: Lake Union to Seatac airport | 45.00 |
| 2/1/09 | Lunch, dinner | 42.99 |
| 2/2/09 | Day parking | 9.00 |
| 2/2/09 | breakfast, lunch, dinner (Riveland and Campbell) | 86.98 |
| 2/3/09 | Day parking | 13.00 |
| 2/3/09 | Breakfast, lunch (Riveland and Campbell), dinner | 68.89 |
| 2/4/09 | day parking | 13.00 |
| 2/4/09 | Breakfast, lunch, dinner | 49.86 |
| 2/5/09 | Day parking | 13.00 |
| 2/5/09 | Breakfast, lunch, dinner | 47.64 |
| 2/6/09 | Hotel: 5 nights (including night parking) | 728.78 |
| 2/6/09 | Rental car: 5 days | 298.95 |
| 2/6/09 | Taxi: Seatac to lake Union | 45.00 |
| 2/6/09 | breakfast and lunch | 26.45 |
| | | $ 2,063.54 |

Fees and Expenses: $2,063.54 + $ 11,450.00 = **$13,513.54**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
Services rendered by Virginia Morrison
Tax #: 51-0433003

**Fees for February 2009**

| Date | Activity | Time/Hours |
|---|---|---|
| 02/01/09 | Review and analyze documents; draft OSM report sections; email communication w/parties | 4.6 |
| 02/08/09 | Review and respond to email communication; review documents | 0.75 |
| 02/13/09 | Review email communication and documents | 0.2 |
| 02/17/09 | Review email communication and documents | 0.2 |
| 02/21/09 | Review email communication and documents | 0.2 |
| 02/25/09 | Review and respond to email communication | 0.25 |
| 02/26/09 | Review recent court filings and policy drafts | 2.4 |
| 02/27/09 | Telephone conference w/defendants; review documents concerning *Comito* and other matters; email communication w/parties | 1.7 |
| 02/28/09 | Email communication w/plaintiffs; telephone conference w/C. Riveland; review monitoring documents and recent court filings | 2.2 |

Total............................................................................

12.5 X $200/hour = $ 2,500 / -0- X $ 90/hour

**Disbursements/Expenses for February 2009 -- None**

**Total Fees and Expenses:    $ 2,500**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for February 2009**

| Date | Activity | Time/Hours |
|---|---|---|
| 2/2/09 | Correspondence re: ICDTP transfers, call Tebrock, Review decision review materials, prepare Report data needs list; review compliance report, Meeting Riveland | 2.75 |
| 2/2/09 | Travel to Sacramento | 5.75* |
| 2/3/09 | Meeting Hoffman, Tebrock; meeting DARS And DAPO; Decision Review Meet and Confer | 5.50 |
| 2/3/09 | Travel to Bainbridge Island | 5.50* |
| 2/09/09 | Review monitoring reports and data for OSM report. Correspondence from parties | 4.50 |
| 2/10/09 | Call Riley re: report requirements; out of district Hearing policy, Riveland call, review 3 Judge panel results | 1.55 |
| 2/11/09 | Review monthly production, P. 27, mental health plan | 2.75 |
| 2/17/09 | Review correspondence, e-mails to Plaintiffs and Defendants re: ICDTP transfer issues, scheduling mtgs, | |
| 2/19/09 | Call Riley, review monitoring reports for OSM report, Review MI plan correspondence and revised policies | 6.25 |
| 2/20/09 | Review Compliance report; Paragraph 27 issues | 1.50 |
| 2/25/09 | Review Three Judge Panel materials | .75 |
| 2/26/09 | Call Riveland, Tebrock, correspondence re: corrective Action, data request | 1.75 |

Total..................................................................................... 27.30

27.30 X $180/hour = $4,914.00
11.25 X $ 90/hour = $1,012.50

**Disbursements/Expenses for February 2009**

| Date | Activity | Amount |
|---|---|---|
| 2/2/09 | POV: Bainbridge Island to Ferry: 5mi@ .50.5/mi | 2.53 |
| 2/2-3/09 | Ferry Parking | 15.00 |

| Date | Description | Amount |
|---|---|---|
| 2/2/09 | Airfare | 285.20 |
| 2/2-3/09 | Rental Car | 88.58 |
| 2/2/09 | Taxi to SeaTac | 40.00 |
| 2/2/09 | Meals | 4.81 |
| 2/2-3/09 | Hotel and Parking | 153.14 |
| 2/3/09 | Meeting Parking | 13.00 |
| 2/3/09 | Meals | 5.15 |
| 2/3/09 | Taxi to Ferry | 42.00 |
| 2/3/09 | Ferry to Bainbridge | 6.70 |
| 2/3/09 | POV: Ferry to Home: 5mi @ .50.5/mi | 2.53 |

Total Expenses                                                                 658.64

**Total Fees and Expenses:**                                                   **6585.14**