BINGHAM, McCUTCHEN LLP
GEOFFREY HOLTZ – 191370
KRISTEN A. PALUMBO – 215857
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

PRISON LAW OFFICE
DONALD SPECTER – 83925
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (415) 457-9144

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
HOLLY M. BALDWIN – 191317
ERNEST GALVAN – 196065
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al., <br>     Plaintiffs, <br> v. <br> ARNOLD SCHWARZENEGGER, et al., <br>     Defendants. | No. Civ. S-94-0671 LKK/GGH <br><br> ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FOURTH QUARTER OF 2008 |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, et al., ) Case No. CIV S-94-0671 LKK/GGH
)
    Plaintiffs, ) **ORDER CONFIRMING UNDISPUTED**
) **ATTORNEYS' FEES AND COSTS FOR**
v. ) **THE FOURTH QUARTER OF 2008**
)
ARNOLD SCHWARZENEGGER, et al., )
)
Defendants. )
_____)

    On March 25, 2009, the parties in this case submitted a Stipulation confirming the results of their meet and confer session concerning fees and costs for the Fourth Quarter of 2008, pursuant to the July 8, 2004, periodic fees order in this case.

    Pursuant to the stipulation filed on March 25, 2009, IT IS HEREBY ORDERED that plaintiffs' undisputed fees and costs of $382,331.35, plus interest, are due and collectable as of forty-five days from the date of entry of this Order. Daily interest runs from March 12, 2009 at the rate provided by 28 U.S.C. § 1961.

IT IS SO ORDERED.

Dated: \_March 30, 2009.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com