FILED
APR 02 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

    Defendants.

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of March, 2009. Good cause appearing, it is ORDERED that:

    1. The Clerk is directed to pay to:

Chase Riveland
<u>Valdivia</u> Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA 98243

////

1

1 | the amount of $61,757.78 in accordance with the attached
2 | statement; and
3 |     2. A copy of this order shall be served on the financial
4 | department of this court.
5 |     IT IS SO ORDERED.
6 | DATED: April 2, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
    v.

No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of February 1 through February 28, 2009.

| | | |
|---|---|---|
| Chase Riveland, Special Master | | |
|     Services | $ 13,210.00 | |
|     Disbursements | $ 1,168.56 | |
|     Total amount due | | **$ 14,378.56** |
| Virginia Morrison, Deputy Special Master | | |
|     Services | $ 30,238.00 | |
|     Disbursements | $ 1,628.05 | |
|     Total amount due | | **$ 31,066.05** |
| Nancy Campbell, Deputy Special Master | | |
|     Services | $ 15,619.50 | |
|     Disbursements | $ 694.17 | |
|     Total amount due | | **$ 16,313.17** |
| **TOTAL AMOUNT TO BE REIMBURSED** | | **$ 61,757.78** |

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland

April 1, 2009

Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO:        Ms. Susan Peterson, Financial Administrator

FROM:    /S/ *Chase Riveland*
            Chase Riveland, Special Master, *Valdivia*

Date:      March 2, 2009

RE:       Reimbursement for fees and disbursements expended during the period ending March 31, 2009.

Please send the check to the following individual for the amount indicated.

       Chase Riveland
       Valdivia Special Master
       5714 Deer Harbor Road
       Box 367
       Deer Harbor, WA  98243

                        Amount to be reimbursed: **$ 61,757.78**

*Valdivia et al. v. Schwarzenegger et al.*  No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

## Fees for March 2009

| Date | Description | Hours |
|---|---|---|
| 3/2/09 | Review materials/correspondence: Riley, Morrison | .3 |
| 3/3/09 | review materials/correspondence: Baldwin, Campbell, Riley, Tebrock, telephone: Campbell | 1.9 |
| 3/4/09 | Telephone: Campbell; review materials: document production items, correspondence | 2.8 |
| 3/5/09 | Review materials/correspondence: Riley, Morrison, Plaintiff monitoring report for SRCJ, LACJ monitoring report, Weltman-Fahs | 2.8 |
| 3/6/09 | Review correspondence/materials: Campbell, Plaintiffs' monitoring report VSPW-CCWF, Weltan-Fah | 2.1 |
| 3/7/09 | Review correspondence/materials: Tebrock, Morrison, Campbell | .9 |
| 3/9/09 | Review correspondence/materials: Tebrock, Riley, Rice, Baldwin, Carvo, Campbell | 1.1 |
| 3/10/09 | Review correspondence/materials: Carvo, Campbell, Christian | .6 |
| 3/11/09 | Travel: Deer Harbor to Sacramento | 7.5 * |
| 3/12/09 | Meet w/ Morrison; attend Court hearing; meet w/ Defendant counsel and Plaintiffs; meet w/Rice; meet w/Defendants; review correspondence/materials | 8.2 |
| 3/13/09 | Travel: Sacramento to Deer Harbor | 7.5 * |
| 3/13/09 | Telephone: Morrison; review correspondence/materials: Riley, Huey, Defendant CIW report, Boyd, Mana, Plaintiff response to Plaintiff DVI report | 2.9 |
| 3/14/09 | Telephone: Campbell, review PSM report materials | 2.1 |
| 3/15/09 | Review draft of OSM report from Campbell; review correspondence/materials | 1.9 |

