UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        Plaintiffs,

   v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of April, 2009. Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

Chase Riveland
<u>Valdivia</u> Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA 98243

////

1

the amount of $37,700.28 in accordance with the attached statement; and

2. A copy of this order shall be served on the financial department of this court.

IT IS SO ORDERED.

DATED: May 5, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
    v.

No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of April 1 through April 30 2009.

Chase Riveland, Special Master
    Services                     $ 9,810.00
    Disbursements          $ 1,217.46
        Total amount due                    **$ 11,027.46**

Virginia Morrison, Deputy Special Master
    Services                     $ 15,516.00   + $800 *
    Disbursements          $    517.73
        Total amount due                    **$ 16,833.73**

- March billing for Morrison was incorrectly shorted by $800

Nancy Campbell, Deputy Special Master
    Services                     $ 8,856.00
    Disbursements          $    983.09

        Total amount due                    **$ 9,839.09**

    TOTAL AMOUNT TO BE REIMBURSED      **$ 37,700.28**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland

                                                 May 4, 2009

Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO: Ms. Susan Peterson, Financial Administrator

FROM: /S/ *Chase Riveland*
Chase Riveland, Special Master, *Valdivia*

Date: May 4, 2009

RE: Reimbursement for fees and disbursements expended during the period ending April 30, 2009.

Please send the check to the following individual for the amount indicated.

    Chase Riveland
    *Valdivia* Special Master
    5714 Deer Harbor Road
    Box 367
    Deer Harbor, WA 98243

Amount to be reimbursed: **$ 37,700.28**

*Valdivia et al. v. Schwarzenegger et al.*     No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for April 2009**

| | | |
|---|---|---|
| 4/1/09 | Review Plaintiff Region I tour report and Plaintiff Sac metro tour report; review correspondence/materials; Swanson, Morrison, Baldwin, Wilkinson, Riley, Katie | 1.9 |
| 4/2/09 | Review materials/correspondence: Morrison, Riley, Carvo, Baldwin | .7 |
| 4/3/09 | Review Plaintiff CIW Monitoring report; review materials/ correspondence: Carvo, Baldwin, Riley, Morrison; telephone conference w/Defendants; telephone w/ Morrison | 2.3 |
| 4/4/09 | Review DARS ICDTP criteria, Plaintiff Chula Vista monitoring report, HCS BPRS training materials; correspondence/materials: Riley, Silk, Carvo, Morrison, Stiber, Huey | 2.6 |
| 4/5/09 | Review materials/correspondence: Riley, Baldwin | .3 |
| 4/8/09 | Review correspondence: Riley, Campbell | .2 |
| 4/9/09 | Review correspondence/materials: Campbell, Baldwin, Xiong Forms | 1.4 |
| 4/10/09 | Review correspondence/materials: Campbell, Galvan, Morrison Review draft documents from Defendants: | 2.9 |
| 4/11/09 | Review correspondence/materials: Defendant draft forms and policies; Morrison, Riley, Campbell, Walzak, Weltman-Fahs; Plaintiff Region III Report, Xiong, Plaintiff LACJ report | 3.8 |
| 4/12/09 | Review correspondence: Morrison, Campbell, Xiong Related policies and procedures | 1.3 |
| 4/13/09 | Conference call: Morrison and Campbell; review correspondence: plaintiff Rev Extension report, Comito training materials, Campbell, Morrison, Riley, | 2.4 |
| 4/14/09 | Review correspondence: Morrison, Campbell, Riley, Katie | |

|  |  |  |
|---|---|---|
|  | Wilkinson, Review Plaintiff and Defendant OSM 6th report Responses | 2.9 |
| 4/15/09 | Review correspondence/materials: Morrison, Campbell, Stilber. Riley | .8 |
| 4/16/09 | OSM team conference call; review correspondence/materials, Tebrock, Campbell, Morrison | 2.9 |
| 4/17/09 | Review correspondence/materials: Riley, Morrson, Campbell | .6 |
| 4/18/09 | Review Defendant CIM compliance report, correspondence: Campbell, Carvo, Morrison, Riley, Huey | 1.7 |
| 4/19/09 | Travel: Deer Harbor to Sacramento | 7.5 * |
| 4/21/09 | Travel: Sacramento to Deer Harbor | 7.5 * |
| 4/22/09 | Review materials/correspondence: Morrison, Prewitt, | .6 |
| 4/23/09 | Review correspondence/materials: Riley, Huey | .8 |
| 4/24/09 | Review correspondence/materials: Xiong, Riley, Morrison, Campbell, Tebrock, Baldwin, Mania | 1.0 |
| 4/25/09 | Review draft 6th OSM report; telephone: Morrison; final draft of 6th OSM report and submit to Court | 4.6 |
| 4/26/09 | telephone: Morrison review materials correspondence: Morrison, Baldwin, Campbell | 1.0 |
| 4/27/09 | Conference call w/all parties re: MIO; telephone: Morrison; review materials correspondence: Riley | 2.2 |
| 4/28/09 | Review Plaintiff tour report of San Quentin, review correspondence/ materials; | 1.1 |
| 4/29/09 | Review correspondence/materials: Campbell, Galvan, LACJ DARS audit report; telephone: Morrison, Tebrock, | 1.4 |
| 4/30/09 | Review correspondence/materials: Campbell, Riley, Carvo, Skipper-Dota, | .9 |

