BINGHAM McCUTCHEN LLP
GEOFFREY THOMAS HOLTZ – 191370
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

PRISON LAW OFFICE
DONALD SPECTER – 83925
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
HOLLY M. BALDWIN – 191317
ERNEST GALVAN – 196065
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830
Facsimile: (415) 733-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al., | Case No. Civ. S-94-0671 LKK/GGH |
| Plaintiffs, | **STIPULATION AND ORDER FOR PARTIAL RESOLUTION OF DISPUTED ATTORNEYS' FEES FOR THE THIRD AND FOURTH QUARTERS OF 2008** |
| v. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

PDF created with pdfFactory trial version www.pdffactory.com

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JERRY VALDIVIA, et al., | ) | Case No. CIV S-94-0671 LKK/GGH |
| | ) | |
| Plaintiffs, | ) | **STIPULATION AND ORDER FOR** |
| | ) | **PARTIAL RESOLUTION OF** |
| v. | ) | **DISPUTED ATTORNEYS' FEES FOR** |
| | ) | **THE THIRD AND FOURTH** |
| ARNOLD SCHWARZENEGGER, et al., | ) | **QUARTERS OF 2008** |
| | ) | |
| Defendants. | ) | |
| | ) | |

On July 8, 2004, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, the parties completed their meet-and-confer process for the Third Quarter 2008 fees and costs on December 22, 2008, and the parties completed their meet-and-confer process for the Fourth Quarter 2008 fees and costs on March 25, 2009. The total amount of $135,059.30 remained in dispute following the parties' negotiations, including $33,537 in disputed fees from the Third Quarter of 2008, and $101,522.30 in disputed fees from the Fourth Quarter of 2008.

To narrow the scope of the fee disputes presented to the Court for resolution, the parties have agreed to a partial resolution of the disputed fees from the Third and Fourth Quarters of

PDF created with pdfFactory trial version www.pdffactory.com

1  2008, as follows.  Defendants have agreed to payment of $3,500.00 to resolve 4.7 disputed hours

2  from Quarter Three incurred by Thomas Nolan for work on the plan regarding mentally ill

3  parolees, and to resolve 6.7 disputed hours from Quarter Four incurred by Bingham McCutchen

4  attorneys on monitoring activities.  The amount of $130,624.30 remains in dispute to be resolved

5  pursuant to the July 8, 2004 order regarding the periodic fees process, for Plaintiffs' work

6  incurred in Quarters Three and Four on litigation regarding parolee confrontation rights and the

7  impact of Proposition 9, as well as a dispute regarding certain of Plaintiffs' billing rates.

8          WHEREFORE, IT IS CONFIRMED that $3,500.00 is due and collectable as of forty-five

9  days from the date of entry of this Order.  Interest on these fees will run from the date of entry of

10  this Order, accruing at the rate provided by 28 U.S.C. § 1961.

11          IT IS SO ORDERED.

12

13
   Dated: May 15, 2009
14

15                                         LAWRENCE K. KARLTON
                                          SENIOR JUDGE
16  APPROVED AS TO FORM:              UNITED STATES DISTRICT COURT

17

18   _S. Anne Johnson_____          DATED:  May 14, 2009

19  S. Anne Johnson
    Hanson Bridgett, LLP
20  Attorneys for Defendants

21

22
     _Holly Baldwin_____           DATED:  May 14, 2009
23
    Holly Baldwin
24  Rosen, Bien & Galvan, LLP
    Attorneys for Plaintiffs
25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com