BINGHAM McCUTCHEN LLP
GEOFFREY THOMAS HOLTZ – 191370
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

PRISON LAW OFFICE
DONALD SPECTER – 83925
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
HOLLY M. BALDWIN – 191317
ERNEST GALVAN – 196065
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone: (415) 433-6830
Facsimile: (415) 733-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No. Civ. S-94-0671 LKK/GGH<br><br>**STIPULATION AND ORDER EXTENDING TIME IN WHICH PLAINTIFFS MAY MOVE TO COMPEL CERTAIN DISPUTED ATTORNEY'S FEES INCURRED IN 2008** |

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH PLAINTIFFS MAY MOVE TO COMPEL
CERTAIN DISPUTED ATTORNEY'S FEES INCURRED IN 2008 - CASE NO. CIV. S-94-0671 LKK/GGH

PDF created with pdfFactory trial version www.pdffactory.com

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |
|---|---|
| JERRY VALDIVIA, et al., | ) Case No. CIV S-94-0671 LKK/GGH |
| Plaintiffs, | ) **STIPULATION AND ORDER** |
| v. | ) **EXTENDING TIME IN WHICH** |
|   | ) **PLAINTIFFS MAY MOVE TO COMPEL** |
|   | ) **CERTAIN DISPUTED ATTORNEY'S** |
| ARNOLD SCHWARZENEGGER, et al., | ) **FEES INCURRED IN 2008** |
| Defendants. | ) |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

On July 8, 2004, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees (the "Periodic Fees Order").

Pursuant to these procedures, the parties completed their meet-and-confer process for the Fourth Quarter 2008 fees and costs on March 25, 2009, but certain fees remain in dispute from the Third and Fourth Quarters of 2008.

WHEREAS, pursuant to the Periodic Fees Order, motions to compel disputed fees are generally due sixty (60) days after the completion of the Fourth Quarter meet and confer; and

WHEREAS, Defendants have filed an appeal to the Ninth Circuit Court of Appeals, Case No. 08-15889, regarding this Court's Order entered on March 25, 2008 (Docket No. 1422) with

1

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME IN WHICH PLAINTIFFS MAY MOVE TO COMPEL CERTAIN DISPUTED ATTORNEY'S FEES INCURRED IN 2008 - CASE NO. CIV. S-94-0671 LKK/GGH

| | |
|---|---|
| 1 | respect to parolee confrontation rights (the "confrontation-rights appeal"), which is still pending; |
| 2 | and |
| 3 | WHEREAS, Plaintiffs have incurred and claimed certain attorney's fees as a result of the |
| 4 | confrontation-rights appeal, which Defendants dispute; and |
| 5 | WHEREAS, the Motion to Compel 2008 disputed fees and costs, including, *inter alia*, |
| 6 | attorney's fees for the confrontation-rights appeal, is currently due to be filed on or about |
| 7 | May 26, 2009; and |
| 8 | WHEREAS, the parties seek to resolve their differences in the most efficient manner |
| 9 | possible and reduce the burden on the Court; |
| 10 | NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS: |
| 11 | All disputes regarding fees incurred by Plaintiffs in 2008 for the confrontation-rights |
| 12 | appeal shall be held in abeyance and all deadlines on motions to compel these fees shall be tolled |
| 13 | and not run until sixty (60) days after the Ninth Circuit issues the mandate in the confrontation- |
| 14 | rights appeal. |

Dated: May 22, 2009                    ROSEN, BIEN & GALVAN, LLP

                                       By:   /s/ Holly Baldwin
                                             Holly Baldwin
                                             Attorneys for Plaintiffs


Dated: May 22, 2009                    HANSON BRIDGETT LLP

                                       By:   /s/ S. Anne Johnson
                                             S. Anne Johnson
                                             Attorneys for Defendants


        IT IS SO ORDERED.

Dated: May 26, 2009.                   LAWRENCE K. KARLTON
                                       SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com