UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

            Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.

_____/

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of May, 2009.  Good cause appearing, it is ORDERED that:

    1.   The Clerk is directed to pay to:

Chase Riveland
Valdivia Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

////

1

1 │ the amount of $20,969.71 in accordance with the attached
2 │ statement; and
3 │     2.   A copy of this order shall be served on the financial
4 │ department of this court.
5 │     IT IS SO ORDERED.
6 │     DATED: June 4, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
     **Plaintiffs,**

       **v.**                              No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
     **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of May 1 through May 31, 2009.

| | | |
|---|---|---|
| Chase Riveland, Special Master | | |
|     Services | $ 3,920.00 | |
|     Disbursements | $ -0- | |
|         Total amount due | | **$ 3,920.00** |
| Virginia Morrison, Deputy Special Master | | |
|     Services | $ 9,411.00 | |
|     Disbursements | $ 932.28 | |
|         Total amount due | | **$10,343.28** |
| | | |
| Nancy Campbell, Deputy Special Master | | |
|     Services | $ 6,125.40 | |
|     Disbursements | $ 581.03 | |
| | | |
|         Total amount due | | **$ 6,706.43** |

        TOTAL AMOUNT TO BE REIMBURSED        **$ 20,969.71**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*

/s/ Chase Riveland

                                   June 4, 2009

Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER


TO:          Ms. Susan Peterson, Financial Administrator

             /S/ *Chase Riveland*
FROM:        Chase Riveland, Special Master, *Valdivia*

Date:        June 4, 2009

RE:          Reimbursement for fees and disbursements expended during the period
             ending May 31, 2009.


Please send the check to the following individual for the amount indicated.


             Chase Riveland
             *Valdivia* Special Master
             5714 Deer Harbor Road
             Box 367
             Deer Harbor, WA   98243

                      Amount to be reimbursed: **$ 20,969.71**

*Valdivia et al. v. Schwarzenegger et al.*        **No. CIV S-94-671 LKK/GGH**

**For: Chase Riveland**
**Tax #: 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**

### Fees for May 2009

| Date | Description | Hours |
|------|-------------|-------|
| 5/1/09 | Telephone: Defendants, Morrison, Campbell; review/ correspondence/materials: Riley, Morrison | 1.9 |
| 5/4/09 | Review correspondence/materials: Riley, Morrison, Christian, Whelan | .9 |
| 5/5/09 | Review correspondence/materials: Defendant training materials, Riley, Baldwin, Morrison | .7 |
| 5/6/09 | Review correspondence/materials: Morrison, Campbell, Galva, Riley, Chick, Baldwin | 1.6 |
| 5/12/09 | Review correspondence/materials: Riley, Morrison, | .8 |
| 5/14/09 | Review correspondence/materials: Riley, Morrison, Boyd, Court, Campbell, Galvan | 1.7 |
| 5/15/09 | Review correspondence/materials: Campbell, Carvo, Riley Morrison, | .8 |
| 5/18/09 | Review correspondence/materials: Riley, Christian, Morrison, Mania | .6 |
| 5/20/09 | Review correspondence/materials: Defendant Region III Tour report, Supplemental Charges report for Jan. and Feb., Plaintiff LACJ report; correspondence: Riley, Morrison, Weltman-Fahs, Stilber, | 1.9 |
| 5/21/09 | Review correspondence/materials: Morrison, Boyd, BPH MIO policy | .8 |
| 5/22/09 | Review Plaintiff Santa Rita tour report and MIO training materials | 1.6 |
| 5/25/09 | Correspondence: Campbell; telephone conference: Campbell | 1.3 |
| 5/26/09 | Correspondence/materials: Campbell, Washington-Silk, Morrison, Court | .9 |

| 5/27/09 | Correspondence/ materials: Morrison Court filings, Galvan, Riley, Katie | .8 |
| 5/28/09 | Correspondence/materials: Riley, Morrison, Campbell, Tebrock, Carvo; Review Plaintiff Santa Rita tour report | 1.7 |
| 5/29/09 | Telephone: Morrison, review correspondence/materials: Galvan, Campbell | .9 |
| 5/31/09 | Preparation of May billing, review correspondence materials | <u>.7</u><br>19.6 |

Total Fees: 19.6 /hrs X $ 200/hr = $ 3,920.00
           *0/hrs X $ 90/hr =    <u>.00</u>

