HANSON BRIDGETT LLP
PAUL B. MELLO - 179755
pmello@hansonbridgett.com
S. ANNE JOHNSON - 197415
ajohnson@hansonbridgett.com
SAMANTHA D. TAMA - 240280
stama@hansonbridgett.com
RENJU P. JACOB - 242388
rjacob@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:	(415) 777-3200
Facsimile:	(415) 995-3547

Attorneys for Defendants Arnold Schwarzenegger, et al.

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

| | |
|---|---|
| JERRY VALDIVIA, ALFRED YANCY, and HOSSIE WELCH, on their own behalf and on behalf of the class of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | No. S-94-0671 LKK/GGH<br><br>**STIPULATION AND ORDER RE PLAINTIFFS' MOTION TO COMPEL DISPUTED ATTORNEYS' FEES FROM QUARTERS THREE AND FOUR OF 2008**<br><br>**Date:** June 29, 2009<br>**Time:** 10:00 a.m.<br>**Judge:** Hon. Lawrence K. Karlton<br>**Place:** Courtroom 4, 15th Floor |

WHEREAS, on May 21, 2009, Plaintiffs filed a Motion to Compel Disputed Attorneys' Fees from Quarters Three and Four of 2008 (the "Motion"), which is set for a hearing before this Court on June 29, 2009,

IT IS HEREBY STIPULATED AND AGREED between the parties that:

1.   Plaintiffs request that the Court take the Motion off-calendar in exchange for Defendants' agreement to put aside, pending resolution of Defendants' appeal of the Court's March 26, 2009 Order (Dock. No. 1530),  their categorical objection to fees incurred by Plaintiffs'

STIPULATION AND [PROPOSED] ORDER; CASE NO. S-94-0671 LKK/GGH

1946140.1

1

counsel for work related to the enforcement or modification of the Permanent Injunction in this action due to the enactment of Proposition 9.

2. Defendants agree to meet and confer with Plaintiffs about the reasonableness of the amount of Plaintiffs' attorneys' fees pertaining to Proposition 9 work for Quarters Three and Four of 2008 and Quarter One of 2009. Defendants agree to pay any fees incurred for work related to Proposition 9 that are undisputed following the meet and confer process within 45 days within entry of the order to pay the fees, per the Court's July 8, 2004 Order for Periodic Collection of Attorneys' Fees and Costs. Defendants' payment of such undisputed fees will be made without conceding that Plaintiffs are entitled to such fees if Defendants prevail on the pending appeal of this Court's March 26, 2009 Order (the "Prop 9 Appeal") and without waiving any right Defendants may have to reclaim any such fees paid, by way of an offset against other amounts owed to Plaintiffs, if Defendants prevail on the Prop 9 Appeal.

3. By entering into this Stipulation, Plaintiffs do not concede that Defendants have a right to reclaim fees paid related to Proposition 9 work, even if Defendants prevail on the Prop 9 Appeal, and Plaintiffs reserve all rights they have to oppose any effort by Defendants to reclaim such fees, including by offset.

IT IS SO STIPULATED

Dated: June 12, 2009   ROSEN, BIEN & GALVAN, LLP

By: /s/ Holly M. Baldwin
Holly M. Baldwin
Attorneys for Plaintiffs

Dated: June 12, 2009   HANSON BRIDGETT LLP

By: /s/ Anne Johnson
S. Anne Johnson
Attorneys for Defendants

IT IS SO ORDERED.

Dated:  June 15, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION AND [PROPOSED] ORDER; CASE NO. S-94-0671 LKK/GGH

1946140.1

PDF created with pdfFactory trial version www.pdffactory.com