UNITED STATES DISTRICT COURT

                    EASTERN DISTRICT OF CALIFORNIA


JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,
                                        NO. CIV. S-94-671 LKK/GGH
          Plaintiffs,

     v.                                       O R D E R

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

          Defendants.
                                    /

     Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of June, 2009.  Good cause appearing, it is ORDERED that:

     1.   The Clerk is directed to pay to:

     Chase Riveland
     <u>Valdivia</u> Special Master
     5714 Deer Harbor Road, Box 367
     Deer Harbor, WA  98243

////

                                    1

1 the amount of $25,695.72 in accordance with the attached
2 statement; and
3     2.  A copy of this order shall be served on the financial
4 department of this court.
5     IT IS SO ORDERED.
6     DATED: July 2, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
      v.

No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of June 1 through June 30, 2009.

Chase Riveland, Special Master
    Services                          $ 6,685.00
    Disbursements                $   745.70
    Total amount due                                  **$ 7,610.70**

Virginia Morrison, Deputy Special Master
    Services                          $ 10,539.50
    Disbursements                $  1,413.73
    Total amount due                                  **$ 12,953.23**

Nancy Campbell, Deputy Special Master
    Services                          $ 3,792.60
    Disbursements                $ 1,339.19

    Total amount due                                  **$ 5,131.79**

TOTAL AMOUNT TO BE REIMBURSED        **$ 25,695.72**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland

July 2, 2009

Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO:   Ms. Susan Peterson, Financial Administrator

FROM:   /S/ *Chase Riveland*
Chase Riveland, Special Master, *Valdivia*

Date:   July 2, 2009

RE:   Reimbursement for fees and disbursements expended during the period ending June 30, 2009.

Please send the check to the following individual for the amount indicated.

    Chase Riveland
    *Valdivia* Special Master
    5714 Deer Harbor Road
    Box 367
    Deer Harbor, WA   98243

    Amount to be reimbursed: **$ 25,695.72**

*Valdivia et al. v. Schwarzenegger et al.*   **No. CIV S-94-671 LKK/GGH**

**For: Chase Riveland**
**Tax #: 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**

## Fees for June 2009

| Date | Description | Hours |
|---|---|---|
| 6/1/09 | Review materials correspondence: Weltman-Fahs, Harrison; CIW tour report, Huntington parole office report | 1.1 |
| 6/5/09 | Telephone: Morrison, Defendants; review correspondence: Galvan, Morrison, Tebrock, Campbell, Riley, Katie | 1.8 |
| 6/6/09 | review correspondence/materials: Maznavi, Baldwin | .2 |
| 6/8/09 | Review May document production, ICDTP report, may MIS log, correspondence: Riley, Morrison | 1.9 |
| 6/9/09 | Review correspondence: Carvo, Riley, Tebrock, Katherine | .3 |
| 6/10/09 | Meet w/ Campbell, Morrison, Rice, Cate; review materials, e-mail communication | 8.3 |
| 6/10/09 | meet w/ Morrison, Campbell; DC training | 1.9 |
| 6/10/09 | Travel to DC training and travel from Sacramento to Deer Harbor | 8.5 * |
| 6/11/09 | Review Bakersfield Tour report; correspondence: Galvan, Tebrock, Boyd, Morrison, Campbell. Carvo, Aggawai, Baldwin Plaintiff VSPW/CCWF Tour report | 2.6 |
| 6/12/09 | Review correspondence/ materials: Riley, Morrison, Campbell, Stilber, | .6 |
| 6/15/09 | Review correspondence/materials: Riley, Morrison, Galvan | .4 |
| 6/16/09 | Review correspondence: Campbell, Tebrock, Riley, Baldwin, Morrison, Boyd; Defendant response to Plaintiff LACJ tour; Telephone: Tebrock, Katherine | 1.1 |
| 6/18/09 | review correspondence: Carvo, Campbell, Morrison, Riley | .6 |
| 6/19/09 | review materials/correspondence: Riley, Morrison, Campbell, Carvo | .4 |

| Date | Description | Hours |
|---|---|---|
| 6/22/09 | Telephone conference call w/ Morrison, defendants, Campbell; review correspondence: Morrison, Campbell, Riley; telephone w/ Campbell and Morrison | 1.7 |
| 6/23/09 | Telephone: All parties; review correspondence | 2.1 |
| 6/25/09 | Review materials /correspondence: Riley ; review Defendant Decision Review policy; Morrison | .8 |
| 6/27/09 | Review correspondence: Campbell, Morrison, Carvo, Weitman-Fah; review: Plaintiff NKSP Tour report, Defendant Indiv. Due process problems | 1.6 |
| 6/28/09 | Correspondence: Carvo, Campbell, | .3 |
| 6/29/09 | Review correspondence: Campbell, Morrison, Riley, Galvan, Tebrock; review ICDTP materials and DC training materials | 1.7 |
| 6/30/09 | Review correspondence: Campbell, Tebrock, Morrison, Christian; Telephone: Campbell | .9 |
| | | 30.3 |
| | | 8.5 * |

*8.5 hrs. @ $90/hr. = $765 and 30.5 hrs. @ $200/hr. = $ 6,100

* Denotes travel time @ $90/hr.

