UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.
_____/

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of July, 2009. Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

    Chase Riveland
    Valdivia Special Master
    5714 Deer Harbor Road, Box 367
    Deer Harbor, WA  98243

////

1

1 | the amount of $38,377.14 in accordance with the attached
2 | statement; and
3 |     2.  A copy of this order shall be served on the financial
4 | department of this court.
5 |     IT IS SO ORDERED.
6 |     DATED: August 4, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
    v.                                                No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of July 1 through July 31, 2009.

Chase Riveland, Special Master
    Services                         $ 10,915.00
    Disbursements            $ 1,626.16
        Total amount due                          **$ 12,541.16**

Virginia Morrison, Deputy Special Master
    Services                         $ 15,895.50
    Disbursements            $ 1,311.48
        Total amount due                          **$ 17,206.98**

Nancy Campbell, Deputy Special Master
    Services                         $ 6,813.00
    Disbursements            $ 1,816.00

        Total amount due                          **$ 8,629.00**

    TOTAL AMOUNT TO BE REIMBURSED       **$ 38,377.14**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland

                                                           August 3, 2009

Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO: Ms. Susan Peterson, Financial Administrator

FROM: /S/ *Chase Riveland*
Chase Riveland, Special Master, *Valdivia*

Date: August 3, 2009

RE: Reimbursement for fees and disbursements expended during the period ending July 31, 2009.

Please send the check to the following individual for the amount indicated.

Chase Riveland
*Valdivia* Special Master
5714 Deer Harbor Road
Box 367
Deer Harbor, WA  98243

Amount to be reimbursed: **$ 38,377.14**

*Valdivia et al. v. Schwarzenegger et al.*               No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for July 2009**

| Date | Description | Hours |
|---|---|---|
| 7/1/09 | Review correspondence: Riley, Weltman-Fahs, Campbell, Stilber, Galvan, Morrison; Plaintiff Notice of Violation | .8 |
| 7/2/09 | Telephone: Defendants update /OSM team; review correspondence; Campbell, Morrison, Riley; prepare OSM team billings and submit to Court | 1.9 |
| 7/3/09 | Review correspondence/materials: Campbell, Riley, Baldwin; Psych log, plaintiff due process problems | .9 |
| 7/5/09 | Review correspondence/materials: Riley, Morrison; decision review training materials, re: Par Ad issues | .8 |
| 7/6/09 | Review correspondence: Riley, Baldwin, Morrison | .5 |
| 7/7/09 | Review correspondence: Morrison, Campbell, Riley, Katie telephone: Morrison | .8 |
| 7/8/09 | Review correspondence: Riley, Campbell; telephone: Campbell, Xiong; review draft training schedule, revised training materials | 1.1 |
| 7/9/09 | Review correspondence: Galvan,, Riley, Christian, Carvo, Baldwin, Stiber; review Defendant Document production items for June | 1.9 |
| 7/10/09 | Review correspondence: Morrison, Campbell, make travel arrangements | .9 |
| 7/13/09 | Review correspondence: Morrison, Campbell, Xiong, Riley, Katie Tebrock | .8 |
| 7/14/09 | Review correspondence: Campbell, Carvo, Morrison, Weltman-Fahs, Hoffman | .7 |
| 7/15/09 | Communication/correspondence: Hoffmann, Morrison, Campbell, Carvo; review defendant Revocation Extension manual | 1.8 |

| Date | Description | Hours |
|---|---|---|
| 7/16/09 | Review correspondence: Xiong, Morrison, Campbell, Mania, Carvo, Tebrock, Baldwin, Johnson-Silk; review Plaintiff parole monitoring report of Region II, Defendant due process problem response, Defendant NIC draft response | 2.4 |
| 7/18/09 | Correspondence: Morrison | .1 |
| 7/20/09 | Review Plaintiff SQ report, correspondence: Carvo, Baldwin, Harrison | .9 |
| 7/21/09 | Review correspondence/materials: Galvan, Morrison, Carvo, Macias-Price | .8 |
| 7/22/09 | Review correspondence/materials: Morrison, Tebrock, Campbell | .5 |
| 7/23/09 | Review correspondence/materials: Morrison, Campbell, Tebrock; conference call w/Defendants | 1.1 |
| 7/24/09 | Review correspondence/materials: Morrison, Berger; review Plaintiff WSP monitoring report; review case law | 2.3 |
| 7/26/09 | Travel: Deer Harbor to Burbank hotel | 9.5 * |
| 7/27/09 | Meeting with Campbell and Morrison, meet w/staff at Inglewood parole office; meet w/Morrison and Campbell | 7.5 |
| 7/27/09 | Travel to various meetings | 3.0 * |
| 7/28/09 | Meet w/staff at Pasadena parole office; meet w/staff at LA DRU; meet w/ Morrison and Campbell | 6.5 |
| 7/28/09 | Travel to various meetings | 1.5 * |
| 7/29/09 | Travel: Burbank to Deer Harbor | 9.5 * |
| 7/31/09 | Review correspondence/materials; prepare billing for OSM team for July | 1.8 |
| | | 44.0 |
| | | 23.5 * |

\* 23.5hrs. @ $90/hr. = $ 2,115 and 44 hrs. @ $200/hr. = $ 8,800 = <u>$ 10,915</u>

\* Denotes travel time @ $90/hr.

