BINGHAM McCUTCHEN LLP
GEOFFREY THOMAS HOLTZ – 191370
KRISTEN A. PALUMBO – 215857
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000

PRISON LAW OFFICE
DONALD SPECTER – 83925
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
HOLLY M. BALDWIN – 191317
ERNEST GALVAN – 196065
SHIRLEY HUEY -- 224114
315 Montgomery Street, 10th Floor
San Francisco, California 94104
Telephone (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al., | Case No. Civ. S-94-0671 LKK/GGH |
| Plaintiffs, | ORDER |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

It is hereby ORDERED that Docket No. 1511-6 in the docket of the above-captioned case, consisting of Exhibits I-K to the Declaration of Michael Bien in Opposition to Defendants' Motion to Modify Injunction, shall be stricken from the docket. It shall not be made public, and it shall not be read or considered by Court personnel or counsel.

It is further ORDERED that Exhibits I-K attached to Plaintiffs' Notice of Errata filed August 12, 2009, and corrected to comply with the Protective Orders entered in this matter, shall replace Exhibits I-K, originally entered at Docket No. 1511-6.

**IT IS SO ORDERED.**

Dated:  August 19, 2009

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com