UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

    Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

    Defendants.
_____/

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of August, 2009. Good cause appearing, it is ORDERED that:

    1. The Clerk is directed to pay to:

Chase Riveland
<u>Valdivia</u> Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

////

1

the amount of $27,557.40 in accordance with the attached statement; and

    2. A copy of this order shall be served on the financial department of this court.

IT IS SO ORDERED.

DATED: September 4, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
    v.

No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of August 1 through August 31, 2009.

Chase Riveland, Special Master
    Services    $ 7,116.00
    Disbursements    $ -0-
    Total amount due    **$ 7,116.00**

Virginia Morrison, Deputy Special Master
    Services    $ 15,630.00
    Disbursements    $ -0-
    Total amount due    **$ 15,630.00**

Nancy Campbell, Deputy Special Master
    Services    $ 4,811.40
    Disbursements    $ -0-

    Total amount due    **$ 4,811.40**

TOTAL AMOUNT TO BE REIMBURSED    **$ 27,557.40**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland

September 2, 2009

Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO: Ms. Susan Peterson, Financial Administrator

FROM: /S/ *Chase Riveland*
Chase Riveland, Special Master, *Valdivia*

Date: September 2, 2009

RE: Reimbursement for fees and disbursements expended during the period ending August 31, 2009.

Please send the check to the following individual for the amount indicated.

> Chase Riveland
> *Valdivia* Special Master
> 5714 Deer Harbor Road
> Box 367
> Deer Harbor, WA   98243

Amount to be reimbursed: **$ 27,557.40**

*Valdivia et al. v. Schwarzenegger et al.*     **No. CIV S-94-671 LKK/GGH**

**For: Chase Riveland**
**Tax #: 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**

## Fees for August 2009

| Date | Description | Hours |
|---|---|---|
| 8/1/09 | Review court orders; review correspondence: LACJ jail logs, Kubicek, Campbell, Xiong (OWRs), Morrison; review Plaintiff 2d quarter monitoring report of Pitchess | 2.6 |
| 8/4/09 | Review correspondence/materials: 3 Judge panel Order | 1.3 |
| 8/5/09 | Review correspondence/materials: Morrison, Campbell, Xiong Boyd, Tebrock; telephone: Morrison | 1.1 |
| 8/6/09 | Review correspondence/materials: Morrison, Xiong; meet with Xiong, Tebrock, Judge Karlton; review correspondence | 3.4 |
| 8/6/09 | travel in Sacramento to various offices | .4 * |
| 8/7/09 | Review correspondence: Morrison, Xiong, Kendrick | .3 |
| 8/8/09 | Telephone: Morrison: review correspondence and court orders | .9 |
| 8/10/09 | Review correspondence: Morrison, Campbell, Dolan, Carvo; review materials in Defendant document production; telephone: Rice | 3.8 |
| 8/11/09 | Conference call: Defendant monthly update; review correspondence: Morrison, Xiong, Christian | 1.4 |
| 8/12/09 | Review correspondence/materials: Morrison, Xiong, court records; LACJ materials; telephone: Campbell | 1.3 |
| 8/13/09 | Review correspondence/materials:; Xiong, Morrison; LACJ issues report, Population reduction report | .9 |
| 8/14/09 | Review correspondence: Christian, Tebrock, Wilkinson, Morrison; review Plaintiff rev extension report, Plaintiff Region IV parole unit tour report | 1.6 |
| 8/15/09 | Review correspondence: Morrison, Boyd, Agarwi, Wilkinson, Defendant MIS changes for DAPO | .8 |

| Date | Description | Hours |
|---|---|---|
| 8/17/09 | Review Plaintiff RJD tour report and miscellaneous correspondence: Baldwin, Xiong Campbell, Moeller, Mania, Telephone w/all parties | 1.7 |
| 8/18/09 | Review correspondence: Morrison, Carvo | .2 |
| 8/20/09 | Review correspondence/materials: Morrison, Campbell, Maznavi; telephone: Campbell | .7 |
| 8/21/09 | Review this rounds materials for OSM Report | 2.9 |
| 8/24/09 | Review Plaintiff tour report of RCCC; review correspondence: Campbell, Morrison | .9 |
| 8/25/09 | Review correspondence: Campbell, Morrison; review Plaintiff SRCJ tour report | .8 |
| 8/27/09 | Review correspondence/materials: Boyd, Xiong, Morrison; various Defendant materials; telephone Morrison | 1.4 |
| 8/28/09 | Review Defendants' SRCJ Self-monitoring report, Corrective Action Plan and Exhibits; correspondence/materials: Tebrock, Wilkinson, Swanson, Morrison, Baldwin; review CalPAP statistics for July; Telephone conference call Siggins, Rice, Tebrock | 3.4 |
| 8/29/09 | Correspondence: review Plaintiff filing re: Prop 9; correspondence: Maznavi, Morrison, Campbell, Galvan, Xiong | 1.8 |
| 8/30/09 | Review Defendant filing in Prop 9; review correspondence: Galvan, Morrison | .7 |
| 8/31/09 | Review correspondence and materials; Stilber, Xiong, Morrison, Boyd; review MIS memo; telephone: Campbell; | 1.4 |
| | | 35.4 |
| | | .4 * |

*.4 @ $90/hr. = $ 36 and 35.4 hrs. @ $200/hr. = $ 7,080 = **$ 7,116.00**

* Denotes travel time @ $90/hr.

