UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

    Defendants.

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of September, 2009. Good cause appearing, it is ORDERED that:

1. The Clerk is directed to pay to:

Chase Riveland
Valdivia Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

////

1

1 the amount of $54,855.75 in accordance with the attached
2 statement; and
3     2.  A copy of this order shall be served on the financial
4 department of this court.
5     IT IS SO ORDERED.
6     DATED: October 2, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Valdivia et al.,
    Plaintiffs,
    v.                              No. CIV. S-94-671 LKK/GGH

Schwarzenegger et al.,
    Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of September 1 through September 30, 2009.

Chase Riveland, Special Master
    Services                         $ 10,420.00
    Disbursements             $  1,189.90
        Total amount due                         **$ 11,609.90**

Virginia Morrison, Deputy Special Master
    Services                         $ 25,966.00
    Disbursements             $  1,925.85
        Total amount due                         **$ 27,891.85**

Nancy Campbell, Deputy Special Master
    Services                         $ 15,354.00
    Disbursements             $    -0-

        Total amount due                         **$ 15,354.00**

    TOTAL AMOUNT TO BE REIMBURSED        **$ 54,855.75**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland

                                              October 1, 2009

Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO:     Ms. Susan Peterson, Financial Administrator

FROM:   /S/ *Chase Riveland*
        Chase Riveland, Special Master, *Valdivia*

Date:   October 1, 2009

RE:     Reimbursement for fees and disbursements expended during the period ending September 30, 2009.

Please send the check to the following individual for the amount indicated.

>   Chase Riveland
>   *Valdivia* Special Master
>   5714 Deer Harbor Road
>   Box 367
>   Deer Harbor, WA   98243

Amount to be reimbursed: **$ 54,855.75**

*Valdivia et al. v. Schwarzenegger et al.*          No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

### Fees for September 2009

| | | |
|---|---|---|
| 9/2/09 | Correspondence: Tebrock, Morrison; review materials for OSM report | 3.3 |
| 9/3/09 | Correspondence: Bien, Morrison, Campbell, Galvan; telephone: Campbell | .8 |
| 9/6/09 | Correspondence: Morrison, Campbell; review Prop 9 filing | .5 |
| 9/8/09 | Correspondence: Morrison, Campbell, Tebrock, Boyd, Carvo, Awiszus; telephone: Campbell | .6 |
| 9/9/09 | Correspondence: Bien, Carvo, Morrison, Campbell, Boyd, Mania, telephone: Campbell and Morrison; review OSM Report materials; telephone: Bien | 5.8 |
| 9/10/09 | Telephone: Morrison, Campbell; correspondence: Stilber, Campbell, Morrison; OSM draft Report | 4.4 |
| 9/11/09 | Telephone conference: Morrison and Campbell, telephone : Morrison, Campbell; OSM draft report; correspondence: Huey, Tebrock, Campbell, Morrison, Xiong, Ambroselli; Review Plaintiff Q2, Q3 CIM tour report | 6.3 |
| 9/13/09 | OSM report: final review and filing w/parties | 4.9 |
| 9/13/09 | Travel: Deer Harbor to Sacramento | 7.0 * |
| 9/14/09 | Meet w/Morrison; meet w/ Defendants (BPH); meet w/Morrison; meet w/*Valdivia* Task Force, review correspondence | 7.3 |
| 9/15/09 | Travel: Sacramento to Deer Harbor | 7.0 * |
| 9/15/09 | Review correspondence: Morrison, Campbell, Baldwin, Carvo; Review pre-tour document production | 1.3 |
| 9/17/09 | Correspondence: Morrison, Campbell | .2 |

| Date | Description | Hours |
|---|---|---|
| 9/19/09 | Review Plaintiff DVI tour report, review Plaintiff Region 1 Fresno report, Review plaintiff Wasco tour report; review correspondence: Bien, Tebrock, Walzac, Stilber, Campbell, Morrsion, Bergr;Review: SBX3 18 | 3.9 |
| 9/21/09 | Review correspondence: Campbell, Carvo, Moeller, Tebrock, Morrison | .7 |
| 9/22/09 | Review correspondence: Tebrock, Xiong, Carvo, Galvan, Campbell, Boyd, Gauger, Morrison; Defendant memos re: MIS and suicide watch and attorney requests for screening | 1.3 |
| 9/23/09 | Corresponder.ce: Campbell, Tebrock; review Plaintiff 3Q report re: LACJ | .9 |
| 9/26/09 | Correspondence: Stilber, Campbell, Aggarwai, Prewitt; review CalPAP statistics for August | .9 |
| 9/27/09 | Telephone: Morrison and Campbell | .8 |
| 9/28/09 | Correspondence: Aggarwai, Huey,Xiong; review deactivation of PSAP memo | .4 |
| 9/30/09 | correspondence: Christian; review plan submitted to 3 Judge panel; review Plaintiff response to Individual due process problems | 1.7 |
| | | 45.8 |

