1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  JERRY VALDIVIA, ALFRED YANCY,
    and HOSSIE WELCH, on their own
11  behalf and on behalf of the class
    of all persons similarly situated,
12                                          NO. CIV. S-94-671 LKK/GGH
             Plaintiffs,
13
         v.                                      O R D E R
14
    ARNOLD SCHWARZENEGGER, Governor of
15  the State of California, et al.,

16           Defendants.
    _____/
17

18       On May 23, 2005, upon Defendants' motion, this Court

19  ordered that a special master be appointed in this case. The

20  Order of Reference defining the duties of the special master was

21  filed by this Court on August 19, 2005. This Court appointed

22  Chase Riveland as special master on December 16, 2005. Mr.

23  Riveland, following no objection by either party, has appointed

24  Virginia Morrison and Nancy Campbell as deputy special masters.

25       The court's previous orders have ordered that Special

26  Master Chase Riveland is compensated at the rate of $200 per

                                  1

1 hour for services performed in accordance with the Order of

2 Reference, except that he shall be compensated at the rate of

3 $90 per hour for travel time. It has been ordered that Deputy

4 Special Master Virginia Morrison be compensated at the same

5 rates as Mr. Riveland and that Deputy Special Master Nancy M.

6 Campbell be compensated at the rate of $180 per hour for

7 services performed in accordance with the Order of Reference,

8 except that she shall be compensated at the rate of $90 per hour

9 for travel time. Additionally, all reasonable expenses incurred

10 by the special master in performing the duties under the Order

11 of Reference shall be reimbursed as costs of the mastership.

12      On February 3, 2006, April 25, 2007, and again on October

13 17, 2008, the court directed defendants to deposit the sum of

14 $500,000.00 with the Clerk of the Court, said amount to be

15 invested in an interest-bearing account.  A substantial part of

16 those funds have now been expended and a significant amount of

17 work remains to be done by the special master.

18      Accordingly, good cause appearing, it is hereby ordered

19 that:

20      1.   Within thirty days of the date of this order

21           defendants shall deposit with the Clerk of the Court a

22           fourth interim payment of costs in the amount of

23           $500,000.00 which amount shall be invested in the

24           interest-bearing account previously opened for this

25           action; and

26 ////

2.    The Clerk of the Court is directed to serve a copy of this order on the Financial Department of this Court.

IT IS SO ORDERED.

DATED: October 2, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT