UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.

                          /

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference,
the Special Master has submitted for payment a bill for services
provided during the month of October, 2009.  Good cause
appearing, it is ORDERED that:

    1.   The Clerk is directed to pay to:

    Chase Riveland
    <u>Valdivia</u> Special Master
    5714 Deer Harbor Road, Box 367
    Deer Harbor, WA  98243

////

1

1  the amount of $27,470.12 in accordance with the attached

2  statement; and

3       2.   A copy of this order shall be served on the financial

4  department of this court.

5       IT IS SO ORDERED.

6       DATED: November 2, 2009.

7
                              LAWRENCE K. KARLTON
8                             SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
     **Plaintiffs,**
     **v.**
                              No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
     **Defendants.**
————————————————/

The Special Master hereby submits his statement for fees and disbursements for the period of October 1 through October 31, 2009.

| | | |
|---|---|---|
| Chase Riveland, Special Master | | |
| Services | $ 10,910.00 | |
| Disbursements | $  1,281.86 | |
| Total amount due | | **$ 12,191.86** |
| Virginia Morrison, Deputy Special Master | | |
| Services | $10,527.00 | |
| Disbursements | $    411.46 | |
| Total amount due | | **$ 10,938.46** |
| Nancy Campbell, Deputy Special Master | | |
| Services | $ 4,339.80 | |
| Disbursements | $   -0- | |
| Total amount due | | **$ 4,339.80** |

     TOTAL AMOUNT TO BE REIMBURSED     **$ 27,470.12**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*

/s/ Chase Riveland

                              November 2, 2009

Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO:        Ms. Susan Peterson, Financial Administrator

           /S/ *Chase Riveland*
FROM:      Chase Riveland, Special Master, *Valdivia*

Date:      November 2, 2009

RE:        Reimbursement for fees and disbursements expended during the period
           ending October 31, 2009.

Please send the check to the following individual for the amount indicated.

           Chase Riveland
           *Valdivia* Special Master
           5714 Deer Harbor Road
           Box 367
           Deer Harbor, WA   98243

                     Amount to be reimbursed: **$ 27,470.12**

*Valdivia et al. v. Schwarzenegger et al.*          **No. CIV S-94-671 LKK/GGH**

**For: Chase Riveland**
**Tax #: 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**

**Fees for October 2009**

| | | |
|---|---|---:|
| 10/1/09 | Preparation of OSM billing for September: correspondence: Xiong, Campbell, Morrison, Hover, Tebrock; review Plaintiff Amicus brief re: Prop 9 | 2.1 |
| 10/2/09 | Correspondence: Morrison, Tebrock, Prewitt | .1 |
| 10/5/09 | Correspondence: Morrison; review materials in prep for parties responses to OSM 7th report | 2.8 |
| 10/6/09 | Review Plaintiff response to OSM draft 7th report; correspondence: Morrison, Galvan, Campbell, Xiong, Carvo; Telephone: Campbell and Morrison | 3.9 |
| 10/8/09 | Travel: Deer Harbor to San Francisco | 7.5 * |
| 10/8/09 | Telephone: Morrison and Campbell; correspondence: Xiong, Dolin,; review Defendant monthly production | 1.7 |
| 10/9/09 | Meet w/Morrison; meet w/Plaintiffs; correspondence: Campbell, Morrison, Galvan, Tebrock, Xiong, | 5.3 |
| 10/10/09 | Travel: San Francisco to Deer Harbor | 7.5 * |
| 10/10/09 | Correspondence: Morrison, Galvan | .2 |
| 10/12/09 | Review OSM 7th report; correspondence: Campbell, Morrison | 2.3 |
| 10/12/09 | Correspondence: Morrison, Campbell, Tebrock, Xiong; Final OSM 7th report—review and file | 3.9 |
| 10/13/09 | Correspondence: Xiong, Morrison, Campbell | .3 |
| 10/14/09 | Correspondence: Morrison, Baldwin, Carvo, Harrison; review Plaintiff monitoring reort of Region III Headquarters and San Gabriel parole unit | 1.8 |
| 10/15/09 | Correspondence: Carvo, Xiong, Harrison, Morrison, Campbell, | .5 |

