

FILED

DEC - 2 2009

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
　　　　　DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

　　　　Plaintiffs,

　　v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

　　　　Defendants.
_____/

NO. CIV. S-94-671 LKK/GGH

O R D E R

　　　Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of November, 2009. Good cause appearing, it is ORDERED that:

　　　1.　The Clerk is directed to pay to:

　　　Chase Riveland
　　　<u>Valdivia</u> Special Master
　　　5714 Deer Harbor Road, Box 367
　　　Deer Harbor, WA  98243

////

1

1 | the amount of $26,600.48 in accordance with the attached
2 | statement; and
3 |     2.  A copy of this order shall be served on the financial
4 | department of this court.
5 |     IT IS SO ORDERED.
6 |     DATED: December 1, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
    v.                                                                  No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of November 1 through November 30, 2009.

| | | |
|---|---|---|
| Chase Riveland, Special Master | | |
|     Services | $ 8,846.00 | |
|     Disbursements | $ 1,430.47 | |
|         Total amount due | | **$ 9,916.47** |
| Virginia Morrison, Deputy Special Master | | |
|     Services | $ 9,558.00 | |
|     Disbursements | $ 1,643.07 | |
|         Total amount due | | **$ 11,201.07** |
| Nancy Campbell, Deputy Special Master | | |
|     Services | $ 4,743.00 | |
|     Disbursements | $ 739.94 | |
|         Total amount due | | **$ 5,482.94** |
| **TOTAL AMOUNT TO BE REIMBURSED** | | **$ 26,600.48** |

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland
                                        December 1, 2009
Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO: Ms. Susan Peterson, Financial Administrator

FROM: /S/ *Chase Riveland*
Chase Riveland, Special Master, *Valdivia*

Date: December 1, 2009

RE: Reimbursement for fees and disbursements expended during the period ending November 30, 2009.

Please send the check to the following individual for the amount indicated.

> Chase Riveland
> *Valdivia* Special Master
> 5714 Deer Harbor Road
> Box 367
> Deer Harbor, WA   98243

Amount to be reimbursed: **$ 26,600.48**

*Valdivia et al. v. Schwarzenegger et al.*       No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

## Fees for November 2009

| Date | Description | Hours |
|---|---|---|
| 11/1/09 | Travel: Deer Harbor to Sacramento | 7.5 * |
| 11/2/09 | Travel: Sacramento to Butte County jail and return (w/Wong and Sullivan) | 3.5 * |
| 11/2/09 | Observe hearings; correspondence: Campbell, Xiong; review draft ICDTP hearing directive | 3.8 |
| 11/3/09 | Correspondence: Stilber, Nolan, Morrison, Campbell, Xiong, Christian; meet w/Defendants; get CDCR ID; review Plaintiff monitoring report for San Diego remote tour ; meet w/ Judge Karlton | 7.9 |
| 113/09 | Travel to CDCR HQS and court and return | .5 * |
| 11/4/09 | Travel: Sacramento to Deer Harbor | 7.5 * |
| 11/5/09 | Correspondence: Morrison, Xiong, Tebrock, court filing, Campbell, Morrison, Macias-Price, Prewitt; review CalPAP statistics for October | 3.6 |
| 11/7/09 | Correspondence: Campbell, Morrison. Xiong Prewitt | .5 |
| 11/8/09 | Correspondence: Morrison, Campbell, Xiong, Tebrock | .9 |
| 11/10/09 | Telephone: Tebrock, Campbell; telephone all parties; correspondence: Tebrock, Christian; correspondence: Tebrock, telephone: all parties and Mary Swanson; | 4.6 |
| 11/11/09 | Correspondence: Morrison, Dolin, Baldwin, Tebrock; review Defendants document production | 2.9 |
| 11/12/09 | Correspondence: Stilber, Aggarwai, Harrison, Morrison, Baldwin; review Plaintiff tour report of Stark; review Plaintiff Response re: ICDTP draft | 2.8 |
| 11/13/09 | Review CDCR plan sent to three judge panel | .9 |

