UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY, and HOSSIE WELCH, on their own behalf and on behalf of the class of all persons similarly situated,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, Governor of the State of California, et al.,

    Defendants.

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of December, 2009. Good cause appearing, it is ORDERED that:

1. The Clerk is directed to pay to:

Chase Riveland
<u>Valdivia</u> Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

////

1

the amount of $26,484.99 in accordance with the attached statement; and

    2.  A copy of this order shall be served on the financial department of this court.

    IT IS SO ORDERED.

    DATED: January 5, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
    v.

No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of December 1 through December 31, 2009.

| | | |
|---|---|---|
| Chase Riveland, Special Master | | |
|     Services | $ 5,908.00 | |
|     Disbursements | $ 1,227.57 | |
|     Total amount due | | **$ 7,135.57** |
| Virginia Morrison, Deputy Special Master | | |
|     Services | $13,218.50 | |
|     Disbursements | $ 1,118.69 | |
|     Total amount due | | **$ 14,337.19** |
| Nancy Campbell, Deputy Special Master | | |
|     Services | $ 4,176.00 | |
|     Disbursements | $ 836.23 | |
|     Total amount due | | **$ 5,012.23** |
| | | |
| TOTAL AMOUNT TO BE REIMBURSED | | **$ 26,484.99** |

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland

Special Master

January 3, 2010

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO: Ms. Susan Peterson, Financial Administrator

FROM: /S/ *Chase Riveland*
Chase Riveland, Special Master, *Valdivia*

Date: January 3, 2010

RE: Reimbursement for fees and disbursements expended during the period ending December 30, 2009.

Please send the check to the following individual for the amount indicated.

> Chase Riveland
> *Valdivia* Special Master
> 5714 Deer Harbor Road
> Box 367
> Deer Harbor, WA  98243

Amount to be reimbursed: **$ 26,484.99**

*Valdivia et al. v. Schwarzenegger et al.*          No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

### Fees for December 2009

| Date | Description | Hours |
|---|---|---|
| 12/1/09 | Correspondence: Morrison, Campbell, Xiong, Hoover, Baldwin, Stilber; Telephone: conference call w/ Defendants Telephone: Baldwin | 1.3 |
| 12/2/09 | Correspondence: Campbell, Boyd, Court, Baldwin, Morrison, Galvan; review monitoring plans; telephone: Campbell | .9 |
| 12/3/09 | Correspondence: Mathews, Xiong, Baldwin, Morrison, Boyd, Stilber, Review Defendant Monitoring plan draft; review Defendant SMR for Placer and El Dorado Counties | 1.8 |
| 12/4/09 | Correspondence: Campbell, Morrison, Xiong, Galvan | .3 |
| 12/5/09 | Correspondence: Campbell, Morrison, Berger; review Plaintiff HDSP monitoring report | 1.1 |
| 12/7/09 | Correspondence: Bainbridge, Campbell, Morriosn | .2 |
| 12/8/09 | Correspondence: Campbell, Tebrock, Mascias-Price | .2 |
| 12/9/09 | Travel: Deer Harbor to Sacramento | 7.5 * |
| 12/10/09 | meet w/Defendants; meet w/Morrison; telephone: Campbell; correspondence: Xiong, Dolin, Riley; review Defendant document production for November | 3.6 |
| 12/10/09 | Travel to meetings | .2 * |
| 12/11/09 | Travel: Sacramento to Deer Harbor | 7.5 * |
| 12/12/09 | Review: BPH PCH Auditing proposals; conference call: Campbell and Morrison; review Defendant and Plaintiff BPH ICDTP comments; review summary reports by Morrison | 2.3 |
| 12/13/09 | Review correspondence: Morrison, Tebrock, Macias-Price | .4 |

| Date | Description | Hours |
|---|---|---|
| 12/14/09 | Review correspondence: Morrison, Baldwin; review Individual parolee problems | .5 |
| 12/16/09 | Review correspondence: Morrison, Campbell, Macias-Price, Xiong, Stilber, Huey, Baldwin, Tebrock; telephone: Tebrock; Review Q 1 monitoring schedule | 1.1 |
| 12/17/09 | Telephone: Defendants; review correspondence: Baldwin, Morrison, Campbell, Bien, Rice, Boyd, Christian; review Plaintiff tour report of Woodland parole office and ICDTP; Telephone: Campbell; review OIG Report | 2.4 |
| 12/18/09 | Telephone: Campbell, Morrison; review 3 Judge panel filings as relate to *Valdivia* | 1.8 |
| 12/19/09 | Telephone: Campbell and Morrison | .8 |
| 12/21/09 | Review materials/correspondence: Campbell: monitoring meet and confer notes ; Huey: Comito materials | .9 |
| 12/22/09 | Review Comito materials from Plaintiffs | .4 |
| 12/23/09 | Review Correspondence/materials: Xiong, Hoshino | .5 |
| 12/24/09 | Review correspondence/materials: Morrison, Xiong; ICDTP materials | .5 |
| 12/26/09 | Review Plaintiff due process problem cases; correspondence: Baldwin, Campbell, Morrison | .5 |
| 12/28/09 | Review correspondence/materials: Campbell, Morrison, Baldwin | .3 |
| 12/29/09 | Review correspondence/materials: Xiong, ICDTP links; telephone: Morrison | .9 |
|   |   | 22.7 |
|   |   | 15.2 * |

