UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        Plaintiffs,

   v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of January, 2010. Good cause appearing, it is ORDERED that:

    1.   The Clerk is directed to pay to:

Chase Riveland
<u>Valdivia</u> Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA 98243

////

1

the amount of $47,574.14 in accordance with the attached statement; and

    2. A copy of this order shall be served on the financial department of this court.

IT IS SO ORDERED.

DATED: February 1, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
    v.

No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of January 1 through January 31, 2010.

| | | |
|---|---|---|
| Chase Riveland, Special Master | | |
|     Services | $ 11,640.00 | |
|     Disbursements | $ 1,879.89 | |
|     Total amount due | | **$ 13,483.89** |
| Virginia Morrison, Deputy Special Master | | |
|     Services | $ 17,976.50 | |
|     Disbursements | $ 449.46 | |
|     Total amount due | | **$ 18,425.96** |
| Nancy Campbell, Deputy Special Master | | |
|     Services | $ 13,662.90 | |
|     Disbursements | $ 2,001.39 | |
|     Total amount due | | **$ 15,664.29** |
|     TOTAL AMOUNT TO BE REIMBURSED | | **$ 47,574.14** |

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland

February 1, 2010

Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO: Ms. Susan Peterson, Financial Administrator

FROM: /s/ *Chase Riveland*
Chase Riveland, Special Master, *Valdivia*

Date: February 1, 2010

RE: Reimbursement for fees and disbursements expended during the period ending January 31, 2010.

Please send the check to the following individual for the amount indicated.

Chase Riveland
*Valdivia* Special Master
5714 Deer Harbor Road
Box 367
Deer Harbor, WA 98243

Amount to be reimbursed: **$ 47,574.14**

*Valdivia et al. v. Schwarzenegger et al.*  No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

**Fees for January 2010**

| Date | Description | Hours |
|---|---|---|
| 1/4/10 | Review correspondence/materials: Campbell, Morrison, Macias-Price, Ambrocelli, Hoffman, Hoshino; review ICDTP Listings online | 1.9 |
| 1/5/10 | Telephone: conference call w/Defendants; telephone: Morrison; review correspondence: Xiong, Campbell, Morrison | 1.3 |
| 1/6/10 | Review correspondence/materials: Campbell, Morrison, | .2 |
| 1/7/10 | Review correspondence/materials: Prewitt, Morrison, Dolin, Xiong, Christian, Campbell; review Plaintiff rev extension Report, document production list; telephone: Morrison | 1.2 |
| 1/8/10 | Review correspondence/materials: CalPAP Comito and other objection reports | .8 |
| 1/10/10 | Correspondence: Morrison, Bien | .2 |
| 1/11/10 | Appellate court: Comito and Prop 9; correspondence: Tebrock, Baldwin, Riley; Morrison | 2.9 |
| 1/11/10 | Travel to Court and meetings | 1.1 * |
| 1/13/10 | Correspondence: Morrison, Campbell, Xiong; review ICDTP memo from Defendants; telephone Morrison | .9 |
| 1/15/10 | Correspondence: Campbell, Ambroselli, Morrison; telephone: Campell and Morrison | 1.4 |
| 1/18/10 | Travel: Deer Harbor to Pleasanton | 8.5 * |
| 1/18/10 | Correspondence: Morrison; meet w/ Campbell | 1.1 |
| 1/19/10 | Travel: Pleasanton to Hayward and return | 1.0 * |
| 1/19/10 | Combined tour: Hayward Parole office; meet w/ Morrison and Campbell; correspondence: Morrison, Baldwin, | |

|         | Xiong, Harrison | 10.6 |
|---------|-----------------|------|
| 1/20/10 | Combined tour at Santa Rita jail; meet w/ Campbell and Morrison; correspondence: meet w/ Campbell and Morrison | 9.5 |
| 1/20/10 | Travel to site | .5 * |
| 1/21/10 | Travel to site | .5 * |
| 1/21/10 | combined tour at Santa Rita jail; correspondence | 8.0 |
| 1/21/10 | Travel Santa Rita to Oakland to Seattle | 5.5 * |
| 1/22/10 | Travel Seattle to Deer Harbor | 2.5 * |
| 1/22/10 | Review: Defendants audit tools, worksheets etc.; correspondence: Walszac, Xiong, Baldwin, Tebrock, Morrison, Campbell; Review Christian tour report for Imperial County | 1.8 |
| 1/23/10 | Correspondence: Morrison, Macias-Price, Sullivan | .3 |
| 1/25/10 | Correspondence: Morrison, Rimmer, Baldwin, Xion, Lindquist, Huey; review individual due process problems; Telephone: Campbell | 1.8 |
| 1/26/10 | Telephone: Tebrock, Morrison; correspondence: Tebrock, Morrison, Campbell, Xiong, Prewitt; review CalPAP statistics for December | 2.2 |
| 1/27/10 | Correspondence: Morrison Campbell, Tebrock, Boyd, Russa | .4 |
| 1/28/10 | Correspondence: Morrison, Campbell, Xiong, Riley, Boyd, Tebrock | .6 |
| 1/30/10 | Correspondence: Morrison Baldwin; review notes from Santa Rita; review Plaintiff individual due process problems; review RTCA issues | <u>2.1</u> |
|         |                 | 49.2 |

\* 19.6 hrs @ $90/hr. = $1,764 and 49.2 hrs. @ $200/hr. = $9,840 = **$ 11,640**

\* Denotes travel time @ $90/hr.

