

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

    Plaintiffs,

v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

    Defendants.

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of February, 2010. Good cause appearing, it is ORDERED that:

1. The Clerk is directed to pay to:

Chase Riveland
<u>Valdivia</u> Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

////

1

1 | the amount of $65,939.48 in accordance with the attached
2 | statement; and
3 |     2. A copy of this order shall be served on the financial
4 | department of this court.
5 |     IT IS SO ORDERED.
6 |     DATED: March 10, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
  **Plaintiffs,**
  v.          No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
  **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of February 1 through February 28, 2010.

Chase Riveland, Special Master
  Services       $ 13,570.00
  Disbursements    $  1,523.71
    Total amount due      **$ 15,093.71**

Virginia Morrison, Deputy Special Master
  Services       $ 33,032.00
  Disbursements    $  1,377.58

    Total amount due      **$ 34,409.58**

Nancy Campbell, Deputy Special Master
  Services       $ 16,024.50
  Disbursements    $   411.69
    Total amount due      **$ 16,436.19**

  TOTAL AMOUNT TO BE REIMBURSED  **$ 65,939.48**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland

                March 3, 2010

Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO:      Ms. Susan Peterson, Financial Administrator

FROM:    /S/ *Chase Riveland*
Chase Riveland, Special Master, *Valdivia*

Date:     March 3, 2010

RE:      Reimbursement for fees and disbursements expended during the period ending February 28, 2010.

Please send the check to the following individual for the amount indicated.

       Chase Riveland
       *Valdivia* Special Master
       5714 Deer Harbor Road
       Box 367
       Deer Harbor, WA   98243

                             Amount to be reimbursed: **$ 65,939.48**

*Valdivia et al. v. Schwarzenegger et al.*  No. CIV S-94-671 LKK/GGH

**For: Chase Riveland**
**Tax #: 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**

## Fees for February 2010

| Date | Description | Hours |
|---|---|---|
| 2/1/10 | Correspondence: Dolin, Xiong, Baldwin, Escamilla, Tebrock review CalPAP statistics; develop OSM team billings for January | 2.1 |
| 2/2/10 | Correspondence: Tebrock, Campbell, Baldwin, Lindquist, Lemos, Bainbidge; Conference call w/Defendants; review Plaintiff Individual due process problems; court documents | 1.9 |
| 2/3/10 | Telephone: Campbell; correspondence: Campbell, Hoover | .8 |
| 2/4/10 | Correspondence: Lindquist, Campbell, Lemos, Morrison; review Plaintiff Monitoring Report for RCCC, review EID Policy and reservation report | 1.7 |
| 2/6/10 | Review Plaintiff comments on NIC P & P's; review Plaintiff monitoring report for San Jose; correspondence: Silber, Christian | 1.4 |
| 2/7/10 | Travel: Deer Harbor to Sacramento | 9.5 * |
| 2/8/10 | Meet with: Judge Karlton, Task Force, Ben Rice, Mat Cate, correspondence: Morrison, Campbell, Carvo, Boyd, Berger, Xiong, Baldwin; review Task Force materials, review translated Forms | 9.8 |
| 2/9/10 | Meet with Lemos, Defendants in 3 meetings, meet w/ Campbell; correspondence: Morrison, Campbell, Macias-Price, Baldwin, Boyd, Riley, Dolin; telephone: Morrison | 8.9 |
| 2/10/10 | Travel: Sacramento to Deer harbor | 7.5 * |
| 2/10/10 | Correspondence: Campbell, Morrison, Tebrock, Baldwin, Xiong; Foster, | |
| 2/11/10 | Correspondence: Riley, Campbell, Morrison;Telephone: Campbell and Morrison; telephone: Morrison, Campbell and Defendants | 2.7 |
| 2/12/10 | Correspondence: Riley, Morrison, Campbell, Tebrock; review Wasco CAP memo, review SRCJ CAP; review Defendant | |

