UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        Plaintiffs,

NO. CIV. S-94-671 LKK/GGH

v.

O R D E R

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.

_____/

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of March, 2010. Good cause appearing, it is ORDERED that:

    1. The Clerk is directed to pay to:

Chase Riveland
<u>Valdivia</u> Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

////

1

1 | the amount of $38,127.62 in accordance with the attached
2 | statement; and
3 |     2.  A copy of this order shall be served on the financial
4 | department of this court.
5 |     IT IS SO ORDERED.
6 |     DATED: April 5, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

Valdivia et al.,
    Plaintiffs,
    v.

No. CIV. S-94-671 LKK/GGH

Schwarzenegger et al.,
    Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of March 1 through March 31, 2010.

Chase Riveland, Special Master
    Services                                $ 7,720.00
    Disbursements               $ -0-
        Total amount due                        **$ 7,720.00**

Virginia Morrison, Deputy Special Master
    Services                                $ 21,424.00
    Disbursements               $ 1,461.18

        Total amount due                        **$ 22,885.18**

Nancy Campbell, Deputy Special Master
    Services                                $ 6,737.40
    Disbursements               $ 785.04
        Total amount due                        **$ 7,522.44**


    TOTAL AMOUNT TO BE REIMBURSED        **$ 38,127.62**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland

                                                April 5, 2010

Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO:     Ms. Susan Peterson, Financial Administrator

FROM:   /S/ *Chase Riveland*
        Chase Riveland, Special Master, *Valdivia*

Date:   April 5, 2010

RE:     Reimbursement for fees and disbursements expended during the period ending March 31, 2010.

Please send the check to the following individual for the amount indicated.

> Chase Riveland
> *Valdivia* Special Master
> 5714 Deer Harbor Road
> Box 367
> Deer Harbor, WA   98243

Amount to be reimbursed: **$ 38,127.62**

*Valdivia et al. v. Schwarzenegger et al.*      **No. CIV S-94-671 LKK/GGH**

**For: Chase Riveland**
**Tax #: 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**

### Fees for March 2010

| Date | Description | Hours |
|---|---|---|
| 3/1/10 | Correspondence: Baldwin, Lindquist, Campbell, Morrison; finalize OSM draft report and send to Parties; | 4.4 |
| 3/2/10 | Correspondence: Lindquist, Campbell, Morrison, Galvan, Bainbridge, Riley, Macias-Price; review problematic cases, Prepare OSM billings for February | 2.1 |
| 3/4/10 | Correspondence: Morrison, Campbell, Galvan | .3 |
| 3/7/10 | Correspondence: Xiong, Morrison, Telephone: Campbell | .9 |
| 3/8/10 | Correspondence: Morrison, Campbell, Stilber, Riley, Huey; review: lifer concerns (letter), ICDTP reduction materials | 1.1 |
| 3/9/10 | Correspondence: Morrison, Campbell, Boyd, Baldwin, Riley Xiong; review Defendant memos, audit tool; telephone: Xiong | .9 |
| 3/10/09 | Correspondence: Morrison, Campbell, Dolin, Boyd, Xiong Tebrock, Review: Plaintiff responses to agenda and DRU meetings, Monthly production, individual due process problems | 1.3 |
| 3/11/10 | Correspondence: Court documents, Baldwin, Morrison, Campbell, Tebrock, Review: draft agendas, due process problems | .9 |
| 3/12/10 | Correspondence: Campbell, Morrison, Tebrock, Riley, Kogen; review agenda for #/15, NRP training materials | 1.3 |
| 3/15/10 | Correspondence: Campbell, Morrison, Tebrock | .4 |
| 3/16/10 | Correspondence: Review and respond | .5 |
| 3/17/10 | Correspondence: Review and respond; review of 7th OSM Report for impact on 8th Report | 1.1 |
| 3/18/10 | Telephone: Morrison; receive and respond to e-mail | .7 |
| 3/19/10 | Correspondence: Baldwin, Campbell, Morrison; review Plaintiff | |

|  |  |  |
|---|---|---|
|  | issues re: county jails; telephone: Morrison, Campbell | 1.1 |
| 3/19/20 | Review self monitoring report of Defendants and monitoring report by Plaintiffs | 1.4 |
| 3/22/10 | Correspondence: Campbell, Aggarwai, Morrison, Boyd, Baldwin, Galvan | .5 |
| 3/23/10 | Correspondence: Galvan, Xiong, Baldwin, Stilber; review: RJD joint monitoring report and exhibits, Plaintiff response to OSM 8th report draft; review Defendant response to OSM draft 8th report; review monitoring Q2 schedule | 4.9 |
| 3/24/10 | Correspondence: Campbell; review original order and stipulation, review CalPAP statistics for April | 1.5 |
| 3/25/10 | Correspondence: Morrison, Campbell, Riley; Kogen, Tebrock, Bien, Boyd; review 9th Circuit Opinion; telephone: Campbell | 1.6 |
| 3/26/10 | Correspondence: Morrison, Baldwin, Campbell, Bainbridge; review: Defendant policies re: Decision Review and Psych suspension, and CalPAP RAD database letter | 1.0 |
| 3/27/10 | Review plaintiff and Defendant responses to OSM draft 8th report Correspondence: Galvan, Campbell, Morrison; conference call with OSM Team re: responses to OSM 8th report | 2.9 |
| 3/29/10 | Correspondence: Review Plaintiff response to OSM draft 8th report; conference call w/Plaintiffs re: OSM draft 8th report; review transcript of may 2205 Court hearing with Judge Karlton re: remedial sanctions | 3.7 |
| 3/30/10 | Review Defendant response to OSM draft report; conference call w/Defendants re; OSM report; telephone: Campbell; correspondence: Galvan, Tebrock, Boyd, Bainbridge, Lindquist | 2.8 |
| 3/31/10 | Correspondence: Campbell, Morrison, Tebrock, Lemos, Jacob, Christian, Galvan Boyd; review Defendant draft of 1502 B form; telephone: Campbell; | <u>1.3</u> |
|  |  | 38.6 |

