UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        Plaintiffs,

   v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.

                              /

NO. CIV. S-94-671 LKK/GGH

O R D E R

    Pursuant to the Eighth Report of the Special Master, the court orders as follows:

    1. The court finds that defendants are in substantial compliance with the following requirements of the Stipulated Order for Permanent Injunctive Relief, and that the subjects will therefore no longer be a primary focus of Plaintiffs' or the Special Master's monitoring unless they are inextricably linked with review of the hearing process or arise in the course of investigating an individual parolee's situation. These items

1

will remain in this status unless it comes to the parties' or Special Master's attention that there has been a significant decline in compliance.

These orders apply to the following requirements:

1. Designation of information as confidential;

2. Consideration of remedial sanctions at each step;

3. Remedial Sanctions Order requirements for female parolees;

4. Out of county transfers.

Defendants shall report on the status of these requirements on January 8, 2011, and every six (6) months thereafter.  These reports may be incorporated in the defendants' compliance report.

IT IS SO ORDERED.

DATED: April 12, 2010.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2