UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

            NO. CIV. S-94-671 LKK/GGH

        Plaintiffs,

   v.                    O R D E R

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.

_____/

    The special master in this case completed his Eighth Report

on April 1, 2010.  On April 13, 2010, the court entered an order

adopting the report.  (Dkt. No. 1584).  Plaintiffs then called

chambers to note that with regard to the prior report, the court

has granted the parties twenty days to file objections.  The

court therefore WITHDRAWS the April 13, 2010 order.  The parties

MAY file objections to the report, including the report's

recommendations to this court, no later than ten (10) days from

the date of this order.  See Fed. R. Civ. P. 6(a)(1), amended

1

1   Dec. 1, 2009.  If objections are filed, the opposing party MAY

2   file a response no later than five (5) days thereafter.

3        IT IS SO ORDERED.

4        DATED: April 13, 2010.

5

6

7        _____
         LAWRENCE K. KARLTON
8        SENIOR JUDGE
         UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2