1

2

3

4

5

6

7                      UNITED STATES DISTRICT COURT

8                      EASTERN DISTRICT OF CALIFORNIA

9

10   JERRY VALDIVIA, ALFRED YANCY,
     and HOSSIE WELCH, on their own
11   behalf and on behalf of the class
     of all persons similarly situated,
12                                              NO. CIV. S-94-671 LKK/GGH
                 Plaintiffs,
13
          v.                                        O R D E R
14
     ARNOLD SCHWARZENEGGER, Governor of
15   the State of California, et al.,

16           Defendants.
     _____/
17

18        Pursuant to the court's August 18, 2005 Order of Reference,

19   the Special Master has submitted for payment a bill for services

20   provided during the month of April, 2010.  Good cause appearing,

21   it is ORDERED that:

22        1.   The Clerk is directed to pay to:

23        Chase Riveland
          Valdivia Special Master
24        5714 Deer Harbor Road, Box 367
          Deer Harbor, WA  98243
25

26   ////

                                    1

1 | the amount of $10,243.90 in accordance with the attached

2 | statement; and

3 |       2.   A copy of this order shall be served on the financial

4 | department of this court.

5 |       IT IS SO ORDERED.

6 |       DATED: May 3, 2010.

7 |
                                    LAWRENCE K. KARLTON
8 |                                 SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT
9 |

10 |

11 |

12 |

13 |

14 |

15 |

16 |

17 |

18 |

19 |

20 |

21 |

22 |

23 |

24 |

25 |

26 |

2

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

Valdivia et al.,
      Plaintiffs,
        v.                          No. CIV. S-94-671 LKK/GGH

Schwarzenegger et al.,
      Defendants.
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of April 1 to April 30, 2010.

Chase Riveland, Special Master

| | | |
|---|---|---|
| Services | $ 4,640.00 | |
| Disbursements | $ -0- | |
| Total amount due | | **$ 4,640.00** |

Virginia Morrison, Deputy Special Master

| | | |
|---|---|---|
| Services | $ 3,470.00 | |
| Disbursements | $ -0- | |
| Total amount due | | **$ 3,470.00** |

Nancy Campbell, Deputy Special Master

| | | |
|---|---|---|
| Services | $ 2,133.90 | |
| Disbursements | $ -0- | |
| Total amount due | | **$2,133.90** |

TOTAL AMOUNT TO BE REIMBURSED      **$ 10,243.90**

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*

/s/ Chase Riveland

May 2, 2010

Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO:         Ms. Susan Peterson, Financial Administrator

            /S/ *Chase Riveland*
FROM:       Chase Riveland, Special Master, *Valdivia*

Date:       May 2, 2010

RE:         Reimbursement for fees and disbursements expended during the period
            ending April 30, 2010.

Please send the check to the following individual for the amount indicated.

            Chase Riveland
            *Valdivia* Special Master
            5714 Deer Harbor Road
            Box 367
            Deer Harbor, WA   98243

                        Amount to be reimbursed: **$ 10,243.90**

*Valdivia et al. v. Schwarzenegger et al.*          **No. CIV S-94-671 LKK/GGH**

**For: Chase Riveland**
**Tax #: 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**

**<u>Fees for April 2010</u>**

| | | |
|---|---|---|
| 4/1/10 | Correspondence: Campbell, Galvan, Morrison | .2 |
| 4/4/10 | Review: NIC policy, Paragraph 27, Wasco CAP; review correspondence among parties and OSM team | 1.3 |
| 4/5/10 | Correspondence: Lindquist, Gauger, Campbell; prepare and submit OSM billings for March; conference call w/Defendants; review Plaintiff report on Region IV monitoring tour; | 1.6 |
| 4/6/10 | Correspondence: Review and respond to e-mail communication | .4 |
| 4/7/10 | Correspondence: Review and respond to e-mail communication | .3 |
| 4/8/10 | Correspondence: Review and respond to e-mail communication | .2 |
| 4/9/10 | Correspondence: Review and respond to e-mail communication | .2 |
| 4/10/10 | Correspondence: Review and respond to e-mail communication; telephone calls | .7 |
| 4/11/10 | Correspondence: Hoover, Morrison; telephone: Campbell | .5 |
| 4/12/10 | Correspondence: Hoover, Morrison | .2 |
| 4/13/10 | Correspondence: Morrison, Court entries, Stiltner, Harrison, Aggarawa, Campbell, Baldwin; review: Plaintiff RLD interviews, letter re: Region I tour; telephone: Morrison | 1.3 |
| 4/14/10 | Correspondence: Hoover, Court, Morrison, Aggarwa, Boyd; review CDCR and BPH org. charts | .7 |
| 4/15/10 | Correspondence: Morrison, Baldwin, Campbell | .2 |
| 4/16/10 | Correspondence: Campbell, Baldwin, Morrison; review Plaintiff individual due process problems communication; telephone: Rice | 1.3 |

