UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY, and HOSSIE WELCH, on their own behalf and on behalf of the class of all persons similarly situated,

    Plaintiffs,

    v.

ARNOLD SCHWARZENEGGER, Governor of the State of California, et al.,

    Defendants.

NO. CIV. S-94-671 LKK/GGH

O R D E R

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of May, 2010. Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

Chase Riveland
<u>Valdivia</u> Special Master
5714 Deer Harbor Road, Box 367
Deer Harbor, WA  98243

////

1

the amount of $21,984.15 in accordance with the attached statement; and

    2.  A copy of this order shall be served on the financial department of this court.

    IT IS SO ORDERED.

    DATED: June 3, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Valdivia et al.,**
    **Plaintiffs,**
    v.
                                   No. CIV. S-94-671 LKK/GGH

**Schwarzenegger et al.,**
    **Defendants.**
_____/

The Special Master hereby submits his statement for fees and disbursements for the period of May 1 to May 31, 2010.

| | | |
|---|---|---|
| Chase Riveland, Special Master | | |
|     Services | $ 10,390.00 | |
|     Disbursements | $ 1,702.14 | |
|         Total amount due | | **$ 12,092.14** |
| Virginia Morrison, Deputy Special Master | | |
|     Services | $ 6,142.50 | |
|     Disbursements | $ 153.48 | |
|         Total amount due | | **$ 6,295.98** |
| Nancy Campbell, Deputy Special Master | | |
|     Services | $ 3,411.00 | |
|     Disbursements | $ 185.05 | |
|         Total amount due | | **$ 3,596.05** |
|     TOTAL AMOUNT TO BE REIMBURSED | | **$ 21,984.15** |

Receipts for justification of reported expenditures are available upon request.

Respectfully submitted,

*Chase Riveland*
/s/ Chase Riveland

                                                       June 2, 2010

Special Master

OFFICE OF THE *VALDIVIA* SPECIAL MASTER

TO: Ms. Susan Peterson, Financial Administrator

FROM: /S/ *Chase Riveland*
Chase Riveland, Special Master, *Valdivia*

Date: June 2, 2010

RE: Reimbursement for fees and disbursements expended during the period ending May 31, 2010.

Please send the check to the following individual for the amount indicated.

Chase Riveland
*Valdivia* Special Master
5714 Deer Harbor Road
Box 367
Deer Harbor, WA  98243

Amount to be reimbursed: **$ 21,984.15**

*Valdivia et al. v. Schwarzenegger et al.*		**No. CIV S-94-671 LKK/GGH**

**For: Chase Riveland**
**Tax #: 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**

**Fees for May 2010**

| Date | Description | Hours |
|---|---|---|
| 5/1/10 | Correspondence: Campbell, Galvan, Baldwin, Morrison; review Plaintiff responses to audit tool, Plaintiff individual parolee problems; preparation of OSM team April billing | 1.8 |
| 5/3/10 | Correspondence: Dolin, Xiong, Roudebush; review Valdivia monthly document production materials for March, defendant responses re: Individual due process inquiries by Plaintiffs; review letter from Defendants to Plaintiffs re: Armstrong related issues in county jails | 2.4 |
| 5/4/10 | Correspondence: Baldwin, Xiong, Morrison, Campbell; conference call w/Defendants; review court filings, individual due process problems from Plaintiffs | 2.2 |
| 5/5/10 | Review Defendant monthly production for March; Rev extension procedures; correspondence: Xiong, Coopan, Roudebush | 1.9 |
| 5/7/10 | Telephone: Nules,, Correspondence: Xiong, Morrison, Campbell | .3 |
| 5/8/10 | Correspondence: Roudebush, Morris, Morrison, Campbell, Tebrock, Griffith-Reed, Galvan; review Plaintiff and Defendant filings re: Comito, | 1.3 |
| 5/10/10 | Travel: Deer Harbor to Sacramento | 7.5 * |
| 5/10/10 | Corrspondence: Badwin Riley, Morrison; telephone: Campbell | 1.4 |
| 5/11/10 | Correspondence: Xiong, Baldwin, Riley, Lindquist, Telephone: Campbell; Visit River City Recovery, Rio Cosumnes ICDTP, Gateway Foundation Sacramento Recovery w/Cynthia Nules; Review: Individual due process problems,good cause documents, Santa Rita Monitoring report and CAP | 11.6 |
| 5/12/10 | Visit Stockton ICDTP's ( Recovery House, HCS-male and HCS-female) and Stockton parole office w/Cynthia Nules; correspondence: Riley, Baldwin; Review BPH directives | 9.9 |

