UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY, and HOSSIE WELCH, on their own behalf and on behalf of the class of all persons similarly situated,

     Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER, Governor of the State of California, et al.,

     Defendants.

                           /

NO. CIV. S-94-671 LKK/GGH

O R D E R

The special master in this case completed his Eighth Report on April 1, 2010. The court adopted the report in an order filed April 13, 2010. (Dkt. No. 1584). The next day the court withdrew this report at plaintiffs' request, granting the parties time to file objections to the report. Order filed April 14, 2010 (Dkt. No. 1586). That time expired on April 26, 2010. No objections have been filed. Accordingly, the court REINSTATES the order filed April 13, 2010 (Dkt. No. 1584).

////

1

1   IT IS SO ORDERED.

2   DATED: June 4, 2010.

```
                                 /s/ Lawrence K. Karlton
                                 _____
                                 LAWRENCE K. KARLTON
                                 SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT
```