BINGHAM McCUTCHEN LLP
GEOFFREY THOMAS HOLTZ – 191370
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286

PRISON LAW OFFICE
DONALD SPECTER – 83925
1917 Fifth Street
Berkeley, California 94710-1916
Telephone:  (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
HOLLY M. BALDWIN – 191317
ERNEST GALVAN – 196065
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone:  (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>        Defendants. | No. Civ. S-94-0671 LKK/GGH<br><br>**STIPULATION AND ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2010** |

[393643-1]

STIPULATION AND [PROPOSED] PRDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS, FIRST QUARTER OF 2010
Civ. S-94-0671 LLK/GGH

1  On July 8, 2004, the District Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the Fourth Quarter of 2009 to defendants via overnight Federal Express on May 12, 2010.  The parties completed their meet and confer on August 4, 2010, and reached an agreement as to most of the hours and all of the costs incurred, but not as to 2010 hourly rates (the "rates dispute").

The parties will defer and hold in abeyance the rates dispute and the dispute over the remaining hours associated with the Warwick and Non-Revocable Parole matters that are not settled through this Stipulation until they are settled or addressed through the procedures set forth in the July 8, 2004 Order, ¶ 4.

Subject to resolution of the rates dispute, the parties agree that $455,252.50 of fees and costs incurred during the First Quarter of 2010 are undisputed.  The undisputed fees are calculated based upon Plaintiffs' Counsel's 2008 rates.  The disputed and undisputed fees and costs are set forth in Exhibit A attached hereto.

//
//
//
//
//
//
//
//
//
//
//
//
//

WHEREFORE, IT IS CONFIRMED that $455,252.50 is due and collectable as of forty-five days from the date of entry of this Order.

Interest on these fees and costs will run from June 12, 2010, accruing at the rate provided by 28 U.S.C. § 1961.

**IT IS SO STIPULATED**.

 /s/ S. Anne Johnson          DATED: August 18, 2010

S. Anne Johnson
Hanson Bridgett, LLP
Attorneys for Defendants


 /s/ Maria V. Morris          DATED:  August 18, 2010

Maria V. Morris
Rosen, Bien & Galvan, LLP
Attorneys for Plaintiffs


**IT IS SO ORDERED.**


Dated:  August 26, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT