BINGHAM McCUTCHEN LLP
GEOFFREY THOMAS HOLTZ – 191370
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone:  (415) 393-2000
Facsimile:   (415) 393-2286

PRISON LAW OFFICE
DONALD SPECTER – 83925
1917 Fifth Street
Berkeley, California 94710-1916
Telephone:  (510) 280-2621
Facsimile:   (510) 280-2704

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
HOLLY M. BALDWIN – 191317
ERNEST GALVAN – 196065
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone:  (415) 433-6830
Facsimile:   (415) 733-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al., | Case No. Civ. S-94-0671 LKK/GGH |
| Plaintiffs, | **STIPULATION AND  ORDER EXTENDING THE DEADLINE TO FILE A MOTION REGARDING THE DISPUTE OVER PLAINTIFFS' COUNSEL'S HOURLY RATES** |
| vs. | |
| ARNOLD SCHWARZENEGGER, et al., | |
| Defendants. | |

[402118-1]

1    WHEREAS the parties have a dispute regarding Plaintiffs' Counsel's 2010 hourly rates;

2 and

3    WHEREAS in an attempt to resolve the disputed issues short of Court intervention, the

4 parties have agreed to participate in mediation;

5    The parties, by and through counsel stipulate that the deadline for any motion regarding

6 Plaintiffs' Counsel's 2010 rates shall be January 12, 2011.

7

8    **IT IS SO STIPULATED.**

9                                    Respectfully submitted,

10 Dated:  September 27, 2010

11

12                         By:   */s/ Samantha Wolff*_____
                                 Samantha Wolff
13                               Attorneys for Defendants

14 Dated:  September 28, 2010      ROSEN, BIEN & GALVAN, LLP

15

16                         By:   */s/ Maria V. Morris*_____
                                 Maria V. Morris
17                               Attorneys for Plaintiffs

18

19    **IT IS SO ORDERED.**

20

21 Dated:  September 29, 2010

22

23

24 _____
   LAWRENCE K. KARLTON
25 SENIOR JUDGE
   UNITED STATES DISTRICT COURT
26

27

28