UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        NO. CIV. S-94-671 LKK/GGH

    Plaintiffs,

  v.                        O R D E R

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

    Defendants.
                                     /

    The court is in receipt of the mandate from the Ninth Circuit Court of Appeals explaining that "[b]ecause the March 2009 order made no express determination that any aspect of the California parole revocation procedures, as modified by Proposition 9, violated federal constitutional rights, nor any determination that the [stipulated injunction approved by this court in November 2003] was necessary to remedy a constitutional violation, we vacate and remand the March 2009 order for the district court to make that determination and to reconcile the

1

1 [i]njunction and Proposition 9."

2     The court is, of course, bound by the order of the Ninth Circuit, and must comply therewith. Nonetheless, it is uncertain as to how this court should proceed. It appears that the Circuit may have inferentially ruled that a State may escape the solemn obligations it undertook in settling a lawsuit simply by passing a law that, in effect, says we withdraw from our agreement. Establishing such a "buyers remorse" doctrine would appear to be a significant alteration in the doctrine of finality. Nonetheless, as noted, if that is in fact the rule in this Circuit, the court must comply. Moreover, it is uncertain whether the Circuit has also reopened the case for discovery and further litigation of any provision.

    Given all the above, the state is directed to file within twenty-one (21) days a brief addressing what is properly before the court and what the scope of the mandate is and the manner under which the court shall proceed. The plaintiffs' will respond within fourteen (14) days thereafter. Upon receipt of the parties' briefing, the court will issue a further order,

    Alternatively, if the parties are as uncertain as the court, and if such a procedure is available, they may request further guidance from the Circuit.

    IT IS SO ORDERED.

    DATED: October 22, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2