BINGHAM McCUTCHEN LLP
GEOFFREY THOMAS HOLTZ – 191370
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone:  (415) 393-2000
Facsimile:   (415) 393-2286

PRISON LAW OFFICE
DONALD SPECTER – 83925
1917 Fifth Street
Berkeley, California 94710-1916
Telephone:  (510) 280-2621
Facsimile:   (510) 280-2704

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
HOLLY M. BALDWIN – 191317
ERNEST GALVAN – 196065
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone:  (415) 433-6830
Facsimile:   (415) 733-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>Defendants. | Case No. Civ. S-94-0671 LKK/GGH<br><br>**STIPULATION AND ORDER REGARDING TIMING FOR FILING A MOTION FOR ATTORNEYS' FEES FOR APPEAL OF THE ORDER RELATED TO PROPOSITION 9** |

STIPULATION AND ORDER REGARDING TIMING FOR FILING A MOTION FOR ATTORNEYS' FEES FOR APPEAL OF THE ORDER RELATED TO PROPOSITION 9 - CASE NO. CIV. S-94-0671 LKK/GGH

[411069-2]

1   WHEREAS on November 14, 2008, Plaintiffs filed a Motion to Enforce the Injunction;

2   WHEREAS on February 6, 2009, Defendants filed a Motion to Modify the Injunction;

3   WHEREAS Defendants appealed this Court's March 26, 2009 Order granting Plaintiffs'
4   Motion to Enforce the Injunction and denying Defendants' Motion to Modify the Injunction;

5   WHEREAS on March 25, 2010 the Ninth Circuit remanded the Order to the District Court
6   for further proceedings;

7   WHEREAS on September 22, 2010 the Ninth Circuit issued the mandate on the March
8   25, 2010 Order;

9   WHEREAS on September 28, 2010 the Ninth Circuit granted Plaintiffs' unopposed
10  Motion to Transfer Fees and Expenses to District Court; and

11  WHEREAS proceedings for which the March 26, 2009 Order was remanded have not yet
12  been concluded;

13  The parties, by and through counsel, stipulate that the deadline for any motion regarding
14  Plaintiffs' counsel's fees and expenses incurred in opposing the appeal of the March 26, 2009
15  Order ("fee motion") shall be sixty days after the expiration of the period to file a notice of
16  appeal or writ of certiorari of any order that completely resolves the issues sought to be
17  adjudicated in Plaintiffs' November 14, 2008 Motion to Enforce the Injunction and Defendants'
18  February 6, 2009 Motion to Modify the Injunction provided that neither party seeks timely
19  appellate review of the order.   In the event that a writ of certiorari is filed from such an order and
20  denied, Plaintiffs shall have sixty days from the Supreme Court's denial of a party's writ of
21  certiorari to file their fee motion.  This stipulation concerns only the deadline for filing.  Nothing
22  //
23  //
24  //
25  //
26  //
27  //
28  //

1

STIPULATION AND ORDER REGARDING TIMING FOR FILING A MOTION FOR ATTORNEYS' FEES FOR APPEAL OF THE ORDER RELATED TO PROPOSITION 9 - CASE NO. CIV. S-94-0671 LKK/GGH

[411069-2]

in this stipulation constitutes a waiver of any basis for entitlement to fees and costs or any defenses thereto. Nothing in this Stipulation prevents filing of a fees and costs motion earlier than the deadline.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated:  October 28, 2010

By:  */s/ Renju P. Jacobs*
Renju P. Jacobs
Attorneys for Defendants

Dated:  October 28, 2010        ROSEN, BIEN & GALVAN, LLP

By:  */s/ Maria V. Morris*
Maria V. Morris
Attorneys for Plaintiffs

**IT IS SO ORDERED.**

Dated:   October 29, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT