```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,
                                        NO. CIV. S-94-671 LKK/GGH
         Plaintiffs,

    v.                                       O R D E R

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

         Defendants.
                                    /
```

On March 25, 2010, the Ninth Circuit issued an opinion vacating and remanding this Court's March 2009 order. After receipt of the mandate, on October 25, 2010, the Court issued an order directing the parties to brief what is properly before the Court, the scope of the mandate, and the manner under which the Court should proceed. The parties timely filed responses to the Court's order. In these responses, the parties agreed to a briefing schedule. Defendants only proposed that they file a motion to which plaintiffs would oppose. Plaintiffs also seek to file a cross-

1

motion. Additionally, plaintiffs request that the Court allow parties to seek discovery in response to the motions and that such requests be treated as they are in the summary judgment context.

For the foregoing reasons, the Court ORDERS as follows:

(1) Defendants shall file a Motion Following Remand to Enforce Penal Code § 3044 and to Modify the Permanent Injunction on or before February 25, 2011.

(2) Plaintiffs shall file a Motion Following Remand to Enforce the Injunction on or before February 25, 2011.

(3) Opposition briefs to these motions shall be filed on or before March 30, 2011.

(4) Reply briefs may be filed on or before April 14, 2011.

(5) The motions shall be heard on May 6, 2011 at 10:00 a.m.

(6) Parties may request discovery on or before March 15, 2011. Such requests will be treated in a similar manner to requests for discovery in the summary judgment context. If the Court grants a request for discovery, the briefing schedule will be modified.

IT IS SO ORDERED.

DATED: December 1, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT