UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.
                                      /

NO. CIV. S-94-671 LKK/GGH

O R D E R

    The court HEREBY FINDS that defendants have demonstrated substantial compliance with the following requirements:

- All provisions of the Stipulation and Order Regarding Remedial Sanctions, dated April 4, 2007; and
- The return to custody assessment step of the revocation process for all facilities, including Los Angeles County Jail.

These requirements will therefore no longer be a primary focus of Plaintiffs' or the Special Master's monitoring unless they

1

are inextricably linked with review of the hearing process, the remedial sanctions obligations of the Permanent Injunction, or arise in the course of investigating an individual parolee's situation. These items will remain in this status unless and until it comes to the parties' or the Special Master's attention that there has been a significant decline in compliance. To allow for such attention, defendants SHALL report the status of these requirements to all parties every six months, beginning on July 8, 2011.

The court FURTHER FINDS that defendants are in violation of this Court's November 13, 2006 Order concerning information system changes. For the foregoing reasons, the court ORDERS as follows:

1. Defendants must conduct a comprehensive review of the integrity of the data in RSTS and how it is displayed in reports. This will include reviewing the RSTS coding to identify precisely how the data is being defined, the assumptions on which the system operates, and how each report is collecting, categorizing, and reporting data, including which populations are included and excluded from each report and according to what variables. This review shall be led by the Office of Audits and Court Compliance and the Board of Parole Hearings, and must be completed within 90 days of this Order.

    a. The results of this review must be recorded in detail, written in language meaningful to non-technical

1         professionals, and provided to the Special Master
2         within 120 days of this Order.
3    2.   Within 120 days of this Order, Defendants shall execute an
4         external contract to ensure that adequate ongoing technical
5         support is available for RSTS.
6    3.   Within 180 days of this Order, Defendants must complete a
7         comparative analysis to determine whether RSTS can be
8         revised in a timely fashion to meet Defendants' obligations
9         to demonstrate compliance with the various components of
10        the Permanent Injunction, whether the relevant portion of
11        the anticipated replacement information system ("SOMS") can
12        fulfill this obligation, or whether another system is
13        needed.
14   4.   Defendants must produce a plan to address any data
15        integrity issues identified in the review described in
16        requirement #1, and to complete the creation of, or changes
17        to, the 40 reports previously identified through the
18        efforts of the RSTS user project manager workgroup and the
19        Special Master.
20        a.   To the extent that Defendants' comparative analysis
21             determines that another system is preferred, this plan
22             must identify with specificity the intended
23             replacement system, the steps necessary to implement
24             it, the strategies for obtaining funding, and feasible
25             timelines for implementing it expeditiously.
26   ////

1       b.    The plan must include feasible timelines for
2             completing these report changes on a regular schedule.
3       c.    The legends for each report must be updated to reflect
4             the more detailed information generated under
5             requirement #1 above as they are built or revised.
6       d.    The plan must be submitted to the Special Master
7             within 240 days of this Order.
8       e.    To the extent the intended solutions do not resolve
9             the problems, Defendants will continue to work on
10            solutions until the Special Master determines that the
11            problems are addressed.
12      f.    If other substantial issues surface with the accuracy,
13            completeness, and utility of RSTS reports, Defendants
14            will amend the plan to include the plans for
15            addressing the newly identified issues within 15 days
16            of the Special Master or Defendants discovering those
17            issues.
18 5.   In the course of designing the new reports and changes
19      described herein, Defendants will augment their effort with
20      routine input from representatives of the affected
21      divisions who are currently using RSTS in daily field
22      operations, representatives of their management, and
23      CalPAP.
24 6.   Defendants will complete the remedies for any data
25      integrity problems, new reports, and report changes, on the
26      schedule they set forth in their plan.

4

1         The court NOTES that the parties discussed a potential
2    dispute related to the Ninth Report. Plaintiffs and defendants
3    do not seek any orders or changes in recommendation due to this
4    potential dispute. If this dispute becomes relevant, plaintiffs
5    shall file a motion before the court.
6         IT IS SO ORDERED.
7         DATED: December 1, 2010.

```
                              /s/ Lawrence K. Karlton
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```