UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

     NO. CIV. S-94-671 LKK/GGH

  Plaintiffs,

 v.        O R D E R

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

  Defendants.

_____/

  Pursuant to the court's August 18, 2005 Order of Reference,
the Special Master has submitted for payment a bill for services
provided during the month of November, 2010.  Good cause
appearing, it is ORDERED that:

  1.  The Clerk is directed to pay to:

  Chase Riveland
  Valdivia Special Master
  5714 Deer Harbor Road, Box 367
  Deer Harbor, WA  98243

////

1

1  the amount of $7,331.00 in accordance with the attached

2  statement; and

3      2.  A copy of this order shall be served on the financial

4  department of this court.

5      IT IS SO ORDERED.

6      DATED: December 2, 2010.

7

8

9                          LAWRENCE K. KARLTON

10                          SENIOR JUDGE
                            UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26