BINGHAM McCUTCHEN LLP
GEOFFREY THOMAS HOLTZ – 191370
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone:  (415) 393-2000
Facsimile:   (415) 393-2286

PRISON LAW OFFICE
DONALD SPECTER – 83925
1917 Fifth Street
Berkeley, California 94710-1916
Telephone:  (510) 280-2621

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
HOLLY M. BALDWIN – 191317
ERNEST GALVAN – 196065
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone:  (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al.,<br><br>       Plaintiffs,<br><br>v.<br><br>ARNOLD SCHWARZENEGGER, et al.,<br><br>       Defendants. | No. Civ. S-94-0671 LKK/GGH<br><br>**ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE THIRD QUARTER OF 2010** |

On December 17, 2010, the parties in this case submitted a Stipulation confirming the results of their meet and confer session concerning fees and costs for the Third Quarter of 2010, pursuant to the July 8, 2004 periodic fees order in this case.  Pursuant to the Stipulation and Order regarding undisputed attorneys' fees and costs for the First Quarter of 2010, a dispute over plaintiffs' counsel's rates has been held in abeyance.   All disputes regarding the Third Quarter of 2010 fees and costs, other than the dispute over plaintiffs' counsel's rates, are resolved through the Stipulation filed on December 17, 2010 and this Order.

Pursuant to the Stipulation filed on December 17, 2010, IT IS HEREBY ORDERED that plaintiffs' undisputed fees and costs of $414,239.09, plus interest, are due and collectable as of forty-five days from the date of entry of this Order.  Daily interest runs from November 18, 2010 at the rate provided by 28 U.S.C. § 1961.

**IT IS SO ORDERED.**

Dated: January 3, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT