1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10  JERRY VALDIVIA, ALFRED YANCY,
    and HOSSIE WELCH, on their own
11  behalf and on behalf of the class
    of all persons similarly situated,
12                                              NO. CIV. S-94-671 LKK/GGH
             Plaintiffs,
13
        v.                                      O R D E R
14
    ARNOLD SCHWARZENEGGER, Governor of
15  the State of California, et al.,

16           Defendants.
                                            /
17

18      On December 15, 2010, the court issued an order setting a

19  separate hearing on the standard to apply on the parties' cross-

20  motions following remand. This hearing is set for March 1, 2011.

21  The parties have filed briefs that fully and fairly express their

22  views on this question. It appears to the court that oral argument

23  will not further elucidate the matter. For this reason, the court

24  VACATES the March 1, 2011 hearing. The court will make a final

25  determination on the appropriate standard to apply when it decides

26  the   merits   of   the   cross-motions.   No   interim   order   on   the

                                    1

1  appropriate standard will be issued.

2       IT IS SO ORDERED.

3       DATED: February 18, 2011.

4

5

6  _____
   LAWRENCE K. KARLTON
7  SENIOR JUDGE
   UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26