UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER, Governor of
the State of California, et al.,

        Defendants.
                                            /

NO. CIV. S-94-671 LKK/GGH

O R D E R

     Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of February, 2011.  Good cause appearing, it is ORDERED that:

     1.  The Clerk is directed to pay to:

     Chase Riveland
     Valdivia Special Master
     5714 Deer Harbor Road, Box 367
     Deer Harbor, WA  98243

////

1

1 the amount of $26,711.00 in accordance with the attached
2 statement; and
3      2.  A copy of this order shall be served on the financial
4 department of this court.
5      IT IS SO ORDERED.
6      DATED: March 7, 2011.

```
                         _____
                         LAWRENCE K. KARLTON
                         SENIOR JUDGE
                         UNITED STATES DISTRICT COURT
```

2