UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY, and HOSSIE WELCH, on their own behalf and on behalf of the class of all persons similarly situated,

    Plaintiffs,

  v.

EDMUND G. BROWN, JR., Governor of the State of California, et al.,

    Defendants.

        NO. CIV. S-94-671 LKK/GGH

        O R D E R

On May 23, 2005, upon defendants' motion, this court ordered that a special master be appointed in this case. The Order of Reference defining the duties of the special master was filed by this Court on August 19, 2005. This court appointed Chase Riveland as special master on December 16, 2005. On February 3, 2006, April 25, 2007, October 17, 2008, and October 5, 2009, the court directed defendants to deposit the sum of $500,000.00 with the Clerk of the Court, said amount to be invested in an interest-bearing account. A substantial part of

1

those funds have now been expended and a significant amount of work remains to be done by the special master. Accordingly, good cause appearing, it is hereby ordered that:

1. Within thirty (30) days of the issuance of this order defendants shall deposit with the Clerk of the Court a fifth interim payment of costs in the amount of $500,000.00 which amount shall be invested in the interest-bearing account previously opened for this action; and

2. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of this court.

IT IS SO ORDERED.

DATED: March 9, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2