BINGHAM McCUTCHEN LLP
GEOFFREY THOMAS HOLTZ – 191370
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone:  (415) 393-2000

PRISON LAW OFFICE
DONALD SPECTER – 83925
1917 Fifth Street
Berkeley, California 94710-1916
Telephone:  (510) 280-2621
Facsimile:   (510) 280-2704

ROSEN, BIEN & GALVAN, LLP
MICHAEL W. BIEN – 096891
ERNEST GALVAN – 196065
MARIA V. MORRIS – 223903
315 Montgomery Street, 10th Floor
San Francisco, California  94104
Telephone (415) 433-6830

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, et al.,<br><br>                Plaintiffs,<br><br>        vs.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>                Defendants. | Case No. Civ. S-94-0671 LKK/GGH<br><br>**ORDER MODIFYING THE SCHEDULE FOR BRIEFING AND HEARING REGARDING PROPOSITION 9 REMAND PROCEEDINGS** |

[485063-1]

Having reviewed the relevant pleadings, and good cause appearing, the Court modifies the schedule for briefing and hearing regarding Proposition 9, § 5.3 remand proceedings.

IT IS HEREBY ORDERED THAT:

1.  Defendants shall file a Motion to Enforce Penal Code § 3044 and to Modify the Permanent Injunction on or before August 31, 2011.

2.  Plaintiffs shall file a Motion to Enforce the Injunction on or before August 31, 2011.

3.  Opposition briefs to those motions shall be filed on or before October 3, 2011.

4.  Reply briefs may be filed on or before October 18, 2011.

5.  The motions shall be heard on November 4, 2011 at 10:00 a.m.

6.  Parties may request discovery for the purpose of opposing the other party's motion on or before September 14, 2011.  Such requests will be treated in a similar manner to requests for discovery in the summary judgment context.  If the Court grants a request for discovery, the briefing schedule will be modified.

7.  Nothing in this Order or prior Orders regarding the procedures and scheduling for the motions on remand regarding Proposition 9 shall be construed as limiting the Plaintiffs' to monitor compliance with the Permanent Injunction in this case, as set forth in ¶ 25 of the Injunction.

**IT IS SO ORDERED.**

Dated:  March 17, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1

[485063-1]