1  GEOFFREY THOMAS HOLTZ – 191370
   BINGHAM McCUTCHEN LLP
2  Three Embarcadero Center
   San Francisco, California  94111-4067
3  Telephone:    (415) 393-2000
   Facsimile:    (415) 393-2286
4
   DONALD SPECTER – 83925
5  PRISON LAW OFFICE
   1917 Fifth Street
6  Berkeley, California  94710-1916
   Telephone:    (510) 280-2621
7  Facsimile:    (510) 280-2704

8  MICHAEL W. BIEN – 96891
   ERNEST GALVAN – 196065
9  ROSEN, BIEN & GALVAN, LLP
   315 Montgomery Street, Tenth Floor
10 San Francisco, California  94104-1823
   Telephone:    (415) 433-6830
11 Facsimile:    (415) 433-7104

12 Attorneys for Plaintiffs

13

14                    UNITED STATES DISTRICT COURT

15                   EASTERN DISTRICT OF CALIFORNIA

16                        SACRAMENTO DIVISION

17

18 JERRY VALDIVIA, et al.,                 Case No. 2:94-cv-00671-LKK-GGH

19          Plaintiffs,                    ORDER CONFIRMING UNDISPUTED
                                           ATTORNEYS' FEES AND COSTS FOR
20      v.                                 THE FOURTH QUARTER OF 2010

21 EDMUND G. BROWN, JR., et al.,           Judge:   Lawrence K. Karlton

22          Defendants.[1]

23

24

25

26 _____

27 [1] The names of Defendants currently serving and their official capacities have been
   substituted pursuant to Fed. R. Civ. P. 25.
28

[495327-1]

1      On April 18, 2011, the parties in this case submitted a Stipulation confirming the

2  results of their meet and confer session concerning fees and costs for the Fourth Quarter of

3  2010, pursuant to the July 8, 2004 periodic fees order in this case.  Pursuant to the

4  Stipulation and Order regarding undisputed attorneys' fees and costs for the First Quarter

5  of 2010, a dispute over plaintiffs' counsel's rates has been held in abeyance.   All disputes

6  regarding the Fourth Quarter of 2010 fees and costs, other than the dispute over plaintiffs'

7  counsel's rates, are resolved through the Stipulation filed on April 18, 2011 and this Order.

8      Pursuant to the Stipulation filed on April 18, 2011, IT IS HEREBY ORDERED that

9  plaintiffs' undisputed fees and costs of $456,836.48, plus interest, are due and collectable

10  as of forty-five days from the date of entry of this Order.  Daily interest runs from March

11  2,  2011 at the rate provided by 28 U.S.C. § 1961.

12  **IT IS SO ORDERED.**

13  Dated:  April 20, 2011

14

15  _____
LAWRENCE K. KARLTON
16  SENIOR JUDGE
UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26

27

28