UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY, and HOSSIE WELCH, on their own behalf and on behalf of the class of all persons similarly situated,

    Plaintiffs,

  v.

ARNOLD SCHWARZENEGGER, Governor of the State of California, et al.,

    Defendants.
_____/

NO. CIV. S-94-671 LKK/GGH

O R D E R

The Special Master filed his Tenth Report on April 21, 2011. (Doc. No. 1647). No objections were filed. The court has considered the report and ADOPTS the Special Master's findings and recommendations in full.

Further, the court HEREBY FINDS that defendants have demonstrated substantial compliance with the following requirements:

- Plaintiffs' counsel has access to the information reasonably necessary to monitor compliance; and

1

1 •   Deputy Commissioners shall not have authority to increase
2     the Return to Custody Assessment at the Probable Cause
3     Hearing.
4 These requirements will therefore no longer be a primary focus of
5 Plaintiffs' or the Special Master's monitoring unless they are
6 inextricably linked with review of the hearing process, the
7 remedial sanctions obligations of the Permanent Injunction, or
8 arise in the course of investigating an individual parolee's
9 situation. These items will remain in this status unless and until
10 it comes to the parties' or the Special Master's attention that
11 there has been a significant decline in compliance. To allow for
12 such attention, defendants SHALL report the status of these
13 requirements to all parties every six months, beginning on January
14 8, 2012.
15     IT IS SO ORDERED.
16     DATED: May 13, 2011.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2