GEOFFREY THOMAS HOLTZ – 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4067
Telephone:   (415) 393-2000
Facsimile:    (415) 393-2286

DONALD SPECTER – 83925
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621
Facsimile:    (510) 280-2704

MICHAEL W. BIEN – 96891
ERNEST GALVAN – 196065
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JERRY VALDIVIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants.[1] | Case No. Civ. S-94-0671 LKK-GGH<br><br>**STIPULATION AND ORDER CONFIRMING PAYMENT OF REMAINING ATTORNEYS' FEES FOR 2010**<br><br>Judge:   Hon. Lawrence K. Karlton |

---

[1] The names of Defendants currently serving and their official capacities have been substituted pursuant to Fed. R. Civ. P. 25.

[515800-2]

STIPULATION AND [PROPOSED] ORDER CONFIRMING PAYMENT OF REMAINING ATTORNEYS' FEES FOR 2010

1   On July 8, 2004, the District Court established procedures by which plaintiffs are to
2 collect periodic attorneys' fees and costs in this case in connection with their work
3 monitoring defendants' compliance with the Court's Orders and collecting fees.
4   There were fees remaining in dispute from the first and second quarters of 2010.
5 (*See* attached Exhibit A.)  The parties have agreed to resolve the disputed hours by
6 payment of $20,199.00 at the Plaintiffs' 2008 hourly rates.  Interest on these fees will run
7 from the date this Order is entered, accruing at the rate provided by 28 U.S.C. § 1961.
8 Pursuant to the Stipulation and Order regarding undisputed attorneys' fees and costs for
9 the First Quarter of 2010, a dispute over plaintiffs' counsel's 2010 rates has been held in
10 abeyance.  All disputes regarding the First and Second Quarter of 2010 fees and costs,
11 other than the dispute over plaintiffs' counsel's 2010 rates, are resolved through this Order.
12   The parties also stipulated to hold the fees relating to the motion and appeal on
13 *Comito*/confrontation rights in abeyance until after the appeal, and subsequent petition for
14 certiorari, were resolved.  The petition for certiorari was resolved in the first quarter of
15 2011, and the parties now agree to resolve all remaining fees relating to the *Comito*
16 motion, appeal and petition for certiorari with the First Quarter 2011 fees.
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

[515800-2]

1
STIPULATION AND [PROPOSED] ORDER CONFIRMING PAYMENT OF REMAINING ATTORNEYS' FEES FOR 2010

WHEREFORE, IT IS CONFIRMED that $20,199.00 plus interest is due and collectable as of forty-five days from the date of entry of this Order.

IT IS SO STIPULATED.

DATED: June 27, 2011

Respectfully submitted,

ROSEN, BIEN & GALVAN, LLP

By: */s/ Ernest Galvan*
Ernest Galvan

Attorneys for Plaintiffs

DATED: June 27, 2011

HANSON BRIDGETT, LLP

By: */s/ Renju P. Jacob*
Renju P. Jacob

Attorneys for Defendants

IT IS SO ORDERED.

DATED: June 28, 2011.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[515800-2]

2
STIPULATION AND [PROPOSED] ORDER CONFIRMING PAYMENT OF REMAINING ATTORNEYS' FEES FOR 2010