GEOFFREY THOMAS HOLTZ – 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

DONALD SPECTER – 83925
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

MICHAEL W. BIEN – 96891
ERNEST GALVAN – 196065
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JERRY VALDIVIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants.[1] | Case No. 2:94-cv-00671-LKK-GGH<br><br>ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THE FIRST QUARTER OF 2011 AND OTHER PREVIOUSLY DISPUTED FEES AND COSTS<br><br>Judge: Lawrence K. Karlton |

---

[1] The names of Defendants currently serving and their official capacities have been substituted pursuant to Fed. R. Civ. P. 25.

[536096-1]

1     On August 3, 2011, the parties in this case submitted a Stipulation confirming the
2 results of their meet and confer session concerning fees and costs for the First Quarter of
3 2011, as well as fees from the Third Quarter of 2008 through the Third Quarter of 2010
4 relating to the motion and appeal on *Comito*/confrontation rights.  Pursuant to the
5 Stipulation and Order regarding undisputed attorneys' fees and costs for the First Quarter
6 of 2010, a dispute over plaintiffs' counsel's rates has been held in abeyance.   Certain
7 specific hours from the First Quarter of 2011 remain in dispute, as do Plaintiffs' rates
8 above their 2008 rates.
9     Pursuant to the Stipulation filed on August 3, 2011, IT IS HEREBY ORDERED
10 that plaintiffs' undisputed fees and costs of $513,591.92, plus interest, are due and
11 collectable as of forty-five days from the date of entry of this Order.  Daily interest runs
12 from April 29, 2011, at the rate provided by 28 U.S.C. § 1961.
13 **IT IS SO ORDERED.**
14 Dated: August 4, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[536096-1]

2