GEOFFREY THOMAS HOLTZ – 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

DONALD SPECTER – 83925
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

MICHAEL W. BIEN – 96891
SHIRLEY HUEY – 224114
KENNETH M. WALCZAK – 247389
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JERRY VALDIVIA, et al., | Case No. Civ. S-94-0671 LKK-GGH |
| Plaintiffs, | **STIPULATION AND ORDER TO SHORTEN TIME FOR HEARING ON MOTION TO COMPEL INSPECTION OF HEARING LOCATIONS FOR PAROLE PROCEEDINGS AT PLACER COUNTY JAIL** |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants.[1] | Local Civil Rule 144(e) |
| | Judge: Hon. Gregory Hollows<br>Hearing Date: October 13, 2011<br>Time: 10:00 a.m.<br>Courtroom: 9 |

---

[1] The names of Defendants currently serving and their official capacities have been substituted pursuant to Fed. R. Civ. P. 25.

[558163-1]

STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME FOR HEARING ON MOTION TO COMPEL
INSPECTION OF HEARING LOCATIONS FOR PAROLE PROCEEDINGS AT PLACER COUNTY JAIL

The parties to this discovery dispute have met and conferred regarding the hearing schedule in this matter. The issues in dispute in this motion are also at issue in Plaintiffs' Motion to Compel Inspections of Hearing Locations for Parole Proceedings at Sacramento County Jails, Docket No. 1698, and the hearing on that Motion is set for October 13, 2011 at 10:00 a.m. In an effort to resolve this discovery dispute efficiently and expediently, the parties agree to shorten the time for hearing on Plaintiffs' motion to compel as follows:

This matter will be heard on October 13, 2011 at 10:00 a.m.

Plaintiffs will serve County of Placer with all moving papers and supporting documents so that they are actually received by Placer County Counsel's Office no later than Tuesday, October 11, 2011, at 8:00 a.m.

APPROVED AS TO FORM:

DATED: October 7, 2011　　　　OFFICE OF COUNTY COUNSEL, PLACER COUNTY


By:  /s/ VALERIE D. FLOOD
　　　Valerie D. Flood

Supervising Deputy County Counsel

DATED: October 7, 2011　　　　ROSEN, BIEN & GALVAN, LLP


By:  *s/ Shirley Huey*
　　　Shirley Huey

Attorneys for Plaintiffs

IT IS SO ORDERED.

Dated: October 11, 2011　　　　 /s/ Gregory G. Hollows

　　　　　　　　　　　　　　　　The Honorable Gregory Hollows
　　　　　　　　　　　　　　　　Magistrate Judge

Vald0671.stp

[558163-1]

1

STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME FOR HEARING ON MOTION TO COMPEL
INSPECTION OF HEARING LOCATIONS FOR PAROLE PROCEEDINGS AT PLACER COUNTY JAIL