GEOFFREY THOMAS HOLTZ – 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4067
Telephone:   (415) 393-2000
Facsimile:    (415) 393-2286

DONALD SPECTER – 83925
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621
Facsimile:    (510) 280-2704

MICHAEL W. BIEN – 96891
ERNEST GALVAN – 196065
SHIRLEY HUEY – 224114
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JERRY VALDIVIA, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　　　Defendants.[1] | Case No. Civ. S-94-0671 LKK-GGH<br><br>**STIPULATION AND ORDER FOR PAYMENT OF ATTORNEYS' FEES FOR 2010, PURSUANT TO THE COURT'S SEPTEMBER 14, 2011 ORDER**<br><br>Judge:  Hon. Lawrence K. Karlton |

---

[1] The names of Defendants currently serving and their official capacities have been substituted pursuant to Fed. R. Civ. P. 25.

551771-1

STIPULATION AND [PROPOSED] ORDER FOR PAYMENT OF ATTORNEYS' FEES FOR 2010, PURSUANT TO THE COURT'S SEPTEMBER 14, 2011 ORDER

On September 14, 2011, the Court granted Plaintiffs' motion to compel compensation at their counsel's reasonable 2010 hourly rates (Docket No. 1649). The Court decided that "the rates requested are in line with prevailing rates charged by San Francisco Bay Area attorneys of comparable experience working on similarly complex cases," and that "plaintiffs have met their burden of establishing the reasonableness of the rates requested…. Accordingly, plaintiffs' motion to compel fees … is GRANTED." Order at 6-7.

THE PARTIES THEREFORE STIPULATE:

Pursuant to the Court's September 14, 2011 Order, Defendants agree to pay the following amounts, based on the difference between plaintiffs' counsel's 2010 and the previously-approved 2008 rates on disputed hours:

- $320,703.26 in principal for fees incurred during 2010 for monitoring and fee collection activities in this matter, plus interest accrued through the date of this order pursuant to the procedure set forth in this Court's February 11, 2009 Order. Attached hereto as **Exhibit A** is a chart setting forth the fees payable to Plaintiffs for the undisputed hours incurred in these four quarters.
- Remaining in dispute is the difference between the 2008 rates paid and the rates owing for the hours incurred in Quarter 1 of 2011 and *Comito* litigation, which will be resolved consistent with the order of August 5, 2011 (Docket No. 1677).

IT IS FURTHER STIPULATED that the amounts set forth above are due and collectable as of forty-five days from the date of entry of this Order. Interest on these fees and costs will continue to run from the dates set forth in the chart attached as **Exhibit A** hereto, accruing at the rate provided by 28 U.S.C. § 1961.

///

///

///

551771-1

1

STIPULATION AND [PROPOSED] ORDER FOR PAYMENT OF ATTORNEYS' FEES FOR 2010, PURSUANT TO THE COURT'S SEPTEMBER 14, 2011 ORDER

1 | IT IS SO STIPULATED:

2 | DATED: October 11, 2011        Respectfully submitted,

3 | ROSEN, BIEN & GALVAN, LLP

4 | By: */s/ Ernest Galvan*

5 | Ernest Galvan

6 | Attorneys for Plaintiffs

7 | DATED: October 11, 2011        HANSON BRIDGETT, LLP

8 |

9 | By: */s/ Remju P. Jacob*
    Renju P. Jacob

10 |

11 | Attorneys for Defendants

**IT IS SO ORDERED.**

DATED: October 18, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

551771-1

2

STIPULATION AND [PROPOSED] ORDER FOR PAYMENT OF ATTORNEYS' FEES FOR 2010, PURSUANT TO THE COURT'S SEPTEMBER 14, 2011 ORDER