GEOFFREY THOMAS HOLTZ – 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286

DONALD SPECTER – 83925
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:  (510) 280-2621
Facsimile:  (510) 280-2704

MICHAEL W. BIEN – 96891
ERNEST GALVAN – 196065
SHIRLEY HUEY – 224114
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JERRY VALDIVIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants.[1] | Case No. Civ. S-94-0671 LKK-GGH<br><br>**STIPULATION AND ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR SECOND QUARTER, 2011**<br><br>Judge:  Hon. Lawrence K. Karlton |

---

[1] The names of Defendants currently serving and their official capacities have been substituted pursuant to Fed. R. Civ. P. 25.

[559882-1]

STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS
FOR SECOND QUARTER, 2011

1   On July 8, 2004, this Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

4   Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the Second Quarter of 2011, covering the period of July 1, 2011 – September 30, 2011 to defendants via overnight Federal Express on July 28, 2011.  Defendants submitted their objections to plaintiffs' statement on September 9, 2011.  The parties completed their meet and confer on October 4, 2011, and reached an agreement as to most of the hours and all of the costs incurred in this quarter, but not as to the fees relating to Project HOPE ("Flash Incarceration"), Re-Entry Courts, AB 109 and related Criminal Justice Realignment matters, Non-Revocable Parole (NRP), and Plaintiffs' claim to 2011 hourly rates (the "rates dispute").

13   Pursuant to the July 8, 2004 Order, ¶ 4, the parties will defer and hold in abeyance the dispute over the remaining hours that are not settled through this Stipulation until they are settled or a yearly motion to compel payment is brought following the meet and confer covering the fourth quarter of 2011.  The parties will continue to attempt to resolve the rates dispute; any motion regarding plaintiffs' 2011 rates and/or the rates dispute shall be filed no later than sixty days from the end of the meet and confer for the first quarter of 2012 pursuant to ¶ 4 of the July 8, 2004 Order.

20   Subject to resolution of the rates dispute, the parties agree that $449,337.57 of fees and costs incurred during the Second Quarter of 2011 are undisputed. (A summary of the fees and costs, reflecting the fees at both 2010 and 2011 rates, is attached hereto as Exhibit A.)  The undisputed fees are calculated based upon the 2010 rates set forth by Judge Karlton in his September 14, 2011 order.  This sum reflects negotiated settlement of certain objections, but does not include remaining disputes over hours relating to Project HOPE ("Flash Incarceration"), Re-Entry Courts, AB 109 and related Criminal Justice Realignment matters, Non-Revocable Parole (NRP), and Plaintiffs' 2011 rates.

28   / / /

1  WHEREFORE, IT IS CONFIRMED that $449,337.57 plus interest is due and
2  collectable as of forty-five days from the date of entry of this Order.
3  IT IS SO STIPULATED.

5  DATED: October 23, 2011          Respectfully submitted,

                                    ROSEN, BIEN & GALVAN, LLP

                                    By: */s/ Ernest Galvan*
                                        Ernest Galvan

                                    Attorneys for Plaintiffs

11 DATED: October 19, 2011          HANSON BRIDGETT, LLP

                                    By: */s/ Renju P. Jacob*
                                        Renju P. Jacob

                                    Attorneys for Defendants

17 **IT IS SO ORDERED.**

19 DATED: October 28, 2011

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT