GEOFFREY THOMAS HOLTZ – 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4067
Telephone:   (415) 393-2000
Facsimile:   (415) 393-2286

DONALD SPECTER – 83925
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621
Facsimile:   (510) 280-2704

MICHAEL W. BIEN – 96891
ERNEST GALVAN – 196065
SHIRLEY HUEY – 224114
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830
Facsimile:   (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JERRY VALDIVIA, et al.,<br><br>           Plaintiffs,<br><br>      v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>           Defendants.[1] | Case No. Civ. S-94-0671 LKK-GGH<br><br>**ORDER FOR PAYMENT OF ATTORNEYS' FEES FOR FIRST QUARTER, 2011 AND COMITO FEES AT 2011 RATES**<br><br>Judge:  Hon. Lawrence K. Karlton |

---

[1] The names of Defendants currently serving and their official capacities have been substituted pursuant to Fed. R. Civ. P. 25.

[565168-1]

On April 30, 2011, Plaintiffs served their first quarterly statement of the year, together with the statement for fees and costs relating to the *Comito* litigation, and provided Defendants with their 2011 hourly rates.  The parties agreed upon a settlement with respect to hours and costs, but Defendants initially provided payment at 2008 rates.  The parties have now agreed upon Plaintiffs' 2011 rates.  Pursuant to this agreement, Defendants are ordered to pay the following principal amounts for the undisputed hours (the difference between the principal amounts at 2008 rates previously paid and the 2011 rates now owing), plus interest:

- $82,484.10 in principal for fees incurred during the First Quarter of 2011 for monitoring and fee collection activities in this matter, plus interest accrued through the date of this order pursuant to the procedure set forth in this Court's February 11, 2009 Order.

- $41,101.00 in principal for fees incurred in the *Comito* litigation, plus interest accrued through the date of this order pursuant to the procedure set forth in this Court's February 11, 2009 Order.

- Attached hereto as **Exhibit A** is a chart setting forth the fees payable to Plaintiffs for the difference between the 2008 and 2011 rates for undisputed hours incurred in the First Quarter of 2011 as well as the undisputed hours incurred in the *Comito* litigation.  *See also* Docket No. 1676, Exhibits A and B to the Stipulation Confirming Undisputed Attorneys' Fees and Costs for First Quarter, 2011 and All *Comito* Fees and Costs, setting forth in detail fees and costs incurred by Plaintiffs for First Quarter 2011 and in the *Comito* litigation.

IT IS FURTHER STIPULATED that the amounts set forth above are due and collectable as of forty-five days from the date of entry of this Order.  Interest on these fees

/ / /

/ / /

and costs will continue to run from the dates set forth in the chart attached as **Exhibit B** hereto, accruing at the rate provided by 28 U.S.C. § 1961.

**IT IS SO STIPULATED**.

DATED: November 15, 2011    Respectfully submitted,

ROSEN, BIEN & GALVAN, LLP

By: */s/ Ernest Galvan*
    Ernest Galvan

Attorneys for Plaintiffs

DATED: November 15, 2011    HANSON BRIDGETT, LLP

By: */s/ Samantha Wolff*
    Samantha Wolff

Attorneys for Defendants

**IT IS SO ORDERED**.

DATED: November 16, 2011

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT