UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY, and HOSSIE WELCH, on their own behalf and on behalf of the class of all persons similarly situated,

   Plaintiffs,

 v.

EDMUND G. BROWN, JR., Governor of the State of California, et al.,

   Defendants.

           NO. CIV. S-94-671 LKK/GGH

           O R D E R

/

  A hearing on plaintiffs' Request for Reconsideration of the Magistrate Judge's Ruling, ECF No. 1716, is currently set for hearing on December 5, 2011. Due to a court scheduling conflict, the hearing is CONTINUED to December 19, 2011 at 10:00 a.m.

  IT IS SO ORDERED.

  DATED: December 2, 2011.

            /s/ Lawrence K. Karlton
            LAWRENCE K. KARLTON
            SENIOR JUDGE
            UNITED STATES DISTRICT COURT