1  GEOFFREY THOMAS HOLTZ – 191370
   BINGHAM McCUTCHEN LLP
2  Three Embarcadero Center
   San Francisco, California  94111-4067
3  Telephone:    (415) 393-2000
   Facsimile:    (415) 393-2286
4
   DONALD SPECTER – 83925
5  PRISON LAW OFFICE
   1917 Fifth Street
6  Berkeley, California  94710-1916
   Telephone:    (510) 280-2621
7  Facsimile:    (510) 280-2704
8  MICHAEL W. BIEN – 96891
   ERNEST GALVAN – 196065
9  SHIRLEY HUEY – 224114
   ROSEN, BIEN & GALVAN, LLP
10 315 Montgomery Street, Tenth Floor
   San Francisco, California  94104-1823
11 Telephone:    (415) 433-6830
   Facsimile:    (415) 433-7104
12
   Attorneys for Plaintiffs
13

14              UNITED STATES DISTRICT COURT

15            EASTERN DISTRICT OF CALIFORNIA

16                  SACRAMENTO DIVISION

17        BEFORE THE SPECIAL MASTER CHASE RIVELAND

18

19 JERRY VALDIVIA, et al.,              Case No. Civ. S-94-0671 LKK-GGH

20          Plaintiffs,               **JOINT STATEMENT AND
                                      RECOMMENDATION REGARDING
21       v.                           RESOLUTION OF HEARING
                                      LOCATIONS DISPUTE**
22 EDMUND G. BROWN, JR., et al.,

23          Defendants.

24

25

26

27

28

[577863-3]

_____
JOINT STATEMENT AND RECOMMENDATION REGARDING RESOLUTION OF HEARING LOCATIONS
DISPUTE

The parties, through their counsel, jointly submit this status report regarding the dispute on hearing locations under Paragraphs 11(c), 11(d), 21, 22 of the *Valdivia* Permanent Injunction.

1.   On May 13, 2011, the parties jointly requested that the Special Master preside over a fact-finding hearing regarding certain locations used by the Defendants for parole proceedings, pursuant to the Stipulation and Amended Order Re: Special Master Order of Reference, Docket No. 1234, ¶ IV. E.  These locations, at Sacramento County Main Jail, Rio Cosumnes Correctional Center, Butte County Jail, and Placer County Jail, were "non-contact" rooms, and imposed a visual and audial barrier between the parolee and all other hearing participants.  The parties also agreed to submit a dispute regarding Orange County Jail, which used a slightly different arrangement, in which the parolee was held in a holding cell during probable cause hearings.  Plaintiffs contend that non-contact hearings are inconsistent with due process and effective communication, and are not justified by any legitimate security interest or administrative necessity.   Defendants contend that non-contact hearing locations do not impair due process and are not precluded under the *Valdivia* Injunction.

2.   On or about September 1, 2011 through November 14, 2011 the parties engaged in discovery that included expert inspections of the hearing locations at Butte County Jail, Placer County Jail, and Sacramento County Main Jail.  The parties have since agreed to resolve this dispute on the following terms.

3.   <u>Butte County Jail</u>.  All *Valdivia* probable cause and revocation hearings at Butte County Jail are now conducted and will continue to be conducted in the Visitors' Center Conference Room, a room that enables contact between the parolee and the other participants in the proceeding and provides telephone and internet access.  The agreement to stop using barrier locations for probable cause hearings applies to both male and female parolees.

4.   <u>Placer County Jail</u>.  All *Valdivia* probable cause and revocation hearings at Placer County Jail are now conducted and will continue to be conducted in Room 78 at the

[577863-3]

1  jail, a room that enables contact between the parolee and the other participants in the

2  proceeding and provides telephone and internet access.  The agreement to stop using

3  barrier locations for probable cause hearings applies to both male and female parolees

4      5.    Sacramento Main Jail.  All *Valdivia* probable cause and revocation hearings

5  at Sacramento Main Jail are now conducted and will continue to be conducted in a room

6  on the Jail's 8th floor that enables contact between the parolee and the other participants in

7  the proceeding and provides access to internet and a speakerphone.  The agreement to stop

8  using barrier locations for probable cause hearings applies to both male and female

9  parolees.

10     6.    Orange County Jail.  All *Valdivia* probable cause and revocation hearings at

11  Orange County Jail will be conducted without a barrier between the parolee and the other

12  participants in the proceeding. The agreement to stop using barrier locations for probable

13  cause hearings applies to both male and female parolees.

14     7.    Rio Cosumnes Correctional Facility.  All *Valdivia* probable cause and

15  revocation hearings at Rio Cosumnes Correctional Facility are now conducted and will

16  continue to be conducted in a room that enables contact between the parolee and the other

17  participants in the proceeding.  The agreement to stop using barrier locations for probable

18  cause hearings applies to both male and female parolees.

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1    8.    In light of the foregoing, the parties jointly request that the Special Master

2  find that the fact-finding hearing process now underway for this dispute be vacated.

3  DATED: December 16, 2011          Respectfully submitted,

4                                    ROSEN, BIEN & GALVAN, LLP

5

6                                    By:  */s/ Shirley Huey*
                                    _____
7                                         Shirley Huey

8                                    Attorneys for Plaintiffs

9
   DATED: December 16, 2011          HANSON BRIDGETT, LLP
10

11                                   By:  */s/ Samantha Wolff*
                                    _____
12                                        Samantha Wolff

13                                   Attorneys for Defendants

14

15    In light of the parties' resolution of the disputed issues, the Special Master finds that

16  the fact-finding hearing process initiated by the parties on May 13, 2011 is no longer

17  necessary, and that the remaining deadlines and hearing schedule for the matter be vacated.

18

19  DATED: December  19  , 2011       /s/ *Chase Riveland*

20                                    _____
                                    Chase Riveland, Special Master
21

22

23

24

25

26

27

28

[577863-3]

JOINT STATEMENT AND RECOMMENDATION REGARDING RESOLUTION OF HEARING LOCATIONS
DISPUTE