1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                    EASTERN DISTRICT OF CALIFORNIA

9

10   JERRY VALDIVIA, ALFRED YANCY,
     and HOSSIE WELCH, on their own
11   behalf and on behalf of the class
     of all persons similarly situated,
12                                          NO. CIV. S-94-671 LKK/GGH

              Plaintiffs,
13
         v.                                      O R D E R
14
     EDMUND G. BROWN, JR., Governor of
15   the State of California, et al.,

16            Defendants.
     _____/
17

18        Pending before the court is a motion by plaintiffs for

19   reconsideration of the Magistrate Judge's October 14, 2011 order

20   denying plaintiff's motion to compel informal interviews of staff

21   in county jails in charge of assigning hearing rooms and hearing

22   space and in charge of security and escort functions for parole

23   proceedings. Plaintiffs asserted that some of the rooms used

24   imposed a barrier between parolees and all other participants, and

25   that those barriers were inconsistent with due process. Placer

26   County, which is not a party to this suit, opposed the motion.

                                    1

1    Shortly before the hearing scheduled on this matter,

2  plaintiffs and defendants filed a joint statement that resolves the

3  dispute by specifying which rooms at several county jails,

4  including Butte County, may be used for parole proceedings.

5    Accordingly, the court finds that plaintiff's motion to

6  reconsider the magistrate judge's order, ECF No. 1716, is DENIED

7  as MOOT. It follows from the joint statement that the magistrate

8  judge's order denying plaintiffs' motion to compel informal

9  interviews of county jail staff is also moot, and is vacated.

10    IT IS SO ORDERED.

11    DATED: December 22, 2011.

12

13

14

15    LAWRENCE K. KARLTON
      SENIOR JUDGE
16    UNITED STATES DISTRICT COURT

17

18

19

20

21

22

23

24

25

26