UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY, and HOSSIE WELCH, on their own behalf and on behalf of the class of all persons similarly situated,

      Plaintiffs,

  v.

EDMUND G. BROWN, JR., Governor of the State of California, et al.,

      Defendants.

_____/

NO. CIV. S-94-671 LKK/GGH

O R D E R

The court is in receipt of the Twelfth Report of the Special Master (ECF No. 1750), defendant's Response (ECF No. 1751), plaintiffs' Reply to the Response (ECF No. 1753), defendant's Response to the Reply (ECF No. 1754), and plaintiffs' Request to Strike the Sur-Reply (ECF No. 1755).

The court adopts the Twelfth Report and orders it filed. The court notes the parties' dispute about the report's use of the phrase "state-supervised parolees" to refer to parolees who are incarcerated in the county system. By permitting the filing of the

1 | Twelfth Report, the court does not in any way prematurely decide
2 | the status of these parolees with respect to this litigation.
3 |     The court adopts the recommendations of the Twelfth Report.
4 |     IT IS SO ORDERED.
5 |     DATED: April 20, 2012.

```
                    LAWRENCE K. KARLTON
                    SENIOR JUDGE
                    UNITED STATES DISTRICT COURT
```