GEOFFREY THOMAS HOLTZ – 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

DONALD SPECTER – 83925
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

MICHAEL W. BIEN – 96891
ERNEST GALVAN – 196065
SHIRLEY HUEY – 224114
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JERRY VALDIVIA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> EDMUND G. BROWN, JR., et al., <br><br> Defendants.[1] | Case No. Civ. S-94-0671 LKK-GGH <br><br> **STIPULATION AND ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR FOURTH QUARTER, 2011** <br><br> Judge: Hon. Lawrence K. Karlton |

---

[1] The names of Defendants currently serving and their official capacities have been substituted pursuant to Fed. R. Civ. P. 25.

[624436-1]

STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR FOURTH QUARTER, 2011

1    On July 8, 2004, this Court established procedures by which plaintiffs are to collect
2 periodic attorneys' fees and costs in this case in connection with their work monitoring
3 defendants' compliance with the Court's Orders and collecting fees.
4    Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the Fourth
5 Quarter of 2011, covering the period of October 1, 2011 – December 31, 2011 to
6 defendants via overnight Federal Express on January 31, 2012.  Defendants submitted their
7 objections to Plaintiffs' statement on March 13, 2012.  The parties completed their meet
8 and confer on April 19, 2012, and reached an agreement as to most of the hours and all of
9 the costs incurred in this quarter.
10    Pursuant to the July 8, 2004 Order, ¶ 4, the parties will defer and hold in abeyance
11 the dispute over the remaining hours that are not settled through this Stipulation (a total of
12 $23,403.00 in fees that Defendants have objected to as related to the pending Proposition 9
13 motions) until they are settled or a yearly motion to compel payment is brought following
14 the meet and confer covering the fourth quarter of 2011.
15 / / /
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

[624436-1]

The parties agree that $609,125.55 of fees and costs incurred during the Fourth Quarter of 2011 are undisputed.  (A summary of the fees and costs, reflecting the fees at 2011 rates, is attached hereto as Exhibit A.)  WHEREFORE, IT IS CONFIRMED that $609,125.55 plus interest accruing at the rate provided by 28 U.S.C. § 1961 is due and collectable as of forty-five days from the date of entry of this Order.

IT IS SO STIPULATED.

DATED:  May 4, 2012                Respectfully submitted,

ROSEN, BIEN & GALVAN, LLP

By: */s/ Ernest Galvan*
    Ernest Galvan

Attorneys for Plaintiffs

DATED:  May 4, 2012                HANSON BRIDGETT, LLP

By: */s/ Samantha Wolff*
    Samantha Wolff

Attorneys for Defendants

**IT IS SO ORDERED.**

Dated:  May 7, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[624436-1]