GEOFFREY THOMAS HOLTZ – 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

DONALD SPECTER – 83925
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

MICHAEL W. BIEN – 96891
ERNEST GALVAN – 196065
SHIRLEY HUEY – 224114
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JERRY VALDIVIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants.[1] | Case No. Civ. S-94-0671 LKK-GGH<br><br>**STIPULATION AND ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR FIRST QUARTER, 2012**<br><br>Judge: Hon. Lawrence K. Karlton |

---

[1] The names of Defendants currently serving and their official capacities have been substituted pursuant to Fed. R. Civ. P. 25.

[643591-1]

STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS
FOR FIRST QUARTER, 2012

1  On July 8, 2004, this Court established procedures by which plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring defendants' compliance with the Court's Orders and collecting fees.

Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the First Quarter of 2012, covering the period of January 1, 2012 – March 31, 2012 to defendants via overnight Federal Express on April 26, 2012.  The parties completed their meet and confer on June 20, 2012, and reached an agreement as to all of the fees and costs incurred in this quarter.

The parties agree to settle the plaintiffs' Fourth Quarter of 2012 fees and costs for $472,004.03.  (A summary of the fees and costs, reflecting the fees at 2012 rates, is attached hereto as Exhibit A.)  WHEREFORE, IT IS CONFIRMED that $472,004.03 plus interest accruing at the rate provided by 28 U.S.C. § 1961 is due and collectable as of forty-five days from the date of entry of this Order.

IT IS SO STIPULATED.

DATED:  June 26, 2012             Respectfully submitted,

                                  ROSEN, BIEN & GALVAN, LLP

                                  By: */s/ Ernest Galvan*
                                      Ernest Galvan

                                  Attorneys for Plaintiffs

DATED:  June 26, 2012             HANSON BRIDGETT, LLP

                                  By: */s/ Samantha Wolff*
                                      Samantha Wolff

                                  Attorneys for Defendants

[643591-1]

STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR FIRST QUARTER, 2012

1

1    **IT IS SO ORDERED.**

2    **DATED:  June 27, 2012.**

```
                            _____
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
```