GEOFFREY THOMAS HOLTZ – 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

DONALD SPECTER – 83925
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

MICHAEL W. BIEN – 96891
ERNEST GALVAN – 196065
SHIRLEY HUEY – 224114
ROSEN, BIEN & GALVAN, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JERRY VALDIVIA, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>　　　　Defendants. | Case No. Civ. S-94-0671 LKK-GGH<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR ANY MOTION TO COMPEL DISPUTED FEES AND COSTS**<br><br>Judge: Hon. Lawrence K. Karlton |

[646888-1]

STIPULATION AND [PROPOSED] ORDER

On July 8, 2004, the District Court established procedures by which Plaintiffs are to collect periodic attorneys' fees and costs in this case in connection with their work monitoring Defendants' compliance with the Court's Orders and collecting fees (the "Periodic Fees Order").

Pursuant to these procedures, the parties met and conferred on a quarterly basis regarding fees and costs incurred in calendar year 2011, and resolved nearly all disputed issues. After the close of 2011, the parties have continued to meet and confer regarding the remaining disputed items, but have not yet concluded the meet and confer process. Under the periodic fees order, the parties are to bring disputed items to court 60 days after resolution of the last quarterly fees and costs submission. Under the periodic fees order, therefore, the current deadline to present disputed fees and costs to the Court is July 9, 2012.

In order to allow for settlement of remaining disputes without judicial involvement, the parties jointly request additional time to meet and confer regarding the disputed items. The parties jointly request an additional 30 days, or until August 8, 2012, during which interest will not accrue on disputed amounts. In addition, the parties request that disputes regarding fees and costs for work performed to secure the January 24, 2012 order (Proposition 9) be deferred until after conclusion of the pending appeals. This request is made without prejudice to either party's position concerning the impact of prevailing party status in the pending appeals.

In light of the foregoing, the parties jointly request that the Court enter the following as an Order:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

[646888-1]

1
STIPULATION AND [PROPOSED] ORDER

(a) Any motion regarding remaining disputed fees and costs items for calendar year 2011 shall be submitted to the Court on or before August 8, 2012;

(b) Interest on disputed amounts will not accrue from the date of this order until the filing of a motion or stipulation regarding the disputed amounts;

(c) Issues regarding any fees and costs incurred from 2009 through 2011 for work related to the court's January 24, 2012 order need not be brought to the Court until sixty (60) days after the Ninth Circuit issues the mandate in the pending appeals of the January 24, 2011 Order.

DATED: June 29, 2012         Respectfully submitted,

                             ROSEN, BIEN & GALVAN, LLP


                             By:  */s/ Ernest Galvan*
                                  Ernest Galvan

                             Attorneys for Plaintiffs

DATED: June 29, 2012         Respectfully submitted,

                             HANSEN BRIDGETT, LLP


                             By:  */s/ Samantha Wolff*
                                  Samantha Wolff

                             Attorneys for Defendants

**IT IS SO ORDERED.**

DATED:  July 6, 2012
                             _____
                             LAWRENCE K. KARLTON
                             SENIOR JUDGE
                             UNITED STATES DISTRICT COURT