UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        NO. CIV. S-94-671 LKK/GGH

    Plaintiffs,

  v.                              O R D E R

EDMUND G. BROWN, JR., Governor of
the State of California, et al.,

    Defendants.
                                          /

    Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of June, 2012.  Good cause appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

    Chase Riveland
    <u>Valdivia</u> Special Master
    5714 Deer Harbor Road, Box 367
    Deer Harbor, WA  98243

////

1

1  the amount of $4,639.00 in accordance with the attached
2  statement; and
3      2.  A copy of this order shall be served on the financial
4  department of this court.
5      IT IS SO ORDERED.
6      DATED: July 6, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2