1  GEOFFREY THOMAS HOLTZ – 191370
   BINGHAM McCUTCHEN LLP
2  Three Embarcadero Center
   San Francisco, California  94111-4067
3  Telephone:    (415) 393-2000
   Facsimile:    (415) 393-2286
4
   DONALD SPECTER – 83925
5  PRISON LAW OFFICE
   1917 Fifth Street
6  Berkeley, California  94710-1916
   Telephone:    (510) 280-2621
7  Facsimile:    (510) 280-2704

8  MICHAEL W. BIEN – 96891
   ERNEST GALVAN – 196065
9  KENNETH M. WALCZAK – 247389
   ROSEN BIEN GALVAN & GRUNFELD LLP
10 315 Montgomery Street, Tenth Floor
   San Francisco, California  94104-1823
11 Telephone:    (415) 433-6830
   Facsimile:    (415) 433-7104
12
   Attorneys for Plaintiffs
13

14              UNITED STATES DISTRICT COURT

15              EASTERN DISTRICT OF CALIFORNIA

16                  SACRAMENTO DIVISION

17

18 JERRY VALDIVIA, et al.,            Case No. Civ. S-94-0671 LKK-GGH

19           Plaintiffs,             **STIPULATION AND ORDER
                                      CONFIRMING PAYMENT OF**
20      v.                           **REMAINING ATTORNEY'S FEES
                                      AND COSTS FOR 2011**
21 EDMUND G. BROWN, JR., et al.,
                                      Judge:   Hon. Lawrence K. Karlton
22           Defendants.

23

24

25

26

27

28

[659812-1]

1    On July 8, 2004, the District Court established procedures by which Plaintiffs are to

2    collect periodic attorney's fees and costs in this case in connection with their work

3    monitoring Defendants' compliance with the Court's Orders and collecting fees (the

4    "Periodic Fees Order").

5    After the parties met and conferred on a quarterly basis regarding fees and costs

6    incurred in calendar year 2011, certain fees and costs remained in dispute.  The Court

7    granted the parties until August 8, 2012, to resolve these disputes, with the exception of the

8    disputes regarding fees and costs for work performed to secure the January 24, 2012 order

9    (Proposition 9).  *See* Docket No. 1764.  The Court deferred any resolution of the

10   Proposition 9 fees and costs until after conclusion of the pending appeals.  *Id*.

11   The parties have agreed to resolve the disputed hours by payment of $240,000.

12   Interest on these fees will run from the date this Order is entered, accruing at the rate

13   provided by 28 U.S.C. § 1961.

14   All disputes regarding 2011 fees and costs, other than the dispute over the

15   Proposition 9 fees and costs, are resolved through this Order.

16   / / /

17   / / /

18   / / /

19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

1

STIPULATION AND [PROPOSED] ORDER CONFIRMING PAYMENT OF REMAINING ATTORNEY'S FEES
AND COSTS FOR 2011

1    WHEREFORE, IT IS CONFIRMED that $240,000.00 plus interest is due and

2  collectable as of forty-five days from the date of entry of this Order.

3    IT IS SO STIPULATED.

4  DATED: Aug. 1, 2012          Respectfully submitted,

5                               ROSEN BIEN GALVAN & GRUNFELD LLP

6

7                               By:  */s/ Ernest Galvan*
                                     _____

8                                    Ernest Galvan

9                               Attorneys for Plaintiffs

10  DATED: Aug. 1, 2012

11

12                              By:  */s/ Samantha Wolff*
                                     _____

13                                   Samantha Wolff

14                              Attorneys for Defendants

        IT IS SO ORDERED.

15

16

17  DATED: August 2, 2012        LAWRENCE K. KARLTON

18                               SENIOR JUDGE
                                 UNITED STATES DISTRICT COURT

19

20

21

22

23

24

25

26

27

28