UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, ALFRED YANCY, and HOSSIE WELCH, on their own behalf and on behalf of the class of all persons similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>ARNOLD SCHWARZENEGGER, Governor of the State of California, et al.,<br><br>　　　　　　Defendants. | Case No.: 2:94-CV-0671 LKK GGH P<br><br>ORDER EXTENDING TIME FOR THE FILING OF SPECIAL MASTER'S REPORT |

　　On December 16, 2005, this Court appointed Chase Riveland as Special Master in this action. An Order of Reference, filed on the same date, includes among the Special Master's duties the preparation and filing with the Court, every three to six months, reports on the status of the Defendants' compliance with the Permanent Injunction. The Special Master has requested an extension of time for the filing of the Thirteenth Report of the Special Master.

　　Good cause appearing, IT IS HEREBY ORDERED THAT the Thirteenth Report of the Special Master shall be filed with the Court on or before December 17, 2012.

Dated: September 5, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT