GEOFFREY THOMAS HOLTZ – 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4067
Telephone:     (415) 393-2000
Facsimile:      (415) 393-2286

DONALD SPECTER – 83925
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:     (510) 280-2621
Facsimile:      (510) 280-2704

MICHAEL W. BIEN – 96891
ERNEST GALVAN – 196065
KENNETH M. WALCZAK – 247389
ROSEN BIEN GALVAN & GRUNFELD, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:     (415) 433-6830
Facsimile:      (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JERRY VALDIVIA, et al., | Case No. Civ. S-94-0671 LKK-GGH |
| Plaintiffs, | **STIPULATION AND ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR SECOND QUARTER, 2012** |
| v. | |
| EDMUND G. BROWN, JR., et al., | |
| Defendants.[1] | Judge:   Hon. Lawrence K. Karlton |

_____

[1] The names of Defendants currently serving and their official capacities have been substituted pursuant to Fed. R. Civ. P. 25.

[689761-2]

1    On July 8, 2004, this Court established procedures by which plaintiffs are to collect

2  periodic attorneys' fees and costs in this case in connection with their work monitoring

3  defendants' compliance with the Court's Orders and collecting fees.

4    Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the

5  Second Quarter of 2012, covering the period of April 1, 2012 – June 30, 2012 to

6  defendants via overnight Federal Express on July 24, 2012.  Defendants submitted their

7  objections to Plaintiffs' statement on August 29, 2012.  The parties completed their meet

8  and confer on October 24, 2012, and reached an agreement as all of the hours and all of the

9  costs incurred in this quarter.

10    The parties agree to settle the plaintiffs' Second Quarter of 2012 fees and costs for

11  $410,431.49.  (A summary of the fees and costs, reflecting the fees at 2012 rates, is

12  attached hereto as Exhibit A.)

13    All disputes regarding Second Quarter of 2012 fees and costs, other than the dispute

14  over the fees and costs for work related to Defendants' appeal of the Court's January 24,

15  2012 order (re: Proposition 9), and Plaintiffs' conditional cross-appeal, are resolved

16  through this Order.

17  / / /

18  / / /

19  / / /

20  / / /

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

[689761-2]

1      WHEREFORE, IT IS CONFIRMED that $410,431.49 plus interest accruing at the

2  rate provided by 28 U.S.C. § 1961 is due and collectable as of forty-five days from the date

3  of entry of this Order.

4      IT IS SO STIPULATED.

5

6  DATED:  October 30, 2012          Respectfully submitted,

7                                    ROSEN, BIEN & GALVAN, LLP

8                                    By:  s/ Kenneth Walczak

9                                         Kenneth M. Walczak

10                                   Attorneys for Plaintiffs

11

12 DATED:  October 30, 2012          HANSON BRIDGETT, LLP

13

14                                   By:  s/ Samantha Wolff

15                                        Samantha Wolff

16                                   Attorneys for Defendants

17

18     **IT IS SO ORDERED.**

19

20 DATED: October 31, 2012

21                                   LAWRENCE K. KARLTON

22                                   SENIOR JUDGE

23                                   UNITED STATES DISTRICT COURT

24

25

26

27

28

[689761-2]

STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS
FOR SECOND QUARTER, 2012