UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        NO. CIV. S-94-671 LKK/GGH

    Plaintiffs,

  v.                     O R D E R

EDMUND G. BROWN, JR., Governor of
the State of California, et al.,

    Defendants.

       On May 23, 2005, upon defendants' motion, this court ordered that a special master be appointed in this case. The Order of Reference defining the duties of the special master was filed by this Court on August 19, 2005. This court appointed Chase Riveland as special master on December 16, 2005. On February 3, 2006, April 25, 2007, October 17, 2008, October 5, 2009, and March 10, 2011, the court directed defendants to deposit the sum of $500,000.00 with the Clerk of the Court, said amount to be invested in an interest-bearing account. A substantial part of those funds have

now been expended and a significant amount of work remains to be done by the special master. Accordingly, pursuant to the Order for Special Master Compensation (ECF No. 1253), and good cause appearing, it is hereby ordered that:

1. Within thirty (30) days of the issuance of this order defendants shall deposit with the Clerk of the Court a sixth interim payment of costs in the amount of $500,000.00 which amount shall be invested in the interest-bearing account previously opened for this action; and

2. The Clerk of the Court is directed to serve a copy of this order on the Financial Department of this court.

IT IS SO ORDERED.

DATED: December 17, 2012.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT