GEOFFREY THOMAS HOLTZ – 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4067
Telephone:   (415) 393-2000
Facsimile:    (415) 393-2286

DONALD SPECTER – 83925
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621
Facsimile:    (510) 280-2704

MICHAEL W. BIEN – 96891
ERNEST GALVAN – 196065
KENNETH M. WALCZAK– 247389
ROSEN BIEN GALVAN & GRUNFELD LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JERRY VALDIVIA, et al., | Case No. Civ. S-94-0671 LKK-GGH |
| Plaintiffs, | **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO SPECIAL MASTER'S 13TH REPORT** |
| v. | |
| EDMUND G. BROWN, JR., et al., | Judge:  Hon. Lawrence K. Karlton |
| Defendants. | |

1  THE PARTIES, BY AND THROUGH THEIR COUNSEL, HEREBY
2  STIPULATE AND AGREE AS FOLLOWS:

3  The Special Master served his Thirteenth Report with the parties on December 17,
4  2012.  Under the Order of Reference, "The Special Master's reports shall be final unless,
5  no later than twenty (20) days after service of the final report, a party files written
6  objections with the Court."  Docket No. 1234, 3:17-19.

7  The parties have met and conferred, and respectfully request that the Court extend
8  this deadline, allowing both parties until January 25, 2013 to respond to the Thirteenth
9  Report.  The purpose of this extension is to facilitate the parties' pre-paid holiday travel,
10 and to accommodate conflicting deadlines faced by Plaintiffs' counsel in other matters.

11 DATED: December 21, 2012          Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD LLP


By: *s/ Kenneth Walczak*
    Kenneth M. Walczak

Attorneys for Plaintiffs


18 DATED: December 21, 2012          HANSON BRIDGETT, LLP


By: *s/ Samantha Wolff*
    Samantha Wolff

Attorneys for Defendants

23 The Special Master's Thirteenth Report  shall be final unless a party files written
24 objections with the Court no later than January 25, 2013.  **IT IS SO ORDERED.**

26 DATED:  January 2, 2013
                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT

---

STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO SPECIAL MASTER'S 13TH
REPORT – Case No. Civ. S-94-0671 LKK/GGH

1