```
                    UNITED STATES DISTRICT COURT

                   EASTERN DISTRICT OF CALIFORNIA


JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,
                                        NO. CIV. S-94-671 LKK/GGH
          Plaintiffs,
                                              A M E N E E D
     v.                                          O R D E R

EDMUND G. BROWN, JR., Governor of
the State of California, et al.,

          Defendants.
                                      /
```

Pursuant to the court's August 18, 2005 Order of Reference, the Special Master has submitted for payment a bill for services provided during the month of December, 2012. Good cause appearing, it is ORDERED that:

1. The Clerk is directed to pay to:

   Chase Riveland
   <u>Valdivia</u> Special Master
   5714 Deer Harbor Road, Box 367
   Deer Harbor, WA  98243

////

1

the amount of $18,705.00 in accordance with the attached statement; and

    2.  A copy of this order shall be served on the financial department of this court.

    IT IS SO ORDERED.

    DATED: January 10, 2013.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2