GEOFFREY THOMAS HOLTZ – 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California 94111-4067
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

DONALD SPECTER – 83925
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California 94710-1916
Telephone: (510) 280-2621
Facsimile: (510) 280-2704

MICHAEL W. BIEN – 96891
ERNEST GALVAN – 196065
KENNETH M. WALCZAK – 247389
ROSEN BIEN GALVAN & GRUNFELD, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California 94104-1823
Telephone: (415) 433-6830
Facsimile: (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JERRY VALDIVIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | Case No. Civ. S-94-0671 LKK-GGH<br><br>**STIPULATION AND ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR THIRD QUARTER, 2012**<br><br>Judge: Hon. Lawrence K. Karlton |

[707528-2]

STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS
FOR THIRD QUARTER, 2012

1    On July 8, 2004, this Court established procedures by which plaintiffs are to collect
2 periodic attorneys' fees and costs in this case in connection with their work monitoring
3 defendants' compliance with the Court's Orders and collecting fees.
4    Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the Third
5 Quarter of 2012, covering the period of July 1, 2012 – September 30, 2012 to defendants
6 via overnight Federal Express on October 31, 2012.  The parties completed their meet and
7 confer on December 14, 2012, and reached an agreement as all of the hours and all of the
8 costs incurred in this quarter.
9    The parties agree to settle the plaintiffs' Third Quarter of 2012 fees and costs for
10 $575,339.52.  (A summary of the fees and costs, reflecting the fees at 2012 rates, is
11 attached hereto as Exhibit A.)
12    All disputes regarding Third Quarter of 2012 fees and costs, other than the dispute
13 over the fees and costs for work related to Defendants' appeal of the Court's January 24,
14 2012 order (re: Proposition 9), and Plaintiffs' conditional cross-appeal, are resolved
15 through this Order.
16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

[707528-2]

1

STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS
FOR THIRD QUARTER, 2012

1  WHEREFORE, IT IS CONFIRMED that $575,339.52 plus interest accruing at the
2  rate provided by 28 U.S.C. § 1961 is due and collectable as of forty-five days from the date
3  of entry of this Order.

4  IT IS SO STIPULATED.

6  DATED:  December 20, 2012          Respectfully submitted,

7                                     ROSEN BIEN GALVAN & GRUNFELD, LLP

8                                     By:  *s/ Kenneth Walczak*
9                                          Kenneth M. Walczak

10                                    Attorneys for Plaintiffs

12 DATED:  December 31, 2012          HANSON BRIDGETT, LLP

14                                    By:  *s/ Samantha Wolff*
                                           Samantha Wolff
15
16                                    Attorneys for Defendants

18  **IT IS SO ORDERED.**

20 DATED:  January 11, 2013

21                                    _____
                                      LAWRENCE K. KARLTON
22                                    SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT

[707528-2]

2
STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS
FOR THIRD QUARTER, 2012