HANSON BRIDGETT LLP
JERROLD C. SCHAEFER, SBN 39374
PAUL B. MELLO, SBN 179755
WALTER R. SCHNEIDER, SBN 173113
SAMANTHA D. WOLFF, SBN 240280
MEGAN OLIVER THOMPSON, SBN 256654
pmello@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:  (415) 777-3200
Facsimile:   (415) 541-9366

Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JERRY VALDIVIA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>Defendants. | CASE NO. S-94-0671 LKK/GGH<br><br>**STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO OBJECTIONS SPECIAL MASTER'S THIRTEENTH REPORT**<br><br>Judge:  Hon. Lawrence K. Karlton |

1  THE PARTIES, BY AND THROUGH THEIR COUNSEL, HEREBY STIPULATE
2  AND AGREE AS FOLLOWS:

3  Plaintiffs and Defendants timely filed objections to the Special Master's Thirteenth
4  Report on January 25, 2012.  Under the order of reference, the parties have twenty days
5  to respond to any objections filed.  (Dock. No. 1234, 3:17-19.)

6  Having met and conferred, the parties respectfully request that the Court extend
7  this deadline, allowing both parties until February 28, 2013, to respond to the objections
8  to the Thirteenth Report.  The purpose of this extension is to permit defense counsel
9  additional time to review and respond to Plaintiffs' objections, which total 60 pages in
10 length and were accompanied by nearly 1,000 pages of documents, as well as to
11 accommodate for conflicting deadlines in other matters.

Respectfully submitted,

DATED: January 31, 2013          HANSON BRIDGETT LLP

By: s/ *Samantha Wolff*
SAMANTHA D. WOLFF
Attorneys for Defendants

DATED: January 31, 2013          ROSEN BIEN GALVAN & GRUNFELD LLP

By: s/ *Kenneth Walczak*
KENNETH WALCZAK
Attorneys for Plaintiffs

The parties shall have until February 28, 2013 to respond to objections to the Special Master's Thirteenth Report.  **IT IS SO ORDERED.**

DATED: February 4, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT