GEOFFREY THOMAS HOLTZ – 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4067
Telephone:   (415) 393-2000
Facsimile:    (415) 393-2286

DONALD SPECTER – 83925
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621
Facsimile:    (510) 280-2704

MICHAEL W. BIEN – 96891
ERNEST GALVAN – 196065
KENNETH M. WALCZAK – 247389
ROSEN BIEN GALVAN & GRUNFELD, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JERRY VALDIVIA, et al.,<br><br>         Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>         Defendants. | Case No. Civ. S-94-0671 LKK-GGH<br><br>**STIPULATION AND ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR FOURTH QUARTER, 2012**<br><br>Judge:   Hon. Lawrence K. Karlton |

[707528-2]

1  On July 8, 2004, this Court established procedures by which plaintiffs are to collect
2 periodic attorneys' fees and costs in this case in connection with their work monitoring
3 defendants' compliance with the Court's Orders and collecting fees.

4  Pursuant to these procedures, plaintiffs sent their Quarterly Statement for the Fourth
5 Quarter of 2012, covering the period of October 1, 2012 – December 31, 2012 to
6 defendants via overnight Federal Express on January 30, 2013.  The parties completed
7 their meet and confer on March 12, 2013, and reached an agreement as to all of the hours
8 and all of the costs incurred in this quarter.

9  The parties agree to settle the plaintiffs' Fourth Quarter of 2012 fees and costs for
10 $382,955.81.  (A summary of the fees and costs, reflecting the fees at 2012 rates, is
11 attached hereto as Exhibit A.)

12  All disputes regarding Fourth Quarter of 2012 fees and costs, other than the dispute
13 over the fees and costs for work related to Defendants' appeal of the Court's January 24,
14 2012 order (re: Proposition 9), and Plaintiffs' conditional cross-appeal, are resolved
15 through this Order.

16 / / /
17 / / /
18 / / /
19 / / /
20 / / /
21 / / /
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28

[707528-2]

1
STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS
FOR FOURTH QUARTER, 2012

WHEREFORE, IT IS CONFIRMED that $382,955.81 plus interest accruing at the rate provided by 28 U.S.C. § 1961 is due and collectable as of forty-five days from the date of entry of this Order.

IT IS SO STIPULATED.

DATED: March 20, 2013

Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD, LLP

By: */s/ Kenneth M. Walczak*
    Kenneth M. Walczak

Attorneys for Plaintiffs

DATED: March 26, 2013

HANSON BRIDGETT, LLP

By: */s/ Samantha Wolff*
    Samantha Wolff

Attorneys for Defendants

**IT IS SO ORDERED.**

DATED: March 29, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT