GEOFFREY THOMAS HOLTZ – 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4067
Telephone:  (415) 393-2000
Facsimile:  (415) 393-2286

DONALD SPECTER – 83925
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:  (510) 280-2621
Facsimile:  (510) 280-2704

MICHAEL W. BIEN – 96891
ERNEST GALVAN – 196065
KENNETH M. WALCZAK – 247389
ROSEN BIEN GALVAN & GRUNFELD, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:  (415) 433-6830
Facsimile:  (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JERRY VALDIVIA, et al.,<br><br>           Plaintiffs,<br><br>     v.<br><br>EDMUND G. BROWN, JR., et al.,<br><br>           Defendants. | Case No. Civ. S-94-0671 LKK-GGH<br><br>**STIPULATION AND ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS**<br><br>Judge:  Hon. Lawrence K. Karlton |

892957-1

STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS FOR FIRST QUARTER, 2013

On July 3, 2013, this Court issued an Order directing the parties to file final motions for fees and costs within 28 days. (Docket. No. 1845 at 31.) The parties have met and conferred regarding unresolved fees and costs through July 23, 2013, including several previously disputed categories. The parties agree to settle these claims for the amount of $1,243,077.20. (Summaries of the settled claims are attached as Exhibit A.) This Stipulation resolves all fees and costs except for those which may be incurred in the future regarding Defendants' pending Ninth Circuit appeals, and in connection with plaintiffs' pending motion for reconsideration (Docket No. 1849), including any appeals. To the extent that Plaintiffs seek any such additional fees or costs, Defendants reserve the right to object and oppose entitlement to such fees and costs.

WHEREFORE, IT IS CONFIRMED that $1,243,077.20 plus interest accruing at the rate provided by 28 U.S.C. § 1961 is due and collectable as of forty-five days from the date of entry of this Order.

IT IS SO STIPULATED.

DATED: July 29, 2013          Respectfully submitted,

ROSEN BIEN GALVAN & GRUNFELD, LLP

By: */s/ Ernest Galvan*
     Ernest Galvan

Attorneys for Plaintiffs


DATED: July 29, 2013          HANSON BRIDGETT, LLP

By: */s/ Samantha Wolff*
     Samantha Wolff

Attorneys for Defendants

**IT IS SO ORDERED.**

DATED: August 1, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT