UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY, and HOSSIE WELCH, on their own behalf and on behalf of the class of all persons similarly situated,

    Plaintiffs,

  v.

EDMUND G. BROWN, JR., Governor of the State of California, et al.,

    Defendants.

NO. CIV. S-94-671 LKK/GGH

O R D E R

Plaintiff's motion for reconsideration of the court's July 3, 2013 Order is currently set for hearing on August 26, 2013 at 10:00 a.m. Having reviewed the parties' submissions in support of and in opposition to the motion, the court has determined that oral argument is unnecessary. Accordingly, the hearing currently scheduled for August 26, 2013 is VACATED.

    IT IS SO ORDERED.

    DATED: August 20, 2013.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT