UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JERRY VALDIVIA, ALFRED YANCY,
and HOSSIE WELCH, on their own
behalf and on behalf of the class
of all persons similarly situated,

        NO. CIV. S-94-671 LKK/GGH

       Plaintiffs,

    v.

              O R D E R

EDMUND G. BROWN, JR., Governor of
the State of California, et al.,

       Defendants.
_____/

    Pursuant to the court's August 18, 2005 Order of Reference,
the Special Master has submitted for payment a bill for services
provided during the month of August, 2013.  Good cause
appearing, it is ORDERED that:

    1.  The Clerk is directed to pay to:

    Chase Riveland
    Valdivia Special Master
    5714 Deer Harbor Road, Box 367
    Deer Harbor, WA  98243

////

the amount of $2,470.00 in accordance with the attached

statement; and

    2.  A copy of this order shall be served on the financial

department of this court.

    IT IS SO ORDERED.

    DATED: September 3, 2013.


LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT