UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, ALFRED YANCY, and HOSSIE WELCH, on their own behalf and on behalf of the class of all persons similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>EDMUND G. BROWN, JR., Governor of the State of California, et al.,<br><br>　　　　Defendants. | No. CIV. S-94-671 LKK/GGH<br><br>**ORDER** |

　　On July 2, 2013, the court issued an Order finding this case to be moot. (ECF No. 1845.) The Order directed the parties and the Special Master to file final motions for fees and costs within twenty-eight days, and advised the parties that, after resolving these motions, the court would decertify the class and dismiss this case.

　　On July 29, 2013, the parties filed a joint stipulation and proposed Order regarding outstanding fees and costs. (ECF No. 1850.) The court has entered this Order. (ECF No. 1852.)

1

1    On November 18, 2013, the Special Master filed a declaration
2 indicating that no further fees or expenses are owed to him in
3 this matter. (ECF No. 1862.) The court thanks the Special Master
4 for his service.
5    One matter remains. In response to plaintiffs' motion for
6 reconsideration (ECF No. 1849), the court issued an Order, dated
7 September 10, 2013, which provided in pertinent part:

> Defendants are DIRECTED to maintain the injunctive relief previously ordered in this matter in place for those alleged parole violators who were arrested prior to July 1, 2013, but whose alleged parole violations have not yet been addressed by defendants. Defendants are FURTHER DIRECTED to file a declaration no later than October 1, 2013 apprising the court as to the status of these alleged parole violators' cases, and to continue doing so on the first of each month thereafter, until all of the outstanding cases have been disposed of. Thereafter, the court will resolve the outstanding motions for fees and costs, decertify the class, and dismiss this case. (ECF No. 1859).

Defendants subsequently filed a declaration averring that all parole revocation proceedings for alleged parole violators who were arrested before July 1, 2013 have been completed. (ECF No. 1861.)

   In light of the foregoing, the court hereby orders as follows:

   [1] The plaintiff class, certified by Order dated December 1, 1994 (Dkt. No. 76), is DECERTIFIED.

////

////

2

1       [2] The Stipulated Order for Permanent Injunctive Relief
2       (ECF No. 1034) is TERMINATED.

4       [3] The Clerk of the Court is DIRECTED to close this case.
5       IT IS SO ORDERED.
6       DATED:  November 20, 2013.

        _____
        LAWRENCE K. KARLTON
        SENIOR JUDGE
        UNITED STATES DISTRICT COURT