GEOFFREY THOMAS HOLTZ – 191370
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, California  94111-4067
Telephone:   (415) 393-2000
Facsimile:    (415) 393-2286

DONALD SPECTER – 83925
PRISON LAW OFFICE
1917 Fifth Street
Berkeley, California  94710-1916
Telephone:   (510) 280-2621
Facsimile:    (510) 280-2704

MICHAEL W. BIEN – 96891
ERNEST GALVAN – 196065
KENNETH M. WALCZAK – 247389
ROSEN BIEN GALVAN & GRUNFELD, LLP
315 Montgomery Street, Tenth Floor
San Francisco, California  94104-1823
Telephone:   (415) 433-6830
Facsimile:    (415) 433-7104

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| JERRY VALDIVIA, et al., | Case No. Civ. S-94-0671 LKK-GGH |
| Plaintiffs, | **STIPULATION AND ORDER CONFIRMING UNDISPUTED FINAL ATTORNEYS' FEES AND COSTS** |
| v. | |
| EDMUND G. BROWN, JR., et al., | Judge:  Hon. Lawrence K. Karlton |
| Defendants. | |

[1024924-1]

STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS

On September 11, 2013, this Court partially granted Plaintiffs' motion for reconsideration of its July 3, 2013 Order finding the case moot, and directed the parties to take certain steps pursuant to its Order. The parties completed those steps timely, and the Court issued an order on November 21, 2013, terminating the decree in this matter and closing the case. On November 25, 2013, the parties completed meeting and conferring regarding fees and costs related to the final revocation proceedings, motions practice, and the currently pending Ninth Circuit appeal. The parties agree to settle all such fees and costs for the amount of $72,500.00. The parties therefore jointly request that the Court approve this Stipulation and form of order as follows:

WHEREFORE, IT IS CONFIRMED that $72,500.00 plus interest accruing at the rate provided by 28 U.S.C. § 1961 is due and collectable as of forty-five days from the date of entry of this Order.

IT IS SO STIPULATED.

DATED: November 26, 2013          Respectfully submitted,

                                  ROSEN BIEN GALVAN & GRUNFELD, LLP

                                  By: */s/ Ernest Galvan*
                                      Ernest Galvan

                                  Attorneys for Plaintiffs


DATED: November 26, 2013          HANSON BRIDGETT, LLP

                                  By: */s/ Samantha Wolff*
                                      Samantha Wolff

                                  Attorneys for Defendants

**IT IS SO ORDERED.**

DATED: December 4, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

[1024924-1]

1
STIPULATION AND [PROPOSED] ORDER CONFIRMING UNDISPUTED ATTORNEYS' FEES AND COSTS