UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY VALDIVIA, ALFRED YANCY, and HOSSIE WELCH, on their own behalf and on behalf of the class of all persons similarly situated,<br><br>  Plaintiffs,<br><br>  v.<br><br>EDMUND G. BROWN, JR., Governor of the State of California, et al.,<br><br>  Defendants. | No. CIV. S-94-671 LKK/GGH<br><br>**ORDER** |

According to the Clerk of the Court, funds remain in the special interest-bearing account established by order of this court on February 2, 2006. (ECF No. 1253.) That account was funded by defendants, and established solely for the payment of the Special Master's and Deputy Special Masters' fees and expenses herein, with all interest accruing in favor of the defendants.

The court earlier ordered the plaintiff class herein decertified, the Stipulated Order for Permanent Injunctive Relief

1

terminated, and the case closed. (ECF No. 1863.) The Special Master has informed the court that no further fees or expenses are owed. (ECF No. 1862.)

Accordingly, the court hereby DIRECTS the Clerk of the Court to return all funds remaining in the special account, plus interest, to defendants. The Clerk shall make the check payable to "California Department of Corrections and Rehabilitation" and send it to

> California Department of Corrections and Rehabilitation
> Attn: Jaime Corvera, Associate Director (A)
> Accounting Services, CDCR
> 10000 Goethe Road, Building C-1
> Sacramento, CA 95827

IT IS SO ORDERED.

DATED:  February 7, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2