| Date | Description | Hours |
|---|---|---|
| 3/16/09 | Telephone: Campbell; review correspondence/materials: Draft MOU between DMH and CDCR, OSM drafts, | 2.6 |
| 3/17/09 | Review correspondence/materials: Tebrock, Riley, Campbell, Morrison, Bien; telephone: Campbell | 1.2 |
| 3/18/09 | Review materials/correspondence: Carvo, Morrison, Tebrock | .6 |
| 3/19/09 | Review *Comito* documents; correspondence: Morrison, Tebrock Riley telephone: Morrison | 1.1 |
| 3/20/09 | Telephone: Rice, Campbell, Morrison; review materials/correspondence: DMH list, Riley, Morrison | .9 |
| 3/21/09 | Correspondence review: Morrison, Campbell | .2 |
| 3/23/09 | Telephone: Campbell, Morrison; review portions of OSM draft; correspondence materials review: Morrison, Campbell, Riley | 1.4 |
| 3/24/09 | Review portions of OSM report, correspondence review: Carvo, Campbell, Morrison, Galvan, Boyd, Russa | 3.9 |
| 3/25/09 | OSM report review and drafting; correspondence/materials: Campbell, Morrison, Riley; telephone: Campbell, Morrison, Tebrock | 7.8 |
| 3/26/09 | Telephone: Campbell; materials/correspondence review: Baldwin, Riley, Carvo | 1.3 |
| 3/27/09 | Telephone: Morrison | .4 |
| 3/30/09 | Review correspondence/materials: Morrison, Tebrock, Xiong, Galvan, Berger, Mania; review Plaintiff 1st Quarter Wasco State monitoring Report | 1.9 |
| 3/31/09 | Review correspondence/materials: Morrison, Tebrock, Riley, Harrison, Campbell; telephone: Tebrock, Campbell, Morrison | .9 |
| 2/5/09 | Meet and confer w/all parties re :compliance definitions; meet w/ Plaintiffs; meet w/ Defendants *(inadvertently not charged on February billing)* | 7.5 |
| | | 59.3 |
| | | 15.0 * |

Total Fees: 59.3/hrs X $ 200/hr = $11,860.00

*15 /hrs X $90/hr =$ 1,350.00          Total fees: **$13,210.00**
                  .00

\* Denotes travel time @ $90/hour

**Expenses for March 2009**

| Date | Activity | Amount |
|------|----------|--------|
| 3/11/09 | Roundtrip seaplane: Deer Harbor/Seattle/Deer Harbor | 218.00 |
| 3/11/09 | Roundtrip airfare: Seattle/Sacramento/Seattle | 357.00 |
| 3/11/09 | Taxi: Lake Union to Seatac airport | 45.00 |
| 3/11/09 | Lunch, dinner | 32.99 |
| 3/12/09 | Day parking | 9.00 |
| 3/12/09 | breakfast, lunch, dinner | 57.39 |
| 3/13/09 | Hotel: 2 nights (including night parking) | 258.87 |
| 3/13/09 | Rental car: 2 1/2 days | 119.86 |
| 3/13/09 | Taxi: Seatac to Lake Union | 45.00 |
| 3/13/09 | breakfast and lunch | 25.45 |
|         |                     | $ 1,168.56 |

Fees and Expenses: $ 13,210 + $ 1,168.56 = **$ 14,378.56**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
Services rendered by Virginia Morrison
Tax #: 51-0433003

**Fees for March 2009**

| Date | Activity | Time/Hours |
|---|---|---|
| 03/01/09 | Review and analyze documents for OSM report | 1.6 |
| 03/02/09 | Draft sections of OSM report; telephone conference w/N. Campbell | 1.8 |
| 03/02/09 | Travel from San Anselmo to Sacramento | 1.6* |
| 03/03/09 | Participate in all-parties meeting concerning *Comito* policies | 2.8 |
| 03/06/09 | Review parties' email communication | 0.2 |
| 03/08/09 | Review recent documents from parties | 1.25 |
| 03/09/09 | Telephone conference w/defendants; review email communication | 0.4 |
| 03/09/09 | Travel from Chino to Los Angeles [less time spent on another matter] | 0.6* |
| 03/10/09 | Participate in LACJ site visit; review email communication and Resource Documents | 10.7 |
| 03/11/09 | Participate in site visit of LACJ and DRU; review email communication; review and analyze documents for OSM report | 7.8 |
| 03/11/09 | Travel from Los Angeles to Sacramento for court hearing [less time spent on another matter] | 3.3* |