                                                                                 42.3
                                                                                  15 *

Total Fees: 42.3/hrs X $ 200/hr = $8,460.00
   *15/hrs X $ 90/hr = $1,350.00
          **$9,810.00**

\* Denotes travel time @ $90/hour

## Expenses for April 2009

| Date | Activity | Amount |
|---|---|---|
| 4/19/09 | Roundtrip seaplane: Deer Harbor to Seattle and return | 218.00 |
| 4/19/09 | Roundtrip airfare: Seattle to Sacramento and return | 398.00 |
| 4/19/09 | Shuttle to airport | 10.00 |
| 4/19/09 | Lunch and dinner | 42.98 |
| 4/20/09 | Breakfast, lunch and dinner | 51.82 |
| 4/20/09 | Day parking | 13.00 |
| 4/21/09 | Breakfast, lunch | 16.96 |
| 4/21/09 | Hotel (2 nights including night parking) | 256.67 |
| 4/21/09 | Rental car 2 ½ days | 149.00 |
| 4/21/09 | Taxi: Seatac airport to Lake Union seaplanes | 44.00 |
| 421/09 | Breakfast, lunch | 17.03 |
| | | $1,217.46 |

Fees and Expenses: $ 1,217.46+ $9,810 .00 = **$ 11,027.46**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for April 2009**

| Date | Activity | Time/Hours |
|---|---|---|
| 04/03/09 | Telephone conference w/defendants and C. Riveland re: monthly update; review and respond to email communication | 2.2 |
| 04/07/09 | Telephone communication w/defendants | 0.1 |
| 04/08/09 | Telephone conferences w/N. Campbell re: various issues and w/defendants re: mentally ill parolees | 1.6 |
| 04/09/09 | Review and analyze documents concerning RSTS and mentally ill parolees; review and respond to email communication; telephone conference w/plaintiffs | 1.5 |
| 04/10/09 | Telephone conference w/defendants re: forms and staffing; email communication w/N. Campbell | 0.3 |
| 04/11/09 | Telephone conference w/C. Riveland | 0.2 |
| 04/13/09 | Telephone conferences w/OSM team; review documents; review and respond to email communication | 4.5 |
| 04/14/09 | Telephone conferences w/N. Campbell, defendants, and plaintiffs re: *Comito* training; review monitoring materials; review parties' comments on OSM report; revise OSM report | 8.8 |
| 04/15/09 | Telephone conferences w/C. Riveland and defendants; review and respond to email communication; review parties' comments on OSM | 5.5 |

| | | |
|---|---|---|
| | report; revise OSM report | |
| 04/16/09 | Telephone conference w/OSM team; review and notate parties' comments on OSM report; revise OSM report; email communication w/all concerned | 8.4 |
| 04/17/09 | Telephone conference w/plaintiffs re: mentally ill plan | 0.3 |
| 04/18/09 | Review and respond to email communication concerning OSM report, remedial sanctions, mentally ill plan | 0.4 |
| 04/19/09 | Review notes for following day's meetings | 0.5 |
| 04/20/09 | Travel between San Anselmo and Sacramento | 3.4* |
| 04/20/09 | Conference w/C. Riveland; conferences w/defendants; telephone conference w/plaintiffs; conference w/the court; telephone conference w/N. Campbell; review and respond to email communication; review training materials and documents; revise OSM report | 6.25 |
| 04/21/09 | Review and respond to email communication concerning *Comito* training and mentally ill parolees | 0.2 |
| 04/22/09 | Review and notate *Comito* training materials; telephone conference w/defendants re: same | 1.3 |
| 04/23/09 | Review and respond to email communication; telephone conference w/defendants; telephone conference w/N. Campbell | 1.2 |
| 04/24/09 | Review and respond to email communication; review documents concerning mentally ill parolees; telephone conferences w/parties and OSM re: same | 1.25 |
| 04/27/09 | Travel to Oakland | 0.8* |

| Date | Description | Hours |
|---|---|---|
| 04/27/09 | Observe DC training; telephone conference w/C. Riveland | 3.0 |
| 04/28/09 | Travel between San Anselmo and Oakland [less time spent on substantive matters] | 1.1* |
| 04/28/09 | Observe DC training; review email communication | 10.7 |

| Date | Activity | |
|---|---|---|
| 04/29/09 | Travel between San Anselmo and Sacramento [less time spent on substantive matters] | 2.7* |
| 04/29/09 | Observe DC training; telephone conferences w/OSM team; conferences w/N. Campbell and defendants; review email communication | 8.25 |
| 04/30/09 | Travel between San Anselmo and Sacramento | 3.4* |
| 04/30/09 | Observe DC training; telephone conference w/defendants; conference w/N. Campbell; review and respond to email communication | 6.0 |

Total............................................................................................