* Denotes travel time @ $90/hour

**Expenses for May 2009**

| Date | Activity | Amount |
|------|----------|--------|

No expenses for May

Fees and Expenses: $ 3,920.00 +  $ .00 = <u>$ 3,920.00</u>

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for May 2009**

| Date | Activity | Time/Hours |
|------|----------|------------|
| 5/4/09 | Monthly Defendant Call; correspondence re: LACJ trip Correspondence and training materials | 1.10 |
| 5/6/09 | Review LACJ monitoring reports; file clean up; Plaintiffs' review of Region III report; Comito And MI policy revisions; Paragraph 27; Prop 9 | 2.50 |
| 5/6/09 | Travel to Los Angeles | 6.75* |
| 5/7/09 | Travel to LACJ, ICDTP programs | 1.0 |
| 5/7/09 | Onsite LACJ; Sharper Futures; Tarzana | 6.4 |
| 5/7/09 | Travel to Bainbridge Island | 6.75* |
| 5/8/09 | DC Manual Review; ICDTP referral info Calls Riley and Galvan; review training materials, | 2.15 |
| 5/26/09 | Calls Riveland and Morrison; Review DAPO policy re: Sex offenders; RSTS requirements; Review Monthly Production | 3.33 |
| 5/28/09 | Call Riley; review correspondence of MI policies and procedures and forms policies and procedures | 6.25 |
| 5/29/09 | Review Decision Review policy proposals; Monitoring Reports and paragraph 27 | 4.55 |

**Total**..............................................................................27.28

43.45 X $180/hour = $4,910.40
11.50 X $ 90/hour = $1,215.00

**Disbursements/Expenses for May 2009**

| Date | Activity | Amount |
|------|----------|--------|
| 5/6/09 | POV: Bainbridge Island to SeaTac: 17mi@ .50.5/mi | 8.59 |
| 5/6/09 | Ferry to Seattle | 14.45 |
| 5/6/09 | RT Airfare to LAX | 351.20 |
| 5/6/09 | Meals | 25.12 |
| 5/6/09 | Lodging | 57.75 |
| 5/6/09 | Cab | 53.96 |
| 5/7/09 | Meals | 15.49 |

| | | |
|---|---|---:|
| 4/30/09 | Airport Parking | 31.43 |
| 4/30/09 | Ferry to Bainbridge | 14.45 |
| 4/30/09 | POV: SeaTac to Home: 17mi@50.5/mi | 8.59 |

| | |
|---|---:|
| Total Expenses | 581.03 |
| **Total Fees and Expenses:** | **$6,706.43** |

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #:  51-0433003**

**Fees for  May 2009**

| Date | Activity | Time/Hours |
|---|---|---:|
| 5/3/09 | Travel from San Anselmo to San Diego | 5.2* |
| 5/4/09 | Telephone conferences w/defendants; observe DC training; review and respond to email communication | 5.3 |
| 5/4/09 | Travel from San Diego to Chula Vista | 0.5* |
| 5/6/09 | Travel from Chula Vista via Diamond Bar to Los Angeles | 2.6* |
| 5/6/09 | Observe DC training; conference w/defendants; review and respond to email communication | 5.25 |
| 5/7/09 | Site visits to LACJ and two ICDTPs | 6.4 |
| 5/7/09 | Travel within Los Angeles area and from Los Angeles to San Anselmo | 6.8* |

| 5/11/09 | Telephone conferences w/C. Riveland and defendants; review documents concerning sexual predator requirements, remedial sanctions, training, *Comito* policies; review and respond to email communication | 3.0 |
| 5/13/09 | Telephone conferences w/defendants and N. Campbell; review and respond to email communication; review and analyze documents re: postponements | 7.0 |
| 5/14/09 | Telephone conferences w/C. Riveland and defendants; review and respond to email communication; review documents | 0.7 |

| | | |
|---|---|---|
| 5/18/09 | Review and respond to email communication; review rev extension monitoring report; review and analyze documents | 5.75 |
| 5/19/09 | Telephone conference w/all parties re: mentally ill plan; email communication w/OSM team re: same; review and respond to parties' email communication | 1.5 |
| 5/20/09 | Review mentally ill policies; email communication re: same | 0.25 |
| 5/21/09 | Travel between San Anselmo and San Quentin | 0.8* |
| 5/21/09 | Observe probable cause hearings at San Quentin | 3.5 |
| 5/22/09 | Review monitoring report and email communication; review and analyze supplemental charges studies | 0.6 |
| 5/26/09 | Telephone conference w/N. Campbell | 0.4 |
| 5/27/09 | Review and respond to email communication | 0.25 |

Total……………………………………………………………………..

39.9   X $200/hour = $ 7,980
15.9   X $ 90/hour = $ 1,431
$ 9,411

* denotes travel time at lower rate

**Disbursements/Expenses for May 2009**

| Date | Activity | Amount |
|------|----------|--------|
| 5/3/09 | Airfare for Southern CA site visits | 263.80 |
| 5/4/09 | Hotel and parking for Chula Vista training | 141.05 |
| 5/7/09 | Hotel and parking during LACJ visit | 164.44 |
| 5/7/09 | Meals during Southern CA site visits | 80.55 |
| 5/7/09 | Parking at LACJ | 7.00 |
| 5/7/09 | Rental car and gas during Southern CA site visits | 223.68 |
| 5/7/09 | Airport parking during Southern CA site visits | 51.76 |

Total……………………………………………………..…………………$   932.28

**Total Fees and Expenses:   $ 10,343.28**