**Expenses for June 2009**

| Date | Description | Amount |
|---|---|---|
| 6/9/09 | Breakfast, lunch (Morrison and Riveland), dinner (Morrison, Campbell, and Riveland) | 123.98 |
| 6/10/09 | Hotel: 2 nights | 227.99 |
| 6/10/09 | breakfast, lunch (Campbell and Riveland) | 27.87 |
| 6/10/09 | Air: Sacramento to Seattle | 212.86 |
| 6/10/09 | Taxi: Seatac to Lake Union | 44.00 |

| | | |
|---|---|---:|
| 6/10/09 | Airfare on seaplane: Seattle to Deer Harbor | 109.00 |
| | | 745.70 |

**Fees and expenses:**   $6,865 + $745.70 = **$ 7,610.70**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for June 2009**

| Date | Activity | Time/Hours |
|---|---|---:|
| 6/2/09 | Review email communication | 0.1 |
| 6/5/09 | Telephone conferences w/C. Riveland and defendants; review and notate RSTS change material | 2.3 |
| 6/8/09 | Telephone conference w/defendants re: RSTS; review email communication | 0.5 |
| 6/9/09 | Travel from San Anselmo to Sacramento | 1.75* |
| 6/10/09 | Conference w/OSM team; conference w/OSM team and defendants; review email communication | 8.1 |

| | | |
|---|---|---|
| 6/11/09 | Participate in DC Academy | 1.8 |
| 6/11/09 | Travel from Sacramento to Galt and to San Anselmo | 3.0* |
| 6/12/09 | Review and respond to email communication | 0.25 |
| 6/15/09 | Review and respond to email communication; review documents | 1.0 |
| 6/16/09 | Telephone conference w/defendants; review email communication | 0.9 |
| 6/17/09 | Review and respond to email communication | 0.25 |
| 6/18/09 | Review documents concerning LACJ, postponement reasons and RSTS | 1.6 |
| 6/19/09 | Review and respond to email communication; telephone conferences w/defendants | 1.4 |
| 6/20/09 | Review LACJ CAP and materials concerning postponement reasons and individual concerns; email communication w/defendants | 2.0 |
| 6/22/09 | Travel from San Anselmo to Galt and to Sacramento | 2.4* |
| 6/22/09 | Observe DC Academy; review email communication; conference w/defendants | 5.25 |
| 6/23/09 | Round-trip travel between Sacramento and Galt | 1.5* |
| 6/23/09 | Observe DC Academy; review email communication; telephone conference w/CalPAP | 7.8 |
| 6/24/09 | Round-trip travel between Sacramento and Galt | 1.4* |

| Date | Activity | |
|---|---|---|
| 6/24/09 | Observe DC Academy; review email communication | 6.6 |
| 6/25/09 | Round-trip travel between Sacramento and Elk Grove | 1.0* |
| 6/25/09 | Observe hearings at RCCC; interview staff; review email communication | 3.4 |
| 6/26/09 | Travel between Sacramento, Galt and San Anselmo | 3.0* |
| 6/26/09 | Observe DC Academy | 4.0 |
| 6/27/09 | Run and review RSTS reports | 3.3 |

Total……………………………………………………………………………..

    52.05   X $200/hour = $ 10,410
    12.55   X $ 90/hour = $ 1,129.50

**$11,539.50**

* denotes travel time at lower rate

## Disbursements/Expenses for June 2009

| Date | Activity | Amount |
|---|---|---|
| 6/11/09 | Mileage and tolls between San Anselmo, Sacramento and Galt (238 miles at 55 cents per mile) | 138.90 |
| 6/11/09 | Hotel, meal, parking during Sacramento meetings | 315.96 |
| 6/11/09 | Meals during Sacramento meetings | 54.10 |
| 6/26/09 | Hotel, parking, meals during DC trainings | 552.91 |

| | | |
|---|---|---|
| 6/26/09 | Meals during DC trainings | 122.36 |
| 6/26/09 | Mileage and tolls between San Anselmo, Sacramento and Galt (410 miles at 55 cents per mile) | 229.50 |

Total............................................................................................$ **1,413.73**

**Total Fees and Expenses:   $ 12,953.23**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for June 2009**

| Date | Activity | Time/Hours |
|---|---|---|
| 6/8/09 | Prepare for OSM Meeting | 3.4 |
| 6/9/09 | Travel to Sacramento | 5.0* |
| 6/10/09 | Meeting OSM team | 7.5 |
| 6/11/09 | DC Academy Presentation | 1.0 |
| 6/11/09 | Travel to Bainbridge Island | 6.5* |
| 6/12/09 | Calls Plaintiffs and Defendants | .75 |
| 6/15/09 | Call Riveland, correspondence review | 1.10 |
| 6/16/09 | Call Defendants | .24 |
| 6/18/09 | Call Tebrock | .33 |
| 6/22/09 | Calls Riveland and Defendants | .45 |
| 6/30/09 | Calls Riveland, correspondence parties and OSM | .55 |

**Total**..................................................................................................15.32

15.32 X  $180/hour = $2,757.60
11.50 X $  90/hour = $1,035.00

**Disbursements/Expenses for June 2009**

| Date | Activity | Amount |
|---|---|---|
| 6/9/09 | POV: Bainbridge Island to Ferry: 5mi@ .50.5/mi | 2.53 |
| 6/9/09 | Taxi to Airport | 40.00 |
| 6/9/09 | RT Airfare to Sacramento | 275.20 |
| 6/9/09 | Meals | 8.00 |
| 6/9-11/09 | Lodging | 587.53 |
| 6/10/09 | Meals | 25.37 |
| 6/11/09 | Meals | 4.30 |
| 6/11/09 | Rental Car | 330.03 |
| 6/11/09 | Taxi to Ferry from Airport | 42.00 |
| 6/11/09 | Ferry to Bainbridge | 6.70 |
| 6/11/09 | Ferry Parking | 15.00 |
| 4/30/09 | POV: Ferry to Home:5mi@.50.5/mi | 2.53 |
| Total Expenses | | 1339.19 |
| **Total Fees and Expenses:** | | **$5131.79** |