**Expenses for July 2009**

| Date | Description | Amount |
|---|---|---|
| 7/26/09 | Seaplane: Roundtrip Deer Harbor to Seattle and return | 218.00 |
| 7/26/09 | Air: Roundtrip: Seattle to Burbank and return | 627.00 |
| 7/26/09 | Shuttle: Lake Union to Seatac | 20.00 |
| 7/26/09 | Taxi: Burbank Airport to hotel | 21.00 |
| 7/26/09 | Lunch and dinner | 38.95 |
| 7/27/09 | Breakfast, lunch and dinner for Riveland, Morrison and Campbell | 159.98 |
| 7/28/09 | Breakfast, lunch (Riveland, Morrison and Campbell) and dinner | 79.87 |
| 7/29/09 | Hotel: 3 nights | 367.99 |
| 7/29/09 | Taxi: Burbank hotel to Burbank airport | 21.00 |
| 7/29/09 | Taxi: Seatac to Lake Union | 44.00 |
| 7/29/09 | Breakfast and lunch | 28.37 |
| | | $1,626.16 |

**Fees and expenses:**   $ 10,915 + $1,626.16 = **$ 12,541.16**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #:  51-0433003**

**Fees for July 2009**

| Date | Activity | Time/Hours |
|---|---|---|
| 7/2/09 | Telephone conference w/OSM team and defendants | 1.0 |
| 7/5/09 | Review and follow up on outstanding requests; review recent documents | 2.2 |
| 7/6/09 | Review and analyze documents; email communication w/defendants; observe DC Academy | 3.8 |
| 7/6/09 | Round-trip travel between San Anselmo and Galt | 4.4* |
| 7/7/09 | Telephone conferences w/C. Riveland, CalPAP and defendants; observe DC Academy | 4.0 |
| 7/7/09 | Round-trip travel between San Anselmo and Galt | 3.8* |
| 7/8/09 | Observe DC Academy; telephone conferences w/N. Campbell and defendants; review and respond to email communication | 5.3 |
| 7/8/09 | Round-trip travel between San Anselmo and Galt | 4.2* |
| 7/9/09 | Review and analyze RSTS reports for Region III; prepare notes for meeting re: monitoring; conferences w/defendants re: monitoring and LACJ; review and respond to email communication; conference w/N. Campbell | 4.7 |

| Date | Description | Hours |
|---|---|---|
| 7/9/09 | Round-trip travel between San Anselmo and Sacramento | 4.0* |
| 7/12/09 | Telephone conference w/N. Campbell | 0.2 |
| 7/13/09 | Review and respond to email communication; telephone conferences w/defendants | 0.8 |
| 7/14/09 | Review and respond to email communication; telephone conferences w/defendants | 0.25 |
| 7/15/09 | Review and respond to email communication | 0.2 |
| 7/16/09 | Observe proceedings at San Francisco County Jail | 6.5 |
| 7/16/09 | Travel between San Anselmo and San Francisco, and from San Anselmo to Lodi for hearings | 3.75* |
| 7/17/09 | Observe proceedings at RCCC and Stockton Parole Unit; review and respond to email communication | 2.75 |
| 7/17/09 | Travel between Lodi, Galt, Stockton and San Anselmo | 3.4* |
| 7/18/09 | Review and respond to email communication | 0.1 |
| 7/20/09 | Telephone conference w/C. Riveland; review and analyze documents; review and respond to email communication | 1.7 |
| 7/21/09 | Review and respond to email communication; review and analyze documents; telephone conference w/defendants | 4.9 |
| 7/22/09 | Review and respond to email communication | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 7/23/09 | Review and respond to email communication; review and analyze documents; telephone conferences w/defendants and w/OSM team | 0.6 |
| 7/24/09 | Review and respond to email communication; review and analyze documents concerning policies, optional waivers, mentally ill parolees, Par Ad procedures, decision review, LACJ, objections | 5.0 |
| 7/25/09 | Review recent case law; review and analyze documents concerning objections; email communication w/OSM team | 4.75 |
| 7/26/09 | Travel from San Anselmo to Burbank | 5.0* |
| 7/27/09 | Travel within Region III | 2.7* |
| 7/27/09 | Conference w/OSM team; site visit to Inglewood parole unit; review and respond to email communication | 6.0 |
| 7/28/09 | Site visit to Pasadena parole unit and LA DRU | 6.0 |
| 7/28/09 | Travel among Burbank, Pasadena, Glendale and San Anselmo (delayed flight) | 7.7* |
| 7/29/09 | Telephone conferences w/defendants re: Par Ad reviews and LACJ; review and respond to email communication | 0.8 |
| 7/30/09 | Review material concerning tape requests | 0.2 |