**Expenses for August 2009**

-0-

**Fees and expenses:**   $7,116.00 + $ -0- = $ 7,116.00

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #:  51-0433003**

**Fees for August 2009**

| Date | Activity | Time/Hours |
|---|---|---|
| 8/2/09 | Follow up on outstanding issues | 0.2 |
| 8/4/09 | Review and respond to email communication | 0.25 |
| 8/5/09 | Review documents; review and respond to email communication; telephone conferences w/defendants and N. Campbell | 2.8 |
| 8/6/09 | Review and respond to email communication | 0.6 |
| 8/7/09 | Review and analyze RSTS reports; email communication w/defendants | 3.5 |

and OSM

| Date | Description | Hours |
|---|---|---|
| 8/8/09 | Telephone conferences w/OSM team; email communication w/defendants; review and analyze documents | 6.2 |
| 8/10/09 | Review and respond to email communication; review and analyze documents | 6.0 |
| 8/11/09 | Telephone conference w/OSM team and defendants; review and respond to email communication | 1.25 |
| 8/12/09 | Review and respond to email communication; review and analyze documents | 4.7 |
| 8/13/09 | Telephone conference w/defendants; review and analyze documents; review and respond to email communication | 4.5 |
| 8/14/09 | Review and analyze documents; review and respond to email communication | 4.0 |
| 8/16/09 | Review and analyze documents | 1.0 |
| 8/17/09 | Participate in all-parties teleconference re: CIM; review documents; respond to email communication | 1.2 |
| 8/18/09 | Review and respond to email communication; telephone conference w/defendants | 0.1 |
| 8/19/09 | Review and respond to email communication; review and analyze documents | 3.2 |
| 8/20/09 | Review and analyze documents; draft OSM report sections; email communication w/defendants | 7.0 |
| 8/21/09 | Review and analyze documents; draft OSM report sections; review and | 5.25 |

| | | |
|---|---|---|
| | respond to email communication | |
| 8/22/09 | Review and analyze documents; draft OSM report sections; telephone conference w/N. Campbell | 6.6 |
| 8/23/09 | Review and analyze documents; draft OSM report sections | 7.0 |
| 8/24/09 | Review and analyze documents; draft OSM report sections | 8.4 |
| 8/25/09 | Review and analyze documents; telephone conference w/CalPAP; review and respond to email communication | 0.5 |
| 8/26/09 | Telephone conference w/C. Riveland | 0.2 |
| 8/28/09 | Review and analyze documents; review and respond to email communication | 3.7 |

Total............................................................................78.15

```
       X $200/hour = $ 15,630
  -0-  X $ 90/hour = $  -0-
                     $ 15,630
```

**Disbursements/Expenses for August 2009 - NONE**

**Total Fees and Expenses:   $ 15,630**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for August 2009**

| Date | Activity | Time/Hours |
|---|---|---|
| 8/4/09 | Call Tebrock; Review Monitoring tour reports | 2.12 |
| 8/5/09 | Calls Morrison, Hoshino, correspondence BPH; Review Monitoring reports | 3.75 |
| 8/9/09 | Call Rice | .20 |
| 8/10/09 | Calls Morrison; Create data list for OSM report | .45 |
| 8/11/09 | OSM Report Preparation | 3.25 |
| 8/12/09 | OSM Report Preparation | 3.40 |
| 8/11/09 | Monthly Call; Review Paragraph 27 issues | 1.85 |
| 8/17/09 | Call Riveland; OSM report preparation; requests For data | 3.15 |
| 8/19/09 | Calls Defendants re: budget and staffing; review Data for report | 2.60 |
| 8/20/09 | Call Riveland; correspondence parties re: report data | .80 |
| 8/23/09 | Call Morrison | .41 |
| 8/24/09 | Report preparation; Call Tebrock | 1.25 |
| 8/25/09 | Call Ambroselli, review MIS issue | 1.50 |
| 8/28/09 | Prop 9 Review; report data analysis | 1.82 |
| 8/31/09 | Call Riveland | .18 |

**Total**............................................................................................26.73

26.73 X $180/hour = $4811.40

**Total Fees and Expenses:** $4811.40