\* 14 @ $90/hr. = $1,260 and 45.8 hrs. @ $200/hr. = $ 9,160 = **$ 10,420.00**

\* Denotes travel time @ $90/hr.

### Expenses for September 2009

| Date | Description | Amount |
|---|---|---|
| 9/13/09 | roundtrip air: Deer Harbor to Seattle | 220.00 |

| 9/13/09 | roundtrip air: Seattle to Sacramento | 383.00 |
| 9/13/09 | shuttle: Lake Union to Seatac | 20.00 |
| 9/13/09 | lunch and dinner | 39.98 |
| 9/14/09 | breakfast, lunch, and dinner | 58.47 |
| 9/14/09 | Day parking | 13.00 |
| 9/15/09 | hotel: 2 nights | 236.97 |
| 9/15/09 | rental car: 2 ½ days | 148.12 |
| 9/15/09 | taxi: Seatac to lake Union seaplanes | 44.00 |
| 9/15/09 | breakfast, lunch | 26.36 |
|         |                  | 1,189.90 |

**Fees and expenses:**   $ 1,189.90+ $ 10,420.00 = **$ 11,609.90**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for September 2009**

| Date | Activity | Time/Hours |
|---|---|---|
| 9/1/09 | Monthly Call; Call Tebrock; data review and analysis | 6.80 |
| 9/2/09 | Call re: monitoring; Call Morrison; data review And analysis | 4.55 |
| 9/3/09 | Review Morrison OSM Draft; report writing | 3.40 |
| 9/4/09 | Data analysis and report writing; correspondence re: data | 7.25 |
| 9/5/09 | Data analysis and report writing | 8.55 |
| 9/6/09 | Data analysis and report writing; correspondence re: data; call Morrison | 9.60 |
| 9/7/09 | Report Writing | 6.30 |
| 9/8/09 | Data Analysis and Report Writing; | 8.75 |
| 9/9/09 | Data Analysis and Report Writing; Call Riveland and Morrison ; Call Morrison | 7.00 |
| 9/10/09 | Calls Bertachi, Tebrock; Correspondence parties Re: data; Report Writing | 5.50 |
| 9/11/09 | Report Writing; calls Defendants and Plaintiffs | 7.75 |
| 9/12/09 | Report Writing; Calls Riveland and Morrison | 5.25 |
| 9/14/09 | Call Hoshino | .15 |
| 9/17/09 | Review Prop 9 materials | 1.20 |
| 9/19/09 | Review Armstrong Order, e-mail review | .15 |
| 9/22/09 | Call Tebrock; review PSAP issues | .30 |
| 9/22/09 | Correspondence parties | .45 |
| 9/27/09 | Call Riveland | .05 |
| 9/29/09 | Call Morrison; Monitoring proposal draft | 2.30 |
| **Total**............................................................................... | | 85.30 |

85.30 X $180/hour = $15,354.00

**Total Fees and Expenses:**             **$15,354.00**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
Services rendered by Virginia Morrison
Tax #:  51-0433003

**Fees for September 2009**

| Date | Activity | Time/Hours |
|---|---|---|
| 9/1/09 | Telephone conferences w/OSM and defendants; review and respond to email communication; review and analyze documents; draft OSM report | 3.4 |
| 9/2/09 | Telephone conferences w/OSM and defendants; review and analyze documents; review and respond to email communication | 3.3 |
| 9/3/09 | Telephone conference w/defendants re: revocation extension and RSTS; review and analyze documents | 4.5 |
| 9/4/09 | Telephone conferences w/N. Campbell and plaintiffs; review and respond to email communication; review and analyze documents; draft OSM report | 7.5 |
| 9/5/09 | Review and analyze documents; draft OSM report; review and respond to email communication; telephone conferences w/N. Campbell | 9.0 |
| 9/6/09 | Review and analyze documents; draft OSM report | 9.75 |
| 9/7/09 | Review and analyze documents; draft OSM report; review and respond to email communication | 6.7 |
| 9/8/09 | Review and respond to email communication; telephone conferences w/defendants; observe DC training | 5.1 |