| | | |
|---|---|---|
| 10/16/09 | Correspondence: Morrison, Campbell; telephone: Campbell | 1.3 |
| 10/17/09 | Telephone: Morrison | .2 |
| 10/19/09 | Correspondence: Morrison, Xiong, Carvo | .1 |
| 10/20/09 | Telephone conference call: Morrison, Campbell, Correspondence: Campbell; Review CDCR Annual Report | 1.6 |
| 10/21/09 | Correspondence: Tebrock, Morrison, Campbell, | .5 |
| 10/22/09 | Telephone: Tebrock, Hiroshama, Morrison; correspondence: Morrison, Campbell, Xiong, Carvo, baldwin; review Plaintiff's 3 Q Region II report, review decision review policy | 2.6 |
| 10/23/09 | Telephone: Campbell, Morrison; Tebrock, Baldwin, Stilber; review Plaintiff Q3VSPW-CCWF report | 1.9 |
| 10/24/09 | Correspondence Morrison, Campbell; review CDCR annual report | .8 |
| 10/26/09 | Correspondence: Xiong, Campbell, Swanson; review ICDTP provider list, Defendant Memorandum re: witnesses, etc. | .9 |
| 10/27/09 | correspondence: Boyd, Xiong, Morrison; review Defendant MIS policy final draft | .8 |
| 10/28/09 | Telephone: Campbell; correspondence: Boyd, Xiong; review Plaintiff WSP 3Q self-monitoring report and exhibits | 1.7 |
| 10/29/09 | Correspondence: Hoover, Galvan, Morrison, Carvo | .2 |
| 10/30/09 | Correspondence; Xiong Lewis, Carvo, Wong, Tebrock; telephone: Morrison | .7 |
| | | 47.8 |

* 15 hrs  @ $90/hr. = $ 1,350 and 77.8 hrs. @ $200/hr. = $ 9,560  = **$ 10,910.00**

\* Denotes travel time @ $90/hr.

### Expenses for October 2009

| | | |
|---|---|---:|
| 10/8/09 | Roundtrip seaplane, Deer Harbor to Seattle and return | 218.00 |
| 10/8/09 | Roundtrip airfare: Seattle to San Francisco and return | 342.90 |
| 10/8/09 | Shuttle: Lake Union to Seatac | 15.00 |
| 10/8/09 | Breakfast, lunch and dinner | 69.89 |
| 10/8/09 | Taxi: SF airport to hotel | 46.50 |
| 10/9/09 | Breakfast, lunch, dinner | 67.87 |
| 10/10/09 | Hotel: 2 nights | 399.86 |
| 10/10/09 | Taxi: Hotel to SF airport | 48.00 |
| 10/10/09 | taxi: Seatac to Lake Union | 47.00 |
| 10/10/09 | Breakfast, lunch | <u>26.84</u> |
| | | 1,281.86 |

**Fees and expenses:**   $ <u>10,910.00</u> + $ <u>1,281.86</u> = **$ 12,191.86**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #:  51-0433003**

**Fees for October 2009**

| Date | Activity | Time/Hours |
|------|----------|-----------|
| 10/01/09 | Review documents; telephone conferences w/plaintiffs and N. Campbell | 1.6 |
| 10/02/09 | Review documents; telephone conference w/plaintiffs; email communication w/OSM team | 1.5 |
| 10/05/09 | Review and respond to email communication; telephone conference w/defendants; review OSM report response | 0.7 |
| 10/06/09 | Telephone conferences w/defendants, plaintiffs and OSM team; review plaintiffs' response to OSM report; revise OSM report | 8.4 |
| 10/07/09 | Telephone conference w/OSM team and parties; review and analyze documents; review and respond to email communication | 3.9 |
| 10/07/09 | Travel from San Anselmo to Sacramento | 2.0* |
| 10/08/09 | Conferences with each party and the OSM team; telephone conference w/N. Campbell | 5.75 |