| Date | Description | Hours |
|---|---|---|
| 11/16/09 | Correspondence: Prewitt, Campbell, Christian, Tebrock; review Tebrock letter, review Plaintiff report on Placer and El Dorado remote tours | .9 |
| 11/17/09 | Correspondence: Xiong, Baldwin, Morrison | .3 |
| 11/18/09 | Correspondence: Baldwin, Morrison, Xiong ; review individual parolee due process problems as submitted by Plaintiffs | .5 |
| 11/20/09 | Correspondence: Morrison, Prewitt; review CalPAP statistics for October | .7 |
| 11/23/09 | Correspondence: Huey, Galvan, Xiong, Campbell | .3 |
| 11/25/09 | Correspondence: Xiong, Morrison, Campbell, Dolin; review ICDTP Monthly report; telephone: Morrison, Baldwin | 1.1 |
| 11/26/09 | Correspondence: Christian, Morrison, Campbell | .3 |
| 11/28/09 | Telephone: Morrison | .4 |
| 11/30/09 | Correspondence: Morrison, Campbell, Xiong; review DAPO EID #'s; prepare and submit OSM team billings for November | 1.4 |
| | | 33.8 |
| | | 19.0 * |

\* 19 hrs @ $90/hr. = $ 1,710 and 33.8 hrs. @ $200/hr. = $ 6,776 = **$ 8,486.00**

\* Denotes travel time @ $90/hr.

**Expenses for November 2009**

| Date | Description | Amount |
|---|---|---|
| 11/1/09 | Roundtrip seaplane, Deer Harbor to Seattle and return | 218.00 |
| 11/1/09 | Roundtrip airfare: Seattle to Sacramento and return | 420.00 |
| 11/1/09 | Shuttle: Lake Union to Seatac | 15.00 |
| 11/1/09 | lunch and dinner | 49.89 |
| 11/2/09 | Breakfast, lunch, dinner | 57.87 |
| 11/2/09 | Night parking | 15.00 |
| 11/3/09 | breakfast, lunch and dinner | 64.88 |
| 11/3/09 | Day parking | 6.00 |
| 11/3/09 | Night parking | 15.00 |
| 11/4/09 | Hotel: 3 nights | 289.86 |
| 11/4/09 | Night parking | 15.00 |
| 11/4/09 | Rental car 2 ½ days | 189.98 |
| 11/4/09 | taxi: Seatac to Lake Union | 47.00 |
| 10/10/09 | Breakfast, lunch | 26.99 |
| | | 1,430.47 |

**Fees and expenses:**   $8,486.00+ $ 1,430.47 = **$ 9,916.47**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #:  51-0433003**

**Fees for November 2009**

| Date | Activity | Time/Hours |
|---|---|---|
| 11/3/09 | Travel to San Diego for RJD visit | 4.5* |
| 11/4/09 | Travel between San Diego and RJD | 1.4* |
| 11/4/09 | Participate in RJD site visit | 7.7 |
| 11/5/09 | Participate in RJD site visit | 3.25 |
| 11/5/09 | Travel from San Diego to RJD and to Sacramento | 5.3* |
| 11/6/09 | Observe DC training | 3.3 |
| 11/6/09 | Travel from Sacramento to San Anselmo | 1.8* |
| 11/8/09 | Email communication w/OSM team | 0.3 |
| 11/9/09 | Telephone conference w/N. Campbell; observe DC training | 3.4 |
| 11/9/09 | Round-trip travel between San Anselmo and Oakland | 1.5* |
| 11/10/09 | Travel between San Anselmo, Sacramento and Oakland | 4.3* |
| 11/10/09 | Participate in conference re: monitoring; conferences with each party | 4.7 |

| Date | Description | Hours |
|---|---|---|
| 11/11/09 | Review documents | 1.8 |
| 11/16/09 | Travel to Glendale for DC training | 4.3* |
| 11/17/09 | Observe DC training | 7.4 |
| 11/17/09 | Return travel from Glendale | 4.1* |
| 11/20/09 | Review email communication and related documents | 0.25 |
| 11/21/09 | Telephone conference w/C. Riveland; review recent documents | 0.7 |
| 11/23/09 | Review and respond to email communication | 0.2 |
| 11/24/09 | Review and respond to email communication | 0.25 |
| 11/25/09 | Review and respond to email communication; review documents; telephone conference w/defendants | 1.8 |
| 11/30/09 | Review and respond to email communication; review documents | 0.5 |

Total……………………………………………………………………..