\* 15.2 hrs @ $90/hr. = $ 1,368 and 22.7 hrs. @ $200/hr. = $ 4,550 = **$ 5,908**

\* Denotes travel time @ $90/hr.

**Expenses for December 2009**

| Date | Description | Amount |
|---|---|---:|
| 12/9/09 | Roundtrip seaplane, Deer Harbor to Seattle and return | 218.00 |
| 12/9/09 | Roundtrip airfare: Seattle to Sacramento and return | 420.00 |
| 12/9/09 | Shuttle: Lake Union to Seatac | 15.00 |
| 12/9/09 | lunch and dinner | 39.99 |
| 12/10/09 | Breakfast, lunch (Riveland and Morrison), dinner | 68.86 |
| 12/10/09 | Night parking | 15.00 |
| 12/10/09 | Day parking | 6.00 |
| 12/10/09 | Night parking | 15.00 |
| 12/11/09 | Hotel: 2 nights | 199.86 |
| 12/11/09 | Night parking | 15.00 |
| 12/11/09 | breakfast, lunch | 24.88 |
| 12/11/09 | Rental car 2 ½ days | 189.98 |
| 12/11/09 | taxi: Seatac to Lake Union | <u>48.00</u> |
| | | $1,227.57 |

**Fees and expenses:**   $5,908+ $1,227.57 = **$ 7,135.57**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
Services rendered by Virginia Morrison
Tax #:  51-0433003

**Fees for December 2009**

| Date | Activity | Time/Hours |
|---|---|---|
| 12/1/09 | Observe proceedings at SQ; telephone conference w/defendants and OSM team; review and respond to email communication | 5.9 |
| 12/1/09 | Round-trip travel between San Anselmo and SQ; travel from San Anselmo to Stockton | 2.4* |
| 12/2/09 | Travel between Stockton and Elk Grove | 1.0* |
| 12/2/09 | Observe proceedings at RCCC; telephone conference w/N. Campbell; review and respond to email communication | 7.7 |
| 12/3/09 | Travel between Stockton, Tracy and San Anselmo [less time spent on substantive matter] | 1.8* |
| 12/3/09 | Observe proceedings at DVI; telephone conference w/N. Campbell | 7.75 |
| 12/7/09 | Travel from San Anselmo to Sacramento [divided between two matters] | 0.8* |
| 12/7/09 | Review and analyze documents; review and respond to email communication; telephone conferences w/plaintiffs and N. Campbell | 1.5 |
| 12/8/09 | Conference re: monitoring; conferences with parties and N. Campbell | 4.5 |
| 12/8/09 | Travel within Sacramento | 0.8* |

| | | |
|---|---|---|
| 12/10/09 | Travel within Sacramento and return to San Anselmo [divided between two matters] | 1.5* |

| Date | Description | Hours |
|---|---|---|
| 12/10/09 | Conferences w/defendants and C. Riveland re: remedies; review email communication | 1.9 |
| 12/11/09 | Review documents; review and respond to email communication | 3.5 |
| 12/12/09 | Telephone conference w/OSM team; prepare materials for Focus DRUs work | 2.0 |
| 12/13/09 | Review and respond to email communication; review RSTS data | 1.5 |
| 12/14/09 | Review and respond to email communication | 0.25 |
| 12/15/09 | Review and respond to email communication; telephone conference w/N. Campbell | 0.6 |
| 12/16/09 | Review and analyze documents | 5.7 |
| 12/17/09 | Telephone conference w/defendants and OSM team re: LACJ; review and respond to email communication | 1.0 |
| 12/18/09 | Review and analyze documents; email communication w/defendants | 0.8 |
| 12/20/09 | Review and respond to email communication | 0.2 |
| 12/20/09 | Travel from San Anselmo to Bakersfield [divided with another matter] | 2.5* |
| 12/21/09 | Observe proceedings at WSP | 5.9 |
| 12/21/09 | Travel from Bakersfield to Wasco and to Los Angeles | 2.6* |
| 12/22/09 | Observe proceedings at LACJ | 5.5 |

| | | |
|---|---|---|
| 12/28/09 | Return travel from Southern California [divided with another matter] | 3.25* |
| 12/29/09 | Telephone conference w/C. Riveland re: recent site visits; telephone conferences w/all parties re: LACJ; review documents | 2.1 |
| 12/31/09 | Review documents concerning probable cause assessments; email communication | 0.3 |