### **Expenses for January 2010**

| Date | Description | Amount |
|---|---|---|
| 1/18/10 | Roundtrip airfare: Deer Harbor Seattle and return | 218.00 |
| 1/18/10 | Roundtrip airfare: Seattle to Oakland and return | 420.00 |
| 1/18/10 | Lunch, dinner Riveland and Campbell | 69.98 |
| 1/19/10 | Breakfast (Riveland and Campbell), Lunch (Riveland and Campbell), dinner (Riveland, Campbell, and Morrison) | 148.79 |
| 1/20/10 | Breakfast (Riveland and Campbell), lunch (Riveland and Campbell), dinner (Morrison, Riveland and Campbell) | 156.99 |
| 1/21/09 | Breakfast, (Riveland and Campbell), lunch, dinner (Riveland and Campbell) | 43.99 |
| 1/21/10 | Hotel: 3 nights | 434.66 |
| 1/21/10 | Rental Car: 3 ½ days | 198.76 |
| 1/22/10 | Hotel: 1 Night | 146.96 |
| 1/22/10 | Taxi: Seatac to Boeing field | 34.50 |
| 1/22/10 | breakfast | <u>7.26</u> |
|  |  | $1,879.89 |

**Fees and expenses:** $11,640 + $1,879.89 = **$ 13,483.89**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for January 2010**

| Date | Activity | Time/Hours |
|---|---|---|
| 1/3/10 | Correspondence re: ICDTP transfers And Riveland; review of follow-up OSM report issues; review ICDTP placement proposal | 2.50 |
| 1/4/10 | Call Defendants about OSM report elements; Correspondence Defendants about ICDTP Placement process; Comito Review process | 1.25 |
| 1/5/10 | Monthly Call; RJD Call; correspondence Defendants; Call Morrison; review monitoring reports | 2.50 |
| 1/8/10 | Calls Defendants, Plaintiffs and Morrison re: monitoring Plans; review RJD monitoring tour materials | 4.33 |
| 1/11/10 | Review SRCJ Monitoring data | 3.25 |
| 1/12/10 | Travel to San Diego | 5.75* |
| 1/13/10 | Travel to RJD | .80* |
| 1/13/10 | RJD Monitoring tour | 7.50 |
| 1/13/10 | Travel to hotel from RJD | .70* |
| 1/14/10 | Travel to RJD | .75* |
| 1/14/10 | RJD Monitoring | 7.50 |
| 1/14/10 | Travel to Tacoma | 6.75* |
| 1/15/10 | Review SRCJ Monitoring reports; Call Riveland Morrison | 3.50 |

| Date | Activity | Hours |
|---|---|---|
| 1/16/10 | Follow-up RJD | .70 |
| 1/18/10 | Travel to Oakland (SRCJ tour) | 7.00* |
| 1/19/10 | Travel to Hayward Parole Unit | .50* |
| 1/19/10 | Onsite Hayward Parole Unit; Team Meeting | 7.00 |
| 1/19/10 | Travel From Parole Unit to Hotel | .50* |
| 1/20/10 | Travel to SRCJ | .25* |
| 1/20/10 | Onsite SRCJ; Team Meeting | 7.00 |
| 1/20/10 | Travel from SRCJ to Hotel | .25* |
| 1/21/10 | Onsite SRCJ | 8.00 |
| 1/21/10 | Travel from SRCJ to Tacoma | 5.00* |
| 1/25/10 | Call Ambroselli; Tebrock; Riveland | 1.00 |
| 1/30/10 | Correspondence, Notes from Tours | 4.00 |
| 1/31/10 | Tour Notes | 2.00 |

**Total**..............................................................................62.03

62.03 X $180/hour = $11,165.40
\* 27.75 X $90/hour = $ 2,497.50
\* Denotes travel time rate

### Disbursements/Expenses for January 2010

| Date | Activity | Amount |
|---|---|---|
| 1/12/10 | Travel via POV to SeaTac Airport 26mi@ .50mi | 13.00 |
| 1/12/10 | RT Airfare to San Diego | 321.40 |
| 1/12/10 | Meals | 2.81 |
| 1/13/10 | Meals | 23.74 |
| 1/14/10 | Meals | 14.54 |
| 1/14/10 | Hotel and Parking | 428.88 |
| 1/14/09 | Rental Car | 278.28 |
| 1/14/10 | Airport Parking | 57.32 |
| 1/14/10 | Travel via POV Home from Airport 26mi@ .50mi | 13.00 |
| 1/18/10 | Travel via POV Home from Airport 26mi@ .50mi | 13.00 |
| 1/18/10 | RT Airfare to Oakland | 328.40 |
| 1/18/10 | Meals | 3.51 |
| 1/18-21/10 | Hotel | 421.14 |
| 1/21/10 | Airport Parking | 69.37 |
| 1/2/110 | Travel via POV to SeaTac Airport 26mi@ .50mi | 13.00 |

| Total Expenses | 2001.39 |
|---|---|
| **Total Fees and Expenses:** | **$15,664.29** |