| | | |
|---|---|---|
| | material re: policies and procedures, review *Comito* materials; telephone: Morrison, Hoshino | 2.8 |
| 2/13/10 | Review materials for OSM report; correspondence: Morrison, Harrison, Riley; review "miscellaneous updates" from BPH | 1.1 |
| 2/14/10 | Review: Campbell RJD tour notes, correspondence: Campbell, Macias-Price | .9 |
| 2/15/10 | Correspondence: Morrison, Campbell, Baldwin, review materials for OSM report | 1.7 |
| 2/16/10 | Correspondence: Morrison, Baldwin, Campbell, Tebrock, Boyd Review Defendant SQ monitoring report; telephone: Tebrock | 1.9 |
| 2/17/10 | Correspondence: Morrison, Campbell, Baldwin Xiong, Riley, Herndon; review Plaintiff reference guide and training schedule; review staffing level reports; review materials for OSM report | 2.1 |
| 2/18/10 | Correspondence: Campbell, Morrison; telephone: Campbell | .6 |
| 2/19/10 | Correspondence: Baldwin, Campbell, Neil; telephone: Morrison; review Plaintiff "Individual Due process problems" | 1.4 |
| 2/20/10 | Correspondence: Campbell, Morrison; OSM materials | .6 |
| 2/22/10 | Correspondence: Xiong, Morrison | .1 |
| 2/23/10 | Correspondence: Riley, Christian, Huey; review Plaintiff draft SRCJ report; and DC training schedule | .7 |
| 2/24/10 | Correspondence: Riley, Campbell, Xiong, Christian, McPherson, Morrison, Gauger Telephone: Campbell; meeting: Morrison; review Def.'s staffing report, Powerpoints, Plaintiff SRCJ parole office report | 1.8 |
| 2/25/10 | Correspondence: Riley, Campbell, Galvan, Morrison, Xiong, Stilber, Huey; telephone : Campbell; review Plaintiff Q4 VPSW/CCWF Report, draft translated forms, revamped quality review process | 1.6 |
| 2/26/10 | Telephone: Campbell, Morrison; correspondence: Campbell, Morrison, Riley, Prewitt; review CalPAP statistics for January, Review early draft of OM report | 2.9 |
| 2/27/10 | OSM 8th report review; telephone: Campbell, Morrison; | |

|  |  |  |
|---|---|---|
|  | Correspondence: Morrison, Campbell, | 2.5 |
| 2/28/10 | OSM Report review; Correspondence Morrison, Campbell Xiong | <u>1.9</u><br>60.2<br>17 * |

\* 17 hrs @ $90/hr. = $ 1,530 and 60.2 hrs. @ $200/hr. = $ 12,040 = <u>**$ 13,570**</u>

\* Denotes travel time @ $90/hr.

**<u>Expenses for January 2010</u>**

| Date | Description | Amount |
|---|---|---|
| 2/7/10 | roundtrip airfare: Deer Harbor to Boeing field and return | $ 218.00 |
| 2/7/10 | roundtrip airfare: Seattle to Sacramento and return: | 398.00 |
| 2/7/10 | Shuttle to airport | 10.00 |
| 2/7/10 | lunch and dinner | 47.88 |
| 2/8/10 | parking | 9.00 |
| 2/8/10 | breakfast, lunch, dinner | 69.24 |
| 2/9/10 | parking | 8.00 |
| 2/9/10 | breakfast, lunch, dinner | 58.99 |
| 2/10/10 | rental car: 2 ¾ days | 169.87 |
| 2/10/10 | hotel: 3 nights + night parking 3 nights | 476.87 |
| 2/10/10 | taxi to Boeing field | 40.20 |
| 2/10/10 | breakfast and lunch | <u>17.66</u> |
|  |  | $1,523.71 |