\* -0- hrs @ $90/hr. = $ -0-  and 38.6 hrs. @ $200/hr. = $7,720 = **$ 7,720.00**

\* Denotes travel time @ $90/hr.

## Expenses for March 2010

--no expenses for March--

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #:  51-0433003**

## Fees for March 2010

| Date | Activity | Time/Hours |
|---|---|---|
| 3/1/10 | Review and analyze documents; draft OSM report sections; review and respond to email communication; telephone conference w/N. Campbell | 12.4 |
| 3/2/10 | Review and respond to email communication; telephone conferences w/N. Campbell and defendants | 1.6 |
| 3/3/10 | Review and respond to email communication | 0.2 |

| Date | Description | Hours |
|---|---|---|
| 3/4/10 | Review and respond to email communication | 0.1 |
| 3/8/10 | Telephone conference w/N. Campbell; review and respond to email communication | 1.0 |
| 3/9/10 | Review and respond to email communication; review training materials and recently distributed memos | 0.6 |
| 3/10/10 | Travel between San Anselmo and Oakland for training | 2.0* |
| 3/10/10 | Observe DC training | 7.9 |
| 3/11/10 | Travel within San Francisco and from San Anselmo to Sacramento | 2.0* |
| 3/11/10 | Observe DAPO training; review email communication and documents | 2.4 |
| 3/12/10 | Observe DC training; conference w/defendants; review and analyze case law and documents | 5.0 |
| 3/12/10 | Travel from Sacramento to San Anselmo | 1.8* |
| 3/13/10 | Review and analyze documents and case law; email communication w/OSM team | 7.7 |
| 3/14/10 | Telephone conference w/N. Campbell; review and respond to email communication | 1.25 |
| 3/14/10 | Travel from San Anselmo to Sacramento for meetings | 1.6* |
| 3/15/10 | Participate in all-parties' meetings concerning monitoring and substantial compliance; conference w/N. Campbell | 6.8 |

| Date | Description | Hours |
|---|---|---|
| 3/15/10 | Travel from Sacramento to San Anselmo | 1.6* |
| 3/16/10 | Review and respond to email communication | 0.2 |
| 3/16/10 | Travel from San Anselmo to Glendale for trainings | 3.7* |
| 3/17/10 | Observe DC training | 5.8 |
| 3/17/10 | Travel from Glendale to San Anselmo | 4.75* |
| 3/18/10 | Telephone conferences w/C. Riveland, plaintiffs, CalPAP and defendants; review and respond to email communication; review documents | 4.25 |
| 3/19/10 | Review and respond to email communication; review documents | 0.4 |
| 3/22/10 | Telephone conference w/N. Campbell | 0.2 |
| 3/23/10 | Review parties' comments on OSM report | 1.25 |
| 3/25/10 | Review 9th Circuit opinion, email communication and documents; telephone conference w/defendants and OSM team | 3.7 |

| Date | Description | Hours |
|---|---|---|
| 3/26/10 | Conference w/plaintiffs; review email communication; telephone conference w/N. Campbell; review documents | 2.0 |
| 3/27/10 | Review and analyze documents; telephone conference w/OSM team; revise OSM report | 10.5 |
| 3/28/10 | Draft documents related to OSM report; email communication w/OSM team and plaintiffs; telephone conference w/N. Campbell; revise OSM report | 3.5 |
| 3/29/10 | Travel between San Anselmo, San Francisco and Sacramento | 3.4* |
| 3/29/10 | Conference w/plaintiffs and OSM team; conference w/N. Campbell; review email communication | 3.0 |
| 3/30/10 | Conference w/defendants and OSM team; review email communication; review and analyze documents; revise OSM report | 6.7 |
| 3/30/10 | Travel from Sacramento to San Anselmo | 1.75* |
| 3/31/10 | Review and analyze documents; revise OSM report; email communication w/parties; telephone conference w/N. Campbell | 8.5 |

Total.................................................................................................