| 4/19/10 | Correspondence: Riley; review BPH audit tool, Plaintiff response | 1.1 |

| 4/20/10 | Correspondence: Morrison, Campbell, Stilber; review Plaintiff tour report for Q1, DVI | 1.2 |

| 4/21/10 | Meet w/Campbell and Morrison; meet w/Judge Karlton; correspondence: Morrison, Stilber, Campbell; meet w/Campbell | 4.3 |

| 4/23/10 | Correspondence: Morrison, Campbell, Lemos, Riley, Kogen; review CalPAP MIS list | .9 |

| 4/26/10 | Correspondence: Lindquist, Morrison, Xiong, Campbell, Baldwin; review CDCR Jail Plan for Armstrong And ICDTP bed availability Documents | 1.6 |

| 4/27/10 | Correspondence: Campbell, Morrison; review measures of progress at LACJ | .9 |

| 4/28/10 | Correspondence: McPherson, Campbell, Lindquist, Morrison, Stilber, Mascias-Price, Ambrocelli, Boyd; Review: draft remedial report outline, CalPAP rev extension statistics for February and Plaintiff rev extension report | 1.9 |

| 4/29/10 | Correspondence: Campbell, Harrison, Prewitt, Baldwin; review: 1st Quarter tour report of Stockton Parole Unit 1, Delta GPS Unit, and New Directions IDCTP; telephone conference call w/Defendants | 2.2 |

23.2

\* -0- hrs @ $90/hr. = $ -0- and  23,2 hrs. @ $200/hr. = $4,640 = **$ 4,640.00**

\* Denotes travel time @ $90/hr.


**Expenses for April  2010**

-no expenses for April

*Valdivia et al. v. Schwarzenegger et al.,* No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
**Services rendered by Virginia Morrison**
**Tax #: 51-0433003**

**Fees for April 2010**

| Date | Activity | Time/Hours |
|------|----------|------------|
| 4/1/10 | Revise OSM report; telephone conference w/N. Campbell; review and respond to email communication | 2.4 |
| 4/2/10 | Telephone conference and email communication w/N. Campbell re: decision review | 0.1 |
| 4/5/10 | Telephone conference w/OSM team and defendants | 0.6 |
| 4/9/10 | Review and respond to email communication | 0.25 |
| 4/11/10 | Research status of outstanding issue; email communication w/defendants | 0.75 |
| 4/12/10 | Review and analyze RSTS documents; email communication w/OSM team | 1.0 |
| 4/13/10 | Review and respond to email communication; review documents | 0.4 |
| 4/14/10 | Review and respond to email communication; review documents; telephone conferences w/parties | 0.6 |
| 4/15/10 | Review documents and email communication | 3.0 |
| 4/20/10 | Review documents; review and respond to email communication | 0.5 |

| 4/21/10 | Conferences w/OSM team and Judge Karlton | 3.0 |
|---------|------------------------------------------|-----|
| 4/22/10 | Review and respond to email communication; telephone conference w/defendants re: forms and RSTS | 0.6 |
| 4/26/10 | Review and respond to email communication | 0.2 |
| 4/27/10 | Participate in all-parties teleconference concerning focus DRUs; review documents; email communication w/defendants re: RSTS | 3.7 |
| 4/28/10 | Review RSTS documents; review and respond to email communication | 0.25 |

Total.........................................................................................

$$17.35 \quad X \$200/hour = \$ 3,470.00$$
$$-0- \quad\quad X \$ 90/hour = \$ -0-$$
$$\$ 3,470$$

\* denotes travel time at lower rate

**Disbursements/Expenses for April 2010** - -0-

**Total Fees and Expenses:   $ 3,470.00**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for April 2010**

| Date | Activity | Time/Hours |
|------|----------|-----------|
| 4/2/10 | Call Riley and Morrison re: Decision Review; Call Galvan; review correspondence between Parties (ICDTP Region IV closure; RAD); NIC issue WASCO CAP | 1.25 |
| 4/4/10 | Paragraph 27 review; NRP review, review NIC policy Drafts; remedial sanctions substantial compliance issues; Transcript of remedial sanction order | 1.75 |
| 4/5/10 | Monthly Call with Defendants | .58 |
| 4/14/10 | Santa Rita report writing review | 2.10 |
| 4/15/10 | BPH e-mails; Substantial compliance definitions | .25 |
| 4/21/10 | OSM meeting; conference with Judge | 3.50 |
| 4/21/10 | Travel to airport | .50* |
| 4/22/10 | Review PCH audit | .20 |
| 4/27/10 | CalPAP call | .55 |
| 4/28/10 | Correspondence re: 3rd Prong, Defendant monitoring | .75 |
| 4/29/10 | Call re: remedial sanctions/Defendants; e-mails re: Def monitoring | .65 |

**Total**............................................................................11.58

11.58  X $180/hour =  $ 2084.40
.55  X  $90/hour =  $    49.50

**Total Fees**                                                            **$2,133.90**

\* Denotes travel time rate