| Date | Description | Hours |
|---|---|---|
| 5/13/10 | Travel: Sacramento to Deer Harbor | 7.5 * |
| 5/13/10 | Correspondence: Riley, Baldwin; review BPH audit tools | .9 |
| 5/14/10: | Correspondence: Morrison, Campbell, Bien, Ells; Review CalPAP data and statistics for April, review Defendant and Plaintiff filings in Coleman/Plata | 2.7 |
| 5/15/10 | Correspondence: Morrison, Campbell, Riley; review audit tools and comments | .5 |
| 5/17/10 | Telephone: Campbell, conference call w/Defendants; correspondence: Ells, Morrison, Campbell; review Filing from Plada Plaintiffs in 3 judge panel case | 1.1 |
| 5/18/10 | Correspondence: Campbell, Morrison, Hoshino, Mascias-Price, Christian; Review Plaintiff monitoring report of RCCC | 1.6 |
| 5/19/10 | Review: Defendant document production for April; correspondence: Dolin, Mascias-Price, Meier, Morrison, Campbell | 1.3 |
| 5/20/10 | Correspondence: Xiong, Campbell, Morrison | .2 |
| 5/21/10 | Correspondence: Morrison, Campbell, Griffith-Reed, Stilber; review CalPAP MIS cases | .8 |
| 5/24/10 | Correspondence: Morrison, Boyd, Els; review Defendant disputed issues list | .5 |
| 5/25/10 | Review Colemann/Plata filings; correspondence: Morrison, Els, Boyd, Harrison; telephone: Morrison | .8 |
| 5/27/10 | Telephone: Campbell; correspondence: Campbell, Morrison, Swanson | .5 |
| 5/28/10 | correspondence: Tebrock, Morrison | .2 |
| 5/31/10 | Prepare OSM team billing | .5 |
| | | 45.2 |

*15 hrs @ $90/hr. = $1,350 and 45.2 hrs. @ $200/hr. = $9,040 = **$ 10,390**

\* Denotes travel time @ $90/hr.

### Expenses for May 2010

| Date | Description | Amount |
|---|---|---|
| 5/10/10 | Roundtrip air from Deer Harbor to Seattle and return | 218.00 |
| 5/10/10 | Roundtrip air: Seattle /Sacramento and return | 540.00 |
| 5/10/10 | Taxi: Lake Union to Seatac | 44.00 |
| 5/10/10 | Lunch and dinner | 39.44 |
| 5/11/10 | Breakfast, Lunch and dinner | 49.89 |
| 5/12/10 | Breakfast, lunch and dinner | 56.86 |
| 5/13/10 | Breakfast and lunch | 23.79 |
| 5/13/10 | hotel: 3 nights: including 3 nights of parking | 486.90 |
| 5/13/10 | Rental car: 3 ½ days | 194.26 |
| 5/13/10 | Taxi: Seatac to Lake Union | <u>49.00</u> |
| | | 1,702.14 |

**Expenses:** $ 1,702.14

**Total Fees and Expenses:**   $ 10,390 + 1,702.14 = **$12,092.14**

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**For: Nancy Campbell**
**Tax #: 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**

**Fees for May 2010**

| Date | Activity | Time/Hours |
|---|---|---|
| 5/2/10 | Correspondence Riley re: Decision Review; Review Rev Ext P&Ps and 4th Qtr report; Review MI policy changes and training materials; Review Ds Audit tool and Ps response | 3.45 |
| 5/12/10 | Travel to Sacramento | 4.50* |
| 5/12/10 | Meeting with Defendants re: monitoring and RJD tour; Meeting with Morrison | 3.00 |
| 5/14/10 | Correspondence re: RJD | 2.25 |
| 5/17/10 | Call Riveland; RJD prep | |
| 5/19/10 | Calls and correspondence Defendants and Plaintiffs re: RJD tour; | 2.00 |
| 5/20/10 | Correspondence Defendants re: monitoring and LACJ; Review Defendants Audit tool and Plaintiffs response; Call Morrison | 2.25 |
| 5/21/10 | Calls and correspondence re: RJD; review SR and RJD Data and docs | 3.75 |