| Date | Description | Hours |
|---|---|---|
| 03/12/09 | Conference w/C. Riveland; attend court hearing on Proposition 9; telephone conferences with defendants | 4.4 |
| 03/12/09 | Travel from Sacramento to San Anselmo | 1.7* |
| 03/13/09 | Telephone conferences w/N. Campbell and C. Riveland; review revocation extension form and policy for mentally ill parolees; review and respond to email communication; review and analyze documents for OSM report; draft OSM report sections | 7.3 |
| 03/14/09 | Review and analyze documents for OSM report; draft OSM report sections; email communication w/OSM team, defendants and CalPAP | 7.0 |
| 03/15/09 | Draft OSM report sections; email communication w/OSM team; telephone conference w/N. Campbell | 3.9 |
| 03/16/09 | Review and respond to email communication; review and analyze documents; draft OSM report sections | 3.2 |
| 03/17/09 | Review and respond to email communication; telephone conferences w/CalPAP and N. Campbell; review and analyze documents; draft OSM report sections | 9.4 |
| 03/18/09 | Review and analyze documents; draft OSM report sections; review and respond to email communication; telephone conference w/C. Riveland | 8.9 |
| 03/19/09 | Review and respond to email communication; review and analyze documents; draft OSM report sections | 7.8 |
| 03/20/09 | Review and respond to email communication; review and analyze documents; draft OSM report sections; telephone conferences w/N. Campbell and the parties | 8.2 |
| 03/21/09 | Telephone conferences w/defendants and N. Campbell; review and respond to email communication; review and analyze documents; draft OSM report sections | 10.0 |

| Date | Description | Hours |
|---|---|---|
| 03/22/09 | Review and analyze documents; draft OSM report sections | 9.6 |
| 03/23/09 | Review and analyze documents; draft OSM report sections; review and respond to email communication; telephone conferences w/defendants, CalPAP, and N. Campbell | 11.5 |
| 03/24/09 | Review and analyze documents; draft OSM report sections; review and respond to email communication; telephone conferences w/defendants and N. Campbell | 12.8 |
| 03/25/09 | Review and analyze documents; draft OSM report sections; telephone conferences w/defendants and OSM team | 12.7 |
| 03/27/09 | Telephone conference w/C. Riveland; review email communication | 0.2 |
| 03/29/09 | Review and respond to email communication | 0.25 |
| 03/30/09 | Review documents | 3.25 |
| 03/31/09 | Telephone conference w/defendants and OSM team | 1.0 |

Total………………………………………………………………………………..

147.95 X $200/hour = $ 29,590
7.2 X $ 90/hour = $ 648
$ 30,238

* denotes travel time at lower rate

## Disbursements/Expenses for March 2009

| Date | Activity | Amount |
|---|---|---|
| 03/03/09 | Mileage and tolls for round-trip travel between San Anselmo and Sacramento (190 miles @ 55 cents per mile) | 112.50 |
| 03/03/09 | Hotel for Sacramento meetings | 139.00 |
| 03/03/09 | Meal during Sacramento meetings | 43.07 |
| 03/03/09 | Parking during Sacramento meetings | 10.50 |
| 03/03/09 | Airline change fee occasioned by change in court schedule | 521.01 |
| 03/10/09 | Hotel for LACJ tour | 361.44 |
| 03/10/09 | Parking at LACJ (2 days) | 14.00 |
| 03/10/09 | Meals during LACJ visit | 123.44 |
| 03/11/09 | Rental car and gas for LACJ visit | 97.98 |
| 03/11/09 | Airport parking | 27.00 |
| 03/11/09 | Meals in conjunction with Sacramento hearings | 34.11 |
| 03/12/09 | Hotel in conjunction with Sacramento hearings | 139.00 |
| 03/12/09 | Parking for court hearing | 5.00 |