      72.45   X $200/hour = $ 14,490.00
      11.4    X $ 90/hour = $  1,026.00
                               **$ 15,516.00**

* denotes travel time at lower rate

### Disbursements/Expenses for April 2009

| Date | Activity | Amount |
|---|---|---|
| 04/20/09 | Parking for Sacramento meetings | 5.00 |
| 04/20/09 | Mileage and tolls between San Anselmo and Sacramento (190 miles at 55 cents per mile) | 112.50 |
| 04/27/09 | Mileage and tolls between San Anselmo and Oakland (44 miles at 55 cents per mile) | 28.20 |
| 04/27/09 | Parking for Oakland training [metered] | 3.00 |

| Date | Description | Amount |
|---|---|---|
| 04/28/09 | Mileage and tolls between San Anselmo and Oakland (44 miles at 55 cents per mile) | 28.20 |
| 04/28/09 | Parking for Oakland training | 14.00 |
| 04/28/09 | Meal during Oakland training | 4.40 |
| 04/29/09 | Mileage and tolls between San Anselmo and Sacramento (190 miles at 55 cents per mile) | 112.50 |
| 04/29/09 | Parking for Sacramento meetings and training | 13.00 |
| 04/29/09 | Meal during Sacramento training | 20.52 |
| 04/30/09 | Mileage and tolls between San Anselmo and Sacramento (190 miles at 55 cents per mile) | 112.50 |
| 04/30/09 | Parking for Sacramento training | 13.00 |
| 04/30/09 | Meal during Sacramento training | 21.62 |
| 4/30/09 | Conference calls (4/13, 4/14, 4/20) | 29.29 |

Total..................................................................................$517.73

**Total Fees and Expenses:   $ 16,033.73**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

<u>Fees for April 2009</u>

| Date | Activity | Time/Hours |
|---|---|---|
| 4/8/09 | Calls Riveland, Morrison, review Mentally ill Correspondence and training materials | 2.30 |
| 4/9/08 | Correspondence to parties re: report responses, Future issues; call Defendants; review monitoring Reports; call Plaintiffs | 4.75 |
| 4/13/09 | Correspondence Defendants; call OSM; develop issues List, Call Morrison | 2.30 |
| 4/14/09 | Call Plaintiffs re: ICDTP policies, read Comito policies | |
| 4/15/09 | Calls Plaintiffs, Morrison, Riveland; review Parties responses to OSM report, re-write section of Report; correspondence re: ICDTP policies | 5.40 |
| 4/16/09 | Correspondence and call Defendants re: substantial Compliance; correspondence Plaintiffs re: monitoring Call OSM re: report; correspondence Defendants re: DECS | 4.25 |
| 4/17/09 | Substantial compliance correspondence; report revisions; Review monthly documentation; Paragraph 27 issues | 3.45 |
| 4/20/09 | Review Parties responses; Calls with parties; calls Morrison | |
| 4/23/09 | Revise OSM report, calls Riveland, Morrison, Galvan, Tebrock; Correspondence | 4.10 |
| 4/28/09 | DARS audit report; LACJ monitoring report, responses And correspondence | 2.15 |
| 4/28 | Travel to Sacramento | 5.25* |
| 4/29/09 | ID appt; call Morrison; meeting Hoshino; DC training | 8.50 |
| 4/30/09 | DC Training | 5.75 |
| 4/30/09 | Travel to Bainbridge Island | 6.25* |
| 4/30/09 | Correspondence regarding training | .50 |

**Total**……………………………………………………………………………….43.45

43.45 X $180/hour = $7,821.00
11.50 X $ 90/hour = $1,035.00

## Disbursements/Expenses for April 2009

| Date | Activity | Amount |
|---|---|---:|
| 4/28/09 | POV: Bainbridge Island to SeaTac: 17mi@ .50.5/mi | 8.59 |
| 4/28/09 | Ferry to Seattle | 11.55 |
| 4/28/09 | RT Airfare | 281.20 |
| 4/28/09 | Meals | 25.07 |
| 4/28-30/09 | Lodging | 253.42 |
| 4/29/09 | Meals | 25.67 |
| 4/29-30/09 | Parking | 26.00 |
| 4/30/09 | Meals | 20.57 |
| 4/30/09 | Rental Car | 267.46 |
| 4/30/09 | Airport Parking | 43.42 |
| 4/30/09 | Ferry to Bainbridge | 11.55 |
| 4/30/09 | POV: SeaTac to Home: 17mi@50.5/mi | 8.59 |
| **Total Expenses** | | 983.09 |
| **Total Fees and Expenses:** | | **$9,839.09** |