Total………………………………………………………………………………..

```
61.95   X $200/hour = $  12,390.00
38.95   X $ 90/hour = $   3,505.50
                      $  15,895.50
```

* denotes travel time at lower rate

## Disbursements/Expenses for July 2009

| Date | Activity | Amount |
|---|---|---|
| 7/6/09 | Mileage and tolls for round-trip between San Anselmo and Galt (204 miles at 55 cents per mile) | 120.20 |
| 7/7/09 | Mileage and tolls for round-trip between San Anselmo and Galt (204 miles at 55 cents per mile) | 120.20 |
| 7/8/09 | Mileage and tolls for round-trip between San Anselmo and Galt (204 miles at 55 cents per mile) | 120.20 |
| 7/9/09 | Mileage and tolls between San Anselmo, Sacramento, and Sacramento Airport (202 miles at 55 cents per mile) | 119.10 |
| 7/16/09 | Mileage and tolls for round-trip between San Anselmo and San Francisco (42 miles at 55 cents per mile) | 29.10 |
| 7/16/09 | Parking at San Francisco County Jail | 8.00 |
| 7/17/09 | Hotel for RCCC and Stockton hearings | 76.25 |
| 7/17/09 | Mileage and tolls for round-trip between San Anselmo, Galt and Stockton (225 miles at 55 cents per mile) | 127.75 |
| 7/28/09 | Airport parking for L.A. County visits | 33.66 |
| 7/28/09 | Airfare for L.A. County visits | 289.20 |
| 7/28/09 | Hotel for L.A. County visits | 253.00 |
| 7/28/09 | Meals during L.A. County visits | 14.82 |

Total..............................................................…......................$ 1,311.48


**Total Fees and Expenses:    $ 17,206.98**



*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for July 2009**

| Date | Activity | Time/Hours |
|---|---|---|
| 7/2/09 | OCC Call | 1.0 |
| 7/5/09 | Correspondence re: July 9th and August mtgs | .10 |
| 7/8/09 | Call Riveland, review ICDTP mental health issues, RSTS issues, DC Academy materials, prepare for Monitoring meeting | 3.25 |
| 7/9/09 | Travel to Sacramento | 5.50* |
| 7/9/09 | Meeting re: new monitoring approach and Boyd Meeting; conference Morrison | 3.50 |
| 7/9/09 | Travel to Bainbridge Island | 7.0* |
| 7/10/09 | Review policies and procedures, ICDTP follow Up issues | 2.40 |
| 7/23/09 | Call re: ICDTP | .50 |
| 7/24/09 | Review Clark Motion to terminate | .50 |
| 7/26/09 | Travel to Burbank | 5.75* |
| 7/27/09 | Travel within Region III | 2.7* |
| 7/27/09 | Conference w/ OSM team, site visit to Inglewood Parole unit | 6.0 |
| 7/27/09 | Travel within Region III | .75* |
| 7/28/09 | Site visit Pasadena Parole Unit, BPH DRU | 6.5 |
| 7/28/09 | Travel to Bainbridge Island | 6.5* |

**Total**…..............................................................................23.75

23.75 X $180/hour = $4,275.00
28.20 X $ 90/hour = $2,538.00

## Disbursements/Expenses for July 2009

| Date | Activity | Amount |
|---|---|---:|
| 7/9/09 | POV: Bainbridge Island to SeaTac: 17mi@ .50.5/mi | 8.59 |
| 7/9/09 | Ferry to Seattle | 14.45 |
| 7/9/09 | RT Airfare to Sacramento | 445.20 |
| 7/9/09 | Meals | 21.02 |
| 7/9/09 | Airport Parking | 21.02 |
| 7/9/09 | POV: SeaTac to Bainbridge Is: 17mi@ .50.5/mi | 8.59 |
| 7/9/09 | Ferry to Bainbridge Is | 14.45 |
| 7/26/09 | Taxi to Ferry | 18.00 |
| 7/26/09 | Taxi to SeaTac | 36.00 |
| 7/26/09 | Airfare to Burbank | 551.20 |
| 7/26/09 | Meals | 2.50 |
| 7/26-28 | Hotel | 253.00 |
| 7/27/09 | Meals | 11.03 |
| 7/28/09 | Parking | 4.00 |
| 7/29/09 | Parking | 5.00 |
| 7/29/09 | Car Rental | 336.25 |
| 7/29/09 | Taxi to Ferry | 41.00 |
| 7/29/09 | Ferry | 6.70 |
| 7/29/09 | Taxi from Ferry to House | 18.00 |

| | |
|---|---:|
| Total Expenses | 1816.00 |
| **Total Fees and Expenses:** | **$8629.00** |