| Date | Description | Hours |
|---|---|---|
| 9/8/09 | Round-trip travel between San Anselmo and Sacramento | 3.6* |
| 9/9/09 | Review and respond to email communication; telephone conferences w/defendants and OSM; review and analyze documents; draft OSM report | 12.1 |
| 9/10/09 | Review and respond to email communication; observe DC training; review and analyze documents; draft OSM report; telephone conferences w/OSM team | 8.3 |
| 9/10/09 | Travel between San Anselmo and Glendale, less time spent on substantive matters | 5.3* |
| 9/11/09 | Review and respond to email communication; review and analyze documents; draft OSM report; telephone conferences w/OSM team | 14.4 |
| 9/12/09 | Review and analyze documents; draft OSM report; telephone conferences w/N. Campbell | 12.3 |
| 9/13/09 | Review and respond to email communication; review documents | 0.5 |
| 9/14/09 | Round-trip travel between San Anselmo and Sacramento | 3.4* |
| 9/14/09 | Participate in task force meeting; conferences w/defendants and w/C. Riveland; review and respond to email communication | 4.75 |
| 9/15/09 | Telephone conference w/N. Campbell | 0.2 |
| 9/15/09 | Travel from San Anselmo to Burbank (1/2 of travel time for two matters) | 2.2* |
| 9/16/09 | Observe revocation hearings at LACJ | 1.75 |
| 9/16/09 | Travel from Los Angeles to Santa Clarita | 1.2* |

| | | |
|---|---|---|
| 9/17/09 | Participate in tour of PDC | 8.3 |
| 9/18/09 | Participate in tour of PDC; review documents | 8.0 |
| 9/18/09 | Travel from Santa Clarita to San Anselmo (1/2 of travel time for two matters) | 2.7* |
| 9/19/09 | Review and respond to email communication; telephone conference w/N. Campbell | 0.4 |
| 9/23/09 | Review and respond to email communication | 0.2 |
| 9/24/09 | Telephone conference w/all parties re: CIM | 0.5 |
| 9/27/09 | Telephone conference w/C. Riveland; review and respond to email communication | 0.6 |

Total………………………………………………………………………………..

    121.55  X $200/hour = $ 24,310
     18.4   X $ 90/hour = $  1,656
                                **$ 25,966**

* denotes travel time at lower rate

## Disbursements/Expenses for September 2009

| Date | Activity | Amount |
|---|---|---|
| 9/8/09 | Mileage and tolls for round-trip travel between San Anselmo and Sacramento (190 miles @ 55 cents per mile) | 112.50 |
| 9/8/09 | Parking for Sacramento training | 6.00 |

| Date | Description | Amount |
|---|---|---|
| 9/10/09 | Airfare for Glendale training | 657.20 |
| 9/10/09 | Rental car for Glendale training | 30.10 |
| 9/10/09 | Meals during travel for Glendale training | 1.76 |
| 9/10/09 | Airport parking for Glendale training | 14.03 |

| Date | Description | Amount |
|---|---|---|
| 9/14/09 | Mileage and tolls for round-trip travel between San Anselmo and Sacramento (190 miles @ 55 cents per mile) | 112.50 |
| 9/14/09 | Parking for Sacramento meetings | 13.00 |
| 9/15/09 | Airfare for Los Angeles area visits (1/2) | 328.60 |
| 9/18/09 | Hotel for PDC visit | 222.84 |
| 9/18/09 | Rental car and gas for PDC visit (2/3) | 77.65 |
| 9/18/09 | Canceled flight for PDC visit that was canceled | 150.00 |
| 9/18/09 | Meals during PDC visit | 152.02 |
| 9/18/09 | Airport parking (2/3) | 33.82 |
| 9/30/09 | Conference calls (9/9, 9/11) | 13.83 |

Total..................................................................................................$
**!The Formula Not In Table**

**Total Fees and Expenses:   $ 27,891.85**