| | | |
|---|---|---|
| 10/08/09 | Travel from Sacramento to San Francisco | 1.8* |
| 10/09/09 | Review document; email communication w/all parties concerning time waiver policy | 0.25 |
| 10/10/09 | Review and analyze documents; revise OSM report; telephone conference and email communication w/N. Campbell | 8.9 |
| 10/11/09 | Review and analyze documents; revise OSM report | 1.75 |
| 10/12/09 | Travel between San Anselmo and Sacramento | 3.5* |
| 10/12/09 | Observe CalPAP training; review and respond to email communication; revise OSM report | 3.8 |
| 10/13/09 | Review and analyze documents; revise OSM report; review and respond to email communication; telephone conference w/N. Campbell | 7.9 |
| 10/15/09 | Telephone conferences w/plaintiffs, CalPAP and OSM team; review and respond to email communication | 0.75 |
| 10/16/09 | Telephone conference w/plaintiffs and OSM team | 1.0 |
| 10/18/09 | Telephone conference w/C. Riveland | 0.2 |
| 10/19/09 | Review and respond to email communication | 0.2 |
| 10/20/09 | Telephone conferences w/OSM team and plaintiffs; review documents | 0.8 |
| 10/22/09 | Telephone conference and email communication w/OSM team; review documents | 0.5 |

| 10/26/09 | Review and respond to email communication | 0.4 |
| 10/27/09 | Telephone conferences w/defendants and N. Campbell | 0.8 |
| 10/29/09 | Telephone conference w/defendants re: training | 0.25 |

Total...............................................................................

49.35   X $200/hour = $ 9,870
7.3     X $ 90/hour = $   657

$ 10,527

* denotes travel time at lower rate

## Disbursements/Expenses for October 2009

| Date | Activity | Amount |
| --- | --- | --- |
| 10/07/09 | Sacramento hotel | 143.07 |
| 10/08/09 | Sacramento parking | 10.00 |
| 10/08/09 | Mileage and tolls between Sacramento and San Francisco (174 miles at 55 cents per mile) | 99.70 |
| 10/08/09 | San Francisco parking | 17.00 |
| 10/12/09 | Mileage and tolls between San Anselmo and Sacramento (190 miles at 55 cents per mile) | 112.50 |
| 10/31/09 | Conference calls (10/6, 10/7) | 29.19 |

Total...........................................................................$ 411.46

**Total Fees and Expenses:   $ 10,938.46**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for October 2009**

| Date | Activity | Time/Hours |
|------|----------|------------|
| 10/1/09 | Monitoring proposal; Call Morrison | 3.25 |
| 10/4/09 | Correspondence, revise monitoring proposal | .75 |
| 10/6/09 | Review Parties Report feedback; OSM call | 3.66 |
| 10/7/09 | OSM Call; report revisions | 1.05 |
| 10/8/09 | Defendant Monthly and OSM report call | 3.45 |
| | Call Tebrock; Call Morrison; Plaintiff OSM | |
| | feedback call | |
| 10/12/09 | Report Revisions | 1.20 |
| 10/13/09 | Calls Morrison, Tebrock, Baldwin, | |
| | e-mail Plaintiffs, correspondence review | 1.75 |
| 10/15/09 | Calls Galvan, Tebrock, and Morrison re: | 1.45 |
| | Monitoring; e-mails re: monitoring; | |
| 10/16/09 | Call Riveland; Call Galvan and Morrison | 1.50 |
| 10/20/09 | Calls Tebrock re: monitoring | |
| 10/22/09 | Call Riveland; correspondence review | 1.25 |
| 10/23/09 | Call Tebrock; monitoring report review | .80 |
| 10/26/09 | Call Galvan; monitoring report review | 1.50 |
| 10/27/09 | Review correspondence re: decision review, | 2.50 |
| | Monitoring, Call Galvan, Call Hoshino, Call | |
| | Morrison, Riveland, Swanson | |

**Total**................................................................. 24.11

24.11 X $180/hour = $4,339.80

**Total Fees and Expenses:**                                    **$4,339.80**