      35.55  X $200/hour = $ 7,110.00
      27.2   X $ 90/hour = $ 2,448.00

                  **$ 9,558.00**

* denotes travel time at lower rate

## Disbursements/Expenses for November 2009

| Date | Activity | Amount |
|---|---|---|
| 11/5/09 | Hotel for RJD visit | 357.36 |
| 11/5/09 | Meals during RJD visit | 75.10 |
| 11/6/09 | Hotel in Sacramento | 113.49 |
| 11/6/09 | Meals in Sacramento | 69.02 |
| 11/6/09 | Parking in Sacramento | 13.00 |
| 11/6/09 | Mileage and tolls between San Anselmo, San Diego and Sacramento (678 miles at 55 cents per mile) [mileage divided between two matters] | 386.17 |
| 11/9/09 | Mileage and tolls between San Anselmo and Oakland (60 miles at 55 cents per mile) | 37.00 |
| 11/9/09 | Parking in Oakland | 12.00 |
| 11/10/09 | Mileage and tolls between San Anselmo and Sacramento (190 miles at 55 cents per mile) | 112.50 |
| 11/10/09 | Meal in Sacramento | 17.87 |
| 11/10/09 | Parking in Sacramento | 13.00 |
| 11/17/09 | Hotel in Glendale | 87.88 |
| 11/17/09 | Rental car for LA DRU visit | 70.11 |

| | | |
|---|---|---:|
| 11/17/09 | Meals during LA DRU visit | 18.75 |
| 11/17/09 | Airfare for LA DRU visit | 248.60 |
| 11/17/09 | Airport parking for LA DRU visit | 11.22 |

Total………………………………………………………...………………..…..$ 1,643.07

**Total Fees and Expenses:   $ 11,201.07**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for November 2009**

| Date | Activity | Time/Hours |
|---|---|---|
| 11/3/09 | Monthly OSM call; Call Carvo; Call notes | 1.25 |
| 11/4/09 | Monitoring call Defendants; Call Galvan; Review draft BPH ICDTP policy and comment; Review extradition and presentation of evidence Policies and issues | 4.30<br><br><br>3.25 |
| 11/5/09 | Draft monitoring meet/confer agenda; e-mail Parties; review MIS policy | |
| 11/9/09 | Travel to Sacramento | 6.5* |
| 11/10/09 | Meet with Summary Parole task force; Meet And Confer re: Monitoring | 4.50 |
| 11/10/09 | Travel to Tacoma | 6.0* |

| Date | Activity | |
|---|---|---|
| 11/13/09 | Review Summary Parole; Three Judge documents; Due Process issues; decision review changes | 2.50 |
| 11/16/09 | Call Galvan; review monitoring reports; Plaintiff Response to ICDTP policies | 2.15 |
| 11/17/09 | | |
| 11/20/09 | Call Baldwin | .25 |
| 11/24/09 | Call Baldwin; Boyd; correspondence re: monitoring | .80 |
| 11/25/09 | Calls Boyd and Baldwin; correspondence | 1.10 |

**Total……………………………………………………………………………...20.10**

20.10  X $180/hour = $3,618.00
12.50  X  $90/hour = $1,125.00

**Disbursements/Expenses for November 2009**

| Date | Activity | Amount |
|---|---|---|
| 11/9/09 | Travel via POV to SeaTac Airport 34mi@ .50.5/mi | 17.17 |
| 11/9/09 | RT Airfare to Sacramento | 343.20 |
| 11/9/09 | Meals | 16.16 |
| 11/9/09 | Hotel | 144.18 |
| 11/9/09 | Onsite Parking | 13.00 |
| 11/10/09 | Meals | 11.15 |
| 11/10/09 | Rental Car | 129.19 |
| 11/10/09 | Airport Parking | 22.72 |
| 11/10/09 | Travel via POV Home from Airport 34mi@ .50.5/mi | 17.17 |

| Total Expenses | 739.94 |
|---|---|
| **Total Fees and Expenses:** | **$ 5482.94** |

\* Denotes travel time rate