Total............................................................................................

```
    58.6   X $200/hour = $ 11,720.00
    16.65  X $ 90/hour = $  1,498.50
                         $ 13,218.50
```

* denotes travel time at lower rate

## Disbursements/Expenses for December 2009

| Date | Activity | Amount |
|---|---|---|
| 12/3/09 | Hotel for RCCC and DVI visits | 195.98 |
| 12/3/09 | Meals during RCCC and DVI visits | 17.68 |
| 12/3/09 | Mileage and tolls for SQ, RCCC and DVI visits (262 miles at 55 cents per mile) | 148.10 |
| 12/8/09 | Parking for Sacramento meetings | 13.00 |
| 12/10/09 | Hotel for Sacramento trainings [divided between two matters] | 153.44 |
| 12/10/09 | Mileage and tolls between San Anselmo and Sacramento and within Sacramento, divided between two matters (total: 225 miles at 55 cents per mile) | 65.87 |

| Date | Activity | Amount |
|---|---|---|
| 12/10/09 | Parking for Sacramento meetings | 4.00 |
| 12/21/09 | Hotel for Bakersfield site visits [divided between two matters] | 21.91 |
| 12/22/09 | Parking at LACJ | 8.00 |
| 12/23/09 | Hotel and parking for Los Angeles and Riverside counties' site visits [divided between two matters] | 186.29 |
| 12/28/09 | Meals during 12/21 through 12/22 site visits | 45.02 |
| 12/28/09 | Mileage and tolls between San Anselmo, Bakersfield, Los Angeles, Covina, Riverside, Ventura, Panorama City and return [portion assigned to another matter] (468 miles @ 55 cents per mile) | 259.40 |

Total..................................................................................$ 1,118.69

**Total Fees and Expenses:   $ 14,337.19**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for December 2009**

| Date | Activity | Time/Hours |
|---|---|---|
| 12/1/09 | Monthly OSM call; Calls Morrison; Tebrock And Riveland; review of follow-up OSM report Issues; review EID data | 3.00 |
| 12/2/09 | Review monitoring proposals; Monitoring | 2.00 |

| Date | Activity | |
|---|---|---|
| | Analysis and memo; Paragraph 27 re: ICDTP delays | |
| 12/7/09 | Travel to Sacramento | 5.00* |
| 12/7/09 | Review materials and correspondence Re: Monitoring; call Morrison | 1.75 |
| 12/8/09 | Monitoring Meet and Confer; Call Tebrock | 4.45 |
| 12/08/09 | Travel from Sacramento to Tacoma | 5.50* |
| 12/9/09 | Call Tebrock | .60 |
| 12/10/09 | Follow-up Monitoring; correspondence Update; Call Riveland; review PCH tool; | 1.50 |
| 12/12/09 | Call Riveland and Morrison; Review OIG report | 1.30 |
| 12/17/09 | Call Defendant's re: LACJ; Calls Morrison; Riveland | 1.35 |
| 12/29/09 | LACJ Call with parties; Call Morrison | 2.00 |

**Total**............................................................................................17.95

```
17.95  X  $180/hour = $3,231.00
10.50  X  $90/hour  = $  945.00
```

## Disbursements/Expenses for December 2009

| Date | Activity | Amount |
|---|---|---|
| 12/7/09 | Travel via POV to SeaTac Airport 34mi@ .50.5/mi | 17.17 |
| 12/7/09 | Meals | 16.96 |
| 12/7/09 | Hotel | 203.48 |
| 12/8/09 | RT Airfare to Sacramento | 355.20 |
| 12/8/09 | Meals | 45.23 |
| 12/8/09 | Rental Car | 151.73 |
| 12/8/09 | Airport Parking | 29.29 |
| 11/10/09 | Travel via POV Home from Airport 34mi@ .50.5/mi | 17.17 |
| **Total Expenses** | | 836.23 |
| **Total Fees and Expenses:** | | **$5012.23** |

* Denotes travel time rate