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

<u>**Fees for January 2010**</u>

| <u>Date</u> | <u>Activity</u> | <u>Time/Hours</u> |
|---|---|---|
| 1/3/10 | Review email communication | 0.1 |
| 1/4/10 | Telephone conference w/defendants re: mentally ill; review and analyze documents; review and respond to email communication | 0.7 |
| 1/5/10 | Travel between Sacramento and San Anselmo [divided between two matters, less time spent on substantive matters] | 1.1* |
| 1/5/10 | Telephone and in-person conferences w/defendants re: monthly update and BPH plans; telephone conference w/N. Campbell; review and analyze data; email communication w/CalPAP re: data | 2.6 |
| 1/7/10 | Telephone conferences and email communication w/OSM and defendants re: LACJ, *Comito* and mentally ill parolees; review documents | 1.5 |
| 1/8/10 | Review and analyze documents | 2.5 |
| 1/9/10 | Email communication regarding monitoring and revocation extension; review and analyze documents concerning *Comito* | 3.75 |
| 1/10/10 | Email communication regarding policies and *Comito;* review and analyze documents concerning timeliness | 1.3 |
| 1/11/10 | Round-trip travel between San Anselmo and San Francisco | 2.0* |

| Date | Description | Hours |
|---|---|---|
| 1/11/10 | Observe 9th Circuit proceedings on Prop 9 and *Comito* | 3.0 |
| 1/12/10 | Telephone conference w/N. Campbell re: monitoring | 0.2 |
| 1/13/10 | Review and analyze documents regarding timeliness; email communication w/CalPAP; telephone conference w/N. Campbell re: monitoring | 8.25 |
| 1/15/10 | Telephone conference and email communication w/OSM team; telephone conference w/CalPAP re: *Comito* | 1.4 |
| 1/18/10 | Review documents in preparation for SRCJ visit; email communication re: SRCJ, monitoring, *Comito*, and rev extension | 4.2 |
| 1/19/10 | Travel from San Anselmo to Dublin | 1.7* |
| 1/19/10 | Participate in focus DRU monitoring; review and analyze documents for next day's monitoring; conference w/OSM team | 9.0 |
| 1/20/10 | Participate in focus DRU monitoring; conference w/N. Campbell | 8.75 |
| 1/21/10 | Participate in focus DRU monitoring; review documents and email communication | 8.1 |
| 1/21/10 | Travel from Dublin to San Anselmo | 1.8* |
| 1/22/10 | Review and analyze documents; review email communication | 2.7 |
| 1/23/10 | Review and respond to email communication | 0.25 |
| 1/25/10 | Review and respond to email communication; research questions for OSM report | 0.5 |

| Date | Description | Hours |
|---|---|---|
| 1/26/10 | Telephone conferences w/defendants, C. Riveland and CalPAP; review email communication re: remedial sanctions, Stark, *Comito*; review and analyze documents and monitoring reports | 6.6 |
| 1/27/10 | Review and respond to email communication; draft OSM report sections | 3.3 |

| | | |
|---|---|---|
| 1/28/10 | Review and respond to email communication; review and analyze documents | 9.5 |
| 1/29/10 | Review materials in preparation for CIM visit; review and respond to email communication; review and analyze documents concerning revocation extension and mentally ill parolees | 6.6 |
| 1/31/10 | Review SRCJ site notes | 0.2 |
| 1/31/10 | Travel from San Anselmo to Chino for site visits | 4.25* |

Total..................................................................................

$$85.0 \times \$200/\text{hour} = \$ 17,000$$
$$10.85 \times \$ 90/\text{hour} = \$ \phantom{00}976.50$$

$$\$ 17,976.50$$

* denotes travel time at lower rate

### Disbursements/Expenses for January 2010

| Date | Activity | Amount |
|---|---|---|
| 1/5/10 | Mileage and tolls for round-trip travel between San Anselmo and Sacramento (190 miles @ 55 cents per mile)[divided between two matters] | 56.25 |
| 1/5/10 | Parking for Sacramento meetings | 8.00 |
| 1/5/10 | Meal during Sacramento meetings [divided between two matters] | 8.95 |
| 1/11/10 | Parking at Ninth Circuit | 9.00 |

| Date | Description | Amount |
|---|---|---|
| 1/11/10 | Mileage and tolls between San Anselmo and San Francisco (42 miles at 50 cents per mile) | 26.00 |
| 1/19-1/21/10 | Mileage and tolls between San Anselmo and San Francisco (113 miles at 50 cents per mile) | 60.50 |
| 1/21/10 | Hotel during RCCC visit | 280.76 |

Total..............................................................................................$ **449.46**

**Total Fees and Expenses:   $ 18,425.96**