**Fees and expenses:**   $1,523.71 + $ 13,570= **$ 15,093.71**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for February 2010**

| Date | Activity | Time/Hours |
|---|---|---|
| 2/2/10 | Monthly CDCR update call; Call Riveland; review of follow-up OSM report issues; review ICDTP placement proposal | 3.25 |
| 2/3/10 | Call Riveland | .25 |
| 2/7/10 | Report Preparation | 4.50 |
| 2/8/10 | Review NIC draft policies and comments | 6.00 |
| 2/9/10 | Travel to Sacramento | 4.50* |
| 2/9/10 | Meetings BPH, OLA, Riveland | 4.75 |
| 2/9/10 | Travel from Sacramento to Tacoma | 4.75* |
| 2/10/10 | Review RJD drafts and correspondence; calls Defendants re: meeting schedule; Report prep | 6.25 |
| 2/11/10 | OSM team call; LACJ call; Tebrock, Morrison calls; correspondence | 3.75 |
| 2/12/10 | RJD monitoring summary; Rice call | 2.75 |
| 2/15/10 | Revisions to monitoring summary; Report Writing | |
| 2/16/10 | Call Riley; Report data gathering; Good time credit Report, | 3.40 |
| 2/17/10 | Review RJD report draft; Call Riveland | 7.25 |

| Date | Activity | Hours |
|---|---|---|
| 2/22/10 | Report research writing and call Morrison; Correspondence and calls to Defendants | 7.00 |
| 2/23/10 | Report research, correspondence and writing call re: PVDMI data; | 7.25 |
| 2/24/10 | Report research, correspondence and writing; Phone calls Tebrock, Morrison, Riveland | 7.50 |
| 2/25/10 | Report research, correspondence and writing | 7.00 |
| 2/26/10 | Report research, correspondence and writing; Call re: ICDTP with Defendants; | 4.25 |
| 2/27/10 | Report correspondence and writing | 7.00 |
| 2/28/10 | Report correspondence and writing | 2.25 |

**Total**..........................................................................................................84.40

$$84.405 \times \$180/\text{hour} = \$15,192.00$$
$$9.25 \times \$90/\text{hour} = \$832.50$$

### Disbursements/Expenses for February 2010

| Date | Activity | Amount |
|---|---|---|
| 2/9/10 | Travel via POV to SeaTac Airport 26mi@ .50mi | 13.00 |
| 2/9/10 | RT Airfare to Sacramento | 249.40 |
| 2/9/10 | Meals | 17.45 |
| 2/9/10 | Parking Sacramento | 27.25 |
| 2/9/10 | Rental Car | 65.59 |
| 2/9/10 | Airport Parking | 26.00 |
| 2/9/10 | Travel via POV to SeaTac Airport 26mi@ .50mi | 13.00 |

| | |
|---|---|
| Total Expenses | 411.69 |
| **Total Fees and Expenses:** | **$16,436.19** |

\* Denotes travel time rate

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

Collaboration Specialists
Services rendered by Virginia Morrison
Tax #: 51-0433003

**Fees for February 2010**

| Date | Activity | Time/Hours |
|---|---|---|
| 2/1/10 | Parolee interviews at CIM and Stark | 8.0 |
| 2/2/10 | Participate in CIM site visit; telephone conference w/defendants and OSM team; review documents | 8.25 |
| 2/3/10 | Participate in CIM site visit | 5.5 |
| 2/4/10 | Travel from Chino to San Anselmo [divided with another matter] | 2.1* |
| 2/7/10 | Review and analyze documents; review and respond to email communication | 4.2 |
| 2/8/10 | Review and respond to email communication; review and analyze documents; telephone conferences w/N. Campbell; draft OSM report sections | 6.3 |
| 2/9/10 | Review and respond to email communication; review and analyze documents; draft OSM report sections; telephone conferences w/defendants and C. Riveland | 3.6 |
| 2/10/10 | Review and respond to email communication; review and analyze documents; telephone conferences w/defendants and N. Campbell | 5.2 |
| 2/11/10 | Review and analyze documents; telephone conferences w/OSM team and w/defendants; review and respond to email communication | 6.0 |
| 2/12/10 | Review and analyze documents; telephone conferences w/defendants, CalPAP, and C. Riveland; review and respond to email communication | 7.7 |