96.95  X $200/hour = $ 19,390.
22.6   X $ 90/hour = $ 2,034.
                     $ 21,424.

* denotes travel time at lower rate

## Disbursements/Expenses for March 2010

| Date | Activity | Amount |
|---|---|---|
| 3/10/10 | Mileage and tolls between San Anselmo and Oakland (48 miles @ 50 cents per mile) | 28.00 |
| 3/10/10 | Meal during Oakland trainings | 3.68 |
| 3/10/10 | Parking during Oakland training | 14.00 |
| 3/11/10 | Parking during DAPO trainings | 7.50 |
| 3/12/10 | Mileage and tolls between San Anselmo and Sacramento (190 miles at 50 cents per mile) | 99.00 |
| 3/12/10 | Parking during Sacramento trainings | 10.00 |
| 3/12/10 | Hotel and meal during Sacramento training | 168.27 |
| 3/14/10 | Hotel for Sacramento meetings | 139.00 |
| 3/15/10 | Parking for Sacramento meetings | 16.00 |
| 3/15/10 | Mileage and tolls between San Anselmo and Sacramento (190 miles at 50 cents per mile) | 99.00 |
| 3/16/10 | Mileage and tolls between San Anselmo and SFO (64 miles at 50 cents per mile) | 37.00 |
| 3/16/10 | Airfare for Southern California trainings | 373.40 |
| 3/17/10 | Airport parking for Southern California trainings | 22.95 |

| Date | Description | Amount |
|---|---|---|
| 3/17/10 | Hotel for Southern California trainings | 84.95 |
| 3/17/10 | Rental car and gas for Southern California trainings | 68.36 |
| 3/17/10 | Meals during for Southern California trainings | 23.37 |
| 3/17/10 | Parking during Southern California trainings | 9.00 |

| 3/29/10 | Mileage and tolls between San Anselmo, San Francisco and Sacramento (122 miles @ 50 cents per mile) | 65.00 |
|---|---|---|
| 3/29/10 | Parking for San Francisco meetings | 24.50 |
| 3/30/10 | Hotel for Sacramento meetings | 120.61 |
| 3/30/10 | Meals during Sacramento meetings | 40.09 |
| 3/30/10 | Parking for Sacramento meetings | 7.50 |

Total.............................................................................$ **1,461.18**

**Total Fees and Expenses:   $ 22,885.18**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for March 2010**

| Date | Activity | Time/Hours |
|---|---|---|
| 3/1/10 | Calls Defendants, BPH; Report Revisions And correspondence | 5.33 |
| 3/2/10 | Report review; Call Paul Mello | 1.20 |
| 3/6/10 | Call Riveland | .25 |
| 3/8/10 | Call Morrison | .30 |
| 3/9/10 | Correspondence re: March 15, Tours; calls Baldwin; | 1.20 |
| 3/10/10 | Call CalPAP | .25 |
| 3/11/10 | Correspondence CalPAP; BPH audit tool, call Hoshino | .75 |
| 3/13/10 | Morrison re: Substantial Compliance | |

| Date | Activity | Hours |
|---|---|---|
| 3/14/10 | Travel to Sacramento | 4.25* |
| 3/15/10 | Focused DRU debrief; Substantial Compliance Mtg; Meeting Morrison | 6.50 |
| 3/15/10 | Travel to Tacoma | 6.00* |
| 3/18/10 | Correspondence, Substantial Compliance review | .50 |
| 3/22/10 | Call Morrison, Lindquist | .75 |
| 3/24/10 | Meeting Notes | 1.10 |
| 3/25/10 | Call Remedial Sanctions; e-mails, 9th Circuit Ruling | 1.25 |
| 3/25/10 | Review Parties feedback re: OSM 8 and craft Responses | 2.45 |
| 3/27/10 | OSM Team Conference call re: Parties 8th report responses Modifications to OSM 8th report | 3.00 |
| 3/28/10 | Call Plaintiffs re: OSM 8 | 1.25 |
| 3/29/10 | Modifications to OSM; e-mails Morrison | .45 |
| 3/30/10 | Meeting Defendants re: Report feedback; Meeting Morrison | 1:75 |
| 3/30/10 | Travel to Tacoma | 4.75** |
| 3/31/10 | Report Revisions; Calls, Galvan, Riveland, Morrison | 1.65 |

**Total**..................................................................................................29.93

```
29.93  X $180/hour =   $ 5387.40
15.00  X  $90/hour =   $ 1350.00
```

### Disbursements/Expenses for March 2010

| Date | Activity | Amount |
|---|---|---|
| 3/14/10 | Travel via POV to SeaTac Airport 26mi@ .50mi | 13.00 |
| 3/14/10 | RT Airfare to Sacramento | 315.40 |
| 3/14/10 | Meals | 24.66 |
| 3/15/10 | Meals | 19.73 |
| 3/15/10 | Hotel and Parking | 220.28 |
| 3/15/10 | Meeting Parking | 14.00 |
| 3/15/10 | Rental Car | 133.82 |
| 3/15/10 | Airport Parking | 31.15 |
| 3/15/10 | Travel via POV to SeaTac Airport 26mi@ .50mi | 13.00 |

| Total Expenses | 785.04 |
|---|---|
| **Total Fees and Expenses:** | **$7,522.44** |

\* Denotes travel time rate
\*\*Travel time to Sacramento and airfare billed to *Farrell*