**Total**..................................................................................16.70

    16.70  X $180/hour =   $ 3006.00
    4.50  X  $90/hour =   $ 405.00

**Total Fees**                                            **$3411.00**

*Denotes travel time rate

**Disbursements/Expenses for May 2010**

| Date | Activity | Amount |
|---|---|---|
| 5/12/10 | Travel via POV to SeaTac Airport 26mi@ .50mi | 13.00 |

| | | |
|---|---|---|
| 5/12/10 | Airfare to Sacramento | 124.20** |
| 5/12/10 | Cab to meeting | 44.00 |
| 5/12/10 | Meals | 3.85 |

| | |
|---|---|
| Total Expenses | 185.05 |
| **Total Fees and Expenses:** | **$3596.05** |

\*\*Return expenses billed to Farrell

*Valdivia et al. v. Schwarzenegger et al.*, No. CIV S-94-671 LKK/GGH

**Collaboration Specialists**
Services rendered by Virginia Morrison
Tax #:  51-0433003

**Fees for May 2010**

| Date | Activity | Time/Hours |
|---|---|---|
| 5/3/10 | Email communication w/defendants | 0.1 |
| 5/4/10 | Email communication w/defendants | 0.2 |
| 5/5/10 | Review documents | 0.6 |
| 5/7/10 | Review documents; review and respond to email communication | 3.25 |
| 5/10/10 | Attend task force meeting; telephone conference w/C. Riveland; review and respond to email communication | 1.75 |

| | | |
|---|---|---|
| 5/11/10 | Telephone conferences w/N. Campbell and defendants; review and respond to email communication; review documents | 1.7 |
| 5/12/10 | Round-trip travel between San Anselmo, Sacramento and Oakland | 4.25* |
| 5/12/10 | Conferences w/defendants and N. Campbell re: RSTS and data gathering | 3.4 |
| 5/13/10 | Review and notate self-monitoring audit tools; review and respond to email communication | 4.0 |
| 5/14/10 | Review and respond to email communication re: focus DRUs; review related materials; telephone conference w/C. Riveland | 2.8 |
| 5/15/10 | Email communication w/defendants and OSM | 0.1 |
| 5/17/10 | Review and respond to email communication re: focus DRUs; review documents | 2.0 |
| 5/18/10 | Telephone conference w/N. Campbell re: monitoring | 0.2 |
| 5/19/10 | Telephone conferences and email communication w/N. Campbell and parties re: monitoring | 1.0 |
| 5/20/10 | Telephone conferences and email communication w/N. Campbell and parties re: monitoring; draft summary re: same | 3.3 |
| 5/24/10 | Review email communication; telephone conference w/defendants re: monitoring | 0.6 |
| 5/25/10 | Review document re: disputed items; review and respond to email communication; telephone conference w/defendants re: monitoring | 0.5 |
| 5/26/10 | Telephone conference w/C. Riveland; observe legislative hearings;; | 1.3 |

| Date | Activity | Hours |
|---|---|---|
| | review data | |
| 5/28/10 | Review documents re: monitoring; review and respond to email communication; review and analyze RSTS reports | 2.0 |

Total……………………………………………………………………………..

        28.8    X $200/hour = $ 5,760.00
        4.25   X $ 90/hour = $   382.50
                                   $ 6,142.50

\* denotes travel time at lower rate

### Disbursements/Expenses for May 2010

| Date | Activity | Amount |
|---|---|---|
| 5/10/10 | Parking for Sacramento meetings | 12.00 |
| 5/12/10 | Meal during Sacramento meetings | 12.98 |
| 5/12/10 | Parking for Sacramento meetings | 12.00 |
| 5/12/10 | Mileage and tolls between San Anselmo, Sacramento and Oakland (196 miles at 50 cents per mile) | 116.50 |

Total………………………………………………...…………………$   153.48

**Total Fees and Expenses:   $ 6,295.98**