Total..............................................................................$ 1,628.05

Total Fees and Expenses: $ 31,866.05

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

<u>**Fees for March 2009**</u>

| Date | Activity | Time/Hours |
|---|---|---|
| 3/2/09 | Report Writing, call Riley and Carvo, follow-up Remedial sanctions info, report writing, correspondence Re: having filled ICDTP beds; Call Morrison; Call Galvan and Bien | 8.25 |
| 3/3/09 | Call Riveland; call parties re: ICDTP placements, Call Nelson, report writing, calls and correspondence Regarding report data | 6.30 |
| 3/4/09 | Call Riveland, calls and e-mails with Defendants Re: data requests and interpretation, report writing | 3.50 |
| 3/5/09 | Report Writing | 3.50 |
| 3/6/09 | Report Writing | 3.70 |
| 3/8/09 | Report Writing | 4.75 |
| 3/10/09 | Calls Riley and Riveland, review report writing Correspondence and general correspondence | .75 |
| 3/11/09 | Report Writing, calls re: report data | 3.50 |
| 3/13/09 | Call Morrison, correspondence with Defendants Re: report data, report writing; calls Plaintiffs and Defendants | 5.25 |
| 3/14/09 | Call Riveland, Report Writing, correspondence Re report writing; correspondence re: monitoring With parties | 5.60 |
| 3/15/09 | Travel to San Francisco | 5.75* |
| 3/15/09 | Meet and Confer | 5.50 |
| 3/16/09 | Travel to Bainbridge Island | 5.50* |
| 3/17/09 | Calls Riveland; call parties re: monitoring, Call Morrison | 1.10 |
| 3/18/09 | Correspondence parties; report writing | 1.50 |
| 3/20/09 | Calls Riveland and Morrison; report writing | 3.00 |
| 3/21/09 | Report Writing | 2.00 |
| 3/22/09 | Making graph for report | .50 |
| 3/23/09 | Report Writing, review monitoring reports | 6.80 |

| Date | Activity | |
|---|---|---|
| 3/24/09 | Report Writing; correspondence review; e-mail Defendants, Data inquiries, calls Riveland, Morrison, parties | 7.25 |
| 3/25/09 | Report Writing, proof reading, correspondence, e-mail Defendants | 4.30 |
| 3/26/09 | Report Edits; e-mail Defendants; call Plaintiffs | 1.40 |
| 3/30/09 | Correspondence Hoshino, Defendants re: ICDTP. Review of Comito and forms issues | 1.15 |
| 3/31/09 | Phone call Tebrock, review Prop 9 decision | 1.55 |

Total............................................................................................... .81.15

81.15 X $180/hour = $14,607.00
11.25 X $ 90/hour = $ 1,012.50

### Disbursements/Expenses for February 2009

| Date | Activity | Amount |
|---|---|---|
| 3/15/09 | POV: Bainbridge Island to SeaTac: 17mi@ .50.5/mi | 8.59 |
| 3/15/09 | Ferry to Seattle | 11.55 |
| 3/15/09 | Airfare | 527.00 |
| 3/15/09 | Meals | 11.89 |
| 3/15/09 | Taxi to RBG | 45.00 |
| 3/15/09 | Taxi from RBG to Airport | 44.00 |
| 3/15/09 | Airport Parking | 26.00 |
| 2/3/09 | Ferry to Bainbridge | 11.55 |
| 2/3/09 | POV: SeaTac to Home: 17mi@50.5/mi | 8.59 |
| Total Expenses | | 694.17 |
| **Total Fees and Expenses:** | | **$16,313.67** |