| Date | Description | Hours |
|---|---|---|
| 2/13/10 | Review and analyze documents; review and respond to email communication; draft OSM report sections | 3.4 |
| 2/14/10 | Review and analyze documents; email communication w/OSM team and defendants | 4.0 |
| 2/15/10 | Review and respond to email communication | 0.25 |
| 2/15/10 | Travel from San Anselmo to Visalia for site visits | 3.8* |
| 2/16/10 | Travel between Visalia, Wasco and Bakersfield | 2.4* |
| 2/16/10 | Observe proceedings at Bob Wiley Detention Facility and Wasco State Prison; review and respond to email communication | 5.4 |
| 2/17/10 | Observe training at DAPO Bakersfield units; observe proceedings at North Kern State Prison; review and respond to email communication | 6.6 |
| 2/17/10 | Round-trip travel between Bakersfield and Delano for site visit | 1.2* |
| 2/18/10 | Observe parolee interviews at Lerdo county jail; review and respond to email communication | 2.4 |
| 2/18/10 | Travel from Bakersfield to San Anselmo | 5.3* |
| 2/19/10 | Telephone conference w/C. Riveland; review and respond to email communication; review and analyze documents | 5.0 |
| 2/21/10 | Review and analyze documents; draft OSM report sections | 10.2 |
| 2/22/10 | Telephone conferences w/defendants and N. Campbell; review and analyze documents; review and respond to email communication; draft OSM report sections | 9.0 |

| Date | Activity | Hours |
|---|---|---|
| 2/23/10 | Telephone conference w/N. Campbell; review and analyze documents; draft OSM report sections; review and respond to email communication | 5.9 |
| 2/24/10 | Telephone conferences w/defendants and N. Campbell; conference w/C. Riveland; review and analyze documents; draft OSM report sections; review and respond to email communication | 5.6 |
| 2/25/10 | Review and analyze documents; draft OSM report sections; review and respond to email communication | 9.8 |
| 2/26/10 | Review and analyze documents; draft OSM report sections; review and respond to email communication; telephone conferences w/defendants and OSM team | 10.7 |
| 2/27/10 | Review and analyze documents; draft OSM report sections; review and respond to email communication; telephone conference w/N. Campbell | 13.5 |
| 2/28/10 | Review and analyze documents; draft OSM report sections; review and respond to email communication; telephone conference w/N. Campbell | 12.0 |

Total..........................................................1,377.58

$$158.5 \times \$200/\text{hour} = \$ 31,700$$
$$14.8 \times \$ 90/\text{hour} = \$ \phantom{0}1,332$$
$$\$ 33,032$$

\* denotes travel time at lower rate

## Disbursements/Expenses for February 2010

| Date | Activity | Amount |
|---|---|---|
| 2/1/10 | Airfare for Southern California site visits [divided with another matter] | 139.70 |

| | | |
|---|---|---|
| 2/4/10 | Rental car and gas for Southern California site visits [divided with another matter] | 76.15 |
| 2/4/10 | Hotel for Southern California site visits [divided with another matter] | 256.42 |
| 2/4/10 | Airport parking during Southern California site visits [divided with another matter] | 22.44 |
| 2/4/10 | Mileage between San Anselmo and SFO for Southern California site visits [divided with another matter] (32 miles at 50 cents per mile) | 18.50 |
| 2/4/10 | Meals during Southern California site visits | 126.80 |
| 2/18/10 | Hotels during Central California site visits | 320.41 |
| 2/18/10 | Mileage between San Anselmo, Visalia, Bakersfield, Wasco and Delano for site visits (706 miles at 50 cents per mile) | 353.00 |
| 2/18/10 | Meals during Central California site visits | 64.16 |

Total............................................................$

**Total Fees and Expenses:   $ 34,409.58**